UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation, | ) CIVIL ACTION No.: ) ) ) ) **05 - 10732 NG** ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DOES 1-22, | ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF JONATHAN WHITEHEAD IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

I, Jonathan Whitehead, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1.     I am Vice President and Counsel for Online Copyright Protection for the Recording Industry Association of America, Inc. ("RIAA"), where I have been employed for

over 6 years. My office is located at 1330 Connecticut Avenue, N.W., Washington, DC 20036.

I submit this declaration in support of Plaintiffs' Motion for Leave to Take Immediate Discovery.

    2.  This declaration is based on my personal knowledge, and if called upon to

do so, I would be prepared to testify as to its truth and accuracy.

## The RIAA's Role in Protecting Its Member Recording Industry Companies From
## Copyright Infringement

    3.  The RIAA is a not-for-profit trade association whose member record

companies create, manufacture, and/or distribute approximately ninety percent of all legitimate

sound recordings produced and sold in the United States. The RIAA's member record

companies comprise the most vibrant national music industry in the world. A critical part of the

RIAA's mission is to assist its member companies in protecting their intellectual property in the

United States and in fighting against online and other forms of piracy. All of the Plaintiffs in this

action are members of the RIAA.

    4.  The RIAA investigates the unauthorized reproduction and distribution of

copyrighted sound recordings online. As Vice President and Counsel for Online Copyright

Protection, I am responsible for formulating and implementing online strategies for the RIAA,

including investigations into the online infringement of copyrighted sound recordings of all

kinds.

## The Internet and Music Piracy

    5.  The Internet is a vast collection of interconnected computers and computer

networks that communicate with each other. It allows hundreds of millions of people around the

world to communicate freely and easily and to exchange ideas and information, including

academic research, literary works, financial data, music, movies, graphics, and an unending and ever-changing array of other data. The Internet2 is a consortium led by more than 200 universities to develop advanced network applications, network technologies, and an ultra-high speed network. A user connected to the Internet2's backbone network is able to transfer files at a significantly higher rate that a typical broadband Internet user. Unfortunately, the Internet and Internet2 also have afforded opportunities for the wide-scale piracy of copyrighted sound recordings and musical compositions. Once a sound recording has been transformed into an unsecured digital format, it can be copied further and distributed an unlimited number of times online, without significant degradation in sound quality.

6.    Much of the unlawful distribution of copyrighted sound recordings online occurs via "peer-to-peer" ("P2P") file copying networks or so-called online media distribution systems. The most notorious example of such a system was Napster, which was enjoined by a federal court. In addition, there are many other P2P networks, including KaZaA, eDonkey, iMesh, Grokster, i2hub and Gnutella, that continue to operate and to facilitate widespread copyright piracy. The major recording companies are currently engaged in litigation against KaZaA and Grokster. At any given moment, millions of people illegally use online media distribution systems to upload or download copyrighted material.

7.    P2P networks, at least in their most popular form, refer to computer systems or processes that enable individuals using the network to: (1) make files (including audio recordings) stored on a computer available for copying by other users; (2) search for files stored on other users' computers; and (3) transfer exact copies of files from one computer to another online. P2P networks enable users who otherwise would have no connection with, or knowledge of, each other to offer to each other for distribution and copying files off of their PCs,

3

to provide a sophisticated search mechanism by which users can locate these files for downloading, and to provide a means of effecting downloads.

        8.     The major record companies generally have not authorized their copyrighted sound recordings to be copied or distributed in unsecured formats by means of P2P networks. Thus, the vast majority of the content that is copied and distributed on P2P networks is unauthorized by the copyright owner – that is, the distribution violates the copyright laws.

        9.     The scope of online piracy of copyrighted works cannot be underestimated. Retail sales – the principal revenue source for most record companies – declined 7% in 2000, 10% in 2001, and 11% in 2002. The RIAA member companies lose significant revenues on an annual basis due to the millions of unauthorized downloads and uploads of well-known recordings that are made available on the Internet by infringers who, in virtually all cases, have the ability to maintain their anonymity to all but the Internet Service Provider ("ISP") they use to supply them with access to the Internet.

        10.     In contrast to the terrible harm to copyright owners, ISPs likely benefit from P2P networks. Those who would unlawfully upload and download copyrighted music often use large amounts of bandwidth (because music files are so large). The infringers thus tend to subscribe to services, such as DSL and cable modems, that are far more expensive than ordinary telephone services. One publication recently estimated that 50-70 percent of the bandwidth of cable broadband network was being used for P2P file copying. See Alan Brezneck, "Service Control Vendors vie for MSO Business," *Cable Datacom News* (March 1, 2003).

        11.     The persons who commit infringements by using the P2P networks are, by and large, anonymous to Plaintiffs. A person who logs on to a P2P network is free to use any

alias (or computer name) whatsoever, without revealing his or her true identity to other users. Thus, Plaintiffs can observe the infringement occurring online, but do not know the true names or mailing addresses of those individuals who are committing the infringement.

### The RIAA's Identification of Copyright Infringers

12.    In order to assist its members in combating copyright piracy, the RIAA conducts searches of file-copying services, for infringing copies of sound recordings whose copyrights are owned by RIAA members. A search can be as simple as logging onto a P2P network and examining what files are being offered by others logged onto the network. These searches generally result in the identification of specific Internet Protocol ("IP") addresses from which infringers are making unauthorized copies of sound recordings available to the public. An IP address is a unique identifier that, along with the date and time, specifically identifies a particular computer or server using the Internet. An IP address also allows the RIAA to use publicly available databases to ascertain, in general terms, the infringer's ISP.

13.    The RIAA engages in a painstaking process to determine whether a person is infringing. That process relies on human review of evidence supporting the allegation of infringement. For each suspected infringer, the RIAA reviews a listing of the music files that the user has offered for upload by others from his or her computer in order to determine whether they appear to be copyrighted sound recordings. The RIAA also downloads copyrighted sound recordings from these users, and listens to them in order to confirm that they are, indeed, illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also downloads and stores other evidence that demonstrates that the user is engaged in copyright infringement.

14.    The RIAA frequently has used the subpoena processes of Federal Rule of Civil Procedure 45 and the Digital Millennium Copyright Act ("DMCA") to obtain the names of infringers from ISPs. (Individuals only can gain access to the Internet after setting up an account with, or subscribing to, an ISP.) The RIAA typically has included in their subpoenas to ISPs an IP address and a date and time on which the RIAA observed use of the IP address in connection with allegedly infringing activity. In some instances, providing the IP address alone to the ISP has been enough to enable the ISP to identify the infringer. Providing the date and time further assists some ISPs in identifying infringers, especially ISPs that use "dynamic IP addressing" such that a single computer may be assigned different IP addresses at different times, including, for example, each time it logs into the Internet.[4] Once provided with the IP address, plus the date and time of the infringing activity, the infringer's ISP quickly and easily can identify the computer from which the infringement occurred (and the name and address of the subscriber that controls that computer), sometimes within a matter of minutes.

15.    Since 1998, the RIAA and others have used subpoenas thousands of times to learn the names, addresses, telephone numbers, and e-mail addresses of infringers for the purpose of bringing legal actions against those infringers. During a recent litigation with Verizon (an ISP) relating to the DMCA subpoena process, Verizon conceded that, as an alternative to the DMCA process, Plaintiffs could file "John Doe" lawsuits and issue Rule 45 subpoenas to ISPs to obtain the true identities of infringing subscribers.

---

[4] ISPs own or are assigned certain blocks or ranges of IP addresses. An ISP assigns a particular IP address in its block or range to a subscriber when that subscriber goes "online."

**The RIAA's Identification of the Infringers in This Case**

16.    In the ordinary course of investigating online copyright infringement, the RIAA became aware that Defendants were offering files for download on various P2P networks. The user-defined author and title of the files offered for download by each Defendant suggested that many were copyrighted sound recordings being disseminated without the authorization of the copyright owners. The RIAA downloaded and listened to a representative sample of the music files being offered for download by each Defendant and was able to confirm that the files each Defendant was offering for distribution were illegal copies of sound recordings whose copyrights are owned by RIAA members. The RIAA also recorded the time and date at which the infringing activity was observed and the IP address assigned to each defendant at the time. See Complaint Exhibit A. The RIAA could not, however, determine the physical location of the users or their identities. The RIAA could determine that the Defendants were using the Massachusetts Institute of Technology's service to distribute and make available for distribution the copyrighted files.

17.    The RIAA also has collected for each Defendant a list of the files each Defendant has made available for distribution to the public. Exhibit 1 to this Declaration contains such lists for the first three Defendants referred to in the Complaint. These lists often show thousands of files, many of which are sound recording (MP3) files that are owned by, or exclusively licensed to, Plaintiffs. Because of the voluminous nature of the lists, and in an effort not to overburden the Court with paper, I have not attached to this Declaration the lists for all Defendants. Such lists will be made available to the Court upon request.

7

**The Importance of Expedited Discovery in This Case**

18.    Obtaining the identity of copyright infringers on an expedited basis is critical to stopping the piracy of RIAA members' copyrighted works.

19.    First, every day that copyrighted material is disseminated without the authorization of the copyright owner, the copyright owner is economically harmed. Prompt identification of infringers is necessary in order for copyright owners to take quick action to stop unlawful dissemination of their works and minimize their economic losses.

20.    Second, infringement often occurs with respect to sound recordings that have not yet been distributed publicly. Such infringement inflicts great harm on the initial market for new works. New recordings generally earn a significant portion of their revenue when they are first released, and copyright piracy during a recording's pre-release or early release period therefore deprives copyright owners of an important opportunity to reap the benefits of their labor.

21.    Third, without expedited discovery Plaintiffs have no way of serving Defendants with the complaint and summons in this case. Plaintiffs do not have the Defendants' names or addresses, nor do they have an e-mail address for Defendants.

22.    Fourth, and perhaps most critically, service providers have different policies pertaining to the length of time they preserve "logs" which identify their users. ISPs keep log files of their user activities for only limited periods of time – which can range from as short as a few days, to a few months – before erasing the data they contain. If an ISP does not respond expeditiously to a discovery request, the identification information in the ISP's logs may be erased, making it impossible for the ISP to determine the identity of the infringer and eliminating the copyright owner's ability to take action to stop the infringement.

8

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April ___1___, 2005 in ___Washington, DC___.

Jonathan Whitehead

```
                              ShareListing.txt
Music
     iTunes
          iTunes Music
               Tim McGraw
                    Live Like You Were Dying
                              16 We Carry On.m4a|10153907
                              15 Kill Myself.m4a|7540164
                              14 Do You Want Fries With That.m4a|9648486
                              13 Just Be Your Tear.m4a|11551517
                              11 Walk Like A Man.m4a|8693077
                              10 Everybody Hates Me.m4a|8382709
                              09 Open Season On My Heart.m4a|8845513
                              08 Something's Broken.m4a|8938555
                              06 Drugs Or Jesus.m4a|11259157
                              05 Live Like You Were Dying.m4a|12020113
                              04 Old Town New.m4a|12069297
                              03 Can't Tell Me Nothin'.m4a|7601461
                              02 My Old Friend.m4a|8740984
                              01 How Bad Do You Want It.m4a|9038807
                    Blue Man Group
                         Audio
                              14 Endless Column.m4a|12150728
                              13 Klein Mandelbrot.m4a|19429405
                              12 Cat Video.m4a|5673755
                              11 Shadows.m4a|5112008
                              10 Drumbone.m4a|6630386
                              09 Club Nowhere.m4a|11691368
                              08 PVC IV.m4a|10558003
                              07 Mandelgroove.m4a|14041699
                              06 Tension.m4a|5085968
                              05 Rods and Cones.m4a|14366102
                              04 Utne Wire Man.m4a|8012039
                              03 Synaesthetic.m4a|13327507
                              02 Opening Mandelbrot.m4a|7807318
                              01 TV Song.m4a|5213743
                    Alison Krauss & Union Station
                         Lonely Runs Both Ways
                              15 Living Prayer.m4a|8617974
                              14 If I Didn't Know Any Better.m4a|9177283
                              13 I Don't Have to Live This Way.m4a|4985415
                              12 Doesn't Have to Be This Way.m4a|8586577
                              11 This Sad Song.m4a|5691049
                              10 My Poor Old Heart.m4a|7566916
                              09 Borderline.m4a|8284294
                              08 Crazy as Me.m4a|7793651
                              07 Pastures of Plenty.m4a|9053867
                              06 Wouldn't Be So Bad.m4a|7670993
                              05 Unionhouse Branch.m4a|7063232
                              04 Goodbye Is All We Have.m4a|9362258
                              03 Rain Please Go Away.m4a|6009571
                              02 Restless.m4a|6899766
                              01 Gravity.m4a|8695022
          Zwan - Yeah.mp3|4466816
          Zwan - Settle Down.mp3|7819392
          Zwan - Ride A Black Swan.mp3|7055454
          Zwan - Of A Broken Heart.mp3|5628032
          Zwan - Jesus I  Mary Star Of The Sea.mp3|20269184
          Zwan - Honestly.mp3|5404704
          Zwan - Heartsong.mp3|4524160
          Zwan - Endless Summer.mp3|6293632
          Zwan - El Sol.mp3|5247104
          Zwan - Desire.mp3|6119552
          Zwan - Declarations Of Faith.mp3|6191232
```

ShareListing.txt
Zwan - Come With Me.mp3|5787776
Zwan - Baby Lets Rock.mp3|5308544
Verve - Weeping Willow.mp3|4639126
Verve - Velvet Morning.mp3|4758045
Verve - Untitled.mp3|2422071
Verve - This Time.mp3|3695175
Verve - The Rolling People.mp3|6752128
Verve - The Drugs Dont Work.mp3|4881761
Verve - Space And Time.mp3|5386447
Verve - Sonnet.mp3|4183769
Verve - One Day.mp3|4848742
Verve - Neon Wilderness.mp3|2524471
Verve - Lucky Man.mp3|4696605
Verve - Come On.mp3|6480873
Verve - Catching The Butterfly.mp3|6188065
Verve - Bitter Sweet Symphony.mp3|5735020
Usher - yeah feat lil jon  ludacris.mp3|7203508
Usher - truth hurts.mp3|5848386
Usher - throwback feat jadakiss remix.mp3|6882921
Usher - thats what its made for.mp3|7392047
Usher - take your hand.mp3|4353842
Usher - superstar.mp3|5025586
Usher - superstar interlude.mp3|1590983
Usher - simple things.mp3|7116824
Usher - seduction.mp3|5783973
Usher - red light.mp3|7391482
Usher - my boo duet with alicia keys.mp3|5195027
Usher - intro.mp3|1139117
Usher - follow me.mp3|5270922
Usher - do it to me.mp3|5221774
Usher - confessions.mp3|6506450
Usher - confessions part 2.mp3|5537327
Usher - confessions part 2 feat shyne k west twista remix.mp3|6262193
Usher - caught up.mp3|5348266
Usher - can u handle it.mp3|6473642
Usher - burn.mp3|5882096
Usher - bad girl.mp3|6910821
U2 - Zoo Station.mp3|4417888
U2 - With Or Without You.m4a|4686647
U2 - Wire.mp3|4150560
U2 - Wild Honey.mp3|4553403
U2 - Whos Gonna Ride Your Wild Horses.mp3|5063217
U2 - Where The Streets Have No Name.m4a|5254316
U2 - When I Look At The World.mp3|5173564
U2 - Walk On.mp3|5943637
U2 - Until the End of the World.mp3|4458848
U2 - Ultraviolet Light My Way.mp3|5290587
U2 - Two Hearts Beat As One.mp3|3891200
U2 - Twilight.mp3|4201551
U2 - Tryin to Throw Your Arms Around the World.mp3|3721568
U2 - Trip Through Your Wires.m4a|3452258
U2 - The Unforgettable Fire.mp3|4738631
U2 - The Refugee.mp3|3536896
U2 - The Ocean.mp3|1523685
U2 - The Fly.mp3|4305039
U2 - The Electric Co.mp3|4601958
U2 - Surrender.mp3|5353472
U2 - Sunday Bloody Sunday.mp3|4485120
U2 - Stuck In A Moment You Cant Get Out Of.mp3|5465627
U2 - Stories for Boys.mp3|2922607
U2 - So Cruel.mp3|5586920
U2 - Shadows and Tall Trees.mp3|4416801
U2 - Seconds.mp3|3049472

```
                            ShareListing.txt
U2 - Running To Stand Still.m4a|3819291
U2 - Red Light.mp3|3624960
U2 - Red Hill Mining Town.m4a|4747835
U2 - Promenade.mp3|2455746
U2 - Pride In the Name of Love.mp3|3661552
U2 - Peace On Earth.mp3|5787954
U2 - Out of Control.mp3|4063586
U2 - One.mp3|4419142
U2 - One Tree Hill.m4a|4548874
U2 - New York.mp3|6625435
U2 - New Years Day.mp3|5371974
U2 - Mysterious Ways.mp3|3899619
U2 - Mothers Of The Disappeared.m4a|5041305
U2 - MLK.mp3|2434845
U2 - Love Is Blindness.mp3|4213088
U2 - Like a Song.mp3|4593664
U2 - Kite.mp3|5355879
U2 - Into the Heart.mp3|3323423
U2 - Indian Summer Sky.mp3|4122141
U2 - In Gods Country.m4a|2870302
U2 - In A Little while.mp3|4403467
U2 - I Will Follow.mp3|3486384
U2 - I Still Havent Found What Im Looking For.m4a|4432447
U2 - Grace.mp3|6631179
U2 - Exit.m4a|4748689
U2 - Even Better Than the Real Thing.mp3|3543518
U2 - Elvis Presley and America.mp3|6129184
U2 - Elevation.mp3|4569076
U2 - Drowning Man.mp3|4081664
U2 - Bullet The Blue Sky.m4a|4402817
U2 - Beautiful Day.mp3|4981292
U2 - Bad.mp3|5915606
U2 - Another Time Another Place.mp3|4374329
U2 - An Cat Dubh.mp3|4591106
U2 - Acrobat.mp3|4327609
U2 - A Sort of Homecoming.mp3|5254810
U2 - A Day Without Me.mp3|3091456
U2 - 4th of July.mp3|2133082
U2 - 40.mp3|2496512
Twelve Girls Band - Shangri-La.mp3|5938064
Twelve Girls Band - Reel Around The Sun.mp3|7289600
Twelve Girls Band - Only Time.mp3|5293632
Twelve Girls Band - New Classicism.mp3|8148480
Twelve Girls Band - Mountains And Rivers.mp3|7446016
Twelve Girls Band - Miracle.mp3|3996992
Twelve Girls Band - Liu San Jie.mp3|6809472
Twelve Girls Band - Freedom.mp3|5926144
Twelve Girls Band - Forbidden City.mp3|6815232
Twelve Girls Band - Earthly Stars(Unsung Heroes).mp3|7768000
Tool-Ænima-15 - Third Eye.mp3|16551265
Tool-Ænima-14 - (-) Ions.mp3|4806611
Tool-Ænima-13 - Ænima.mp3|7996159
Tool-Ænima-12 - Cesaro Summability.mp3|1732009
Tool-Ænima-11 - Pushit.mp3|11918707
Tool-Ænima-10 - Die Eier Von Satan.mp3|2748172
Tool-Ænima-09 - Jimmy.mp3|6489415
Tool-Ænima-08 - Intermission.mp3|1128573
Tool-Ænima-07 - Hooker With A Penis.mp3|5477968
Tool-Ænima-06 - Message To Harry Manback.mp3|2268046
Tool-Ænima-05 - Forty Six & 2.mp3|7289292
Tool-Ænima-04 - Useful Idiot.mp3|780622
Tool-Ænima-03 - H_.mp3|7347273
Tool-Ænima-02 - Eulogy.mp3|10182608
                                Page 3
```

ShareListing.txt
Tool-Ænima-01 - Stinkfist.mp3|6226627
Tool-Undertow-69 - Disgustipated.mp3|22826736
Tool-Undertow-09 - Flood.mp3|11193014
Tool-Undertow-08 - 4 Degrees.mp3|8728314
Tool-Undertow-07 - Undertow.mp3|7746233
Tool-Undertow-06 - Swamp Song.mp3|7977787
Tool-Undertow-05 - Crawl Away.mp3|7929403
Tool-Undertow-04 - Bottom.mp3|10442487
Tool-Undertow-03 - Sober.mp3|7375862
Tool-Undertow-02 - Prison Sex.mp3|7127035
Tool-Undertow-01 - Intolerance.mp3|7089020
Tool-Undertow Bonus CD-08 - Bottom (live).mp3|5949698
Tool-Undertow Bonus CD-07 - Prison Sex (live).mp3|7221320
Tool-Undertow Bonus CD-06 - Jerk-Off (live).mp3|6220724
Tool-Undertow Bonus CD-05 - Prison Sex (live).mp3|6984964
Tool-Undertow Bonus CD-04 - Flood (live).mp3|5280940
Tool-Undertow Bonus CD-03 - Opiate (live).mp3|9288960
Tool-Undertow Bonus CD-02 - Sober (live).mp3|7393097
Tool-Undertow Bonus CD-01 - Undertow (live).mp3|8057028
Tool-Lateralus-13 - Faaip De Oaid.mp3|3184416
Tool-Lateralus-12 - Triad.mp3|10535265
Tool-Lateralus-11 - Reflection.mp3|13358584
Tool-Lateralus-10 - Disposition.mp3|5726128
Tool-Lateralus-09 - Lateralus.mp3|11287594
Tool-Lateralus-08 - Ticks & Leeches.mp3|9805413
Tool-Lateralus-07 - Parabola.mp3|7275185
Tool-Lateralus-06 - Parabol.mp3|3693274
Tool-Lateralus-05 - Schism.mp3|8156032
Tool-Lateralus-04 - Mantra.mp3|1456669
Tool-Lateralus-03 - The Patient.mp3|8683711
Tool-Lateralus-02 - Eon Blue Apocalypse.mp3|1299425
Tool-Lateralus-01 - The Grudge.mp3|10329946
Three 6 Mafia - Wona Get Some I Got Some.mp3|10694336
Three 6 Mafia - Will Blast.mp3|3663488
Three 6 Mafia - Who Got Dem 9s.mp3|7626368
three 6 mafia - Wheres Da Bud.mp3|3323410
three 6 mafia - Where Da Killaz Hang Project.mp3|4480530
Three 6 Mafia - Whatcha Do.mp3|8427968
Three 6 Mafia - Weed Is Got Me High.mp3|7421888
Three 6 Mafia - We Shootin 1st.mp3|11383616
Three 6 Mafia - We Are Waiting.mp3|2642048
Three 6 Mafia - War Wit Us.mp3|9044096
three 6 mafia - Walk Up 2 Yo House.mp3|3833947
Three 6 Mafia - U Got Da Game Wrong.mp3|8834816
Three 6 Mafia - They Dont Fuck Wit U.mp3|9781376
Three 6 Mafia - The Restaurant Scene Skit.mp3|1620416
three 6 mafia - The End.mp3|3587090
Three 6 Mafia - Tear Da Club Up 97.mp3|9042368
Three 6 Mafia - Talkin.mp3|2086016
Three 6 Mafia - Studio Time.mp3|538688
three 6 mafia - Stomp.mp3|3503341
Three 6 Mafia - Spill My Blood.mp3|9574208
Three 6 Mafia - Slang  Serve.mp3|10318976
Three 6 Mafia - Ridin On Chrome.mp3|7165376
Three 6 Mafia - Prophet Posse.mp3|10137728
Three 6 Mafia - Pass Me.mp3|8757056
Three 6 Mafia - OV.mp3|10117376
three 6 mafia - Our Arrival.mp3|763776
Three 6 Mafia - Neighborhood Hoe.mp3|4629248
Three 6 Mafia - N 2 Deep.mp3|9596288
Three 6 Mafia - Motivated.mp3|8816768
three 6 mafia - Money flow KRock Killa Klan.mp3|3445559
Three 6 Mafia - Mean Mug.mp3|11566016

```
                              ShareListing.txt
          Three 6 Mafia - Mafia.mp3|12808256
          three 6 mafia - Life Or Death Killa Klan Kaze.mp3|3561490
          Three 6 Mafia - Late Nite Tip.mp3|11469248
          three 6 mafia - Late Night Tip.mp3|4436279
          three 6 mafia - Last Man Standing MChild Ga.mp3|4253056
          Three 6 Mafia - Land Of The Lost.mp3|9403328
          three 6 mafia - In2Deep.mp3|3233079
          three 6 mafia - I Aint Goin.mp3|3277696
          Three 6 Mafia - I Aint Goin A Hustlers Theme.mp3|9929408
          Three 6 Mafia - I Aint Cha Friend.mp3|11840768
          Three 6 Mafia - How It Went Down Skit.mp3|880256
          Three 6 Mafia - Hit A Muthafucka.mp3|9508928
          Three 6 Mafia - Gunclaps.mp3|7823168
          three 6 mafia - Gotcha Shakin.mp3|5236461
          three 6 mafia - Good Stuff.mp3|3598061
          three 6 mafia - Gettem Crunk.mp3|3699730
          Three 6 Mafia - Gangsta Niggaz.mp3|10951616
          Three 6 Mafia - Dis Bitch Dat Hoe.mp3|10483136
          three 6 mafia - Destruction Terror.mp3|3323776
          Three 6 Mafia - Bodyparts 2.mp3|10331648
          three 6 mafia - Body Parts Prophet Posse.mp3|4623159
          Three 6 Mafia - Big Pats Warehouse Skit.mp3|1238336
          Three 6 Mafia - Baby Mama.mp3|11351936
          Three 6 Mafia - Are U Ready 4 Us.mp3|11616128
          Three 6 Mafia - Anyone Out There.mp3|7687808
          Three 6 Mafia - 36 In The morning.mp3|6865088
          Three 6 Mafia - 2Way Freak.mp3|11888576
          Three 6 Mafia - 1st Crime Scene Skit.mp3|1629056
          Three 6 Mafia  Fiend - Where They Hang.mp3|5872791
          Three 6 Mafia  Fiend - U See We Poe.mp3|7423211
          Three 6 Mafia  Fiend - U See We Poe Screwed.mp3|8571136
          Three 6 Mafia  Fiend - Thats How It Happen Tom.mp3|6307887
          Three 6 Mafia  Fiend - Smoke If U Got It.mp3|8207511
          Three 6 Mafia  Fiend - Ruffest Niggaz Out.mp3|5759942
          Three 6 Mafia  Fiend - Powder Cake.mp3|6290332
          Three 6 Mafia  Fiend - Its Bought To Happen Tom.mp3|789571
          Three 6 Mafia  Fiend - Hypnotize Minds  Fiend Ent.mp3|4131782
          Three 6 Mafia  Fiend - How To Get Rid Of A Dead Body.mp3|1798316
          Three 6 Mafia  Fiend - Head Bussaz.mp3|6449309
          Three 6 Mafia  Fiend - Hands On Ya.mp3|6864608
          Three 6 Mafia  Fiend - Gone Be Sum Shit.mp3|6093474
          Three 6 Mafia  Fiend - Get The Fuck Out My Face.mp3|7214440
          Three 6 Mafia  Fiend - Crown Me.mp3|6811945
          Three 6 Mafia  Fiend - Crap Table.mp3|766375
          Thievery Corporation - Until The Morning.mp3|5694804
          Thievery Corporation - Un Simple Histoire.mp3|5418349
          Thievery Corporation - The State Of The Union.mp3|6451710
          Thievery Corporation - The Richest Man In Babylon.mp3|5533707
          Thievery Corporation - The Outernationalist.mp3|5054073
          Thievery Corporation - The Fakir  Cal Tjader and Lalo Schifrin.mp3|4768576
          Thievery Corporation - Something Else Again  Richie Havens.mp3|4678292
          Thievery Corporation - Samba Triste  Jackie and Roy.mp3|3423782
          Thievery Corporation - Resolution.mp3|6886790
          Thievery Corporation - Omid Hope.mp3|5486209
          Thievery Corporation - OGD Road Song  Jimmy Smith and Wes
Montgomery.mp3|8847447
          Thievery Corporation - Meu Destino My Destiny.mp3|5046095
          Thievery Corporation - Menina Flor  Stan Getz and Luiz Bonfa.mp3|6016182
          Thievery Corporation - Lisa  Willie Bobo.mp3|8937071
          Thievery Corporation - Light My Fire  Astrud Gilberto.mp3|4239430
          Thievery Corporation - Liberation Front.mp3|7304339
          Thievery Corporation - Interlude.mp3|1951509
          Thievery Corporation - Heavens Gonna Burn Your Eyes.mp3|6016455
                                  Page 5
```

```
                          ShareListing.txt
Thievery Corporation - Hard Latin  Kenyon Hopkins.mp3|3191185
Thievery Corporation - From Creation.mp3|5212794
Thievery Corporation - For Mods Only  Chico Hamilton.mp3|6404250
Thievery Corporation - Facing East.mp3|5380284
Thievery Corporation - Exilio Exile.mp3|4399729
Thievery Corporation - Cuchy Frito Man  Cal Tjader.mp3|3441962
Thievery Corporation - Chove Chuva  Sergio Mendes  Brazil 66.mp3|4761052
Thievery Corporation - Batucada  Walter Wanderley.mp3|3130372
Thievery Corporation - Bala Com Bala  Elis Regina.mp3|4593020
Thievery Corporation - All That We Perceive.mp3|5434498
The Who - Were Not Gonna Take It.mp3|6937973
The Who - Welcome.mp3|4471162
The Who - Underture.mp3|9828983
The Who - Tommys Holiday Camp.mp3|1005039
The Who - Tommy Can You Hear Me.mp3|1620277
The Who - Theres a Doctor.mp3|464614
The Who - The Acid Queen.mp3|3521147
The Who - Sparks.mp3|3709220
The Who - Smash the Mirror.mp3|1610658
The Who - Sensation.mp3|2444480
The Who - Sally Simpson.mp3|4117992
The Who - Pinball Wizard.mp3|2991176
The Who - Overture.mp3|5223071
The Who - Miracle Cure.mp3|284052
The Who - Its a Boy.mp3|702008
The Who - Im Free.mp3|2647189
The Who - Go to the Mirror Boy.mp3|3758138
The Who - Fiddle About.mp3|1521211
The Who - Eyesight to the Blind The Hawker.mp3|2222986
The Who - Do You Think Its Alright.mp3|477163
The Who - Cousin Kevin.mp3|4040668
The Who - Christmas.mp3|4468655
The Who - Amazing Journey.mp3|3365667
The Who - 1921.mp3|2800993
The White Stripes - Youve Got Her In Your Pocket.mp3|5416490
The White Stripes - When I Hear My Name.mp3|3906739
The White Stripes - Were Going To Be Friends.mp3|5794140
The White Stripes - Wasting My Time.mp3|4552899
The White Stripes - This Protector.mp3|5320498
The White Stripes - Theres No Home For You Here.mp3|5416489
The White Stripes - The Union Forever.mp3|8354174
The White Stripes - The Same Boy Youve Always Known.mp3|7690679
The White Stripes - The Hardest Button To Button.mp3|5207091
The White Stripes - The Big Three Killed My Baby.mp3|5055299
The White Stripes - The Air Near My Fingers.mp3|5367584
The White Stripes - Suzy Lee.mp3|6694515
The White Stripes - Sugar Never Tasted So Good.mp3|5834373
The White Stripes - Stop Breaking Down.mp3|4763553
The White Stripes - St James Infirmary Blues.mp3|4837958
The White Stripes - Slicker Drips.mp3|3179484
The White Stripes - Seven Nation Army.mp3|5634652
The White Stripes - Screwdriver.mp3|6437892
The White Stripes - One More Cup of Coffee.mp3|6447098
The White Stripes - Offend In Every Way.mp3|7552029
The White Stripes - Now Mary.mp3|4390408
The White Stripes - Little Room.mp3|2120556
The White Stripes - Little People.mp3|4817884
The White Stripes - Little Acorns.mp3|6265350
The White Stripes - Jimmy the Exploder.mp3|5040242
The White Stripes - Its True That We Love One Another.mp3|3965829
The White Stripes - In The Cold Cold Night.mp3|4400217
The White Stripes - Im Finding It Harder To Be A Gentlemen.mp3|7076326
The White Stripes - I Want To Be The Boy To Warm Your Mothers
```

ShareListing.txt
Heart.mp3|4825934
        The White Stripes - I Think I Smell A Rat.mp3|5085863
        The White Stripes - I Just Dont Know What To Do With Myself.mp3|4048596
        The White Stripes - I Fought Piranhas.mp3|6200497
        The White Stripes - I Cant Wait.mp3|8857642
        The White Stripes - I Can Learn.mp3|8575979
        The White Stripes - Hypnotize.mp3|2718754
        The White Stripes - Hotel Yorba.mp3|5318362
        The White Stripes - Fell In Love With A Girl.mp3|4507785
        The White Stripes - Expecting.mp3|5034650
        The White Stripes - Do.mp3|6184600
        The White Stripes - Dead Leaves And The Dirty Ground.mp3|7464563
        The White Stripes - Cannon.mp3|5093729
        The White Stripes - Broken Bricks.mp3|1842531
        The White Stripes - Black Math.mp3|4526218
        The White Stripes - Ball And Biscuit.mp3|10595618
        The White Stripes - Astro.mp3|5469055
        The White Stripes - Aluminum.mp3|5670408
        The Wallflowers - Three Marlenas.mp3|7190087
        The Wallflowers - The Difference.mp3|5527445
        The Wallflowers - One Headlight.mp3|7506690
        The Wallflowers - Laughing Out Loud.mp3|5269776
        The Wallflowers - Josephine.mp3|7419541
        The Wallflowers - Invisible City.mp3|6907337
        The Wallflowers - I Wish I Felt Nothing.mp3|7259685
        The Wallflowers - God Dont Make Lonely Girls.mp3|6938070
        The Wallflowers - Bleeders.mp3|5317414
        The Wallflowers - Angel On My Bike.mp3|6283536
        The Wallflowers - 6th Avenue Heartache.mp3|8101661
        The Vines - Sunshinin.mp3|3345810
        The Vines - Outtathaway.mp3|3731902
        The Vines - Mary Jane.mp3|7113712
        The Vines - In The Jungle.mp3|5184833
        The Vines - Homesick.mp3|5937155
        The Vines - Highly Evolved.mp3|1962369
        The Vines - Get Free.mp3|2605498
        The Vines - Factory.mp3|3919456
        The Vines - Country Yard.mp3|4594465
        The Vines - Autumn Shade.mp3|2828587
        The Vines - Aint No Room.mp3|4248083
        The Vines - 1969.mp3|7825282
        The Strokes - You Talk Way Too Much.m4a|3043674
        The Strokes - What Ever Happened.m4a|2830433
        The Strokes - Under Control.m4a|3067721
        The Strokes - The Way It Is.m4a|2266341
        The Strokes - The End Has No End.m4a|2910517
        The Strokes - Reptilia.m4a|3633174
        The Strokes - Meet Me In The Bathroom.m4a|2876845
        The Strokes - I Cant Win.m4a|2518023
        The Strokes - Between Love  Hate.m4a|3220586
        The Strokes - Automatic Stop.m4a|3378861
        The Strokes - 1251.m4a|2539078
        The Smashing Pumpkins-Siamese Dream-13 - Luna.mp3|4016199
        The Smashing Pumpkins-Siamese Dream-12 - Sweet Sweet.mp3|1982835
        The Smashing Pumpkins-Siamese Dream-11 - Silverfuck.mp3|10473152
        The Smashing Pumpkins-Siamese Dream-10 - Spaceboy.mp3|5376138
        The Smashing Pumpkins-Siamese Dream-09 - Mayonaise.mp3|6987382
        The Smashing Pumpkins-Siamese Dream-08 - Geek USA.mp3|6281541
        The Smashing Pumpkins-Siamese Dream-07 - Soma.mp3|8002495
        The Smashing Pumpkins-Siamese Dream-06 - Disarm.mp3|3948282
        The Smashing Pumpkins-Siamese Dream-05 - Rocket.mp3|4941980
        The Smashing Pumpkins-Siamese Dream-04 - Hummer.mp3|8346258
        The Smashing Pumpkins-Siamese Dream-03 - Today.mp3|4002616

ShareListing.txt
The Smashing Pumpkins-Siamese Dream-02 - Quiet.mp3|4443040
The Smashing Pumpkins-Siamese Dream-01 - Cherub Rock.mp3|5966507
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-14 - Farewell And Goodnight.mp3|5263880
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-13 - By Starlight.mp3|5768036
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-12 - Lily (My One And Only).mp3|4241972
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-11 - Beautiful.mp3|5172963
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-10 - We Only Come Out At Night.mp3|4911233
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-09 - X_Y_U_.mp3|8546935
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-08 - Stumbleine.mp3|3493290
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-07 - Thru The Eyes Of Ruby.mp3|9169187
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-06 - Tales Of A Scorched Earth.mp3|4524097
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-05 - 1979.mp3|5321855
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-04 - In The Arms Of Sleep.mp3|5051765
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-03 - Thirty-Three.mp3|5018843
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-02 - Bodies.mp3|5046004
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-01 - where Boys Fear To Tread.mp3|5258659
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-14 - Take Me Down.mp3|3449929
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-13 - Porcelina Of The Vast Oceans.mp3|11227643
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-12 - Muzzle.mp3|4485939
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-11 - Galapogos.mp3|5734073
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-10 - Cupid De Locke.mp3|3408657
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-09 - Love.mp3|5234083
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-08 - An Ode To No One.mp3|5823417
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-07 - To Forgive.mp3|5139003
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-06 - Bullet With Butterfly Wings.mp3|5158351
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-05 - Here Is No Why.mp3|4504232
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-04 - Zero.mp3|3213250
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-03 - Jellybelly.mp3|3631216
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-02 - Tonight, Tonight.mp3|5098258
The Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Dawn To
Dusk-01 - Mellon Collie And The Infinite Sadness.mp3|3445774
The Smashing Pumpkins-MACHINA_The Machines of God-15 - Age Of
Innocence.mp3|5645304
The Smashing Pumpkins-MACHINA_The Machines of God-14 - Blue Skies Bring
Tears.mp3|8301023
The Smashing Pumpkins-MACHINA_The Machines of God-13 - With Every

ShareListing.txt

Light.mp3|5679786
        The Smashing Pumpkins-MACHINA_The Machines of God-12 - The Crying Tree Of
Mercury.mp3|5377612
        The Smashing Pumpkins-MACHINA_The Machines of God-11 - Wound.mp3|5737453
        The Smashing Pumpkins-MACHINA_The Machines of God-10 - Glass And The Ghost
Children.mp3|14313999
        The Smashing Pumpkins-MACHINA_The Machines of God-09 - The Imploding
Voice.mp3|6360644
        The Smashing Pumpkins-MACHINA_The Machines of God-08 - This Time.mp3|6817672
        The Smashing Pumpkins-MACHINA_The Machines of God-07 - Heavy Metal
Machine.mp3|8470919
        The Smashing Pumpkins-MACHINA_The Machines of God-06 - Try, Try,
Try.mp3|7420164
        The Smashing Pumpkins-MACHINA_The Machines of God-05 - The Sacred And
Profane.mp3|6292937
        The Smashing Pumpkins-MACHINA_The Machines of God-04 - I Of The
Mourning.mp3|6661572
        The Smashing Pumpkins-MACHINA_The Machines of God-03 - Stand Inside Your
Love.mp3|6111752
        The Smashing Pumpkins-MACHINA_The Machines of God-02 - Raindrops +
Sunshowers.mp3|6712359
        The Smashing Pumpkins-MACHINA_The Machines of God-01 - The Everlasting
Gaze.mp3|5781353
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-14 - Atom Bomb.mp3|9279488
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-13 - Le Deux Machina.mp3|4648960
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-12 - If There is a God.mp3|5232640
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-11 - In My Body.mp3|16506889
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-10 - White Spyder.mp3|8796160
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-09 - Blue Skies Bring Tears (version electrique).mp3|8007680
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-08 - Home.mp3|10850304
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-07 - Innosense.mp3|6230016
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-06 - Let Me Give the World to You.mp3|10106880
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-05 - Go.mp3|9175040
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-04 - Real Love.mp3|10346496
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-03 - Dross.mp3|8339456
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-02 - Cash Car Star.mp3|8015872
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR04-01 - Glass.mp3|4661248
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR03-11 - Heavy Metal Machine (version I alt_ mix).mp3|16374157
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR03-10 - Try (version I).mp3|10611519
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR03-09 - If There is a God (piano and voice).mp3|6257449
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR02-08 - Speed Kills (but beauty lives forever).mp3|11731672
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR02-07 - Lucky 13.mp3|7509209
        The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR02-06 - Cash Car Star (version I).mp3|8959545

ShareListing.txt
     The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR02-05 - Soul Power.mp3|7375464
     The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR01-04 - Glass (alt_ version).mp3|7107981
     The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR01-03 - Satur9.mp3|10150709
     The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR01-02 - Vanity.mp3|10021142
     The Smashing Pumpkins-MACHINA II - Friends and Enemies of Modern Music
CR01-01 - Slow Dawn.mp3|7877015
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD2-07 -
Once In A Lifetime.mp3|15559199
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD2-06 -
Bullet With Butterfly Wings.mp3|9467871
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD2-05 -
Blank Page.mp3|9497111
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD2-04 -
I Of The Mourning.mp3|11002607
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD2-03 -
Snail.mp3|6423434
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD2-02 -
Cherub Rock.mp3|9095035
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD2-01 -
Blue Skies Bring Tears.mp3|17371474
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-14 -
Ode To No One.mp3|8487327
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-13 -
Mayonaise.mp3|11709788
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-12 -
Try, Try, Try.mp3|10079751
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-11 -
Muzzle.mp3|8499022
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-10 -
To Sheila.mp3|6949233
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-09 -
Intro.mp3|3627288
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-08 -
Heavy Metal Machine.mp3|11688063
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-07 -
Pug.mp3|8014186
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-06 -
Stand Inside Your Love.mp3|8156311
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-05 -
Blew Away.mp3|5235599
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-04 -
Age of Innocence.mp3|9159407
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-03 -
Glass and the Ghost Children.mp3|17625600
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-02 -
The Everlasting Gaze.mp3|6925837
     The Smashing Pumpkins-Live @ the Music Hall, Austin, Texas 5_14_00 CD1-01 -
Rock On.mp3|10837922
     The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-12 -
1979.mp3|8351897
     The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-11 -
X_Y_U_.mp3|18028490
     The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-10 -
Muzzle.mp3|7388085
     The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-09 - We
Only Come Out At Night.mp3|1911166
     The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-08 - Bullet
With Butterfly Wings.mp3|10083106
     The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-07 - By

ShareListing.txt
Starlight.mp3|7276913
        The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-06 - The
End Is The Beginning Is The End.mp3|9775496
        The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-05 -
Zero.mp3|5452095
        The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-04 -
Transformer.mp3|6855609
        The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-03 -
Tonight, Tonight.mp3|7806053
        The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-02 -
Eye.mp3|9441096
        The Smashing Pumpkins-Live @ Roskilde Festival, Denmark 06_28_97-01 - Where
Boys Fear To Tread.mp3|7012775
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-15 -
Drown.mp3|11956381
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-14 -
Billy saying thanks.mp3|1314318
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-13 -
Once in a Lifetime (Talking Heads cover).mp3|8450574
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-12 -
Bullet with Butterfly Wings.mp3|9554809
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-11 -
Cherub Rock.mp3|8401226
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-10 -
Once Upon A Time.mp3|6858962
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-09 - I
of the Mourning.mp3|12051687
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-08 - Du
Hast (Rammstein cover, tease) - Don't You Want Me_ (Human League cover).mp3|8378718
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-07 -
Fuck You.mp3|8546672
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-06 -
Stand Inside Your Love.mp3|7746712
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-05 -
Mayonaise.mp3|11803411
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-04 - The
Sacred and Profane.mp3|8035940
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-03 -
Heavy Metal Machine.mp3|12647698
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-02 - The
Everlasting Gaze.mp3|6629923
        The Smashing Pumpkins-Live @ Molson Park - Barrie Ontario, 08_11_00-01 -
Glass and the Ghost Children.mp3|18467371
        The Smashing Pumpkins-Live @ Metro; Chicago IL, 07_23_92-01 - Live @ Metro;
Chicago IL, 07_23_92.mp3|151454006
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-14 - Drown - Hummer (tease).mp3|16762939
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-13 - Spiteface (tease).mp3|887173
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-12 - Never Let You Go [Third Eye Blind] (tease) Pt_ 2.mp3|489307
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-11 - The Trolley Song [Martin_Blane] (tease).mp3|841219
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-10 - San Francisco [McKenzie] (tease) Pt_ 2.mp3|613013
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-09 - San Francisco [McKenzie] (tease).mp3|1481525
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-08 - Fade to Black [Metallica] (tease).mp3|926476
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-07 - Never Let You Go [Third Eye Blind] (tease).mp3|3348140
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-06 - Once in a Lifetime [Talking Heads].mp3|16326601

ShareListing.txt
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-05 - Bullet with Butterfly Wings.mp3|8485680
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-04 - Heavy Metal Machine.mp3|11685567
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-03 - Blue Skies Bring Tears.mp3|18708120
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-02 - Fuck You.mp3|8365289
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD2-01 - Today.mp3|6122517
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-13 - Try, Try, Try.mp3|9285641
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-12 - Disarm.mp3|8134574
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-11 - This Time.mp3|8848451
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-10 - To Sheila.mp3|8729751
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-09 - To Sheila [intro].mp3|3492729
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-08 - I of the Mourning.mp3|10719244
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-07 - Tonight, Tonight.mp3|7780154
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-06 - Stand Inside Your Love.mp3|10223549
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-05 - Blew Away.mp3|5294961
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-04 - Glass and the Ghost Children.mp3|21713253
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-03 - Pug.mp3|8239896
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-02 - The Everlasting Gaze.mp3|6945911
        The Smashing Pumpkins-Live @ Berkeley Community Theatre; Berkeley, CA
05_24_00 CD1-01 - Rock On [Essex].mp3|8143777
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD2-09 - 1979.mp3|10545360
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD2-08 - Cherub Rock.mp3|15544158
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD2-07 - Blank Page.mp3|14819416
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD2-06 - I of the Mourning (cut).mp3|3179266
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD2-05 - This Time.mp3|8417116
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD2-04 - Porcelina of the Vast Oceans.mp3|11508362
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD2-03 - Try, Try, Try.mp3|9975272
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD2-02 - Tonight, Tonight.mp3|9594097
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD2-01 - Disarm.mp3|9683530
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-15 - Heavy Metal Machine.mp3|12555760
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-14 - Rock On (Essex).mp3|4224158
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-13 - Cash Car Star.mp3|5997975
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-12 - If There Is A God (he'll release MP!).mp3|3519501
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
                                    Page 12

```
                              ShareListing.txt
9_18_00 CD1-11 - Speed Kills.mp3|8107831
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-10 - Dross.mp3|8940399
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-09 - Bullet With Butterfly Wings.mp3|11336162
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-08 - The Everlasting Gaze.mp3|7180805
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-07 - Glass' Theme.mp3|3858022
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-06 - Blue Skies Bring Tears.mp3|17553718
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-05 - To Sheila.mp3|6135060
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-04 - Thirty-three.mp3|7341294
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-03 - Stand Inside Your Love.mp3|9136856
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-02 - Today.mp3|8857642
        The Smashing Pumpkins-Live @ Alsterdorfer Sporthalle, Hamburg, Germany,
9_18_00 CD1-01 - Glass and the Ghost Children.mp3|24974172
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-16 - Blissed &
Gone.mp3|9566626
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-15 - Soot &
Stars.mp3|13069122
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-14 -
Winterlong.mp3|9795037
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-13 - Set The Ray To
Jerry.mp3|8390495
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-12 - Rock
On.mp3|12346257
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-11 -
Saturnine.mp3|7696881
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-10 -
Waiting.mp3|7833761
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-09 -
Sparrow.mp3|5794746
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-08 - Here's To The Atom
Bomb.mp3|8948473
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-07 - Marquis In
Spades.mp3|6523050
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-06 - My
Mistake.mp3|7962703
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-05 -
Believe.mp3|6419386
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-04 - Slow
Dawn.mp3|6394101
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-03 - Because You
Are.mp3|7680795
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-02 - Aeroplane Flies
High.mp3|15741769
        The Smashing Pumpkins-Judas O - B-Sides and Rarities-01 - Lucky
13.mp3|6407475
        The Smashing Pumpkins-Gish-10 - Daydream.mp3|7442222
        The Smashing Pumpkins-Gish-09 - Window Paine.mp3|14016537
        The Smashing Pumpkins-Gish-08 - Tristessa.mp3|8536847
        The Smashing Pumpkins-Gish-07 - Snail.mp3|12400223
        The Smashing Pumpkins-Gish-06 - Suffer.mp3|12387653
        The Smashing Pumpkins-Gish-05 - Crush.mp3|8592363
        The Smashing Pumpkins-Gish-04 - Bury Me.mp3|11505398
        The Smashing Pumpkins-Gish-03 - Rhinoceros.mp3|15666385
        The Smashing Pumpkins-Gish-02 - Siva.mp3|10432870
        The Smashing Pumpkins-Gish-01 - I Am One.mp3|9887088
```

```
                            ShareListing.txt
        The Smashing Pumpkins-Adore-16 - 17.mp3|297130
        The Smashing Pumpkins-Adore-15 - Blank Page.mp3|4780160
        The Smashing Pumpkins-Adore-14 - For Martha.mp3|7974622
        The Smashing Pumpkins-Adore-13 - Behold! The Night Mare.mp3|5031771
        The Smashing Pumpkins-Adore-12 - Shame.mp3|6410619
        The Smashing Pumpkins-Adore-11 - Annie-Dog.mp3|3503295
        The Smashing Pumpkins-Adore-10 - The Tale of Dusty and Pistol
Pete.mp3|4414028
        The Smashing Pumpkins-Adore-09 - Pug.mp3|4609633
        The Smashing Pumpkins-Adore-08 - Appels + Oranjes.mp3|3455647
        The Smashing Pumpkins-Adore-07 - Crestfallen.mp3|3998158
        The Smashing Pumpkins-Adore-06 - Tear.mp3|5666233
        The Smashing Pumpkins-Adore-05 - Once upon a Time.mp3|3944242
        The Smashing Pumpkins-Adore-04 - Daphne Descends.mp3|4484245
        The Smashing Pumpkins-Adore-03 - Perfect.mp3|3265894
        The Smashing Pumpkins-Adore-02 - Ava Adore.mp3|4183314
        The Smashing Pumpkins-Adore-01 - To Sheila.mp3|4590824
        The Smashing Pumpkins - Whir.mp3|4012008
        The Smashing Pumpkins - Starla.mp3|10590208
        The Smashing Pumpkins - Spaced.mp3|2318200
        The Smashing Pumpkins - Soothe.mp3|2506752
        The Smashing Pumpkins - Plume.mp3|3495496
        The Smashing Pumpkins - Pissant.mp3|2422804
        The Smashing Pumpkins - Obscured.mp3|5146725
        The Smashing Pumpkins - Landslide.mp3|3061760
        The Smashing Pumpkins - La Dolly Vita.mp3|4114216
        The Smashing Pumpkins - Hello Kitty.mp3|4366336
        The Smashing Pumpkins - Girl Named Sandoz.mp3|3444368
        The Smashing Pumpkins - Frail & Bedazzled.mp3|3159670
        The Smashing Pumpkins - Blue.mp3|3202680
        The Smashing Pumpkins - Blew Away.mp3|3405824
        the prodigy-you'll be under my wheels.mp3|5514165
        the prodigy-wake up call (feat. kool keith).mp3|6493097
        The Prodigy-the way it is.mp3|7807913
        the prodigy-phoenix.mp3|5775360
        the prodigy-medusa's path.mp3|4230056
        the prodigy-hot ride (feat. juliette lewis).mp3|5989289
        The Prodigy-Girls (feat. the Ping Pong Bitches).mp3|5496832
        the prodigy-get up get off.mp3|5277696
        the prodigy-always outnumbered, never outgunned-12-shoot down (feat. liam
gallagher).mp3|5531648
        the prodigy-action radar.mp3|6897664
        the prodigy--memphis bells (feat. princess superstar).mp3|5937152
        The Prodigy- Spitfire (feat. juliette lewis).mp3|6182912
        The Prodigy - Your Love Remix.mp3|8004651
        The Prodigy - Wind It Up.mp3|6614721
        The Prodigy - Weather Experience.mp3|11694187
        The Prodigy - Voodoo People.mp3|9289812
        The Prodigy - Their Law Featuring Pop Will Eat Itself.mp3|9617408
        The Prodigy - The Heat The Energy.mp3|6428672
        The Prodigy - Speedway Theme From Fastlane.mp3|12877824
        The Prodigy - Smack My Bitch Up.mp3|8393927
        The Prodigy - Skylined.mp3|8599552
        The Prodigy - Serial Thrilla.mp3|7640344
        The Prodigy - Ruff in the Jungle Bizness.mp3|7481794
        The Prodigy - Poison.mp3|9664512
        The Prodigy - Out of Space.mp3|7213450
        The Prodigy - One Love Edit.mp3|5605376
        The Prodigy - No Good Start The Dance.mp3|9074688
        The Prodigy - Narayan.mp3|13271501
        The Prodigy - Music Reach 1234.mp3|6109419
        The Prodigy - Mindfields.mp3|8336242
        The Prodigy - Jericho.mp3|5412250
                                Page 14
```

```
                              ShareListing.txt
The Prodigy - Intro.mp3|1095680
The Prodigy - Hyperspeed GForce Part 2.mp3|7619721
The Prodigy - Funky Shit.mp3|7762593
The Prodigy - Full Throttle.mp3|7266304
The Prodigy - Fuel My Fire.mp3|6380823
The Prodigy - Firestarter.mp3|6907449
The Prodigy - Fire Sunrise Version.mp3|7229761
The Prodigy - Everybody in the Place 155 and Rising.mp3|6079971
The Prodigy - Diesel Power.mp3|6340071
The Prodigy - Death of the Prodigy Dancers Live.mp3|5421683
The Prodigy - Climbatize.mp3|9694191
The Prodigy - Claustrophobic Sting.mp3|10373120
The Prodigy - Charly Trip into Drum and Bass Version.mp3|7567071
The Prodigy - Breathe.mp3|8213359
The Prodigy - Break  Enter.mp3|12113920
The Prodigy - 3 Kilos.mp3|10706944
The Police - Wrapped Around Your Finger.mp3|5005312
The Police - Walking on the Moon.mp3|4837376
The Police - Spirits in the Material World.mp3|2861056
The Police - Roxanne.mp3|3076096
The Police - Message in a Bottle.mp3|4636672
The Police - King of Pain.mp3|4761600
The Police - Invisible Sun.mp3|3569664
The Police - Every Little Thing She Does is Magic.mp3|4179968
The Police - Every Breath You Take.mp3|4046848
The Police - Dont Stand So Close to Me 86.mp3|4626432
The Police - De Do Do Do De Da Da Da.mp3|3952640
The Police - Cant Stand Losing You.mp3|2703360
The Pixies - Where Is My Mind.mp3|5561701
The Hives - Supply And Demand.mp3|3607060
The Hives - Statecontrol.mp3|2810216
The Hives - Outsmarted.mp3|3507370
The Hives - Main Offender.mp3|3766298
The Hives - Knock Knock.mp3|3220860
The Hives - Introduce The Metric System In Time.mp3|3089228
The Hives - Inspection Wise 1999.mp3|2408355
The Hives - Hate To Say I Told You So.mp3|4884186
The Hives - Find Another Girl.mp3|4705457
The Hives - Die All Right.mp3|4078516
The Hives - Declare Guerre Nucleaire.mp3|2380775
The Hives - A Get Together To Tear It Apart.mp3|2798950
The Dust Brothers - Who Is Tyler Durden.mp3|6089927
The Dust Brothers - What Is Fight Club.mp3|4576477
The Dust Brothers - Stealing Fat.mp3|3423255
The Dust Brothers - Space Monkeys.mp3|4917195
The Dust Brothers - Single Serving Jack.mp3|6133147
The Dust Brothers - Psycho Boy Jack.mp3|4288689
The Dust Brothers - Medula Oblongata.mp3|8647855
The Dust Brothers - Marla.mp3|6316201
The Dust Brothers - Marla   l Burn Revenge.mp3|6306591
The Dust Brothers - Jacks Smirking Revenge.mp3|5751986
The Dust Brothers - Homework.mp3|6677681
The Dust Brothers - Hit Me.mp3|4128890
The Dust Brothers - Hessel Raymond K.mp3|4077651
The Dust Brothers - Finding The Bomb.mp3|1724350
The Dust Brothers - Fight Club.mp3|1441830
The Dust Brothers - Corporate World.mp3|3932684
The Dust Brothers - Commissioner Castration.mp3|4509382
The Dust Brothers - Chemical Burn.mp3|3469259
The Crystal Method - Wide Open.m4a|7057046
The Crystal Method - Weapons Of Mass Distortion.m4a|4742968
The Crystal Method - Vapor Trail.m4a|7904080
The Crystal Method - True Grit.m4a|4983451
```

```
                              ShareListing.txt
The Crystal Method - Trip Like I Do.m4a|9169760
The Crystal Method - The American Way.m4a|4234422
The Crystal Method - Starting Over.m4a|3888367
The Crystal Method - She's My Pusher.m4a|6894909
The Crystal Method - Realizer.m4a|3612420
The Crystal Method - Keep Hope Alive.m4a|7523808
The Crystal Method - Jaded.m4a|8594958
The Crystal Method - I Know Its You.m4a|5369799
The Crystal Method - High Roller.m4a|6657352
The Crystal Method - High And Low.m4a|5135509
The Crystal Method - Comin' Back.m4a|6846168
The Crystal Method - Cherry Twist.m4a|5363751
The Crystal Method - Busy Child.m4a|8983392
The Crystal Method - Broken Glass.m4a|3845740
The Crystal Method - Bound Too Long.m4a|6238728
The Crystal Method - Born Too Slow.m4a|2824180
The Crystal Method - Bad Stone.m4a|6254936
The Crystal Method - Acetone.m4a|5110995
The Beatles - Your Mother Should Know.mp3|2484555
The Beatles - You Wont See Me.mp3|3303485
The Beatles - You Never Give Me Your Money.mp3|3958829
The Beatles - You Cant Do That.mp3|2592099
The Beatles - Yesterday.m4a|2058063
The Beatles - Yer Blues.mp3|3863905
The Beatles - Yellow Submarine.m4a|2585511
The Beatles - Within You Without You.m4a|4940339
The Beatles - With A Little Help From My Friends.m4a|2676372
The Beatles - Wild Honey Pie.mp3|986679
The Beatles - Why Dont We Do It In The Road.mp3|1629100
The Beatles - While My Guitar Gently Weeps.mp3|4568603
The Beatles - When Im SixtyFour.m4a|2575485
The Beatles - When I Get Home.mp3|2284061
The Beatles - What Goes On.mp3|2794824
The Beatles - We Can Work It Out.m4a|2213627
The Beatles - Wait.mp3|2253142
The Beatles - Ticket To Ride.m4a|3100083
The Beatles - Think For Yourself.mp3|2291190
The Beatles - Things We Said Today.mp3|2611328
The Beatles - The Word.mp3|2681136
The Beatles - The Long and Winding Road.m4a|3534372
The Beatles - The Fool On The Hill.mp3|2973982
The Beatles - The End.mp3|2317483
The Beatles - The Continuing Story Of Bungalow Bill.mp3|2976187
The Beatles - The Ballad of John and Yoko.m4a|2923634
The Beatles - Tell Me Why.mp3|2151145
The Beatles - Sun King.mp3|2421138
The Beatles - Strawberry Fields Forever.mp3|4099133
The Beatles - Something.mp3|3008370
The Beatles - Something.m4a|2950715
The Beatles - Shes Leaving Home.m4a|3492390
The Beatles - She Loves You.m4a|2310227
The Beatles - She Came In Through The Bathroom Window.mp3|1963921
The Beatles - Sgt Peppers Lonely Hearts Club Band.m4a|2011269
The Beatles - Sgt Peppers Lonely Hearts Club Band Reprise.m4a|1314415
The Beatles - Sexy Sadie.mp3|3131641
The Beatles - Savoy Truffle.mp3|2803965
The Beatles - Run For Your Life.mp3|2282830
The Beatles - Rocky Racoon.mp3|3545006
The Beatles - Revolution 9.mp3|7895125
The Beatles - Revolution 1.mp3|4096711
The Beatles - Polythene Pam.mp3|1244170
The Beatles - Piggies.mp3|1995626
The Beatles - Penny Lane.mp3|3024963
                              Page 16
```

```
                            ShareListing.txt
        The Beatles - Penny Lane.m4a|2929910
        The Beatles - Paperback Writer.m4a|2266018
        The Beatles - Oh Darling.mp3|3387461
        The Beatles - Octopuss Garden.mp3|2819042
        The Beatles - ObLaDi ObLaDa.mp3|3026741
        The Beatles - Nowhere Man.mp3|2690752
        The Beatles - Norwegian Wood This Bird Has Flown.mp3|2068853
        The Beatles - Mother Natures Son.mp3|2694047
        The Beatles - Michelle.mp3|2659820
        The Beatles - Mean Mr Mustard.mp3|1140937
        The Beatles - Maxwells Silver Hammer.mp3|3396669
        The Beatles - Martha My Dear.mp3|2384752
        The Beatles - Magical Mystery Tour.mp3|2840235
        The Beatles - Lucy In The Sky With Diamonds.m4a|3386879
        The Beatles - Lovely Rita.m4a|2645667
        The Beatles - Love Me Do.m4a|2303157
        The Beatles - Long Long Long.mp3|2955268
        The Beatles - Let It Be.m4a|3744652
        The Beatles - Lady Madonna.m4a|2242819
        The Beatles - Julia.mp3|2792672
        The Beatles - In My Life.mp3|2429527
        The Beatles - Im So Tired.mp3|1977659
        The Beatles - Im Looking Through You.mp3|2427032
        The Beatles - Im Happy Just To Dance With You.mp3|2037902
        The Beatles - Ill Cry Instead.mp3|1793795
        The Beatles - Ill Be Back.mp3|2319167
        The Beatles - If I Needed Someone.mp3|2363499
        The Beatles - If I Fell.mp3|2342150
        The Beatles - I Will.mp3|1702218
        The Beatles - I Want You Shes So Heavy.mp3|7554948
        The Beatles - I Want To Hold Your Hand.m4a|2370773
        The Beatles - I Should Have Known Better.mp3|2695761
        The Beatles - I Feel Fine.m4a|2264904
        The Beatles - I Am The Walrus.mp3|4524187
        The Beatles - Honey Pie.mp3|2586203
        The Beatles - Hey Jude.m4a|6871260
        The Beatles - Here Comes The Sun.mp3|3049339
        The Beatles - Her Majesty.mp3|452553
        The Beatles - Helter Skelter.mp3|4321157
        The Beatles - Help.m4a|2272759
        The Beatles - Hello Goodbye.mp3|3474691
        The Beatles - Hello Goodbye.m4a|3365727
        The Beatles - Happiness Is a Warm Gun.mp3|2622998
        The Beatles - Good Night.mp3|3074382
        The Beatles - Good Morning Good Morning.m4a|2632996
        The Beatles - Golden Slumbers.mp3|1545520
        The Beatles - Glass Onion.mp3|2212132
        The Beatles - Girl.mp3|2523979
        The Beatles - Getting Better.m4a|2737834
        The Beatles - Get Back.m4a|3124586
        The Beatles - From Me To You.m4a|1910100
        The Beatles - Flying.mp3|2282245
        The Beatles - Fixing A Hole.m4a|2558019
        The Beatles - Everybodys Got Something To Hide Except Me And My
Monkey.mp3|2320847
        The Beatles - Eleanor Rigby.m4a|2080617
        The Beatles - Eight Days A Week.m4a|2681363
        The Beatles - Drive My Car.mp3|2466309
        The Beatles - Dont Pass Me By.mp3|3558384
        The Beatles - Dear Prudence.mp3|3789512
        The Beatles - Day Tripper.m4a|2746085
        The Beatles - Cry Baby Cry.mp3|3061009
        The Beatles - Come Together.mp3|4250549
                            Page 17
```

```
                          ShareListing.txt
The Beatles - Come Together.m4a|4187503
The Beatles - Carry That Weight.mp3|1630368
The Beatles - Cant Buy Me Love.mp3|2228892
The Beatles - Cant Buy Me Love.m4a|2156784
The Beatles - Blue Jay Way.mp3|3878438
The Beatles - Blackbird.mp3|2218400
The Beatles - Birthday.mp3|2610862
The Beatles - Being For The Benefit Of Mr Kite.m4a|2565449
The Beatles - Because.mp3|2728754
The Beatles - Back In The USSR.mp3|2615054
The Beatles - Baby Youre A Rich Man.mp3|3031245
The Beatles - Any Time At All.mp3|2204230
The Beatles - And I Love Her.mp3|2487187
The Beatles - All You Need Is Love.mp3|3745953
The Beatles - All You Need Is Love.m4a|3691573
The Beatles - A Hard Days Night.mp3|2510597
The Beatles - A Hard Days Night.m4a|2506390
The Beatles - A Day In The Life.m4a|5406222
The Ataris - Your Boyfriend Sucks.mp3|2696033
The Ataris - Untitled Hidden Track.mp3|5996222
The Ataris - Unopened Letter to the World.mp3|3838299
The Ataris - The Saddest Song.mp3|6129760
The Ataris - The Last Song I Will.mp3|2707584
The Ataris - The Hero Dies in this One.mp3|5926005
The Ataris - The Boys of Summer.mp3|6193081
The Ataris - Summer 79.mp3|5714726
The Ataris - So Long Astoria.mp3|4872121
The Ataris - San Dimas High School Football.mp3|2643262
The Ataris - Radio 2.mp3|4981835
The Ataris - My Reply.mp3|6089636
The Ataris - Looking Back on Today.mp3|5638240
The Ataris - In this Diary.mp3|5536676
The Ataris - In Spite of the World.mp3|3495422
The Ataris - Eight of Nine.mp3|5659556
The Ataris - Broken Promise Ring.mp3|3299915
The Ataris - All You Can Ever Learn is what.mp3|5092231
Talking Heads - Wild Wild Life.mp3|3522560
Talking Heads - Warning Sign.mp3|3762176
Talking Heads - This Must Be The Place Naive Melody.mp3|4745216
Talking Heads - The Big Country.mp3|5294080
Talking Heads - Take Me To The River.mp3|4847616
Talking Heads - Swamp.mp3|5021696
Talking Heads - Sugar On My Tongue.mp3|2504704
Talking Heads - Stay Up Late.mp3|3731456
Talking Heads - Sax And Violins.mp3|5093376
Talking Heads - Road To Nowhere.mp3|4167680
Talking Heads - Psycho Killer.mp3|4165632
Talking Heads - Popsicle.mp3|5117952
Talking Heads - Once In A Lifetime.mp3|4155392
Talking Heads - Nothing But Flowers.mp3|5353472
Talking Heads - No Compassion.mp3|4655104
Talking Heads - Mr Jones.mp3|4167680
Talking Heads - Memories Cant Wait.mp3|3389440
Talking Heads - Love For Sale.mp3|4364288
Talking Heads - Love  Building On Fire.mp3|2844672
Talking Heads - Lifetime Piling Up.mp3|3735552
Talking Heads - Life During Wartime Live.mp3|4872192
Talking Heads - I Zimbra.mp3|3008512
Talking Heads - I Wish You Wouldnt Say That.mp3|2506752
Talking Heads - I Want To Live.mp3|3254272
Talking Heads - Heaven.mp3|3883008
Talking Heads - Girlfriend Is Better Live.mp3|3471360
Talking Heads - Gangster Of Love.mp3|4306944
                              Page 18
```

ShareListing.txt
Talking Heads - Dont Worry About The Government.mp3|2887680
Talking Heads - Crosseyed And Painless.mp3|4573184
Talking Heads - City Of Dreams.mp3|4931584
Talking Heads - Burning Down The House.mp3|3860480
Talking Heads - Blind.mp3|4802560
Talking Heads - And She Was.mp3|3510272
System Of A Down - X.mp3|2022126
System Of A Down - War.mp3|3236830
System Of A Down - Toxicity.mp3|3584480
System Of A Down - Thetawaves.mp3|2531280
System Of A Down - SuitePee.mp3|3067039
System Of A Down - Suggestions.mp3|3317294
System Of A Down - Sugar.mp3|3103084
System Of A Down - Streamline.mp3|3507214
System Of A Down - Spiders.mp3|4337633
System Of A Down - Soil.mp3|4145369
System Of A Down - Shimmy.mp3|1933105
System Of A Down - Science.mp3|2743113
System Of A Down - Roulette.mp3|3245152
System Of A Down - Psycho.mp3|3772127
System Of A Down - Prison Song.mp3|3380503
System Of A Down - PLUCK.mp3|4372641
System Of A Down - Pictures.mp3|2046863
System Of A Down - Peephole.mp3|4909195
System Of A Down - Nuguns.mp3|2431382
System Of A Down - Needles.mp3|3209985
System Of A Down - Mr Jack.mp3|4020047
System Of A Down - Mind.mp3|7549137
System Of A Down - Know.mp3|3561284
System Of A Down - Jet Pilot.mp3|2140431
System Of A Down - Inner Vision.mp3|2486141
System Of A Down - IEAIAIO.mp3|3043282
System Of A Down - Highway Song.mp3|3123948
System Of A Down - Fuck the System.mp3|2149688
System Of A Down - Forest.mp3|4005765
System Of A Down - Ego Brain.mp3|3256438
System Of A Down - Deer Dance.mp3|2879787
System Of A Down - Ddevil.mp3|2086400
System Of A Down - Darts.mp3|3279151
System Of A Down - CUBErt.mp3|2209699
System Of A Down - Chop Suey.mp3|3490843
System Of A Down - Chic N Stu.mp3|2323972
System Of A Down - Bubbles.mp3|1895978
System Of A Down - Bounce.mp3|1780566
System Of A Down - Boom.mp3|2184368
System Of A Down - Atwa.mp3|2947073
System Of A Down - Aerials.mp3|3944327
System Of A Down - ADD.mp3|3182873
System Of A Down - 36.mp3|767065
Switchfoot - TwentyFour.mp3|7068570
Switchfoot - This Is Your Life.mp3|6200892
Switchfoot - The Beautiful Letdown.mp3|7714326
Switchfoot - Redemption.mp3|4487461
Switchfoot - On Fire.mp3|6709937
Switchfoot - More Than Fine.mp3|6126283
Switchfoot - Meant To Live.mp3|4935080
Switchfoot - Gone.mp3|5424116
Switchfoot - Dare You To Move.mp3|6123778
Switchfoot - Ammunition.mp3|5432258
Switchfoot - Adding To The Noise.mp3|4098123
Super Troopers - German Techno.mp3|5858597
Sum 41 - what I believe.mp3|2702745
Sum 41 - THT.mp3|697794

```
                              ShareListing.txt
Sum 41 - Summer.mp3|2563564
Sum 41 - Second chance for max headroom.mp3|3687457
Sum 41 - Ride the chariot to the devil.mp3|873755
Sum 41 - Rhythms.mp3|3577581
Sum 41 - Pain For Pleasure.mp3|5106789
Sum 41 - Nothing on my Back.mp3|3630871
Sum 41 - Never Wake Up.mp3|998251
Sum 41 - Motivation.mp3|3400471
Sum 41 - Makes no difference.mp3|3032514
Sum 41 - Machine gun.mp3|2389275
Sum 41 - Introduction to Destruction.mp3|756879
Sum 41 - In Too Deep.mp3|4142871
Sum 41 - Heart Attack.mp3|3378528
Sum 41 - Handle This.mp3|4341402
Sum 41 - Grab the devil by the horns.mp3|1076875
Sum 41 - Fat Lip.mp3|3566610
Sum 41 - Daves possessed hair.mp3|3648168
Sum 41 - Crazy Amanda Bunkface.mp3|2712928
Sum 41 - Another time around.mp3|3211402
Sum 41 - All Shes Got.mp3|2839883
Sum 41 - 32 ways to die.mp3|1455137
Sublime - Wrong Way.mp3|3274003
Sublime - What I Got.mp3|4105950
Sublime - What I Got reprise.mp3|4362995
Sublime - What Happened.mp3|4986173
Sublime - Were Only Gonna Die For Our A.mp3|4497160
Sublime - Waiting For My Ruca.mp3|3364282
Sublime - Under My Voodoo.mp3|4940406
Sublime - The Ballad of Johnny Butt.mp3|3153630
Sublime - Smoke Two Joints.mp3|4161748
Sublime - Seed.mp3|3126045
Sublime - Scarlet Begonias.mp3|5077079
Sublime - Saw Red.mp3|2358955
Sublime - Santeria.mp3|4397477
Sublime - Same in the End.mp3|3757373
Sublime - Rivers Of Babylon.mp3|3588099
Sublime - Right Back.mp3|4060811
Sublime - Poolshark.mp3|1191285
Sublime - Pawn Shop.mp3|8787929
Sublime - Paddle Out.mp3|1808847
Sublime - New Thrash.mp3|2164321
Sublime - New Song.mp3|4656403
Sublime - Live At Es.mp3|4536030
Sublime - Lets Go Get Stoned.mp3|5110306
Sublime - KrsOne.mp3|3453307
Sublime - Jailhouse.mp3|7038770
Sublime - Hope.mp3|2479044
Sublime - Get Ready.mp3|6978584
Sublime - Garden Grove.mp3|6275786
Sublime - Ebin.mp3|5093379
Sublime - Dont Push.mp3|6211838
Sublime - Doin Time.mp3|6052595
Sublime - DJs.mp3|4754832
Sublime - Date Rape.mp3|5220648
Sublime - Credits.mp3|6314029
Sublime - Chica Me Tipo.mp3|3276510
Sublime - Caress me Down.mp3|5082094
Sublime - Burritos.mp3|5649474
Sublime - Badfish.mp3|4436347
Sublime - April 29 1992 Miami.mp3|5601199
Sublime - 5446 Thats My NumberBall and.mp3|7627466
Sublime - 40oz To Freedom.mp3|4390581
Sublime - 40 Oz To Freedom.mp3|3662475
                                 Page 20
```

```
                              ShareListing.txt
        Strokes The - When It Started.m4a|3504377
        Strokes The - Trying Your Luck.m4a|3214330
        Strokes The - The Modern Age.m4a|3305977
        Strokes The - Take It Or Leave It.m4a|3134501
        Strokes The - Someday.m4a|2962932
        Strokes The - Soma.m4a|2564587
        Strokes The - Last Nite.m4a|3114145
        Strokes The - Is This It.m4a|2480736
        Strokes The - Hard To Explain.m4a|3650613
        Strokes The - Barely Legal.m4a|3638425
        Strokes The - Alone Together.m4a|2980855
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-11 - Rampant (Original
Composition).mp3|7305317
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-10 - Eulogy
(Remix).mp3|13142054
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-09 - Parabol.mp3|4755794
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-08 -
Disposition.mp3|5544332
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-07 -
Lateralus.mp3|12043817
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-06 - Jimmy.mp3|8458156
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-05 - Eulogy
(Acoustic).mp3|13081966
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-04 - Undertow.mp3|7603583
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-03 - Prison
Sex.mp3|6905669
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-02 - Sweat.mp3|5419128
        String Quartet Tribute To Tool-Metamorphic_ Vol_ 2-01 -
Stinkfist.mp3|7979099
        Stone Temple Pilots - Wicked Garden.mp3|2944859
        Stone Temple Pilots - Where The River Goes.mp3|6070149
        Stone Temple Pilots - Wet My Bed.mp3|1161532
        Stone Temple Pilots - Vasoline.mp3|4233216
        Stone Temple Pilots - Unglued.mp3|3698688
        Stone Temple Pilots - Still Remains.mp3|5113856
        Stone Temple Pilots - Sin.mp3|4382743
        Stone Temple Pilots - Silvergun Superman.mp3|7596032
        Stone Temple Pilots - Sex Type Thing.mp3|2626061
        Stone Temple Pilots - Pretty Penny.mp3|5330944
        Stone Temple Pilots - Plush.mp3|3769597
        Stone Temple Pilots - Piece Of Pie.mp3|3894671
        Stone Temple Pilots - No Memory.mp3|965613
        Stone Temple Pilots - Naked Sunday.mp3|2753329
        Stone Temple Pilots - Meatplow.mp3|5232640
        Stone Temple Pilots - Lounge Fly.mp3|7653376
        Stone Temple Pilots - Kitchenware  Candybars.mp3|11667456
        Stone Temple Pilots - Interstate Love Song.mp3|4669440
        Stone Temple Pilots - Dead  Bloated.mp3|3725084
        Stone Temple Pilots - Creep.mp3|4001564
        Stone Temple Pilots - Crackerman.mp3|2332026
        Stone Temple Pilots - Big Empty.mp3|7067648
        Stone Temple Pilots - Army Ants.mp3|5437440
        Staind - Suffocate.m4a|3200727
        Staind - Spleen.m4a|9183436
        Staind - Raw.m4a|3995934
        Staind - Mudshovel.m4a|4639160
        Staind - Me.m4a|4515348
        Staind - Just Go.m4a|4793343
        Staind - Home.m4a|4024805
        Staind - Crawl.m4a|4423665
        Staind - A Flat.m4a|4951172
        Sonic Youth - Youth Against Fascism.mp3|3470406
        Sonic Youth - Wish Fulfillment.mp3|3307119
                                  Page 21
```

ShareListing.txt
Sonic Youth - Trilogy a The Wonder b Hyperstation c Eliminator
Jr.mp3|13499778
        Sonic Youth - Total Trash.mp3|7254171
        Sonic Youth - Theresas Soundworld.mp3|5260107
        Sonic Youth - The Sprawl.mp3|7392513
        Sonic Youth - Teen Age Riot.mp3|6690764
        Sonic Youth - Swimsuit Issue.mp3|2871464
        Sonic Youth - Sugar Kane.mp3|5719015
        Sonic Youth - streamXsonik subway.mp3|2740615
        Sonic Youth - small flowers crack concrete.mp3|5007355
        Sonic Youth - Silver Rocket.mp3|3653874
        Sonic Youth - side2side.mp3|3431909
        Sonic Youth - Shoot.mp3|5068246
        Sonic Youth - renegade princess.mp3|5596945
        Sonic Youth - Rain King.mp3|4475161
        Sonic Youth - Purr.mp3|4201401
        Sonic Youth - Providence.mp3|2593509
        Sonic Youth - Orange Rolls Angels Spit.mp3|4148759
        Sonic Youth - On The Strip.mp3|5481617
        Sonic Youth - nyc ghosts  flowers.mp3|7568460
        Sonic Youth - Nic Fit.mp3|956370
        Sonic Youth - nevermind what was it anyway.mp3|5397173
        Sonic Youth - lightnin.mp3|3706648
        Sonic Youth - Kissability.mp3|3019133
        Sonic Youth - JC.mp3|3893363
        Sonic Youth - Hey Joni.mp3|4214074
        Sonic Youth - free city rhymes.mp3|7248300
        Sonic Youth - Erics Trip.mp3|3663485
        Sonic Youth - Drunken Butterfly.mp3|2947952
        Sonic Youth - Cross The Breeze.mp3|6735630
        Sonic Youth - Chapel Hill.mp3|4603484
        Sonic Youth - Candle.mp3|4789462
        Sonic Youth - 100.mp3|2388015
        Snoop Dogg Ft Pharrell - Drop it Lke Its Hot.mp3|6495214
        Snoop Dogg feat Pharell - Drop It Like Its Hot.mp3|6480223
        Snoop Dogg - Yall Gone Miss Me Featuring Kokane.mp3|4091904
        Snoop Dogg - Wrong Idea Featuring Bad Azz Kokane  Lil HD.mp3|4067328
        Snoop Dogg - Who Am I Whats My Name.m4a|3872141
        Snoop Dogg - W Balls.m4a|587367
        Snoop Dogg - True Lies Featuring Kokane.mp3|3850240
        Snoop Dogg - Tha Shiznit.m4a|3956868
        Snoop Dogg - Stacey Adams Featuring Kokane.mp3|4409451
        Snoop Dogg - Snoop Dogg Whats My Name.mp3|3893248
        Snoop Dogg - Set it off Featuring MC Ren The Lady of Rage Nate Dogg Ice
Cube.mp3|4438016
        Snoop Dogg - Serial Killa.m4a|3176052
        Snoop Dogg - Ready 2 Ryde Featuring Eve.mp3|4186112
        Snoop Dogg - Pump Pump.m4a|3237719
        Snoop Dogg - Murder Was The Case.m4a|3538964
        Snoop Dogg - Losin Control bonus Featuring Butch Cassidy.mp3|3983360
        Snoop Dogg - Lodi Dodi.m4a|4286800
        Snoop Dogg - Leave Me Alone.mp3|4040704
        Snoop Dogg - Lay Low Featuring Master P Nate Dogg Butch Kassidy Goldie Loc
Tray Deee.mp3|3569664
        Snoop Dogg - Issues.mp3|2490368
        Snoop Dogg - Intro.mp3|1302528
        Snoop Dogg - Interlude 4.m4a|890145
        Snoop Dogg - Interlude 3.m4a|757485
        Snoop Dogg - Interlude 2.m4a|520306
        Snoop Dogg - Interlude 1.m4a|635838
        Snoop Dogg - I Cant Swim.mp3|4108288
        Snoop Dogg - Hennesey N Buddah Featuring Kokane.mp3|4026368
        Snoop Dogg - Gz And Hustlas.m4a|3718286
                              Page 22

```
                              ShareListing.txt
          Snoop Dogg - Gin And Juice.m4a|3286681
          Snoop Dogg - G Funk Intro.m4a|2244618
          Snoop Dogg - For All My Niggaz  Bitches.m4a|4580310
          Snoop Dogg - Doggy Dogg World.m4a|4710828
          Snoop Dogg - Bathtub.m4a|1793681
          Snoop Dogg - Aint No Fun.m4a|3840806
          Snoop Dogg (feat Pharrell) - Drop It Like It's Hot (Dirty
Version).mp3|6535671
          Sneaker Pimps - Wife By Two Thousand.mp3|7542216
          Sneaker Pimps - Walking Zero Tuff  Jam UndaVybe Vocal.mp3|6364838
          Sneaker Pimps - Think Harder Think Dumb.mp3|4542464
          Sneaker Pimps - The Fuel.mp3|4651008
          Sneaker Pimps - Tesko Suicide Americruiser Mix.mp3|3727173
          Sneaker Pimps - Ten To Twenty.mp3|5399465
          Sneaker Pimps - Superbug.mp3|5350918
          Sneaker Pimps - Splinter.mp3|5715794
          Sneaker Pimps - Spin Spin Sugar Armands Dark Garage Mix.mp3|8646980
          Sneaker Pimps - Spin Spin Sugar Armands Bonus Dub.mp3|5287296
          Sneaker Pimps - Sneaker Pimps    Waterbaby.mp3|6049090
          Sneaker Pimps - Sneaker Pimps    Wasted Early Sunday Morning.mp3|6464123
          Sneaker Pimps - Sneaker Pimps    Walking Zero.mp3|6527444
          Sneaker Pimps - Sneaker Pimps    Tesko Suicide.mp3|5472933
          Sneaker Pimps - Sneaker Pimps    Spin Spin Sugar.mp3|6286073
          Sneaker Pimps - Sneaker Pimps    Roll On.mp3|6456600
          Sneaker Pimps - Sneaker Pimps    Post Modern Sleaze.mp3|7503588
          Sneaker Pimps - Sneaker Pimps    Low Place Like Home.mp3|6675402
          Sneaker Pimps - Sneaker Pimps    How Do.mp3|7295444
          Sneaker Pimps - Sneaker Pimps    Becoming X.mp3|6133726
          Sneaker Pimps - Sneaker Pimps    6 Underground.mp3|5914925
          Sneaker Pimps - Small Town Witch.mp3|6917078
          Sneaker Pimps - Sick.mp3|6119602
          Sneaker Pimps - Roll On Fold Mix.mp3|4748233
          Sneaker Pimps - PostModern Sleaze The Salt City Orchestra Nightclub
Mix.mp3|8303064
          Sneaker Pimps - PostModern Sleaze Reprazent Mix.mp3|6775769
          Sneaker Pimps - PostModern Sleaze Flight From Nashville.mp3|3338063
          Sneaker Pimps - Maidez.mp3|5001216
          Sneaker Pimps - Low Five.mp3|5510200
          Sneaker Pimps - Loretta Young Silks.mp3|8597280
          Sneaker Pimps - Lightning Field.mp3|5014300
          Sneaker Pimps - Kiro TV.mp3|5377934
          Sneaker Pimps - Half Life.mp3|5859912
          Sneaker Pimps - Grazes.mp3|6463488
          Sneaker Pimps - Flowers And Silence.mp3|6951846
          Sneaker Pimps - Empathy.mp3|4436899
          Sneaker Pimps - Destroying Angel.mp3|5332194
          Sneaker Pimps - Cute Sushi Lunches.mp3|3908111
          Sneaker Pimps - Curl.mp3|5899606
          Sneaker Pimps - Blue Movie.mp3|3973120
          Sneaker Pimps - Bloodsport.mp3|5187584
          Sneaker Pimps - Blacksheep.mp3|5781686
          Sneaker Pimps - 6 Underground The Umbrellas Of Ladywell Mix 2.mp3|3949125
          Sneaker Pimps - 6 Underground Perfecto Mix.mp3|5843714
          Simon And Garfunkel - You Can Tell The World.mp3|2654208
          Simon And Garfunkel - Why Dont You Write Me.mp3|2646092
          Simon And Garfunkel - Weve Got A Groovey Thing Goin.mp3|1927168
          Simon And Garfunkel - Wednesday Morning 3 AM.mp3|2201600
          Simon And Garfunkel - Voices Of Old People.mp3|2037760
          Simon And Garfunkel - The Times They Are AChangin.mp3|2777088
          Simon And Garfunkel - The Sun Is Burning.mp3|2711552
          Simon And Garfunkel - The Sound Of Silence.mp3|3010560
          Simon And Garfunkel - The Only Living Boy In New York.mp3|3874816
          Simon And Garfunkel - The Dangling Conversation.mp3|2576384
                                 Page 23
```

ShareListing.txt
```
Simon And Garfunkel - The Boxer.mp3|5009408
Simon And Garfunkel - The Big Bright Green Pleasure Machine.mp3|2633728
Simon And Garfunkel - The 59th Street Bridge Song Feelin Groovy.mp3|1646592
Simon And Garfunkel - Sparrow.mp3|2723840
Simon And Garfunkel - Song For The Asking.mp3|1742848
Simon And Garfunkel - Somewhere They Cant Find Me.mp3|2523218
Simon And Garfunkel - So Long Frank Lloyd Wright.mp3|3608576
Simon And Garfunkel - Scarborough FairCanticle.mp3|3057664
Simon And Garfunkel - Save The Life Of My Child.mp3|2699264
Simon And Garfunkel - Richard Cory.mp3|2848768
Simon And Garfunkel - Punkys Dilemma.mp3|2197504
Simon And Garfunkel - PeggyO.mp3|2334720
Simon And Garfunkel - Patterns.mp3|2643968
Simon And Garfunkel - Overs.mp3|2131968
Simon And Garfunkel - Old Friends.mp3|2486272
Simon And Garfunkel - Mrs Robinson.mp3|3934208
Simon And Garfunkel - Leaves That Are Green.mp3|2297856
Simon And Garfunkel - Last Night I Had The Strangest Dream.mp3|2101248
Simon And Garfunkel - Keep The Customer Satisfied.mp3|2531328
Simon And Garfunkel - Kathys Song.mp3|3217408
Simon And Garfunkel - If I Only Could El Condor Pasa.mp3|3031040
Simon And Garfunkel - I Am A Rock.mp3|2734080
Simon And Garfunkel - Homeward Bound.mp3|2406400
Simon And Garfunkel - He Was My Brother.mp3|2713600
Simon And Garfunkel - Go Tell It On The Mountain.mp3|2023424
Simon And Garfunkel - For Emily Whenever I May Find Her.mp3|1994752
Simon And Garfunkel - Flowers Never Bend With The Rainfall.mp3|2148352
Simon And Garfunkel - Fakin It.mp3|3190784
Simon And Garfunkel - Cloudy.mp3|2164736
Simon And Garfunkel - Cecilia.mp3|2801664
Simon And Garfunkel - Bye Bye Love.mp3|2812012
Simon And Garfunkel - Bridge Over Troubled Water.mp3|4730880
Simon And Garfunkel - Bookends Theme.mp3|1339392
Simon And Garfunkel - Blessed.mp3|3139584
Simon And Garfunkel - Bleeker Street.mp3|2662400
Simon And Garfunkel - Benedictus.mp3|2584576
Simon And Garfunkel - Baby Driver.mp3|3172352
Simon And Garfunkel - At The Zoo.mp3|2291712
Simon And Garfunkel - April Come She Will.mp3|1789952
Simon And Garfunkel - Anji.mp3|2195456
Simon And Garfunkel - America.mp3|3540992
Simon And Garfunkel - A Simple Desultory Philippic Or How I Was Robert
Mcnamarad Into Submission.mp3|2127872
Simon And Garfunkel - A Poem On The Underground Wall.mp3|1875968
Simon And Garfunkel - A Most Peculiar Man.mp3|2465792
Simon And Garfunkel - A Hazy Shade Of Winter.mp3|2199552
Simon And Garfunkel - 7 Oclock NewsSilent Night.mp3|1918976
Savage Garden - You Can Still Be Free.mp3|4140447
Savage Garden - Violet.mp3|3908450
Savage Garden - Universe.mp3|4171766
Savage Garden - Two Beds and a Coffee Machine.mp3|3329196
Savage Garden - Truly Madly Deeply.mp3|4456409
Savage Garden - To The Moon and Back.mp3|5464526
Savage Garden - The Lover After Me.mp3|4648682
Savage Garden - The Best Thing.mp3|4150470
Savage Garden - Tears of Pearls.mp3|3641801
Savage Garden - Santa Monica.mp3|3433655
Savage Garden - Promises.mp3|3389766
Savage Garden - I Want You.mp3|3716193
Savage Garden - I Knew I Love You.mp3|4014219
Savage Garden - I Dont Know You Anymore.mp3|3686547
Savage Garden - Hold Me.mp3|4653686
Savage Garden - Gunning Down Romance.mp3|5356290
```

```
                          ShareListing.txt
Savage Garden - Crash and Burn.mp3|4513259
Savage Garden - Chained To You.mp3|3982451
Savage Garden - Carry On Dancing.mp3|3615053
Savage Garden - Break Me Shake Me.mp3|3263968
Savage Garden - Affirmation.mp3|4749403
Savage Garden - A Thousand Words.mp3|3847020
Santana - Wishing It Was.mp3|7026409
Santana - The Calling.mp3|17951442
Santana - Smooth.mp3|7157431
Santana - Put Your Lights On.mp3|6847735
Santana - Primavera.mp3|9093422
Santana - Migra.mp3|7897844
Santana - Maria Maria.mp3|6305426
Santana - Love Of My Life.mp3|8351758
Santana - El Farol.mp3|6989414
Santana - Do You Like The Way.mp3|8519155
Santana - Da Le Yaleo.mp3|8490310
Santana - Corazon Espinado.mp3|6632066
Santana - Africa Bamba.mp3|6784408
Rob Zombie - Dragula Hot Rod Herman Remix.mp3|4510334
Requiem for a Dream - Requiem for a Dream  Clint Mansell.m4a|1930650
Requiem for a Dream - Requiem for a Dream  Clint Mansell 9.m4a|1629624
Requiem for a Dream - Requiem for a Dream  Clint Mansell 8.m4a|583814
Requiem for a Dream - Requiem for a Dream  Clint Mansell 7.m4a|725400
Requiem for a Dream - Requiem for a Dream  Clint Mansell 6.m4a|1209931
Requiem for a Dream - Requiem for a Dream  Clint Mansell 5.m4a|617722
Requiem for a Dream - Requiem for a Dream  Clint Mansell 4.m4a|2640717
Requiem for a Dream - Requiem for a Dream  Clint Mansell 33.m4a|885719
Requiem for a Dream - Requiem for a Dream  Clint Mansell 32.m4a|352393
Requiem for a Dream - Requiem for a Dream  Clint Mansell 31.m4a|842063
Requiem for a Dream - Requiem for a Dream  Clint Mansell 3.m4a|2273503
Requiem for a Dream - Requiem for a Dream  Clint Mansell 29.m4a|4405017
Requiem for a Dream - Requiem for a Dream  Clint Mansell 28.m4a|1199384
Requiem for a Dream - Requiem for a Dream  Clint Mansell 27.m4a|2464301
Requiem for a Dream - Requiem for a Dream  Clint Mansell 26.m4a|1478424
Requiem for a Dream - Requiem for a Dream  Clint Mansell 25.m4a|483305
Requiem for a Dream - Requiem for a Dream  Clint Mansell 24.m4a|1090862
Requiem for a Dream - Requiem for a Dream  Clint Mansell 23.m4a|1398154
Requiem for a Dream - Requiem for a Dream  Clint Mansell 22.m4a|2665473
Requiem for a Dream - Requiem for a Dream  Clint Mansell 21.m4a|699423
Requiem for a Dream - Requiem for a Dream  Clint Mansell 20.m4a|2200894
Requiem for a Dream - Requiem for a Dream  Clint Mansell 2.m4a|3929709
Requiem for a Dream - Requiem for a Dream  Clint Mansell 19.m4a|2452078
Requiem for a Dream - Requiem for a Dream  Clint Mansell 18.m4a|1182424
Requiem for a Dream - Requiem for a Dream  Clint Mansell 17.m4a|1319688
Requiem for a Dream - Requiem for a Dream  Clint Mansell 16.m4a|1550420
Requiem for a Dream - Requiem for a Dream  Clint Mansell 15.m4a|891134
Requiem for a Dream - Requiem for a Dream  Clint Mansell 14.m4a|626513
Requiem for a Dream - Requiem for a Dream  Clint Mansell 13.m4a|2595547
Requiem for a Dream - Requiem for a Dream  Clint Mansell 12.m4a|1726480
Requiem for a Dream - Requiem for a Dream  Clint Mansell 11.m4a|779960
Requiem for a Dream - Requiem for a Dream  Clint Mansell 10.m4a|1483073
Requiem for a Dream - Requiem for a Dream  Clint Mansell 1.m4a|3825131
REM - Zither.mp3|2467840
REM - You.mp3|4706304
REM - You Are The Everything.mp3|3596288
REM - World Leader Pretend.mp3|4157440
REM - Wolves Lower.mp3|4063232
REM - Windout.mp3|1923072
REM - White Tornado.mp3|1859584
REM - Whats The Frequency Kenneth.mp3|3848192
REM - What If We Give It Away.mp3|3436544
REM - Wendell Gee.mp3|2912256
```

ShareListing.txt
REM - Welcome To The Occupation.mp3|2703360
REM - Walters Theme.mp3|1468416
REM - Voice of Herold.mp3|4247552
REM - Undertow.mp3|4952064
REM - Underneath The Bunker.mp3|1402880
REM - Turn You Insideout.mp3|4118528
REM - Try Not to Breathe.mp3|3690496
REM - Toys in the Attic.mp3|2410496
REM - Toys In The Attic BSide.mp3|2371584
REM - Tongue.mp3|4055040
REM - Tired Of Singing Trouble BSide.mp3|987203
REM - Time After Time Etc Live Medley Time After TimeRed RainSo Central
Rain.mp3|8048640
REM - These Days.mp3|3276800
REM - There She Goes Again.mp3|2736128
REM - The Wrong Child.mp3|3495936
REM - The WakeUp Bomb.mp3|4937728
REM - The Sidewinder Sleeps Tonight.mp3|3991552
REM - The One I Love.mp3|3160064
REM - The One I Love Live.mp3|3966976
REM - The Flowers Of Guatemala.mp3|3792896
REM - Texarkana.mp3|3522560
REM - Talk About the Passion.mp3|3233792
REM - Sweetness Follows.mp3|4186112
REM - Swan Swan H.mp3|2723840
REM - Swan Swan H From The Athens Georgia  Inside Out Soundtrack.mp3|2598912
REM - Superman.mp3|2764800
REM - Stumble.mp3|5435392
REM - Strange.mp3|2453504
REM - Strange Currencies.mp3|3737600
REM - Star Me Kitten.mp3|3141632
REM - Star 69.mp3|3018752
REM - Stand.mp3|3090432
REM - So Fast So Numb.mp3|4042752
REM - So Central Rain.mp3|3127296
REM - Shiny Happy People.mp3|3620864
REM - Rotary Ten.mp3|1935360
REM - Romance.mp3|3313664
REM - Radio Song.mp3|4087808
REM - Radio Free Europe original hibtone single.mp3|3665920
REM - Pop Song 89.mp3|2961408
REM - Pale Blue Eyes.mp3|2795520
REM - Orange Crush.mp3|3706880
REM - Old Man Kensey.mp3|4004098
REM - Oddfellows Local 151.mp3|5165056
REM - Nightswimming.mp3|4130816
REM - New Test Leper.mp3|5228544
REM - New Orleans Instrumental No1.mp3|2172928
REM - Near Wild Heaven.mp3|3198976
REM - Monty Got a Raw Deal.mp3|3166208
REM - Me in Honey.mp3|3946496
REM - Maps and Legends.mp3|3051989
REM - Maps And Legends Live.mp3|3139584
REM - Man on the Moon.mp3|5027840
REM - Low.mp3|4749312
REM - Low Desert.mp3|3393536
REM - Losing My Religion.mp3|4304896
REM - Lightnin Hopkins.mp3|3221504
REM - Life and How to Live It.mp3|3979264
REM - Let Me In.mp3|3330048
REM - Leave.mp3|7008256
REM - Last Date InstrumentalBSide.mp3|2193408
REM - Kohoutek.mp3|3156471

```
                         ShareListing.txt
        REM - King of the Road.mp3|3137587
        REM - King Of Comedy.mp3|3545088
        REM - King Of Birds.mp3|4007936
        REM - Just A Touch.mp3|2895872
        REM - Just A Touch Live In Studio.mp3|2535424
        REM - Its The End Of The World As We Know It And I Feel Fine.mp3|3926016
        REM - Ignoreland.mp3|4280320
        REM - I Took Your Name.mp3|3891200
        REM - I Remember California.mp3|4864000
        REM - I Dont Sleep I Dream.mp3|3334144
        REM - I Believe.mp3|3688448
        REM - Hyena.mp3|2744320
        REM - How the West Was Won and Where It Got Us.mp3|4339712
        REM - Half a World Away.mp3|3336192
        REM - Hairshirt.mp3|3776512
        REM - Green Grow The Rushes.mp3|3616813
        REM - Good Advices.mp3|3371008
        REM - Get Up.mp3|2590720
        REM - Gardening at Night.mp3|3364864
        REM - Gardening at Night different vocal mix.mp3|3377152
        REM - Fireplace.mp3|3276800
        REM - Finest Worksong.mp3|3688448
        REM - Finest Worksong Other Mix.mp3|3643392
        REM - Finest Worksong mutual drum horn mix.mp3|3700736
        REM - Find the River.mp3|3684352
        REM - Femme Fatale.mp3|2725888
        REM - Feeling Gravitys Pull.mp3|4669497
        REM - Fall on Me.mp3|2734080
        REM - Exhuming McCarthy.mp3|3227648
        REM - Everybody Hurts.mp3|5126144
        REM - Endgame.mp3|3690530
        REM - Electrolite.mp3|3928064
        REM - EBow the Letter.mp3|5199872
        REM - Driver 8.mp3|3266560
        REM - Driver 8 Live.mp3|3379200
        REM - Drive.mp3|4343808
        REM - Dream All I Have To Do From the Athens Georgia  Inside Out
soundtrack.mp3|2545664
        REM - Dont go back to Rockville.mp3|4360192
        REM - Disturbance At The Heron House.mp3|3428352
        REM - Disturbance At The Heron House Live.mp3|3311616
        REM - Departure.mp3|3350528
        REM - Cuyahoga.mp3|4184064
        REM - Crush With Eyeliner.mp3|4460544
        REM - Crazy.mp3|2930688
        REM - Crazy BSide.mp3|2971648
        REM - Country Feedback.mp3|3997696
        REM - Circus Envy.mp3|4096000
        REM - Carnival of Sorts Box Cars.mp3|3764224
        REM - Cant Get There From Here.mp3|3522560
        REM - Cant Get There From Here Radio Edit.mp3|3117056
        REM - Burning Hell.mp3|3670016
        REM - Burning Down.mp3|4061184
        REM - Bittersweet Me.mp3|3934208
        REM - Binky The Doormat.mp3|4827136
        REM - Belong.mp3|3952640
        REM - Begin The Begin.mp3|3340288
        REM - Be Mine.mp3|5328943
        REM - Bang And Blame.mp3|5296128
        REM - Bandwagon.mp3|2205696
        REM - Auctioneer Another Engine.mp3|2624010
        REM - Ages of You.mp3|3590144
        REM - 11th Untitled Song.mp3|3045376
                         Page 27
```

```
                              ShareListing.txt
REM - 1000000.mp3|2992128
Red Hot Chili Peppers - Warped.mp3|7284264
Red Hot Chili Peppers - Warm Tape.mp3|6161405
Red Hot Chili Peppers - Walkabout.mp3|7361262
Red Hot Chili Peppers - Venice Queen.mp3|8812732
Red Hot Chili Peppers - Under The Bridge.mp3|4231168
Red Hot Chili Peppers - Transcending.mp3|8223890
Red Hot Chili Peppers - Throw Away Your Television.mp3|5398437
Red Hot Chili Peppers - This Velvet Glove.mp3|5495334
Red Hot Chili Peppers - This Is The Place.mp3|6188370
Red Hot Chili Peppers - Theyre Red Hot.mp3|1159168
Red Hot Chili Peppers - The Righteous  The Wicked.mp3|3969024
Red Hot Chili Peppers - The Power Of Equality.mp3|3897344
Red Hot Chili Peppers - The Greeting Song.mp3|3098624
Red Hot Chili Peppers - Tearjerker.mp3|6223194
Red Hot Chili Peppers - Tear.mp3|7619660
Red Hot Chili Peppers - Suck My Kiss.mp3|3475456
Red Hot Chili Peppers - Sir Psycho Sexy.mp3|7948288
Red Hot Chili Peppers - Shallow Be Thy Name.mp3|6565616
Red Hot Chili Peppers - Scar Tissue.mp3|5307245
Red Hot Chili Peppers - Savior.mp3|7108436
Red Hot Chili Peppers - Road Trippin.mp3|5023872
Red Hot Chili Peppers - Right On Time.mp3|2791343
Red Hot Chili Peppers - Purple Stain.mp3|6171794
Red Hot Chili Peppers - Porcelain.mp3|4019511
Red Hot Chili Peppers - Pea.mp3|2570484
Red Hot Chili Peppers - Parallel Universe.mp3|6584325
Red Hot Chili Peppers - Otherside.mp3|6232605
Red Hot Chili Peppers - One Hot Minute.mp3|9191686
Red Hot Chili Peppers - One Big Mob.mp3|8680870
Red Hot Chili Peppers - On Mercury.mp3|5005958
Red Hot Chili Peppers - Naked In The Rain.mp3|4251648
Red Hot Chili Peppers - My Lonely Man.mp3|4466688
Red Hot Chili Peppers - My Friends.mp3|5819424
Red Hot Chili Peppers - Minor Thing.mp3|5229776
Red Hot Chili Peppers - Midnight.mp3|7097423
Red Hot Chili Peppers - Mellowship Slinky In B Major.mp3|3842048
Red Hot Chili Peppers - If You Have To Ask.mp3|3469312
Red Hot Chili Peppers - I Like Dirt.mp3|3874064
Red Hot Chili Peppers - I Could Have Lied.mp3|3913728
Red Hot Chili Peppers - I Could Die For You.mp3|4655507
Red Hot Chili Peppers - Give It Away.mp3|4528128
Red Hot Chili Peppers - Get On Top.mp3|4844563
Red Hot Chili Peppers - Funky Monks.mp3|5175296
Red Hot Chili Peppers - Falling Into Grace.mp3|5465108
Red Hot Chili Peppers - Emit Remmus.mp3|5855816
Red Hot Chili Peppers - Easily.mp3|5642652
Red Hot Chili Peppers - Dosed.mp3|7494272
Red Hot Chili Peppers - Dont Forget Me.mp3|6673619
Red Hot Chili Peppers - Deep Kick.mp3|9438330
Red Hot Chili Peppers - Coffee Shop.mp3|4526734
Red Hot Chili Peppers - Californication.mp3|7808108
Red Hot Chili Peppers - Cabron.mp3|5244817
Red Hot Chili Peppers - Breaking The Girl.mp3|4728832
Red Hot Chili Peppers - Blood Sugar Sex Magik.mp3|4339712
Red Hot Chili Peppers - Around The World.mp3|5820713
Red Hot Chili Peppers - Apache Rose Peacock.mp3|4515840
Red Hot Chili Peppers - Aeroplane.mp3|6830414
Rage Against The Machine - Year Of Tha Boomerang.mp3|4797340
Rage Against The Machine - Without A Face.mp3|4338149
Rage Against The Machine - Wind Below.mp3|7008368
Rage Against The Machine - Wake up.mp3|5828608
Rage Against The Machine - Vietnow.mp3|5587325
                              Page 28
```

```
                              ShareListing.txt
Rage Against The Machine - Township rebellion.mp3|5193728
Rage Against The Machine - Tire Me.mp3|3604628
Rage Against The Machine - The Ghost of Tom Joad.mp3|6770772
Rage Against The Machine - Take the power back.mp3|5396480
Rage Against The Machine - Street Fighting Man.mp3|5647363
Rage Against The Machine - Snakecharmer.mp3|4714841
Rage Against The Machine - Settle for nothing.mp3|4618240
Rage Against The Machine - Roll Right.mp3|5250864
Rage Against The Machine - Revolver.mp3|6601384
Rage Against The Machine - Renegades of Funk.mp3|5508914
Rage Against The Machine - Pistol Grip Pump.mp3|3969781
Rage Against The Machine - People Of The Sun.mp3|3001201
Rage Against The Machine - Microphone Fiend.mp3|6038679
Rage Against The Machine - Maggies Farm.mp3|8290955
Rage Against The Machine - Know your enemy.mp3|4730880
Rage Against The Machine - Killing in the name.mp3|5027840
Rage Against The Machine - Kick out the Jams.mp3|3837079
Rage Against The Machine - In My Eyes.mp3|3491216
Rage Against The Machine - Im Housin.mp3|5937845
Rage Against The Machine - How I Could Just Kill a Man.mp3|4896632
Rage Against The Machine - How I Could Just Kill a Man L.mp3|5419053
Rage Against The Machine - Freedom.mp3|5867520
Rage Against The Machine - Fistful of steel.mp3|5298176
Rage Against The Machine - Down Rodeo.mp3|6412274
Rage Against The Machine - Down on the Street.mp3|4380426
Rage Against The Machine - Bulls On Parade.mp3|4626541
Rage Against The Machine - Bullet in the head.mp3|4956160
Rage Against The Machine - Bonus 1.mp3|5435298
Rage Against The Machine - Bombtrack.mp3|3921920
Rage Against The Machine - Beautiful World.mp3|3104604
Radiohead - You.mp3|4157358
Radiohead - you and whose army.mp3|4549440
Radiohead - Vegetable.mp3|3851758
Radiohead - Treefingers.mp3|4450955
Radiohead - Thinking About You.mp3|3234173
Radiohead - The National Anthem.mp3|7033944
Radiohead - The Morning Bell Amnesiac.mp3|4659616
Radiohead - Stop Whispering.mp3|6513101
Radiohead - Ripcord.mp3|3789568
Radiohead - Pyramid Song.mp3|6988336
Radiohead - PulkPull Revolving Doors.mp3|5921632
Radiohead - Prove Yourself.mp3|2909099
Radiohead - Packt Like Sardines In A Crush.mp3|5735157
Radiohead - Optimistic.mp3|6319796
Radiohead - Motion Picture Soundtrack.mp3|8429404
Radiohead - Morning Bell.mp3|5515706
Radiohead - Lurgee.mp3|3754051
Radiohead - Like Spinning Plates.mp3|5694394
Radiohead - Life In A Glass House.mp3|6590200
Radiohead - Knives Out.mp3|6158886
Radiohead - Kid A.mp3|5690034
Radiohead - In Limbo.mp3|4220058
Radiohead - Idioteque.mp3|6181866
Radiohead - I Might Be Wrong.mp3|7016506
Radiohead - I Cant.mp3|5066400
Radiohead - Hunting Bears.mp3|2866126
Radiohead - How To Disappear Completely.mp3|7126416
Radiohead - How Do You.mp3|2639152
Radiohead - Everything In Its Right Place.mp3|5029325
Radiohead - Dollars And Cents.mp3|6858754
Radiohead - Creep.mp3|4717450
Radiohead - Creep Second Version.mp3|4794728
Radiohead - Blow Out.mp3|5636914
                              Page 29
```

```
                            ShareListing.txt
Radiohead - Anyone Can Play Guitar.mp3|4356393
Queens Of The Stone Age - The Quick And The Pointless.mp3|1640448
Queens Of The Stone Age - The Lost Art Of Keeping A Secret.mp3|3457024
Queens Of The Stone Age - Tension Head.mp3|2762752
Queens Of The Stone Age - Monsters In The Parasol.mp3|3323904
Queens Of The Stone Age - Lightning Song.mp3|2041856
Queens Of The Stone Age - Leg Of Lamb.mp3|2701312
Queens Of The Stone Age - In The Fade.mp3|4251648
Queens Of The Stone Age - I Think I Lost My Headache.mp3|8325120
Queens Of The Stone Age - Feel Good Hit Of The Summer.mp3|2619392
Queens Of The Stone Age - Better Living Through Chemistry.mp3|5588992
Queens Of The Stone Age - Auto Pilot.mp3|3858432
Queen - Youre My Best Friend.mp3|2748471
Queen - We Will Rock You.mp3|1955840
Queen - We Are The Champions.mp3|2908160
Queen - Somebody To Love.mp3|4751360
Queen - Seven Seas of Rhye.mp3|2697216
Queen - Save Me.mp3|3661824
Queen - Play The Game.mp3|3387392
Queen - Now Im Here.mp3|4075520
Queen - Killer Queen.mp3|2897920
Queen - I Want To Break Free.mp3|4196352
Queen - Good Old Fashioned Lover Boy.mp3|2807808
Queen - Fat Bottomed Girls.mp3|4106240
Queen - Dont Stop Me Now.mp3|3377152
Queen - Crazy Little Thing Called Love.mp3|2621440
Queen - Body Language.mp3|4380672
Queen - Bicycle Race.mp3|2924544
Queen - Another One Bites The Dust.mp3|3475456
Puddle Of Mudd - Control.mp3|4604945
Primal Scream - We Go Down Slowly Rising.mp3|4073707
Primal Scream - Treasure Trip.mp3|3904944
Primal Scream - Trainspotting.mp3|9750679
Primal Scream - Stuka.mp3|6725740
Primal Scream - Star.mp3|5294229
Primal Scream - Sonic Sister Love.mp3|3135903
Primal Scream - Silent Spring.mp3|4643166
Primal Scream - Out Of The Void.mp3|4783790
Primal Scream - Motorhead.mp3|4375200
Primal Scream - Medication.mp3|4657354
Primal Scream - May The Sun Shine Bright For You.mp3|3227348
Primal Scream - Love You.mp3|5705822
Primal Scream - Long Life.mp3|4590449
Primal Scream - Leaves.mp3|4251843
Primal Scream - Kowalski.mp3|7002596
Primal Scream - Imperial.mp3|4375667
Primal Scream - If They Move Kill em.mp3|3628143
Primal Scream - Get Duffy.mp3|4998512
Primal Scream - Gentle Tuesday.mp3|4602416
Primal Scream - Burning Wheel.mp3|8523967
Primal Scream - Aftermath.mp3|3344352
Portishead - Western Eyes.mp3|4786891
Portishead - Wandering Star.mp3|5879332
Portishead - Undenied.mp3|5293143
Portishead - Strangers.mp3|4759724
Portishead - Sour Times.mp3|5079985
Portishead - Seven Months.mp3|5177159
Portishead - Roads.mp3|6102940
Portishead - Pedestal.mp3|4420132
Portishead - Over.mp3|4815102
Portishead - Only You.mp3|6045993
Portishead - Numb.mp3|4759200
Portishead - Mysterons.mp3|6123838
                            Page 30
```

```
                          ShareListing.txt
Portishead - Mourning Air.mp3|5110287
Portishead - Its a Fire.mp3|4585747
Portishead - It Could be Sweet.mp3|5199102
Portishead - Humming.mp3|7270612
Portishead - Half Day Closing.mp3|4565937
Portishead - Glory Box.mp3|6111298
Portishead - Elysium.mp3|7144702
Portishead - Cowboys.mp3|5640049
Portishead - Biscuit.mp3|6082042
Portishead - All Mine.mp3|4846973
Pixies - Winterlong.mp3|3741992
Pixies - Weird At My School.mp3|2383626
Pixies - Wave Of Mutilation UK Surf.mp3|3602498
Pixies - Velvety Instrumental Version.mp3|2488638
Pixies - Velouria.mp3|3501917
Pixies - Vamos Live.mp3|4175131
Pixies - UMass.mp3|2894308
Pixies - Trompe le Monde.mp3|1717749
Pixies - Theme From Narc.mp3|2162630
Pixies - The Thing.mp3|2378400
Pixies - The Sad Punk.mp3|2879254
Pixies - The Navajo Know.mp3|2229331
Pixies - The Happening.mp3|4791690
Pixies - Subbacultcha.mp3|2080116
Pixies - Stormy Weather.mp3|3747998
Pixies - Space I Believe in.mp3|4137737
Pixies - Santo.mp3|2732622
Pixies - Rock Music.mp3|1946455
Pixies - River Euphrates.mp3|4075838
Pixies - Planet of Sound.mp3|2022023
Pixies - Palace of the Brine.mp3|1512117
Pixies - Motorway to Roswell.mp3|4541485
Pixies - Manta Ray.mp3|3179838
Pixies - Make Believe.mp3|2293763
Pixies - Lovely Day.mp3|2009061
Pixies - Letter to Memphis.mp3|2568716
Pixies - Letter To Memphis Instrumenta.mp3|6271167
Pixies - Ive Been Waiting For You.mp3|3317242
Pixies - Is She Weird.mp3|3188459
Pixies - Into The White.mp3|5653634
Pixies - In Heaven Lady In The Radiato.mp3|2133373
Pixies - Head On.mp3|2144895
Pixies - Havalina.mp3|2553598
Pixies - Hang Wire.mp3|2016811
Pixies - Evil Hearted You.mp3|3144310
Pixies - Down to the Well.mp3|2468305
Pixies - Distance Equals Rate Times Time.mp3|1346301
Pixies - Dig For Fire.mp3|3389991
Pixies - Dancing The Manta Ray.mp3|2674630
Pixies - Cecilia Ann.mp3|2011735
Pixies - Build High.mp3|2058661
Pixies - Blown Away.mp3|2385921
Pixies - Bird Dream of the Olympus Mons.mp3|2690038
Pixies - Baileys Walk.mp3|2875249
Pixies - Ana.mp3|2044544
Pixies - Allison.mp3|1307358
Pixies - All Over the World.mp3|5336064
Pixies - Alec Eiffel.mp3|2725444
Pink Floyd - Young Lust.mp3|3411968
Pink Floyd - Yet Another Movie.mp3|6045402
Pink Floyd - WotsUh The deal.mp3|4916558
Pink Floyd - Wish You Were Here.mp3|7900596
Pink Floyd - When youre in.mp3|2405801
                          Page 31
```

```
                              ShareListing.txt
Pink Floyd - What Do You Want From Me.mp3|4988928
Pink Floyd - Waiting For The Worms.mp3|3868672
Pink Floyd - Vera.mp3|1433600
Pink Floyd - Us And Them.mp3|9222918
Pink Floyd - Us  Them.mp3|7076507
Pink Floyd - Time.mp3|8536429
Pink Floyd - The Trial.mp3|5109760
Pink Floyd - The Thin Ice.mp3|4071424
Pink Floyd - The Show Must Go On.mp3|1556480
Pink Floyd - The Happiest Days Of Our Lives.mp3|2394112
Pink Floyd - The Great Gig In The Sky.mp3|5686466
Pink Floyd - The gold its in the.mp3|2987099
Pink Floyd - The Dogs of War.mp3|7038891
Pink Floyd - Stop.mp3|503808
Pink Floyd - Stay.mp3|3917009
Pink Floyd - Speak To Me.mp3|2998272
Pink Floyd - Speak To Me  Breathe.mp3|4816095
Pink Floyd - Sorrow.mp3|12980224
Pink Floyd - Shine On You Crazy Diamond.mp3|16295936
Pink Floyd - Sheep.mp3|9904128
Pink Floyd - Run Like Hell.mp3|10332160
Pink Floyd - Round  Around.mp3|549657
Pink Floyd - Pigs Three Different Ones.mp3|11055104
Pink Floyd - Pigs On The Wing.mp3|1368064
Pink Floyd - Pigs On The Wing Part 2.mp3|1411072
Pink Floyd - Outside The Wall.mp3|1675264
Pink Floyd - One Of These Days.mp3|6025340
Pink Floyd - One Of My Turns.mp3|3436544
Pink Floyd - On The Turning Away.mp3|7687982
Pink Floyd - On The Run.mp3|4265400
Pink Floyd - Obscured by clouds.mp3|2928719
Pink Floyd - Nobody Home.mp3|3069952
Pink Floyd - Mudmen.mp3|4157201
Pink Floyd - Mother.mp3|5339136
Pink Floyd - Money.mp3|7846251
Pink Floyd - Master of Ceremonies.mp3|1773568
Pink Floyd - Learning To Fly.mp3|5170195
Pink Floyd - Keep Talking.mp3|8261632
Pink Floyd - Is There Anybody Out There.mp3|2846720
Pink Floyd - In The Flesh.mp3|4333568
Pink Floyd - High Hopes.mp3|9447424
Pink Floyd - Hey You.mp3|5586944
Pink Floyd - Goodbye Cruel World.mp3|1241088
Pink Floyd - Goodbye Blue Sky.mp3|2721792
Pink Floyd - Free Four.mp3|4071716
Pink Floyd - Empty Spaces.mp3|2037760
Pink Floyd - Eclipse.mp3|2489061
Pink Floyd - Dont Leave Me Now.mp3|4110336
Pink Floyd - Dogs.mp3|16422912
Pink Floyd - Coming Back To Life.mp3|8318976
Pink Floyd - Comfortably Numb.mp3|8583668
Pink Floyd - Childhoods End.mp3|4340264
Pink Floyd - Burning Bridges.mp3|3344051
Pink Floyd - Bring The Boys Back Home.mp3|1380352
Pink Floyd - Breathe.mp3|3074048
Pink Floyd - Brain Damage.mp3|4615956
Pink Floyd - Astronomy Domine.mp3|5213620
Pink Floyd - Any Colour You Like.mp3|4118085
Pink Floyd - Another Brick In The Wall Part Two.mp3|8552448
Pink Floyd - Another Brick In The Wall part 3.mp3|1198080
Pink Floyd - Another Brick In The Wall part 2.mp3|9099264
Pink Floyd - Another Brick In The Wall part 1.mp3|6062080
Pink Floyd - Another Brick in The Wall par.mp3|5381265
                              Page 32
```

```
                          ShareListing.txt
Pink Floyd - Absolutely Curtains.mp3|5620037
Pink Floyd - A Great Day For Freedom.mp3|5404672
Phish - You Enjoy Myself.mp3|9441280
Phish - Wolfmans Brother.mp3|13293578
Phish - Weigh.mp3|5279744
Phish - Weekapaug Groove.mp3|8003584
Phish - Union Federal.mp3|24469504
Phish - Tweezer.mp3|8355840
Phish - Tweezer Reprise.mp3|2557952
Phish - The Wedge.mp3|3960832
Phish - The Mango Song.mp3|6141952
Phish - The Landlady.mp3|2822144
Phish - The Horse.mp3|1345536
Phish - The Divided Sky.mp3|11470848
Phish - Taste.mp3|8400896
Phish - Stash.mp3|6903808
Phish - Sparkle.mp3|3753984
Phish - Silent In The Morning.mp3|5259264
Phish - Scent Of A Mule.mp3|3885056
Phish - Sanity.mp3|8099840
Phish - Sample In A Jar.mp3|4497408
Phish - Rikers Mailbox.mp3|428032
Phish - Rift.mp3|5980160
Phish - Poor Heart.mp3|2639872
Phish - My Friend My Friend.mp3|5914624
Phish - Mound.mp3|5793792
Phish - Mikes Song.mp3|13322240
Phish - Maze.mp3|7901184
Phish - Manteca.mp3|473088
Phish - Magilla.mp3|2660352
Phish - Llama.mp3|3399680
Phish - Lifeboy.mp3|6627328
Phish - Lengthwise.mp3|557056
Phish - Lawn Boy.mp3|2818048
Phish - Julius.mp3|4515840
Phish - Jesus Just Left Chicago.mp3|12449792
Phish - Its Ice.mp3|7905280
Phish - If I Could.mp3|3989504
Phish - Icculus.mp3|4259840
Phish - Horn.mp3|3489792
Phish - Hello My Baby.mp3|1275904
Phish - Guelah Papyrus.mp3|5154816
Phish - Golgi Apparatus.mp3|4476928
Phish - Glide.mp3|4057088
Phish - Foam.mp3|6572032
Phish - Fluffs Travels.mp3|11180032
Phish - Fluffhead.mp3|3272704
Phish - Fee.mp3|5197824
Phish - Fast Enough For You.mp3|4657152
Phish - Faht.mp3|2265088
Phish - Esther.mp3|9025536
Phish - Eliza.mp3|1480704
Phish - Down With Disease.mp3|3964928
Phish - Dog Faced Boy.mp3|2109440
Phish - Dinner And A Movie.mp3|3567616
Phish - Demand.mp3|10280960
Phish - David Bowie.mp3|10549248
Phish - Contact.mp3|6428672
Phish - Cities.mp3|5105664
Phish - Chalk Dust Torture.mp3|4419584
Phish - Cavern.mp3|4227072
Phish - Catapult.mp3|514048
Phish - Axilla Part II.mp3|4296704
                                     Page 33
```

```
                          ShareListing.txt
Phish - All Things Reconsidered.mp3|2439168
Peanut Butter Wolf - Top Illin.mp3|402197
Peanut Butter Wolf - Things Could Be Better.mp3|2960951
Peanut Butter Wolf - Theme From Peanut Butter Wolf.mp3|999795
Peanut Butter Wolf - The Ox Fantastic Four.mp3|2520344
Peanut Butter Wolf - The Everliving.mp3|831818
Peanut Butter Wolf - Ten Minutes Left.mp3|326965
Peanut Butter Wolf - Tale Of Five Cities.mp3|8579778
Peanut Butter Wolf - Take Me.mp3|2594688
Peanut Butter Wolf - T Shirts.mp3|495820
Peanut Butter Wolf - Styles Crew Flows Beats.mp3|5667814
Peanut Butter Wolf - Sit Down And Shut Up.mp3|264731
Peanut Butter Wolf - Run The Line.mp3|5180976
Peanut Butter Wolf - Rocket Ship.mp3|3975630
Peanut Butter Wolf - Rock Unorthodox.mp3|2918019
Peanut Butter Wolf - Poppin Popcorn.mp3|3148197
Peanut Butter Wolf - Place Your Bet.mp3|2579972
Peanut Butter Wolf - Phonies.mp3|3184635
Peanut Butter Wolf - On Point.mp3|3049140
Peanut Butter Wolf - Necromancin.mp3|2039970
Peanut Butter Wolf - Mystic Brew Interlude.mp3|721400
Peanut Butter Wolf - My 2600.mp3|2787958
Peanut Butter Wolf - Mr Dibbs.mp3|415572
Peanut Butter Wolf - Mobbin.mp3|3078474
Peanut Butter Wolf - Microphone Mathematics Remix.mp3|2346634
Peanut Butter Wolf - Lost Lust.mp3|1318162
Peanut Butter Wolf - Knucklehead.mp3|1942484
Peanut Butter Wolf - Keep On Rockin It.mp3|4396550
Peanut Butter Wolf - Interruptions.mp3|3429936
Peanut Butter Wolf - In Your Area.mp3|2392268
Peanut Butter Wolf - I Am Singing.mp3|3165792
Peanut Butter Wolf - Hold Up.mp3|3653920
Peanut Butter Wolf - Hawaii 5000.mp3|323203
Peanut Butter Wolf - Harlem River Drive Interlude.mp3|498252
Peanut Butter Wolf - Getcho Soul Togetha Pt 2.mp3|4094749
Peanut Butter Wolf - Flowers.mp3|2411836
Peanut Butter Wolf - Enter Ralph Wiggum.mp3|2726518
Peanut Butter Wolf - Devotion 92.mp3|3894264
Peanut Butter Wolf - Definition Of Ill.mp3|3249001
Peanut Butter Wolf - Conducted Rhythms.mp3|1789160
Peanut Butter Wolf - Competition Get None.mp3|4129516
Peanut Butter Wolf - Color.mp3|2415180
Peanut Butter Wolf - Chops and Thangs.mp3|981747
Peanut Butter Wolf - Casio.mp3|3734586
Peanut Butter Wolf - Breaks of Meditate.mp3|434722
Peanut Butter Wolf - Breaks Em Down.mp3|3887654
Peanut Butter Wolf - Barter.mp3|371686
Paul Van Dyk - Way Out West  Activity.mp3|5184225
Paul Van Dyk - Walter  Gelder  Section O.mp3|4393223
Paul Van Dyk - Viframa  Cristalle.mp3|7929582
Paul Van Dyk - U2  Elevation.mp3|11623500
Paul Van Dyk - Timo Maas  Killin Me.mp3|5895795
Paul Van Dyk - Subsky  Four Days.mp3|7927700
Paul Van Dyk - Southern Comforter  Another Late Thursday.mp3|2427590
Paul Van Dyk - Solid Sleep  Club Attack.mp3|9281272
Paul Van Dyk - Solicitous  Furthermost.mp3|6112718
Paul Van Dyk - Sipping Soma  Superconcious So Alive.mp3|5549116
Paul Van Dyk - Signum  In Progress.mp3|4284564
Paul Van Dyk - Second Sun  Empire.mp3|8893814
Paul Van Dyk - Sagitaire  Shout Cmon Coast To Coast Mix.mp3|11328243
Paul Van Dyk - Ralphie B  Massive.mp3|7359698
Paul Van Dyk - Private Taste  First.mp3|2423180
Paul Van Dyk - Paul Van Dyk  Vega  Filmpalast  I Want.mp3|7959070
                          Page 34
```

```
                           ShareListing.txt
        Paul Van Dyk - Paul Van Dyk  Out There.mp3|4946612
        Paul Van Dyk - Paul Van Dyk  Autumn.mp3|8487559
        Paul Van Dyk - Nu Nrg  Dreamland.mp3|8199168
        Paul Van Dyk - Mirco De Govia  Epic Monolith.mp3|10957712
        Paul Van Dyk - Maji Na Damu  Bwy.mp3|5417439
        Paul Van Dyk - Lexicon 4  Reach Me.mp3|4414948
        Paul Van Dyk - Joker Jam  Innocence.mp3|6187321
        Paul Van Dyk - Jimpy  Feeling Good.mp3|4157292
        Paul Van Dyk - Jamnesia  Reset.mp3|1319141
        Paul Van Dyk - IIo  Rapture.mp3|8993491
        Paul Van Dyk - Guardians Of The Earth  Starchildren.mp3|7989163
        Paul Van Dyk - David Forbes  Questions Must Be Asked.mp3|4014372
        Paul Van Dyk - Connector  Interference.mp3|6406946
        Paul Van Dyk - Blank  Jones  Secrets  Lies Solid Session Remix.mp3|4287105
        Paul Van Dyk - Ashtrax  Digital Reason.mp3|6930245
        Paul Van Dyk - Active X  Lets Go.mp3|7084472
        Paul Van Dyk - 4 Strings  Into The Night.mp3|7990405
        Paul Oakenfold - Zoo York.mp3|7840477
        Paul Oakenfold - Youre Not Alone.mp3|10064000
        Paul Oakenfold - Your Face.mp3|4907136
        Paul Oakenfold - Time Of Your Life feat Perry Farrell  Grant Lee
Phillips.mp3|6163757
        Paul Oakenfold - The Box.mp3|5662848
        Paul Oakenfold - Starry Eyed Surprise.mp3|5427112
        Paul Oakenfold - Southern Sun.mp3|10001827
        Paul Oakenfold - Some One.mp3|7031083
        Paul Oakenfold - Sin City.mp3|4173952
        Paul Oakenfold - Ready Steady Go.mp3|4093346
        Paul Oakenfold - Nixons Spirit feat Hunter S Thompson.mp3|4066112
        Paul Oakenfold - Motion.mp3|9275386
        Paul Oakenfold - Milk.mp3|8624256
        Paul Oakenfold - Long And Dark.mp3|3881088
        Paul Oakenfold - Its No Good.mp3|8020096
        Paul Oakenfold - Hypnotised.mp3|9475883
        Paul Oakenfold - Home.mp3|4173952
        Paul Oakenfold - Hold Your Hand Ft Emiliana Torrini.mp3|5318263
        Paul Oakenfold - Harder They Come feat Nelly Furtado  Tricky.mp3|5407646
        Paul Oakenfold - Get Em Up Feat Ice Cube.mp3|5515459
        Paul Oakenfold - Flaming June.mp3|6649984
        Paul Oakenfold - Down To Earth.mp3|9007232
        Paul Oakenfold - Butterfly.mp3|8607872
        Paul Oakenfold - 15Get Out of My Life Now.mp3|9754624
        Paul Oakenfold - 14on Your Mind Omaha MIx.mp3|17448960
        Paul Oakenfold - 13Password.mp3|9963529
        Paul Oakenfold - 12Stanleys Theme.mp3|11405312
        Paul Oakenfold - 11Planet Rock Swordfish Mix.mp3|18700288
        Paul Oakenfold - 10Speed.mp3|9254912
        Paul Oakenfold - 09Lapdance Paul Oakenfold Swordfish Mix.mp3|8773632
        Paul Oakenfold - 08Kneel Before Your God.mp3|4886528
        Paul Oakenfold - 07Harry Houdini.mp3|1245184
        Paul Oakenfold - 06Chase.mp3|15030272
        Paul Oakenfold - 05New Born paul oakenfold mix.mp3|13701120
        Paul Oakenfold - 04Dark Machine.mp3|18204672
        Paul Oakenfold - 03Unafraid.mp3|12814336
        Paul Oakenfold - 02The Word pmt remix.mp3|10860544
        Paul Oakenfold - 01Swordfish intro.mp3|6574080
        Ozone - Dragostea Din Tei.mp3|6899578
        Outerspace - 12 - Divine Evil (feat Chief Kamachi).mp3|5298137
        Outerspace - 11 - 151.mp3|4893731
        Outerspace - 10 - Grand Groove 2.mp3|4016981
        Outerspace - 09 - Front To Back (feat King Syze, Destro).mp3|5542204
        Outerspace - 08 - Qrown Royal (feat King Syze, Faezone).mp3|3502750
        Outerspace - 07 - Dysfunqtional.mp3|6703351
                              Page 35
```

```
                          ShareListing.txt
Outerspace - 06 - Danger Zone (feat Baby Blak).mp3|3843715
Outerspace - 05 - We Lyve.mp3|4871051
Outerspace - 04 - Fire In The Sky.mp3|3389962
Outerspace - 03 - Third Rock.mp3|5021389
Outerspace - 02 - Conspiracy Theory.mp3|4267059
Outerspace - 01 - Delerium (feat Rich Medina).mp3|3470928
Orgy - Wheres GerroldSpectrum.mp3|12666808
Orgy - Vapor Transmission Intro.mp3|2708738
Orgy - Vague.mp3|9049300
Orgy - The Odyssey.mp3|3532487
Orgy - The Obvious.mp3|8515865
Orgy - Suckerface.mp3|4157144
Orgy - Stitches.mp3|3968308
Orgy - Social Enemiesrerip.mp3|4915506
Orgy - Saving Faces.mp3|4925507
Orgy - Revivalrerip.mp3|4992290
Orgy - ReCreation.mp3|4249468
Orgy - Pure.mp3|6795010
Orgy - Platinum.mp3|4449995
Orgy - Pantomimererip.mp3|5376297
Orgy - Opticon.mp3|3527590
Orgy - Make Up Your Mind.mp3|7111227
Orgy - Leave Me Out.mp3|3745554
Orgy - Inside My Head.mp3|4100820
Orgy - Gender.mp3|5346001
Orgy - Fiend.mp3|5381533
Orgy - Fiction Dreams In Digital.mp3|4106128
Orgy - Fetisha.mp3|4838706
Orgy - EyesRadioLies.mp3|4756577
Orgy - Eva.mp3|6051537
Orgy - Dramatica.mp3|4270356
Orgy - Dizzy.mp3|4035173
Orgy - Dissention.mp3|4239972
Orgy - Chasing Sirens.mp3|4786700
Orgy - Blue Monday.mp3|5320429
Orgy - Beautiful Disgrace.mp3|4050247
Orgy - Ashamed.mp3|7675390
Orgy - All The Same.mp3|4910833
Orgy - 107.mp3|5083963
Oasis - Wonderwall.mp3|5174785
Oasis - Up In The Sky.mp3|4303435
Oasis - untitled.mp3|893861
Oasis - untitled 2.mp3|794616
Oasis - Some Might Say.mp3|6580051
Oasis - Slide Away.mp3|6286943
Oasis - Shes Electric.mp3|4411364
Oasis - Shakermaker.mp3|7407616
Oasis - Roll With It.mp3|4798498
Oasis - Rock n Roll Star.mp3|5162341
Oasis - Morning Glory.mp3|6065073
Oasis - Married With Children.mp3|3076307
Oasis - Live Forever.mp3|5534676
Oasis - Hey Now.mp3|6831343
Oasis - Hello.mp3|4041985
Oasis - Dont Look Back In Anger.mp3|5759816
Oasis - Digsys Diner.mp3|2436412
Oasis - Columbia.mp3|6032532
Oasis - Cigarettes  Alcohol.mp3|4634041
Oasis - Champagne Supernova.mp3|8955110
Oasis - Cast No Shadow.mp3|5833994
Oasis - Bring It Down.mp3|4124967
No Doubt - You Can Do It.mp3|4167284
No Doubt - World Go Round.mp3|4075727
                                                  Page 36
```

```
                           ShareListing.txt
No Doubt - Waiting Room.mp3|6424805
No Doubt - Underneath It All.mp3|7266912
No Doubt - Tragic Kingdom.mp3|5416526
No Doubt - Too Late.mp3|6161334
No Doubt - The Climb.mp3|6463926
No Doubt - Suspension Without Suspense.mp3|6029070
No Doubt - Sunday Morning.mp3|4457754
No Doubt - Start the Fire.mp3|6033723
No Doubt - Staring Problem.mp3|3943233
No Doubt - Spiderwebs.mp3|4382921
No Doubt - Sixteen.mp3|3321720
No Doubt - Six Feet Under.mp3|3577725
No Doubt - Simple Kind of Life.mp3|6180780
No Doubt - Running.mp3|5803637
No Doubt - Rock Steady.mp3|7732727
No Doubt - Platinum Blonde Life.mp3|4979212
No Doubt - New.mp3|6421509
No Doubt - Marry Me.mp3|6694232
No Doubt - Making Out.mp3|6114598
No Doubt - Magics in the Makeup.mp3|6294885
No Doubt - Just a Girl.mp3|3435826
No Doubt - Intro.mp3|652081
No Doubt - In My Head.mp3|4940342
No Doubt - Home Now.mp3|6609596
No Doubt - Hey You.mp3|3523176
No Doubt - Hey Baby.mp3|4970435
No Doubt - Hella Good.mp3|5823699
No Doubt - Happy Now.mp3|3674492
No Doubt - ExGirlfriend.mp3|5111844
No Doubt - Excuse Me Mr.mp3|3058829
No Doubt - End it on This.mp3|3708366
No Doubt - Dont Speak.mp3|4305603
No Doubt - Dont Let Me Down.mp3|5972283
No Doubt - Different People.mp3|4490774
No Doubt - Detective.mp3|4161684
No Doubt - Dark Blue.mp3|15150384
No Doubt - Comforting Lie.mp3|4165168
No Doubt - Bathwater.mp3|5841596
No Doubt - Artificial Sweetener.mp3|5642868
Nirvana - You Know Youre Right.m4a|5288399
Nirvana - Where Did You Sleep Last Night.mp3|4898816
Nirvana - Very Ape.mp3|1925317
Nirvana - Tourettes.mp3|1596386
Nirvana - The Man Who Sold The World.mp3|4175872
Nirvana - The Man Who Sold The World.m4a|5508923
Nirvana - Territorial Pissings.mp3|2858562
Nirvana - Stay Away.mp3|4245159
Nirvana - Something in the Way.mp3|3866624
Nirvana - Smells Like Teen Spirit.mp3|6024613
Nirvana - Smells Like Teen Spirit.m4a|7283002
Nirvana - Sliver.m4a|3192751
Nirvana - Serve The Servants.mp3|3531126
Nirvana - Scentless Apprentice.mp3|3717565
Nirvana - Rape Me.mp3|2790909
Nirvana - Rape Me.m4a|4110344
Nirvana - Radio Friendly Unit Shifter.mp3|4732768
Nirvana - Polly.mp3|3145728
Nirvana - Plateau.mp3|3491840
Nirvana - Pennyroyal Tea.mp3|3549512
Nirvana - Pennyroyal Tea.m4a|5205993
Nirvana - On a Plain.mp3|3598336
Nirvana - Oh Me.mp3|3301376
Nirvana - Milk It.mp3|3830791
```

```
                            ShareListing.txt
Nirvana - Lounge Act.mp3|3138604
Nirvana - Lithium.mp3|5140897
Nirvana - Lithium.m4a|6228138
Nirvana - Lake of Fire.mp3|2816000
Nirvana - Jesus Doesnt Want Me For A Sunbeam.mp3|4438016
Nirvana - In Bloom.mp3|5095158
Nirvana - In Bloom.m4a|6175687
Nirvana - HeartShaped Box.mp3|4578947
Nirvana - HeartShaped Box.m4a|6768484
Nirvana - Frances Farmer Will Have Her Revenge On Seattle.mp3|4067396
Nirvana - Dumb.mp3|2507948
Nirvana - Dumb.m4a|3644097
Nirvana - Drain You.mp3|4479742
Nirvana - Come As You Are.mp3|4065280
Nirvana - Come As You Are.m4a|5312838
Nirvana - Breed.mp3|3677100
Nirvana - Been A Son.m4a|3428645
Nirvana - All Apologies.mp3|4214784
Nirvana - All Apologies.m4a|5455776
Nirvana - About A Girl.mp3|3479552
Nirvana - About A Girl.m4a|4053204
Nine Inch Nails - Wish.mp3|3629056
Nine Inch Nails - Where Is Everybody.mp3|6799719
Nine Inch Nails - Were In This Together.mp3|8719568
Nine Inch Nails - Underneath It All.mp3|3317754
Nine Inch Nails - The Wretched.mp3|6518115
Nine Inch Nails - The Way Out Is Through.mp3|5145652
Nine Inch Nails - The Only Time.mp3|4608000
Nine Inch Nails - The Mark Has Been Madererip.mp3|6302734
Nine Inch Nails - The Great Below.mp3|6379155
Nine Inch Nails - The Frail.mp3|2278094
Nine Inch Nails - The Fragile.mp3|5509116
Nine Inch Nails - The Downward Spiral.mp3|4739012
Nine Inch Nails - The Downward Spiral the bottom.mp3|7181461
Nine Inch Nails - The Day The World Went Away.mp3|5468386
Nine Inch Nails - The Big Come Down.mp3|5053553
Nine Inch Nails - The Becoming.mp3|5300352
Nine Inch Nails - The Beauty Of Being Numb.mp3|4859503
Nine Inch Nails - The Art Of Self Destruction Part One.mp3|5468828
Nine Inch Nails - Thats What I Get.mp3|4335616
Nine Inch Nails - Terrible Lie.mp3|4466688
Nine Inch Nails - Suck.mp3|4913152
Nine Inch Nails - StarFuckers Inc.mp3|6000890
Nine Inch Nails - Somewhat Damaged.mp3|5432321
Nine Inch Nails - Something I Can Never Have.mp3|5683200
Nine Inch Nails - Sin.mp3|3940352
Nine Inch Nails - Self Destruction Part Two.mp3|5403463
Nine Inch Nails - Self Destruction Final.mp3|9482326
Nine Inch Nails - Sanctified.mp3|5574656
Nine Inch Nails - Ripe with decay.mp3|7925607
Nine Inch Nails - Ringfinger.mp3|5464064
Nine Inch Nails - Reptile.mp3|6608272
Nine Inch Nails - Please.mp3|4213928
Nine Inch Nails - Pinion.mp3|999424
Nine Inch Nails - Pilgrimage.mp3|4239561
Nine Inch Nails - Piggy.mp3|6350848
Nine Inch Nails - Piggy nothing can stop me now.mp3|3887943
Nine Inch Nails - Physical.mp3|5279744
Nine Inch Nails - No You Dont.mp3|4316358
Nine Inch Nails - Nine Inch Nails  Ruiner.mp3|7172674
Nine Inch Nails - Nine Inch Nails  Eraser.mp3|7044781
Nine Inch Nails - Mr Self Destruct.mp3|5402676
Nine Inch Nails - March of the Pigs.mp3|2693262
                              Page 38
```

```
                              ShareListing.txt
        Nine Inch Nails - Last.mp3|4554752
        Nine Inch Nails - La Mer.mp3|5555248
        Nine Inch Nails - Kinda I Want to.mp3|4374528
        Nine Inch Nails - Just Like You Imagined.mp3|4597761
        Nine Inch Nails - Into The Void.mp3|5785627
        Nine Inch Nails - Im Looking Forward to Joining.mp3|5064011
        Nine Inch Nails - I Do Not Want This.mp3|6825149
        Nine Inch Nails - Hurt.mp3|7479304
        Nine Inch Nails - Hurt quiet.mp3|4937728
        Nine Inch Nails - Heresy.mp3|5623808
        Nine Inch Nails - Help Me I Am In Hell.mp3|1861632
        Nine Inch Nails - Head Like A Hole.mp3|4796416
        Nine Inch Nails - Happiness In Slavery.mp3|5140480
        Nine Inch Nails - Gave Up.mp3|3979264
        Nine Inch Nails - Even Deeper.mp3|6958385
        Nine Inch Nails - Eraser polite.mp3|1213422
        Nine Inch Nails - Eraser denial realization.mp3|6297600
        Nine Inch Nails - Erased Over Out.mp3|5747917
        Nine Inch Nails - Down In It.mp3|3624960
        Nine Inch Nails - Complication.mp3|3010759
        Nine Inch Nails - Big Man With a Gun.mp3|1924578
        Nine Inch Nails - At The Heart Of It All.mp3|6943642
        Nine Inch Nails - A Warm Place.mp3|3247764
        Nickel Creek - This Side - 13 - Brand New Sidewalk.mp3|6177880
        Nickel Creek - This Side - 12 - Young.mp3|5036056
        Nickel Creek - This Side - 11 - Sabra Girl.mp3|5868649
        Nickel Creek - This Side - 10 - Beauty & the Mess.mp3|4145264
        Nickel Creek - This Side - 09 - House Carpenter.mp3|7937587
        Nickel Creek - This Side - 08 - Seven Wonders.mp3|6008252
        Nickel Creek - This Side - 07 - Green & Grey.mp3|5213845
        Nickel Creek - This Side - 06 - This Side.mp3|5256426
        Nickel Creek - This Side - 05 - I Should Have Known Better.mp3|6427028
        Nickel Creek - This Side - 04 - Hanging by a Thread.mp3|5931230
        Nickel Creek - This Side - 03 - Speak.mp3|5822943
        Nickel Creek - This Side - 02 - Sprit on a Stranger.mp3|3722089
        Nickel Creek - This Side - 01 - Smoothie Song.mp3|4822058
        Nickel Creek - Hanging by a Thread-The Day After Christmas
[Instrumental].mp3|3970698
        Neds Atomic Dustbin - Your Complex.mp3|2455552
        Neds Atomic Dustbin - You.mp3|1863680
        Neds Atomic Dustbin - What Gives My Son.mp3|2619392
        Neds Atomic Dustbin - Until You Find Out.mp3|2963456
        Neds Atomic Dustbin - Throwing Things.mp3|3201120
        Neds Atomic Dustbin - Selfish.mp3|3690496
        Neds Atomic Dustbin - Nothing Like.mp3|2576384
        Neds Atomic Dustbin - Less Than Useful.mp3|3860480
        Neds Atomic Dustbin - Kill Your Television.mp3|2865152
        Neds Atomic Dustbin - Happy.mp3|3819520
        Neds Atomic Dustbin - Grey Cell Green.mp3|3612672
        Neds Atomic Dustbin - Cut Up.mp3|2934784
        Neds Atomic Dustbin - Capital Letters.mp3|2729984
        Natalie Imbruglia - Wrong Impression.m4a|4142019
        Natalie Imbruglia - Wishing I Was There.m4a|4361178
        Natalie Imbruglia - Torn.m4a|4573042
        Natalie Imbruglia - That Day.m4a|4423098
        Natalie Imbruglia - Sunlight.m4a|4805978
        Natalie Imbruglia - Smoke.m4a|5079991
        Natalie Imbruglia - Satellite.m4a|2962792
        Natalie Imbruglia - Pigeons and Crumbs.m4a|5868867
        Natalie Imbruglia - One More Addiction.m4a|3974610
        Natalie Imbruglia - Left of the Middle.m4a|4105466
        Natalie Imbruglia - Leave Me Alone.m4a|4798862
        Natalie Imbruglia - Intuition.m4a|3967979
                              Page 39
```

```
                            ShareListing.txt
          Natalie Imbruglia - Impressed.m4a|5344899
          Natalie Imbruglia - Hurricane.m4a|3426053
          Natalie Imbruglia - Goodbye.m4a|4620313
          Natalie Imbruglia - Everything Goes.m4a|3878262
          Natalie Imbruglia - Dont You Think.m4a|4362570
          Natalie Imbruglia - Do You Love.m4a|4515012
          Natalie Imbruglia - City.m4a|4905848
          Natalie Imbruglia - Butterflies.m4a|4750328
          Natalie Imbruglia - Big Mistake.m4a|5106000
          Natalie Imbruglia - Beauty On The Fire.m4a|4214074
          Natalie Imbruglia - 10  Come September.m4a|4066887
          My Chemical Romance - Vampires Will Never Hurt You.mp3|6533794
          My Chemical Romance - This Is The Best Day Ever.mp3|2654610
          My Chemical Romance - Skylines And Turnstiles.mp3|4066268
          My Chemical Romance - Romance.mp3|1255492
          My Chemical Romance - Our Lady Of Sorrows.mp3|2516161
          My Chemical Romance - Honey This Mirror Isnt Big Enought For The Two Of
Us.mp3|4626333
          My Chemical Romance - Headfirst For Halos.mp3|4167100
          My Chemical Romance - Early Sunsets Over Monroeville.mp3|2203214
          My Chemical Romance - Drowning Lessons.mp3|5279917
          My Chemical Romance - Demolition Lovers.mp3|7334709
          My Chemical Romance - Cubicles.mp3|4640440
          Modest Mouse - Wild Packs Of Family Dogs.mp3|2703916
          Modest Mouse - What People Are Made Of.mp3|3468988
          Modest Mouse - Tiny Cities Made of Ashes.mp3|5867030
          Modest Mouse - The World at Large.mp3|8695808
          Modest Mouse - The View.mp3|8030208
          Modest Mouse - The Stars Are Projectors.mp3|13630098
          Modest Mouse - The Ocean Breathes Salty.mp3|7174144
          Modest Mouse - The Devils Workday.mp3|4446208
          Modest Mouse - The Cold Part.mp3|7698724
          Modest Mouse - Satin in a Coffin.mp3|4996132
          Modest Mouse - Perfect Disguise.mp3|4056108
          Modest Mouse - Paper Thin Walls.mp3|4708021
          Modest Mouse - One Chance.mp3|5806080
          Modest Mouse - Lives.mp3|5057737
          Modest Mouse - Life Like Weeds.mp3|9899700
          Modest Mouse - I Came As A Rat.mp3|5894606
          Modest Mouse - Horn Intro.mp3|315392
          Modest Mouse - Gravity Rides Everything.mp3|6814647
          Modest Mouse - Good Times Are Killing Me.mp3|8210432
          Modest Mouse - Float On.mp3|6696960
          Modest Mouse - Erics Interlude.mp3|1888256
          Modest Mouse - Dig Your Grave.mp3|414748
          Modest Mouse - Dark Center Of The Universe.mp3|7568753
          Modest Mouse - Dance Hall.mp3|5702676
          Modest Mouse - Bury Me With It.mp3|7346176
          Modest Mouse - Bukowski.mp3|8153088
          Modest Mouse - Blame It on the Tetons.mp3|10393600
          Modest Mouse - Black Cadillacs.mp3|5222400
          Modest Mouse - Alone Down There.mp3|3642433
          Modest Mouse - A Different City.mp3|4881682
          Modest Mouse - 3rd Planet.mp3|6187589
          Moby - You.mp3|3053447
          Moby - Why does my heart feel so  bad.mp3|6357583
          Moby - When Its Cold Id Like To Die.mp3|5140163
          Moby - What Love                    .mp3|3442599
          Moby - The sky is broken.mp3|6207117
          Moby - Thats When I Reach For My Rev.mp3|4748751
          Moby - South side.mp3|5514977
          Moby - Someone To Love.mp3|3419153
          Moby - Soft.mp3|4744049
```

```
                              ShareListing.txt
        Moby - Say Its All Mine.mp3|7322857
        Moby - Rushing.mp3|4327555
        Moby - Run on.mp3|5404636
        Moby - Porcelain.mp3|5788949
        Moby - Now I Can Let It Go.mp3|2577484
        Moby - Natural blues.mp3|6091761
        Moby - My weakness.mp3|5222823
        Moby - My Love Will Never Die.mp3|5445225
        Moby - Machete.mp3|5227212
        Moby - Love Song For My Mom.mp3|4411773
        Moby - Living.mp3|8406416
        Moby - Lets Go Free                  .mp3|846676
        Moby - Into the Blue                 .mp3|6744786
        Moby - Inside.mp3|6927470
        Moby - If things were perfect.mp3|6208998
        Moby - Hymn                          .mp3|4034045
        Moby - Honey.mp3|4234821
        Moby - Heavy Flow.mp3|2285435
        Moby - Guitar flute  string.mp3|3101890
        Moby - God Moving Over The Face Of The Waters.mp3|8906932
        Moby - First Cool Hive               .mp3|6417485
        Moby - Find my baby.mp3|5746944
        Moby - Feeling So Real               .mp3|4107131
        Moby - Face It.mp3|12059902
        Moby - Everytime You Touch Me        .mp3|4510107
        Moby - Everything Is Wrong           .mp3|1570201
        Moby - Everloving.mp3|4935059
        Moby - Down slow.mp3|2278092
        Moby - Come On Baby.mp3|5608216
        Moby - Bring Back My Happiness        .mp3|3928085
        Moby - Bodyrock.mp3|5195865
        Moby - Anthem                        .mp3|4225616
        Moby - All That I Need Is to Be Loved.mp3|3342395
        Moby - 7.mp3|1490030
        Missy Elliott - Work It.m4a|4761311
        Missy Elliott - Work It Remix featuring 50 Cent.m4a|4910469
        Missy Elliott - Slide.m4a|3631511
        Missy Elliott - Pussycat.m4a|4215082
        Missy Elliott - Play That Beat.m4a|2977762
        Missy Elliott - Nothing Out There For Me featuring Beyonce
Knowles.m4a|3014964
        Missy Elliott - Hot.m4a|3961738
        Missy Elliott - Funky Fresh Dressed featuring Ms Jade.m4a|3642806
        Missy Elliott - Can You Hear Me featuring TLC.m4a|4170646
        Missy Elliott - Bring The Pain featuring Method Man.m4a|2903880
        Missy Elliott - Back In The Day featuring JayZ.m4a|4795856
        Missy Elliott - Aint That Funny.m4a|2743126
        Ministry Of Sound - Seelenluft  Manila.mp3|3555539
        Ministry Of Sound - Ritmo Dynamic  Calinda.mp3|2938218
        Ministry Of Sound - Myko  Paradise A Greek Salad Mix.mp3|3316065
        Ministry Of Sound - Ministry Of Sound  Yomanda  Youre Free Synth
Mix.mp3|3124115
        Ministry Of Sound - Ministry Of Sound  XPress 2 Feat David Byrne
Lazy.mp3|4628469
        Ministry Of Sound - Ministry Of Sound  Wayne Wonder  No Letting Go Al B Rich
Club Mix.mp3|2847965
        Ministry Of Sound - Ministry Of Sound  Warrior  X.mp3|3765766
        Ministry Of Sound - Ministry Of Sound  UD Project  Summer Jam 2003 DJ FRANKs
Summer Mix.mp3|2608482
        Ministry Of Sound - Ministry Of Sound  Tomcraft  Loneliness.mp3|3439767
        Ministry Of Sound - Ministry Of Sound  Tomcraft  Brainwashed Call
You.mp3|2885460
        Ministry Of Sound - Ministry Of Sound  The Space Brothers  One More
                              Page 41
```

ShareListing.txt

Chance.mp3|2935724
Ministry Of Sound - Ministry Of Sound   The Lost Brothers  Cry Little Sister
I Need You Now.mp3|3773225
Ministry Of Sound - Ministry Of Sound   Steve Murano  Passion.mp3|3546660
Ministry Of Sound - Ministry Of Sound   Static Revenger  Happy
People.mp3|3059028
Ministry Of Sound - Ministry Of Sound   Sneaker Pimps  Spin Spin Sugar
Armands Dark Garage Mix.mp3|3744091
Ministry Of Sound - Ministry Of Sound   Shakedown  At Night.mp3|2985457
Ministry Of Sound - Ministry Of Sound   Saint Feat Suzanne Dee  One In A
Million.mp3|3683877
Ministry Of Sound - Ministry Of Sound   Rui Da Silva Feat Cassandra  Touch
Me.mp3|3527152
Ministry Of Sound - Ministry Of Sound   Room 5 Feat Oliver Cheatham  Make
Luv.mp3|3515017
Ministry Of Sound - Ministry Of Sound   Roger Sanchez  Another
Chance.mp3|3513350
Ministry Of Sound - Ministry Of Sound   Push  Strange World 2000
Remake.mp3|3538014
Ministry Of Sound - Ministry Of Sound   Public Domain  Operation
Blade.mp3|3132173
Ministry Of Sound - Ministry Of Sound   Public Domain  Make The
Connection.mp3|3860249
Ministry Of Sound - Ministry Of Sound   Plastic Boy Feat Rozalla  Live
Another Life.mp3|3767054
Ministry Of Sound - Ministry Of Sound   Paul Van Dyke  For An Angel PvD EWerk
Club Mix.mp3|3349948
Ministry Of Sound - Ministry Of Sound   Paul Johnson  Get Get
Down.mp3|3542186
Ministry Of Sound - Ministry Of Sound   Moloko  Sing It Back Boris Musical
Mix.mp3|3853997
Ministry Of Sound - Ministry Of Sound   Milk  Sugar Feat Lizzy Pattinson  Let
The Sun Shine.mp3|3553067
Ministry Of Sound - Ministry Of Sound   Michael Woods Warrior Feat Imogen
Bailey  If You Want Me Antillas Remix.mp3|3799162
Ministry Of Sound - Ministry Of Sound   Marcella Woods  Love Shines
Through.mp3|3433931
Ministry Of Sound - Ministry Of Sound   Love Inc  Youre a
Superstar.mp3|4044039
Ministry Of Sound - Ministry Of Sound   Linus Loves Feat Sam Obernik  Stand
Back.mp3|3292248
Ministry Of Sound - Ministry Of Sound   LeeCabrera Feat Alex Cartana  Shake
It Move A Little Closer.mp3|4223901
Ministry Of Sound - Ministry Of Sound   Layo  Bushwacka  Love Story Vs
Finally Tim Deluxe New Vocal Mix.mp3|3450681
Ministry Of Sound - Ministry Of Sound   Kurtis Mantronix Presents Chamonix
How Did You Know.mp3|3351611
Ministry Of Sound - Ministry Of Sound   Justin Timberlake  Like I Love You
Basement Jaxx Vocal Mix.mp3|4330061
Ministry Of Sound - Ministry Of Sound   Jurgen Vries Feat Shena
Wilderness.mp3|3861086
Ministry Of Sound - Ministry Of Sound   Junior Jack  E Samba.mp3|2462578
Ministry Of Sound - Ministry Of Sound   Jason Nevins Presents UKNY Feat Holly
James  Im In Heaven.mp3|3539284
Ministry Of Sound - Ministry Of Sound   Iio  Rapture Riva Mix.mp3|4190438
Ministry Of Sound - Ministry Of Sound   Ian Van Dahl  I Cant Let You
Go.mp3|3888249
Ministry Of Sound - Ministry Of Sound   Fatboy Slim  Right Here Right
Now.mp3|3527564
Ministry Of Sound - Ministry Of Sound   DJ Sammy  The Boys Of
Summer.mp3|3491078
Ministry Of Sound - Ministry Of Sound   Divine Inspiration  The Way Put Your
Hand In My Hand.mp3|3160498

ShareListing.txt
        Ministry Of Sound - Ministry Of Sound  Delerium Feat Sarah McLachlan
Silence Airscape Remix.mp3|3999046
        Ministry Of Sound - Ministry Of Sound  Deepest Blue  Deepest
Blue.mp3|3725657
        Ministry Of Sound - Ministry Of Sound  Chicane Feat Bryan Adams   Dont Give
Up.mp3|3016408
        Ministry Of Sound - Ministry Of Sound  Bob Sinclair  I Feel For
You.mp3|3121303
        Ministry Of Sound - Ministry Of Sound  Bob Marley Vs Funkstar De Luxe  Sun
Is Shining.mp3|3057792
        Ministry Of Sound - Ministry Of Sound  Bhangra Knights Vs Husan
Husan.mp3|3261727
        Ministry Of Sound - Ministry Of Sound  Benny Benassi Presents The Biz
Satisfaction.mp3|2718287
        Ministry Of Sound - Ministry Of Sound  Basement Jaxx  Romeo.mp3|3482829
        Ministry Of Sound - Ministry Of Sound  Azzido Da Bass  Dooms Night Timo Maas
Remix.mp3|3372932
        Ministry Of Sound - Ministry Of Sound  Azure  Sunset.mp3|3329313
        Ministry Of Sound - Ministry Of Sound  Atlantic Ocean  Waterfall Original
Netherlands Mix.mp3|3065321
        Ministry Of Sound - Ministry Of Sound  Angel City Feat Lara McAllen  Love Me
Right Oh Sheila.mp3|3426010
        Ministry Of Sound - Ministry Of Sound  Agnelli  Nelson Feat Aureas  Holding
Onto Nothing.mp3|3543453
        Ministry Of Sound - Ministry Of Sound  Agnelli  Nelson  Everyday Every
Moment Every Time.mp3|4129863
        Ministry Of Sound - Kujay Dada  Young Hearts.mp3|4774732
        Ministry Of Sound - Hughes  Spier  Idiot Box.mp3|4029094
        Ministry Of Sound - Boogie Pimps  Somebody To Love Salt Shaker
Remix.mp3|3672600
        Ministry Of Sound - Bent  Stay The Same Planet Funk Remix.mp3|3357448
        Ministry Of Sound - Alex Gold  Electric Places.mp3|3436429
        Miles Davis and John Coltrane - Two Bass Hit.mp3|5379633
        Miles Davis and John Coltrane - Two Bass Hit Alternate TakePreviously
Unreleased.mp3|4836744
        Miles Davis and John Coltrane - Tadds Delight.mp3|6452956
        Miles Davis and John Coltrane - Tadds Delight Alternate TakePreviously
Unreleased.mp3|6199712
        Miles Davis and John Coltrane - Little Melonae.mp3|10628367
        Miles Davis and John Coltrane - Dear Old Stockholm.mp3|11326154
        Miles Davis and John Coltrane - Bye Bye Blackbird.mp3|11450288
        Miles Davis and John Coltrane - Bye Bye Blackbird Alternate TakePreviously
Unreleased.mp3|11306132
        Miles Davis and John Coltrane - Budo.mp3|6178345
        Miles Davis and John Coltrane - Budo Alternate Take.mp3|7273624
        Miles Davis and John Coltrane - AhLeuCha.mp3|8477336
        Miles Davis and John Coltrane - AhLeuCha Take 5Previously
Unreleased.mp3|7809678
        Miles Davis and John Coltrane - AhLeuCha Alternate TakePreviously
Unreleased.mp3|8442267
        Miles Davis - So What.mp3|8730704
        Miles Davis - Freddie Freeloader.mp3|9217740
        Miles Davis - Flamenco Sketches.mp3|9037824
        Miles Davis - Blue In Green.mp3|5261312
        Miles Davis - All Blues.mp3|11102208
        Metallica - Whiskey In The Jar.mp3|4880384
        Metallica - Wherever I May Roam.mp3|6469632
        Metallica - Where the wild Things Are.mp3|8279184
        Metallica - Until It Sleeps.mp3|5402742
        Metallica - Turn the Page.mp3|5863517
        Metallica - Tuesdays Gone.mp3|8734720
        Metallica - Too Late Too Late.mp3|3076153
        Metallica - Through The Never.mp3|3911680
                              Page 43

ShareListing.txt

```
Metallica - The Wait.mp3|4726784
Metallica - The Unforgiven.mp3|6195200
Metallica - The Unforgiven II.mp3|7926368
Metallica - The Thing That Should Not Be.mp3|8936598
Metallica - The Struggle Within.mp3|3743744
Metallica - The Small Hours.mp3|6453248
Metallica - The Prince.mp3|4251648
Metallica - The More I See.mp3|4622336
Metallica - The Memory Remains.mp3|5650906
Metallica - The God That Failed.mp3|4937734
Metallica - The Ecstasy Of Gold.mp3|3015698
Metallica - The Call Of The Ktulu.mp3|11488754
Metallica - Stone Dead Forever.mp3|4673536
Metallica - Stone Cold Crazy.mp3|2203648
Metallica - So What.mp3|3024896
Metallica - Slither.mp3|6262316
Metallica - Sad But True.mp3|5195776
Metallica - Sabbra Cadabra.mp3|6086656
Metallica - Prince Charming.mp3|7301161
Metallica - Overkill.mp3|3917913
Metallica - Outlaw Torn.mp3|11981415
Metallica - One.mp3|9464771
Metallica - Of Wolf And Man.mp3|4108288
Metallica - Nothing Else Matters.mp3|6221824
Metallica - No Leaf Clover.mp3|6867686
Metallica - My Friend Of Misery.mp3|6555648
Metallica - Mercyful Fate.mp3|10747904
Metallica - Master Of Puppets.mp3|10698807
Metallica - Low Mans Lyric.mp3|9144361
Metallica - Loverman.mp3|7565312
Metallica - Last Caress  Green Hell.mp3|3358720
Metallica - Killing Time.mp3|2942976
Metallica - Its Electric.mp3|3424256
Metallica - Holier Than Thou.mp3|3645440
Metallica - Hero Of The Day.mp3|5695834
Metallica - Helpless.mp3|6375424
Metallica - Fuel.mp3|5521325
Metallica - Free Speech for the Dumb.mp3|2490368
Metallica - For Whom The Bells Tolls.mp3|5846831
Metallica - Fixxxer.mp3|9902555
Metallica - Enter Sandman.mp3|5306368
Metallica - Dont Tread On Me.mp3|3846144
Metallica - Die Die my Darling.mp3|2392064
Metallica - Devils Dance.mp3|6523392
Metallica - Damage Case.mp3|3526656
Metallica - Crash Course In Brain Surgery.mp3|3047424
Metallica - Carpe Diem Baby.mp3|7439610
Metallica - Breadfan.mp3|5464064
Metallica - Blitzkrieg.mp3|3471360
Metallica - Bleeding Me.mp3|10836206
Metallica - Better Than You.mp3|6431126
Metallica - Battery.mp3|8896874
Metallica - Bad Seed.mp3|4905210
Metallica - Attitude.mp3|6323496
Metallica - Astronomy.mp3|6363136
Metallica - Am I Evil.mp3|7524352
Maroon 5 - Through With You.mp3|4361344
Maroon 5 - This Love.mp3|4966959
Maroon 5 - The Sun.mp3|6044651
Maroon 5 - Tangled.mp3|4760681
Maroon 5 - Sweetest Goodbye.mp3|6501700
Maroon 5 - Sunday Morning.mp3|5911760
Maroon 5 - Shiver.mp3|4318074
```

```
                         ShareListing.txt
Maroon 5 - She Will Be Loved.mp3|6189487
Maroon 5 - Secret.mp3|7083501
Maroon 5 - Not Coming Home.mp3|6273505
Maroon 5 - Must Get Out.mp3|5750635
Maroon 5 - Harder To Breathe.mp3|4172635
Marilyn Manson - Wormboy.mp3|4720353
Marilyn Manson - Valentines Day.mp3|4234491
Marilyn Manson - User Friendly.mp3|5145631
Marilyn Manson - Untitled.mp3|1981525
Marilyn Manson - Tourniquet.mp3|5381264
Marilyn Manson - The Tourniquet.mp3|5012577
Marilyn Manson - The Speed Of Pain.mp3|6599746
Marilyn Manson - The Reflecting God.mp3|6642137
Marilyn Manson - The Nobodies.mp3|4305890
Marilyn Manson - The Love Song.mp3|3927291
Marilyn Manson - The Last Day On Earthrerip.mp3|6021101
Marilyn Manson - The Last Day on Earth.mp3|5334416
Marilyn Manson - The Horrible People.mp3|6271510
Marilyn Manson - The Fight Song.mp3|3512470
Marilyn Manson - The Fall Of Adam.mp3|3087723
Marilyn Manson - The Dope Show.mp3|4738858
Marilyn Manson - The Death Song.mp3|4198447
Marilyn Manson - The Beautiful People.mp3|5404988
Marilyn Manson - Target Audience Narcissus Nar.mp3|5166370
Marilyn Manson - Sweet DreamsHell Outro.mp3|6726790
Marilyn Manson - Rock Is Dead.mp3|4000635
Marilyn Manson - President Dead.mp3|3865465
Marilyn Manson - Posthuman.mp3|5155921
Marilyn Manson - New Model No 15.mp3|4413277
Marilyn Manson - Mister Superstar.mp3|6077535
Marilyn Manson - Minute Of Decay.mp3|5678177
Marilyn Manson - Mechanical Animals.mp3|5463121
Marilyn Manson - Man That You Fear rerip.mp3|7516154
Marilyn Manson - Man That You Fear Acoustic.mp3|6410329
Marilyn Manson - Lunchbox.mp3|10317585
Marilyn Manson - Little Horn.mp3|3261521
Marilyn Manson - Lamb Of God.mp3|5596337
Marilyn Manson - King Kill 33.mp3|2764845
Marilyn Manson - Kinderfeld.mp3|5841901
Marilyn Manson - Irresponsible Hate Anthem.mp3|5610834
Marilyn Manson - Inauguration of the Mechanical.mp3|3305388
Marilyn Manson - In The Shadow Of The Valley Of Death.mp3|4987336
Marilyn Manson - I Want To Disappear.mp3|3527983
Marilyn Manson - I Dont Like The Drugs.mp3|6067060
Marilyn Manson - I Dont Like the Drugs But th.mp3|9031300
Marilyn Manson - Great Big White World.mp3|6438933
Marilyn Manson - Godeatgod.mp3|3082360
Marilyn Manson - Get Your Gunn.mp3|4341800
Marilyn Manson - Fundamentally Loathsome.mp3|5790859
Marilyn Manson - Dried Up Tied And Dead To The.mp3|5109957
Marilyn Manson - Dried Up Tied And Dead To The World.mp3|5314402
Marilyn Manson - Disposable Teens.mp3|3630542
Marilyn Manson - Disassociative.mp3|5806353
Marilyn Manson - Deformography.mp3|5422264
Marilyn Manson - Cryptorchid.mp3|3276672
Marilyn Manson - CruciFiction In Space.mp3|5924086
Marilyn Manson - Count To Six And Die.mp3|4126332
Marilyn Manson - Coma White.mp3|6819555
Marilyn Manson - Coma Black.mp3|7173093
Marilyn Manson - Burning Flag.mp3|4029506
Marilyn Manson - Born Again.mp3|4014354
Marilyn Manson - Astonishing Panorama of the En.mp3|4787936
Marilyn Manson - Antichrist Superstar.mp3|6318747
                            Page 45
```

```
                          ShareListing.txt
Marilyn Manson - Antichrist Superstar Live.mp3|6333167
Marilyn Manson - Angel With The Scabbed Wings.mp3|4638864
Marilyn Manson - A Place In The Dirt.mp3|4347156
Marilyn Manson - 1996.mp3|4828514
Ludacris - Word Of Mouf Freestlye.mp3|2197170
Ludacris - We Got.mp3|6309513
Ludacris - Teamwork.mp3|5464400
Ludacris - T Baggin Skit.mp3|1315319
Ludacris - Stop Lying Skit.mp3|1626651
Ludacris - Stand Up.mp3|5169111
Ludacris - Southern Fried Intro.mp3|5691978
Ludacris - She Said.mp3|4465002
Ludacris - Screwed Up.mp3|7068109
Ludacris - Saturday Ohh Ohh.mp3|3778306
Ludacris - Roll Out My Business.mp3|4835328
Ludacris - Rob Quarters Skit.mp3|1582395
Ludacris - PPoppin.mp3|6980964
Ludacris - Move Bitch.mp3|4424045
Ludacris - Ludacris  Splash Waterfalls.mp3|7017327
Ludacris - Keep It On The Hush.mp3|4675665
Ludacris - Interactive Skit.mp3|1562960
Ludacris - Howhere Skit.mp3|1241289
Ludacris - Hoes In My Room.mp3|6758401
Ludacris - Hip Hop Quotables.mp3|4591701
Ludacris - Hard Times.mp3|7619815
Ludacris - Growing Pains.mp3|4716200
Ludacris - Greatest Hits Skit.mp3|1318617
Ludacris - Go 2 Sleep.mp3|5052237
Ludacris - Get The Fuck Back.mp3|5236565
Ludacris - Freaky Thangs.mp3|5402908
Ludacris - Eyebrows Down.mp3|7730156
Ludacris - Diamond In The Back.mp3|6107012
Ludacris - Cry Babies Oh No.mp3|5788689
Ludacris - Coming To America.mp3|4280691
Ludacris - Cold Outside.mp3|5903205
Ludacris - Blow It Out.mp3|5920184
Ludacris - Block Lockdown Bonus Track.mp3|7586342
Ludacris - Black Mans Struggle Skit.mp3|898404
Ludacris - Area Codes.mp3|4938134
Ludacris - Act A Fool.mp3|6499601
Liquid Tension Experiment - When The Water Breaks.mp3|9243977
Liquid Tension Experiment - Universal Mind.mp3|11414433
Liquid Tension Experiment - Three Minute Warning Pt 5.mp3|9400091
Liquid Tension Experiment - Three Minute Warning Pt 4.mp3|6306148
Liquid Tension Experiment - Three Minute Warning Pt 3.mp3|7714252
Liquid Tension Experiment - Three Minute Warning Pt 2.mp3|5891741
Liquid Tension Experiment - Three Minute Warning Pt 1.mp3|12061445
Liquid Tension Experiment - The Stretch.mp3|2957653
Liquid Tension Experiment - State Of Grace.mp3|7296072
Liquid Tension Experiment - Paradigm Shift.mp3|12907174
Liquid Tension Experiment - Osmosis.mp3|5000215
Liquid Tension Experiment - Liquid Dreams.mp3|15612413
Liquid Tension Experiment - Kindred Spirits.mp3|9406349
Liquid Tension Experiment - Hourglass.mp3|6376347
Liquid Tension Experiment - Freedom Of Speech.mp3|13480826
Liquid Tension Experiment - Chris And Kevins Excellent Adv.mp3|3456716
Liquid Tension Experiment - Chewbacca.mp3|19576543
Liquid Tension Experiment - Biaxident.mp3|11067730
Liquid Tension Experiment - Another Dimension.mp3|14176100
Liquid Tension Experiment - Acid Rain.mp3|9509160
Liquid Tension Experiment - 914.mp3|5788272
Linkin Park - XEcutioner Style.mp3|2770633
Linkin Park - WthYou.mp3|6198098
                           Page 46
```

```
                        ShareListing.txt
Linkin Park - With You.mp3|4702426
Linkin Park - Stef.mp3|383240
Linkin Park - Somewhere I Belong.m4a|3442485
Linkin Park - Session.m4a|2349987
Linkin Park - Runaway.mp3|4239444
Linkin Park - RnwY.mp3|4784349
Linkin Park - Riff Raff.mp3|668502
Linkin Park - Pushing Me Away.mp3|4358328
Linkin Park - PtsOfAthrty.mp3|5555491
Linkin Park - PprKut.mp3|5095313
Linkin Park - Points of Authority.mp3|4787972
Linkin Park - Plc4 Mie Head.mp3|6400605
Linkin Park - Papercut.mp3|4368694
Linkin Park - P5hng Me AWy.mp3|6814384
Linkin Park - Opening.mp3|1764386
Linkin Park - One Step Closer.mp3|3638314
Linkin Park - Numb.m4a|2986808
Linkin Park - NtrMssion.mp3|848432
Linkin Park - Nobodys Listening.m4a|2650079
Linkin Park - MyDsmbr.mp3|6324741
Linkin Park - Lying From You.m4a|2853074
Linkin Park - Krwlng.mp3|8308566
Linkin Park - In The End.mp3|4756666
Linkin Park - Hit The Floor.m4a|2605323
Linkin Park - H Vltg3.mp3|5200638
Linkin Park - From The Inside.m4a|2841908
Linkin Park - Frgt10.mp3|5239508
Linkin Park - Forgotten.mp3|4760316
Linkin Park - Foreword.m4a|228348
Linkin Park - Figure09.m4a|3149728
Linkin Park - Faint.m4a|2599228
Linkin Park - Enth E Nd.mp3|5901557
Linkin Park - Easier To Run.m4a|3321952
Linkin Park - Dont Stay.m4a|3061793
Linkin Park - Cure for the Itch.mp3|3303236
Linkin Park - Crawling.mp3|4583065
Linkin Park - Chali.mp3|713010
Linkin Park - ByMyslf.mp3|5481508
Linkin Park - By Myself.mp3|4383393
Linkin Park - Breaking The Habit.m4a|3193406
Linkin Park - A Place for My Head.mp3|4411521
Limp Bizkit - Underneath The Gun.mp3|8269079
Limp Bizkit - trust.mp3|6003382
Limp Bizkit - The Only One.mp3|6024005
Limp Bizkit - The One.mp3|8310785
Limp Bizkit - Take A Look Around.mp3|7774764
Limp Bizkit - show me what you got.mp3|5353979
Limp Bizkit - Rollin Urban Assault Vehicle.mp3|9257811
Limp Bizkit - Rollin Air Raid Vehicle.mp3|5199933
Limp Bizkit - Reentry.mp3|3834731
Limp Bizkit - Red Light Green Light.mp3|8123005
Limp Bizkit - rearranged.mp3|7109930
Limp Bizkit - Pollution.mp3|4649302
Limp Bizkit - Phenomenon.mp3|5800814
Limp Bizkit - outro.mp3|8775496
Limp Bizkit - nookie.mp3|5807986
Limp Bizkit - Nobody Loves Me.mp3|5350281
Limp Bizkit - nobody like you.mp3|5216051
Limp Bizkit - no_sex.mp3|4706141
Limp Bizkit - n 2 gether now ft method man.mp3|5812688
Limp Bizkit - My Way.mp3|6621184
Limp Bizkit - My Generation.mp3|5374209
Limp Bizkit - Lonely World.mp3|6618344
                        Page 47
```

```
                            ShareListing.txt
Limp Bizkit - Livin It Up.mp3|6406777
Limp Bizkit - Let Me Down.mp3|6201429
Limp Bizkit - Leech.mp3|2621518
Limp Bizkit - just like this.mp3|4315873
Limp Bizkit - Itll Be OK.mp3|7419283
Limp Bizkit - intro.mp3|760260
Limp Bizkit - Infest.mp3|962740
Limp Bizkit - Indigo Flow.mp3|2862373
Limp Bizkit - im broke.mp3|4799206
Limp Bizkit - Hot Dog.mp3|5595211
Limp Bizkit - Hold On.mp3|8411421
Limp Bizkit - Head For The Barricade.mp3|5205234
Limp Bizkit - Gimme The Mic.mp3|4493649
Limp Bizkit - Getcha Groove On.mp3|6537184
Limp Bizkit - Full Nelson.mp3|6006789
Limp Bizkit - Faith.mp3|4643908
Limp Bizkit - Everything.mp3|19727468
Limp Bizkit - Eat You Alive.mp3|5755676
Limp Bizkit - Drown.mp3|5605204
Limp Bizkit - Down Another Day.mp3|5961315
Limp Bizkit - dont go off wandering.mp3|4814812
Limp Bizkit - Creamer Radio Is Dead.mp3|6553054
Limp Bizkit - Counterfeit.mp3|6159354
Limp Bizkit - Clunk.mp3|4863980
Limp Bizkit - Build A Bridge.mp3|5733108
Limp Bizkit - break stuff.mp3|3348820
Limp Bizkit - Boiler.mp3|10156492
Limp Bizkit - Behind Blue Eyes.mp3|8830815
Limp Bizkit - Almost Over.mp3|6739968
Limp Bizkit - a lesson learned.mp3|3216118
Limp Bizkit - 9 teen 90 nine.mp3|5537359
Lil Wayne - Tha Block is Hot.mp3|4044800
Lil Wayne - Lights Off.mp3|3940352
Lil Wayne - Kisha.mp3|4124672
Lil Wayne - Intro.mp3|1716224
Lil Wayne - High Beamin.mp3|3993600
Lil Wayne - Fuck Tha World.mp3|4581376
Lil Wayne - Enemy Turf.mp3|4147200
Lil Wayne - Drop it Like Its Hot.mp3|5171200
Lil Wayne - Come On.mp3|3446874
Lifehouse - Unknown.mp3|4030497
Lifehouse - Trying.mp3|3802290
Lifehouse - Somewhere in Between.mp3|4152555
Lifehouse - Somebody Elses Song.mp3|4506565
Lifehouse - Simon.mp3|5855304
Lifehouse - Sick Cycle Carousel.mp3|5353061
Lifehouse - Quasimodo.mp3|4437592
Lifehouse - Only One.mp3|4820858
Lifehouse - Hanging by a Moment.mp3|3537120
Lifehouse - Everything.mp3|5953949
Lifehouse - Cling and Clatter.mp3|4386608
Lifehouse - Breathing.mp3|4325578
Lenny Kravitz - Sugar.mp3|5330188
Lenny Kravitz - Sister.mp3|9656290
Lenny Kravitz - My Love.mp3|5269039
Lenny Kravitz - Just Be A Woman.mp3|5182940
Lenny Kravitz - Is There Any Love In Your Heart.mp3|5087166
Lenny Kravitz - Heaven Help.mp3|4071875
Lenny Kravitz - Eleutheria.mp3|6217527
Lenny Kravitz - Come On And Love Me.mp3|5041719
Lenny Kravitz - Black Girl.mp3|5243625
Lenny Kravitz - Believe.mp3|6404394
Lenny Kravitz - Are You Gonna Go My Way.mp3|4844820
                            Page 48
```

```
                           ShareListing.txt
koRn - wish You Could Be Me.mp3|1343431
Korn - wicked.mp3|6939887
koRn - wake Up.mp3|4967658
koRn - Trash.mp3|4142190
Korn - SWALLOW.mp3|6298219
koRn - Somebody Someone.mp3|4550223
Korn - Shoots And Ladders.mp3|7739226
Korn - Predictable.mp3|6553685
Korn - Porno Creep.mp3|3586990
koRn - No way.mp3|4961390
Korn - No Place to Hide.mp3|6119859
Korn - Need To.mp3|5814524
Korn - Mr Rogers.mp3|9036902
koRn - Make Me Bad.mp3|4710613
Korn - Lowrider.mp3|1749265
Korn - Lost.mp3|5060022
koRn - Lets Get This Party Started.mp3|4425880
koRn - Its Gonna Go Away.mp3|1817813
koRn - Hey Daddy.mp3|4490141
Korn - Helmet In The Bush.mp3|5829571
Korn - Good God.mp3|5781911
koRn - Falling Away From Me.mp3|5416443
Korn - Fake.mp3|6993796
Korn - Faget.mp3|8410677
Korn - Divine.mp3|4113639
koRn - Dirty.mp3|9404817
koRn - Dead.mp3|1451054
koRn - Counting.mp3|4362141
Korn - Clown.mp3|6638948
Korn - Chi.mp3|6792163
Korn - Blind.mp3|6227050
koRn - Beg For Me.mp3|4679266
Korn - Ball Tongue.mp3|6469675
Korn - Ass Itch.mp3|6315197
koRn - Am I Going Crazy.mp3|1179903
Korn - ADIDAS.mp3|4412912
koRn - 4 U.mp3|2041423
Korn - 24 Cameltosis.mp3|4450432
Korn - 23 Seed.mp3|5679232
Korn - 22 Justin.mp3|4116608
Korn - 21 Reclaim My Place.mp3|4362368
Korn - 20 All In The Family.mp3|4622464
Korn - 19 Pretty.mp3|4034688
Korn - 17 Children Of The Korn.mp3|3719296
Korn - 16 Dead Bodies Everywhere.mp3|4561024
Korn - 15 Got The Life.mp3|3604608
Korn - 13 Its On.mp3|4302976
Kishore Kumar - Zindagi Ke Safar Mein.mp3|6299322
Kishore Kumar - Zindagi Ka Safar Hai Yeh Kaisa.mp3|3772341
Kishore Kumar - Zindagi Ek Safar Hai Suhana.mp3|4123009
Kishore Kumar - Zindagi Aa Rah Hoon Main.mp3|5424534
Kishore Kumar - Zaroorat Hai Zaroorat Hai.mp3|4188211
Kishore Kumar - Yeh Wohi Geet Hai.mp3|3337246
Kishore Kumar - Yeh Wada Raha.mp3|5356788
Kishore Kumar - Yeh Sham Mastani.mp3|4433553
Kishore Kumar - Yeh Naina Yeh Kajaal.mp3|5526934
Kishore Kumar - Yeh Jeevan Hai.mp3|3670359
Kishore Kumar - Yeh Dil Na Hota Bechara.mp3|4097095
Kishore Kumar - Yeh Dard Bhara Afana.mp3|4489977
Kishore Kumar - Who Sham Kuchh Ajeeb Thi.mp3|4506695
Kishore Kumar - Tum Bin Jaaoon Kahan.mp3|3129520
Kishore Kumar - Tum Aa Gaye Ho Noor Aa Gaya.mp3|4063767
Kishore Kumar - Teri Duniya Se Hoke Majboor Chala.mp3|5402775
                              Page 49
```

```
                            ShareListing.txt
Kishore Kumar - Tere Mere Milan Ki Yeh.mp3|4655489
Kishore Kumar - Tere Bagair Jane Jana.mp3|3151254
Kishore Kumar - Shah Rukh Khan Speaks.mp3|4793415
Kishore Kumar - Sama Hai Suhana.mp3|3165882
Kishore Kumar - Salil C speaks  Aake Seedhi.mp3|3467649
Kishore Kumar - Sala Main To Saab.mp3|2881670
Kishore Kumar - Sacchai Chhup Nahin Sakti.mp3|4362082
Kishore Kumar - Saagar Kinare.mp3|4139136
Kishore Kumar - Ruk Jaana Nahi.mp3|6415515
Kishore Kumar - Roop Yeh Tera Jisne Banaya.mp3|3219799
Kishore Kumar - Roop Tera Mastana.mp3|3585057
Kishore Kumar - Rhimjhin Gire Sawan.mp3|3022940
Kishore Kumar - RD Burman speaks  Mere Naina.mp3|5830790
Kishore Kumar - Rajesh Khanna Speaks.mp3|3884772
Kishore Kumar - Raat Kali Ek Khwab Mein.mp3|4586526
Kishore Kumar - Raat Kali Ek Khwab Main Aaye.mp3|4917376
Kishore Kumar - Phoolon Ke Rang Se.mp3|4701882
Kishore Kumar - Phoolon Ka Taron Ka.mp3|5706238
Kishore Kumar - Phir Wohi Raat hai.mp3|4223737
Kishore Kumar - Pankaj Udhas speaks  Dil Aisa.mp3|4454451
Kishore Kumar - Pag Ghunghroo Bandh.mp3|7963636
Kishore Kumar - Om Shanti Om.mp3|8475636
Kishore Kumar - O Saathi  Re.mp3|4364565
Kishore Kumar - O Majhi Re.mp3|2813125
Kishore Kumar - O Hansini.mp3|5094346
Kishore Kumar - Nellay Nellay Amber Pe.mp3|5083313
Kishore Kumar - Nakhrewali.mp3|2502163
Kishore Kumar - Musafir Hoon Yaaro.mp3|3012073
Kishore Kumar - Meri Neendon Mein Tum.mp3|5077210
Kishore Kumar - Meri Bheegi Bheegi Si.mp3|3839215
Kishore Kumar - Mere Samnewali Khidki.mp3|2681050
Kishore Kumar - Mere Saamne Wali Khirki Main.mp3|2809984
Kishore Kumar - Mere Naseeb Mein Aye Dost.mp3|4466571
Kishore Kumar - Mere Mehboob Qayamat Hogi.mp3|3622712
Kishore Kumar - Mere Dil mein Aaj Kya Hai.mp3|4064077
Kishore Kumar - Mera Jeevan Kora Kagaz.mp3|3407045
Kishore Kumar - Manzilen Apni Jagah Hain.mp3|5223077
Kishore Kumar - Mana Janab Ne Pukara Nahin.mp3|3924478
Kishore Kumar - Leena Ganguly speaks  Gham Ka.mp3|4726124
Kishore Kumar - Lata SpeaksGata Rahe Mera Dil.mp3|5583776
Kishore Kumar - Kya Nazare.mp3|4649637
Kishore Kumar - Koi Lauta De Mere.mp3|3336828
Kishore Kumar - Koi Hota Jisko Apna.mp3|3243205
Kishore Kumar - Kishore speaks  O Mere Dil Ke.mp3|4350379
Kishore Kumar - Kishore speaks  Khaike Paan.mp3|3999293
Kishore Kumar - Kishore KumarDev Anand Intro.mp3|1735208
Kishore Kumar - Khwab Ho Tum Ya Koi Haqeeqat.mp3|5376468
Kishore Kumar - Khilte Hain Ghul yahan.mp3|3811629
Kishore Kumar - KAISE KAHEN HUM.mp3|3803056
Kishore Kumar - Kabke Bichhde Hue Hum.mp2|5712028
Kishore Kumar - Jeevan Ke Safar Mein Rahi.mp3|3198483
Kishore Kumar - Jee Bharke Dekh Loon.mp3|3069752
Kishore Kumar - Jani O Jani.mp3|3020851
Kishore Kumar - Jago Sonewalo.mp3|5009918
Kishore Kumar - Jaaneman Jaaneman.mp3|5378558
Kishore Kumar - Inteha Ho Gai Intezar Ki.mp3|8535366
Kishore Kumar - Ina Meena Dika.mp3|3084380
Kishore Kumar - Humen Tumse Pyar Kitna.mp3|4063241
Kishore Kumar - Hum Hain Rahi Pyar Ke.mp3|4506695
Kishore Kumar - Hawaon Pe Likhdo.mp3|2767149
Kishore Kumar - Har Koi Chahta Hai Ek Mutthi.mp3|2912599
Kishore Kumar - Hamen Tumse Pyar Kitna.mp3|4121575
Kishore Kumar - Haal Kya Hai.mp3|5526934
```

```
                            ShareListing.txt
Kishore Kumar - Haal Kaisa Hai Janab Ka.mp3|4274304
Kishore Kumar - Gun Guna Rahe Hain Bhavre.mp3|3813376
Kishore Kumar - Ghunghroo Ki Tarah.mp3|4476184
Kishore Kumar - Ek Ladki Bheegi Bhaagi Si.mp3|3865774
Kishore Kumar - Ek Ajnabee Haseena Se.mp3|4011414
Kishore Kumar - Duniya O Duniya.mp3|3977977
Kishore Kumar - Dukhi Man Mere.mp3|2924302
Kishore Kumar - Diye Jalte Hain.mp3|3269118
Kishore Kumar - Dheere Se Jaana.mp3|3885608
Kishore Kumar - Dekha Na Haye Re Socha Na Haye.mp3|4031476
Kishore Kumar - Conclusion by Kishore Kumar.mp3|1208997
Kishore Kumar - Choo Kar Mere Man Ko.mp3|4092624
Kishore Kumar - Chingari Koi Bhadke.mp3|5355751
Kishore Kumar - Chhotisi Yeh Duniya.mp3|3228576
Kishore Kumar - CAT Cat Mane Billi.mp3|3303391
Kishore Kumar - Bhanware Ki Gunjan.mp3|4168566
Kishore Kumar - Begararedil.mp3|5870496
Kishore Kumar - Bajhado Deepak hoon.mp3|3204335
Kishore Kumar - Ashok Kumar Speaks.mp3|4666774
Kishore Kumar - Asha Bhosle Speaks.mp3|4001383
Kishore Kumar - Anup Jalota speaks  Chingari.mp3|5331747
Kishore Kumar - Amitabh speaks  Badi Sooni.mp3|4189464
Kishore Kumar - Ajnabi Tum Jane Pehchane.mp3|3303391
Kishore Kumar - Aanewala Pal.mp3|4436896
Kishore Kumar - Aaj Rapat Jayen To.mp3|6555776
Kill Bill - Youre My Wicked Life dialogue.mp3|1710738
Kill Bill - Yakuza Oren 1 by The RZA.mp3|767518
Kill Bill - Woo Hoo by The 5678s.mp3|3136253
Kill Bill - Twisted Nerve by Bernard Herrmann.mp3|2370609
Kill Bill - The Lonely Shepherd by Zamfir.mp3|6549869
Kill Bill - The Grand Duel Parte Prima by Luis Bacalov.mp3|5185777
Kill Bill - The Flower of Carnage by Meiko Kaji.mp3|5850639
Kill Bill - That Certain Female by Charlie Feathers.mp3|4633266
Kill Bill - Sword Swings SFX.mp3|363104
Kill Bill - Super 16 Excerpt Remix by Neu.mp3|1765996
Kill Bill - Run Fay Run by Isaac Hayes.mp3|4273408
Kill Bill - Queen of the Crime Council dialogue.mp3|1640519
Kill Bill - Ode to Oren Ishii by The RZA.mp3|3306951
Kill Bill - Ironside Excerpt by Quincy Jones.mp3|635815
Kill Bill - Green Hornet by Al Hirt.mp3|3590967
Kill Bill - Flip Sting SFX.mp3|333024
Kill Bill - Dont Let Me Be Misunderstood by Santa Esmeralda.mp3|15413481
Kill Bill - Crane  White Lightning by The RZA  Charles Bernstein.mp3|2618879
Kill Bill - BONUS TRACK Super 16 by Neu.mp3|5511121
Kill Bill - BONUS TRACK Ironside by Quincy Jones.mp3|5751686
Kill Bill - Battle Without Honor or Humanity by Tomoyasu Hotei.mp3|3853811
Kill Bill - Banister Fight by The RZA.mp3|733608
Kill Bill - Bang Bang My Baby Shot Me Down by Nancy Sinatra.mp3|4118386
Kill Bill - Axe Throws SFX.mp3|479721
Kanye West - Workout Plan.mp3|1190659
Kanye West - We Dont Care.mp3|6077030
Kanye West - Two Words feat Mos Def Free.mp3|5971410
Kanye West - Through The Wire.mp3|4850937
Kanye West - The New Workout Plan.mp3|8698310
Kanye West - Spaceship feat GLC  Consequ.mp3|7828671
Kanye West - Slow Jamz feat Twista  Jami.mp3|7818331
Kanye West - School Spirit.mp3|4453428
Kanye West - School Spirit Skit 2.mp3|854233
Kanye West - School Spirit Skit 1.mp3|1541394
Kanye West - Never Let Me Down feat JayZ.mp3|7968825
Kanye West - Lil Jimmy Skit.mp3|1173824
Kanye West - Last Call.mp3|18173427
Kanye West - Jesus Walks.mp3|5004728
```

```
                           ShareListing.txt
Kanye West - Intro.mp3|355599
Kanye West - Ill Fly Away.mp3|1497108
Kanye West - Graduation Day.mp3|1804363
Kanye West - Get Em High feat Talib Kweli.mp3|6855948
Kanye West - Family Business.mp3|6908077
Kanye West - Breathe In Breathe Out feat.mp3|6016614
Kanye West - All Falls Down feat Syleena.mp3|5660375
Jimmy Eat World - Your House.mp3|7013379
Jimmy Eat World - World is Static.mp3|4779053
Jimmy Eat World - Thinking Thats All.mp3|3449943
Jimmy Eat World - The Middle.mp3|4126326
Jimmy Eat World - The Authority Song.mp3|5358896
Jimmy Eat World - Sweetness.mp3|5426596
Jimmy Eat World - Seventeen.mp3|4319298
Jimmy Eat World - Rockstar.mp3|4599332
Jimmy Eat World - Robot Factory.mp3|4776963
Jimmy Eat World - My Sundown.mp3|8539349
Jimmy Eat World - In the Same Room.mp3|5980687
Jimmy Eat World - If You Dont Dont.mp3|6702426
Jimmy Eat World - Hear You Me.mp3|6984541
Jimmy Eat World - Get It Faster.mp3|6432210
Jimmy Eat World - Episode IV.mp3|5419053
Jimmy Eat World - Digits.mp3|9023430
Jimmy Eat World - Claire.mp3|4447822
Jimmy Eat World - Caveman.mp3|5531381
Jimmy Eat World - Cautioners.mp3|7858492
Jimmy Eat World - Call It in the Air.mp3|3648475
Jimmy Eat World - Bleed American.mp3|4501866
Jimmy Eat World - Anderson Mesa.mp3|6286318
Jimmy Eat World - A Praise Chorus.mp3|5990220
Jimi Hendrix - Woodstock Improvisation.mp3|5837718
Jimi Hendrix - Wild Thing Live.mp3|4659735
Jimi Hendrix - Wait Until Tomorrow.mp3|4331221
Jimi Hendrix - Voodoo Chile Blues.mp3|8448000
Jimi Hendrix - Voodoo Child Slight Return.mp3|19763914
Jimi Hendrix - Villanova Junction.mp3|6516688
Jimi Hendrix - The Wind Cries Mary.mp3|4755657
Jimi Hendrix - The Star Spangled Banner Live.mp3|5874756
Jimi Hendrix - Straight Ahead.mp3|4528155
Jimi Hendrix - Stepping Stone.mp3|4040814
Jimi Hendrix - Star Spangled Banner.mp3|5443998
Jimi Hendrix - Spanish Castle Magic.mp3|10297738
Jimi Hendrix - Room Full Of Mirrors.mp3|3219456
Jimi Hendrix - Red House.mp3|3557376
Jimi Hendrix - Purple Haze.mp3|6414490
Jimi Hendrix - Once I Had A Woman.mp3|7516160
Jimi Hendrix - Night Bird Flying.mp3|3698688
Jimi Hendrix - My Friend.mp3|4423680
Jimi Hendrix - Message To Love.mp3|10675150
Jimi Hendrix - Mannish Boy.mp3|5150720
Jimi Hendrix - Manic Depression.mp3|4011479
Jimi Hendrix - Lover Man.mp3|7480943
Jimi Hendrix - Long Hot Summer Night.mp3|4108032
Jimi Hendrix - Little Wing.mp3|3454752
Jimi Hendrix - Jelly 292.mp3|6158336
Jimi Hendrix - Jam Back At The House.mp3|11157324
Jimi Hendrix - Izabella.mp3|2721792
Jimi Hendrix - Introduction.mp3|3478517
Jimi Hendrix - In From The Storm.mp3|3538944
Jimi Hendrix - Highway Chile.mp3|5034012
Jimi Hendrix - Hey Joe.mp3|8547332
Jimi Hendrix - Hey Baby New Rising Sun.mp3|5830656
Jimi Hendrix - Hear My Train A Comin.mp3|14228019
                             Page 52
```

```
                        ShareListing.txt
Jimi Hendrix - Hear My Train A Comin Electric.mp3|11687936
Jimi Hendrix - Hear My Train A Comin Acoustic.mp3|2973696
Jimi Hendrix - Gypsy Eyes.mp3|5283532
Jimi Hendrix - Freedom.mp3|3307520
Jimi Hendrix - Foxy Lady.mp3|4687938
Jimi Hendrix - Foxey Lady.mp3|7364960
Jimi Hendrix - Fire.mp3|5416396
Jimi Hendrix - Ezy Ryder.mp3|3985408
Jimi Hendrix - Electric Church Red House.mp3|5967872
Jimi Hendrix - Earth Blues.mp3|4179968
Jimi Hendrix - Drifting.mp3|3663872
Jimi Hendrix - Dolly Dagger.mp3|4550722
Jimi Hendrix - Crosstown Traffic.mp3|3209625
Jimi Hendrix - Catfish Blues.mp3|7464960
Jimi Hendrix - Castles Made Of Sand.mp3|3915561
Jimi Hendrix - Burning Of The Midnight Lamp.mp3|219764
Jimi Hendrix - Born Under A Bad Sign.mp3|7323648
Jimi Hendrix - Bleeding Heart.mp3|3295232
Jimi Hendrix - Belly Button Window.mp3|3465216
Jimi Hendrix - Beginnings.mp3|4048896
Jimi Hendrix - Astro Man.mp3|3440640
Jimi Hendrix - Angel.mp3|4192256
Jimi Hendrix - All Along The Watchtower.mp3|5790111
Jethro Tull - Wondring Aloud.mp3|1855488
Jethro Tull - WindUp.mp3|5888000
Jethro Tull - WindUp quad version.mp3|5177344
Jethro Tull - Up To Me.mp3|3117056
Jethro Tull - Song for Jeffrey.mp3|2742272
Jethro Tull - Slipstream.mp3|1173504
Jethro Tull - My God.mp3|6928384
Jethro Tull - Mother Goose.mp3|3733504
Jethro Tull - Locomotive Breath.mp3|4263936
Jethro Tull - Lick Your Fingers Clean.mp3|2662400
Jethro Tull - Hymn 43.mp3|3188736
Jethro Tull - Fat Man.mp3|2832384
Jethro Tull - Excerpts from the Ian Anderson Interview.mp3|13418496
Jethro Tull - CrossEyed Mary.mp3|3993600
Jethro Tull - Cheap Day Return.mp3|1335296
Jethro Tull - Bouree.mp3|3809280
Jethro Tull - Aqualung.mp3|6348800
Jerry Seinfeld - Supermarkets.mp3|8187724
Jerry Seinfeld - Sky DivingThe Helmet.mp3|1630227
Jerry Seinfeld - Scuba Diving.mp3|1115397
Jerry Seinfeld - Q  A.mp3|4731090
Jerry Seinfeld - Olympics.mp3|4439879
Jerry Seinfeld - No 1 Fear.mp3|796702
Jerry Seinfeld - Men  Women.mp3|9787784
Jerry Seinfeld - McDonalds.mp3|1523553
Jerry Seinfeld - Late TV.mp3|1551668
Jerry Seinfeld - IntroPhones.mp3|2045898
Jerry Seinfeld - Horses.mp3|6500219
Jerry Seinfeld - Halloween.mp3|6423200
Jerry Seinfeld - Florida.mp3|1462265
Jerry Seinfeld - Drugstores.mp3|4487406
Jerry Seinfeld - Doctors.mp3|3294644
Jerry Seinfeld - Crooks.mp3|1638955
Jerry Seinfeld - Clothing.mp3|2211968
Jerry Seinfeld - Chinese People.mp3|903117
Jerry Seinfeld - Cab Drivers.mp3|2540602
Jerry Seinfeld - Bathroom.mp3|2054403
Jerry Seinfeld - Air Travel.mp3|8390254
JayZ And Linkin Park - Points Of Authority99 Problem.mp3|9588104
JayZ And Linkin Park - Numbencore.mp3|5557856
                             Page 53
```

```
                              ShareListing.txt
        JayZ And Linkin Park - Jigga WhatFaint.mp3|6154049
        JayZ And Linkin Park - IzzoIn The End.mp3|3648006
        JayZ And Linkin Park - Dirt Off Your ShoulderLying F.mp3|6876107
        JayZ And Linkin Park - Big PimpinPapercut.mp3|4377073
        JayZ - What More Can I Say.mp3|6625482
        JayZ - What More Can I Say Produced By The Buchanans.mp3|7086157
        JayZ - Threat.mp3|3991509
        JayZ - Threat Produced By 9th Wonder.mp3|5926931
        JayZ - Public Service Announcement.mp3|4224934
        JayZ - Public Service Announcement Interlude Produced By Just
Blaze.mp3|4155392
        JayZ - My 1st Song.mp3|8230834
        JayZ - My 1st Song Produced By Aqua  Joe 3H Weinberger.mp3|6842368
        JayZ - Moment Of Clarity.mp3|6024197
        JayZ - Moment Of Clarity Produced By Eminem.mp3|6340608
        JayZ - Lucifer.mp3|3407620
        JayZ - Lucifer Produced By Kanye West.mp3|4612096
        JayZ - Justify My Thug.mp3|6326434
        JayZ - Justify My Thug Produced By DJ Quik.mp3|5861376
        JayZ - Interlude.mp3|3168543
        JayZ - Interlude Produced By Just Blaze.mp3|1966080
        JayZ - Encore.mp3|4104562
        JayZ - Encore Produced By Kanye West.mp3|6027264
        JayZ - Dirt Off Your Shoulder.mp3|6002305
        JayZ - Dirt Off Your Shoulder Produced By Timbaland.mp3|5888000
        JayZ - December 4th.mp3|5413554
        JayZ - December 4th Produced By Just Blaze.mp3|6572057
        JayZ - Change Clothes.mp3|6126395
        JayZ - Change Clothes Produced By The Neptunes.mp3|6205440
        JayZ - Bonus Track.mp3|3708137
        JayZ - Allure.mp3|6169646
        JayZ - Allure Produced By The Neptunes.mp3|7022592
        JayZ - 99 Problems.mp3|6179045
        JayZ - 99 Problems Produced By Rick Rubin.mp3|5634048
        JayZ  Metallica DJ Halfred - Wherever You May Roam Get tha.mp3|4710778
        JayZ  Metallica DJ Halfred - Wadda Da.mp3|3277864
        JayZ  Metallica DJ Halfred - Unforgiven Clarity.mp3|4602480
        JayZ  Metallica DJ Halfred - The Threat of Wolf and Man.mp3|5602828
        JayZ  Metallica DJ Halfred - The Struggle Within to Change.mp3|3635936
        JayZ  Metallica DJ Halfred - The Sandmans First Song.mp3|4435338
        JayZ  Metallica DJ Halfred - The God That Caused 99 Problem.mp3|5657916
        JayZ  Metallica DJ Halfred - Nothing Else Matters Other tha.mp3|5106410
        JayZ  Metallica DJ Halfred - My Friend of Saying What More.mp3|4794036
        JayZ  Metallica DJ Halfred - Lucifer  Never.mp3|4020926
        JayZ  Metallica DJ Halfred - Justify My Thug Through the Ne.mp3|5955892
        JayZ  Metallica DJ Halfred - Dont Tread on My Encore.mp3|4032820
        JayZ  Metallica DJ Halfred - December 4th Was Sad But True.mp3|5023152
        JayZ  Metallica DJ Halfred - A Public Service Announcement.mp3|3105714
        James Taylor - Youve Got A Friend.mp3|4366336
        James Taylor - Walking Man.mp3|3450880
        James Taylor - Sweet Baby James.mp3|2795520
        James Taylor - Steamroller.mp3|5095424
        James Taylor - Something in The Way She Moves.mp3|3102720
        James Taylor - Shower The People.mp3|3864576
        James Taylor - Mexico.mp3|2902016
        James Taylor - How Sweet It Is To Be Loved By You.mp3|3506176
        James Taylor - Fire And Rain.mp3|3299328
        James Taylor - Dont Let Me Be Lonely Tonight.mp3|2539520
        James Taylor - Country Road.mp3|3293184
        James Taylor - Carolina In My Mind.mp3|3842048
        Iron Butterfly - In a Gadda da Vida.mp3|40891496
        Incubus - Zee Deveel.m4a|3764103
        Incubus - Wish You Were Here.mp3|5140635
                                  Page 54
```

```
                                ShareListing.txt
Incubus - When It Comes.mp3|5807294
Incubus - Warning.mp3|6754433
Incubus - Warmth.mp3|6382477
Incubus - Talk Shows On Mute.m4a|3603307
Incubus - Stellar.mp3|4834455
Incubus - Southern Girl.m4a|3588979
Incubus - Smile Lines.m4a|3878847
Incubus - Sick Sad Little World.m4a|6209813
Incubus - Privelege.mp3|3782114
Incubus - Priceless.m4a|3993325
Incubus - Pistola.m4a|4255890
Incubus - Pardon Me.mp3|5402661
Incubus - Out From Under.mp3|5259662
Incubus - Nowhere Fast.mp3|6523257
Incubus - Megalomaniac.m4a|4773915
Incubus - Make Yourself.mp3|2958735
Incubus - Made For TV Movie.m4a|3533167
Incubus - Leech.m4a|4181832
Incubus - I Miss You.mp3|4073489
Incubus - Here In My Room.m4a|4198534
Incubus - Have You Ever.mp3|4686751
Incubus - Echo.mp3|3477151
Incubus - Drive.mp3|3749088
Incubus - Consequence.mp3|4798236
Incubus - Clean.mp3|5686546
Incubus - Circles.mp3|4081647
Incubus - Blood On The Ground.mp3|6605849
Incubus - Beware Criminal.m4a|3710866
Incubus - Battlestar Scralatchtica.mp3|5543697
Incubus - Are You In.mp3|4276854
Incubus - Aqueous Transmission.mp3|11219460
Incubus - Agoraphobia.m4a|3766300
Incubus - A Crow Left Of The Murder.m4a|3428992
Incubus - 11am.mp3|6105505
Hooverphonic - Wardrope.mp3|6527608
Hooverphonic - Tuna.mp3|5670056
Hooverphonic - This Strange Effect.mp3|4885208
Hooverphonic - Someone.mp3|6064051
Hooverphonic - Sarangi.mp3|6214264
Hooverphonic - Revolver.mp3|5738672
Hooverphonic - Renaissance Affair.mp3|4293520
Hooverphonic - Plus Profond.mp3|6385256
Hooverphonic - Out Of Tune.mp3|5121704
Hooverphonic - One Way Ride.mp3|4232662
Hooverphonic - Nr 9.mp3|5319872
Hooverphonic - Lung.mp3|3468834
Hooverphonic - Innervoice.mp3|6596953
Hooverphonic - Inhaler.mp3|7526032
Hooverphonic - Electro Shock Faders.mp3|3919201
Hooverphonic - Eden.mp3|5290207
Hooverphonic - Dictionary.mp3|5268897
Hooverphonic - Club Montepulciano.mp3|4617191
Hooverphonic - Cinderella.mp3|5610448
Hooverphonic - Battersea.mp3|4797427
Hooverphonic - Barabas.mp3|5548707
Hooverphonic - 2Wicky.mp3|6843696
Hoobastank - What Happened To Us.mp3|4804736
Hoobastank - Up and Gone.mp3|4026453
Hoobastank - Unaffected.mp3|4276352
Hoobastank - Too Little Too Late.mp3|3913856
Hoobastank - To Be With You.mp3|4857984
Hoobastank - Same Direction.mp3|3909760
Hoobastank - Running Away.mp3|3571840
                                Page 55
```

```
                           ShareListing.txt
Hoobastank - Remember Me.mp3|4284544
Hoobastank - Reason.mp3|4659328
Hoobastank - Ready for You.mp3|3756160
Hoobastank - Pieces.mp3|3915904
Hoobastank - Out Of Control.mp3|3246208
Hoobastank - Never There.mp3|3676288
Hoobastank - Lucky.mp3|3602560
Hoobastank - Let You Know.mp3|4386944
Hoobastank - Let It Out.mp3|3967104
Hoobastank - Just One.mp3|3995776
Hoobastank - Hello Again.mp3|3649664
Hoobastank - Give It Back.mp3|3567744
Hoobastank - From The Heart.mp3|3678336
Hoobastank - Escape.mp3|4499584
Hoobastank - Disappear.mp3|6164608
Hoobastank - Crawling in the Dark.mp3|3504256
Hoobastank - Better.mp3|3473536
GSP Music Focus Group - Video.m4a|8851240
GSP Music Focus Group - Tis the Last Rose of Summer.m4a|5316885
GSP Music Focus Group - The Entrance of the Queen.m4a|5038013
GSP Music Focus Group - Suckerpunch.m4a|6899113
GSP Music Focus Group - Somewhere Over the Rainbow.m4a|4212235
GSP Music Focus Group - Somewhere Out There.m4a|4161534
GSP Music Focus Group - Serenade.m4a|3362344
GSP Music Focus Group - Scotch Poem.m4a|6772037
GSP Music Focus Group - Sarabande in G Minor.m4a|3110606
GSP Music Focus Group - Rondeau.m4a|3991122
GSP Music Focus Group - Red River Valley.m4a|1570046
GSP Music Focus Group - Quando Men Vo.m4a|4969650
GSP Music Focus Group - Prayer.m4a|8864719
GSP Music Focus Group - Passepied.m4a|971333
GSP Music Focus Group - Part of Your World.m4a|5306078
GSP Music Focus Group - Me and Bobby McGee.m4a|6573022
GSP Music Focus Group - In His Eyes.m4a|7950187
GSP Music Focus Group - I Can Only Imagine.m4a|7598617
GSP Music Focus Group - Han(d) Solo.m4a|2055920
GSP Music Focus Group - Goodnight Someone and 76 Trombones.m4a|5859809
GSP Music Focus Group - God is Watching Us.m4a|3497739
GSP Music Focus Group - For the Moments I Feel Faint.m4a|7508371
GSP Music Focus Group - Etude in C Minor.m4a|5721369
GSP Music Focus Group - Beats in 'A' Major.m4a|3458304
GSP Music Focus Group - A little story.m4a|720247
Green Day - Words I Might Have Ate.mp3|2438780
Green Day - Why Do You Want Him .mp3|2440891
Green Day - Who Wrote Holden Caulfield.mp3|2623941
Green Day - When I Come Around.mp3|2744414
Green Day - Welcome to Paradise.mp3|4435060
Green Day - The One I Want.mp3|2898132
Green Day - The Judges Daughter.mp3|2470983
Green Day - Sweet Children.mp3|1622916
Green Day - Strangeland.mp3|2049649
Green Day - She.mp3|2150400
Green Day - Sassafras Roots.mp3|2523176
Green Day - Road To Acceptance.mp3|6243151
Green Day - Rest.mp3|2971681
Green Day - Pulling Teeth.mp3|2414592
Green Day - Private Ale.mp3|2337622
Green Day - Paper Lanterns.mp3|9171369
Green Day - Only Of You.mp3|3432368
Green Day - One Of My Lies.mp3|2355291
Green Day - One For The Razorbacks.mp3|2400327
Green Day - No One Knows.mp3|3516269
Green Day - My Generation.mp3|2235225
                              Page 56
```

```
                          ShareListing.txt
Green Day - Long View.mp3|3328713
Green Day - Knowledge.mp3|3006048
Green Day - In The End.mp3|1703936
Green Day - I Was There.mp3|3457357
Green Day - I Want To Be Alone.mp3|3026867
Green Day - Having A Blast.mp3|2635776
Green Day - Green Day.mp3|3336983
Green Day - Going To Pasalacqua.mp3|3773849
Green Day - FOD.mp3|2461862
Green Day - F O D.mp3|5552128
Green Day - Emenius Sleepus.mp3|1665024
Green Day - Dry Ice.mp3|3594027
Green Day - Dont Leave Me.mp3|2544955
Green Day - Dominated Love Slave.mp3|2067323
Green Day - Disappearing Boy.mp3|2748085
Green Day - Coming Clean.mp3|1519616
Green Day - Chump.mp3|2757776
Green Day - Christie Road.mp3|3765902
Green Day - Burnout.mp3|2691323
Green Day - Best Thing In Town.mp3|1971080
Green Day - Basket Case.mp3|3256407
Green Day - At The Library.mp3|2348514
Green Day - Android.mp3|2890578
Green Day - 80.mp3|3511243
Green Day - 409 in Your Coffeemaker.mp3|2784456
Green Day - 2000 Light Years Away.mp3|3173663
Green Day - 16.mp3|3271356
Green Day - 1000 Hours.mp3|2334302
Grateful Dead - Wharf Rat.mp3|13641952
Grateful Dead - We Bid You Goodnight.mp3|5435946
Grateful Dead - Uncle Johns Band.mp3|8827055
Grateful Dead - Truckin.mp3|14349748
Grateful Dead - Sugar Magnolia.mp3|9427028
Grateful Dead - St Stephen.mp3|8841461
Grateful Dead - Sing Me Back Home.mp3|14197392
Grateful Dead - Second That Emotion.mp3|8012028
Grateful Dead - Ripple.mp3|8038355
Grateful Dead - Not Fade Away.mp3|4884847
Grateful Dead - Next Time You See Me.mp3|6033405
Grateful Dead - New Minglewood Blues.mp3|6440928
Grateful Dead - Morning Dew.mp3|15400514
Grateful Dead - Me And My Uncle.mp3|5290472
Grateful Dead - Me And Bobby McGee.mp3|8936147
Grateful Dead - Loser.mp3|10173080
Grateful Dead - Jam.mp3|13908456
Grateful Dead - It Hursts Me Too.mp3|9934206
Grateful Dead - In The Midnight Hour.mp3|14174237
Grateful Dead - Im A King Bee.mp3|12099668
Grateful Dead - I Know You Rider.mp3|8982518
Grateful Dead - Hard To Handle.mp3|14360408
Grateful Dead - Good Lovin.mp3|3607144
Grateful Dead - Good Lovin Part 2.mp3|21293721
Grateful Dead - Goin Down The Road Feeling Bad.mp3|7057846
Grateful Dead - El Paso.mp3|9525439
Grateful Dead - Drums.mp3|5598311
Grateful Dead - Dark Star.mp3|20050526
Grateful Dead - Dark Hollow.mp3|5055366
Grateful Dead - Cumberland Blues.mp3|7287912
Grateful Dead - Cold Rain And Snow.mp3|8393276
Grateful Dead - China Cat Sunflower.mp3|6993248
Grateful Dead - Casey Jones.mp3|13290242
Grateful Dead - Bird Song.mp3|13502743
Grateful Dead - Bertha.mp3|9205702
```

```
                              ShareListing.txt
Grateful Dead - Beat It On Down The Line.mp3|5522446
Grateful Dead - Alligator.mp3|5708689
Grateful Dead - Aint It Crazy The Rub.mp3|9282214
Gorillaz - Tomorrow Comes Today.mp3|4631654
Gorillaz - The Sounder.mp3|6612289
Gorillaz - Starshine.mp3|5080533
Gorillaz - Sound Check Gravity.mp3|6748828
Gorillaz - Slow Country.mp3|5175830
Gorillaz - Rock The House.mp3|5980822
Gorillaz - ReHash.mp3|5256571
Gorillaz - Punk.mp3|2315100
Gorillaz - New Genious Brother.mp3|5716886
Gorillaz - Man Research Clapper.mp3|6484887
Gorillaz - M1 A1.mp3|5541956
Gorillaz - Left Hand Suzuki Method.mp3|14392468
Gorillaz - Latin Simone.mp3|5376031
Gorillaz - Latin Simone Que Pasa Contigo.mp3|5208450
Gorillaz - Hip Albatross.mp3|4103909
Gorillaz - Ghosttrain.mp3|5813568
Gorillaz - Faus.mp3|5701340
Gorillaz - Dracula.mp3|6780162
Gorillaz - Double Bass.mp3|6845993
Gorillaz - Clint Eastwood.mp3|8220246
Gorillaz - Clint Eastwood Phi Life Cypher.mp3|7201078
Gorillaz - 192000 The Wiseguys House Of Wisdom Remix.mp3|10589698
Gorillaz - 192000 Soulchild Remix.mp3|5190406
Gorillaz - 12D3.mp3|5056220
Good Charlotte - Wondering.mp3|5104230
Good Charlotte - Walk By.mp3|3955130
Good Charlotte - Waldorfworldwide.mp3|4872350
Good Charlotte - The Story Of My Old Man.mp3|3867921
Good Charlotte - The Click.mp3|5190829
Good Charlotte - Seasons.mp3|4778927
Good Charlotte - Screamer.mp3|5256029
Good Charlotte - Riot Girl.mp3|3294885
Good Charlotte - Movin On.mp3|4977590
Good Charlotte - Motivation Proclamation.mp3|5247266
Good Charlotte - Little Things.mp3|4953849
Good Charlotte - Lifestyles Of The Rich And Famous.mp3|4575118
Good Charlotte - Let Me Go.mp3|4413425
Good Charlotte - I Heard You.mp3|3973942
Good Charlotte - I Dont Wanna Stop.mp3|3906239
Good Charlotte - Girls  Boys.mp3|4407077
Good Charlotte - Festival Song.mp3|4388350
Good Charlotte - Emotionless.mp3|5833990
Good Charlotte - East Coast Anthem.mp3|3595903
Good Charlotte - Complicated.mp3|4124407
Good Charlotte - Change.mp3|12462062
Good Charlotte - A New Beginning.mp3|2642248
Godsmack - Whatever.mp3|3295232
Godsmack - Voodoo.mp3|8697856
Godsmack - Time Bomb.mp3|3837952
Godsmack - Stress.mp3|4864000
Godsmack - Someone in London.mp3|1972308
Godsmack - Situation.mp3|5564416
Godsmack - Now or Never.mp3|4898816
Godsmack - Moon Baby.mp3|4216832
Godsmack - Keep Away.mp3|4644864
Godsmack - Immune.mp3|4640768
Godsmack - Get Up Get Out.mp3|3350528
Godsmack - Bad Religion.mp3|3094528
Garbage - You Look So Fine.mp3|7774168
Garbage - Wicked Ways.mp3|5419386
                              Page 58
```

```
                              ShareListing.txt
Garbage - When I Grow Up.mp3|4957332
Garbage - Vow.mp3|6531576
Garbage - Untouchable.mp3|5845807
Garbage - Till The Day I Die.mp3|5006341
Garbage - The World is Not Enough.mp3|5654692
Garbage - The Trick Is To Keep Breathing.mp3|6088957
Garbage - Temptation Waits.mp3|6688310
Garbage - Supervixen.mp3|5707778
Garbage - Stupid Girl.mp3|6253215
Garbage - Special.mp3|5415625
Garbage - So Like A Rose.mp3|9081441
Garbage - Sleep Together.mp3|5892725
Garbage - Silence Is Golden.mp3|5522937
Garbage - Shut Your Mouth.mp3|4951794
Garbage - Queer.mp3|6684549
Garbage - Push It.mp3|5822464
Garbage - Parade.mp3|5938589
Garbage - Only Happy When it Rains.mp3|5725332
Garbage - Not my Idea.mp3|5355439
Garbage - Nobody Loves You.mp3|7400620
Garbage - My Lovers Box.mp3|5692105
Garbage - Milk.mp3|5633172
Garbage - Medication.mp3|6003066
Garbage - I Think Im Paranoid.mp3|5284594
Garbage - Hammering in My Head.mp3|7058831
Garbage - Fix me Now.mp3|6846299
Garbage - Dumb.mp3|5579883
Garbage - Drive You Home.mp3|5732959
Garbage - Dog New Tricks.mp3|5743514
Garbage - Cup Of Coffee.mp3|6522901
Garbage - Cherry Lips.mp3|4623274
Garbage - Cant Cry These Tears.mp3|6166808
Garbage - Breaking Up The Girl.mp3|5128596
Garbage - As Heaven is Wide.mp3|7078893
Garbage - Androgyny.mp3|4566221
Garbage - Androdogyny.mp3|4622171
Garbage - A Stroke of Luck.mp3|6861345
Fuel - Solace.mp3|2842624
Fuel - Slow.mp3|4222976
Fuel - Scar.mp3|3143680
Fuel - Prove.mp3|2799616
Fuel - Last Time.mp3|3559424
Fuel - Knives.mp3|3170304
Fuel - Innocent.mp3|3522560
Fuel - Hemmorage In My Hands.mp3|3790863
Fuel - Empty Spaces.mp3|3282944
Fuel - Easy.mp3|4263936
Fuel - Down.mp3|3401728
Fuel - Bad Day.mp3|3129344
Frederic Chopin - Waltz No3 in A Minor OP34 No2.mp3|5249149
Frederic Chopin - Waltz No12 in F Minor OP702.mp3|2817043
Frederic Chopin - Waltz 9 op 691 in A flat major 411.mp3|4102279
Frederic Chopin - Waltz 8 op 643 in A flat major 339.mp3|2608912
Frederic Chopin - Waltz 7 op 642 in C sharp minor 324.mp3|3339923
Frederic Chopin - Waltz 6 op 641 in D flat major 148.mp3|1814371
Frederic Chopin - Waltz 5 op 42 in A flat major 358.mp3|3873236
Frederic Chopin - Waltz 4 op 343 in F major 202.mp3|2017077
Frederic Chopin - Waltz 3 op 342 in A minor 509.mp3|5025129
Frederic Chopin - Waltz 2 op 341 in A flat major 450.mp3|4645627
Frederic Chopin - Waltz 14 op posthum in E minor 245.mp3|2699607
Frederic Chopin - Waltz 13 op 703 in D flat major 256.mp3|2897097
Frederic Chopin - Waltz 12 op 702 in F minor 245.mp3|2384881
Frederic Chopin - Waltz 11 op 701 in G flat major 218.mp3|2305056
```

```
                            ShareListing.txt
        Frederic Chopin - Waltz 10 op 692 in B minor 322.mp3|3329051
        Frederic Chopin - Waltz 1 op 18 in E flat major 508.mp3|4992948
        Frederic Chopin - Prelude op 2815 in D flat major.mp3|4656902
        Frederic Chopin - Prelude No8 in F Sharp Minor OP28.mp3|1744983
        Frederic Chopin - Prelude No7 in A Major OP28.mp3|896936
        Frederic Chopin - Prelude No6 in B Minor OP28.mp3|1969003
        Frederic Chopin - Prelude No3 in G Major OP28.mp3|945002
        Frederic Chopin - Prelude No18 in F Minor OP28.mp3|945004
        Frederic Chopin - Prelude No17 in A Major OP28.mp3|2817044
        Frederic Chopin - Prelude No14 in E Flat Minor OP28.mp3|513257
        Frederic Chopin - Polonaise No1 in C Sharp Minor OP261.mp3|7521183
        Frederic Chopin - Nocturne No1 in B Flat Minor OP91.mp3|5201088
        Frederic Chopin - Minute Waltz in D Flat OP641.mp3|1681030
        Frederic Chopin - Mazurka in F Major OP68.mp3|1281037
        Frederic Chopin - Mazurka in A Minor OP682.mp3|2801157
        Frederic Chopin - Fantasie Op 49 In F Minor.mp3|11660633
        Frederic Chopin - Ballade No1 in G Minor OP23.mp3|8542248
        Frederic Chopin -  Op 66 In C Sharp Minor FantasieImpromptu.mp3|5056895
        Frederic Chopin -  Op 51 In G Flat Major Vivace.mp3|5425104
        Frederic Chopin -  Op 372 In G Major Andantino.mp3|5328974
        Frederic Chopin -  Op 371 In G Minor.mp3|6433212
        Frederic Chopin -  Op 36 In F Sharp Major Andantino.mp3|5744847
        Frederic Chopin -  Op 29 In A Flat Major Allegro Assai.mp3|3856928
        Frederic Chopin -  Op 272 In D Flat Major Lento Sostuneto.mp3|5297220
        Frederic Chopin -  Op 271 In C Sharp Minor Larghetto.mp3|4880927
        Franz Ferdinand - This Fire.mp3|6189875
        Franz Ferdinand - Tell Her tonight.mp3|3374927
        Franz Ferdinand - Take me out.mp3|5756662
        Franz Ferdinand - Michael.mp3|4893363
        Franz Ferdinand - Matinee.mp3|5912139
        Franz Ferdinand - Jacqueline.mp3|5564191
        Franz Ferdinand - Darts of Pleasure.mp3|4364864
        Franz Ferdinand - Come on Home.mp3|5493977
        Franz Ferdinand - Cheating on You.mp3|3833845
        Franz Ferdinand - Auf Asche.mp3|6306485
        Franz Ferdinand - 40 FT.mp3|4912171
        Frank Sinatra - You Go To My Head.mp3|4378247
        Frank Sinatra - White Chirstmas.mp3|4928717
        Frank Sinatra - Where Or When.mp3|4703032
        Frank Sinatra - These Foolish Things Remind Me Of You.mp3|4568232
        Frank Sinatra - The House I Live In.mp3|4818360
        Frank Sinatra - Stormy Weather.mp3|6155648
        Frank Sinatra - Someone To Watch Over Me.mp3|4847236
        Frank Sinatra - Saturday Night Is The Loneliest Night In The
Week.mp3|3986472
        Frank Sinatra - Put Your Dreams Away For Another Day.mp3|4543153
        Frank Sinatra - People Will Say Were In Love.mp3|4864177
        Frank Sinatra - Over The Rainbow.mp3|4787044
        Frank Sinatra - Ol Man River.mp3|5845943
        Frank Sinatra - My Melancholy Baby.mp3|4578242
        Frank Sinatra - If You Are But A Dream.mp3|4481069
        Frank Sinatra - If I Loved You.mp3|4495523
        Frank Sinatra - I Should Care.mp3|4406497
        Frank Sinatra - I Got A Woman Crazy For Me Shes Funny That Way.mp3|4864814
        Frank Sinatra - I Fall In Love Too Easily.mp3|4718084
        Frank Sinatra - Embraceable You.mp3|4776382
        Frank Sinatra - Dream.mp3|4434681
        Frank Sinatra - Day By Day.mp3|4521224
        Frank Sinatra - Close To You.mp3|4820233
        Frank Sinatra - All The Things You Are.mp3|4400859
        Foo Fighters - XStatic.mp3|6078464
        Foo Fighters - Wind Up.mp3|3041406
        Foo Fighters - Weenie Beenie.mp3|3981312
                                Page 60
```

```
                          ShareListing.txt
Foo Fighters - Wattershed.mp3|3254272
Foo Fighters - Walking After You.mp3|6075289
Foo Fighters - Up In Arms.mp3|2712813
Foo Fighters - Tired Of You.mp3|7509842
Foo Fighters - Times Like These.mp3|6425869
Foo Fighters - This Is A Call.mp3|5609472
Foo Fighters - See You.mp3|2933800
Foo Fighters - Overdrive.mp3|6526799
Foo Fighters - Oh George.mp3|4337664
Foo Fighters - New Way Home.mp3|6802498
Foo Fighters - My Poor Brain.mp3|4267095
Foo Fighters - My Hero.mp3|5200184
Foo Fighters - Monkey Wrench.mp3|4628610
Foo Fighters - Low.mp3|6477892
Foo Fighters - Lonely As You.mp3|6694823
Foo Fighters - Ill Stick Around.mp3|5591040
Foo Fighters - Hey Johnny Park.mp3|4968732
Foo Fighters - Have It All.mp3|7191356
Foo Fighters - Halo.mp3|7390716
Foo Fighters - Good Grief.mp3|5793792
Foo Fighters - For All The Cows.mp3|5042176
Foo Fighters - Floaty.mp3|6481920
Foo Fighters - February Stars.mp3|5784261
Foo Fighters - Exhausted.mp3|8290304
Foo Fighters - Everlong.mp3|5013147
Foo Fighters - Enough Space.mp3|3145879
Foo Fighters - Doll.mp3|1667915
Foo Fighters - Disenchanted Lullaby.mp3|6602043
Foo Fighters - Come Back.mp3|11511589
Foo Fighters - Burn Away.mp3|7197623
Foo Fighters - Big Me.mp3|3188736
Foo Fighters - Alone  Easy Target.mp3|5890048
Foo Fighters - All My Life.mp3|6374455
Five For Fighting - The Last Great American.mp3|2883584
Five For Fighting - Superman.mp3|3541850
Five For Fighting - Something About You.mp3|3878909
Five For Fighting - Out Of Love.mp3|5603546
Five For Fighting - Michael Jordan.mp3|4428452
Five For Fighting - Love Song.mp3|5313754
Five For Fighting - Jainy.mp3|5603848
Five For Fighting - Easy Tonight.mp3|4015570
Five for Fighting - do you mind.mp3|2868091
Five For Fighting - Bloody Mary A note on Apathy.mp3|5436449
Five For Fighting - America Town.mp3|5569738
Five For Fighting - Alright.mp3|4675471
Evanescence - Whisper.mp3|6685162
Evanescence - Tourniquet.mp3|5699825
Evanescence - Taking Over Me.mp3|4738001
Evanescence - My Last Breath.mp3|5085430
Evanescence - My Immortal.mp3|3571988
Evanescence - Imaginary.mp3|5289179
Evanescence - Hello.mp3|4545730
Evanescence - Haunted.mp3|2582312
Evanescence - Going Under.mp3|4437591
Evanescence - Everybodys Fool.mp3|4056207
Evanescence - Bring Me To Life.mp3|3807527
Eminem - Without Me.mp3|4713245
Eminem - Who Knew.mp3|3716596
Eminem - White America.mp3|5206019
Eminem - When the Music Stops.mp3|4317437
Eminem - Under The Influence.mp3|5228366
Eminem - Till I Collapse.mp3|4777610
Eminem - The Way I Am.mp3|4720120
                            Page 61
```

```
                                ShareListing.txt
Eminem - The Real Slim shady.mp3|4624832
Eminem - The Kiss.mp3|1227883
Eminem - Superman.mp3|5618126
Eminem - Still Dont Give A Fuck.m4a|4012280
Eminem - Steve Berman Skit.mp3|542848
Eminem - Stan.mp3|6536144
Eminem - Square Dance.mp3|5192644
Eminem - Soldier.mp3|3632402
Eminem - Soap.m4a|788019
Eminem - Sing for the Moment.mp3|5444673
Eminem - Say What You Say.mp3|4971544
Eminem - Say Goodbye Hollywood.mp3|4378459
Eminem - Role Model.m4a|3284064
Eminem - Rock Bottom.m4a|3440924
Eminem - Remember Me.mp3|3568642
Eminem - Public Service Announcement.m4a|731928
Eminem - PSA_2000.mp3|476158
Eminem - Paul.m4a|454815
Eminem - Paul Skit.mp3|244194
Eminem - Paul Rosenberg Skit.mp3|376918
Eminem - My Name Is.m4a|4396525
Eminem - My Fault.m4a|3913972
Eminem - My Dads Gone Crazy.mp3|4317019
Eminem - Marshall Mathers.mp3|5207047
Eminem - Lounge.m4a|979420
Eminem - Kim.mp3|6118603
Eminem - Kill You.mp3|4302992
Eminem - Ken Kaniff.m4a|1455623
Eminem - Ken Kaniff Skit.mp3|1061311
Eminem - Just Dont Give A Fuck.m4a|4113166
Eminem - Im Shady.m4a|3628446
Eminem - Im Back.mp3|5034840
Eminem - If I Had.m4a|4000700
Eminem - Hailies Song.mp3|5143325
Eminem - Guilty Conscience.m4a|3191980
Eminem - Drug Ballad.mp3|4877272
Eminem - Drips.mp3|4583259
Eminem - Curtains Up Skit.mp3|490185
Eminem - Curtains Close Skit.mp3|1003021
Eminem - Cum On Everybody.m4a|3660998
Eminem - Criminal.mp3|5176946
Eminem - Cleanin Out My Closet.mp3|4777192
Eminem - Business.mp3|4040748
Eminem - Brain Damage.m4a|3742213
Eminem - Bitch.m4a|541819
Eminem - Bitch Please II.mp3|4684179
Eminem - Bad Meets Evil.m4a|3959407
Eminem - As The World Turns.m4a|4076859
Eminem - Amityville.mp3|4149186
Eminem - 97 Bonnie  Clyde.m4a|5111791
Elton John - Your Song.m4a|3994684
Elton John - Tiny Dancer.mp3|9064588
Elton John - Tiny Dancer.m4a|6114116
Elton John - The Bitch Is Back.m4a|3628366
Elton John - Take Me To The Pilot.mp3|5496688
Elton John - Sorry Seems To Be The Hardest Word.m4a|3786633
Elton John - Someone Saved My Life Tonight.m4a|6595794
Elton John - Saturday Nights Alright For Fighting.mp3|7154960
Elton John - Saturday Nights Alright For Fighting.m4a|4017347
Elton John - Rocket Man I Think Its Going To Be A Long Long Time.m4a|4620715
Elton John - Philadelphia Freedom.m4a|5214676
Elton John - Mona Lisas And Mad Hatters.mp3|7252123
Elton John - Madman Across The Water.mp3|12811813
                                   Page 62
```

```
                              ShareListing.txt
Elton John - Levon.mp3|7741115
Elton John - Levon.m4a|5254111
Elton John - Island Girl.m4a|3649543
Elton John - Honky Cat.mp3|7571217
Elton John - Honky Cat.m4a|5006148
Elton John - Goodbye Yellow Brick Road.m4a|3187373
Elton John - Friends.mp3|3508025
Elton John - Dont Let The Sun Go Down On Me.m4a|5472801
Elton John - Daniel.m4a|3768057
Elton John - Crocodile Rock.mp3|5722380
Elton John - Crocodile Rock.m4a|3845705
Elton John - Candle In The Wind.m4a|3743166
Elton John - Burn Down The Mission.mp3|9159265
Elton John - Bennie And The Jets.m4a|5003901
Doobie Brothers - Without You.mp3|4810752
Doobie Brothers - Takin It To The Street.mp3|3534848
Doobie Brothers - Take Me In Your Arms.mp3|3555328
Doobie Brothers - South City Midnight Lady.mp3|5312512
Doobie Brothers - Rockin Down The Highway.mp3|3239936
Doobie Brothers - Long Train Running.mp3|3328000
Doobie Brothers - Listen To The Music.mp3|3676160
Doobie Brothers - Jesus I Just Alright With Me.mp3|4413440
Doobie Brothers - It Keeps You Runnin.mp3|4192256
Doobie Brothers - China Grove.mp3|3141632
Doobie Brothers - Black Water.mp3|4165632
Don McClean - American Pie.m4a|8320301
Dixie Chicks - Without You.mp3|3403965
Dixie Chicks - White Trash Wedding.mp3|2262528
Dixie Chicks - Truth No 2.mp3|4303833
Dixie Chicks - Travelin Soldier.mp3|5500456
Dixie Chicks - Tortured Tangled Hearts.mp3|3536054
Dixie Chicks - Top of World.mp3|5784664
Dixie Chicks - Some Days You Gotta Dance.mp3|2410073
Dixie Chicks - Sin Wagon.mp3|3541472
Dixie Chicks - Ready to Run.mp3|3724959
Dixie Chicks - More Love.mp3|4915723
Dixie Chicks - Long Time Gone.mp3|4005413
Dixie Chicks - Lil Jack Slade.mp3|2306411
Dixie Chicks - Let Him Fly.mp3|3012339
Dixie Chicks - Landslide.mp3|3691102
Dixie Chicks - If I Fall Youre Going Down With Me.mp3|2965550
Dixie Chicks - I Believe in Love.mp3|4067692
Dixie Chicks - Hole in My Head.mp3|3242638
Dixie Chicks - Hello Mr Heartache.mp3|3671049
Dixie Chicks - Heartbreak Town.mp3|3644297
Dixie Chicks - Goodbye Earl.mp3|4158801
Dixie Chicks - Godspeed Sweet Dreams.mp3|4521184
Dixie Chicks - Dont Waste Your Heart.mp3|2726465
Dixie Chicks - Cowboy Take Me Away.mp3|4662449
Dixie Chicks - Cold Day In July.mp3|5006426
Dixie Chicks - A Home.mp3|4753134
Disturbed - Want.m4a|3904526
Disturbed - Voices.m4a|3258472
Disturbed - Violence Fetish.m4a|3437482
Disturbed - The Game.m4a|3812459
Disturbed - Stupify.m4a|4529839
Disturbed - Shout 2000.m4a|4308603
Disturbed - Numb.m4a|3784009
Disturbed - Meaning Of Life.m4a|4061859
Disturbed - Fear.m4a|3807827
Disturbed - Droppin Plates.m4a|3833147
Disturbed - Down With The Sickness.m4a|4651929
Disturbed - Conflict.m4a|4598119
                                 Page 63
```

```
                            ShareListing.txt
Deftones - White_Pony.mp3|3277417
Deftones - Untitled.mp3|4313966
Deftones - Untitled Bonus.mp3|9043693
Deftones - Rx.mp3|5400119
Deftones - Root.mp3|4423676
Deftones - Rickets.mp3|3259650
Deftones - Pink Maggit.mp3|5155100
Deftones - Passenger ft Maynard of Tool.mp3|7418890
Deftones - One Weak.mp3|5382374
Deftones - Nosebleed.mp3|5324383
Deftones - Nightrider.mp3|5153008
Deftones - New Murderer.mp3|3845843
Deftones - My Own Summer Shove It.mp3|4311880
Deftones - Minus Blindfold.mp3|4890234
Deftones - Mascara.mp3|4509348
Deftones - Lotion.mp3|4758033
Deftones - Lifter.mp3|5665539
Deftones - Knife Party at the Niko.mp3|5829593
Deftones - Ihabia.mp3|5027094
Deftones - Headup.mp3|6262686
Deftones - Fireal.mp3|7910503
Deftones - Feiticeira.mp3|4117515
Deftones - Engine No 9.mp3|4107602
Deftones - Engine 9.mp3|3293123
Deftones - Elite.mp3|4881852
Deftones - Digital Bath.mp3|4054823
Deftones - Dai Th Flu.mp3|5534919
Deftones - Change In The House of Flies.mp3|6034401
Deftones - Bored.mp3|4922615
Deftones - Birthmark.mp3|5172350
Deftones - Be Quiet And Drive Far Away.mp3|6166056
Deftones - Around The Fur.mp3|4238204
Deftones - 7 Words.mp3|4482193
Dave Matthews Band - You Never Know.mp3|5671542
Dave Matthews Band - Where Are You Going.mp3|3740152
Dave Matthews Band - When The World Ends.m4a|3447808
Dave Matthews Band - What You Are.m4a|4422270
Dave Matthews Band - What Would You Say.mp3|3559009
Dave Matthews Band - Warehouse.mp3|6822434
Dave Matthews Band - Typical Situation.mp3|5749115
Dave Matthews Band - Two Step.m4a|6272691
Dave Matthews Band - Tripping Billies.mp3|4587355
Dave Matthews Band - Tripping Billies.m4a|4866038
Dave Matthews Band - Track 32.mp3|17223
Dave Matthews Band - Too Much.m4a|4238262
Dave Matthews Band - The Space Between.m4a|3951959
Dave Matthews Band - The Song That Jane Likes.mp3|3269530
Dave Matthews Band - The Best Of Whats Around.mp3|4124925
Dave Matthews Band - So Right.m4a|4556412
Dave Matthews Band - So Much to Say.m4a|3992289
Dave Matthews Band - Sleep To Dream Her.m4a|4300816
Dave Matthews Band - Seek Up.mp3|7049553
Dave Matthews Band - Say Goodbye.m4a|6004433
Dave Matthews Band - Satellite.mp3|4668272
Dave Matthews Band - Rhyme  Reason.mp3|5057392
Dave Matthews Band - Recently.mp3|8366960
Dave Matthews Band - Raven.mp3|5417840
Dave Matthews Band - Proudest Monkey.m4a|8915125
Dave Matthews Band - Pay For What You Get.mp3|4368596
Dave Matthews Band - One Sweet World.mp3|5004479
Dave Matthews Band - Mother Father.m4a|4289670
Dave Matthews Band - Minarets.mp3|4290186
Dave Matthews Band - Lover Lay Down.mp3|5408478
```

```
                              ShareListing.txt
          Dave Matthews Band - Lie in Our Graves.m4a|5538066
          Dave Matthews Band - Let You Down.m4a|4013260
          Dave Matthews Band - Kit Kat Jam.mp3|3452596
          Dave Matthews Band - Jimi Thing.mp3|5717768
          Dave Matthews Band - Ill Back You Up.mp3|4283917
          Dave Matthews Band - If I Had It All.m4a|3941185
          Dave Matthews Band - I Did It.m4a|3512452
          Dave Matthews Band - Grey Street.mp3|4936351
          Dave Matthews Band - Grace Is Gone.mp3|4469073
          Dave Matthews Band - Fool To Think.m4a|4117657
          Dave Matthews Band - Everyday.m4a|4597739
          Dave Matthews Band - Drive In Drive Out.m4a|5741444
          Dave Matthews Band - Dreams of our Fathers.m4a|4563200
          Dave Matthews Band - Digging a Ditch.mp3|4610761
          Dave Matthews Band - Dancing Nancies.mp3|5848171
          Dave Matthews Band - Cry Freedom.m4a|5719658
          Dave Matthews Band - Crash Into Me.m4a|5124525
          Dave Matthews Band - Christmas Song.mp3|10473893
          Dave Matthews Band - Captain.mp3|3631483
          Dave Matthews Band - Busted Stuff.mp3|3657396
          Dave Matthews Band - Big Eyed Fish.m4a|4887032
          Dave Matthews Band - Bartender.mp3|8202702
          Dave Matthews Band - Ants Marching.mp3|4341428
          Dave Matthews Band - Angel.m4a|3841618
          Dave Matthews Band - 41.m4a|6475589
          Dave Matthews Band - 34.mp3|4777778
          Dave Matthews - When The World Ends Live.mp3|6564953
          Dave Matthews - Up And Away.mp3|6240813
          Dave Matthews - Trouble.mp3|8268955
          Dave Matthews - Too High.mp3|8116611
          Dave Matthews - Stay Or Leave.mp3|5822646
          Dave Matthews - Some Devil.mp3|5877187
          Dave Matthews - So Damn Lucky.mp3|6578107
          Dave Matthews - Seek Up Live.mp3|10608697
          Dave Matthews - Save Me.mp3|6560547
          Dave Matthews - Oh.mp3|4055296
          Dave Matthews - Jimi Thing Live.mp3|12694525
          Dave Matthews - Grey Street Live.mp3|6872470
          Dave Matthews - Grey Blue Eyes.mp3|4357864
          Dave Matthews - Gravedigger.mp3|5594438
          Dave Matthews - Gravedigger Acoustic.mp3|5590062
          Dave Matthews - Dodo.mp3|7144851
          Dave Matthews - Baby.mp3|3344976
          Dave Matthews - An Another Thing.mp3|7945465
          Dashboard Confessional - Untitled Hidden Track.m4a|3940515
          Dashboard Confessional - Turpentine Chaser.m4a|3251173
          Dashboard Confessional - This Ruined Puzzle.mp3|3443119
          Dashboard Confessional - This Old Wound.m4a|3897080
          Dashboard Confessional - This Is a Forgery.m4a|3564346
          Dashboard Confessional - This Bitter Pill.mp3|3863689
          Dashboard Confessional - The Swiss Army Romance.m4a|3028033
          Dashboard Confessional - The Sharp Hint of New Tears.m4a|2970843
          Dashboard Confessional - The Places You Have Come To Fear The
Most.mp3|3523599
          Dashboard Confessional - The Good Fight.mp3|2965597
          Dashboard Confessional - The End Of An Anchor.m4a|5262552
          Dashboard Confessional - The Brilliant Dance.mp3|3672475
          Dashboard Confessional - The Best Deceptions.mp3|5102418
          Dashboard Confessional - Standard Lines.mp3|2947311
          Dashboard Confessional - So Beautiful.m4a|3348233
          Dashboard Confessional - Shirts and Gloves.m4a|2838446
          Dashboard Confessional - Several Ways To Die Trying.m4a|5961835
          Dashboard Confessional - Screaming Infidelities.mp3|4541833
                                 Page 65
```

```
                            ShareListing.txt
Dashboard Confessional - Saint and Sailors.mp3|3074791
Dashboard Confessional - Rapid Hope Loss.m4a|3585646
Dashboard Confessional - Morning Calls.m4a|4202805
Dashboard Confessional - Living in Your Letters.m4a|3574636
Dashboard Confessional - If You Cant Leave It Be Migh.m4a|3525115
Dashboard Confessional - I Am Missing.m4a|3953552
Dashboard Confessional - Hold On.m4a|2083927
Dashboard Confessional - Hey Girl.m4a|3469223
Dashboard Confessional - Hands Down.m4a|3043179
Dashboard Confessional - Ghost Of A Good Thing.m4a|3638824
Dashboard Confessional - Ender Will Save Us All.m4a|5060037
Dashboard Confessional - Carve Your Heart Out Yourself.m4a|3621461
Dashboard Confessional - Carry This Picture.m4a|2768475
Dashboard Confessional - Bend And Not Break.m4a|4971725
Dashboard Confessional - As Lovers Go.m4a|3407193
Dashboard Confessional - Am I Missing.m4a|3956226
Dashboard Confessional - Age Six Racer.m4a|2321880
Dashboard Confessional - Again I Go Unnoticed.mp3|2762370
Dashboard Confessional - A Plain Morning.m4a|3590052
Dahler Mendhi - Tunak Tunak Tun.mp3|6858036
Cut Chemist - Lesson 6 2.mp3|2498499
Cut Chemist - AudioTrack 18.mp3|3545088
Cut Chemist - AudioTrack 17.mp3|4573184
Cut Chemist - AudioTrack 16.mp3|684032
Cut Chemist - AudioTrack 15.mp3|3110912
Cut Chemist - AudioTrack 14.mp3|3874816
Cut Chemist - AudioTrack 12.mp3|1034240
Cut Chemist - AudioTrack 11.mp3|1918976
Cut Chemist - AudioTrack 10.mp3|1609728
Cut Chemist - AudioTrack 09.mp3|1107968
Cut Chemist - AudioTrack 08.mp3|2791424
Cut Chemist - AudioTrack 07.mp3|1490944
Cut Chemist - AudioTrack 05.mp3|1134592
Cut Chemist - AudioTrack 04.mp3|2414592
Cut Chemist - AudioTrack 03.mp3|2738176
Cut Chemist - AudioTrack 02.mp3|534528
Cut Chemist - AudioTrack 01.mp3|1900544
Crosby Stills Nash  Young - Woodstock.mp3|3753984
Crosby Stills Nash  Young - Teach Your Children.mp3|2793472
Crosby Stills Nash  Young - Our House.mp3|2891776
Crosby Stills Nash  Young - Helpless.mp3|3518464
Crosby Stills Nash  Young - Everybody I Love You.mp3|2248704
Crosby Stills Nash  Young - Deja Vu.mp3|4048896
Crosby Stills Nash  Young - Country Girl.mp3|5007360
Crosby Stills Nash  Young - Carry On.mp3|4290560
Crosby Stills Nash  Young - Almost Cut My Hair.mp3|4321280
Crosby Stills Nash  Young - 4  20.mp3|2052096
Crosby Stills   Nash - You Dont Have To Cry.mp3|2646097
Crosby Stills   Nash - Wooden Ships.mp3|5269504
Crosby Stills   Nash - Suite Judy Blue Eyes.mp3|7133184
Crosby Stills   Nash - Shadow Captain.mp3|4386816
Crosby Stills   Nash - See The Changes.mp3|2844672
Crosby Stills   Nash - Run From Tears.mp3|3887104
Crosby Stills   Nash - PreRoad Downs.mp3|2904064
Crosby Stills   Nash - Marrakesh Express.mp3|2547712
Crosby Stills   Nash - Long Time Gone.mp3|4120576
Crosby Stills   Nash - Lady Of The Island.mp3|2549760
Crosby Stills   Nash - Just A Song Before I Go.mp3|2146304
Crosby Stills   Nash - In My Dreams.mp3|4990976
Crosby Stills   Nash - I Give You Blind.mp3|3219515
Crosby Stills   Nash - Helplessly Hoping.mp3|2590720
Crosby Stills   Nash - Guinnevere.mp3|4491264
Crosby Stills   Nash - Fair Game.mp3|3393536
```

```
                          ShareListing.txt
Crosby Stills   Nash - Dark Star.mp3|4573184
Crosby Stills   Nash - Cold Rain.mp3|2476032
Crosby Stills   Nash - Cathedral.mp3|5083187
Crosby Stills   Nash - Carried Away.mp3|2465792
Crosby Stills   Nash - Anything At All.mp3|2979840
Crosby Stills   Nash - 49 ByeByes.mp3|5058560
Coldplay - Warning Sign.mp3|7980433
Coldplay - The Scientist.mp3|7453806
Coldplay - Politik.mp3|7680125
Coldplay - In My Place.mp3|5522832
Coldplay - Green Eyes.mp3|5386159
Coldplay - God Put A Smile Upon Your Face.mp3|7167312
Coldplay - Daylight.mp3|7900181
Coldplay - Clocks.mp3|7412421
Coldplay - A Whisper.mp3|5752917
Cold - Witch.mp3|5488644
Cold - Sick of Man.mp3|5866690
Cold - She Said.mp3|5958850
Cold - Send in the Clowns.mp3|6074206
Cold - Same Drug.mp3|5358869
Cold - Outerspace.mp3|5221570
Cold - No One.mp3|4736319
Cold - Just Got Wicked.mp3|5784561
Cold - Its All Good.mp3|5353227
Cold - End of the World.mp3|4424730
Cold - Confession.mp3|5503065
Cold - Bleed.mp3|5692401
Cold - AntiLove Song.mp3|4560776
Coal Chamber - Whats in Your Mind.mp3|4715941
Coal Chamber - Untrue.mp3|4132345
Coal Chamber - Unspoiled.mp3|3583863
Coal Chamber - Tylers Song.mp3|3389996
Coal Chamber - Tragedy.mp3|3426038
Coal Chamber - Sway.mp3|4300603
Coal Chamber - Shock the Monkey.mp3|4449642
Coal Chamber - Shari Vegas.mp3|3932466
Coal Chamber - Pig.mp3|10147540
Coal Chamber - Oddity.mp3|3977942
Coal Chamber - Notion.mp3|4126805
Coal Chamber - Not Living.mp3|4598373
Coal Chamber - No Home.mp3|6185568
Coal Chamber - My Mercy.mp3|4884835
Coal Chamber - My Frustation.mp3|4777137
Coal Chamber - Mist.mp3|855552
Coal Chamber - Maricon Puto.mp3|921463
Coal Chamber - Loco.mp3|5089602
Coal Chamber - First.mp3|5043051
Coal Chamber - Feed My Dreams.mp3|3507143
Coal Chamber - Entwined.mp3|4587563
Coal Chamber - El Cu Cuy.mp3|5238012
Coal Chamber - Dreamtime.mp3|4464721
Coal Chamber - Clock.mp3|3579150
Coal Chamber - Burgundy.mp3|2611500
Coal Chamber - Bradley.mp3|3671113
Coal Chamber - Big Truck.mp3|4219163
Coal Chamber - Anything But You.mp3|5637536
Coal Chamber - Amir Of The Desert.mp3|900731
Coal Chamber - 1.mp3|4587472
Chicago - Wishing You Were Here.mp3|4429824
Chicago - Saturday In the Park.mp3|3774464
Chicago - Make Me Smile.mp3|2914304
Chicago - Just You n Me.mp3|3602432
Chicago - Ive Been Searchin So Long.mp3|4335616
                          Page 67
```

```
                              ShareListing.txt
Chicago - Feelin Stronger Every Day.mp3|4110336
Chicago - Does Anybody Really Know What Time It Is.mp3|3235840
Chicago - Color My World.mp3|2908160
Chicago - Call On Me.mp3|3897344
Chicago - Beginnings.mp3|7532544
Chicago - 25 or 6 to 4.mp3|4694069
Chemical Brothers - Where Do I Begin.m4a|6297629
Chemical Brothers - Under The Influence.m4a|4059269
Chemical Brothers - The Sunshine Underground.m4a|8512908
Chemical Brothers - The Private Psychedelic Reel.m4a|8909636
Chemical Brothers - Surrender.m4a|4566429
Chemical Brothers - Setting Sun.m4a|4909276
Chemical Brothers - Piku.m4a|4258627
Chemical Brothers - Out Of Control.m4a|6723458
Chemical Brothers - Orange Wedge.m4a|3031731
Chemical Brothers - Music Response.m4a|5116260
Chemical Brothers - Lost In The KHole.m4a|3718514
Chemical Brothers - Let Forever Be.m4a|3823307
Chemical Brothers - It Doesnt Matter.m4a|5697345
Chemical Brothers - Hey Boy Hey Girl.m4a|4561874
Chemical Brothers - Got Glint.m4a|5225620
Chemical Brothers - Get Up On It Like This.m4a|2550754
Chemical Brothers - Elektrobank.m4a|7540084
Chemical Brothers - Dream On.m4a|6278164
Chemical Brothers - Dont Stop The Rock.m4a|4372567
Chemical Brothers - Dig Your Own Hole.m4a|4885831
Chemical Brothers - Block Rockin Beats.m4a|4690820
Chemical Brothers - Asleep From Day.m4a|4844368
Can't Give Up Now.m4a|6516827
Blue Oyster Cult - This Ain't the Summer of Love.mp3|3428361
Blue Oyster Cult - The Red & the Black.mp3|6435160
Blue Oyster Cult - The Marshall Plan.mp3|7832607
Blue Oyster Cult - Take Me Away.mp3|6492212
Blue Oyster Cult - Shooting Shark.mp3|10347259
Blue Oyster Cult - Joan Crawford.mp3|7110374
Blue Oyster Cult - In Thee.mp3|5529861
Blue Oyster Cult - I Love the Night.mp3|6398170
Blue Oyster Cult - Goin' Through the Motions.mp3|4638353
Blue Oyster Cult - Godzilla.mp3|5344451
Blue Oyster Cult - Flaming Telepaths.mp3|7653302
Blue Oyster Cult - Cities on Flame With Rock and Roll.mp3|5862769
Blue Oyster Cult - Burnin' for You.mp3|6512901
Blue Oyster Cult - Black Blade.mp3|9353561
Blue Oyster Cult - Astronomy.mp3|9277700
Blue Oyster Cult - (Don't Fear) The Reaper.mp3|7436381
Black Eyed Peas - Where is the Love.mp3|6959946
Black Eyed Peas - Whats Goin Down.mp3|3962186
Black Eyed Peas - Third Eye UK Bonus Track.mp3|5426794
Black Eyed Peas - The Boogie That Be.mp3|7583123
Black Eyed Peas - The apl Song.mp3|4289180
Black Eyed Peas - Smells Like Funk.mp3|7405070
Black Eyed Peas - Shut Up.mp3|7199738
Black Eyed Peas - Sexy.mp3|6895357
Black Eyed Peas - Rock My Shit UK Bonus Track.mp3|5668463
Black Eyed Peas - Lets Get Retarded.mp3|5273306
Black Eyed Peas - Latin Girls.mp3|9161121
Black Eyed Peas - Labor Day Its A Holiday.mp3|5820930
Black Eyed Peas - Hey Mama.mp3|5248690
Black Eyed Peas - Hands Up.mp3|5271589
Black Eyed Peas - Fly Away.mp3|5262498
Black Eyed Peas - Anxiety.mp3|5330202
Big Boi - War.mp3|3988084
Big Boi - Unhappy.mp3|4833825
                              Page 68
```

ShareListing.txt

Big Boi - Tomb Of The Boom Feat Konkrete Big Gipp  Ludacris.mp3|6920192
Big Boi - The Way You Move Feat Sleepy Brown.mp3|5668864
Big Boi - The Rooster.mp3|5742886
Big Boi - Reset Feat Khujo Goodie  CeeLo.mp3|6670336
Big Boi - Last Call Feat Slimm Calhoun Lil Jon  The East Side Boyz
Mello.mp3|5689344
Big Boi - Knowing.mp3|5157325
Big Boi - Intro.mp3|2141123
Big Boi - Interlude.mp3|1860254
Big Boi - GhettoMusick.mp3|5737870
Big Boi - Flip Flop Rock Feat Killer Mike  JayZ.mp3|6619136
Big Boi - EMac Interlude.mp3|642739
Big Boi - DBoi Interlude.mp3|1021410
Big Boi - Church.mp3|5018145
Big Boi - Bust Feat Killer Mike.mp3|4584303
Big Boi - Bowtie Postlude.mp3|836463
Big Boi - Bowtie Feat Sleepy Brown  Jazze Pha.mp3|5679104
Big Boi - Bamboo Interlude.mp3|3170556
Big and Rich - Horse Of A Different Color - 13 - Live This Life.mp3|8060813
Big and Rich - Horse Of A Different Color - 12 - Deadwood
Mountain.mp3|7539611
Big and Rich - Horse Of A Different Color - 11 - Love Train.mp3|5502317
Big and Rich - Horse Of A Different Color - 10 - Drinkin' 'Bout
You.mp3|4240659
Big and Rich - Horse Of A Different Color - 09 - Save a Horse, Ride a
Cowboy.mp3|4859820
Big and Rich - Horse Of A Different Color - 08 - Real World.mp3|7409419
Big and Rich - Horse Of A Different Color - 07 - Saved.mp3|7000064
Big and Rich - Horse Of A Different Color - 06 - Holy Water.mp3|6187986
Big and Rich - Horse Of A Different Color - 05 - Six Foot Town.mp3|5534033
Big and Rich - Horse Of A Different Color - 04 - Kick My Ass.mp3|7284433
Big and Rich - Horse Of A Different Color - 03 - Big Time.mp3|5792332
Big and Rich - Horse of a Different Color - 02 - Wild West Show.mp3|6986282
Big and Rich - Horse Of A Different Color - 01 - Rollin' (The Ballad Of Big
and Rich).mp3|7128130
Ben Folds Five - Wheres Summer B .mp3|4983292
Ben Folds Five - Video.mp3|4989540
Ben Folds Five - Underground.mp3|5061643
Ben Folds Five - Uncle Walter.mp3|4658836
Ben Folds Five - The Last Polka.mp3|5525590
Ben Folds Five - Stevens Last Night in Town.mp3|4185842
Ben Folds Five - Sports  Wine.mp3|3600877
Ben Folds Five - Song for the Dumped.mp3|4427205
Ben Folds Five - Smoke.mp3|5876465
Ben Folds Five - Selfless Cold and Composed.mp3|7434431
Ben Folds Five - Regrets.mp3|5012953
Ben Folds Five - Philosophy.mp3|5553789
Ben Folds Five - One Angry Dwarf and 200 Solemn Faces.mp3|4688447
Ben Folds Five - Missing the War.mp3|5221325
Ben Folds Five - Magic.mp3|5857219
Ben Folds Five - Lullabye.mp3|5528317
Ben Folds Five - Kate.mp3|3903174
Ben Folds Five - Julianne.mp3|3056481
Ben Folds Five - Jane.mp3|3312787
Ben Folds Five - Jackson Cannery.mp3|4095639
Ben Folds Five - Hospital Song.mp3|2021042
Ben Folds Five - Fair.mp3|7144970
Ben Folds Five - Evaporated.mp3|5416716
Ben Folds Five - Dont Change Your Plans.mp3|5160940
Ben Folds Five - Cigarette.mp3|1996241
Ben Folds Five - Brick.mp3|5692563
Ben Folds Five - Boxing.mp3|5736643
Ben Folds Five - Best Imitation Of Myself.mp3|3209052

```
                         ShareListing.txt
Ben Folds Five - Battle of Who Could Care Less.mp3|3962759
Ben Folds Five - Army.mp3|3283232
Ben Folds Five - Alice Childress.mp3|5527157
Ben Folds Five - Air.mp3|3252641
Ben Folds - Zak and Sara.mp3|4676150
Ben Folds - The Luckiest.mp3|4308693
Ben Folds - The Ascent Of Stan.mp3|5146517
Ben Folds - Still Fighting It.mp3|6405831
Ben Folds - Rockin The Suburbs.mp3|7179517
Ben Folds - Not The Same.mp3|6203470
Ben Folds - Losing Lisa.mp3|6047079
Ben Folds - Gone.mp3|4891645
Ben Folds - Fred Jones Part 2.mp3|4745273
Ben Folds - Fired.mp3|5524492
Ben Folds - Carrying Cathy.mp3|5500008
Ben Folds - Annie Waits.mp3|6220495
Beastie Boys - Unite.mp3|4234695
Beastie Boys - Three MCs and One DJ.mp3|3406581
Beastie Boys - The Negotiation Limerick File.mp3|3324063
Beastie Boys - The Move.mp3|4316742
Beastie Boys - The Grasshopper Unit Keep Mov.mp3|3624998
Beastie Boys - Super Disco Breakin.mp3|2546630
Beastie Boys - Song for the Man.mp3|3866386
Beastie Boys - Song for Junior.mp3|4595151
Beastie Boys - Sneakin Out the Hospital.mp3|3304735
Beastie Boys - Remote Control.mp3|3575898
Beastie Boys - Putting Shame in Your Game.mp3|4341796
Beastie Boys - Picture This.mp3|2904037
Beastie Boys - Just a Test.mp3|2650637
Beastie Boys - Intergalactic.mp3|4629110
Beastie Boys - Instant Death.mp3|4040310
Beastie Boys - I Dont Know.mp3|3606155
Beastie Boys - Flowin Prose.mp3|3191893
Beastie Boys - Electrify.mp3|2850909
Beastie Boys - Dr Lee PhD.mp3|5818204
Beastie Boys - Dedication.mp3|3056591
Beastie Boys - Body Movin.mp3|3675118
Beastie Boys - And Me.mp3|3440016
Basement Jaxx - Wheres Your Head At.mp3|5832474
Basement Jaxx - SFM.mp3|3356049
Basement Jaxx - Romeo.mp3|4490810
Basement Jaxx - Kissalude.mp3|578194
Basement Jaxx - Jus 1 Kiss.mp3|5441672
Basement Jaxx - I Want U.mp3|4283401
Basement Jaxx - Get Me Off.mp3|5955762
Basement Jaxx - Freakalude.mp3|741200
Basement Jaxx - Do Your Thing.mp3|5781268
Basement Jaxx - Crazy Girl.mp3|4166898
Basement Jaxx - Broken Dreams.mp3|3906720
Basement Jaxx - Breakaway.mp3|4214961
Basement Jaxx - All I Know.mp3|4715469
Audioslave - What You Are.mp3|6105484
Audioslave - The Last Remaining Light.mp3|7745569
Audioslave - Show Me How To Live.mp3|6796377
Audioslave - Shadow On the Sun.mp3|8348049
Audioslave - Set It Off.mp3|6445283
Audioslave - Like a Stone.mp3|7186953
Audioslave - Light My Way.mp3|7412025
Audioslave - I am the Highway.mp3|8168743
Audioslave - Hypnotize.mp3|5086130
Audioslave - Getaway Car.mp3|7317983
Audioslave - Gasoline.mp3|6832102
Audioslave - Exploder.mp3|5072285
```

```
                              ShareListing.txt
Audioslave - Cochise.mp3|5464120
Audioslave - Bring em Back Alive.mp3|8045240
Aphex Twin - Xtal.m4a|4732951
Aphex Twin - We Are the Music Makers.m4a|7501095
Aphex Twin - Shiny Metal Rods.m4a|5177063
Aphex Twin - Pulsewidth.m4a|3672254
Aphex Twin - Ptolemy.m4a|6982372
Aphex Twin - Hedphelym.m4a|5847108
Aphex Twin - Grass.m4a|8636544
Aphex Twin - Delphium.m4a|5287901
Aphex Twin - Cliffs.m4a|6761391
Aphex Twin - Actium.m4a|7343110
Andre 3000 - Where Are My Panties.mp3|2743611
Andre 3000 - Vibrate.mp3|9494487
Andre 3000 - The Love Below Intro.mp3|2111029
Andre 3000 - Take Off Your Cool Feat Norah Jones.mp3|3792896
Andre 3000 - Spread.mp3|5606840
Andre 3000 - Shes Alive.mp3|5974853
Andre 3000 - She Lives In My Lap.mp3|6465119
Andre 3000 - Roses.mp3|8872564
Andre 3000 - Prototype.mp3|7929648
Andre 3000 - Pink  Blue.mp3|7317129
Andre 3000 - My Favorite Things.mp3|7591101
Andre 3000 - Love In War.mp3|4992440
Andre 3000 - Love Hater.mp3|4132907
Andre 3000 - Hey Ya.mp3|5647092
Andre 3000 - Happy Valentines Day.mp3|7756613
Andre 3000 - Good Day Good Sir.mp3|2039558
Andre 3000 - God Interlude.mp3|3358011
Andre 3000 - Draculas Wedding Feat Kelis.mp3|3717120
Andre 3000 - Behold A Lady.mp3|6705237
Andre 3000 - A Life In The Day Of Benjamin Andre.mp3|7473152
Alice Deejay - Will I Ever.mp3|3386256
Alice Deejay - Who Needs Guitars Anyway .mp3|4171616
Alice Deejay - Waiting for Your Love.mp3|3648746
Alice Deejay - The Lonely One.mp3|3239556
Alice Deejay - No More Lies.mp3|3513318
Alice Deejay - I Can See See It in Your Eyes .mp3|3649174
Alice Deejay - Got to Get Away.mp3|3587719
Alice Deejay - Fairytales.mp3|4151539
Alice Deejay - Everything Begins with an E.mp3|4202549
Alice Deejay - Elements of Life.mp3|3484065
Alice Deejay - Celebrate Our Love.mp3|3346975
Alice Deejay - Better Off Alone.mp3|3504544
Alanis Morissette - Your Congratulations.mp3|4699604
Alanis Morissette - Your Congratulations.m4a|3851383
Alanis Morissette - You Owe Me Nothing In Return.m4a|4948800
Alanis Morissette - You Oughta Know.mp3|4665457
Alanis Morissette - You Oughta Know.m4a|4054578
Alanis Morissette - You Oughta Know Alternate.m4a|7127992
Alanis Morissette - You Oughta Know Alternate Take.mp3|8784674
Alanis Morissette - You Learn.mp3|4513042
Alanis Morissette - You Learn.m4a|3921034
Alanis Morissette - Would Not Come.mp3|4903870
Alanis Morissette - Would Not Come.m4a|4010960
Alanis Morissette - Wake Up.mp3|5431913
Alanis Morissette - Wake Up.m4a|4793938
Alanis Morissette - Utopia.m4a|4955038
Alanis Morissette - UR.mp3|4230943
Alanis Morissette - UR.m4a|3396543
Alanis Morissette - Unsentrerip.mp3|5004695
Alanis Morissette - Unsent.m4a|4021498
Alanis Morissette - This Grudge.m4a|5037261
                              Page 71
```

```
                        ShareListing.txt
Alanis Morissette - The Couch.mp3|6496289
Alanis Morissette - The Couch.m4a|5258286
Alanis Morissette - That Particular Time.m4a|4364823
Alanis Morissette - That I Would Be Good.mp3|5135320
Alanis Morissette - That I Would Be Good.m4a|4194519
Alanis Morissette - Thank U.mp3|5178148
Alanis Morissette - Thank U.m4a|4146910
Alanis Morissette - Sympathetic Character.mp3|6269040
Alanis Morissette - Sympathetic Character.m4a|4958198
Alanis Morissette - Surrendering.m4a|4551628
Alanis Morissette - Spineless.m4a|4187617
Alanis Morissette - SoCalled Chaos.m4a|4977710
Alanis Morissette - So Unsexy.m4a|5106207
Alanis Morissette - So Pure.mp3|3416973
Alanis Morissette - So Pure.m4a|2738858
Alanis Morissette - Right Through You.mp3|3337141
Alanis Morissette - Right Through You.m4a|2877979
Alanis Morissette - Precious Illusions.m4a|4168329
Alanis Morissette - Perfect.mp3|3418225
Alanis Morissette - Perfect.m4a|3072537
Alanis Morissette - Out Is Through.m4a|3829887
Alanis Morissette - One.mp3|5608643
Alanis Morissette - One.m4a|4574651
Alanis Morissette - Not The Doctor.mp3|4458859
Alanis Morissette - Not The Doctor.m4a|3709247
Alanis Morissette - Not All Me.m4a|3917767
Alanis Morissette - Narcissus.m4a|3579415
Alanis Morissette - Mary Jane.mp3|5239578
Alanis Morissette - Mary Jane.m4a|4558134
Alanis Morissette - Knees Of My Bees.m4a|3636279
Alanis Morissette - Joining Yourerip.mp3|5289435
Alanis Morissette - Joining You.m4a|4323508
Alanis Morissette - Ironic.mp3|4312467
Alanis Morissette - Ironic.m4a|3746042
Alanis Morissette - I Was Hoping.mp3|4623313
Alanis Morissette - I Was Hoping.m4a|3699368
Alanis Morissette - Heart Of The House.mp3|4533985
Alanis Morissette - Heart Of The House.m4a|3661727
Alanis Morissette - Head Over Feet.mp3|4944134
Alanis Morissette - Head Over Feet.m4a|4324562
Alanis Morissette - Hands Clean.m4a|4501629
Alanis Morissette - Hand In My Pocket.mp3|4174364
Alanis Morissette - Hand In My Pocket.m4a|3595036
Alanis Morissette - Front Row.mp3|5066868
Alanis Morissette - Front Row.m4a|4117599
Alanis Morissette - Forgiven.mp3|5430752
Alanis Morissette - Forgiven.m4a|4873676
Alanis Morissette - Flinch.m4a|6009589
Alanis Morissette - Excuses.m4a|3497990
Alanis Morissette - Everything.m4a|4531955
Alanis Morissette - Eight Easy Steps.m4a|2858224
Alanis Morissette - Doth I Protest Too Much.m4a|3994751
Alanis Morissette - Cant Not.mp3|5522966
Alanis Morissette - Cant Not.m4a|4420045
Alanis Morissette - Baba.mp3|5398224
Alanis Morissette - Baba.m4a|4407447
Alanis Morissette - Are You Still Mad.mp3|4889249
Alanis Morissette - Are You Still Mad.m4a|3967783
Alanis Morissette - All I Really Want.mp3|5470734
Alanis Morissette - All I Really Want.m4a|4628779
Alanis Morissette - A Man.m4a|4553569
Alanis Morissette - 21 Things I Want In A Lover.m4a|3497865
A Perfect Circle - When The Levee Breaks.mp3|8531721
                        Page 72
```

ShareListing.txt
A Perfect Circle - Whats Going On.mp3|7052807
A Perfect Circle - Weak And Powerless.mp3|4686735
A Perfect Circle - Vanishing.mp3|6998876
A Perfect Circle - Thomas.mp3|5076675
A Perfect Circle - Thinking Of You.mp3|6598265
A Perfect Circle - The Package.mp3|11055799
A Perfect Circle - The Outsider.mp3|5908006
A Perfect Circle - The Nurse Who Loved Me.mp3|5878535
A Perfect Circle - The Noose.mp3|7040254
A Perfect Circle - The Hollow.mp3|4327487
A Perfect Circle - Sleeping Beauty.mp3|6007061
A Perfect Circle - Rose.mp3|4982632
A Perfect Circle - Reholder.mp3|3488641
A Perfect Circle - Pet.mp3|6587599
A Perfect Circle - People Are People.mp3|5356914
A Perfect Circle - Peace Love And Understanding.mp3|7280982
A Perfect Circle - Passive.mp3|6007729
A Perfect Circle - Over.mp3|3388955
A Perfect Circle - Oretes.mp3|6962507
A Perfect Circle - Magdalena.mp3|5919911
A Perfect Circle - Lullaby.mp3|2930669
A Perfect Circle - Lets Have A War.mp3|4999557
A Perfect Circle - Judith.mp3|5941850
A Perfect Circle - Imagine.mp3|6915455
A Perfect Circle - Gravity.mp3|7397656
A Perfect Circle - Gimmie Gimmie Gimmie.mp3|3331270
A Perfect Circle - Freedom Of Choice.mp3|4307434
A Perfect Circle - Crimes.mp3|3723156
A Perfect Circle - Counting Bodies Like Sheep To The Rhythm Of The War
Drums.mp3|8078522
A Perfect Circle - Brena.mp3|5921788
A Perfect Circle - Blue.mp3|6091691
A Perfect Circle - Annihilation.mp3|3218453
A Perfect Circle - A Stranger.mp3|4619645
A Perfect Circle - 3 Libras.mp3|5268520
9. Rob Zombie - Meet the Creeper.mp3|3097164
8. Rob Zombie - How to Make a Monster.mp3|1579972
7. Rob Zombie - Spookshow Baby.mp3|3492971
6. Rob Zombie - Demonoid Phenomenon.mp3|4032556
50 Cent - You Aint No Gansta.mp3|5215960
50 Cent - Ya Heard.mp3|6157190
50 Cent - Whoo Kid.mp3|3892684
50 Cent - What Up Gangsta.m4a|2813281
50 Cent - Wanksta Remix Feat Flipmode Sq.mp3|5497433
50 Cent - Wanksta .m4a|3384149
50 Cent - U Not Like Me .m4a|3868971
50 Cent - Tired Of Bein Broke Feat Produ.mp3|5575690
50 Cent - Thug Love.mp3|4670088
50 Cent - The Hit.mp3|5306730
50 Cent - The Good Die Young.mp3|5828188
50 Cent - Thats How We Gets Down.mp3|4061955
50 Cent - That Aint Gangsta.mp3|4928000
50 Cent - Surrounded By Hoes.mp3|3186819
50 Cent - Soldier.mp3|5375391
50 Cent - Slow Doe.mp3|5622860
50 Cent - she luv it.mp3|3471488
50 Cent - Scarlet Skit.mp3|1924732
50 Cent - say what you want outro.mp3|5525339
50 Cent - Say What You Say.mp3|5833703
50 Cent - Riden Feat UTP.mp3|6047005
50 Cent - Reppin Remix Feat Havoc Nas Ty.mp3|6439586
50 Cent - PT2 And Bump Heads.mp3|5309586
50 Cent - Power Of The Dollar.mp3|4948032
Page 73

```
                              ShareListing.txt
50 Cent - Poor Lil Rich.m4a|3075250
50 Cent - PIMP.m4a|3887820
50 Cent - no introduction.mp3|2188771
50 Cent - MTV Intro.mp3|1272080
50 Cent - Money By Any Means Feat Noreag.mp3|5902460
50 Cent - Material Girl.mp3|6606932
50 Cent - Many Men Wish Death.m4a|4010896
50 Cent - Like We Do Feat Capone And Nor.mp3|5306511
50 Cent - Lifes on the Line .m4a|3530799
50 Cent - Intro.m4a|152352
50 Cent - intro shot caller 04.mp3|2016363
50 Cent - In da Club.m4a|3036083
50 Cent - im a soldier.mp3|4436346
50 Cent - Im A Hustla.mp3|5700194
50 Cent - If I Cant.m4a|3104602
50 Cent - How To Rob.mp3|6385954
50 Cent - High All the Time.m4a|4180477
50 Cent - here we go.mp3|3974292
50 Cent - heavenhell.mp3|3215070
50 Cent - Heat.m4a|3964804
50 Cent - gunit soldier ride out.mp3|4509698
50 Cent - GUnit Anthem Feat GUnit.mp3|5130542
50 Cent - Gun Runner.mp3|2780194
50 Cent - guess whos back again.mp3|2900973
50 Cent - Green Lantern.mp3|2320381
50 Cent - Gotta Make It to Heaven.m4a|3762053
50 Cent - Ghetto Quran Forgive Me Pt 1.mp3|6549405
50 Cent - gettin mine.mp3|3710351
50 Cent - gees up.mp3|4529760
50 Cent - G Unit UTP.mp3|5312078
50 Cent - G Unit Skit.mp3|1030088
50 Cent - Funk Flex.mp3|2984879
50 Cent - Freestyle Feat GUnit.mp3|5436661
50 Cent - flex freestyle.mp3|9693228
50 Cent - Fat Bitch.mp3|4996724
50 Cent - EMS.mp3|2287082
50 Cent - Elementry.mp3|5209256
50 Cent - doin my own thing.mp3|4797463
50 Cent - die for me.mp3|4395595
50 Cent - Da Repercussions.mp3|5015014
50 Cent - Corner Bodega Coke Spot Inte.mp3|2309511
50 Cent - Clue Shit.mp3|4103965
50 Cent - ching ching ching.mp3|2526691
50 Cent - Banks Victory.mp3|5024317
50 Cent - bad news mixtape version.mp3|6556653
50 Cent - Back Seat Tony Yayo.mp3|913909
50 Cent - Back Down.m4a|3875998
50 Cent - as time goes by.mp3|3983070
50 Cent - As The World Turns.mp3|6227576
50 Cent - after my chedda.mp3|4097705
50 Cent - 50 Shot Ya.mp3|4993442
50 Cent - 50 And Ali.mp3|8692477
50 Cent - 21 Questions ft Nate Dogg.m4a|3458342
50 Cent - 187 freestyle.mp3|4861411
5. Rob Zombie - Perversion 99.mp3|1652279
4. Rob Zombie - Living Dead Girl.mp3|3225059
3. Rob Zombie - Dragula.mp3|3568204
220-rolling_stones-losing_my_touch-fsp.mp3|7346176
219-rolling_stones-it_s_only_rock_n_roll_but_i_like_it-fsp.mp3|6004736
218-rolling_stones-emotionnal_rescue-fsp.mp3|5330944
217-rolling_stones-undercover_on_the_night-fsp.mp3|6080692
216-rolling_stones-tumbling_dice-fsp.mp3|5445632
215-rolling_stones-stealing_my_heart-fsp.mp3|5337088
                              Page 74
```

ShareListing.txt
214-rolling_stones-anybody_seen_my_baby-fsp.mp3|5947392
213-rolling_stones-keys_to_your_love-fsp.mp3|6051840
212-rolling_stones-mixed_emotions-fsp.mp3|5793792
211-rolling_stones-love_is_strong-fsp.mp3|5484544
210-rolling_stones-fool_to_cry-fsp.mp3|5949440
209-rolling_stones-shattered-fsp.mp3|5437440
208-rolling_stones-you_got_me_rocking-fsp.mp3|5136384
207-rolling_stones-angie-fsp.mp3|6529024
206-rolling_stones-happy-fsp.mp3|4444382
205-rolling_stones-don_t_stop-fsp.mp3|5734400
204-rolling_stones-beast_of_burden-fsp.mp3|4993024
203-rolling_stones-miss_you-fsp.mp3|5169152
202-rolling_stones-brown_sugar-fsp.mp3|5513244
201-rolling_stones-start_me_up-fsp.mp3|5117952
20 You Are the Girl.mp3|5667193
2. Rob Zombie - Superbeast.mp3|3524318
19 Tonight She Comes.mp3|5598799
18 Why Can't I Have You_.mp3|5851387
17 Hello Again.mp3|5496666
16 We Carry On.wma|4066679
16 Magic.mp3|5754965
15 Living Prayer.wma|3454025
15 Kill Myself.wma|3014903
15 Drive.mp3|5706691
14 You Might Think.mp3|4515507
14 If I Didn't Know Any Better.wma|3675211
14 Endless Column.wma|4899889
14 Do You Want Fries With That.wma|3863495
13. Rob Zombie - The Beginning of the End.mp3|1807342
13 Klein Mandelbrot.wma|7859307
13 Just Be Your Tear.wma|4628423
13 I'm Not the One.mp3|6101662
13 I Don't Have to Live This Way.wma|1989937
120-rolling_stones-let_s_spend_the_night_together-fsp.mp3|4947968
12. Rob Zombie - Return of the Phantom Stranger.mp3|4347280
12 Since You're Gone.mp3|5123011
12 Doesn't Have to Be This Way.wma|3442113
12 Cat Video.wma|2315147
119-rolling_stones-it_s_all_over_now-fsp.mp3|4995072
118-rolling_stones-honky_tonk_women-fsp.mp3|4354048
117-rolling_stones-paint_it_black-fsp.mp3|5425152
116-rolling_stones-ruby_tuesday-fsp.mp3|4690142
115-rolling_stones-wild_horses-fsp.mp3|8282112
114-rolling_stones-get_off_my_cloud-fsp.mp3|4243456
113-rolling_stones-she_s_a_rainbow-fsp.mp3|6076416
112-rolling_stones-mother_s_little_helper-fsp.mp3|4034560
111-rolling_stones-sympathy_for_the_devil-fsp.mp3|9084928
110-rolling_stones-have_you_seen_your_mother_baby-fsp.mp3|3764224
11. Rob Zombie - What Lurks on Channel X-.mp3|2395410
11 Walk Like A Man.wma|3481031
11 This Sad Song.wma|2276789
11 Shake It Up.mp3|5174420
11 Shadows.wma|2086587
11 All within My Hands.mp3|10560634
109-rolling_stones-not_fade_away-fsp.mp3|2623488
108-rolling_stones-under_my_thumb-fsp.mp3|5335040
107-rolling_stones-19th_nervous_breakdown-fsp.mp3|5711872
106-rolling_stones-you_can_t_always_get_what_you_want-fsp.mp3|10797056
105-rolling_stones-jumpin_jack_flash-fsp.mp3|5355520
104-rolling_stones-the_last_time-fsp.mp3|5332992
103-rolling_stones-i_can_t_get_no_satisfaction-fsp.mp3|5380096
102-rolling_stones-gimme_shelter-fsp.mp3|6549504
101-rolling_stones-treet_fighting_man-fsp.mp3|4720640

```
                              ShareListing.txt
10. Rob Zombie - The Ballad of Resurrection Joe and Rosa Whore.mp3|3778019
10 Touch and Go.mp3|7149904
10 Purify.mp3|6280732
10 My Poor Old Heart.wma|3029743
10 Everybody Hates Me.wma|3355535
10 Drumbone.wma|2699935
1. Rob Zombie - Call of the Zombie.mp3|492442
09 The Unnamed Feeling.mp3|8591002
09 Open Season On My Heart.wma|3540791
09 Dangerous Type.mp3|6505411
09 Club Nowhere.wma|4744367
09 Borderline.wma|3316599
08 Sweet Amber.mp3|6545614
08 Something's Broken.wma|3576647
08 PVC IV.wma|4287407
08 It's All I Can Do.mp3|5427703
08 Crazy as Me.wma|3119377
07 Shoot Me Again.mp3|8604585
07 Pastures of Plenty.wma|3627347
07 Mandelgroove.wma|5694473
07 Let's Go.mp3|5186958
06 Wouldn't Be So Bad.wma|3071611
06 Tension.wma|2074571
06 My World.mp3|6913418
06 Moving in Stereo.mp3|6870916
06 Drugs Or Jesus.wma|4508903
05 Unionhouse Branch.wma|2826561
05 Rods and Cones.wma|5820661
05 Live Like You Were Dying.wma|4813679
05 Invisible Kid.mp3|10204324
05 Bye Bye Love.mp3|6127993
04 You're All I've Got Tonight.mp3|6116708
04 Utne Wire Man.wma|3265167
04 Old Town New.wma|4831607
04 Living Dead Girl.mp3|4837143
04 Goodbye Is All We Have.wma|3758827
04 Dirty Window.mp3|6501206
03 Synaesthetic.wma|5405879
03 Some Kind of Monster.mp3|10112896
03 Rain Please Go Away.wma|2402265
03 Good Times Roll.mp3|5467200
03 Dragula.mp3|5351851
03 Can't Tell Me Nothin'.wma|3038807
02 St. Anger.mp3|8825581
02 Restless.wma|2772763
02 Opening Mandelbrot.wma|3175003
02 My Old Friend.wma|3498959
02 My Best Friend's Girl.mp3|5427703
01 TV Song.wma|2128623
01 Just What I Needed.mp3|5425195
01 How Bad Do You Want It.wma|3618479
01 Gravity.wma|3483905
01 Frantic.mp3|7010071
```

```
                               ShareListing.txt
my music
        Rodney v Daewon
                World Industries-Rodney Mullen Vs Daewon Song( Wyclef Jean
).mp3|1382280
                Track  1.mp3|2235761
                Skate Songs Rodney Mullen Vs Daewong Song- Daewons
Training.mp3|1249408
                Rodney Mullen Vs. Daewong Song Round 2- Rodney Mullen (Rob
D.mp3|1802652
                Rodney Mullen Vs Daewon Song Theme(Cdquality).mp3|139728
                Rockwell And Michael Jackson - Somebodys Watching Me.mp3|3842608
                La Furie Et La Foi.mp3|1527936
                07-Without A Doubt-Roots.mp3|1604021
        Matt Damon
                Billie Holiday (With Louis Armstrong) - My Funny
Valentine.mp3|1254089
        South Park
                SouthPark - Comedy - SouthPark - Cartman O.mp3|225750
                Southpark - Cartman's Hitler Costume.mp3|309640
                South Park Bigger Longer & Uncut - Cartmen - Kyle's Mom Is
A.mp3|1808326
                South Park - German Theme.mp3|425944
                South Park - Fuck In Class.mp3|616952
                South Park - Chocolate Salty Balls (Chef).mp3|4726264
                South Park - Cartman - Fuck.mp3|616576
                South Park - Butters' Shitty Question.wav|665610
                South Park - Butters Audition For Fingerbang.mp3|600652
                South Park - Butter's Theme (It's Butters).mp3|700503
                South Park - Bunny Foo Foo (Butters).mp3|600652
                Primus - South Park Theme Song.mp3|637260
                Nla South Park- Ice Ice Timmy.mp3|4357298
                Eric Cartman - German Dance.mp3|168264
                Dre [F.eminem] - Forgot About Timmy [South Park Remix].mp3|3920885
                Comedy - Chinese Theme Song.mp3|434304
        Alice In Chains
                Nothing Safe  Best of the Box
                        15 Would.wma|1702303
                        14 Again.wma|1993549
                        13 Grind.wma|2320713
                        12 What the Hell Have I.wma|1930483
                        11 I Stay Away.wma|2065617
                        10 No Excuses.wma|2071557
                        09 Got Me Wrong.wma|2143609
                        08 Rooster [Live].wma|3350417
                        07 Down in a Hole.wma|2741011
                        06 Angry Chair.wma|2323723
                        05 Iron Gland.wma|369423
                        04 Them Bones.wma|1218989
                        03 Man in the Box.wma|2320821
                        02 We Die Young [#][Demo Version].wma|1186007
                        01 Get Born Again [#].wma|2653989
        Bond
                Bond - Victory.mp3|4553464
                Bond - Oceanic.mp3|6482675
                Bond - Born - Winter.mp3|5517570
                Bond - Born - 05 - Kismet.mp3|5038793
        Chad Muska
                Skateboarding - Chad Muska - Circa Muska Beats (1).mp3|547196
                Skate Video-Osiris- Peter Smolik & Brandon Turner.mp3|553376
                Shorty's- Guilty - Chad Muska.mp3|4028248
                Muska - Track 02.mp3|6043314
                Freestyle Instrumental.mp3|1517696
                Chad Muska Compay Segundo - Chan Chan.mp3|2715624
                                      Page 1
```

```
                          ShareListing.txt
               Chad Muska And Dj Khop - Demo.mp3|906138
               Chad Muska - Transworld Track.mp3|1150602
               (Skate)chad Muska - Circa Muska Beats.wav|10587700
               (Skate)chad Muska - Circa Muska Beats.mp3|1156746
       Prolific
               Prolific Yours Truly 24.mp3|1976364
               Prolific - Astrolific.mp3|2942205
       Mary J Blidge
               Mary J. Blige. - _Family Affair._.mp3|3892665
       Star Wars
               Themes - Star Wars Episode1- Duel Of The Fates.mp3|4099745
               Star Wars 2 Attack Of Clones - The Tusken Camp And The
Homes.mp3|5010560
               Star Wars 2 Attack Of Clones - Anakin And Padme.mp3|3351095
               Star Wars - The Battle Of Gall.mp3|7781524
               Star Wars - Imperial March (Techno Remix).mp3|6547868
               Star Wars - Imperial Attack [Techno Remix].mp3|8816484
               Star Wars - Duel of the Fates (Jungle Remix).mp3|2416768
               Star Wars (Aotc) - 02- Across The Stars (Love Theme).mp3|5368939
               Raver FX - Jedi Knight (Star Wars Dub II).mp3|2999821
               Meco - Star Wars Theme (Disco Mix).mp3|3457862
               John Williams - Yoda And The Younglings.mp3|10699229
               John Williams - The Meadow Picnic-Track 8.mp3|6136483
               John Williams - Across The Stars (Love Theme).mp3|4714112
               Composed By John Williams - Track  1.mp3|2835167
               Attack Of The Clones -13 - Confrontation With Count Dooku
An.mp3|7863456
       Operation Ivy
               Operation Ivy-Rancid - 09 - Black Flag.mp3|2285408
               Operation Ivy-Louie Louiecover-Punk.mp3|2151032
               Operation Ivy-21-Here We Go Again.mp3|1987231
               Operation Ivy- Soundsystem.mp3|1081160
               Operation Ivy 1 - Operation Ivy - 14 - Caution.mp3|1420562
               operation ivy - sound system.mp3|1891309
               Operation Ivy - Room Without A Window.mp3|1487017
               Operation Ivy - Knowledge.mp3|1646636
               Operation Ivy - Junkies Runnin Dry.mp3|2023883
               Operation Ivy - Healthy Body.mp3|1628460
               Operation Ivy - Bombshell.mp3|1007660
               Operation Ivy - Bad Town.mp3|2503777
               Freeze Up.mp3|2281757
       Ludacris
               Roll Out - .mp3|1885646
               Ludacris, LL Cool J & Keith - Fatty Girl.mp3|3845107
               Ludacris Feat. Foxy Brown, Shawna, And Trina - What's Your
F.mp3|3362860
               Ludacris - Rollout (My Business) (1).mp3|4425731
               Ludacris - Move Bitch - (Featuring Mystik.mp3|4362618
               Ludacris - Instrumental - .mp3|1281936
               Fatty Girl Fubu Vers - Ludacris, LL, Keith Murray.mp3|3178963
       coldplay
               Coldplay - yellow.mp3|3241984
               Coldplay - Shiver.mp3|4837588
               Coldplay - Shiver (acoustic live).mp3|4193930
               Coldplay - Politik.mp3|3167120
               Coldplay - Parachutes - 08 - High Speed.mp3|4087808
               ColdPlay - Harmless.mp3|878968
               Coldplay - Everything Isn't Lost.mp3|1159412
               Coldplay - 11 - Shooting star.mp3|3875445
               Cold play- Parachute.mp3|4972672
               Cold Play - You Only Live Twice.mp3|2648337
               Cold Play - Yellow.mp3|4333528
               Cold Play - Yellow (Acoustic).mp3|4057257
                          Page 2
```

```
                          ShareListing.txt
            Cold Play - we never change.mp3|3990802
            Cold Play - Trouble (acoustic).mp3|3380619
            Cold Play - The Scientist.mp3|4947383
            Cold Play - Such a Rush.mp3|3875726
            Cold Play - Such A Rush (1).mp3|4760683
            Cold Play - sparks.mp3|3635146
            Cold Play - Parachutes - 01 - Don't Panic.mp3|2448651
            Cold Play - Only Superstition.mp3|3671063
            Cold Play - In my place (live - Sydney BDO 2001) -
beautiful.mp3|4879342
            Cold Play - I'll see you soon.mp3|2742358
            Cold Play - For You.mp3|5502560
            Cold Play - For You (1).mp3|2486272
            Cold Play - Easy To Please.mp3|2907290
            03 Coldplay - God Put A Smile On Your Face.mp3|7071536
            (08) Coldplay - Warning Sign.wma|3316698
      sparta
            Sparta-Porcelain-(Advance)-2004-RTB_INT
                  Sparta-Porcelain-(Advance)-2004-RTB_INT.rar|56288038
                  14-sparta-splinters-rtb.mp3|4340199
                  13-sparta-from_now_to_never-rtb.mp3|8676962
                  12-sparta-p.o.m.e.-rtb.mp3|829469
                  11-sparta-travel_by_bloodline-rtb.mp3|3101151
                  10-sparta-tensioning-rtb.mp3|5785453
                  09-sparta-syncope-rtb.mp3|1192887
                  08-sparta-death_in_the_family-rtb.mp3|3616354
                  07-sparta-end_moraine-rtb.mp3|4172612
                  06-sparta-lines_in_sand-rtb.mp3|5940494
                  05-sparta-breaking_the_broken-rtb.mp3|3731990
                  04-sparta-la_cerca-rtb.mp3|3637587
                  03-sparta-while_oceana_sleeps-rtb.mp3|4412994
                  02-sparta-hiss_the_villain-rtb.mp3|3392459
                  01-sparta-guns_of_memorial_park-rtb.mp3|3612107
                  00-sparta-porcelain-(advance)-2004-rtb_int.sfv|1821
                  00-sparta-porcelain-(advance)-2004-rtb_int.nfo|4902
                  00-sparta-porcelain-(advance)-2004-rtb_int.m3u|462
            Vacant Skies_Sparta.mp3|3403946
            Sparta-Wiretap Scars-Shooting Star Samurai.mp3|1628037
            Sparta-Wiretap Scars-No Broken Hearts Remain.mp3|2371168
            Sparta- CutyourRibbon.mp3|3106262
            Sparta - When It's Raining.mp3|5486962
            Sparta - We All Move On.mp3|3232128
            Sparta - Warzaw.mp3|2325130
            Sparta - Trapeze.mp3|3332096
            Sparta - The Host.mp3|3731111
            Sparta - The Host (1).mp3|3731111
            Sparta - Taxi (1).mp3|4208842
            Sparta - Summertime.mp3|4415488
            Sparta - Sans Cosm.mp3|4144193
            Sparta - RX Coup.mp3|3121876
            Sparta - Red Alibi.mp3|3564416
            Sparta - quiero volver.mp3|4204544
            Sparta - mye.mp3|3409920
            Sparta - Light Burns Clear.mp3|4411544
            Sparta - Light Burns Clear (1).mp3|3529375
            Sparta - I dont care (1).mp3|792576
            Sparta - hymna.mp3|770048
            Sparta - Glasshouse Tarot.mp3|5010633
            Sparta - Giants.mp3|4365165
            Sparta - Echodyne Harmonic.mp3|3799387
            Sparta - Did You Ever Look So Nice.mp3|7175584
            Sparta - cataract.mp3|4954112
            Sparta - Assemble The Empire.mp3|2909970
                          Page 3
```

ShareListing.txt
Sparta - Air.mp3|5699272
Sparta - Air (1).mp3|3871546
Pixies - Where Is My Mind.mp3|3628277
04.Collapse.mp3|4117267

311

Soundsystem
        13 Livin' and Rockin'.wma|2632661
        12 Mindspin.wma|3887601
        11 Leaving Babylon.wma|3875677
        10 Evolution.wma|4162503
        09 Eons.wma|3134591
        08 Sever.wma|4556901
        07 Strong All Along.wma|3373655
        06 Life's Not a Race.wma|4305939
        05 Can't Fade Me.wma|2106737
        04 Flowing.wma|3128595
        03 Large in the Margin.wma|3373661
        02 Come Original.wma|3600757
        01 Freeze Time.wma|3260101
Transistor
        21 Stealing Happy Hours.wma|5638643
        20 Borders.wma|2674571
        19 Strangers.wma|2584885
        18 Starshines.wma|2561065
        17 Rub a Dub.wma|2614765
        16 Tune In.wma|2256251
        15 Creature Feature.wma|2573013
        14 Light Years.wma|2393657
        13 Color.wma|1843847
        12 Running.wma|3594875
        11 No Control.wma|3080951
        10 The Continuous Life.wma|3403667
        09 Use of Time.wma|4270121
        08 Jupiter.wma|2680579
        07 What Was I Thinking.wma|2561001
        06 Electricity.wma|2495249
        05 Inner Light Spectrum.wma|3576973
        04 Beautiful Disaster.wma|3899623
        03 Galaxy.wma|2788113
        02 Prisoner.wma|2764219
        01 Transistor.wma|2955481
Miss
        311.mp3|3627541
        311-Allmixedup.mp3|2911837
        311 - Fuck The Bullshit (Live).mp3|3697024
        311 - Down.mp3|2791552
        311 - Don't Stay Home.mp3|2640000
        311 - Don't Stay Home (Live).mp3|3460892
From Chaos
        12 I'll Be Here Awhile.wma|3409491
        11 Uncalm.wma|3080809
        10 Amber.wma|3361629
        09 Wake Your Mind Up.wma|3098795
        08 Hostile Apostle.wma|3618643
        07 Champagne.wma|2985199
        06 I Told Myself.wma|4036981
        05 From Chaos.wma|3146529
        04 Full Ride.wma|3021073
        03 You Wouldn't Believe.wma|3582797
        02 Sick Tight.wma|2656497
        01 You Get Worked.wma|2776047
Grassroots
        No Artist - AudioTrack 01.mp3|2972897
                        Page 4

```
                        ShareListing.txt
            311 - Track  9.mp3|6166990
            311 - Taiyed.mp3|1787739
            311 - Omaha Stylee.mp3|4120348
            311 - Offbeat Bare Ass.mp3|3620657
            311 - Nutsymtom.mp3|2956604
            311 - Lucky.mp3|2758784
            311 - Grassroots - 15 - (Bonus Track) Firewater.mp3|3505515
            311 - Grassroots - 12 - Six.mp3|6310642
            311 - Grassroots - 10 - Salsa.mp3|2401629
            311 - Grassroots - 08 - Silver.mp3|2700940
            311 - Applied Science.mp3|3315045
            311 - 8_16 A.M..mp3|5766229
            311 - 123.mp3|2895091
            311 - 11 - Lose.mp3|4165389
    Music
            12 Fat Chance.wma|2467819
            11 Do You Right.wma|2092527
            10 Feels So Good.wma|1648233
            09 Plain.wma|1450053
            08 Nix Hex.wma|2017435
            07 My Stoney Baby.wma|1825321
            06 Hydroponic.wma|1894385
            05 Unity.wma|1684211
            04 Paradise.wma|2455787
            03 Visit.wma|1795345
            02 Freak Out.wma|1816337
            01 Welcome.wma|1423041
    Live
            14 Feels So Good.wma|4234143
            13 Who's Got the Herb-.wma|3833827
            12 Hydroponic.wma|5142489
            11 Light Years.wma|2787969
            10 Galaxy.wma|2901481
            09 Tribute.wma|4431339
            08 Omaha Stylee.wma|3660445
            07 Applied Science.wma|5196283
            06 Nix Hex.wma|4909419
            05 Freak Out.wma|3714223
            04 Misdirected Hostility.wma|3218239
            03 Beautiful Disaster.wma|3953281
            02 Homebrew.wma|3385541
            01 Down.wma|3158445
  Omaha Sessions
        Def
                311-Omaha Sessions-02-Today My Love (New
Mix).mp3|5263369
                311 - This Too Shall Pass (New Mix).mp3|5260379
                311 - Summer Of Love.mp3|4960216
                311 - Soulsucker (New Mix).mp3|5851443
                311 - Slinky (New Mix).mp3|6368247
                311 - Omaha Sessions - (07) Rollin'.mp3|3844036
                311 - Omaha Sessions - (05) Damn.mp3|4285464
                311 - Down South.mp3|3327381
                311 - 08 - Right Now.mp3|4066954
        Unity - Right Now.mp3|2542195
        311 - Soul Sucker.mp3|7097409
        311 - Omaha Sessions - 03 - Slinky.mp3|5100274
        311 - Omaha Sessions - 02 - Today My Love.mp3|5252660
    Reconsider Everything.mp3|2975701
    311_creatures.mp3|5859753
    311 You Get Worked-From Chaos.mp3|2781353
    311 Sick Tight-From Chaos 2.mp3|2664784
    311 Seems Uncertain.mp3|3762133
                        Page 5
```

```
                              ShareListing.txt
          311 Same Mistake Twice.mp3|3517466
          311 Other Side of Things.mp3|3290274
          311 - You Wouldnt Believe.mp3|3571518
          311 - Use Of Time.mp3|6225591
          311 - Sometimes Jacks Rule the Realm.mp3|6907349
          311 - Hive.mp3|3625088
          311 - From Chaos.mp3|3700196
          311 - Evolver - 07 - Still Dreaming.mp3|3548560
          311 - Evolver - 06 - Seems Uncertain.mp3|3468729
          311 - Evolver - 04 - Same Mistake Twice.mp3|3222969
          311 - Crack the Code.mp3|41070501
          311 - Beyond the Gray Sky.mp3|4509005
          311 - 311 - From Chaos - 12 - I'll B.mp3|3426599
          11-311-sometimes_jacks_rule_the_realm-csr.mp3|9590043
          10-311-other_side_of_things-csr.mp3|4528265
          09-311-dont_dwell-csr.mp3|3830367
          08-311-give_me_a_call-csr.mp3|4836604
Cypress Hill
          Cypress Hill Feat. Dmx - Rap Superstar (Prizefighter Remix
-.mp3|6738268
Steve Miller Band
          Steve Miller Band - The Joker.mp3|3502873
fastball
          Fastball - You're An Ocean.mp3|4784128
          Fastball - The Way.mp3|4084612
          fastball - the way (acoustic) (1).mp3|4505600
          Fastball - Sooner Or Later.mp3|2552024
          Fastball - She's So High Above Me (1).mp3|3616769
          Fastball - Out Of My Head.mp3|2443968
          Fastball - Fire Escape.mp3|3227019
Super Mario
          Super Mario Brothers - Nes Medley.mp3|3516544
          Punk Cover - Super Mario Brothers - Theme S.mp3|3206072
          Nintendo Power - Super Mario Bros. Underwater And
Undergroun.mp3|773135
          Gröüp X - Mario Twins.mp3|2933898
          Boston Pops-John Williams - Super Mario Brothers Theme.mp3|3768462
          Benefit - Warp To World 6-9.mp3|4573506
Silver Chair
          Silverchair - Anas Song (Open Fire).mp3|3579990
Shakira
          Shakira - Underneath Your Clothes www.paismp3.com.mp3|3630436
          Shakira - Objection.mp3|3318890
          Shakira - Eyes Like Yours.mp3|3846361
Butthole Surfers
          Butthole_Surfers-Human_Cannonb.mp3|3801728
Mr Bungle
          Mr. Bungle - My Ass Is On Fire.mp3|7504256
          Mr. Bungle - Carry Stress In The Jaw.mp3|5934772
Deltron 3030
          DELTRON 3030 - Virus.mp3|6419813
          DELTRON 3030 - Mastermind.mp3|5166688
          DELTRON 3030 - 04 - things you can do.mp3|7226224
          Del - If You Must.mp3|2656995
talib kweli
          Talib_Kweli-Beautiful_Struggle_ADVANCE-2004
                16-talib_kweli-untitled.mp3|6213632
                15-talib_kweli-get_em_high_(feat_kanye_west).mp3|4731890
14-talib_kweli-instrumental_(produced_by_kanye_west).mp3|3671110
                13-talib_kweli-untitled.mp3|6676655

12-talib_kweli-lonely_people_(produced_by_kanye_west).mp3|6925549
                              Page 6
```

```
                              ShareListing.txt
                    11-talib_kweli-untitled_(feat_jean_grae).mp3|8375032
                    10-talib_kweli-untitled_(feat_common).mp3|6417729
                    09-talib_kweli-untitled.mp3|7202029
                    08-talib_kweli-untitled.mp3|5013386
                    07-talib_kweli-untitled.mp3|5534999
                    06-talib_kweli-untitled.mp3|6150653
                    05-talib_kweli-untitled.mp3|4888625

04-talib_kweli-untitled_(feat_mary_j_blige)_(produced_by_kan.mp3|6382620

03-talib_kweli-from_a_place_(produced_by_midi_mafia).mp3|6818343

02-talib_kweli-back_up_off_me_(produced_by_hi-tek).mp3|5383691
                    01-talib_kweli-The_Revolution.mp3|5128743
                    00-Talib_Kweli-Beautiful_Struggle_ADVANCE-2004.txt|776
                    00-Talib_Kweli-Beautiful_Struggle_ADVANCE-2004.m3u|1258
                  Talib Kweli - The Beautiful Struggle (2004) - Rap
[www.torrentazos.com]
                    talib.jpg|4516
                    13 - Talib Kweli - Beautiful Struggle -
www.torrentazos.com.mp3|5778214
                    12 - Talib Kweli - Never Been In Love -
www.torrentazos.com.mp3|7218919
                    11 - Talib Kweli - Black Girl Pain -
www.torrentazos.com.mp3|7294779
                    10 - Talib Kweli - Ghetto Show (Featuring Common And Anthony
Hamilton) - www.torrentazos.com.mp3|6906077
                    09 - Talib Kweli - Work It Out -
www.torrentazos.com.mp3|6234625
                    08 - Talib Kweli - We Got The Beat (Featuring Res) -
www.torrentazos.com.mp3|4800189
                    07 - Talib Kweli - Around My Way (Featuring John Legend) -
www.torrentazos.com.mp3|6912973
                    06 - Talib Kweli - I Try (Featuring Mary J Blige) -
www.torrentazos.com.mp3|6369417
                    05 - Talib Kweli - A Game - www.torrentazos.com.mp3|5183249
                    04 - Talib Kweli - We Know (Featuring Faith Evans) -
www.torrentazos.com.mp3|5353776
                    03 - Talib Kweli - Broken Glass -
www.torrentazos.com.mp3|4589538
                    02 - Talib Kweli - Back Up Offa Me -
www.torrentazos.com.mp3|5235285
                    01 - Talib Kweli - Going Hard -
www.torrentazos.com.mp3|5528692
       Big Tymers
            Big Tymers - Still Fly (1) (9).mp3|5414915
            Big Tymers - Oh Yeah!.mp3|4748771
       Dead Prez
            Thumbs.db|11264
            Dead Prez - Be Healthy.mp3|2516325
       the shins
            The Shins - B Sides and 7 inches
                    TheShins-whenIGoose-step(KXCITucson).mp3|3716278
                    TheShins-ThoseBoldCityGirls(KXCITucson).mp3|3904362
                    TheShins-PressedinaBook(KXCITucson).mp3|4486785
                    TheShins-CaringisCreepy(KXCITucson).mp3|4876114
                    The Shins - when you land here it's time.mp3|2748209
                    The Shins - Those Bold City Girls.mp3|2015232
                    The Shins - The Globating Sun.mp3|2050740
                    The Shins - My Seventh Rib.mp3|2541149
                    The Shins - Eating Styes From Elephants Eyes.mp3|1687552
                    Shins - We Built a Raft.mp3|2005965
            The Shins Chutes too narrow
                              Page 7
```

```
                           ShareListing.txt
                     front.jpg|952084
                     cd.jpg|257238
                     back.jpg|1042212
                     10 - The Shins - Chutes Too Narrow - Those To
Come.mp3|4266744
                     09 - The Shins - Chutes Too Narrow - Gone For
Good.mp3|3125716
                     08 - The Shins - Chutes Too Narrow - Turn A
Square.mp3|3086845
                     07 - The Shins - Chutes Too Narrow - Pink
Bullets.mp3|3763103
                     06 - The Shins - Chutes Too Narrow - Fighting In A
Sack.mp3|2376315
                     05 - The Shins - Chutes Too Narrow - Saint Simon.mp3|4277193
                     04 - The Shins - Chutes Too Narrow - Young
Pilgrims.mp3|2710682
                     03 - The Shins - Chutes Too Narrow - So Says I.mp3|2725729
                     02 - The Shins - Chutes Too Narrow - Mine's Not A High
Horse.mp3|3233131
                     01 - The Shins - Chutes Too Narrow - Kissing The
Lipless.mp3|3221010
              The Shins - Your Algebra.mp3|2291712
              The Shins - When You Notice.mp3|3681276
              The Shins - Those Bold City Girls.mp3|2015360
              The Shins - The Past and Pending.mp3|5154816
              The Shins - The Past and Pending (1).mp3|5154816
              The shins - the gloating sun (1).mp3|1641035
              The Shins - Sphagnum Esplanade.mp3|4130816
              The Shins - Pressed in a Book.mp3|2807808
              The Shins - Pressed in a Book (1).mp3|2807808
              The Shins - Pink Bullets.mp3|5562368
              The Shins - One day, after school.mp3|810400
              The Shins - One By One All Day (1).mp3|4207595
              The Shins - New Slang.mp3|3682432
              The Shins - My Seventh Rib.mp3|2543709
              The Shins - Know Your Onion!.mp3|2399476
              The Shins - Gone For Good (alternate version).WAV|32991562
              The Shins - Girl on the Wing.mp3|2749056
              The Shins - Girl Inform Me.mp3|2228512
              The Shins - Fighting in a Sack.mp3|3553873
              The Shins - Fighting in a Sack (1).mp3|3555328
              The Shins - Eating Styes From Elephants Eyes.mp3|1687680
              The Shins - Eating Styes From Elephants Eyes (1).mp3|1687680
              The Shins - Chutes Too Narrow - 03 - So Says I.mp3|4067328
              The Shins - Caring Is Creepy.mp3|3208811
              The Shins - A Call To Apathy Gone For Good.mp3|4608000
              shins-gone for good (1).mp3|2993667
              Shins - When I Goose-Step.mp3|2392944
              Shins - Weird Divide.mp3|1876696
              Shins - We Built a Raft.mp3|2003941
              Shins - Those To Come.mp3|6600704
              Shins - The Celibate Life.mp3|1790179
              Shins - New Slang.mp3|5578347
              Shins - Chutes Too Narrow - 01 - Kissing The Lipless.Mp3|4769507
              Shins - 10 - Those To Come.mp3|6600704
              09 - A Call to Apathy.mp3|4608000
              08 - Turn a Square.mp3|4530176
              04.mp3|4069376
              04. the shins - young pilgrams.mp3|4068589
              02. the shins - mine's not a high horse.mp3|5008256
      g-unit
              G-Unit - Beg For Mercy
                   Track18.MP3|7627559
                        Page 8
```

```
                        ShareListing.txt
                Track17.MP3|8076191
                Track16.MP3|7781948
                Track15.MP3|9188798
                Track14.MP3|5089455
                Track13.MP3|5784939
                Track12.MP3|7805353
                Track11.MP3|6981138
                Track10.MP3|7532008
                Track09.MP3|8370434
                Track08.MP3|7460955
                Track07.MP3|8137213
                Track06.MP3|8486627
                Track05.MP3|7435877
                Track04.MP3|4652269
                Track03.MP3|7193461
                Track02.MP3|7710895
                Track01.MP3|6704961
        i wanna get to know ya.wma|2152131
        16-g-unit-bad_news-4hm.mp3|6238131
        16 - g-unit - lay you down (3) (0).mp3|5840908
        11 - Ride with ya (1).mp3|6082641
        02 - G-Unit - Poppin' Them Thangs.mp3|5786991
   Cameron
        Camron Feat. Santana - Oh Boy.mp3|2776182
        CAMRON FEAT JUELZ - OH BOY-REMIX.mp3|2891032
        Camron - Oh Boy (Clean).mp3|3302702
        Camron - Hey Ma Feat. Juelz Santana & Freaky Zekey.mp3|3558847
        Cam'ron - Oh Boy.mp3|1449619
   slightly stoopid
        slightly stupid - souled.mp3|2752512
        Slightly Stupid - Sensimilla.MP3|2179072
        Slightly Stupid - running away.mp3|772487
        Slightly Stupid - Nico's.mp3|1789952
        Slightly Stupid - I Couldnt Get High.mp3|3149824
        Slightly Stupid - Fire Shot.mp3|3878912
        Slightly Stupid - Devil's Door.mp3|2572288
        slightly stupid - Cally-Man.mp3|2281472
        Slightly Stupid - buckshot.mp3|3415555
        Slightly Stoopid-Sweet Honey.mp3|9225491
        Slightly Stoopid)-Guava Jelly.mp3|2494926
        Slightly Stoopid -Souls on Fire.mp3|3549184
        Slightly Stoopid - To A Party.mp3|2376933
        Slightly Stoopid - The Sun is Shining.mp3|2283867
        Slightly Stoopid - Sweet Honey.mp3|3691084
        Slightly Stoopid - Stir It Up.mp3|5360129
        Slightly Stoopid - Right Time - Reggae on the Rocks.mp3|4116480
        Slightly Stoopid - Questionable.mp3|2034294
        Slightly Stoopid - Punk Rock Billy.mp3|1564507
        slightly stoopid - mexico.mp3|4161742
        slightly stoopid - Mexico (studio).mp3|5904562
        Slightly Stoopid - Jedi.mp3|2102334
        slightly stoopid - hands of time.mp3|3074559
        Slightly Stoopid - Everything You Need - (7) Wicked
Rebel.mp3|5835841
        Slightly Stoopid - Ese Loco.mp3|2352692
        Slightly Stoopid - Collie Man.mp3|2132096
        Slightly Stoopid - Castles Made of Sand.mp3|3774464
        Slightly Stoopid - Acoustic Roots - 11 - If This World Were
.mp3|3250176
        Slightly Stoopid - Acoustic Roots - 08 - Mellow Mood.mp3|1017856
        Psycho Dub - Slightly Stoopid.mp3|2946450
        20-slightly_stoopid-the_jaxx-leaving_on_a_jet_plane.mp3|3830316
        03_officer.mp3|5564376
```

```
                            ShareListing.txt
        Beatles
            Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock
                        file_id.diz|969
                        beatles3.jpg|96339
                        beatles2.jpg|100163
                        beatles1.jpg|132832

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.SFV|7014

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part38.rar|14634740

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part37.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part36.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part35.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part34.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part33.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part32.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part31.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part30.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part29.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part28.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part27.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part26.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part25.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part24.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part23.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part22.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part21.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part20.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part19.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part18.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part17.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part16.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part15.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part14.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part13.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part12.rar|15000000
```

ShareListing.txt
Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part11.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part10.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part09.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part08.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part07.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part06.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part05.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part04.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part03.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part02.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.part01.rar|15000000

Beatles.Discography.1963-1988.for.PC.only_MANiacs-Delock.nfo|6802
                The Beatles - Strawberry Fields Forever.mp3|2998400
                The Beatles - Eight Days A Week.mp3|1493110
                Lucy In The Sky With Diamonds.mp3|4314598
                David Bowie - David Bowie - Penny Lane (Rare.mp3|2845507
                Crosby, Nash, Stills And Young - Our House.mp3|2917943
                Beetles- Hey Jude.mp3|5079168
                Beetles - Yesterday.mp3|2481188
                Beetles - There Are Places I Remember.mp3|2334095
                Beetles - Revolution.mp3|3254764
                Beetles - Obladi, Oblada, Life Goes On.mp3|3090363
                Beetles - Mrs. Robinson.mp3|2429056
                Beetles - Mrs (1).mp3|2883712
                Beatles - Penny Lane.mp3|2889084
                Beatles - Mrs. Robinson.mp3|3711521
                Beatles - Michelle.mp3|2616312
                Beatles - In My Life.mp3|2088649
                Beatles - Help!.mp3|2242204
                Beatles - Elanor Rigby.mp3|1819995
                Beatles - Black Bird.mp3|2227975
                Beatles - Beatles - House Of The Rising Sun.mp3|2995641
                (Beatles)-Maxwell's_Silver_Hammer.mp3.mp3|3347912
        Spineshank
                Various Artists - Spineshank _ Synthetic.mp3|3060964
                Spineshank - Transparent.mp3|5615744
                SpineShank - Detatched.mp3|3000658
                Spineshank - Asthmatie.mp3|4316664
                South PArk Mexicans- High So High.mp3|3802063
                South Park - Mortal Kombat(South Park Style).mp3|2823692
                Smack My Kenny Up.mp3|5515363
        Moulin Rouge
                Primus - Nature Boy.mp3|7629394
                Nicole Kidman, John Leguizamo, Alka Yagnik - Hindi Sad
Diamo.mp3|3351700
                Nicole Kidman & John Leguizamo & Alka Yagnik - Hindi Sad
Dia.mp3|3337072
                Moulan Rouge - Nicole Kidman -Sparkling Diamond-Moulin.mp3|4155520
                Ewan Mcgregor Jose Feliciano J - El Tango De Roxanne.mp3|4575114
                David Bowie - Sdtrk- Moulin Rouge -01- Nature Boy.mp3|3324701
                Bono, Maurice, & Gavin - Children Of The Revolution.mp3|4801365
                Background2 - Moulin Rouge - André Rieu - .mp3|3062891
                                Page 11

ShareListing.txt

Zoolander
        Various Artists - Relax.mp3|3806398
Hed PE
        Hed P.e. - Jesus (Of Nazareth).mp3|8069791
        (Hed) PE - Bartender.mp3|6576548
Jim Croce
        Oldies.jim Croce - If You Want To Be Happy For The Rest Of
Y.mp3|2118470
        Jimmy Soul - If You Wanna Be Happy The Rest.mp3|2118470
        Jim Croce - If You Wanna Be Happy For The Rest Of Your Life
.mp3|2117760
Beastie Boys
        Beasty Boys - Paul Revere.mp3|3549192
        Beastie Iboys - Girls.mp3|2146432
        Beastie Boys-Brass Monkey.mp3|2578130
        Beastie Boys feat Redman - Body Movin.mp3|3163073
        Beastie Boys - Time To Get Ill.mp3|3486238
        Beastie Boys - So What'cha Want.mp3|3471953
        Beastie Boys - Sabotage.mp3|2855881
        beastie boys - sabatoge (jungle remix) (1).mp3|14899408
        Beastie Boys - Paul Revere.mp3|3534680
        Beastie Boys - Intergalactic.mp3|3357663
        Beastie Boys - Girls.mp3|2143712
        Beastie Boys - Get It Together.mp3|3912248
        Beastie Boys - Fight For Your Right To Party.mp3|3321392
        Beastie Boys - Brass Monkey.mp3|2561234
the cordettes
        The Chordettes - Never On Sunday.mp3|2611754
        Mr. Sandman - Chordettes.mp3|2352481
        Chordettes - Lollipop.mp3|2119808
        Chordettes - Chapel Of Love.mp3|2694708
        Chordettes - Born To Be With You.mp3|2763716
Swollen Members
        Swollen Members Feat. Aceyalone - Consumption.mp3|5673344
        Swollen Members F. Dilated - Counter Parts.mp3|5371470
        Swollen Members - Shatterproof.mp3|4542614
        Swollen Members - Members Only.mp3|3320917
        Swollen Members - Left Field.mp3|5102303
        Swollen Members - Lady Venom.mp3|5144139
        Swollen Members - Ground Breaking.mp3|5714048
        Swollen Members - Fuel Injected.mp3|3417237
        Swollen Members - Deep End.mp3|5136595
        Swollen Members - Circuit Breaker.mp3|2961536
        Evidence, Swollen Members, Mr. Brady, And Tony De Skitzo -
F.mp3|6660224
        20 Swollen Members - Camouflage.mp3|3685321
Petula Clark
        Petula Clark- Downtown.mp3|2996840
Crosby Stills Nash and Young
        Crosby Stills Nash And Young - Helplessly Hoping.mp3|2605863
Sir Mix A Lot
        Sir Mix-A-Lot - Jump On It.mp3|3986672
        Sir Mix-A-Lot - Baby Got Back (Techno Remix).mp3|4223328
        Sir Mix Alot - I Like Big Butts.mp3|4232769
David Gray
        David Gray - This Year's Love.mp3|3930548
        David Gray - This Year's Love (1).mp3|3932288
        David Gray - Please Forgive Me.mp3|439352
        David Gray - Its Not Easy Being Me.mp3|3564442
        David Gray - Babylon.mp3|4277773
Silent Bob and Jay
        Movie Clip - Dogma - Silent Bob And Jay At Restuarant.mp3|3115052
        Mallrats- Jay N Silent Bob - Bikity Bam.mp3|309376
                                Page 12

```
                        ShareListing.txt
            Mall RatsJay And Silent Bob - Yoda.mp3|160995
            Lesbian Quiz.mp3|250392
            Kevin Smith & Jason Mewes - Clerks.mp3|808126
            Jay, Silent Bob & Berzerker - Mp3.mp3|413165
            Jay's Rant.mp3|675215
            Jay And Silent Bob - Snootchie_Bootchies.mp3|172259
            Jay And Silent Bob - A Bunch Of Muppets Clerks.mp3|474783
            Jay & Silent Bob - Operation Drive_By.mp3|313467
            Jay & Silent Bob - Mallrats - Escalator Respect.mp3|417769
            Jay & Silent Bob - Clerks - Blowjobs.mp3|622720
            Jay & Silent Bob - Chasing Amy - The Speech.mp3|827544
            Clerks(Randel) - Porno Movie Titles.mp3|967272
            Chasing Amy - What's A Nubian.mp3|1230872
            13.mp3|878188
            (Jay And Silent Bob) Green Jelly - Chewbacca, What A
Wookie.mp3|1742388
      Little T
            Little T & One Track Mike- Shaniqua.mp3|2352193
      the police
            Sting &The Police - Sending Out An SOS.MP3|4579328
            Sting & The Police - Walking On The Moon.mp3|4855849
            Police - So Lonely.mp3|4642272
            Police - Roxanne.mp3|3107074
            Police - Every Breath You Take.mp3|4051278
      Seals and Croft
            Seals And Croft - Our House.mp3|2884344
      JD
            Jd Feat. P Diddy, Murphy Lee, And Snoop Dogg - Welcome To
At.mp3|4891389
      At the Drive-In
            Relationship of Command
                  11 Non-Zero Possibility.wma|2737957
                  10 Cosmonaut.wma|1648209
                  09 Quarantined.wma|2635871
                  08 Rolodex Proaganda.wma|1423075
                  07 Enfilade.wma|2443737
                  06 Mannequin Republic.wma|1486119
                  05 Invalid Litter Dept.wma|2957103
                  04 Sleepwalk Capsules.wma|1681249
                  03 One Armed Scissor.wma|2110533
                  02 Pattern Against User.wma|1603201
                  01 Arcarsenal.wma|1420059
            In Casino Out
                  At The Drive-In - Shaking Hand Incision.mp3|3500583
                  At The Drive-In - Napoleon Solo.mp3|3491884
                  At The Drive-In - Lopsided.mp3|4419380
                  At The Drive-In - Hourglass.mp3|2492815
                  At The Drive-In - Chanbara.mp3|2896417
                  At The Drive-In - Alpha_Centauri.mp3|2346592
                  At The Drive-In - A Devil Among The Tailors.mp3|3113338
                  at the drive in - in casino out - 05 -
pickpocket.mp3|1923220
                  At The Drive In - Hulahoop Wounds.mp3|3288087
            Rock_Pop_Indie--At The Drive In - Coating Of Arms (1).mp3|2663363
            At_The_Drive_In-Rascuache.mp3|3237888
            At The Drive-In - Vaya - 03 - Ursa Minor.mp3|4866252
            At The Drive-In - Transatlantic Foe.mp3|2628213
            At The Drive-In - Pickpocket.mp3|2555488
            At The Drive-In - Honest To A Fault.mp3|1429420
            At The Drive-In - Fahrenheit.mp3|2335694
            At The Drive-In - Communication Drive In.mp3|2516200
            At The Drive In - Vaya - 02 - Proxima Centauri (1).mp3|2655354
            At The Drive In - Speechless.mp3|2403649
                        Page 13
```

```
                              ShareListing.txt
             At The Drive In - Pattern Against User.mp3|3218252
             At The Drive In - Invalid Litter Dept..mp3|5915964
             At The Drive In - For Now..we Toast.mp3|4398239
             At The Drive In - Arc Arsenal.mp3|2852741
             03 - Ursa Minor.mp3|3248517
      John Williams
             [Soundtrack] Star Wars Special Edition - Empire Strikes
Back.mp3|4157684
             Vangelis - Chariots Of Fire (Theme).mp3|3056402
             THEME FROM CHARIOTS OF FIRE.MP3|3896607
             The Imperial March (Darth Vader's Theme).mp3|2958234
             star wars - the battle of hoth.mp3|14307790
             Movie Themes - Charriots of Fire (John Williams).mp3|3492594
             Movie Theme - Return Of The Jedi - Yoda's Theme.mp3|3377196
             John Williams- Schindler's List Theme (Violin Solo By
Itzhak.mp3|4362368
             john williams The Ice Planet Hoth.mp3|7864121
             John Williams - Theme From Amistad.mp3|4151404
             John Williams - The Imperial March (Darth Vade.mp3|4198081
             John Williams - Star Wars  Asteroid Field.mp3|4137924
             John Williams - Schindler's List - Piano.mp3|2898053
             John Williams - Jaws Theme.mp3|2850944
             John Williams - Braveheart Theme.mp3|6093178
             20 th Century Fox.mp3|543111
             # John Williams - 2001 Space Odyssey Theme.mp3|1815728
      Oasis
             Oasis - Stop Crying Your Heart Out.mp3|3004105
             Oasis - Champaign Supernova.mp3|7209515
      Happy Land
             Various Artists - Happyland - Don't You Know Who.mp3|2228811
      Jessica Simpson
             Jessica_Simpson-In_This_Skin-REISSUE-2004-aPC

14-jessica_simpson-with_you_(acoustic_bonus_track)-apc.mp3|5121106
                    13-jessica_simpson-be-apc.mp3|6088079
                    12-jessica_simpson-in_this_skin-apc.mp3|7031910
                    11-jessica_simpson-loving_you-apc.mp3|5471582
                    10-jessica_simpson-you_dont_have_to_let_go-apc.mp3|4335391
                    09-jessica_simpson-underneath-apc.mp3|5690149
                    08-jessica_simpson-everyday_see_you-apc.mp3|6477149
                    07-jessica_simpson-forbidden_fruit-apc.mp3|5776818
                    06-jessica_simpson-i_have_loved_you-apc.mp3|7934951
                    05-jessica_simpson-sweetest_sin-apc.mp3|5168301
                    04-jessica_simpson-my_way_home-apc.mp3|5454981
                    03-jessica_simpson-take_my_breath_away-apc.mp3|4929507
                    02-jessica_simpson-with_you-apc.mp3|5095829
                    01-jessica_simpson-angels-apc.mp3|5974255
                    00-jessica_simpson-in_this_skin-reissue-2004-apc.sfv|775
                    00-jessica_simpson-in_this_skin-reissue-2004-apc.nfo|11338
                    00-jessica_simpson-in_this_skin-reissue-2004-apc.m3u|583
             My-Albums.com Jessica Simpson - 02 A Little Bit.mp3|3666256
             Jessica Simpson, Lil' Bow Wow, & Jermaine Dupri -
Irresistab.mp3|3445324
             Jessica Simpson Ft. Lil Bow Wow - Irresistable (Remix).mp3|3444905
             Jessica Simpson - Irresistable.mp3|4638632
      Micheal Jackson
             Michael Jackson - Thriller [Special Edition]
                    21 - Interview with Quincy Jones (6).mp3|1934480
                    20 - Carousel.mp3|2746655
                    19 - Interview with Quincy Jones (5).mp3|3071388
                    18 - Interview with Rod Temperton (2).mp3|1979569
                    17 - Voice-Over session from Thriller.mp3|3739165
                    16 - Interview with Quincy Jones (4).mp3|2376516
                              Page 14
```

ShareListing.txt
```
                         15 - Interview with Rod Temperton (1).mp3|4270337
                         14 - Interview with Quincy Jones (3).mp3|4854249
                         13 - Billie Jean (home demo from 1981).mp3|3228249
                         12 - Interview with Quincy Jones (2).mp3|3148826
                         11 - Someone In The Dark.mp3|6459582
                         10 - Interview with Quincy Jones (1).mp3|3544950
                         09 - The Lady In My Life.mp3|7935033
                         08 - P.Y.T. (Pretty Young Thing).mp3|6561002
                         07 - Human Nature.mp3|6936777
                         06 - Billie Jean.mp3|7922570
                         05 - Beat It.mp3|7399076
                         04 - Thriller.mp3|10012532
                         03 - The Girl Is Mine (with Paul McCartney).mp3|5938902
                         02 - Baby Be Mine.mp3|6931362
                         01 - Wanna Be Startin' Somethin'.mp3|10781040
                Micheal Jackson - You're Not Alone.mp3|5551115
                Micheal Jackson - The Way You Make Me Feel.mp3|4791403
                Micheal Jackson - Smooth Criminal.mp3|4144903
                Micheal Jackson - Dont stop till ya get enough.mp3|5890510
                MichaelJackson(Jackson Five) - Ben.mp3|2715188
                Michael Jackson - Don't Stop 'Til You Get Enough.mp3|5897878
                Folder.jpg|6076
        ABBA
                Ateens - Mamma Mia.mp3|3582926
                Abba - Dancing Queen.mp3|3727697
        tyrese
                Tyrese - Signs Of Love Making.mp3|5904384
        Jedi Mind trcks
                Jedi Mind Tricks - Outerspace (2004)

12-outerspace-divine_evil_(feat._chief_kamachi)-cms.mp3|5299949
                        11-outerspace-151-cms.mp3|4897470
                        10-outerspace-grand_groove_2-cms.mp3|4018826

09-outerspace-front_to_back_(feat_king_syze_and_destro)-cms.mp3|5544011

08-outerspace-qrown_royal_(feat._king_syze_and_faezone)-cms.mp3|3504573
                        07-outerspace-dysfunqtional-cms.mp3|6705198
                        06-outerspace-danger_zone_(feat._baby_blak)-cms.mp3|3845547
                        05-outerspace-we_lyve-cms.mp3|4872889
                        04-outerspace-fire_in_the_sky-cms.mp3|3391807
                        03-outerspace-third_rock-cms.mp3|5023239
                        02-outerspace-conspiracy_theory-cms.mp3|4268887
                        01-outerspace-delerium_(feat._rich_medina)-cms.mp3|3472746
                        00-jedi_mind_tricks_presents-outerspace-2004-cms.sfv|686
                        00-jedi_mind_tricks_presents-outerspace-2004-cms.nfo|6294
                        00-Jedi_Mind_Tricks_Presents-Outerspace-2004-CMS.m3u|1119
                Jedi_Mind_Tricks-Violent_by_Design_(Deluxe_Edition)-2004-CMS
                        www.tweekies-takeaway.org.nfo|4029

25-jedi_mind_tricks-blood_runs_cold_(feat._sean_price_aka_ruck)-cms.mp3|5201203
                        24-jedi_mind_tricks-retaliation_remix-cms.mp3|6333818

23-jedi_mind_tricks-bonus_track_(feat._jus_allah)-cms.mp3|5147369

22-jedi_mind_tricks-army_of_the_pharaohs-_war_ensemble_(feat._esoteric_and_virtuoso)
-cms.mp3|4359133
                        21-jedi_mind_tricks-heavenly_divine_remix-cms.mp3|3438614
                        20-jedi_mind_tricks-muerte-cms.mp3|4259792

19-jedi_mind_tricks-the_executioners_dream_(feat._j-treds)-cms.mp3|4712824

18-jedi_mind_tricks-trinity_(feat._louis_logic_and_l-fudge)-cms.mp3|3891553
```

ShareListing.txt

17-jedi_mind_tricks-gengis_khan_(feat._tragedy_khadafi)-cms.mp3|5471111

16-jedi_mind_tricks-words_form_mr_len_part_two-cms.mp3|552544

15-jedi_mind_tricks-blood_reign_(feat._diamondback_louis_logic_and_b.a_barakus)-cms.
mp3|4459491

14-jedi_mind_tricks-the_deer_hunter_(feat._chief_kamachi)-cms.mp3|4026226

13-jedi_mind_tricks-permanant_midnight_interlude-cms.mp3|674926
                    12-jedi_mind_tricks-sacrafice-cms.mp3|4212340
                    11-jedi_mind_tricks-heavenly_divine-cms.mp3|5738020
                    10-jedi_mind_tricks-the_prophecy_interlude-cms.mp3|798670

09-jedi_mind_tricks-exertions_remix_(feat._virtuoso_esoteric_and_bahamadia)-cms.mp3|
4095684

08-jedi_mind_tricks-i_against_i_(feat._planetary_of_outerspace)-cms.mp3|3813741

07-jedi_mind_tricks-words_form_mr_len_part_one-cms.mp3|1471991

06-jedi_mind_tricks-death_march_(feat._esoteric_and_virtuoso)-cms.mp3|4103903
                    05-jedi_mind_tricks-breath_of_god_interlude-cms.mp3|838556

04-jedi_mind_tricks-speech_cobras_(feat._mr_lif)-cms.mp3|5795029
                    03-jedi_mind_tricks-contra_(feat._killa_sha)-cms.mp3|3441854
                    02-jedi_mind_tricks-retaliation-cms.mp3|6079604
                    01-jedi_mind_tricks-intro-cms.mp3|867301

00-jedi_mind_tricks-violent_by_design_(deluxe_edition)-2004-cms.sfv|1797

00-jedi_mind_tricks-violent_by_design_(deluxe_edition)-2004-cms.nfo|7517

00-jedi_mind_tricks-violent_by_design_(deluxe_edition)-2004-cms.m3u|1469
                    Jedi Mind Tricks - Visions of Gandhi [retail.2003.RV]

17-raw_is_war_2003_-_i_against_i_-_animal_rap_remix_-_bonus-rv.mp3|24745520
                    16-the_heart_of_darkness_interlude-rv.mp3|1408954
                    15-whats_really_good-rv.mp3|5019455
                    14-kublain_khan-rv.mp3|5381826
                    13-pity_of_war_interlude-rv.mp3|1939932
                    12-rise_of_the_machines-rv.mp3|4258978
                    11-walk_with_me-rv.mp3|5119765
                    10-the_wolf_(ft._ill_bill_and_sabacred)-rv.mp3|5571830
                    09-boondock_saints_interlude-rv.mp3|1054694
                    08-a_storm_of_swords_(ft._planetary)-rv.mp3|5928557
                    07-nada_cambia-rv.mp3|7334113
                    06-animal_rap_(ft._kool_g._rap)-rv.mp3|5421323
                    05-demonwomb_interlude-rv.mp3|1055948

04-the_rage_of_angels_(ft._crypt_the_warchild)-rv.mp3|5031417
                    03-blood_in_blood_out-rv.mp3|6083997
                    02-tibetan_black_magicians_(ft._canibus)-rv.mp3|7134164
                    01-jedi_mind_tricks_-_intro-rv.mp3|1765643

00-jedi_mind_tricks-visions_of_gandhi-(retail)-2003-rv.sfv|2620

00-jedi_mind_tricks-visions_of_gandhi-(retail)-2003-rv.nfo|8012

00-jedi_mind_tricks-visions_of_gandhi-(retail)-2003-rv.m3u|630
                    Jedi_Mind_Tricks-Legacy_Of_Blood_(RETAIL)-2004-C4

```
                                    ShareListing.txt
19-jedi_mind_tricks-before_the_great_collapse-c4.mp3|14619498

18-jedi_mind_tricks-of_the_spirit_and_the_sun_(interlude)-c4.mp3|1106125
                        17-jedi_mind_tricks-the_philosophy_of_horror-c4.mp3|5629192

16-jedi_mind_tricks-winds_devouring_men_(interlude)-c4.mp3|1399166

15-jedi_mind_tricks-on_the_eve_of_war_feat._gza-c4.mp3|4549126
                        14-jedi_mind_tricks-me_ne_sballo-c4.mp3|5816761

13-jedi_mind_tricks-the_spirit_of_hate_(interlude)-c4.mp3|1318589
                        12-jedi_mind_tricks-and_so_it_burns-c4.mp3|6907242

11-jedi_mind_tricks-farewell_to_the_flesh_(interlude)-c4.mp3|1432347

10-jedi_mind_tricks-beyond_the_gates_of_pain_feat._sean_price-c4.mp3|5504365

09-jedi_mind_tricks-verses_of_the_bleeding_feat._des_devious-c4.mp3|5886450
                        08-jedi_mind_tricks-the_worst-c4.mp3|5864024

07-jedi_mind_tricks-the_darkest_throne_(interlude)-c4.mp3|1227661

06-jedi_mind_tricks-on_the_eve_of_war_feat._gza-c4.mp3|6040695

05-jedi_mind_tricks-saviorself_feat._killah_priest-c4.mp3|6388866

04-jedi_mind_tricks-death_falls_silent_(interlude)-c4.mp3|617808
                        03-jedi_mind_tricks-scars_of_the_crucifix-c4.mp3|5815915
                        02-jedi_mind_tricks-the_age_of_sacred_terror-c4.mp3|6457677
                        01-jedi_mind_tricks-intro-c4.mp3|2038520

00-jedi_mind_tricks-legacy_of_blood_(retail)-2004-c4.sfv|1264

00-jedi_mind_tricks-legacy_of_blood_(retail)-2004-c4.nfo|6230

00-jedi_mind_tricks-legacy_of_blood_(retail)-2004-c4.m3u|1023

Jedi_Mind_Tricks-The_Psycho-Social_Biological_And_Electro-Magnetic-Retail-2002-CMS
                        00-Important_info_please_read .nfo|0
        mOVIE
        Master P
                Master P. - Rock It.mp3|3735346
        The Godfather
                Theme-Godfather Soundtrack (The Godfather Waltz).mp3|3043456
                Nino Rota - Godfather Theme.mp3|2607797
                Mob Hits - Godfather Waltz.mp3|2160684
                Mancini - Godfather Theme.mp3|4075933
        Run DMC
                Run-D.M.C. - Tougher Than Leather.mp3|4228914
        Barber Shop Quartet
                Barbershop Quartet - Mr. Sandman.mp3|2004911
                Barbershop Quartet - Danny Boy.mp3|3707504
                Barber Shop Quartet - Music Ma.mp3|1360000
                Barber Shop Quartet - Goodnight Sweetheart.mp3|1775744
        Metallica
                Metallica - Stairway To Heaven.mp3|1423680
                Metallica - No Leaf Clover.mp3|5491316
                Metallica - No Leaf Clover (SM).mp3|5491693
                Metallica - No Leaf Clover (2).mp3|4132864
                Metallica - No Leaf Clover (1).mp3|8220672
                Matalica  Star Wars Imperial March.mp3|2672768
        Noreaga
                Punk Covers - Gin And Juice.m.mp3|2134144
                                    Page 17
```

```
                            ShareListing.txt
                Noreaga - Nothing.mp3|4232769
                And 1 Mixtape - Invincible.mp3|5515122
        Snoop Dog
                Snoop Doggy Dogg- Beautiful.mp3|3583250
                Snoop Doggy Dog - Gin And Juice.mp3|3404976
                Snoop Dogg Ft. Mc Ren, Ice Cube, Rage, Nate Dogg And Kurupt
.mp3|4517519
        Fat Boys
                Fat Boys - Human Beat Box.mp3|2224512
        Eleana
                Sir Mix.wav|377074
                Sir Mix Slow.wav|1504002
                Outro.wav|688738
                Mess Ups.wav|1098082
                Intro.wav|537986
                Eleana mix.cl4|10752
                Birthday Song.wav|530498
                Backwards.wav|752034
                Audio Intro.wav|688738
        Austin Powers
                Dr Evil And Mini Me - Hard Knock Life.mp3|1675476
        Jason Mraz
                Jason Mraz - You and I Both.mp3|3501581
                jason marz - you and i both.mp3|5265201
        Romeo and Juliet
                Various Artists - Slow Movement.mp3|15362196
                Various Artists - One Inch Punch - Pretty Piece.mp3|4299041
                Time-Life - Prokofiev- Romeo And Juliet Suite No. 2-
Montagu.mp3|3310672
                Romeo & Juliet - Prologue, O Verona.mp3|5660800
                Romeo & Juliet - Prologue, O Verona, The Montag.mp3|6391998
        John Leguizamo
                John Leguizamo-Voodoo Mambo.mp3|3163926
                John Leguizamo - Freak (Full).mp3|73000504
        Ben Folds
                Rockin' the Suburbs
                        Ben Folds - Zak And Sara.mp3|3125626
                        Ben Folds - The Luckiest.mp3|4586399
                        Ben Folds - The Ascent Of Stan.mp3|4085553
                        Ben Folds - Still Fighting It.mp3|4324584
                        Ben Folds - Still Fighting It (1).mp3|4324584
                        Ben Folds - Rockin' The Suburbs.mp3|4807285
                        Ben Folds - Not The Same.mp3|4151591
                        Ben Folds - Losing Lisa.mp3|4047101
                        Ben Folds - Gone.mp3|3266651
                        Ben Folds - Fred Jones (Part 2).mp3|3640050
                        Ben Folds - Fired.mp3|3696057
                        Ben Folds - Carrying Cathy.mp3|3679757
                        Ben Folds - Annie Waits.mp3|4162876
                Ben Folds Five -The Army.mp3|3279811
                Ben Folds Five - Your Redneck Past.mp3|3586270
                Ben Folds Five - Underground.mp3|4048355
                Ben Folds Five - Stevens Last Night In Town.mp3|3370391
                Ben Folds Five - Song For The Dumped.mp3|3546766
                Ben Folds Five - Philosophy.mp3|4442286
                Ben Folds Five - Magic.mp3|3916494
                Ben Folds Five - Lullabye.mp3|3753042
                Ben Folds Five - Kate1.mp3|3152376
                Ben Folds Five - Kate.mp3|3123077
                Ben Folds Five - Jackson Cannery.mp3|3285663
                Ben Folds Five - Hava Nagila.mp3|1515439
                Ben Folds Five - Evaporated.mp3|5490551
                Ben Folds Five - Champagne Supernova (Oasis...).mp3|1533829
                                 Page 18
```

```
                        ShareListing.txt
        Ben Folds Five - Brick.mp3|4558061
        Ben Folds Five - Army.mp3|3279811
        Ben Folds - Golden Slumbers.mp3|1673804
Creedence Clearwater Revival
        Bayou Country (1969)
                07 - Keep On Chooglin'.mp3|14732780
                06 - Proud Mary.mp3|6041737
                05 - Penthouse Pauper.mp3|7050691
                04 - Good Golly Miss Molly.mp3|5264333
                03 - Graveyard Train.mp3|16579324
                02 - Bootleg.mp3|5831922
                01 - Born On The Bayou.mp3|10090090
        Cosmo's Factory (1970)
                11 - Long As I Can See The Light.mp3|6791556
                10 - I Heard It Through The Grapevine.mp3|21352998
                09 - Who'll Stop The Rain.mp3|4823804
                08 - My Baby Left Me.mp3|4501140
                07 - Up Around The Bend.mp3|5241763
                06 - Run Through The Jungle.mp3|6009972
                05 - Lookin' Out My Back Door.mp3|4954207
                04 - Ooby Dooby.mp3|4107422
                03 - Travelin' Band.mp3|4121633
                02 - Before You Accuse Me.mp3|6679543
                01 - Ramble Tamble.mp3|13844199
        Chronicle, Vol- 2 (1986)
                20 - Hello Mary Lou.mp3|3242246
                19 - Lookin' For A Reason.mp3|5040307
                18 - Born To Move.mp3|8232679
                17 - Molina.mp3|3086766
                16 - It's Just A Thought.mp3|5739344
                15 - (Wish I Could) Hideaway.mp3|5546873
                14 - Pagan Baby.mp3|9258978
                13 - My Baby Left Me.mp3|3378292
                12 - Before You Accuse Me.mp3|4990152
                11 - The Midnight Special.mp3|6077264
                10 - Don't Look Now (It Ain't You Or Me).mp3|3170519
                09 - It Came Out Of The Sky.mp3|4245975
                08 - Cotton Fields.mp3|4282965
                07 - Night Time Is The Right Time.mp3|4566968
                06 - Wrote A Song For Everyone.mp3|7198230
                05 - Tombstone Shadow.mp3|5284813
                04 - Good Golly Miss Molly.mp3|3931879
                03 - Born On The Bayou.mp3|7605740
                02 - Susie Q (Part 2).mp3|5858243
                01 - Walk On The Water.mp3|6772946
        Green River (1969)
                09 - The Night Time Is The Right Time.mp3|5977951
                08 - Sinister Purpose.mp3|6509015
                07 - Cross-tie Walker.mp3|6403690
                06 - Lodi.mp3|6164617
                05 - Bad Moon Rising.mp3|4536248
                04 - Wrote A Song For Everyone.mp3|9582687
                03 - Tombstone Shadow.mp3|7046511
                02 - Commotion.mp3|5269349
                01 - Green River.mp3|5008542
        Chronicle, Vol- 1 (1976)
                20 - Someday Never Comes.mp3|5768810
                19 - Sweet Hitch-Hiker.mp3|4213375
                18 - Hey Tonight.mp3|3913698
                17 - Have You Ever Seen The Rain.mp3|3848496
                16 - I Heard It Through The Grapevine.mp3|16002075
                15 - Long As I Can See The Light.mp3|5151275
                14 - Lookin' Out My Back Door.mp3|3674834
                        Page 19
```

```
                            ShareListing.txt
            13 - Run Through The Jungle.mp3|4472300
            12 - Up Around The Bend.mp3|3903667
            11 - Who'll Stop The Rain.mp3|3590824
            10 - Travelin' Band.mp3|3109962
            09 - Fortunate Son.mp3|3371396
            08 - Down On The Corner.mp3|3949433
            07 - Commotion.mp3|3926237
            06 - Green River.mp3|3708062
            05 - Lodi.mp3|4600196
            04 - Bad Moon Rising.mp3|3368888
            03 - Proud Mary.mp3|4543771
            02 - I Put A Spell On You.mp3|6533048
            01 - Susie Q.mp3|6632104
    Willy and the Poor Boys (1969)
            10 - Effigy.mp3|12454903
            09 - Side O' The Road.mp3|6573381
            08 - The Midnight Special.mp3|8159118
            07 - Don't Look Now.mp3|4225286
            06 - Fortunate Son.mp3|4538756
            05 - Feelin' Blue.mp3|10109060
            04 - Poorboy Shuffle.mp3|4362957
            03 - Cotton Fields.mp3|5684800
            02 - It Came Out Of The Sky.mp3|5673097
            01 - Down On The Corner.mp3|5384832
    Mardi Gras (1972)
            10 - Sweet Hitch-Hiker.mp3|5651363
            09 - Door To Door.mp3|4254544
            08 - Hello Mary Lou.mp3|4367393
            07 - Sail Away.mp3|4845538
            06 - What Are You Gonna Do.mp3|5617926
            05 - Someday Never Comes.mp3|7748682
            04 - Tearin' Up The Country.mp3|4448477
            03 - Need Someone To Hold.mp3|5849476
            02 - Take It Like A Friend.mp3|5843624
            01 - Lookin' For A Reason.mp3|6673691
    Creedence Clearwater Revival [Fantasy] (1968)
            08 - Walk On The Water.mp3|8915368
            07 - Gloomy.mp3|7369175
            06 - Porterville.mp3|4627363
            05 - Get Down Woman.mp3|6064307
            04 - Ninety-Nine And A Half.mp3|7006967
            03 - Suzie Q.mp3|16503255
            02 - The Working Man.mp3|5922201
            01 - I Put A Spell On You.mp3|8724199
    Pendulum (1970)
            10 - Rude Awakening #2.mp3|12273509
            09 - Molina.mp3|5293590
            08 - It's Just A Thought.mp3|7597381
            07 - Hey Tonight.mp3|5336222
            06 - Born To Move.mp3|10924336
            05 - (Wish I Could) Hideaway.mp3|7247967
            04 - Have You Ever Seen The Rain-.mp3|5154828
            03 - Chameleon.mp3|6393659
            02 - Sailor's Lament.mp3|7412643
            01 - Pagan Baby.mp3|12338710
Dennis Leary
    Dennis Leary - Im An Asshole.mp3|3791634
Eve
    Eve Feat Alicia Keys - Gangsta Lovin.mp3|5639566
    Eve - Who's That Girl.mp3|4842973
Joan Jett
    Joan Jett - Crimson And Clover.mp3|3303552
    Joan Jett - Bad Reputation.mp3|3381376
                            Page 20
```

```
                              ShareListing.txt
        Modest Mouse
            Modest Mouse - Good News For People Who Love Bad News
                  16 - Modest Mouse - The Good Times Are Killing
Me.mp3|6166238
                  15 - Modest Mouse - One Chance.mp3|4423348
                  14 - Modest Mouse - Black Cadillacs.mp3|3925559
                  13 - Modest Mouse - Blame It On The Tetons.mp3|7802548
                  12 - Modest Mouse - Interlude (Milo).mp3|1416550
                  11 - Modest Mouse - Satin In A Coffin.mp3|3728073
                  10 - Modest Mouse - The View.mp3|6082855
                  09 - Modest Mouse - This Devil's Workday.mp3|3346267
                  08 - Modest Mouse - Bukowski.mp3|6114829
                  07 - Modest Mouse - Dance Hall.mp3|4252821
                  06 - Modest Mouse - Bury Me With It.mp3|5519864
                  05 - Modest Mouse - Dig Your Grave.mp3|313765
                  04 - Modest Mouse - Ocean Breathes Salty.mp3|5501056
                  03 - Modest Mouse - Float On.mp3|5006401
                  02 - Modest Mouse - The World At Large.mp3|6543028
                  01 - Modest Mouse - Horn Intro.mp3|239786
            Modest Mouse - The Moon and Antarctica
                  15-What People Are Made Of.mp3|2152759
                  14-Life Like Weeds.mp3|6244355
                  13-Lives.mp3|3178144
                  12-I Came as a Rat.mp3|3651866
                  11-Paper Thin Walls.mp3|2900433
                  10-Wild Packs of Family Dogs.mp3|1694061
                  09-The Stars Are Projectors.mp3|8412346
                  08-Alone Down There.mp3|2270762
                  07-The Cold Part.mp3|4809872
                  06-A Different City.mp3|3008435
                  05-Tiny Cities Made of Ashes.mp3|3545957
                  04-Perfect Disguise.mp3|2583000
                  03-Dark Center of the Universe.mp3|4838659
                  02-Gravity Rides Everything.mp3|4155193
                  01-3rd Planet.mp3|3819494
            What People Are Made Of.mp3|2166018
            the view (6).mp3|5789956
            modest_mouse-float_on (8) (4).mp3|5027713
            Modest Mouse-good news for people who love bad news-THE
GOOD.mp3|2756029
            modest mouse-good news for people who love bad news-eric's
i.mp3|4447157
            Modest Mouse-eric's interlude-good news for people who love
.mp3|2256664
            Modest Mouse- Sleepwalking (Couples Only...).mp3|3267200
            modest mouse good news for people who love bad news-satin
in.mp3|2840704
            Modest Mouse - Worms Vs. Birds.mp3|2142339
            Modest Mouse - Tiny Cities Made Of Ashes.mp3|3612758
            Modest Mouse - Third Planet.mp3|3883136
            Modest Mouse - The Stars Are Projectors.mp3|8496820
            Modest Mouse - Space Travel Is Boring.mp3|1828992
            Modest Mouse - Sleepwalking.mp3|3231744
            Modest Mouse - Shit Luck.mp3|2298987
            Modest Mouse - Secret Agent.mp3|1224930
            Modest Mouse - Polar Opposites.mp3|3387520
            Modest Mouse - Paper Thin Walls.mp3|2920262
            Modest Mouse - Out Of Gas.mp3|2434823
            Modest Mouse - Never Ending Math Equation.mp3|3281902
            Modest Mouse - Mice Eat Cheese.mp3|2367928
            Modest Mouse - Long Distance Drunk.mp3|3558632
            Modest Mouse - Life Like Weeds.mp3|6285006
            Modest Mouse - Karma Payment Plan.mp3|2526022
                                 Page 21
```

```
                          ShareListing.txt
          Modest Mouse - Interstate 8.mp3|4487296
          Modest Mouse - I Came As A Rat.mp3|3676132
          Modest Mouse - Gravity Rides Everything.mp3|4192096
          Modest Mouse - Gravity Rides Everything (1).mp3|4191712
          Modest Mouse - Float On.mp3|3336116
          Modest Mouse - Drum-N-Bass Solo.mp3|3999454
          Modest Mouse - Dramamine.mp3|5507957
          Modest Mouse - Doin' The Cockroach.mp3|4198658
          Modest Mouse - Dog Paddle.mp3|1985404
          Modest Mouse - Copyright 2000 Up Records - Trailer Trash.mp3|5631246
          Modest Mouse - Broke.mp3|3161030
          Modest Mouse - Alone Down There.mp3|2325193
          Modest Mouse - A Different City.mp3|2283731
          Modest Mouse - 3rd Planet.mp3|3883136
          modest mouse - 11Satin In A Coffin.mp3|3156200
          Modest Mouse - 08 - Head South.mp3|4226325
          Modest Mouse - 06 - Beach Side Property.mp3|6758528
          15 one chance.mp3|3803264
          15 - One Chance.mp3|5806080
          14black cadillacs.mp3|5221556
          14 Black Cadillacs.mp3|3272388
          13blame it on the tetons.mp3|6499916
          11 Eric's Interlude.mp3|1153152
          10the view.mp3|4998397
          10-modest_mouse-the_view-fnt.mp3|5321734
          09the devil's work day.mp3|2771678
          09 - the devil's work day.mp3|4446208
          08bukowski.mp3|5110202
          07dancehall.mp3|3548079
          07dancehall (1).mp3|3548079
          06burymewithit.mp3|4572857
          06burymewithit (1).mp3|4550784
          04The Ocean Breathes Salty (1).mp3|4585105
          04 - The Ocean Breathes Salty.mp3|3676329
          03 The Ocean Breathes Salty.mp3|4794496
          02worldatlarge.mp3|5441157
   Leslie Gore
          Leslie Gore - Sunshine And Lolipops.mp3|1572510
   The Living End
          Living End - Prisoner Society.mp3|3710526
   Rage Against the Machine
          Rage Against The Machine - Wake Up.mp3|8756246
   kanye west
          Kanye West - College Dropout (2004)
               Kanye West - 21 - Last Call.mp3|18173939
               Kanye West - 20 - Family Business.mp3|6908589
               Kanye West - 19 - Through The Wire.mp3|4851449
               Kanye West - 18 - Two Words (Feat Mos Def Freeway and The
Ha.mp3|5971922
               Kanye West - 17 - Lil Jimmy (Skit).mp3|1174336
               Kanye West - 16 - School Spirit (Skit 2).mp3|858841
               Kanye West - 15 - School Spirit.mp3|4453940
               Kanye West - 14 - School Spirit (Skit 1).mp3|1546002
               Kanye West - 13 - Breathe In Breathe Out (Feat
Ludacris).mp3|6017126
               Kanye West - 12 - Slow Jamz (Feat Twista and Jamie
Foxx).mp3|7818843
               Kanye West - 11 - The New Workout Plan.mp3|8702918
               Kanye West - 10 - Workout Plan.mp3|1191171
               Kanye West - 09 - Get Em High (Feat Talib Kweli and
Common).mp3|6856460
               Kanye West - 08 - Never Let Me Down (Feat Jayz and J
Ivy).mp3|7969337
                          Page 22
```

```
                              ShareListing.txt
                   Kanye West - 07 - Jesus Walks.mp3|5005240
                   Kanye West - 06 - Spaceship (Feat Glc and
Consequence).mp3|7829183
                   Kanye West - 05 - Ill Fly Away.mp3|1497620
                   Kanye West - 04 - All Falls Down (Feat Syleena
Johnson).mp3|5660887
                   Kanye West - 03 - Graduation Day.mp3|1804875
                   Kanye West - 02 - We Dont Care.mp3|6077542
                   Kanye West - 01 - Intro.mp3|359951
        Avril Lavigne
             Avril Lavigne - Complicated.mp3|3955568
             03 Avril Lavigne - Skater Boy.mp3|3290679
        Uptown Thugz
             Uptown Thugz Feat. Prolific - Battlefax.mp3|1747803
        Aquaplain
             Aquaplain - Sun Rises.mp3|6269097
             Aquaplain - Sensor.mp3|5258597
        Yarblat
             Yarblat - Supermario Techno.mp3|2458264
        Petey Pablo
             Petey Pablo - Raise Up.mp3|4617947
        Brittney Spears
             Brittney Spears - Oops, I Did It Again.mp3|4124953
             Brittney Spears - From The Bottom Of My Broken...mp3|5034195
             Britney Spears - Lucky.mp3|4965552
        Norah Jones
             Norah Jones - The Nearness Of You.mp3|3025734
             Norah Jones - The Long Day Is Over.mp3|2810109
             norah jones - The Long Day Is Over (1).mp3|3967091
             Norah Jones - Painter Song.mp3|3263182
             Norah Jones - Lonestar.mp3|3003454
             Norah Jones - I've Got To See You Again.mp3|4113974
             Norah Jones - Don't Know why.mp3|2999821
             Norah Jones - Come Away With Me.mp3|2995641
             Nora Jones-04 Feelin' In The Same Way.mp3|2894035
             Nora Jones - Turn Me On.mp3|2226157
             Nora Jones - Seven Years.mp3|2374637
             Nora Jones - I've Got To See You Again.mp3|4113974
             12 - Nightingale.mp3|4171235
             06. Nora Jones - ShootTheMoon.mp3|3951388
        the streets
             The Streets - Who Got The Funk.mp3|1771558
             The Streets - Who Got The Funk (1).mp3|770048
             The Streets - Who Dares Wins.mp3|553088
             The Streets - We Are Nothing.mp3|2337857
             The Streets - undercover project.mp3|5826282
             The Streets - Turn The Page.mp3|3130339
             The Streets - Too Much Brandy.mp3|3054456
             The Streets - The Irony Of It All.mp3|3357552
             The Streets - The Irony Of It All (1).mp3|3357552
             The Streets - Stay Positive.mp3|5909874
             The Streets - Stay Positive (1).mp3|5913714
             The Streets - Sharp Darts.mp3|1497686
             The Streets - Sharp Darts (1).mp3|657342
             The Streets - Same Old Thing.mp3|3239322
             The Streets - Same old thing (1).mp3|1411072
             The Streets - Pure Garage.mp3|2952592
             The Streets - Locked On Test.mp3|2871129
             The Streets - Its Too Late.mp3|1857730
             The Streets - Its Too Late (2).mp3|4017247
             The Streets - Its Too Late (1).mp3|4017247
             The Streets - Has It Come To This (1).mp3|3761632
             The Streets - Geezers Need Excitement.mp3|4089033
                              Page 23
```

```
                         ShareListing.txt
         The Streets - Geezers Need Excitement (1).mp3|4084297
         The Streets - Don't Mug Yourself.mp3|2556068
         The Streets - Don't Mug Yourself (1).mp3|2556068
         Streets The - Weak Become Heroes (royskopp mix).mp3|10044562
         12. weak become heroes.mp3|6228612
         04 The Streets - Sharp Darts.mp3|2436325
         03 Let's Push Things Forward.mp3|3606162
    Peter Paul and Mary
         Oldies Peter, Paul, And Mary - I'm Leaving On A Jet
Plane.mp3|3321984
      MYG
         MYG - You are Sleeping (2).mp3|4039327
         MYG - Voodoo Lounge With Brian.mp3|4972337
         MYG - Untouchable with DJ Wicked.mp3|2433737
         Myg - The Blood Of Brimstone.mp3|4914785
         Myg - Space Age 2000.mp3|3282821
         Myg - Running Of The Bulls.mp3|5992513
         MYG - Racin' da clock.mp3|2314451
         MYG - Portland Life.mp3|4877503
         MYG - Flashy wordz.mp3|2737343
         MyG - Dreamweaver (Extended).mp3|6262912
         MYG - Dem Infiltrate with Ras Korrosion.mp3|4301601
         MYG - Blitzkrieg (2).mp3|5425906
         MYG - 08 - Life Goes On.mp3|3155469
         MYG - 03 - Blitzkrieg.mp3|5425906
         MYG - 02 - Sand Dune Planet.mp3|1772316
         Artist - Track 10.mp3|4598306
         Artist - Track 08.mp3|1691776
         Artist - Track 07.mp3|1807133
         Artist - Track 06.mp3|2648359
         02 - Sand Dune Planet.mp3|1772316
   muse
         Muse - Live End Session #95
               README.TXT|845
               07 - Stockholm Syndrome.mp3|9691136
               06 - Time is Running Out.mp3|5562368
               05 - Bliss.mp3|5685248
               04 - Citizens Erased.mp3|11233280
               03 - Butterflies and Hurricanes.mp3|9310208
               02 - Newborn.mp3|9474048
               01 - Hysteria.mp3|6232064
         Muse - Showbiz
               Showbiz - 12 - Hate This & I'll Love You.mp3|7710362
               Showbiz - 11 - Overdue.mp3|3517395
               Showbiz - 10 - Escape.mp3|5076592
               Showbiz - 09 - Sober.mp3|5861519
               Showbiz - 08 - Uno.mp3|5246492
               Showbiz - 07 - Unintended.mp3|5693500
               Showbiz - 06 - Showbiz.mp3|7586855
               Showbiz - 05 - Cave.mp3|6884683
               Showbiz - 04 - Falling Down.mp3|6574976
               Showbiz - 03 - Fillip.mp3|5797571
               Showbiz - 02 - Muscle Museum.mp3|6349905
               Showbiz - 01 - Sunburn.mp3|5627671
         Muse - Absolution {www.torentsearch.us}
               muse_absolution-front.jpg|185822
               muse_absolution-back.jpg|190108
               Muse - Absolution.m3u|537
               Letras.txt|8059
               14. Absolution - Ruled By Secresy.mp3|7017645
               13. Absolution - Thoughts Of A Dying Atheist.mp3|4588258
               12. Absolution - Endlessly.mp3|5496692
               11. Absolution - The Small Print.mp3|4965368
                         Page 24
```

ShareListing.txt

```
            10. Absolution - Butterflies & Hurricanes.mp3|7243970
            09. Absolution - Blackout.mp3|6289092
            08. Absolution - Interlude.mp3|920039
            07. Absolution - Hysteria.mp3|5472241
            06. Absolution - Falling Away With You.mp3|6743046
            05. Absolution - Stockholm Syndrome.mp3|7167484
            04. Absolution - Sing For Absolution.mp3|7082847
            03. Absolution - Time Is Running Out.mp3|5638329
            02. Absolution - Apocalypse Please.mp3|6075983
            01. Absolution - Intro.mp3|536352
    Muse - Origin of Symmetry
            Origin of Simmetry - 11 - Megalomania.mp3|6632654
            Origin of Simmetry - 10 - Feeling Good.mp3|4847759
            Origin of Simmetry - 09 - Dark Shines.mp3|7006936
            Origin of Simmetry - 08 - Screenager.mp3|6348102
            Origin of Simmetry - 07 - Micro Cuts.mp3|5343746
            Origin of Simmetry - 06 - Citzen Erased.mp3|10637910
            Origin of Simmetry - 05 - Plug In Baby.mp3|5344373
            Origin of Simmetry - 04 - Hypermusic.mp3|4924951
            Origin of Simmetry - 03 - Space.mp3|9237699
            Origin of Simmetry - 02 - Bliss.mp3|6160569
            Origin of Simmetry - 01 - New Born.mp3|8820629
    Muse - Showbiz.zip|276212784
Seo Tai Ji
    The Sugar Hill Gang - Apache (Jump On It!).mp3|4584290
    The Roots - Rahzel Beatboxin while Rza Freestyles.mp3|3225728
    System Of A Down - Pluck.mp3|3484110
    Swollen Members - Killing Spree.mp3|1134824
    Swinging Utters - Brazen Hero.mp3|3530587
    Supertramp - Give A Little Bit Of Your Love.mp3|3946518
    Seo Tai Ji - UltramanEeYa.mp3|3309487
    Seo Tai Ji - Tank.mp3|3533220
    Seo Tai Ji - Take Two (1).mp3|549320
    Seo Tai Ji - Freestyle (1).mp3|645248
Tweet
    Tweet Ft Fabolous - Oops Oh My!!s.mp3|3708096
simple plan
    Simple Plan - Addicted.mp3|3716876
    Perfect.MP3|1938028
Asian Funnys
    Fob Parodys - Sisqo - The Thong Song - Please Don't Wear
Tha.mp3|1815073
    Fob - Chinese Rap - Tie My Shoe.mp3|3664000
    Chink - Combo #5.mp3|1481344
    Azn Pride- Fob Whoa (Feat. Rya.mp3|3342923
    Asian - Azn Pride - Filipino Fob - Ghetto Superstar.mp3|557176
Seven Years in Tibet
    John Williams - Main Theme.mp3|6946108
Rob D
    Track  7.mp3|7402939
    Rob Dougan - Rollo's Thousand Volts Mix.mp3|5885960
    Rob D - Furious Angels (Midfield General Mix).mp3|8740640
    Rob D - Clubbed To Death (Original)2.mp3|4423222
    Rob D - Clubbed To Death (La Funk Mob Variation).mp3|11763190
    Rob D - 02 - Furious Angels (Clubbed To Death Variation).mp3|7899765
    04 - Clubbed To Death - Rob D (Kurayamino Mix) - The Matrix
.mp3|10737792
thursday
    Understanding_In_A_Car.mp3|4236572
    Thursday - Wind Up.mp3|3934633
    Thursday - This Side of Brightness.mp3|3391459
    Thursday - streaks in the sky.mp3|4331648
    Thursday - Porcelain.mp3|4425908
                    Page 25
```

```
                            ShareListing.txt
           Thursday - Jet Black New Year.mp3|4653184
           Thursday - How Long Is The Night.mp3|4140651
           Thursday - Cross Out The Eyes (1).mp3|2986456
           Thursday - Concealer.mp3|2205943
      Sergio Mendez and Brazil 66
           The Girl From Ipanema.mp3|2711471
           Sergio Mendez & Brazil 66 - Never Going To Let You Go.mp3|4107705
           Sergio Mendez & Brasil 66 - Batucada (The Beat).mp3|2169436
           Sergio Mendes & Brazil 66 - Mas Que Nada.mp3|2579100
           One Note Samba.mp3|2090338
      Cannibal Ox
           Straight Off The D.I.C [Cannib.mp3|4190001
           Simple [Company Flow].mp3|3463672
           Simian D Aka Feeling Ignorant.mp3|6053848
           Silver Fox [RJD2].mp3|3431071
           Scream Phoenix.mp3|4914908
           Kill Em All [Aesop Rock].mp3|2903690
           Iron Galaxy [Cannibal Ox].mp3|5021829
           DPA (As Seen On TV) [Company F.mp3|6638531
           Company Flow, Murs, Shingo2 & Yeshua - A Day Like No
Other.mp3|8945585
           Company Flow - Blackout.mp3|3181215
           Cannibal Ox - Vein.mp3|4335451
           Cannibal Ox - The F Word [RJD2 Remix].mp3|4776357
           Cannibal Ox - Stress Rap.mp3|2345933
           Cannibal Ox - Raspberry Fields.mp3|3891648
           Cannibal Ox - Ox Out Of The Cage.mp3|1478241
           Cannibal Ox - A B-Boy's Alpha.mp3|4045847
           Aesop Rock, Cannibal Ox, - Power 106 Freestyle 1.25.2002.mp3|2149056
      Amelie
           Yann Tiersen - Amélie Poulain - Comptine d'une autre été
(1).mp3|2266428
           Yann Tiersen - 17 - Sur le fil.mp3|4259011
           Yann Tiersen - 07 - Guilty.mp3|3108908
           Yann Tiersen  - Le fabuleux destin ... - 19- La valse
d'amel.mp3|2555196
           Le Fabuleux Destin d'Amelie Poulain - 09- Le moulin.mp3|4312881
           Amélie Poulin - La noyee (1).mp3|1982633
           Amélie Poulain - La dispute.mp3|4117151
           Amélie Poulain - 20 - La valse des monstres.mp3|3550064
           Amelie Soundtrack #6.mp3|2164674
           amelie poulain - La valse des vieux os.mp3|2267096
           amelie poulain - La redecouverte.mp3|1179023
           Amelie J'y suis jamais allé.mp3|1522126
           Amelie - La valse d_Amélie (version orchestre).mp3|1938209
           Amelie - 18 - Le Banquet.mp3|1495209
           15 - Soir de fete.mp3|2844805
           10 - Pas si simple.mp3|1821594
           08 amelie poulain - A Quai.mp3|4242121
           06 - Vito Y Coco Theme Song.mp3|2330584
           06 - Le fabuleux destin d'Amelie Poulain - L'autre valse
d'a.mp3|1504990
           05 - Yann Tiersen - Amelie Poulain - La Noyee.mp3|2323113
           03 - La valse d'Amélie.mp3|2189105
           (AMELIE) - La valse d'amelie (orchestral).mp3|1938465
      Jimmy Eat World
           Jimmy Eat World - The Middle.mp3|3846208
      they might be giants
           We Want A Rock.MP3|2686976
           We Can Dance if we want to.mp3|2441216
           TMBG_-Mink_Car-10-Drink_.mp3|1752979
           TMBG-OLD.MP3|1896448
           Tiny Toons -  Istanbul.mp3|1271988
                            Page 26
```

```
                              ShareListing.txt
          they might be giants - welcome to the jungle.mp3|2383169
          They Might be Giants - The Beer Song.mp3|1333636
          They Might Be Giants - Spiderman.mp3|3460980
          They Might Be Giants - Puttin On the Ritz.mp3|3290131
          They Might Be Giants - Particle Man.mp3|1920940
          They Might Be Giants - Mammal.mp3|1607680
          They Might Be Giants - I Be An Retarded.mp3|1541176
          They Might Be Giants - Flood - 12 - Minimum Wage.mp3|770128
          They Might Be Giants - Fish Heads.mp3|1191936
          They Might Be Giants - Doctor Worm.mp3|2854726
          They Might Be Giants - Birdhouse In Your Soul.mp3|3215916
          They Might Be Giants - Ant.mp3|1832068
          They Might Be Giants - Ana Ng.mp3|3248924
          They Might Be Giants - Am I Awake.mp3|3693842
          Spider.mp3|608256
          She's an Angel.mp3|2520139
          My Evil Twin.mp3|2525834
          Malcom in the Middle - Theme Song  (Extended).mp3|2850816
          Hot Cha.mp3|1520178
     Pedro the Lion
          Pedro_The_Lion-Progress-EP-2000

04-pedro_the_lion-letter_from_a_concerned_follower_(radio_se.mp3|6451663

03-pedro_the_lion-of_up_and_coming_monarchs_(radio_session).mp3|4270536
                    02-pedro_the_lion-april_6_2039.mp3|5656421
                    01-pedro_the_lion-june_18_1976.mp3|6312199
                    00-pedro_the_lion-progress-ep-2000-192k.sfv|659
                    00-pedro_the_lion-progress-ep-2000-192k.m3u|209
               Pedro The Lion - Achilles Heel
                    11 - The Poison.wma|4569679
                    10 - Start Without Me.wma|3868251
                    09 - A Simple Plan.wma|4480135
                    08 - I Do.wma|5077095
                    07 - Transcontinental.wma|3204133
                    06 - Keep Swinging.wma|3502613
                    05 - Arizona.wma|5017399
                    04 - Discretion.wma|3465303
                    03 - The Fleecing.wma|5681517
                    02 - Foregone Conclusions.wma|3002659
                    01 - Bands With Managers.wma|4584603
               pedro the lion - its hard to find a friend
                    pedro the lion - 12 - promise.mp3|2499309
                    pedro the lion - 11 - the well.mp3|4378772
                    pedro the lion - 10 - secret of the easy yoke.mp3|8184547
                    pedro the lion - 09 - the bells.mp3|4149640
                    pedro the lion - 08 - of minor prophets and their prostitute
wives.mp3|2845056
                    pedro the lion - 07 - when they really get to know you they
will run.mp3|2623704
                    pedro the lion - 06 - the longest winter.mp3|4186780
                    pedro the lion - 05 - bad diary days.mp3|4027708
                    pedro the lion - 04 - suspect fled the scene.mp3|3944874
                    pedro the lion - 03 - big trucks.mp3|2596699
                    pedro the lion - 02 - the longer i lay here.mp3|3555712
                    pedro the lion - 01 - of up and coming monarchs.mp3|3047934
               Pedro the Lion - Whole
                    06 Hymn.mp3|5859479
                    05 Lullaby.mp3|5260233
                    04 whole.mp3|5102452
                    03 Almost There.mp3|3792157
                    02 Fix.mp3|2588425
                    01 Nothing.mp3|4434764
                              Page 27
```

```
                              ShareListing.txt
               the only reason i feel secure
                      08 - invention.mp3|4941113
                      07 - diamond ring.mp3|3239183
                      06 - big trucks.mp3|2855497
                      05 - be thou my vision.mp3|4205923
                      04 - letter from a concerned follower.mp3|4019513
                      03 - invention.mp3|4557844
                      02 - i am always the one who calls.mp3|3537188
                      01 - criticism as inspiration.mp3|6081724
               pedro the lion - winners never quit
                      08-pedro the lion-winners never quit.mp3|7587239
                      07-pedro the lion-bad things to such good people.mp3|4913605
                      06-pedro the lion-eye on the finish line.mp3|6643861
                      05-pedro the lion-never_leave_a_job_half_done.mp3|4603106
                      04-pedro the lion-a_mind_of_her_own.mp3|5672304
                      03-pedro the lion-to_protect_the_family_name.mp3|7902125
                      02-pedro the lion-simple_economics.mp3|6282027
                      01-pedro the lion-slow_and_steady_wins_the_race.mp3|5372462
               pedro the lion - control
                      10 - rejoice.mp3|4562502
                      09 - priests and paramedics.mp3|6607575
                      08 - second best.mp3|8629730
                      07 - rehearsal.mp3|5485982
                      06 - magazine.mp3|5769411
                      05 - progress.mp3|6028359
                      04 - indian summer.mp3|4851573
                      03  - penetration.mp3|5644226
                      02  - rapture.mp3|4948121
                      01 - options.mp3|5644674
         Jimmy Fallon
               Snl- Jimmy Fallon - My Date With Britney Spears.mp3|2203108
               Kirsten Dunst & Jimmy Fallon - Don't Tell Me (Parody).mp3|2560723
               Jimmy Fallon - Troll Doll Jingles.mp3|5335920
               Jimmy Fallon - Star Wars Songs.mp3|1560864
               Jimmy Fallon - Spring Break Medley (SNL).mp3|3006926
               Jimmy Fallon - Snowball.mp3|2012917
               Jimmy Fallon - Phantom Menace Medly.mp3|1144628
               Jimmy Fallon - Livin La Vida Yoda (Not On Snl).mp3|2828416
               Jimmy Fallon - Idiot Boyfriend.mp3|3803891
               Jimmy Fallon - Idiot Boyfriend (UH-OH VCD).mpg|52206336
               Jimmy Fallon - Gotta Get A Fake I.D..mp3|943926
               Jimmy Fallon - Drinking In The Woods.mp3|2802168
         Fritz Kreisler
               Joshua Bell - Kreisler - Praeludium And Allegro (In The
Styl.mp3|2825709
               Itzhak Perlman - Kreisler, Praeludium Und Alleg.mp3|5205558
               Fritz Kreisler - Praeludium And Allegro (1).mp3|5556185
         Twisted Sister
               Twisted Sister - I Wanna Rock.mp3|2979510
         harvey danger
               Harvey Danger - Flagpole Sitta.mp3|3489894
               Dude, Wheres my Car -Authenticity.mp3|3062082
         dc Talk
               Thumbs.db|8704
               Dc Talk - My Friend (So Long).mp3|4037070
               Dc Talk - Jesus Freak.mp3|4688000
         Violent Femmes
               Violent Femmes - Violent Femmes-Add It Up.mp3|4575114
         NOFX
               Nofx - [12]My Vagina.mp3|2522177
               Nofx - Please Stop Fucking My Mom.mp3|925160
               Nofx - Please Play This Song On The Radio.mp3|2201226
               NOFX - Falling In Love.mp3|5039381
                              Page 28
```

```
                         ShareListing.txt
Doug Stanhope
        Doug Stanhope - Track 13.mp3|5048406
        Doug Stanhope - Topless Bar, Ugly Drunk.mp3|2754479
        Doug Stanhope - Gambling.mp3|1314447
        Doug Stanhope - Ear And Body Piercing.mp3|967369
Lil Romeo
        Lil' Romeo - My Baby.mp3|5353276
Beautiful Mind
        A Beautiful Mind - A Kaleidoscope Of Mathematics.mp3|4772803
Mindless Self Indulgence
        Frankenstein Girls Will Seem Strangely Sexy
                30 Z.wma|417679
                29 whipstickagostop.wma|1267275
                28 Step up, Ghetto Blaster.wma|1150213
                27 Seven-Elven.wma|741941
                26 Royally Fucked.wma|898027
                25 Ready for Love.wma|1012103
                24 Played.wma|1114155
                23 Planet of the Apes.wma|1060143
                22 Masturbates.wma|1366333
                21 M.wma|108475
                20 London Bridge.wma|895023
                19 Last Time I Tried to Rock Your World.wma|859045
                18 Kill the Rock.wma|997091
                17 Kick the Bucket.wma|844017
                16 Keepin' up with the Kids.wma|841009
                15 J.wma|189529
                14 I'm Your Problem Now.wma|934063
                13 I Hate Jimmy Page.wma|1741595
                12 Holy Shit.wma|844013
                11 Harry Truman.wma|789951
                10 Golden I.wma|1021097
                09 Futures.wma|690875
                08 Faggot.wma|1333301
                07 F.wma|105473
                06 Dicks Are for My Friends.wma|600873
                05 Cocaine and Toupees.wma|901039
                04 Clarissa.wma|943045
                03 Boomin'.wma|663857
                02 Bitches.wma|1321357
                01 Backmaskwarning!.wma|1471413
        PANTY.mp3|2791146
        MSI - unsociable.mp3|4230711
        MSI - Step Up Ghetto Blaster.mp3|2328043
        MSI - Rip Off.mp3|2804068
        MSI - Kick the Bucket.mp3|1672968
        MSI - Hidden track from Tight.mp3|3413950
        MSI - Harry Truman.mp3|1554936
        MSI - Cocaine And Toupees.mp3|1331200
        Msi - Bring The Pain Remix.mp3|3743696
        mindless self indulgence 07 tornado.mp3|2680832
        Mindless Self Indulgence -All Night.mp3|2269936
        Mindless Self Indulgence - whipstickagostop.mp3|2518416
        Mindless Self Indulgence - UnSociable.mp3|4259383
        Mindless Self Indulgence - Two Hookers.mp3|2155282
        Mindless Self Indulgence - Track 14.mp3|1926958
        Mindless Self Indulgence - Tornado.mp3|1792128
        Mindless Self Indulgence - Tom Sawyer.mp3|5969920
        Mindless Self Indulgence - Tight.mp3|2675740
        Mindless Self Indulgence - Tight-Hidden Track.mp3|3443526
        Mindless Self Indulgence - Tight Secret Track.mp3|3435710
        Mindless Self Indulgence - This Isn't Good.mp3|1625234
        mindless self indulgence - Thank God.mp3|2357768
                          Page 29
```

```
                                 ShareListing.txt
                Mindless Self Indulgence - Step Up, Ghetto Blaster.mp3|2282269
                Mindless Self Indulgence - Seven-Eleven.mp3|1467791
                Mindless Self Indulgence - Seven Eleven.mp3|1458314
                Mindless Self Indulgence - Rythmic Slamish.mp3|1966208
                mindless self indulgence - ready for love.mp3|2041858
                Mindless Self Indulgence - Pussy All Night.mp3|2264056
                Mindless Self Indulgence - Powerkiss.mp3|3681802
                Mindless Self Indulgence - Played.mp3|1649917
                Mindless Self Indulgence - Planet Of The Apes.mp3|1063457
                Mindless Self Indulgence - Planet of the Apes (1).mp3|1050624
                Mindless Self Indulgence - Pantyshot.mp3|2772714
                Mindless Self Indulgence - Molly.mp3|1669504
                Mindless Self Indulgence - Masterbates.mp3|2834310
                Mindless Self Indulgence - London Bridge.mp3|1767844
                Mindless Self Indulgence - Last Time I Tried To Rock Your
Wo.mp3|1700971
                Mindless Self Indulgence - Kill Yourself.mp3|2905362
                Mindless Self Indulgence - Kill The Rock.mp3|1980961
                Mindless Self Indulgence - Kick The Bucket.mp3|1672968
                Mindless Self Indulgence - Keepin Up With The Kids.mp3|1741601
                Mindless Self Indulgence - J (I Crucified Urine Re-Mix).mp3|1967456
                Mindless Self Indulgence - I Hate Jimmy Page.mp3|3504256
                Mindless Self Indulgence - Harry Truman.mp3|1182764
                Mindless Self Indulgence - Grab The Mic.mp3|1300826
                Mindless Self Indulgence - Golden Eye.mp3|2023465
                Mindless Self Indulgence - Ghetto Blasting - N - Hookd On
Ph.mp3|1154782
                Mindless Self Indulgence - Frankenstein Girls Will Seem
Stra.mp3|1182764
                Mindless Self Indulgence - Fagget.mp3|1997053
                Mindless Self Indulgence - Dickface.mp3|2065682
                Mindless Self Indulgence - Diabolical.mp3|2363591
                Mindless Self Indulgence - Daddy.mp3|1300900
                Mindless Self Indulgence - Clarissa.mp3|1926295
                Mindless Self Indulgence - Capital P.mp3|1767424
                Mindless Self Indulgence - Bring the Pain.mp3|3540356
                Mindless Self Indulgence - Bring The Acapella.mp3|3246651
                Mindless Self Indulgence - Boomin'.mp3|1315654
                Mindless Self Indulgence - Bite Your Rhymes.mp3|2558372
                Mindless Self Indulgence - Bitches.mp3|2031660
                Mindless Self Indulgence - Bed Of Roses.mp3|3457068
                Mindless Self Indulgence - Backmask.mp3|2931568
                Mindless Self Indulgence - Apple Country.mp3|1089872
                Mindless Self Indulgence & B.Y.O. - Bring the Pineapple.mp3|2879096
                Mindless Self Indulgance - Diabolical.mp3|2363591
                Holy Shit.mp3|1664034
        elliott Smith
                Elliott Smith - 5 Albums + Extras
                        Either_or (1997)
                                12 - Say Yes.mp3|3328849
                                11 - 2_45 AM.mp3|4790243
                                10 - Cupid's Trick.mp3|4442298
                                09 - Angeles.mp3|4247940
                                08 - Punch and Judy.mp3|3500636
                                07 - Rose Parade.mp3|5007167
                                06 - No Name No_ 5.mp3|5367659
                                05 - Pictures of Me.mp3|5451042
                                04 - Between the Bars.mp3|3392804
                                03 - Ballad of Big Nothing.mp3|4044199
                                02 - Alameda.mp3|5365772
                                01 - Speed Trials.mp3|4355151
                                00 - Either_or.nfo|559
                        XO (1998)
                                    Page 30
```

```
                              ShareListing.txt
                          14 - I Didn't Understand.mp3|3282318
                          13 - Everybody Cares_ Everybody
Understands.mp3|6388819
                          12 - A Question Mark.mp3|3869756
                          11 - Bottle Up and Explode_.mp3|4276646
                          10 - Oh Well_ Okay.mp3|3686688
                          09 - Amity.mp3|3363805
                          08 - Waltz _1.mp3|4863446
                          07 - Bled White.mp3|4865956
                          06 - Independence Day.mp3|4441524
                          05 - Pitseleh.mp3|4864700
                          04 - Baby Britain.mp3|4654052
                          03 - Waltz _2 (XO).mp3|6726086
                          02 - Tomorrow Tomorrow.mp3|4494943
                          01 - Sweet Adeline.mp3|4705462
                          00 - XO.nfo|642
                  Movies
                          Elliott Smith - XO Promo Commercial.rm|197823
                          Elliott Smith - Waltz _2 (XO) (Saturday Night Live -
17 Octob.rm|1673402
                          Elliott Smith - Son of Sam.rm|1227157
                          Elliott Smith - Son of Sam.mov|12246597
                          Elliott Smith - Miss Misery.rm|1182037
                          Elliott Smith - Miss Misery (Late Night With Conan
O'Brien - .rm|1290029
                          Elliott Smith - Coming Up Roses.rm|1249756
                  Figure 8 (2000)
                          16 - Bye.mp3|2703017
                          15 - Can't Make a Sound.mp3|6232070
                          14 - I Better Be Quiet Now.mp3|5163769
                          13 - Pretty Mary K.mp3|3747507
                          12 - Happiness.mp3|7309142
                          11 - Color Bars.mp3|3358802
                          10 - Wouldn't Mama Be Proud.mp3|4943088
                          09 - Easy Way Out.mp3|3944363
                          08 - Stupidity Tries.mp3|6338019
                          07 - In the Lost and Found (Honky Tonk
Beach).mp3|6553078
                          06 - L_A_.mp3|4662827
                          05 - Everything Means Nothing to Me Now.mp3|3467908
                          04 - Everything Reminds Me of Her.mp3|3788899
                          03 - Junk Bond Trader.mp3|5516103
                          02 - Somebody That I Used to Know.mp3|3108043
                          01 - Son of Sam.mp3|4427731
                          00 - Figure 8.nfo|749
                  Elliott Smith (1995)
                          12 - The Biggest Lie.mp3|3814111
                          11 - The White Lady Loves You More.mp3|3502537
                          10 - Good to Go.mp3|3473678
                          09 - St_ Ides Heaven.mp3|4326946
                          08 - Alphabet Town.mp3|6046637
                          07 - Satellite.mp3|3502516
                          06 - Coming Up Roses.mp3|4577722
                          05 - Single File.mp3|3518818
                          04 - Southern Belle.mp3|4476157
                          03 - Clementine.mp3|3995291
                          02 - Christian Brothers.mp3|6501173
                          01 - Needle in the Hay.mp3|6161998
                          00 - Elliott Smith.nfo|601
                  Roman Candle (1994)
                          09 - Kiwi Maddog 20_20.mp3|5303691
                          08 - Last Call.mp3|6676679
                          07 - No Name _4.mp3|3604053
                              Page 31
```

```
                         ShareListing.txt
                    06 - Drive All Over Town.mp3|3763931
                    05 - No Name _3.mp3|4642263
                    04 - No Name _2.mp3|5159488
                    03 - No Name _1.mp3|4397757
                    02 - Condor Ave.mp3|5160742
                    01 - Roman Candle.mp3|5219676
                    00 - Roman Candle.nfo|497
               Elliott Smith - Because.mp3|2239809
          Elliott_Smith-Form_A_Basement_on_the_Hill-Retail-2004-OBC
```

15-elliott_smith-a_distorted_reality_is_now_a_now_a_necessity_to_be_free-obc.mp3|650
8554

```
                    14-elliott_smith-little_one-obc.mp3|4679690
                    13-elliott_smith-memory_lane-obc.mp3|3622922
                    12-elliott_smith-shooting_star-obc.mp3|8681482
                    11-elliott_smith-last_hour-obc.mp3|5040138
                    10-elliott_smith-a_passing_feeling-obc.mp3|5142538
                    09-elliott_smith-twilight-obc.mp3|6467594
                    08-elliott_smith-ostriches_and_chirping-obc.mp3|817162
                    07-elliott_smith-kings_crossing-obc.mp3|7205128
                    06-elliott_smith-a_fond_farewell-obc.mp3|5713930
                    05-elliott_smith-strung_out_again-obc.mp3|4626442
                    04-elliott_smith-dont_go_down-obc.mp3|6582578
                    03-elliott_smith-pretty_(ugly_before)-obc.mp3|6858762
                    02-elliott_smith-lets_get_lost-obc.mp3|3536906
                    01-elliott_smith-coast_to_coast-obc.mp3|8060938
```

00-elliott_smith-from_a_basement_on_the_hill-retail-2004-obc.sfv|804

00-elliott_smith-from_a_basement_on_the_hill-retail-2004-obc.nfo|6648

00-elliott_smith-from_a_basement_on_the_hill-retail-2004-obc.m3u|639
```
               Smith, Elliott - Thirteen.mp3|4074897
               Elliott Smith movie clips-good will hunting-wicked smart.mp3|805432
               Elliott Smith - XO - 14 - I Didn't Understand.mp3|2198431
               Elliott Smith - Wouldn't Mama Be Proud.mp3|3286102
               Elliott Smith - St. Ides.mp3|2875269
               elliott smith - speed trials.mp3|2905790
               Elliott Smith - Son Of Sam.mp3|2952523
               elliott smith - some song (1).mp3|2065136
               elliott smith - rose parade.mp3|3340468
               Elliott Smith - No Name #3.mp3|3022106
               elliott smith - needle in the hay.mp3|6210175
               Elliott Smith - miss misery (live).mp3|2397461
               elliott smith - Miss Misery (Acoustic).mp3|2861600
               Elliott Smith - Jealous Guy.mp3|3733211
               Elliott Smith - How To Take A Fall.mp3|2721878
               elliott smith - good will hunting.mp3|2798072
               Elliott Smith - Everything Reminds Me Of Her.mp3|3779525
               elliott smith - Elliot Smith Oh well, okay.mp3|2448719
               elliott smith - elliot smith harvest moon elliott smith.mp3|2869099
               elliott smith - easy way out.mp3|3990593
               elliott smith - bled white.mp3|3218064
               elliott smith - bled white (1).mp3|3217680
               Elliott Smith - Between the Bars.mp3|2238144
               Elliott Smith - Baby Britain.mp3|3098158
               Elliott Smith - Baby Britain (1).mp3|3067696
               Elliot Smith live - I Me Mine.mp3|2635776
               Elliot Smith 03 - Ballad Of Big Nothing.mp3|2698482
               Elliot Smith - XO - 12 - A Question Mark.mp3|2571721
               Elliot Smith - Waterloo Sunset (1).mp3|1537410
               Elliot Smith - Waltz #2.mp3|4452645
               Elliot Smith - The Biggest Lie.mp3|2554532
                         Page 32
```

```
                           ShareListing.txt
          Elliot Smith - Sweet Adeline.mp3|3141622
          Elliot Smith - Say Yes.mp3|2130048
          Elliot Smith - Satellite.mp3|2326528
          Elliot Smith - Punch And Judy.mp3|2332272
          Elliot Smith - Miss Misery.mp3|3070850
          Elliot Smith - Independence Day.mp3|2920448
          Elliot Smith - Figure 8 - 06 - LA.mp3|4708605
          Elliot Smith - Everything Reminds Me Of Her.mp3|2523638
          Elliot Smith - Everything Reminds Me Of Her (1).mp3|2523765
          Elliot Smith - Coming Up Roses.mp3|3011926
          Elliot Smith - Clouds (acoustic).mp3|1028096
          Elliot Smith - 245 Am.mp3|3188331
          (08) Stupidity Tries.mp3|6319598
Cuban Links
          Cuban Link - Tellin' Lies.mp3|5268513
Deathcab for Cutie
          Death Cab For Cutie
                    2000 - Forbidden Love EP
                         Thumbs.db|9216
                         album-front.jpg|21569
                         05 - company calls epilouge (alternate).mp3|6651118
                         04 - 405 (acoustic).mp3|4103228
                         03 - song for kelly huckaby.mp3|5990602
                         02 - technicolor girls.mp3|4782105
                         01 - photobooth.mp3|4189209
                    1999 - Something About Airplanes
                         Thumbs.db|8192
                         album-front.jpg|6968
                         10 - Line of Best Fit.mp3|11836897
                         09 - Fake Frowns.mp3|8010491
                         08 - Amputations.mp3|8762924
                         07 - The Face That Launched 1000 Sh.mp3|5952817
                         06 - Sleep Spent.mp3|6239951
                         05 - Pictures In An Exhibition.mp3|6670147
                         04 - Your Bruise.mp3|7046331
                         03 - Champagne From A Paper Cup.mp3|4745042
                         02 - President of What.mp3|7203816
                         01 - Bend to Squares.mp3|7600619
                    2000 - We Have the Facts and We're Voting Yes
                         Thumbs.db|8192
                         album-front.jpg|7429
                         10 - Scientist Studies.mp3|8566784
                         09 - No Joy In Mudville.mp3|8734720
                         08 - Company Calls Epilogue.mp3|7606272
                         07 - Company Calls.mp3|4796416
                         06 - Little Fury Bugs.mp3|5505258
                         05 - 405.mp3|5232640
                         02 - The Employment Pages.mp3|5882201
                         01 - Title Track.mp3|5038080
                    2002 - You Can Play These Songs With Chords
                         Thumbs.db|8192
                         album-front.jpg|7293
                         18 - Army Corps of Architects.mp3|6816571
                         17 - Song For Kelly Huckaby.mp3|5581500
                         16 - Prove my Hypotheses.mp3|6062359
                         15 - Wait.mp3|5172090
                         14 - State Street Residential.mp3|8441597
                         13 - Flusteredhey Tomcat!.mp3|4249881
                         12 - Tomorrow.mp3|3310087
                         11 - New Candles.mp3|4401590
                         10 - Tv Trays.mp3|5826619
                         09 - This Charming Man.mp3|3249904
                         08 - Line of Best Fit.mp3|8398957
                              Page 33
```

```
                    ShareListing.txt
            07 - Two Cars.mp3|5085577
            06 - Amputations.mp3|5847938
            05 - That's Incentive.mp3|3210411
            04 - Hindsight.mp3|5481804
            03 - Pictures In An Exhibition.mp3|5835413
            02 - Champagne From A Paper Cup.mp3|3722630
            01 - President of What.mp3|5923804
      2002 - Stability EP
            Thumbs.db|7680
            album-front.jpg|5064
            04 - gridlock caravans.mp3|1853440
            03 - stability.mp3|17801262
            02 - all is full of love.mp3|4749312
            01 - 20th century towers.mp3|6633680
      2002 - We Laugh Indoors EP
            03 - i was a kaleidoscope (live).mp3|4179220
            02 - for what reason (alternate).mp3|5347207
            01 - we laugh indoors (new mix).mp3|7202317
      2003 - Transatlanticism
            Thumbs.db|8192
            album-front.jpg|8157
            11 - A Lack of Color.mp3|5193154
            10 - We Looked Like Giants.mp3|7998078
            09 - Death of An Interior Decorator.mp3|4249611
            08 - Passenger Seat.mp3|5331081
            07 - Transatlanticism.mp3|11413014
            06 - Tiny Vessels.mp3|6292805
            05 - The Sound of Settling.mp3|3183288
            04 - Expo '86.mp3|6038895
            03 - Title and Registration.mp3|5272776
            02 - Lightness.mp3|5055855
            01 - The New Year.mp3|5923538
      2001 - The Photo Album
            Thumbs.db|8192
            album-front.jpg|1531
            14 - Stability.mp3|17801262
            13 - All is Full of Love.mp3|4749984
            12 - 20th Century Towers.mp3|6633680
            10 - Debate Exposes Doubt.mp3|6639012
            09 - Coney Island.mp3|3854336
            08 - Styrofoam Plates.mp3|5192863
            07 - I was a Kaleidoscope.mp3|2727936
            06 - Blacking Out the Friction.mp3|3350614
            05 - Why You'd Want to Live Here.mp3|4560905
            04 - Information Travels Faster.mp3|5824512
            03 - We Laugh Indoors.mp3|4779983
            02 - Movie Script Ending.mp3|4153344
            01 - Steadier Footing.mp3|1723384
deathcab for cutie_company.mp3|3215320
Deathcab For Cutie - We Laugh Indoors.mp3|4805195
Deathcab For Cutie - Song For Kelly Huckaby.mp3|3950970
Deathcab For Cutie - Scientist Studies.mp3|5746147
Deathcab For Cutie - Photobooth.mp3|3666382
Deathcab For Cutie - No Joy In Mudville.mp3|5858996
Deathcab For Cutie - Furry Little Bugs.mp3|3694636
Deathcab For Cutie - For What Reason.mp3|2785282
Deathcab For Cutie - A Movie Script Ending.mp3|4185320
Deathcab - Track 8.mp3|5094799
Deathcab - For_What_Reason.mp3|2777090
Death-Cab-For-Cutie-101601-Underwater.mp3|4863596
Death Cab For Cutie - Your Bruise.mp3|2575404
Death Cab For Cutie - The Face That Launched 1000 Sh.mp3|3577939
Death Cab For Cutie - The Employment Pages.mp3|5899163
```

```
                         ShareListing.txt
        Death Cab For Cutie - Sleep Spent.mp3|4376572
        Death Cab For Cutie - President Of What.mp3|4854571
        Death Cab For Cutie - Pictures In An Exhibition.mp3|3700947
        Death Cab For Cutie - Photobooth.mp3|3666046
        Death Cab For Cutie - No Joy In Mudville.mp3|5828067
        Death Cab For Cutie - Hindsight (1).mp3|3572477
        Death Cab For Cutie - For What Reason.mp3|4142166
        Death Cab For Cutie - Fake Frowns.mp3|4372215
        Death Cab For Cutie - Company Calls.mp3|3213648
        Death Cab For Cutie - Company Calls Epilogue.mp3|7642389
        Death Cab For Cutie - Champagne From A Paper Cup.mp3|2567489
        Death Cab For Cutie - Amputations.mp3|3579049
        Death Cab For Cutie - A Movie Script Ending.mp3|6260905
        Death Cab For Cutie - 405.mp3|5247606
        Death Cab For Cutie - 04. 405 (Acoustic).mp3|2905553
        171_Untitled.WMA|1383829
Dave Mathews
        Thumbs.db|8704
        Dave Matthews - In My Life (10-2-01).mp3|2411095
        Dave Mathews Band - The Space Between.mp3|2951108
Sublime
        Greatest Hits
                10 Pool Shark.wma|468345
                09 Doin' Time.wma|2020543
                08 Badfish.wma|1531047
                07 Saw Red.wma|960667
                06 Date Rape.wma|1750197
                05 Smoke Two Joints.wma|1411007
                04 40 Oz. To Freedom.wma|1489039
                03 Santeria.wma|1486067
                02 Wrong Way.wma|1110823
                01 What I Got.wma|1390041
        Sublime- 40 Oz. To Freedom.mp3|2947576
        Sublime Feat Snoop Dogg - Summertime [Remix, Unreleased].mp3|4354400
        Sublime - Waiting For Bud.mp3|1002226
        Sublime - Sumertime.mp3|4063819
        Sublime - STP.mp3|2850224
        Sublime - Steppin' Razor.mp3|2328360
        Sublime - Santeria.mp3|2952173
        Sublime - Lincoln Highway Dub.mp3|2276971
        Sublime - Doin' Time (Wyclef Jean Remix).mp3|3733432
        Sublime - Doin Time (Snoop Dogg Remix).mp3|5576112
        Sublime - Dj Boss.mp3|3189992
        Sublime - Caress Me Down.mp3|3000825
        Sublime - Badfish.mp3|3010454
        Sublime (Wyclef Jean Version) - Doin' Time.mp3|3733464
        Sublime & Pharcyde - Summertime (Hip-Hop).mp3|3726880
        Sublime & Pharcyde - Doin' Time.mp3|4055764
Orgy
        Orgy  Candyass
                Orgy Candyass.m3u|823
                12 Orgy - Dizzy.MP3|4849664
                11 Orgy - Revival.MP3|6049679
                10 Orgy - Pantomime.MP3|6506718
                09 Orgy - All the Same.MP3|5945344
                08 Orgy - Gender.MP3|6471680
                07 Orgy - Blue Monday.MP3|6455296
                06 Orgy - Fiend.MP3|6508544
                05 Orgy - Fetisha.MP3|5863424
                04 Orgy - Plantinum.MP3|5392384
                03 Orgy - Dissention.MP3|5138432
                02 Orgy - Stitches.MP3|4816896
                01 Orgy - Social Enemies.MP3|5953758
                         Page 35
```

```
                        ShareListing.txt
        Orgy - Fiction (Dreams In Digital).mp3|3327041
Disturbed
        Disturbed - Stupify.mp3|4414028
Blink 182
        Blink 182 - Damnit.mp3|2656048
Guster
        Guster - What You Wish For.mp3|3728240
        Guster - Demons.mp3|4273167
The Matrix
        Crystal Method - Matrix Theme Song.mp3|1388800
Commodores
        Catalinas - Sexy Lady.mp3|3475706
John Denver
        Mamas And The Papas - Leaving On A Jet Plane.mp3|3926144
        John Denver - Leaving On A Jet Plane.mp3|3328186
Lil John and the Eastside Boys
        Lil Jon And The Eastside Boyz - Bia Bia Remix Dirty F
Ludacr.mp3|3655123
        Lil Jon And The East Side Boyz - Bia-Bia !!!.mp3|3800181
        Get Low.MP3|2331920
House of Pain
        House Of Pain - I'm A Swing It.mp3|3606196
Kurupt
        RAP - Kurupt - Ride With Us.mp3|3966568
Blue Cantrell
        Blue Cantrell -(Hey Ladies) Hit Him Up Style.mp3|3889215
dISPATCH
        Whirlwind.mp3|3587216
        Track 9.mp3|4635617
        Track  10.mp3|3265010
        Dispatch- 10ft 5ft bag em.mp3|2229267
        Dispatch Live At Westminster.mp3|9442787
        Dispatch - Who Are We Living For - 09 - How Now.mp3|2574385
        Dispatch - What Do You Wanna Be.mp3|3229949
        Dispatch - Walk With You.mp3|6512768
        Dispatch - Two Coins.mp3|3003164
        Dispatch - Time Served.mp3|3040488
        Dispatch - The General.mp3|3975630
        Dispatch - Steeples.mp3|3131979
        Dispatch - Root Down.mp3|3777208
        Dispatch - Railway.mp3|2998441
        Dispatch - Questioned Apocalypse.mp3|3546000
        Dispatch - Passerby.mp3|3783220
        Dispatch - Outloud.mp3|3265010
        Dispatch - Open Up.mp3|4551081
        Dispatch - Mission.mp3|2984064
        Dispatch - Mayday (1).mp3|3291264
        Dispatch - Hey, Hey.mp3|4446336
        Dispatch - Here We Go.mp3|5316736
        Dispatch - Headlights.mp3|5363213
        Dispatch - Granite.mp3|2450831
        Dispatch - Four Day Trials.mp3|3989632
        Dispatch - Flying Horses.mp3|3914893
        Dispatch - Feelin' Alright - You Cut It, You Match It.mp3|3607450
        Dispatch - Elias.mp3|4669150
        Dispatch - Drive.mp3|2888230
        Dispatch - Dispatch - Hubs.mp3|3798188
        Dispatch - Cover This.mp3|3677444
        Dispatch - Carry You.mp3|3095760
        Dispatch - Bullet Holes.mp3|3983488
        Dispatch - Bridges.mp3|3010688
        Dispatch - Bats In The Belfry.mp3|3965056
        Dispatch - Bang Bang.mp3|3245622
                        Page 36
```

```
                         ShareListing.txt
        Dispatch & Pat Mcgee Band - Piano Man.mp3|6751472
Erasure
        Erasure - Take A Chance On Me.mp3|3545472
X-ecutioners
        X-Ecutioners - Turntable EXhibition.mp3|2685558
        X-Ecutioners - The Turntablist Anthem.mp3|3673902
        X-Ecutioners - The Countdown.mp3|6351435
        X-Ecutioners - The Cipher.mp3|3878544
        X-Ecutioners - Table Talk.mp3|2469096
        X-Ecutioners - Solve For X.mp3|2377981
        X-Ecutioners - Scratch To This.mp3|737283
        X-Ecutioners - Raida's Theme.mp3|3377196
        X-Ecutioners - Pianos From Hell.mp3|3033257
        X-Ecutioners - One Man Band.mp3|2962205
        X-Ecutioners - Get Started.mp3|3054992
        Word Play.mp3|2578816
        Jinusean 3-03- Real Wunz-Feat. F-Cypresshill.mp3|4857984
Mitch Hedberg
        Mitch All Together [CD & DVD] Disc 1
                17 Movie Pot.wma|1688495
                16 X.wma|1598839
                15 Bed and Breakfast.wma|4180503
                14 Mitch in the S'th.wma|2584911
                13 Saved by the Buoyancy of Citrus.wma|2220403
                12 Arrows.wma|2351825
                11 Three Easy Payments.wma|2047075
                10 Sesame Seeds.wma|1551053
                09 Business Cards.wma|2327937
                08 The Pipe.wma|2023149
                07 Pop.wma|2519147
                06 Houses.wma|2292065
                05 Candy Bars.wma|2035105
                04 Teeth.wma|1849839
                03 Not Track Five, Not Chainsaw Juggler.wma|1096925
                02 Sandwiches.wma|2256217
                01 This CD Is in Stores.wma|3570957
        Modest Mouse - Crazy Gnome.mp3|3614848
        Mitch Hedburg - Track 21.mp3|944845
        Mitch Hedburg - pizza hut.mp3|652562
        mitch hedburg - oatmeal.mp3|1839232
        Mitch Hedburg - Long Hair Cake Eater.mp3|3125465
        Mitch Hedburg - Koala Bears.mp3|3103056
        Mitch Hedburg - Instant oatmeal.mp3|2947072
        Mitch Hedburg - Comedy Cd.mp3|45786616
        Mitch Hedburg - Cell Phones and Pagers.mp3|2997603
        Mitch Hedberg.mp3|70081507
        Mitch Hedberg-5 Minute Warning To Escalator.mp3|2129149
        Mitch Hedberg - Track 9.mp3|3021554
        Mitch Hedberg - Stand-up comedy.mp3|45407736
        Mitch Hedberg - Stand-Up (1).mp3|32819200
        Mitch Hedberg - Rodeo Clowns.mp3|2252790
        Mitch Hedberg - Nonstop Hockey Love (NHL).mp3|962103
        Mitch Hedberg - Late Show 10-21-98.mp3|5546112
        Mitch Hedberg - HBO Special.mp3|33093760
        Mitch Hedberg - Gospel Hockey Love.mp3|960055
        mitch hedberg - Easy Chair Hockey Love.mp3|952367
        mitch hedberg - Corn On The Cob.mp3|2998400
        Mitch Hedberg - CCP - Mitch Hedberg.mp3|9870025
        Mitch Hedberg (1).mp3|60922903
the vines
        Vines - Ride.mp3|5114053
Nelly
        Where The Party At.mp3|5601973
                         Page 37
```

ShareListing.txt

New Artist - Nelly + Lil Wayne - 4 My Nigga.mp3|4010068
Nelly Feat. 2ms (Unreleased Demo From Upcoming Album) All
Ab.mp3|3479178
Nelly - Hot In Herre Full Song! (1).mp3|3687280
Nelly - E.i..mp3|6883670
Nelly - Dilemma Ft Kelly Rowland.mp3|4658962
Nelly - Country Grammer.mp3|3155803
Nelly - 10 - Dilemma Ft Kelly Rowland - music-madness.wma|3506134
Girlfriend Remix With Nelly.mp3|4573782
Neptunes
neptunes - Rock Star.mp3|2202021
Rahzel
RZA Feat The Roots & Rahzel - Beat Boxing Freestyle.mp3|4880512
Rap - Rahzel - If Your Mother Only Knew Clean (1).mp3|1497174
Rahzel, Big Tig And Youngbleed - Rahzel - Rap City
Freestyle.mp3|3512784
Rahzel Vs. Dj Scribble- Battle 2.mp3|10719360
Rahzel Feat. Dj Skribble & Dj Slinky - The Battle.mp3|5523584
Rahzel F. Method Man - Freestyles.mp3|3223680
Rahzel F Slick Rick - Night Ri.mp3|3413347
Rahzel And RZA - Freestylin'.mp3|3225984
Rahzel And Erica Badu - Southern Girl.mp3|3029914
Rahzel - If Your Mother Only Knew (Inte.mp3|10357490
Rahzel - If Your Mother Only Kew.mp3|4366464
Rahzel - Beat Box Battle.mp3|7907706
Rahzel - Art Of Noise Moments In Love Beat Boxing.mp3|1509504
GZA , RZA , Rhazel(Beatboxing) - Freestyle.mp3|4881024
Extended - Rahzel - If Your Mother Only Knew (Extended).mp3|10357072
Black Thought Ft. Rahzel - On The Go Graffiti -
Freestyle.mp3|3995776
Hieroglyphics
Hieroglyphics - At The Helm.mp3|4157568
Hieroglyphics With Souls Of Mischief - Cab Fare.mp3|3846272
Hieroglyphics - Extra Prolific - Let It Ride Feat Tajai.mp3|4020352
franz ferdinand
Franz Ferdinand - Franz Ferdinand
12 C'mon C'mon.mp3|3182725
11 40 Ft.mp3|3271425
10 come_on_home.mp3|5442917
09 michael.mp3|4840429
08 Darts Of Pleasure.mp3|4327124
07 this_fire.mp3|6121892
06 cheating on you.mp3|3418123
05 auf asche.mp3|6243518
04 the dark of the matinee.mp3|5852308
03 Take Me Out.mp3|5689344
02 Tell Her Tonight.mp3|3301729
01 Jacqueline.mp3|5496832
Unknown Artist
Franz Ferdinand - Franz Ferdinand
11 40 Ft.mp3|4907008
10 Come On Home.mp3|5439488
09 Michael.mp3|4837376
08 Darts Of Pleasure.mp3|4329359
07 This Fire.mp3|6119424
06 Cheating On You.mp3|3768320
05 Auf Asche.mp3|6240256
04 The Dark Of The Matinee.mp3|5849088
03 Take Me Out.mp3|5695488
02 Tell Her Tonight.mp3|3305472
01 Jacqueline.mp3|5500928
Unknown Album (8-27-2004 1-03-54 AM)
11 Track 11.wma|5470163
Page 38

```
                       ShareListing.txt
                 10 Track 10.wma|4879595
                 09 Track 9.wma|4360611
                 08 Track 8.wma|3805835
                 07 Track 7.wma|6284431
                 06 Track 6.wma|5881771
                 05 Track 5.wma|5738603
                 04 Track 4.wma|3340539
                 03 Track 3.wma|6168107
                 02 Track 2.wma|5532799
                 01 Track 1.wma|4942231
The Strokes
       The Strokes - Last Night.mp3|3141091
Rooney
       Rooney-Rooney-2003-iRO
                 11-rooney-losing_all_control-iro.mp3|7051907
                 10-rooney-simply_because-iro.mp3|6528878
                 09-rooney-that_girl_has_love-iro.mp3|5986158
                 08-rooney-sorry_sorry-iro.mp3|5432959
                 07-rooney-daisy_duke-iro.mp3|6513706
                 06-rooney-im_shakin-iro.mp3|6634416
                 05-rooney-popstars-iro.mp3|7400763
                 04-rooney-im_a_terrible_person-iro.mp3|4630392
                 03-rooney-if_it_were_up_to_me-iro.mp3|5456236
                 02-rooney-stay_away-iro.mp3|6046752
                 01-rooney-blueside-iro.mp3|5618411
                 00-rooney-rooney-2003-iro.sfv|1436
                 00-rooney-rooney-2003-iro.nfo|5353
                 00-rooney-rooney-2003-iro.m3u|364
       Stay Away.mp3|4180723
       Rooney___hey.mp3|2777425
       Rooney -why Try.mp3|3958978
       Rooney - You're On The Edge.mp3|5009408
       Rooney - Turn Yourself Away.mp3|3999744
       Rooney - Turn Away.mp3|3000320
       Rooney - The Floor.mp3|3021931
       Rooney - Sorry Sorry.mp3|1417088
       Rooney - Simply Because.mp3|3087794
       Rooney - Rooney - 02 - Stay Away.mp3|5112378
       Rooney - popstars.mp3|3969009
       Rooney - No Wait, But Listen, I'm Talking To You (Gone).mp3|3260150
       Rooney - Meltdown.mp3|787864
       rooney - melt down.mp3|6260736
       Rooney - Mellow Song.mp3|5564416
       Rooney - Losing All Control.mp3|4237689
       Rooney - Live - Daisy Duke.wma|1921486
       Rooney - it goes to bed (1).mp3|3202054
       Rooney - If It Were Up To Me.mp3|2525239
       Rooney - I'm A Terrible Person.mp3|2671315
       Rooney - I'm A Terrible Person (1).mp3|4002671
       Rooney - Find Myself.mp3|2267136
       rooney - daisyduke [studio].mp3|5451776
       Rooney - Daisy Duke .mp3|4694290
       Rooney - Blueside.mp3|4605952
       Rooney - Blueside (New Version).mp3|4818005
       Rooney - Blue Side.mp3|3684020
       rooney - 9That Girl Has Love.mp3|3396673
       Jet - That Girl Has Love.mp3|2549616
       ABCs Of Love.mp3|4923645
       14-rooney-here_today_gone_tomorrow-pul.mp3|4188130
       10 - Simply Because.mp3|3914107
       09-That Girl Has Love.mp3|5082260
       06 - Im Shakin.mp3|5142528
DJ Shadow
```

```
                          ShareListing.txt
            Dj Shadow & Qbert - Side Two.mp3|10143872
        wilco
            wilco -  a ghost is born
                    11 less than you think.mp3|17277227
                    10 theologians.mp3|5256229
                    09 i'm a wheel.mp3|3836838
                    08 company in my back.mp3|5486328
                    07 wishful thinking.mp3|6813553
                    06 handshake drugs.mp3|8868657
                    05 hummingbird.mp3|4651232
                    04 muzzle of bees.mp3|7155858
                    03 spiders (kidsmoke).mp3|15566250
                    02 hell is chrome.mp3|6730167
                    01 at least that's what you said.mp3|8025452
            Wilco_-_Live_at_Werchter_2004--MAiNSTAGE
                    Wilco_-_Live_at_Werchter_2004--MAiNSTAGE.sfv|335
                    Wilco_-_Live_at_Werchter_2004--MAiNSTAGE.nfo|5324
                    Wilco_-_Live_at_Werchter_2004--MAiNSTAGE.asf|105197849
            wilco
                    [1998] Mermaid Avenue
                        Billy Bragg & Wilco  - Mermaid Avenue - 15 - The
Unwelcome Guest.mp3|4894858
                        Billy Bragg & Wilco  - Mermaid Avenue - 14 - Another
Man's Done Gone.mp3|1542144
                        Billy Bragg & Wilco  - Mermaid Avenue - 13 -
Hesitating Beauty.mp3|2977470
                        Billy Bragg & Wilco  - Mermaid Avenue - 12 - Eisler
On The Go.mp3|2849784
                        Billy Bragg & Wilco  - Mermaid Avenue - 11 - One By
One.mp3|3299328
                        Billy Bragg & Wilco  - Mermaid Avenue - 10 - I Guess
I Planted.mp3|3416118
                        Billy Bragg & Wilco  - Mermaid Avenue - 09 - Christ
For President.mp3|2603648
                        Billy Bragg & Wilco  - Mermaid Avenue - 08 - Ingrid
Bergman.mp3|1769281
                        Billy Bragg & Wilco  - Mermaid Avenue - 07 - At My
Window Sad And Lonely.mp3|3319936
                        Billy Bragg & Wilco  - Mermaid Avenue - 06 - She
Came Along To Me.mp3|3335870
                        Billy Bragg & Wilco  - Mermaid Avenue - 05 - Hoodoo
Voodoo.mp3|3084515
                        Billy Bragg & Wilco  - Mermaid Avenue - 04 - Birds
And Ships.mp3|2162144
                        Billy Bragg & Wilco  - Mermaid Avenue - 03 - Way
Over Yonder In The Minor Key.mp3|3933120
                        Billy Bragg & Wilco  - Mermaid Avenue - 02 -
California Stars.mp3|4778624
                        Billy Bragg & Wilco  - Mermaid Avenue - 01 - Walt
Whitman's Niece.mp3|4678451
                    [2004] A Ghost Is Born
                        Wilco - A Ghost Is Born - 12 - The Late
Greats.mp3|3628390
                        Wilco - A Ghost Is Born - 11 - Less Than You
Think.mp3|17277048
                        Wilco - A Ghost Is Born - 10 -
Theologians.mp3|5256058
                        Wilco - A Ghost Is Born - 09 - I'm A
Wheel.mp3|3836668
                        Wilco - A Ghost Is Born - 08 - Company In My
Back.mp3|5486151
                        Wilco - A Ghost Is Born - 07 - Wishful
Thinking.mp3|6813378
```

ShareListing.txt
Wilco - A Ghost Is Born - 06 - Handshake Drugs.mp3|8868483
Wilco - A Ghost Is Born - 05 - Hummingbird.mp3|4651062
Wilco - A Ghost Is Born - 04 - Muzzle Of Bees.mp3|7155685
Wilco - A Ghost Is Born - 03 - Spiders (Kidsmoke).mp3|15566073
Wilco - A Ghost Is Born - 02 - Hell Is Chrome.mp3|6729994
Wilco - A Ghost Is Born - 01 - At Least That's What You Said.mp3|8025264
[2002] Yankee Hotel Foxtrot
Wilco - Yankee Hotel Foxtrot - 11 - Reservations.mp3|7141128
Wilco - Yankee Hotel Foxtrot - 10 - Poor Places.mp3|5128205
Wilco - Yankee Hotel Foxtrot - 09 - Pot Kettle Black.mp3|3259345
Wilco - Yankee Hotel Foxtrot - 08 - I'm The Man Who Loves You.mp3|3748135
Wilco - Yankee Hotel Foxtrot - 07 - Heavy Metal Drummer.mp3|3050269
Wilco - Yankee Hotel Foxtrot - 06 - Ashes Of American Flags.mp3|4580726
Wilco - Yankee Hotel Foxtrot - 05 - Jesus, Etc..mp3|3742797
Wilco - Yankee Hotel Foxtrot - 04 - War On War.mp3|3700111
Wilco - Yankee Hotel Foxtrot - 03 - Radio Cure.mp3|4989766
Wilco - Yankee Hotel Foxtrot - 02 - Kamera.mp3|3390864
Wilco - Yankee Hotel Foxtrot - 01 - I Am Trying To Break Your Heart.mp3|6724344
[2000] Mermaid Avenue Volume 2
Billy Bragg & Wilco - Mermaid Avenue Vol II - 15 - Someday Some Morning Sometime.mp3|2740863
Billy Bragg & Wilco - Mermaid Avenue Vol II - 14 - Black Wind Blowing.mp3|2882178
Billy Bragg & Wilco - Mermaid Avenue Vol II - 13 - Meanest Man.mp3|3619202
Billy Bragg & Wilco - Mermaid Avenue Vol II - 12 - Joe Dimaggio Done It Again.mp3|2433024
Billy Bragg & Wilco - Mermaid Avenue Vol II - 11 - All You Fascists.mp3|2612525
Billy Bragg & Wilco - Mermaid Avenue Vol II - 10 - Against The Law.mp3|2931005
Billy Bragg & Wilco - Mermaid Avenue Vol II - 09 - Blood Of The Lamb.mp3|4107559
Billy Bragg & Wilco - Mermaid Avenue Vol II - 08 - Remember The Mountain Bed.mp3|6190942
Billy Bragg & Wilco - Mermaid Avenue Vol II - 07 - Stetson Kennedy.mp3|2556588
Billy Bragg & Wilco - Mermaid Avenue Vol II - 06 - Secrets Of The Sea.mp3|2601054
Billy Bragg & Wilco - Mermaid Avenue Vol II - 05 - I Was Born.mp3|1764065
Billy Bragg & Wilco - Mermaid Avenue Vol II - 04 - Hot Rod Hotel.mp3|3160539
Billy Bragg & Wilco - Mermaid Avenue Vol II - 03 - Feed Of Man.mp3|3970911
Billy Bragg & Wilco - Mermaid Avenue Vol II - 02 -

ShareListing.txt

My Flying Saucer.mp3|2116558

Billy Bragg & Wilco - Mermaid Avenue Vol II - 01 -
Airline To Heaven.mp3|4651979

AlbumArt_{6A62FE60-4817-4AE1-9DDB-F0DF2D34D2DE}_Small.jpg|2667

AlbumArt_{6A62FE60-4817-4AE1-9DDB-F0DF2D34D2DE}_Large.jpg|11443
                     [1996] Being There - Disk 1
                        Wilco - Being There (Disc 1) - 10 - Say You Miss
Me.mp3|3964928
                        Wilco - Being There (Disc 1) - 09 - Hotel
Arizona.mp3|3489424
                        Wilco - Being There (Disc 1) - 08 - What's The World
Got In Store.mp3|3035136
                        Wilco - Being There (Disc 1) - 07 - I Got You (At
The End Of The Century).mp3|3800589
                        Wilco - Being There (Disc 1) - 06 - Red-eyed And
Blue.mp3|2650418
                        Wilco - Being There (Disc 1) - 05 - Forget The
Flowers.mp3|2676864
                        Wilco - Being There (Disc 1) - 04 - Outtasite (Outta
Mind).mp3|2487687
                        Wilco - Being There (Disc 1) - 03 -
Monday.mp3|3422208
                        Wilco - Being There (Disc 1) - 02 - Far, Far
Away.mp3|3330259
                        Wilco - Being There (Disc 1) - 01 -
Misunderstood.mp3|5247104
                     [1996] Being There - Disk 2
                        Wilco - Being There (Disc 2) - 09 - Dreamer In My
Dreams.mp3|9702773
                        Wilco - Being There (Disc 2) - 08 - The Lonely
1.mp3|5564877
                        Wilco - Being There (Disc 2) - 07 - Why Would You
Wanna Live.mp3|6034487
                        Wilco - Being There (Disc 2) - 06 - (Was I) In Your
Dreams.mp3|3375498
                        Wilco - Being There (Disc 2) - 05 -
Kingpin.mp3|5113856
                        Wilco - Being There (Disc 2) - 04 - Someone Else's
Song.mp3|3231744
                        Wilco - Being There (Disc 2) - 03 - Outta Mind
(Outta Sight).mp3|3209074
                        Wilco - Being There (Disc 2) - 02 - Someday
Soon.mp3|2455596
                        Wilco - Being There (Disc 2) - 01 - Sunken
Treasure.mp3|6594560
            [1995] A.M
                        Wilco - A.M. - 13 - Too Far Apart.mp3|3601280
                        Wilco - A.M. - 12 - Blue Eyed Soul.mp3|3921920
                        Wilco - A.M. - 11 - Dash 7.mp3|3358720
                        Wilco - A.M. - 10 - Passenger Side.mp3|3430958
                        Wilco - A.M. - 09 - Should've Been In
Love.mp3|3470375
                        Wilco - A.M. - 08 - It's Just That
Simple.mp3|3624960
                        Wilco - A.M. - 07 - That's Not The Issue.mp3|3222397
                        Wilco - A.M. - 06 - I Thought I Held You.mp3|3674112
                        Wilco - A.M. - 05 - Pick Up The Change.mp3|2824111
                        Wilco - A.M. - 04 - Shouldn't Be Ashamed.mp3|3360768
                        Wilco - A.M. - 03 - Box Full Of Letters.mp3|3724103
                        Wilco - A.M. - 02 - Casino Queen.mp3|2648568
                        Wilco - A.M. - 01 - I Must Be High.mp3|2873344
                             Page 42

```
                                ShareListing.txt
                         [1999] Summer Teeth
                                Wilco - Summer Teeth - 15 - Candyfloss
[Bonus].mp3|2845432
                                Wilco - Summer Teeth - 14 - In A Future
Age.mp3|2849565
                                Wilco - Summer Teeth - 13 - Summer Teeth.mp3|3221768
                                Wilco - Summer Teeth - 12 - When You Wake Up Feeling
Old.mp3|3783922
                                Wilco - Summer Teeth - 11 - My Darling.mp3|3497202
                                Wilco - Summer Teeth - 10 - Elt.mp3|3626352
                                Wilco - Summer Teeth - 09 - Via Chicago.mp3|5339136
                                Wilco - Summer Teeth - 08 - How To Fight
Loneliness.mp3|3721428
                                Wilco - Summer Teeth - 07 - Pieholden
Suite.mp3|3307867
                                Wilco - Summer Teeth - 06 -
Nothing'severgonnastandinmyway (Again).mp3|3276800
                                Wilco - Summer Teeth - 05 - I'm Always In
Love.mp3|3540992
                                Wilco - Summer Teeth - 04 - We're Just
Friends.mp3|2640386
                                Wilco - Summer Teeth - 03 - A Shot In The
Arm.mp3|4161758
                                Wilco - Summer Teeth - 02 - She's A Jar.mp3|4532905
                                Wilco - Summer Teeth - 01 - Can't Stand
It.mp3|4541927
        Staight up
                Wu Tang & S.O.A.D - Shame.mp3|3875062
                Serj Of System Of A Down - Starlit Eyes.mp3|4313593
                M.C.U.D. Of (Hed)p.e. - I Know Where You're At.mp3|6851883
                Jonathan Of Korn - Take It Back.mp3|4422977
                Corey Of Slipknot - Requiem.mp3|5253862
        Busta Rhymes
                N7-5477692-Mop, Busta Rhymes, & Remy Martin - Ante Up
(Remix.mp3|3329408
                MOP Ft. Busta Rhymes - Ante Up (Rmx).mp3|5797332
        pennywise
                GIPSY KINGS - HOTEL CALIFORNIA.MP3|3752064
                07 - Pennywise - My God.mp3|2713683
        PJ Harvey
                PJ Harvey - Is That All There Is_.mp3|4948931
        Phish
                Phish And Blues Travelers - Gin And Juice (Cover).mp3|6199992
        Moby
                South Side (Radio Edit).mp3|3697403
        Garden State Soundtrack
                album art.gif|4403
                13 Bonnie Sommerville - Winding Road.mp3|5015244
                12 Frou Frou - Let Go.mp3|5810941
                11 Iron And Wine - Such Great Heights.mp3|5100120
                10 Simon and Garfunkel - The Only Living Boy In New York.mp3|5937290
                09 Thievery Corporation - Lebanese Blond.mp3|6185504
                08 Nick Drake - One Of These Things First.mp3|6819852
                07 Remy Zero - Fair.mp3|5495445
                06 Cary Brothers - Blue Eyes.mp3|6012680
                05 Colin Hay - I Just Don't Think I'll Ever G.mp3|6711296
                04 The Shins - New Slang.mp3|6156549
                03 Zero 7 - In The Waiting.mp3|6457344
                02 The Shine - Caring Is Creepy.mp3|5284972
                01 Coldplay - Don't Panic.mp3|3789723
        Misfits
                The Misfits - Blacklight.mp3|1403008
                The Misfits - Angelfuck.mp3|1557079
                                Page 43
```

```
                           ShareListing.txt
            Misfits - Where Eagles Dare.mp3|2069569
            Misfits - We Are 138.mp3|1634933
            Misfits - The Forbidden Zone.mp3|2306798
            Misfits - Teenagers From Mars.mp3|2462174
            Misfits - Teenagers From Mars (1).mp3|2615424
            Misfits - Saturday Night.mp3|2533820
            Misfits - Monster Mash.mp3|2329067
            Misfits - Mommy Can I Go Out And Kill Tonight_.mp3|1972293
            Misfits - Lost In Space.mp3|2390497
            Misfits - Last Caress.mp3|1900431
            Misfits - Kong At The Gates.mp3|1337388
            Misfits - I Turned Into A Martian.mp3|1670368
            Misfits - Green Hell.mp3|1828030
            Misfits - Dig Up Her Bones.mp3|2198311
            Misfits - Die, Die My Darling.mp3|3045902
            Misfits - Attitude.mp3|1463028
            Misfits - American Psycho.mp3|2044909
            Hot Water Music - Moonpies For Misfits.mp3|2636677
      Harr Potter
            Phish - Gin And Juice.mp3|1188994
            Harry Potter Soundtrack - 19 Harry Potter - Hedwigs Them.mp3|5021950
            Harry Potter Soundtrack - 15 Harry Potter - In The Devil.mp3|2274450
            Harry Potter Soundtrack - 14 Harry Potter - Fluffys Harp.mp3|2567149
            Harry Potter Soundtrack - 13 Harry Potter - The Invisibi.mp3|3169779
            Harry Potter Soundtrack - 10 Harry Potter - The Norwegia.mp3|2709838
            Harry Potter Soundtrack - 09 Harry Potter - Hogwarts For.mp3|3660988
            Harry Potter Soundtrack - 03 Harry Potter - The Arrival.mp3|4278731
            Harry Potter Soundtrack - 01 Harry Potter - Prologue.mp3|2141957
            C4AM95 III - Some Swords.mp3|3694386
            08 - Warning.mp3|3399223
      Dr. Dre
            Dr. Dre - Still D.R.E. (Feat Snoop Dogg).mp3|6630716
            Dr. Dre & Snoop Dogg - Nuthin But A G Thang.mp3|3841507
            Dr Dre And Ice Cube - Natural Born Killaz.mp3|6945494
            11 - Dr. Dre - The Next Episode (Feat Snoop Dogg And Nate
Do.mp3|3287680
      The Presidents of the United States of America
            Presidents Of The USA - Naked And Fa.mp3|3603988
            Presidents Of The USA - Clevland Rocks.mp3|1937786
            presidents of the united states - peaches.mp3|2413257
      Richie Havens
            Richie Havens - Follow.mp3|6149475
      Ani Difranco
            Ani Difranco-{up Up Up Up Up Up} 11 - Hat Shaped Hat.mp3|12480890
            Ani Difranco- Marrow.mp3|4882518
            Ani DiFranco - Marrow.mp3|5965756
            Ani DiFranco - Joyful Girl.mp3|4286018
            Ani Difranco - Freakshow.mp3|2420990
            Ani Difranco - 32 Flavors.mp3|5900416
            Ani Difranco (Dilate) - Joyful Girl.mp3|4903416
      evanescence
            My Immortal [Acoustic].mp3|4321280
            Evanesence  -imortal.wma|6373913
            Evanescence - Whisper (1).mp3|5241218
            Evanescence - Taking Over Me.mp3|3683066
            Evanescence - My Immortal.mp3|6514198
            Bring Me to Life.mp3|2379094
            01 Track 1.wma|5201725
      DJ Clue
            Dj Clue - Super Mario Bros. Mi.mp3|1751935
      Billy Idol
            Dead Or Alive - You Spin Me Right Round.mp3|3786514
            Dead Or Alive - You Spin Me Right Round (Techno Mix).mp3|7716992
                           Page 44
```

```
                              ShareListing.txt
        Fugazi
                Fugazi - Promises.mp3|3888992
                Fugazi - Fugazi - Styrofoam.mp3|2495427
                Fugazi - Afterthought.mp3|1427249
        New Mix
                Trobiz - High Degrees.mp3|5434012
                Straight Up - Angel's Son.mp3|3691460
                Spooks - Things I've Seen.mp3|4409656
                Snot Tribute - Strait Up - Divided (Brandon Boyd of
Incubus).mp3|5463103
                Radiohead - Paranoid Android.mp3|6175098
                NOFX - Thank God Its Monday.mp3|2396024
                Moby - Rob Dougan Clubbed To Death Ve.mp3|9583597
                Mix.cl4|8192
                Fonky Family - La Furie Et La Foi.mp3|3455354
                2 Skinnee J's - Stockholm Love.mp3|2431208
                11 - Dr. Dre - The Next Episode (feat Snoop Dogg and Nate
Do.mp3|3297408
                04 - Clubbed To Death - Rob D (Kurayamino Mix) - The Matrix
.mp3|10743936
        Memphis Bleek
                MEMPHIS BLEEK - Track 02.mp3|3535023
        Atari Teenage Riot
                Atari Teenage Riot - Sex.mp3|3432576
                Atari Teenage Riot - Sex Law Penetration.mp3|3417338
                Atari Teenage Riot - Revolution Action.mp3|428388
                Atari Teenage Riot - Raverbashing.mp3|3314871
                Atari Teenage Riot - Ghostchase.mp3|900047
                Atari Teenage Riot - Destroy 2000 Years Of Culture.mp3|3722316
                Atari Teenage Riot - Cyberpunks Are Dead.mp3|3455288
        CKY
                Cky2k Soundtrack - 03 - Sinking Fast.mp3|1971560
                Cky2k Cky - Promiscuous Daughter.mp3|3172020
                Cky - Rambo.mp3|467740
                Cky - Promiscuous Daughter.mp3|3172020
                CKY - My Pussy Is Burning.mp3|669824
                Cky - Fatfuck.mp3|2545166
                CKY - Eye Of The Tiger.mp3|1888216
                Cky - Bran's Freestyle.mp3|2409746
                Camp Kill Yourself -The Human Drive In Hi-Fi.mp3|3229280
                Camp Kill Yourself - Santa's Coming.mp3|106624
                Camp Kill Yourself - Rio Brave.mp3|3062514
                Camp Kill Yourself - Lost In A Contraption.mp3|3267314
                Camp Kill Yourself - Disengage The Simulator.mp3|2959535
                Camp Kill Yourself - 96 Quite Bitter Beings.mp3|3250596
        Fugees
                Fugees - Strumming My Pain With His Fingers.mp3|6006619
        Sound Garden
                Soundgarden- Blackhole Sun.mp3|1492856
                Soundgarden - Black Hole Sun.mp3|5120584
        Nirvana
                Nirvana_-_Dumb_(Unplugged).mp3|2772461
                Nirvana - The Man Who Sold The World.mp3|4176726
                Nirvana - The Man Who Sold The World (Unplugged).mp3|1040592
                Nirvana - Polly.mp3|3165332
                Nirvana - Pennyroyal Tea.mp3|3534145
                Nirvana - Oh Me.mp3|3295001
                Nirvana - Lithium.mp3|4130540
                Nirvana - Lake Of Fire.mp3|2814955
                Nirvana - Heart Shaped Box.mp3|4507945
                Nirvana - Dumb.mp3|2456432
                Nirvana - Come As You Are.mp3|4067717
                Nirvana - All Apologies.mp3|4214342
                              Page 45
```

```
                              ShareListing.txt
          Nirvana - About A Girl.mp3|3475813
          Copy of Nirvana - Heart Shaped Box.mp3|4513476
          05 - Nirvana - Polly.mp3|4714963
Sprung Monkey
          Party Like A Rock Star.mp3|2484216
Ron Isley
          Ron Isley - Sexy Lady.mp3|3308003
Ramstein
          Ramstein - Du Hast.mp3|3295287
SNL
          Tracy Morgan - Astronaut_Jones.mp3|376293
          Snl - Sportscenter.mp3|5210150
          Snl - Ambiguously Gay Duo (Safety Tips).mp3|2784195
          Jimmy Fallon On Snl - Olympic Songs.mp3|2760790
Otis Redding
          Otis Redding - Try A Little Tenderness.mp3|3706814
Lit
          Lit - Miserable.mp3|4127458
Social Distortion
          Social Distortion - Don't Drag Me Down.mp3|3704372
Ja Rule
          Ja Rule F_ Lil Mo And Vita - Put It On Me.mp3|4619789
          Ja Rule Feat Ashanti - Always On Time.mp3|1598971
          Ja Rule F. Ashanti - Down For U.mp3|4878360
          Ja Rule - Loose Change(2).mp3|2764510
          Ja Rule - Livin' It Up (Ft. Case).mp3|3987744
          Ja Rule - Life Ain't A Game.mp3|1763665
          Fat Joe - What's Luv_ (Feat Ja-Rule And Ashanti).mp3|4302850
          08-ja_rule-crown-wcr.mp3|5211243
          01-ja_rule-interview_50_cent_diss-swe.mp3|5982480
          01  DMX Diss.wma|1264412
ashlee simpson
          Ashlee Simpson - Autobiography
                    Autobiography - 2004 - rns.nfo|17830
                    12 - Undiscovered.mp3|7268174
                    11 - Giving It All Away.mp3|5173562
                    10 - Nothing New.mp3|5522981
                    09 -Unreachable.mp3|6701274
                    08 - Surrender.mp3|6007868
                    07 - Love Me For Me.mp3|6505684
                    06 - Better Off.mp3|6322807
                    05 - Love Makes The World Go Round.mp3|6730753
                    04 - La La.mp3|7017208
                    03 - Shadow.mp3|6738933
                    02 - Pieces Of Me.mp3|6397635
                    01 - Autobiography.mp3|6141689
spongebob square pants
          SpongeBob - Ripped Pants.mp3|1238379
          Sponge Bob Square Pants - The Fool Who Ripped His Pants).mp3|2469888
          Kids - Sponge Bob Square Pants The Fool Who Ripped His
Pants.mp3|2113536
     Pink Floyd
          Pink Flyod - Dark Side of the Moon.mp3|3292168
          Pink Floyd-On the turning away.mp3|4104192
          Pink Floyd - On The Run.mp3|3415803
          Pink Floyd - Money.mp3|6120978
          Pink Floyd - Lunatic.mp3|3686945
          Pink Floyd - Darkside Of The Moon (Full Version).mp3|5394560
          Pink Floyd - Dark Side of the Moon (FULL).mp3|41285632
          Pink Floyd - Dark Side of the Moon (Entire Album).mp3|41283584
          Pink Floyd - Breathe in the Air.mp3|2650580
          Pink Floyd - Breath.mp3|7930096
          Pink Floyd - Brain Damage.mp3|3689035
                              Page 46
```

```
                              ShareListing.txt
        young buck
              Young_Buck_-_Straight_Outta_Cashville-2004-SMO
                      14_young_buck_-_walk_with_me_ft_stat_qou-smo.mp3|5516112
                      13_young_buck_-_taking_hits_ft-d-tay-smo.mp3|6137954
                      12_young_buck_-_stomp_ft_ti_and_ludacris-smo.mp3|6963513
                      11_young_buck_-_black_gloves-smo.mp3|4548434
                      10_young_buck_-_thou_shall-smo.mp3|4971814
                      09_young_buck_-_bang_bang-smo.mp3|4814467
                      08_young_buck_-_shorty_wanna_ride-smo.mp3|7349890

07_young_buck_-_bonafide_hustler_ft._50_cent_and_tony_yayo-smo.mp3|5992477

06_young_buck_-_prices_on_my_head_ft._lloyd_banks_and_d-tay-smo.mp3|6244909

05_young_buck_-_welcome_to_the_south_ft._lil_flip_and_david_banner-smo.mp3|5686981

04_young_buck_-_look_at_me_now_ft._mr._porter-smo.mp3|6941559
                      03_young_buck_-_let_me_in-smo.mp3|5866626
                      02_young_buck_-_do_it_like_me-smo.mp3|5927207
                      01_young_buck_-_im_a_soldier_ft._50_cent-smo.mp3|5253159
        Mars Volta
              De-loused in the Comatorium
                      10 - Take the Veil Cerpin Taxt.mp3|10459450
                      09 - Televators.mp3|9101397
                      08 - This Apparatus Must Be Unearthed.mp3|5266240
                      07 - Cicatriz.mp3|17985193
                      06 - Eriatarka.mp3|9146368
                      05 - Drunkship of Lanterns.mp3|10239365
                      04 - Tira Me a Las Aranas.mp3|2134927
                      03 - Roulette Dares (This is the Haunt).mp3|10824997
                      02 - Inertiatic ESP.mp3|6341059
                      01 - Son et Lumiere.mp3|2299185
              the_mars_volta-televators-fnt.mp3|9237052
              The_Mars_Volta-Drunkship_Of_Lanterns.mp3|9083820
              The Mars Volta - wasting my air.mp3|3312388
              The Mars Volta - Eriatarka.mp3|6090169
              The Mars Volta - Drunkship (demo).mp3|5772818
              The Mars Volta - Concertina.mp3|4722532
              The Mars Volta - Cicatrix.mp3|3983117
              The Mars Volta - 06 - Eriatarka.mp3|9144730
              Mars Volta - Wounds.mp3|3281024
              Mars Volta - Wounds (1).mp3|3281024
              Mars Volta - Things fear.mp3|5256800
              Mars Volta - static cult.mp3|1156592
              Mars Volta - State Your Preference (1).mp3|3952640
              Mars Volta - roulette dares.mp3|5985988
              Mars Volta - me.mp3|3833069
              Mars Volta - initial.mp3|2113167
              Mars Volta - Inertiatic Esp.mp3|4223146
              Mars Volta - in case of evidence.mp3|3751636
              Mars Volta - i cut my teeth.mp3|2035068
              Mars Volta - dumb waiters.mp3|3440308
              Mars Volta - Drunkship of Lanterns.wma|7320219
              Mars Volta - Cut That City.mp3|3952617
              Mars Volta - corelli theme.mp3|2560963
              Mars Volta - concertina.mp3|5960292
              Mars Volta - Bunuel home.mp3|5440958
              Mars Volta - Bach Song.mp3|3264807
              mars volta - ambuletz.mp3|6770688
              Mars Volta - 01- Son et Lumiere.mp3|1527936
              08-the_mars_volta-ambuletz-fnt.mp3|10154122
              07 - inertiatic esp.mp3|7217152
              07 - inertiatic esp (1).mp3|7217152
                              Page 47
```

```
                             ShareListing.txt
            01-the_mars_volta-son_et_lumiere-chr.mp3|2299953
     Rent
            Rent NYTW 1994 Disc  2 - Rent NYTW (2) - Without You.mp3|3947209
            Rent NYTW 1994 Disc  2 - Rent NYTW (2) - La Vie Boheme.mp3|10355401
            Rent NYTW 1994 - Rent NYTW - Santa Fe.mp3|3327041
            Rent NYTW 1994 - Rent NYTW - Right Brain.mp3|2492452
            Rent NYTW 1994 - Rent NYTW - Light My Candle.mp3|4322076
            Rent NYTW 1994 - NYTW RENT - Finale A.mp3|1534247
            Rent - One Song Glory.mp3|2306176
            Rent (NYTW) - Seasons Of Love.mp3|3085084
            Rent (NYTW) - Open Road.mp3|4183194
            Rent (NYTW) - Female To Female B.mp3|3007344
            Rent (NYTW) - Cool Fool.mp3|971715
            NYTW 1994 - Will I_.mp3|1496631
     Nas
            J. Lo Feat. Nas - I'm Gonna Be Alright (Remix).mp3|3757576
     Mos Def
            Mos Def EP
                   05-mos_def-brooklyn_(freestyle)-c4.mp3|2551967
                   04-mos_def-pornographic-c4.mp3|4522951
                   03-mos_def-grown_men_business-c4.mp3|4409732
                   02-mos_def-summertime-c4.mp3|5978952
                   01-mos_def-excellence-c4.mp3|2976699
                   00-mos_def-mos_def_ep-picture-2004-c4.jpg|114752
                   00-mos_def-mos_def_ep-2004-c4.sfv|247
                   00-mos_def-mos_def_ep-2004-c4.nfo|5258
                   00-mos_def-mos_def_ep-2004-c4.m3u|165
            Mos Def Pres. Medina Green - U Know the Flex Vol 1 - 2004
                   Important info please read .nfo|4026
                   15-mos_def_pres._medina_green-oki_doki-jce.mp3|4635713

14-mos_def_pres._medina_green-double_rubber_band_rap-jce.mp3|4853888
                   13-mos_def_pres._medina_green-sugar-jce.mp3|5840689
                   12-mos_def_pres._medina_green-from_the_hood-jce.mp3|4983664

11-mos_def_pres._medina_green-og_from_long_time-jce.mp3|5522204
                   10-mos_def_pres._medina_green-interlude-jce.mp3|1514185
                   09-mos_def_pres._medina_green-niggas_know-jce.mp3|5582390

08-mos_def_pres._medina_green-slow_and_tender-jce.mp3|4342932
                   07-mos_def_pres._medina_green-excellence-jce.mp3|3244536
                   06-mos_def_pres._medina_green-pump_da_pump-jce.mp3|8274466
                   05-mos_def_pres._medina_green-its_nothin-jce.mp3|5665773
                   04-mos_def_pres._medina_green-cats_copy-jce.mp3|5532235
                   03-mos_def_pres._medina_green-crosstown_beef-jce.mp3|6550384
                   02-mos_def_pres._medina_green-beef-jce.mp3|4891504
                   01-mos_def_pres._medina_green-intro-jce.mp3|2354283

00-mos_def_pres._medina_green-u-know_the_flex_vol_1-2004-jce.nfo|13420

00-mos_def_pres._medina_green-u-know_the_flex_vol_1-2004-jce.m3u|749
            Mos Def - The New Danger (2004) - Hip Hop [www.torrentazos.com]
                   mosdef.jpg|3797
                   18 - Mos Def - Champion Requiem -
www.torrentazos.com.mp3|7043376
                   17 - Mos Def - The Begger - www.torrentazos.com.mp3|7666590
                   16 - Mos Def - The Easy Spell -
www.torrentazos.com.mp3|7986919
                   15 - Mos Def - Life Is Real -
www.torrentazos.com.mp3|4602077
                   14 - Mos Def - Modern Marvel -
www.torrentazos.com.mp3|13438779
                   13 - Mos Def - Grown Man Business (Fresh Vintage Bottles)
                             Page 48
```

```
                            ShareListing.txt
Feat. Minnesota - www.torrentazos.com.mp3|4905259
                    12 - Mos Def - War - www.torrentazos.com.mp3|4504901
                    11 - Mos Def - The Panties - www.torrentazos.com.mp3|6035886
                    10 - Mos Def - Close Edge - www.torrentazos.com.mp3|4570103
                    09 - Mos Def - Sunshine - www.torrentazos.com.mp3|6386344
                    08 - Mos Def - Sex, Love, And Money -
www.torrentazos.com.mp3|6006420
                    07 - Mos Def - Bedstuy Parade & Funeral Marc -
www.torrentazos.com.mp3|6552854
                    06 - Mos Def - Blue Black Jack -
www.torrentazos.com.mp3|8351171
                    05 - Mos Def - The Rape Over -
www.torrentazos.com.mp3|2267357
                    04 - Mos Def - Zimzallabim - www.torrentazos.com.mp3|5331206
                    03 - Mos Def - Ghetto Rock - www.torrentazos.com.mp3|5606433
                    02 - Mos Def - Freaky Black Greetings -
www.torrentazos.com.mp3|3377665
                    01 - Mos Def - The Boogie Man Song -
www.torrentazos.com.mp3|3439732
                Mos Def - The New Danger (2004) - Hip Hop
[www.torrentazos.com].rar|107076864
                Mos Def & Biz Markie - Beat Box.mp3|3244672
        All Time Quarterback
                All-Time Quarterback - Why I Cry (Magnetic Fields Cov.mp3|5009319
                All-Time Quarterback - Untitled.mp3|4795562
                All-Time Quarterback - Sock Hop.mp3|1215386
                All-Time Quarterback - Send Packing.mp3|5944302
                All-Time Quarterback - Rules Broken.mp3|4510620
                All-Time Quarterback - Plans Get Complex.mp3|3592036
        Radiohead
                Radiohead-Creep.mp3|3812957
                Radiohead -06 Studio Kid A- Optimistic.mp3|2263168
                Radiohead - The Tourist.mp3|5196496
                Radiohead - Talk Oshow Host (Original Version).mp3|4454378
                Radiohead - Subterranean Homesick Alien.mp3|4287971
                Radiohead - Punchdrunk Lovesick Singalong.mp3|4490642
                Radiohead - No Surprises.mp3|3660914
                Radiohead - Lucky.mp3|4157868
                Radiohead - Let Down.mp3|4792748
                Radiohead - Karma Police.mp3|4187081
                Radiohead - Karma Police (1).mp3|1822886
                Radiohead - If There Is A God (Acoustic).mp3|2882936
                Radiohead - Fitter Happier.mp3|1882195
                Radiohead - Electioneering.mp3|3695716
                Radiohead - Airbag.mp3|4554631
        New Bomb Turks
                New Bomb Turks - End Of The Great Credibility R.mp3|3754550
        Classical
                CD
                        New Folder
                                [Bach] Harpsichord Work.mp3|2067270
                                Rahzel- All I Know.mp3|4177504
                                Rahzel Beatbox Session 2.mp3|2167371
                                Rahzel - If Your Mother Only New (And Bonus
Track).mp3|2198012
                                R Kelly & Ronald Isley- Contagious (1)
(1).mp3|4056714
                                Class Segovia - Mendelssohn- Canzonetta.mp3|4051072
                                Cky2k Soundtrack - Bjork - Hyperballad.mp3|5172484
                                Carry Stress In The Jaw.mp3|6535316
                                Bjork - Hunter.mp3|2543890
                                Bach - Concerto For Harpsichord In F Minor-2nd
Movement (Fro.mp3|4086502
                                Page 49
```

```
                            ShareListing.txt
                            Andres Segovia - The Segovia Collection (Vol. 1) -
10 - Bach.mp3|4734094
                     Sue Thompson - Sad Movie.mp3|3190828
                     Johann Sebastian Bach - Concerto For Harpsichord  Oboe
Stri.mp3|2261120
                     Jesu, Joy Of Man's Desiring (H.mp3|3968237
                     J. S. Bach - Variatio 3.mp3|2640000
                     Folder.jpg|11712
                     Classical Guitar Andres_Segovia_and_John_Williams--01-Bach
S.mp3|1025982
                     classical guitar - andres segovia, john williams bach suite
.mp3|3131329
                     11-Js Bach -Concerto For 4 Harpsichords In A Minor,
Largo.mp3|1038720
                     Yo-Yo Ma - Cello Suite No.1, 1. Prelude.mp3|2378758
                     Yo Yo Ma - Bach - Cello Suite 1.mp3|2378758
                     Wolfgang Amadeus Mozart - Symphony No. 40.mp3|9269376
                     Warren G - The Game Don't Wait (Ft Snoop Dog, Nate Dog, And
.mp3|5429944
                     Tchaikovsky - Romeo And Juliet Love Theme.mp3|1801074
                     Silvie Vartan - Sad Movie.mp3|750056
                     Rachmaninov - The Flight of the Bumblebee (Piano).mp3|1321088
                     Rachmaninoff - The Flight of the Bumblebee (Rach plays
Rach).mp3|1186547
                     Rachmaninoff - Piano Concerto No. 2, (3) Allegro scherzando
.mp3|14094294
                     Rachmaninoff - Piano Concerto No. 2, (1) Moderato.mp3|13344260
                     Rachmaninoff - Piano Concerto #4 - 3 - Allegro.mp3|8685608
                     Rachmaninoff - Piano Concerto #4 - 1 - Allegro.mp3|9429120
                     Rachmaninoff - Piano Concerto #1 Op.1 f# II Andante
(Ashkena.mp3|6454389
                     Piano by Candlelight - Prelude.mp3|3077749
                     Mozart - Violin Sonata 6.mp3|9939568
                     Mozart - Violin Concerto, K 216 - Allegro.mp3|9228290
                     Mozart - Symphony No. 25 In G Minor, 1st Mov.mp3|11377105
                     Mozart - symphony no 25 in g minor.mp3|7519213
                     mozart - symphony no 25 in g minor 1st.mp3|7480633
                     Mozart - Sonata for Piano and Violin in B flat Major.mp3|6259604
                     Mozart - Greensleeves  (Piano Trio).mp3|5070976
                     Motzart - Piano Sonata No. 9, I.mp3|2528864
                     Moby- Mozart - Piano Concerto (techno remix).mp3|3312000
                     Meditation beethoven - Immortal Beloved.mp3|3335818
                     Kevin!.cl4|10752
                     Johann Sebastian Bach - Theme From Solaris.mp3|1995155
                     Johann Sebastian Bach - Concerto In D' (BWV 1043)_ III.mp3|4333780
                     Johann S. Bach - Concerto For Oboe & Violin In D Minor 1 -
A.mp3|1118802
                     Isaac Stern - Humoresque (Dvorak).mp3|3690624
                     Grieg, Edvard - Peer Gynt Suite I Op. 46 - Anitra´s
Dance.mp3|3379705
                     Grieg, Edvard - Peer Gynt Suite I Op. 46 - Aase´s Death.mp3|4387279
                     Classical Masterpieces - Volume 5 - Mozart- Piano Concerto
2.mp3|7426176
                     Classical Bizet - L Arlesienne Suite No 2.mp3|2929744
                     Bizet - L'Arlesienne Suite No. 2 - 1 Pastorale.mp3|4607501
                     Bizet - L'Arlesienne Suite #2 04 Farandole.mp3|3317846
                     Beetoven - 5th Symphony.mp3|6312565
                     Beetoven  5th Symphony (Techno Remix).mp3|3484193
                     Beethoven- Moonlight Sonata Techno Remix.mp3|4587648
                     Beethoven Piano Concerto No.5 - 1 - Allegro.mp3|12998499
                     Beethoven - Piano Concerto No 1 in C Major.mp3|11619251
                     Beethoven - Moonlight Sonata (Complete).mp3|4727784
                     Beethoven - 9th Symphony (Techno Remix).mp3|3326080
                                        Page 50
```

```
                            ShareListing.txt
              Beethoven - 5th Symphony.mp3.mp3|10968338
              Beethoven - 5th Symphony .MP3|15051005
              Beethoven - 04 - Piano Sonata No 23 -Appassionata.mp3|10043645
              Beethovan - Fur Elise (Techno Mix).mp3|3365400
              Bach - Orchestral Suite No 3 In D Major (BWV 1068) - 03 -
G.mp3|4901200
              Bach - Moonlight Sonata Techno Remix.mp3|3856736
              Bach - Fugue In G Minor, Great.mp3|1014528
              Bach - Concerto For 2 Violins, String.mp3|5098433
              100 Masterpieces - Vol. 1 Of 5 - Beetoven- Violin Romance
No.mp3|10290681
              (Mozart) - Marriage Of Figaro.mp3|4655566
      Styles
              Styles - I Get High.mp3|5408853
      Jimmies Chicken Shack
              Jimmies Chicken Shack - Do Right(Live)mp3.mp3|3397247
              Jimie_S Chicken Shack - - What Do I Do Right.mp3|2955642
      Enkindels
              Enkindels - Half Way To Tucumcari.mp3|3322443
      Gorillaz
              Gorillaz - Clint Eastwood.mp3|5729011
      morrissey
              Morrissey Discography
                      Morrissey - Your Arsenal
                              10 - Tomorrow.mp3|5905762
                              09 - I Know It's Gonna Happen Someday.mp3|6261863
                              08 - Seasick, Yet Still Docked.mp3|7374679
                              07 - You're The One For Me, Fatty.mp3|4261301
                              06 - We Hate It When Our Friends Become
Successful.mp3|3604897
                              05 - Certain People I Know.mp3|4626807
                              04 - The National Front Disco.mp3|6330199
                              03 - We'll Let You Know.mp3|7617305
                              02 - Glamorous Glue.mp3|5796048
                              01 - You're Gonna Need Someone On Your
Side.mp3|5230549
                      Morrissey - Vauxhall and I
                              11 - Speedway.mp3|6475022
                              10 - The Lazy Sunbathers.mp3|4513331
                              09 - Used To Be A Sweet Boy.mp3|4063816
                              08 - Lifeguard Sleeping, Girl Drowning.mp3|5332740
                              07 - I Am Hated For Loving.mp3|5315186
                              06 - why Don't You Find Out For Yourself.mp3|4804857
                              05 - The More You Ignore Me, The Closer I
Get.mp3|5387284
                              04 - Hold On To Your Friends.mp3|5828021
                              03 - Billy Budd.mp3|3096449
                              02 - Spring-Heeled Jim.mp3|5461889
                              01 - Now My Heart Is Full.mp3|7135816
                      Morrissey - Kill Uncle
                              11 - Tony The Pony.mp3|6042435
                              10 - There's A Place In Hell For Me And My
Friends.mp3|2703359
                              09 - (I'm) The End of the Family Line.mp3|5046229
                              08 - The Harsh Truth Of The Camera Eye.mp3|8023561
                              07 - Driving Your Girlfriend Home.mp3|4880090
                              06 - Found Found Found.mp3|2861347
                              05 - King Leer.mp3|4207385
                              04 - Mute Witness.mp3|5109550
                              03 - Sing Your Life.mp3|4970369
                              02 - Asian Rut.mp3|4859401
                              01 - Our Frank.mp3|4918960
                      Morrissey - The World of Morrissey
                                    Page 51
```

```
            ShareListing.txt
            25_Spring-Heeled Jim.mp3|4548166
            24_We'll Let You Know.mp3|6328672
            23_The Last Of The Famous Interna.mp3|4337107
            22_Certain People I Know.mp3|3809944
            21_My Love Life.mp3|5290566
            20_Moon River.mp3|11585552
            19_Boxers.mp3|4178793
            18_You're The One For Me, Fatty [.mp3|3614548
            17_Sister I'm A Poet [Live].mp3|2720650
            16_The Loop [Live].mp3|5126526
            15_Have-A-Go Merchant.mp3|3238385
            14_Jack The Ripper [Live].mp3|5012632
            13_Billy Budd.mp3|2586891
            12_Whatever Happens, I Love You.mp3|3730532
    Morrissey - Southpaw Grammar
            08 - Southpaw.mp3|14422098
            07 - Best Friend on the Payroll.mp3|5364087
            06 - Do Your Best and Don't Worry.mp3|5949021
            05 - Dagenham Dave.mp3|4726490
            04 - The Operation.mp3|9916916
            03 - The Boy Racer.mp3|6864978
            02 - Reader Meet Author.mp3|5358444
            01 - The Teachers are Afraid of the
Pupils.mp3|16312319
    Morrissey - Viva  Hate
            13 - Margaret On The Guillotine.mp3|5320201
            12 - Dial-A-Cliché.mp3|3557876
            11 - I Don't Mind If You Forget Me.mp3|4673200
            10 - The Ordinary Boys.mp3|4566621
            09 - Hairdresser On Fire.mp3|5530852
            08 - Break Up The Family.mp3|5641821
            07 - Suedehead.mp3|5621759
            06 - Last Night, Maudlin Street.mp3|11051048
            05 - Angel, Angel, Down We Go Together.mp3|2402428
            04 - Bengali In Platforms.mp3|5639313
            03 - Everyday Is Like Sunday.mp3|5173497
            02 - Little Man, What Now.mp3|2609318
            01 - Alsatian Cousin.mp3|4614895
    Morrissey - Rare Tracks
            22_I Can Have Both.mp3|4938434
            21_Now I Am A Was.mp3|3138597
            20_This Is Not Your Country.mp3|8928377
            19_The Edges Are No Longer Parall.mp3|6167767
            18_Heir Apparent.mp3|4764981
            17_Lost.mp3|4718483
    Daily Torrents v1.0
            README.txt|1113
            Interop.SHDocVw.dll|126976
            Daily Torrents v1.0.exe|73728
            AxInterop.SHDocVw.dll|45056
    Morrissey - Suedehead - The Best of
            Morrissey - Suedehead - The Best Of - 19 - The more
you ignore me the closer I get.mp3|5960663
            Morrissey - Suedehead - The Best Of - 18 - November
spawned a monster.mp3|10322467
            Morrissey - Suedehead - The Best Of - 17 - Pregnant
for the last time.mp3|4918314
            Morrissey - Suedehead - The Best Of - 16 - The last
of the famous international playboys.mp3|6705504
            Morrissey - Suedehead - The Best Of - 15 - We hate
it when our friends become successful.mp3|4212780
            Morrissey - Suedehead - The Best Of - 14 - You're
the one for me fatty.mp3|5157895
                    Page 52
```

```
                              ShareListing.txt
                       Morrissey - Suedehead - The Best Of - 13 - Ouija
board ouija board.mp3|8412001    Morrissey - Suedehead - The Best Of - 12 -

Piccadilly palare.mp3|6408849    Morrissey - Suedehead - The Best Of - 11 - Our

Frank.mp3|6328290                Morrissey - Suedehead - The Best Of - 10 -

Interesting drug.mp3|6594501     Morrissey - Suedehead - The Best Of - 09 - My love

life.mp3|8312688                 Morrissey - Suedehead - The Best Of - 08 - Hold on

to your friends.mp3|7689006      Morrissey - Suedehead - The Best Of - 07 - That's

entertainment.mp3|7439117        Morrissey - Suedehead - The Best Of - 06 - Everyday

is like Sunday.mp3|6396981       Morrissey - Suedehead - The Best Of - 05 -

Interlude.mp3|10578986           Morrissey - Suedehead - The Best Of - 04 -

Tomorrow.mp3|7093637             Morrissey - Suedehead - The Best Of - 03 -

Boxers.mp3|6384773               Morrissey - Suedehead - The Best Of - 02 -

Sunny.mp3|4997046                Morrissey - Suedehead - The Best Of - 01 -

Suedehead.mp3|7301047
                       Morrissey - Bona Drag
                           14 - Disappointed.mp3|4456279
                           13 - Suedehead.mp3|5628028
                           12 - Licky Lisp.mp3|4107075
                           11 - Yes, I Am Blind.mp3|5391672
                           10 - He Knows I'd Love To See Him.mp3|4520227
                           09 - Everyday Is Like Sunday.mp3|5130239
                           08 - Hairdresser On Fire.mp3|5537749
                           07 - Ouija Board, Ouija Board.mp3|6367189
                           06 - The Last Of The Famous International
Playboys.mp3|5224279
                           05 - Such A Little Thing Makes Such A Big
Difference.mp3|4120867
                           04 - Will Never Marry.mp3|3411799
                           03 - November Spawned A Monster.mp3|7822314
                           02 - Interesting Drug.mp3|4984162
                           01 - Piccadilly Palare.mp3|4967235
                       Morrissey - My Early Burglary Years
                           16_Boxers.mp3|4204487
                           15_The Boy Racer.mp3|5709664
                           14_I've Changed My Plea To Guilty.mp3|3874301
                           13_Jack The Ripper.mp3|5017419
                           12_Girl Least Likely To.mp3|5818332
                           11_Pashernate Love.mp3|2853958
                           10_Reader Meet Author.mp3|4438544
                           09_I'd Love To.mp3|5730562
                           08_Michaels Bones.mp3|3794366
                           07_Black-Eyed Susan.mp3|4952634
                           06_Sister I'm A Poet.mp3|2929189
                           05_A Swallow On My Neck.mp3|3398350
                           04_Nobody Loves Us.mp3|5804750
                           03_Cosmic Dancer.mp3|4712830
                           02_At Amber.mp3|3281320
                           01_Sunny.mp3|3261989
                       Morrissey - Maladjusted
                           11 - Satan Rejected My Soul.mp3|4245628
                           10 - Sorrow Will Come In The End.mp3|4125883
                                   Page 53
```

```
                        ShareListing.txt
           09 - He Cried.mp3|4840593
           08 - Roy's Keen.mp3|5202964
           07 - Wide To Receive.mp3|5597935
           06 - Ammunition.mp3|5256253
           05 - Papa Jack.mp3|6576586
           04 - Trouble Loves Me.mp3|6733948
           03 - Ambitious Outsiders.mp3|5666271
           02 - Alma Matters.mp3|6906983
           01 - Maladjusted.mp3|6791626
Morrissey - Beethoven was Deaf
           19_We Hate It When Our Friends Be.mp3|3268699
           18_Glamorous Glue.mp3|4856570
           17_You're Gonna Need Someone On Y.mp3|4310609
           16_He Knows I'd Love To See Him.mp3|3937062
           15_Suedehead.mp3|4957810
           14_We'll Let You Know.mp3|4854460
           13_I Know It's Gonna Happen Somed.mp3|4542584
           12_Such A Little Thing Makes Such.mp3|2244297
           11_Jack The Ripper.mp3|5254778
           10_Sister I'm A Poet.mp3|2865358
           09_The Loop.mp3|4598360
           08_Seasick, Yet Still Docked.mp3|6256213
           07_November Spawned A Monster.mp3|6386140
           06_National Front Disco.mp3|7287003
           05_Certain People I Know.mp3|3897325
           04_You're The One For Me, Fatty.mp3|3721295
Morrissey - Introducing Morrissey
           Your The One For Me Fatty (live).mp3|3721430
           Why Don't You Find Out For Yourself
(live).mp3|4267237

           Whatever Happens, I Love You (live).mp3|3403851
           We'll Let You Know (live).mp3|4736433
           The National Front Disco (live).mp3|6178482
           The More You Ignore Me, The Closer I Get
(live).mp3|4412120

           Spring-Heeled Jim (live).mp3|4183798
           Speedway (live).mp3|4861263
           Now My Heart Is Full (live).mp3|5999843
           Moon River (live).mp3|3783451
           Jack The Ripper (live).mp3|5146520
           Hold On To Your Friends (live).mp3|5041150
           Have-A-Go Merchant (live).mp3|3016133
           Boxers (live).mp3|3760463
           Billy Budd (live).mp3|2862894
Morrissey - Interlude
           03_Interlude (Instrumental).mp3|9136407
           02_Interlude (Extended).mp3|7023622
           01_Interlude.mp3|4590056
Morrissey - You Are The Quarry
           bsides
                     Munich Air Disaster 1958.mp3|3022902
                     Morrissey - The Never Played
Symphonies.mp3|3663396
                     Morrissey - Teenage Dad On His Estate
(studio).mp3|4999168
                     Morrissey - Mexico.mp3|10008119
                     Morrissey -  My Life Is An Endless
Succession Of People Saying Goodbye.mp3|4174453
                     Its Hard To Walk Tall When You're
Small.mp3|4253256
           B0001XLXHK.02.LZZZZZZZ[1].jpg|22920
           12 - You Know I Couldn't Last-XaiN.mp3|8651014
           11 - I Like You-XaiN.mp3|6282643
                     Page 54
```

```
                            ShareListing.txt
                      10 - All The Lazy Dykes-XaiN.mp3|5275648
                      09 - Let Me Kiss You-XaiN.mp3|5296128
                      08 - First Of The Gang To Die-XaiN.mp3|5449728
                      07 - How Could Anybody Possibly Know How I
Feel-XaiN.mp3|5109760
                      06 - The World I s Full Of Crashing
Bores-XaiN.mp3|5775360
                      05 - I'm Not Sorry-XaiN.mp3|7098686
                      04 - Come Back To Camden-XaiN.mp3|6259027
                      03 - I Have Forgiven Jesus-XaiN.mp3|5537792
                      02 - Irish Blood, English Heart-XaiN.mp3|3921920
                      01 - America Is Not The World-XaiN.mp3|6154404
                    UNORIGINAL.CO.UK.html|340
        Jurasic 5
                Jurassic 5 - Thieves In The Night.mp3|6252672
                Jurassic 5 - Quality Control.mp3|6956286
                Jurassic 5 - Ozomatli-Suite.mp3|450688
                Jurassic 5 - In The Flesh.mp3|3975104
                Jurassic 5 - Concrete And Clay.mp3|348288
                Charli 2na And EPMD - Freestyle.mp3|6307336
                04 - Jurassic 5 - Lesson 6- Th.mp3|6375551
        DMX
                DMX - Bring Your Whole Crew.mp3|2669534
        Bernie Mac
                Kings Of Comedy - Bernie Mack - Truth Hurts (4146910,bernie
.mp3|3579008
                Kings Of Comedy - Bernie Mac My Sisters Kids.mp3|8344850
                Def Comedy Jam - Bernie Mac.mp3|13230208
                Def Comedy Jam - Bernie Mac.avi|13146112
                Comedy - Bernie Mac - I Say What You Scared To Say.mp3|1076623
                Bernie Mack - Original Kings Of Comedy - Cedric The
Entertai.mp3|8657442
                Bernie Mac - Kings Of Comedy.mp3|12054196
                Bernie Mac - HBO Special.mp3|13230208
        Trobiz
                Trobiz- Tribulations.mp3|1961508
                K Trobiz Raw Busin.mp3|3867634
                K Trobiz Empire Like That.mp3|3323184
        Funny Stuff
                Stoned Sesamie Street (Kermit And Big Bird).mp3|1215008
                Southpark-Kyle's Im A Lonely Jew Song.mp3|1528813
                South Park - Eric Cartman - German Dance.mp3|159872
                Sesame Street - I Did It All For The Cookie.mp3|962972
                Orgazmo - I Am Sancho.mp3|1264287
                Orgasmo Del Pato Donald.mp3|132458
                Orgasmo De Silice.mp3|379008
                Orgasmo - Sorry About Your Penis.mp3|1890688
                Orgasmo - Cemitério Maldito.mp3|1172507
                Eminem Vs Barry Williams - The Real Greg Brady (Brady
Bunch).mp3|1821155
                DVDA - Now You're A Man (Orgasmo Theme).mp3|2133127
                Default - Dave - Suck That Cock!.mp3|309292
                Comedy Donald Duck Blow Job.mp3|656320
                Comedy - Prank Call To Chinese Restaurant [John
Leguizamo].mp3|850048
                Chef - Chocolate Salty Balls.mp3|3794277
        50 Cent
                50 Cent - Guess Whos Back Again (2004) - Rap [www.torrentazos.com]
                        www.torrentazos.com - The best web of music
torrents!.url|140
                        ABREME- OPEN ME.html|1042
                        19-50_cent-say_what_you_want_(outro) -
www.torrentazos.com.mp3|5526848
                                Page 55
```

```
                       ShareListing.txt
                 18-50_cent-ching_ching_ching -
www.torrentazos.com.mp3|2528200
                 17-50_cent-im_a_soldier - www.torrentazos.com.mp3|4437855
                 16-50_cent-bad_news_(mixtape_version) -
www.torrentazos.com.mp3|6558162
                 15-50_cent-gettin_mine - www.torrentazos.com.mp3|3711860
                 14-50_cent-gees_up - www.torrentazos.com.mp3|4531269
                 13-50_cent-heaven-hell - www.torrentazos.com.mp3|3216579
                 12-50_cent-as_time_goes_by - www.torrentazos.com.mp3|3984579
                 11-50_cent-no_introduction - www.torrentazos.com.mp3|2190280
                 10-50_cent-flex_freestyle - www.torrentazos.com.mp3|9694737
                 09-50_cent-187_freestyle - www.torrentazos.com.mp3|4862920
                 08-50_cent-g-unit_soldier_(ride_out) -
www.torrentazos.com.mp3|4511207
                 07-50_cent-after_my_chedda - www.torrentazos.com.mp3|3711233
                 06-50_cent-die_for_me - www.torrentazos.com.mp3|4397104
                 05-50_cent-she_luv_it - www.torrentazos.com.mp3|3472996
                 04-50_cent-guess_whos_back_again -
www.torrentazos.com.mp3|2902482
                 03-50_cent-doin_my_own_thing -
www.torrentazos.com.mp3|4798972
                 02-50_cent-here_we_go - www.torrentazos.com.mp3|3975801
                 01-50_cent-intro_(shot_caller_04) -
www.torrentazos.com.mp3|2017872
                 00-50_cent-guess_whos_back_again-2004-(front_cover) -
www.torrentazos.com.jpg|258944
                 00-50_cent-guess_whos_back_again-2004-(back_cover) -
www.torrentazos.com.jpg|199451
              50 cent - Get Rich Or Die Trying
                 Tracked_by_Demonoid_com.txt|30
                 19. 50 Cent - Lifes On The Line.mp3|5244407
                 18. 50 Cent - U Not Like Me.mp3|6137168
                 17. 50 Cent - Wanksta.mp3|5266977
                 16. 50 Cent - Gotta Get.mp3|5777305
                 15. 50 Cent - Dont Push Me.mp3|5974841
                 14. 50 Cent - 21 Questions.mp3|5392072
                 13. 50 Cent - Poor Lil Rich.mp3|4786450
                 12. 50 Cent - Like My Style.mp3|4639451
                 11. 50 Cent - P.I.M.P.mp3|5993307
                 10. 50 Cent - Back Down.mp3|5837826
                 09. 50 Cent - Blood Hound.mp3|5761632
                 08. 50 Cent - If I Can't.mp3|4724383
                 07. 50 Cent - Heat Quick.mp3|6118987
                 06. 50 Cent - High All The Time.mp3|6470407
                 05. 50 Cent - In Da Club.mp3|4648523
                 04. 50 Cent - Many Men.mp3|6155057
                 03. 50 Cent - Patiently Waiting.mp3|6934047
                 02. 50 Cent - What Up Gangsta.mp3|4312484
                 01. 50 Cent - Intro.mp3|160895
           G Unit - Stunt 101.mp3|5370824
           50 cents - surrounded by hoes.mp3|3149204
           50 cent ft. G-Unit - Right Thurr (remix).WMA|522397
           50 cent ft. Eminem - patiently waiting.mp3|4659200
           50 cent ft Snoop - pimp remix.mp3|5505024
           50 Cent - Wangsta.mp3|3276050
           50 Cent - Poor Little Rich Nigga.mp3|3074218
           50 Cent - NOW (1).mp3|3182427
           50 Cent - I SMELL PUSSY.mp3|4481067
           15-50_cent-dont_push_me_feat_eminem_and_lloyd_banks-rns.mp3|4017635
           14-50_cent-21_questions_(feat_nate_dogg)-rns.mp3|5422228
           13-50_cent-poor_lil_rich-rns.mp3|4786398
           08-50_cent-if_i_cant-rns.mp3|4724331
           08-50cent_and_g-unit-187_ya_yo-jah.mp3|5094851
                            Page 56
```

```
                        ShareListing.txt
         06-50_cent-high_all_the_time-rns.mp3|6470355
         06 - g unit soldiers.mp3|1562374
         04-50_cent-ching_ching_freestyle-tas.mp3|3188027
         03-50_cent-patiently_waiting_(feat_eminem)-rns.mp3|6974403
         03-50_cent-in_da_club_(instrumental)-gsm.mp3|5323850
         03-50_cent-g_unit_anthem-xmk.mp3|4882385
         02-50_cent-what_up_gangsta-rns.mp3|4312432
         02-50_cent-in_da_club_(dirty)-gsm.mp3|5325104
         01-50_cent_in_the_club_dirty-cms.mp3|5836854
         01-50_cent_in_the_club_dirty-cms (1).mp3|5836854
Nike Olympic
         Olympics - Nike Commercial.mp3|1283053
Queens of the Stone Age
         The Lost Art Of Keeping A Secret.mp3|3477507
Oar
         Of A Revolution (O.A.R.) - That Was A Crazy Game Of
Poker.mp3|8417575
         Oar - Hey Girl.mp3|4355091
Everlast
         Everlast - Black Jesus.mp3|5656876
Nate Dogg
         Fabolous_Feat_Nate_Dogg-03-Can - .mp3|5026923
Kyle and Dan
         Rogerthat.mp3|3503421
         Kyle Brett - What You See Is What You Get.mp3|3581751
         Kyle Brett - Nothing.mp3|2202456
Incubus
         Acoustic
                 Incubus Live @ MTV Acoustic - 07 - Stellar.mp3|16252
                 Incubus Live @ Mtv Acoustic - 06 - Stellar.mp3|3346936
                 Incubus Live @ Mtv Acoustic - 04 - No Scrubs.mp3|1431262
                 Incubus - Intro.mp3|1706822
                 Incubus - Clean.mp3|4211944
                 Incubus - A Certain Shade of Green (Live MTV
Acoustic).mp3|4238735
                 Incubus - 06 - Consequence (Acoustic).mp3|3506095
                 Incubus - 03 - Pardon Me (Acoustic).mp3|5272351
                 Deftones - Be Quiet And Drive (Feat Adam).mp3|4740830
         Morning view
                 Pudie Tadow- Nice To Know You (live).mp3|4164856
                 Incubus- Circles.mp3|6087765
                 Incubus - Warning.mp3|5000340
                 Incubus - Under My Umbrella.mp3|3440726
                 Incubus - Nice To Know You.mp3|6844354
                 Incubus - Mexico.mp3|6303139
                 Incubus - Just A Phase.mp3|2348754
                 Incubus - I Wish You Were Here.mp3|3266428
                 Incubus - Echo.mp3|3491173
                 Incubus - Circles.mp3|4101311
                 Incubus - Blood On The Ground.mp3|6630234
                 Incubus - Are You In.mp3|6383018
                 Incubus - 11am.mp3|3131793
                 Incubus - 11 Am.mp3|1801114
                 13 Aqueous Transmission.wma|7550867
                 12 Under My Umbrella.wma|3409493
                 11 Are You In-.wma|4270025
                 10 Have You Ever.wma|3134589
                 09 Echo.wma|3463251
                 08 Warning.wma|4521009
                 08 - Warning.mp3|3403319
                 07 Mexico.wma|4204279
                 06 Blood on the Ground.wma|4425417
                 05 11am.wma|4096707
                         Page 57
```

```
                        ShareListing.txt
            04 Just a Phase.wma|5333755
            03 Wish You Were Here.wma|3463279
            02 Circles.wma|4019025
            01 Nice to Know You.wma|4580787
            (10) Incubus- Morning View- Have You Ever.mp3|2363353
    Orchestra
            Incubus-Make Yourself (acoustic with orchestra).mp3|4895294
            Incubus - The Warmth (Live).mp3|7365683
            Incubus - Stellar (Live).mp3|5724901
            Incubus - Pardon Me (Live).mp3|6057889
            Incubus - Make Yourself (Live).mp3|4903486
            Incubus - Drive (Live).mp3|6220350
            Incubus - Clean (Live).mp3|6752166
    S.C.I.E.N.C.E
            12 Calgone.wma|15528921
            11 Deep Inside.wma|3821945
            10 Nebula.wma|3720335
            09 Summer Romance (Anti-Gravity Love Song) [Anti-Gravity
Lov.wma|4306121
            08 Favorite Things.wma|3098889
            07 A Certain Shade of Green.wma|3104971
            06 Magic Medicine.wma|2967383
            05 Glass.wma|3517157
            04 Idiot Box.wma|4001243
            03 New Skin.wma|3732299
            02 Vitamin.wma|3134689
            01 Redefine.wma|3242299
    No Scrubs
            Incubus - No Scrubs (TLC Cover).mp3|2683885
            Incubus - No Scrubs (Acoustic).mp3|389206
    Concert
            Incubus - 10 - Anti Gravity (Live).mp3|6842247
            Incubus - 09 - Pardon Me (Live).mp3|5715006
            Incubus - 08 - Clean (Live).mp3|6880358
            Incubus - 07- Stellar (Live).mp3|5619538
            Incubus - 06 - Make Yourself.mp3|5095882
            Incubus - 05 - New Skin (Live).mp3|6031608
            Incubus - 04 - The Warmth (Live).mp3|6819996
            Incubus - 03 - Vitamin (Live).mp3|10414790
            Incubus - 02 - Favorite Things (Live).mp3|4971120
            Incubus - 01 - Privilege (Live).mp3|6688513
            Concert CD.cl4|5632
    Make Yourself
            13 Out From Under.wma|3373619
            12 Pardon Me.wma|3618625
            11 I Miss You.wma|2722227
            10 Battlestar Scralatchtica.wma|3702319
            09 Clean.wma|3803873
            08 Drive.wma|3744113
            07 Make Yourself.wma|2973225
            06 Stellar.wma|3236181
            05 When It Comes.wma|3893529
            04 The Warmth.wma|4275987
            03 Consequence.wma|3224213
            02 Nowhere Fast.wma|4371607
            01 Privilege.wma|3779977
    When Incubus Attacks, Vol. 1 [EP]
            06 Pardon Me [Live].wma|8124499
            05 Favorite Things [Live].wma|3618607
            04 Crowded Elevator.wma|4610611
            03 Make Yourself [Acoustic].wma|3224195
            02 Stellar [Acoustic].wma|3158471
            01 Pardon Me [Acoustic].wma|3660435
                        Page 58
```

```
                              ShareListing.txt
            Wish you were there|3235930
            Various Artists - Incubus- Crowded Elevator.mp3|3448918
            Priceless (1).mp3|4994693
            Made For TV Movie-crow left of the murder_INCUBUS.mp3|7545910
            incubus-crow left of the murder-leech.mp3|1886303
            Incubus- Stellar Live On Craig Kilborn.mp3|4950144
            Incubus Live @ MTV Acoustic - 04 - No Scrubs.mp3|1435358
            Incubus - Vitamin.mp3|2249801
            Incubus - The Warmth.mp3|5400954
            Incubus - Still Not A Player [Big Pun Cover].mp3|4871994
            Incubus - Pudie Tadow- Nice To Know You (live).mp3|4158712
            Incubus - Privilege.mp3|5647132
            Incubus - Morning View - 13 - Aqueous Transmission.mp3|5660424
            Incubus - Miss Bliss.mp3|5821414
            Incubus - Incubus - Like A Virgin.mp3|1652775
            Incubus - Familiar (Album Version).mp3|2579651
            Incubus - Drive.mp3|5541180
            Incubus - DJ Mix.mp3|2828764
            Incubus - Direction (Live).mp3|4454151
            Incubus - A Crow Left of The Murder.mp3|5960690
            Incubus - A Certain Shade Of Green (Ac.).mp3|4238735
            Incubus - 10 - I Miss You (Acoustic).mp3|3998409
            Incubus - 02 - Make Yourself (Acoustic).mp3|3058042
            Incubus & 311 - Tribute (Live).mp3|4429116
            DJ Mix.mp3|1450404
            Crow Left Of The Murder-beware_criminal-incubus.mp3|6663630
            12-crow left of the murder-Smile Lines-crow left of the
murd.mp3|3665147
            09 Priceless.wma|3989282
            09 Priceless (1).wma|5973354
            04-Familiar.mp3|3254582
            03 Agoraphobia.mp3|4889891
            (09) Incubus - Priceless (1).wma|2502830
            (08) Incubus - Southern Girl.wma|2251081
            (06) Incubus - Sick Sad Little World.wma|3873548
      lloyd banks
            Lloyd Banks - The Hunger For More
                  Lloyd Banks - The Hunger For More.nfo|842
                  14 Lloyd Banks - South Side Story.mp3|8024535
                  13 Lloyd Banks - Die One Day.mp3|6220498
                  12 Lloyd Banks - Til The End.mp3|9914578
                  11 Lloyd Banks - When The Chips Are Down.mp3|7035008
                  10 Lloyd Banks - Karma.mp3|8914636
                  09 Lloyd Banks - Warrior Part2.mp3|6977664
                  08 Lloyd Banks - If You So Gangsta.mp3|6762712
                  07 Lloyd Banks - Work Magic.mp3|8558720
                  06 Lloyd Banks - I'm So Fly.mp3|7684305
                  05 Lloyd Banks - I Get High.mp3|7985280
                  04 Lloyd Banks - On Fire.mp3|5994702
                  03 Lloyd Banks - Warrior.mp3|5367246
                  02 Lloyd Banks - Playboy.mp3|8705742
                  01 Lloyd Banks - Aint No Click.mp3|8491136
      Sum 41
            Sum41 - Fat Lip.mp3|2875645
            Sum 41 - In Too Deep.mp3|3336654
            Sum 41 - Fat Lip.mp3|5010831
            Sum 41 - Aknf - 07 - In Too Deep.mp3|1472713
      Vanilla Ice
            Vanilla Ice - Ninja Rap.mp3|3625088
            Vanilla Ice - Ice Ice Baby.mp3|4293237
      Method Man
            Method Man And Redman - How High (Triumph Remix).mp3|3846016
            METHOD MAN - MR. SAND MAN.mp3|3821717
                              Page 59
```

```
                              ShareListing.txt
              Method Man - Method Man - Judgment Day.mp3|5809271
              Method Man - Judgment Day (1).mp3|4891264
              Method Man - Even If.mp3|4327021
              Method Man - Even If (1).mp3|4326993
              Method Man - Bring Da Pain.mp3|3162407
              METH MAN-Bring the pain.mp3|4616969
        the stills
              The Stills - Talk to Me.mp3|1456088
              The Stills - Still In Love Song.mp3|4569425
              The Stills - Still In Love Song (1).mp3|3581995
              the stills - killer bees.mp3|5934922
              The Stills  - ready for it.mp3|8168464
              stills - talk to me.mp3|2173995
              still in love.mp3|5381142
              Muse - Fevered.mp3|5875952
              12 - yesterday never tomorrows.mp3|7709184
              12 - yesterday never tomorrows (1).mp3|7859053
              07 Let's Roll.mp3|6033009
              05 Of Montreal.mp3|6359085
              05 - of montreal (1).mp3|6360865
              04 Love & Death.mp3|6010242
              04 Love & Death (1).mp3|6018434
              03 Changes Are No Good.mp3|5604053
              02 gender bombs.mp3|5491192
              01 Lola Stars and Stripes.mp3|5538272
        Gangstar
              Gangstar - Now Your Mine.mp3|2832679
        coheed and cambria
              Coheed and Cambria
                    In Keeping Secrets of Silent Earth 3
                           12-coheed_and_cambria-bonus_track-ph
(2113).mp3|14086286

11-coheed_and_cambria-the_light_and_the_glass-ph.mp3|13903847

10-coheed_and_cambria-a_favor_house_atlantic-ph.mp3|5633897

09-coheed_and_cambria-the_velorium_camper_iii_al_the_killer-ph.mp3|6130479

08-coheed_and_cambria-the_velorium_camper_ii_backend_of_forever-ph.mp3|7745477

07-coheed_and_cambria-the_velorium_camper_i_faint_of_hearts-ph.mp3|7715380

06-coheed_and_cambria-blood_red_summer-ph.mp3|5889061
                           05-coheed_and_cambria-the_crowing-ph.mp3|9497094

04-coheed_and_cambria-three_evils_embodied_in_love_and_shadow-ph.mp3|7410064

03-coheed_and_cambria-cuts_marked_in_the_march_of_men-ph.mp3|7216330

02-coheed_and_cambria-in_keeping_secrets_of_silent_earth_3-ph.mp3|11825589

01-coheed_and_cambria-the_ring_in_return-ph.mp3|3051537
                           The Prize Fighter Inferno
                           The Prize Fighter Inferno - Your Love
(Acoustic).mp3|6020778
                           The Prize Fighter Inferno - Run Like Hell
(Acoustic).mp3|3906427
                           The Prize Fighter Inferno - I'm Going to Kill
You.mp3|3563606
                           The Prize Fighter Inferno - Blood Machine
(Acoustic).mp3|4987896
                    Acoustic
                              Page 60
```

ShareListing.txt
Coheed and Cambria - Time Consumer

(Acoustic).mp3|5435112

Coheed and Cambria - The Light and the Glass

(Acoustic).mp3|9712925

Coheed and Cambria - The Faint of Heart

(Acoustic).mp3|6733398

Coheed and Cambria - The Crowing

v2(Acoustic).mp3|8640337

Coheed and Cambria - The Crowing

v1(Acoustic).mp3|10258650

Coheed and Cambria - Cuts Marked in the March of Men

(Acoustic).mp3|6229235

Coheed and Cambria - Blood Red Summer

(Acoustic).mp3|4588745

Coheed and Cambria - Al the Killer

(Acoustic).mp3|5578786

Coheed and Cambria - A Favor House Atlantic

(Acoustic).mp3|4539635

Delirium Trigger EP (Shabutie)
Coheed and Cambria - DT5 - Junesong Provision

(Acoustic).mp3|5330944

Coheed and Cambria - DT4 - 33.mp3|3381248
Coheed and Cambria - DT3 - Cassiopea.mp3|6068224
Coheed and Cambria - DT2 - Delirium

Trigger.mp3|4611889

Coheed and Cambria - DT1 - Better than

Evil.mp3|2947072

Second Stage Turbine Blade
11 - Coheed and Cambria - I, Robot (Secret

Track).mp3|3708928

10 - Coheed And Cambria - God Send

Conspirator.mp3|18811142

09 - Coheed And Cambria - Neverender.mp3|7857355
08 - Coheed And Cambria - Junesong

Provision.mp3|7825370

07 - Coheed And Cambria - 33.mp3|5038080
06 - Coheed And Cambria - Hearshot Kid

Disaster.mp3|8324870

05 - Coheed And Cambria - Delirium

Trigger.mp3|6935587

04 - Coheed And Cambria - Everything

Evil.mp3|8498695

03 - Coheed And Cambria - Devil In Jersey

City.mp3|6958375

02 - Coheed And Cambria - Time Consumer.mp3|8286118
01 - Coheed And Cambria - Second Stage Turbine

Blade.mp3|1263616

Penelope EP(Shabutie)
Shabutie - 04 - Godfathers Lollipop.mp3|5747120
Shabutie - 03 - Kinderwhore.mp3|5469466
Shabutie - 02 - Camouflage.mp3|7354496
Shabutie - 01 - Shameless.mp3|7745664
Coheed and Cambria EP
Coheed and Cambria - ep05 -Godsend

Conspirator.mp3|5572608

Coheed and Cambria - ep04 - Devil in Jersey

City.mp3|4593664

Coheed and Cambria - ep03 - Neverender.mp3|5357568
Coheed and Cambria - ep02 - Time

Consumer.mp3|5517312

Coheed and Cambria - ep01 - Everything

Evil.mp3|5588992

Shabutie - Nauraushaun.mp3|6389760

```
                        ShareListing.txt
                Coheed and Cambria - Sister Christian(Night Ranger
cover).mp3|2780731
                Coheed and Cambria - Elf Tower, NM.mp3|8734308
        Click
        Click. - Slave.mp3|3343872
        Jay-Z
        Jay-Z - The Black Album
                Cover
                        jay-z front.JPG|349611
                        jay-z d.JPG|267940
                        jay-z back.JPG|244077
                Jay-Z - 14 - My 1st Song.mp3|4554528
                Jay-Z - 13 - Allure.mp3|4680056
                Jay-Z - 12 - Lucifer.mp3|3071882
                Jay-Z - 11 - Justify My Thug.mp3|3904538
                Jay-Z - 10 - Interlude.mp3|2748896
                Jay-Z - 09 - 99 Problems.mp3|5634048
                Jay-Z - 08 - Moment Of Clarity.mp3|4224726
                Jay-Z - 07 - Threat.mp3|3949682
                Jay-Z - 06 - Dirt Off Your Shoulder.mp3|3922512
                Jay-Z - 05 - Change Clothes.mp3|4134438
                Jay-Z - 04 - Encore.mp3|4015308
                Jay-Z - 03 - What More Can I Say.mp3|4722564
                Jay-Z - 02 - December 4th.mp3|4379386
                Jay-Z - 01 - Interlude.mp3|1308468
        DJ Danger Mouse - Grey Album
                12My1stSong.mp3|8235173
                11Interlude.mp3|3173006
                10JustifyMyThug.mp3|6330897
                09Allure.mp3|6174162
                08ChangeClothes.mp3|6130903
                07MomentofClarity.mp3|6028712
                06DirtOffYourShoulder.mp3|6006769
                0599Problems.mp3|6183566
                04December4th.mp3|5418074
                03Encore.mp3|4109026
                02WhatMoreCanISay.mp3|6629946
                01PublicServiceAnnouncement.mp3|4229398
        Rap-Av8 Dj Ruffchild Feat Jay-Z, Ja Rule, Jd, Mya, Crooklyn
.mp3|3763766
        R._Kelly_And_Jay-Z-04-Somebody - .mp3|3709824
        PSA.mp3|2328576
        jayz - me and my girlfriend (2).mp3|3310656
        jayz - me and my girlfriend (1).mp3|3310400
        Jay-Z - Track 06.mp3|3867880
        Jay-Z - Track 04.mp3|3475835
        Jay-Z - Track 03.mp3|3516377
        jay-Z - threat(gray album).mp3|3739445
        Jay-Z - Threat (Grey Album).mp3|3739648
        Jay-Z - 11 - The Grey Album (3).mp3|3407744
        Jay-Z - 11 - The Grey Album (1).mp3|3407637
        Jay Z - My First Song Gray.mp3|7980965
        Jay Z - Justify My Love Gray.mp3|7084032
        Jay Z - H To The Izzo.mp3|5767720
        Jay Z - Grey Album - Gray Album - 8 - Track 8.mp3|6853467
        Jay Z - Grey Album - Gray Album - 7 - Track 7 (1).mp3|6728393
        Jay Z - Grey Album - Gray Album - 5 - Track 5.mp3|6933193
        Jay Z - Grey Album - Gray Album - 3 - Track 3.mp3|4488759
        Jay Z - Grey Album - Gray Album - 12 - Track 12.mp3|7978405
        Jay Z - Grey Album - Gray Album - 1 - Track 1 (1).mp3|4643822
        jay z - encore(gray).mp3|4491319
        Jay Z - Change Clothes Gray.mp3|6852608
        jay z - 09 - grey album - allure.mp3|6902473
                        Page 62
```

```
                              ShareListing.txt
            gray album-7-Moment of Clarity.mp3|6728393
            gray album-5-99 problems.mp3|6933193
            Gray Album Encore.mp3|4104674
            Gray Album Allure.mp3|6170322
            defiownage+10.mp3|2327161
            defiownage+07.mp3|3739061
            defiownage+01.mp3|836719
            14_My_1st_Song_Remix.mp3|5729363
            13_Allure_Remix.mp3|4869407
            12My1stSong.mp3|7978405
            12 track 12.mp3|7978405
            11Interlude.mp3|3168451
            11 The Gray Album Interlude.mp3|3168654
            10JustifyMyThug.mp3|6326342
            10 track 10.mp3|7084599
            08 change clothes (remix).mp3|6853467
            08 - jay z - grey album - album - track 8.mp3|6853467
            08 - change clothes.mp3|7096961
            07MomentofClarity.mp3|6024105
            07-Camron-Welcome_To_New_York_ - .mp3|5012044
            07 Jay Z - Grey Album - Track 7.mp3|6728393
            06 - Jay-z gray album.mp3|6705719
            05-jay_z-change_clothes_and_go-dta.mp3|4137020
            04_Encore_Remix.mp3|4373603
            04 - december 4th.mp3|6015982
            03Encore.mp3|4104470
            03 - encore.mp3|4488759
            03 - Encore (1).mp3|4488759
            02_December_4th.mp3|5063872
            02 track 2 (1).mp3|7429102
            01 - jay z - grey album - album - track 1.mp3|4643822
      A tribe called quest
            A Tribe Called Quest - Stressed Out.mp3|4798210
            A Tribe Called Quest - Scenario.mp3|4027457
            A Tribe Called Quest - Phony Rappers.mp3|3496022
            a tribe called quest - oh my god.mp3|2949101
            A Tribe Called Quest - Oh My God (1).mp3|3315557
            A Tribe Called Quest - Find A Way.mp3|3264831
            a tribe called quest - clap your hands.mp3|3162825
            A Tribe Called Quest - Check The Rhyme.mp3|3492135
            A Tribe Called Quest - Can I Kick It.mp3|3943624
            A Tribe Called Quest - Buggin' Out.mp3|3495015
            A Tribe Called Quest - Award Tour.mp3|3351533
            A Tribe Called Quest & Fugees & Busta Rhymes & Forte -
Rumbl.mp3|4961596
      Young Guns
            Zebra HEad
                  Zebrahead - Playmate Of The Year.mp3|4286717
                  Zebra Head - Get Back.mp3|3414394
                  Zebra Head - Check It (1).mp3|2161056
            Young Gunnas ft. Chingy - Can't Stop, Won't Stop Remix.mp3|5263653
            CaNT STOP WoNT StoP (1) (1).wma|3618691
      MXPX
            MXPX-Coming_Home_For_Christmas -
MXPX-Coming_Home_For_Christ.mp3|4109795
            Mxpx- Tomorrow Is Another Day.mp3|2695248
            Mxpx - Your Problem My Emergency.mp3|3152668
            Mxpx - The Last Slowdance.mp3|1921664
            Mxpx - Take On Me.mp3|3483776
            MXPX - Responsibility.mp3|3894809
            Mxpx - Party, My House, Be There.mp3|2216888
            Mxpx - My Life Story.mp3|2640000
            Mxpx - I'm Ok You're Ok.mp3|2569367
                              Page 63
```

```
                         ShareListing.txt
         MxPx - Honest Answers.mp3|3542582
         MXPX - Bad Hair Day.mp3|1805042
Georges Moustaki
         Moustaki Georges -- Votre Fille A 20 Ans (1).mp3|3028636
         Moustaki George - Il Y Avait Un Jardin.mp3|3915464
         Georges Moustaki - Un Jour Tu Es Parti.mp3|3740074
         Georges Moustaki - Nous N'étions Pareils.mp3|2273366
         Georges Moustaki - Natalia.mp3|1793805
         Georges Moustaki - Ma Solitude.mp3|2918038
         Georges Moustaki - Ma Liberte.mp3|2682631
         Georges Moustaki - Les Orteils Au Soleil.mp3|3189825
         Georges Moustaki - Les Eaux De Mars.mp3|3554122
         Georges Moustaki - Le Voyage.mp3|2229104
         Georges Moustaki - Le Méthèque.mp3|2425144
         Georges Moustaki - Le Meteque.mp3|2490884
         Georges Moustaki - Joseph.mp3|2366278
         Georges Moustaki - Il Est Trop Tard.mp3|2574866
         Georges Moustaki - Gaspard.mp3|2744406
         Georges Moustaki - Gaspard (1).mp3|2742817
         Georges Moustaki - Eden Blues.mp3|3074510
         Georges Moustaki - Balance.mp3|3163536
         Georges Moustaki - All Shoock Up.mp3|1627703
         George Moustaki - Ma Solitude.mp3|2898954
         George Moustaki - Le Facteur.mp3|4029000
2 Skinny Jays
         Twoskinnyjays Thegoodthebad&theskinnies.mp3|3859563
         Two Skinnee J's - Pass The Buck.mp3|3669848
         Copy Of 2 Skinnee J's - The Best.mp3|3920000
         Artist - Track 16.mp3|2896951
         2 Skinny Jays - Track  9.mp3|3248440
         2 Skinny Jays - Track  6.mp3|2974351
         2 Skinny Jays - Track  5.mp3|4488515
         2 Skinny Jays - Track  2.mp3|4326883
         2 Skinny Jays - Track  1.mp3|3641702
         2 Skinny Jays - Stolkholm Love.MP3|2427624
         2 Skinny J's - Irrestable Force.mp3|2959402
         2 Skinnee J's - Irresistable Force (Live-2).mp3|1192320
         2 Skinnee J's - Girl With The World In Her Eye.mp3|6080237
         2 Skinnee J's - Force Trick (Live).mp3|5487798
         2 Skinnee J's - Bbq.mp3|3433301
the velvet underground
         Velvet Underground - Sunday Morning.mp3|2780638
         Velvet Underground - Stephanie Says.mp3|2752013
Fenix TX
         Fenix TX - Threesome.mp3|2491874
         Fenix TX - Skate Park.mp3|4031636
Jay and Silent Bob Strike Back
         Wav
              06 Cyber Savvy.wav|1329206
         View Askew - Jay And Silent Bob Strike Back - Two Thumbs
Up.mp3|112099
         View Askew - Jay And Silent Bob Strike Back - NWP.mp3|239075
         View Askew - Jay And Silent Bob Strike Back - Holden On
Affl.mp3|453530
         View Askew - Jay And Silent Bob Strike Back - Doobie
Snacks.mp3|140938
         View Askew - Jay And Silent Bob Strike Back - Cyber Savvy.mp3|122548
         View Askew - Jay And Silent Bob Strike Back - Choked Up -
Mi.mp3|2871466
         Various Artists - Willenholly's Woe.mp3|145118
         Various Artists - Tube Of Wonderful - Dave Pirner.mp3|1687596
         Various Artists - Touching A Brothers Heart.wav|4114486
         Various Artists - Touching A Brothers Heart.mp3|377044
                         Page 64
```

```
                          ShareListing.txt
         Various Artists - The Devil's Song - Marcy Playground.mp3|2764970
         Various Artists - Stealing Monkey's.mp3|133415
         Various Artists - Kick Some Ass - Stroke 9.mp3|3940940
         Various Artists - Jay's Rap.wav|5612086
         Various Artists - Jay's Rap.mp3|512880
         Various Artists - Jay & Justice.mp3|168106
         Various Artists - Doobie Snacks.wav|1531958
         Various Artists - Choked Up - Minibar.mp3|2871466
         Various Artists - Bullets - Bob Schneider.mp3|4225486
         Various Artists - Advice From Above.mp3|373700
         Stroke 9 - Kick Some Ass.mp3|4008649
         Copy of 16 Various Artists - Idiots vs. The Internet.mp3|97053
         Chasing Amy Soundtrack - Ben Affleck - I Love You.mp3|2847308
         Chasing Amy - Jay & Silent Bob - The Speech.mp3|831896
         Artist - Bloodhoundgang_Jackass.mp3|2364481
         Afro Man - Because I Got High.mp3|1277632
         16 Various Artists - Idiots Vs. The Internet.wav|1048118
The all-american rejects
         The All-American Rejects - Swing Swing.mp3|3676335
Pearl Jam
         Pearl Jam - Evolution.mp3|3761858
Reel Big Fish
         Reel Big Fish - Take On Me.mp3|2927868
         Punk Ska Cover - Hotel California (1).mp3|4259968
cake
         Cake - Short Skirt, Long Jacket.mp3|3351701
         CAKE - Shadow Stabbing.mp3|3017375
         Cake - Never There.mp3|2551244
         Cake - Love You Madly.mp3|3830640
         Cake - Italian Leather Sofa.mp3|5663990
Missy Elliot
         Missy Elliot - This Is For My People.mp3|4685659
         Missy - Get Ur Freak On (Duo Maxwell).mp3|5762115
Redman
         Redman - Let's Get Dirty (Instrumental).mp3|4032037
Something Corporate
         Something Corporate - North
                 Something Corporate - The Runaway.mp3|4397017
                 Something Corporate - Space.mp3|4255329
                 Something Corporate - She Paints Me Blue.mp3|5252788
                 Something Corporate - Ruthless.mp3|4902329
                 Something Corporate - Only Ashes.mp3|4980697
                 Something Corporate - Miss America.mp3|5519864
                 Something Corporate - Me And The Moon.mp3|5949317
                 Something Corporate - I Won't Make You.mp3|5517983
                 Something Corporate - Down.mp3|4988847
                 Something Corporate - Break Myself.mp3|4708605
                 Something Corporate - As You Sleep.mp3|4536824
                 Something Corporate - 21 And Invincible.mp3|4769418
         Student Rick-Falling For You.mp3|2752013
         Somthing Corporate - Not What It Seems.mp3|3204955
         Something Corporate-Babies Of The 80s.mp3|2984201
         Something Corporate - When It Goes Down.mp3|5668574
         Something Corporate - Walking By.mp3|4394383
         Something Corporate - The Astronaut.mp3|4332329
         Something Corporate - Straw Dog.mp3|3403528
         Something Corporate - Punk Rock Princess.mp3|3693968
         Something Corporate - Letter's To Noelle.mp3|4421133
         Something Corporate - Konstantine.mp3|9271340
         Something Corporate - Inside The Pocket.mp3|2883926
         Something Corporate - If You See Jordan.mp3|4231176
         Something Corporate - If I Die.mp3|4122334
         Something Corporate - I Woke Up in a Car.WMA|528255
                          Page 65
```

ShareListing.txt
                Something Corporate - I Woke Up In A Car.mp3|1789196
                Something Corporate - I Kissed A Drunk Girl.mp3|4106034
                Something Corporate - Good News.mp3|3480568
                Something Corporate - Globes And Maps.mp3|2037349
                Something Corporate - Constantine.mp3|9421683
                Something Corporate - Cavanaugh Park.mp3|4066328
                Something Corporate - Ben Franklin's Kite.mp3|4158448
                something corporate - Bad Days.mp3|3521648
                Something Corporate - Bad Day.mp3|3525488
                Something Corporate - Airports.mp3|4468279
                Globes And Maps.mp3|4645289
        Punch Drunk Love
                Jon Brion - TackPiano MainTheme.mp3|1601372
                Jon Brion - Punch-Drunk Melody.mp3|2183186
                Jon Brion - Moana Chimes.mp3|2852322
        Alkoholiks
                Alkoholiks - Coast Ii Coast.mp3|4977938
        Bouncing Souls
                Bouncing Souls - True Believers.mp3|2432316
        Jurassic Park
                John Williams - Jurassic Park Theme.mp3|3341669
        Earth Wind and Fire
                N2-6627328-Earth Wind And Fire - September 99 (Disco
Mix).mp3|6656128
                Earth, Wind & Fire - September.mp3|3453732
        The And Ors
                The And _ Ors - Screams Nicole (BLR).mp3|2259417
        Sunday @ Midknight
                Sunday @ Midknight - Mr. Goger.mp3|5718290
        Adema
                Adema - The Way You Like It.mp3|3542546
                Adema - Giving In.mp3|4429492
                Adema - Blow It Away.mp3|2214266
        Lil Wayne
                Lil Wayne - Way Of Life (F. Big Tymers).mp3|3762889
        Slip n Slide All Stars
                Trick Daddy Ft SNS Express - Take It To Da House (Album).mp3|5530775
        Ghost World
                Various Artists - Shanachie Records Soundtracks - Theme
From.mp3|3836073
                Patience And Prudence - A Smile And A Ribbon.mp3|1702852
                Mohammed Rafi - Jaan Pehechaan Ho - Mohammed Rafi.mp3|5297724
        Crystal Method
                The Crystal Method - Vegas - Busy Child.mp3|7163284
                Crystal Method - Keep Hope Alive.mp3|5987200
        Rollins Band
                Rollins Band - What's The Matter Man.mp3|2879329
        zzzzzzzzzzzz NOT YET SORTED zzzzzzzzzzzz
                Xbox-Various Artists - Flashy Wordz-MYG.mp3|2704461
                Various Artists - Afrika Shox - Leftfield-Afrika
Bambaataa.mp3|3625726
                TUPAC DISS!  trust me! notorious big biggie black rob hit
em.mp3|3543424
                tu pac - tupac & eminem hail mary rmx.mp3|4915328
                Train - Drops of Jupiter.mp3|4125599
                Track 16.mp3|4014208
                Track 13.mp3|2553984
                Toxic.mp3|3276928
                tom petty - something in the air.mp3|3957934
                timberland - indian flute.MP3|3239985
                Thursday - The Dream.mp3|4465859
                Theme - Star Wars - Duel Of The Fates [Techno Remix].mp3|4009136
                Theme - Bee Sharp's - Baby On Board.mp3|1573373
                                Page 66

ShareListing.txt

The Who - Teenage Wasteland.mp3|4939040
THE SOURCE - The Roots feat. Erykah Badu - You Got Me.mp3|4153816
the residents - constantinople (1).mp3|2282893
the blood brothers - under pressure.mp3|4403375
Tenacious D - Tribute.mp3|4152377
Super Tramp -Take A Look At My Girlfriend (1).mp3|2582116
streetslang.mp3|3209892
Somewhere Out There.mp3|4352931
Slipknot - Wait and Bleed.mp3|2971229
She Won't Let Me Fuck - Afroman.mp3|5779121
Sean Paul - Gimme Tha Light.mp3|3515872
sean paul - diwali riddim.MP3|1533344
Santos and Johnny - Sleep Walking.mp3|4654812
Santos and Johnny - Sleep Walking (2).mp3|4655068
Santos and Johnny - Sleep Walking (1).mp3|4654684
Rolly Polly Fish Heads.mp3|2343482
Roger Williams - Chariots Of Fire Theme.mp3|2916636
rockapella - Istanbul Not Constantinople.mp3|2117644
Reggae - Slightly Stoopid - Smoke Rasta Dub.mp3|2554941
Rasco & Peanut Butter Wolf - Run The Line.mp3|3296745
Racin' Da Clock.mp3|2314451
Punk Covers - Hotel California-NOFX.mp3|4259840
Punjabi MC feat. Jay-Z - Beware Of The Boys
REMIX-paradoxic.mp3|5750040
Punjabi MC - Beware Of The Boys (Instrumental).mp3|4527751
Pumpitup.mp3|3992067
pharell_feat._jay-z-frontin-(radio)-cms.mp3|2892766
Phantom Planet - Can You See Me Now.mp3|3380419
Pergolesi - Cecilia Bartoli - If You Love Me- 18th-century
I.mp3|2464671
Paul Oakenfeld Vs Afrika Bambaataa & The Soul Sonic Force -
.mp3|7527959
Parton, Rondstadt & Emmylou Harris - Mr Sandman.mp3|2288848
Ozzy Osborne-Iorn Man.mp3|5283840
Our Lady Of Peace Is Anyone Home.mp3|3508616
Oldies 60's - Mr Sand Man.mp3|2288848
Oldies - Loving Feeling.mp3|3150429
Oldies - Angels - My Boyfriend.mp3|2537061
noreaga-superthug.MP3|4318163
No Doubt - Dont't Speak.mp3|4308122
NIN & David Bowie-The Man Who Sold the World.mp3|3232883
Nick Cannon feat.R. Kelly- Gigolo.mp3|3704832
Nerd - Im an Outlaw.mp3|3421267
Nas & Eminem - Battle Freestyle (1).mp3|1431936
Msi - Grab The Mic.mp3|1293146
Mr. Music- Slightly Stoopid.mp3|3392156
motion city soundtrack - modern chemistry.mp3|3498705
motion city soundtrack - modern chemistry (1).mp3|3498705
metallica - Rape Me (Nirvana RARE LIVE COVER).mp3|3564860
Meat Puppets - Man Who Sold The World.mp3|3338624
Me First and the Gimmie Gimmies - Hotel California.mp3|4210896
Me First And The Gimme Gimmes - Time After Time.mp3|1588359
Mario ft. Biz Markie - Just A Friend (remix).mp3|3430230
Lil Kim ft Missy - Can You hear Me Now.mp3|3492851
lifehouse-stanley climbfall-spin-No Loops.mp3|4689692
Kurupt - Under Pressure.mp3|4890624
Jimmy Buffet - Escape( The Pina Colada Song).mp3|4056508
Jessica.mp3|1985481
Jadakiss-17-what_You_Ride_For_ - .mp3|4359275
Ivy y Don Omar en la disco.mp3|2060416
It's a Hard Life.mp3|3988166
intro-jay-z-gray album.mp3|836719
I've Got To See You Again.mp3|4113974

ShareListing.txt
House music-Techno - Dance.Rave - DJ Kosmonova - Take Me
Awa.mp3|4167808
Hot 97 Freestyle Rocafella Family - 19 - Jay-z, Sigel,
Freew.mp3|2772577
Hootie and the Blowfish - Hold My Hand.mp3|4119826
Hoobastank - The Reason.mp3|3725079
Hoobastank - Crawling In The Dark.mp3|2799200
Hey Mercedes - elliot smith cover (1).mp3|2287616
Good Luck.mp3|6778880
Good Charlotte - The Story Of My Life.mp3|2977541
Gob - Paint It Black.mp3|4272281
Gob - Mr. Sandman.mp3|2175104
Gob - Ming Tran.mp3|2498770
Ghetto Boys - Damn It Feels Good To Be A Gangsta.mp3|4949856
Geggy Tah - Whoever You Are.mp3|4378436
Gavin DeGraw - I Don't Wanna Be.mp3|3402486
Four Lads - Istanbul (Not Constantinople-53).mp3|2331043
fix up look sharp.mp3|3340296
Fabulous Feat.mp3|6596608
Eve Featuring Alicia Keys - Gangsta Lovin COMPLETE.mp3|3915644
Eve F Alicia Keys - Gangsta Lovin.mp3|5639566
Esthero & Black Eyed Peas - Empire Strikes Back.mp3|593159
eminem_obie_50cent - love me.mp3|4366631
Elton John - Tiny Dancer.mp3|6041769
Duncan Sheik - Barely Breathing.mp3|4113556
Duncan Sheik - Barely Breathing (Acoustic).mp3|4319413
Duane Eddy - Sleep Walking.mp3|2280889
Down For You.mp3|2124756
Dont Tell Me (3).mp3|4897403
DMX - Grim reaper (Ja Rule Diss).mp3|2110659
dj z trip - Empire Strikes Back.mp3|2801418
DJ Justin -- Star Wars Remix.mp3|3846523
DJ Chip Man And Ray Lo - Peanut Butter Jelly Time II.mp3|2449034
dizzie_vs_asher_d_1 (1).wma|1362012
Dido - Wwwmp3sfindercom - White Flag.mp3|3560461
Dido - White Flag (This one's working).mp3|4452417
De4.mp3|5424338
De La Soul Feat. Redman - Ooh.mp3|3461791
de la soul - oooh.mp3|3501497
David Bowie & Queen - Under Pressure.mp3|3869274
DARK01.MP3|3839703
D12 - My Band (ft Eminem).mp3|6292569
CRUISE-that lovin feeling.mp3|1886793
Classical - Techno Trance - Starwars (fucking awesome) - DJ
.mp3|6955272
Clarence Carter - Slip Away.mp3|2558080
cecilia bartoli - Se tu m'ami.mp3|2465792
Carly Simon W_James Taylor - Mockingbird.mp3|3998644
Canibus Chino XL Jinusean - eminem diss.mp3|3468086
bush - hotel california (live cover).mp3|1012926
Buckwheat Boyz - Peanut Butter And Jelly Time.mp3|1720197
Brittney Spears - Toxic.mp3|4963396
blu_cantrell_feat._sean_paul-01-breathe_(remix)-Omni.mp3|5505904
Blitzkrieg.mp3|5425906
Bizet - L'arlésienne Suite No. 2 - Farandole.mp3|2929744
Bethoven - Immortal Beloved - 07 - Piano Sonata No.8 in C
mi.mp3|2176739
Best Interest-Prom Girl.mp3|2769781
Ben Kweller - Sha Sha.mp3|1625750
Ben Folds - Not The Same.mp3|4151591
Armenian Rap Minor (Unreleased Full Version) - Fuck Eminem
(.mp3|2060922
Allen Sherman - Camp Granada.mp3|2651117
Page 68

```
                              ShareListing.txt
            Albinoni - Adagio for Strings in G Minor.mp3|7860618
            Adina Howard - Freak Like Me.mp3|3067405
            A Capella - Coney Island Baby.mp3|2004336
            69 boys - tha dip.mp3|3121049
            69 Boys - Da Dip.mp3|3833273
            4 Tops - LostThatLovin'Feeling.mp3|3223424
            1nce Again_A Tribe Called Quest.mp3|3716507
            14-mos_def_(new)-close_to_the_edge-esc.mp3|2563304
            11-The Miracle.mp3|4716635
            11 - Santana - Why Don't You And I.mp3|2224549
            101 Strings - Mozart -- Piano Concerto No.mp3|2051722
            09.mp3|2911003
            09 - Dem Infiltrate With Ras K.mp3|4297761
            08 - Life Goes On.mp3|3155469
            08 - 3x5.mp3|6490364
            06 Now I'm here.mp3|4079061
            04-sean_paul-get_busy_(dubplate_remix)-wcr (1).mp3|4114351
            04-50_cent-many_men_(wish_death)-rns.mp3|5989622
            04 I Believe In A Thing Called Love.wma|3493196
            03 Tenacious D - Tribute.mp3|5945736
            03 I Hate Everything About You.wma|5577891
            01-timbaland_and_magoo_-_indian_flute (1).wma|1032816
            01-mya-my_love_is_like_wo-rns.mp3|5029430
            (Coldplay)-In My Place (New Album Version).mp3|3690128
      Extra Prolific
            Extra Prolific - Is It Right-.mp3|3241495
            Extra Prolific (Ft Pep Love) - Go Back To School.mp3|3116842
            Extra Prolific & Tajai - Let It Ride.mp3|4022446
      Magnetic Fields
            The Magnetic Fields - Zebra.mp3|2290644
            The Magnetic Fields - Very Funny.mp3|1380020
            The Magnetic Fields - The Way You Say Good-Night.mp3|2654210
            The Magnetic Fields - The Luckiest Guy On The Lower East
Sid.mp3|3606865
            The Magnetic Fields - The Book Of Love.mp3|2626040
            The Magnetic Fields - Strange Eyes.mp3|1971641
            The Magnetic Fields - Let's Pretend We're Bunny Rabbits.mp3|2350066
            The Magnetic Fields - Kiss Me Like You Mean It.mp3|1950869
            The Magnetic Fields - If You Don't Cry.mp3|2963040
            The Magnetic Fields - I'm Sorry I Love You.mp3|3005965
            The Magnetic Fields - I Think I Need A New Heart.mp3|2466881
            The Magnetic Fields - How Fucking Romantic.mp3|951988
            The Magnetic Fields - Fido, Your Leash Is Too Long.mp3|2462701
            The Magnetic Fields - Busby Berkeley Dreams.mp3|3494272
            The Magnetic Fields - All My Little Words.mp3|2682924
            Magnetic Fields, The - Nothing Matters When We're
Dancing.mp3|2381200
            Magnetic Fields, The - Long-Forgotten Fairytale.mp3|3488580
            Magnetic Fields - Love Is Like A Bottle Of Gin.zip|49341251
            Magnetic Fields - Love Is Like A Bottle Of Gin.mp3|1704189
            Magnetic Fields - Acoustic Guitar.mp3|1917432
            Magnetic Fields - Absolutely Cuckoo.mp3|1528520
            Magnetic Fields - 69 Love Songs Vol 1 - 06 - I Don't Want
To.mp3|2306343
      Cursive
            Cursive Discography
              (2002) Burst and Bloom
                        Cursive - Burst and Bloom - 05 - Fairytales Tell
Tales.mp3|5824640
                        Cursive - Burst and Bloom - 04 - Mothership,
Mothership, Do You Read Me_.mp3|6205568
                        Cursive - Burst and Bloom - 03 - Tall Tales,
Telltales.wma|7399048
                              Page 69
```

ShareListing.txt

Cursive - Burst and Bloom - 02 - The Great
Decay.mp3|6164576

Cursive - Burst and Bloom - 01 - Sink To The
Beat.mp3|6075684

(1997) The Icebreaker EP
Cursive - The Icebreaker EP - 04 - Polar.mp3|4071552
Cursive - The Icebreaker EP - 03 -
Pivotal.mp3|4354176

Cursive - The Icebreaker EP - 02 -
Icebreakers.mp3|6850688

Cursive - The Icebreaker EP - 01 - Polar
(Intro).mp3|1947776

(1997) Such Blinding Stars For Starving Eyes
Cursive - Such Blinding Stars For Starving Eyes - 11
- The Farewell Party.mp3|5578168

Cursive - Such Blinding Stars For Starving Eyes - 10
- Retirement.mp3|5539925

Cursive - Such Blinding Stars For Starving Eyes - 09
- Warped the Wood Floors.mp3|5496960

Cursive - Such Blinding Stars For Starving Eyes - 08
- Dedication to Desertion.mp3|4595128

Cursive - Such Blinding Stars For Starving Eyes - 07
- Vermont.mp3|5333662

Cursive - Such Blinding Stars For Starving Eyes - 06
- Eight Light Minutes.mp3|3463504

Cursive - Such Blinding Stars For Starving Eyes - 05
- Target Group.mp3|6393815

Cursive - Such Blinding Stars For Starving Eyes - 04
- The Dirt of the Vineard.mp3|5994455

Cursive - Such Blinding Stars For Starving Eyes - 03
- Ceiling Crack.mp3|5300434

Cursive - Such Blinding Stars For Starving Eyes - 02
- Downhill Racers.mp3|6638948

Cursive - Such Blinding Stars For Starving Eyes - 01
- After The Movies.mp3|6394442

(2000) Domestica [256kbps]
Cursive - Domestica - 09 - The Night I Lost the Will
to Fight.mp3|6400873

Cursive - Domestica - 08 - The Radiator
Hums.mp3|6539618

Cursive - Domestica - 07 - The Game of Who Needs Who
the Worst.mp3|6877347

Cursive - Domestica - 06 - The Lament of Pretty
Baby.mp3|6252906

Cursive - Domestica - 05 - A Red So Deep.mp3|8972973
Cursive - Domestica - 04 - Making Friends and
Acquaintances.mp3|5725449

Cursive - Domestica - 03 - Shallow Means, Deep
Ends.mp3|6948389

Cursive - Domestica - 02 - The Martyr.mp3|7604571
Cursive - Domestica - 01 - The Casualty.mp3|6731039
(1998) The Storms Of Early Summer
Cursive - The Storms Of Early Summer - 11 - Absence
Makes The Day Go Longer.mp3|6592512

Cursive - The Storms Of Early Summer - 10 - Northern
Winds.mp3|4346860

Cursive - The Storms Of Early Summer - 09 - When
Summer's Over Will We Dream Of Spring.mp3|5584437

Cursive - The Storms Of Early Summer - 08 - A Little
Song And Dance.mp3|4731801

Cursive - The Storms Of Early Summer - 07 -
Semantics Of Sermon.mp3|4131820

Cursive - The Storms Of Early Summer - 06 -

Page 70

ShareListing.txt

```
Proposals.mp3|7339866
                              Cursive - The Storms Of Early Summer - 05 - Break In
The New Year.mp3|5835213
                              Cursive - The Storms Of Early Summer - 04 -
Tempest.mp3|3701113
                              Cursive - The Storms Of Early Summer - 03 - The Road
To Financial Stability.mp3|3692963
                              Cursive - The Storms Of Early Summer - 02 - A Career
In Transcendence.mp3|3316173
                              Cursive - The Storms Of Early Summer - 01 - The
Rhyme Scheme.mp3|5378148
               (1995) The Disruption EP
                              Cursive - The Disruption EP - 04 - A Disruption in
Our Lines of Influence.mp3|3431628
                              Cursive - The Disruption EP - 03 - The Knowledgeable
Hasbeens.mp3|4348166
                              Cursive - The Disruption EP - 02 - There's A Coldest
Day in Every Year.mp3|3508111
                              Cursive - The Disruption EP - 01 - A Disruption In
The Normal Swing of Things.mp3|4088037
               (2000) Silver Scooter Split
                              Cursive - Silver Scooter & Cursive Split - 07 -
Tides Rush In.mp3|5861022
                              Cursive - Silver Scooter & Cursive Split - 06 -
Pulse.mp3|5702399
                              Cursive - Silver Scooter & Cursive Split - 05 -
Returns And Exchanges.mp3|5659783
               (2002) 8 Teeth to Eat You
                              Cursive - 8 Teeth to Eat You - 04 - May
Flowers.mp3|5206144
                              Cursive - 8 Teeth to Eat You - 03 - Escape
Artist.mp3|4599936
                              Cursive - 8 Teeth to Eat You - 02 - Am I Not
Yours_.mp3|4937856
                              Cursive - 8 Teeth to Eat You - 01 - Excerpts From
Various Notes Strewn Around The Bedroom Of April Connolly, Feb. 24 1997.mp3|5853625
               (2003) Art is Hard (Single)
                              Cursive - Art is Hard (Single) - 02 - Sinner's
Serenade.mp3|8933504
                              Cursive - Art is Hard (Single) - 01 - Art is
Hard.mp3|4116149
               (2003) The Ugly Organ
                              Cursive - The Ugly Organ - 12 - Staying
Alive.mp3|24255301
                              Cursive - The Ugly Organ - 11 - Sierra.mp3|8214028
                              Cursive - The Ugly Organ - 10 - Bloody
Murderer.mp3|6893277
                              Cursive - The Ugly Organ - 09 - Harold
Weathervein.mp3|7169130
                              Cursive - The Ugly Organ - 08 - A Gentleman
Caller.mp3|7949669
                              Cursive - The Ugly Organ - 07 - Driftwood_ A Fairy
Tale.mp3|11229603
                              Cursive - The Ugly Organ - 06 - Butcher The
Song.mp3|8458534
                              Cursive - The Ugly Organ - 05 - Herald!
Frankenstein.mp3|1898664
                              Cursive - The Ugly Organ - 04 - The
Recluse.mp3|7336313
                              Cursive - The Ugly Organ - 03 - Art Is
Hard.mp3|6659220
                              Cursive - The Ugly Organ - 02 - Some Red Handed
Sleight Of Hand.mp3|4517179
```

```
                            ShareListing.txt
the quitters
        03 Track 3.wma|4700541
        02 Track 2.wma|6266441
        01 Track 1.wma|5201629
Pharcyde
        The Pharcyde - Passing Me By.mp3|7311245
        The Pharcyde -  Runnin.mp3|4403328
Dizzee Rascal
        Jus A Rascal.mp3|5267456
        Dizzy Rascal - I Luv U.mp3|5116075
        Dizzy Rascal - Fix up look sharp (1).mp3|5392683
        Dizzy Rascal - Eskimo Vocal.mp3|1275904
        Dizzie Rascal - Stop Dat (1).mp3|5281513
        Dizzie Rascal - Jus A Rascal.mp3|5266041
        Dizzie Rascal - Cut Em Off (1).mp3|5614619
        Dizzee_Rascal_-_Sittin_Here-128.mp3|5218766
        Dizzee_Rasca - Ice_Rink.mp3|3754237
        Dizzee Rascal - We Aint Having It.mp3|3655432
        Dizzee Rascal - Round We Go.mp3|6096020
        Dizzee Rascal - Live O.mp3|5166614
        Dizzee Rascal - I Luv U (Remix).MP3|6324224
        Dizzee Rascal - GO.mp3|5443584
        12-dizzee_rascal-jezebel-esc.mp3|5213379
        12 - Jezebel.mp3|5214208
        10 Copy of Dizzie Rascal - Jus A Rascal.mp3|5266041
        08-dizzee_rascal-hold_ya_mouf_(feat_gods_gift)-esc.mp3|4208652
        03-i luv u.mp3|5897935
        03-dizzee_rascal-i_luv_u-esc.mp3|5897423
SOAD
        System Of A Down - Snowblind.mp3|4504981
        System Of A Down - Prison Song.mp3|3269780
        System Of A Down - Know.mp3|2840780
        System Of A Down - Johnny.mp3|2086706
        System Of A Down - Jet Pilot.mp3|2040312
        System Of A Down - Innervision.mp3|2502115
        System Of A Down - F The System.mp3|2189910
        System Of A Down - Deer Dance.mp3|2840620
        System Of A Down - Chop Suey.mp3|3398930
        System Of A Down - Bounce.mp3|1263158
        System Of A Down - Arto.mp3|2396372
        14-System_Of_A_Down-Aerials.mp.mp3|2932968
        13-System_Of_A_Down-Psycho.mp3.mp3|2779055
        10-System_Of_A_Down-Science.mp.mp3|1991536
        (08) System Of A Down - Forrest.mp3|3923678
        (02) System Of A Down - Needles.mp3|3093611
ICP
        Insane Clown Posse - Aint Nothin But A Bitch Thang.mp3|4392420
Wu Tang
        Wu-Tang Clan - C.R.E.A.M..mp3|4049940
        Wu Tang Clan - I Can't Go To Sleep (Feat Isaa.mp3|5185568
Dance Dance
        TaQ - Holic.mp3|1377513
        Star Wars Theme (Techno Remix).mp3|3844370
        Morgana - Never Gonna Make [Factory Team Dance Mix] [Full
Ve.mp3|6361466
        Miss Papaya - Supergirl.mp3|4446432
        Lords Of Acid - Pump My Body.mp3|4973042
        DJ Taka - .59.mp3|1705363
        DDRMAX Nonstop - Track 24.mp3|2391356
        DDR 6th Mix - FOLLOW ME.mp3|1329866
        DDR 6th Mix - EXOTIC ETHNIC.mp3|1486182
        DDR 4th Mix - .59.mp3|1699219
        DDR - Triple J - Follow The Sun.mp3|1519200
                            Page 72
```

```
                                  ShareListing.txt
                  Ddr - Dub I Dub.mp3|3314084
                  DDR - Dead End.mp3|1616133
                  Dance Dance Revolution 4th Mix - Hysteria.mp3|1532993
                  Dance Dance Revolution 3rd Mix- Ravers Choice.mp3|1282131
                  Dance Dance Revolution 3rd Mix - Scotty D - Drop The
Bomb.mp3|1526997
                  DANCE DANCE REVOLUTION 3RD MIX - END OF THE CENTURY.mp3|1697117
                  Dance Dance Revolution 3rd Mix - Coo Coo - Upside Down.mp3|2955720
                  Dance Dance Revolution 3rd  Mix - Dynamite Rave (Full)
(1).mp3|2755262
                  Dance Dance Revolution - Tokyo All Ready.mp3|2494592
                  Dance Dance Revolution - So Many Men (Full Version).mp3|3857227
                  Dance Dance Revolution - El Ritmo Tropical.mp3|1497216
                  Dance Dance Revolution - Do It All Night (Full) (1).mp3|3647616
                  Dance Dance Revol. - Mr. Wonderful(Full Version).mp3|3118790
                  Dance Dance Revol. - Captain Jack (Grandale Remix).mp3|1441460
                  Captain Jack - Only You.mp3|2997154
                  Captain Jack - Dream A Dream.mp3|3511566
                  Beethoven's 5th  (Techno Remix.mp3|4597888
          Dave Chappelle
                  Howard Stern - Dave Chappel Interview 01-25-01.mp3|8647980
                  dave chappelle chicken.mp3|2416305
                  Dave Chappelle - Why Black People Like Fried Chicken.mp3|2416305
                  Dave Chappelle - HBO Special.mp3|40961653
                  Dave Chappel - Comedy Hour.mp3|2331225
                  Comedy - Dave Chappel Hbo Special.mp3|2557632
          green day
                  GreenDay#BridgeBenefit%Longview[Acoustic].mp3|3358720
                  Greenday - When I Come Around.mp3|2496384
                  Greenday - Jaded.mp3|1458816
                  Green Day - When I Come Around.mp3|2851701
                  Green Day - Welcome To Paradise.mp3|3594415
                  Green Day - Time of Your Life.mp3|2472087
                  Green Day - Redundant.mp3|3160549
                  green day - redundant (live).mp3|3471360
                  Green Day - Redundant (acoustic).mp3|3313822
                  Green Day - Longview.mp3|3821538
                  Green Day - Brain Stew.mp3|3107654
                  Green Day - Basket Case.mp3|2936291
          Runaways UK
                  Runaways Uk - You Don't Understand.mp3|2784718
                  Runaways UK - Reflections (Ft Tiye Phoenix).mp3|4116483
                  Runaways UK - Momentum.mp3|3964404
                  runaways uk - Levitation (Instrumental).mp3|6443255
                  Runaways UK - Levitation (Featuring Cyclops 4000).mp3|5958596
                  Runaways UK - Futurism.mp3|6373588
                  Runaways UK - Free (Featuring Navigator MC).mp3|4548527
                  Runaways UK - Finder Kreepers.mp3|4337123
                  Runaways Uk - Do What You Wanna Do.mp3|3314361
                  Runaways Uk - Crime Story.mp3|5831160
                  Runaways Uk - Broken Love.mp3|3151458
                  Runaways UK - Beauty And The Beats.mp3|5661468
          Monty Python
                  Monty Python - Lumber Jack Song.mp3|3269362
          Styles of Beyond
                  Styles Of Beyond - Tech Nine (Daewon Song - Rodney V.s.wav|17764916
          Jerzee
                  Jerzee Monet And DMX - Most High Remix.mp3|3964763
          A New Found Glory
                  A New Found Glory - So Happy Together (Punk Turtles
Cover).mp3|1919672
          No Doubt
                  No Doubt - Underneath It All.mp3|6086963
                                     Page 73
```

ShareListing.txt
```
              No Doubt - Sunday Morning (1).mp3|3281744
              No Doubt - Star Wars Imperial March.mp3|1613952
              No Doubt - Spiderwebs.mp3|4292992
              No Doubt - Sixteen.mp3|3238068
              No Doubt - New.mp3|4069944
              No Doubt - Just A Girl.mp3|3407458
              No Doubt - It's My Life (1).mp3|3621156
              No Doubt - Happy Now.mp3|3620628
              No Doubt - Excuse Me Mr..mp3|2977261
              No Doubt - Ex-Girlfriend.mp3|5153700
              No Doubt - Dont Speak [Acoustic] (1).mp3|4269591
              No Doubt - Don't Speak.mp3|4218010
              No Doubt - Don't Speak (Techno Remix).mp3|5179520
              No Doubt - DJ's (Sublime Cover).mp3|3977344
              Love To Love You Baby.mp3|3181048
      Godsmack
              Godsmack - Voodoo1.mp3|4844304
              Godsmack - Voodoo.mp3|4477139
              Godsmack - I Stand Alone.mp3|5941919
      Cool G
              Kool G Rap - The Streets (And 1 Mix Tape).mp3|3528080
      Marvin Gaye
              Marvin Gaye - Sexual Healing.mp3|4016172
              Marvin Gaye - Lets Get It On.mp3|3862243
      Andres Segovia
              Flamenco Segovia Andres - Mozart Classical Guitar.mp3|3272832
              Classical Guitar Andres_Segovia_and_John_Williams--01-Bach
S.mp3|1146814
              Andres Segovia And John Williams - Bach Suite No. 3 In C
Maj.mp3|3930505
              Andres Segovia And John Williams - Bach Suite No. 3 -
Bouree.mp3|4121080
              Andres Segovia And John Williams - Bach Suite No. 3 -
Allema.mp3|3979809
              Andres Segovia And John Williams - Bach Suite No. 1 In G
Maj.mp3|2301886
              Andres Segovia And John Williams - Bach Suite No. 1 -
Minuet.mp3|789857
              (Classical Guitar) Beethoven Sonata (This Is Fucking
Beautif.mp3|4238236
      Dashboard Confessional
              Dashboard Confessional
                      Swiss Army Romance
                              Dashboard Confessional-Swiss Army
Romance-13-[Untitled Hidde.mp3|3881088
                              Dashboard Confessional-Swiss Army Romance-12-This Is
a Forge.mp3|5404800
                              Dashboard Confessional-Swiss Army Romance-11-Hold
On.mp3|2060416
                              Dashboard Confessional-Swiss Army Romance-10-Shirts
and Glov.mp3|2840704
                              Dashboard Confessional-Swiss Army Romance-09-Ender
Will Save.mp3|5294208
                              Dashboard Confessional-Swiss Army Romance-08-Again I
Go Unno.mp3|2439296
                              Dashboard Confessional-Swiss Army Romance-07-Age Six
Racer.mp3|2363520
                              Dashboard Confessional-Swiss Army Romance-06-A Plain
Morning.mp3|3711104
                              Dashboard Confessional-Swiss Army
Romance-05-Turpentine Chas.mp3|3362944
                              Dashboard Confessional-Swiss Army Romance-04-The
Swiss Army .mp3|3108992
```

```
                                   ShareListing.txt
                             Dashboard Confessional-Swiss Army Romance-03-Living
in Your .mp3|3760256
                             Dashboard Confessional-Swiss Army Romance-02-The
Sharp Hint .mp3|3092608
                             Dashboard Confessional-Swiss Army
Romance-01-Screaming Infid.mp3|3571840
                             So Impossible EP
                             Dashboard Confessional-So Impossible EP-04-Hands
Down.mp3|3207296
                             Dashboard Confessional-So Impossible EP-03-Remember
to Breat.mp3|3563648
                             Dashboard Confessional-So Impossible EP-02-So
Impossible.mp3|2902144
                             Dashboard Confessional-So Impossible EP-01-For You
to Notice.mp3|4255872
                           The Places You Have Come To Fear The Most
                             Dashboard Confessional-The Places You Have Come To
Fear The .mp3|3037312
                             Dashboard Confessional-The Places You Have Come To
Fear   (8).mp3|3217536
                             Dashboard Confessional-The Places You Have Come To
Fear   (7).mp3|2302080
                             Dashboard Confessional-The Places You Have Come To
Fear   (6).mp3|2433152
                             Dashboard Confessional-The Places You Have Come To
Fear   (5).mp3|2465920
                             Dashboard Confessional-The Places You Have Come To
Fear   (4).mp3|2560128
                             Dashboard Confessional-The Places You Have Come To
Fear   (3).mp3|2840704
                             Dashboard Confessional-The Places You Have Come To
Fear   (2).mp3|4216960
                             Dashboard Confessional-The Places You Have Come To
Fear   (1).mp3|3760256
                             DA58FF~1.MP3|2951296
                           A Mark, A Mission, A Brand, A Scar
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-15.mp3|5263488
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-14.mp3|3907712
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-13.mp3|5927040
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-12.mp3|3600512
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-11.mp3|3469440
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-10.mp3|3428480
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-09.mp3|3661952
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-08.mp3|4190336
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-07.mp3|3940480
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-06.mp3|3680384
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-05.mp3|5025920
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-04.mp3|2887808
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
Scar-03.mp3|3444864
                             Dashboard Confessional-A Mark, A Mission, A Brand, A
                                       Page 75
```

ShareListing.txt

Scar-02.mp3|3569792

Dashboard Confessional-A Mark, A Mission, A Brand, A

Scar-01.mp3|3061888

Track 04.mp3|5101775
dashboard confessional - drowning.mp3|8256284
Lovelorn - Dashboard Lit Confessions.mp3|2013620
DashboardConfessional _The Best Deceptions.mp3|4104652
Dashboard Confessionals-Not So Easy.mp3|3911724
Dashboard Confessionals - This Ruined Puzzle.mp3|2785325
Dashboard Confessionals - This Bitter Pill.mp3|3788635
Dashboard Confessionals - The Sharp Hint Of New Tears.mp3|2927700
Dashboard Confessionals - The Places You Fear The Most.mp3|2806557
Dashboard Confessionals - The Good Fight.mp3|2386379
Dashboard Confessionals - Shirts And Gloves.mp3|2073101
Dashboard Confessionals - Shirt And Gloves.mp3|4779827
Dashboard Confessionals - Sar.mp3|3010186
Dashboard Confessionals - For Justin.mp3|1908990
Dashboard Confessionals - Drowning.mp3|3197809
Dashboard Confessionals - Anyone, Anyone.mp3|1866358
Dashboard Confessionals - 07 - Age Six Racer.mp3|2290997
Dashboard Confessional - Turpentine Chaser.mp3|3232958
Dashboard Confessional - This Bitter Pill.mp3|3131181
Dashboard Confessional - The Swiss Army Romance.mp3|3014282
Dashboard Confessional - The Sharp Hint Of New Tears.mp3|2927444
Dashboard Confessional - She Talks To Angels.mp3|956711
Dashboard Confessional - Sailors And Saints.mp3|2468133
Dashboard Confessional - Remember To Breathe.mp3|3516890
Dashboard Confessional - MTV Unplugged - 12 - Hands Down.mp3|3369673
Dashboard Confessional - MTV Unplugged - 11 - Again I Go

Unn.mp3|2495846
Dashboard Confessional - MTV Unplugged - 10 - Saints And

Sai.mp3|2407655
Dashboard Confessional - MTV Unplugged - 09 - Screaming

Infi.mp3|3564197
Dashboard Confessional - MTV Unplugged - 07 - The Places

You.mp3|2953008
Dashboard Confessional - MTV Unplugged - 06 - So

Impossible.mp3|2814288
Dashboard Confessional - MTV Unplugged - 05 - The Sharp

Hint.mp3|2707290
Dashboard Confessional - MTV Unplugged - 04 - The Good

Fight.mp3|2243611
Dashboard Confessional - MTV Unplugged - 03 - Remember To

Br.mp3|3575266
Dashboard Confessional - MTV Unplugged - 02 - The Best

Decep.mp3|4171652
Dashboard Confessional - MTV Unplugged - 01 - The Swiss

Army.mp3|2814288
Dashboard Confessional - Living In Your Letters.mp3|2251108
Dashboard Confessional - Hands Down.mp3|2337460
Dashboard Confessional - For You To Notice.mp3|4268673
Dashboard Confessional - Ender Will Save Us All.mp3|5059691
Dashboard Confessional - Bonus Track.mp3|3911724
Dashboard Confessional - Again I Go Unnoticed.mp3|2328724
Dashboard Confessional - Again I Go Unnoticed (New).mp3|1670105
Dashboard Confessional - Again I Go Unnoticed (Acoustic).mp3|2338860
(Further Seems Forever) Dashboard Confessional.mp3|3435209
Usher
Usher - Confessions
Usher - Confessions - 17 - Follow Me.mp3|4940376
Usher - Confessions - 16 - Take Your Hand.mp3|4375838
Usher - Confessions - 15 - Do It To Me.mp3|5119481
Usher - Confessions - 14 - Can U Handle It_.mp3|7252719

```
                          ShareListing.txt
                 Usher - Confessions - 13 - That's What It's Made
For.mp3|6488973
                 Usher - Confessions - 12 - Bad Girl.mp3|6186251
                 Usher - Confessions - 11 - Simple Things.mp3|6678830
                 Usher - Confessions - 10 - Truth Hurts.mp3|5409494
                 Usher - Confessions - 09 - Superstar.mp3|5045480
                 Usher - Confessions - 08 - Superstar (Interlude).mp3|1538218
                 Usher - Confessions - 07 - Caught Up.mp3|4461777
                 Usher - Confessions - 06 - Burn.mp3|6026134
                 Usher - Confessions - 05 - Confessions (Part 2).mp3|5455068
                 Usher - Confessions - 04 - Confessions
(Interlude).mp3|1685383
                 Usher - Confessions - 03 - Throwback.mp3|5300069
                 Usher - Confessions - 02 - Yeah!.mp3|6265181
                 Usher - Confessions - 01 - Intro.mp3|1082293
        Margaret Cho
             Margaret Cho - Drunk With Power.mp3|19713627
        George Micheals
             80's Music - Wake Me Up Before You Go - Go - Wham!.mp3|3775470
        Props Road Fools
             Props Road Fools 6-No Fun At All - Beat 'em Down.mp3|2342955
        Marques Houston (clubbin)
             clubbin.mp3|4028416
             01 Clubbin Feat. Joe Budden & Pied Piper.wma|2052813
        Deftones
             White Pony
                 11 Pink Maggit.wma|7323739
                 10 Change (In the House of Flies).wma|4849713
                 09 Passenger.wma|5937347
                 08 Korea.wma|3283951
                 07 Knife Prty.wma|4676369
                 06 Teenager.wma|3236149
                 05 Street Carp.wma|2608675
                 04 Rx Queen.wma|4317805
                 03 Elite.wma|3917407
                 02 Digital Bath.wma|4114629
                 01 Feiticeira.wma|3062849
        Queen
             QU_HEA08.MP3|4164046
             QUEEN___I_WANT_TO_BREAK_FRE.MP3|4201419
             Queen - Who Wants to Live Forever.mp3|4757504
             Queen - We Will Rock You.mp3|1948653
             Queen - We Are The Champions.mp3|2893949
             Queen - Under Pressure.mp3|1697462
             Queen - The Show Must Go On.mp3|4221600
             Queen - The Invisible Man.mp3|3817895
             Queen - Somebody To Love.mp3|4687984
             Queen - Save Me.mp3|3661952
             Queen - Radio Ga Ga.mp3|5572040
             Queen - Princes of the Universe.mp3|3476132
             Queen - Play The Game.mp3|3358903
             Queen - One Vision.mp3|3879079
             Queen - Mama.mp3|5423104
             Queen - Love of My Life.mp3|3494940
             Queen - Love of My Life (3).mp3|3508487
             Queen - Love of My Life (2).mp3|3494556
             Queen - Love of My Life (1).mp3|3494556
             Queen - Killer Queen.mp3|2900587
             Queen - Killer Queen (1).mp3|2531236
             Queen - I Want It All.mp3|3870592
             Queen - I am Immortal - Highlander Soundtrack.mp3|3476132
             Queen - Headlong.mp3|4501674
             Queen - Hammer To Fall.mp3|3534848
                          Page 77
```

```
                              ShareListing.txt
            Queen - Flash.mp3|2695000
            Queen - Flash gordon - 01 - The Hero.mp3|3330181
            Queen - Fat Bottom Girls.mp3|4112145
            Queen - Don't Stop Me Now.mp3|3375104
            Queen - Breakthru.mp3|3981022
            Queen - Bohemian Rhapsody.mp3|5651246
            Queen - Bohemian Rhapsody (1).mp3|4287950
            Queen - Bicycle.mp3|2529773
            Queen - Bicycle Race.mp3|2923590
            Queen - Another One Bites The Dust.mp3|3481908
            Queen - A Kind Of Magic.mp3|4238386
            Queen & David Bowie - Under Pressure.mp3|3383296
            IWantToBreakFree.mp3|3216323
            Body language.mp3|2745706
    lil Kim
            Lil'_Kim_-_Can_You_Hear_Me_Now.mp3|3860608
            (12) Lil Kim - Magic Stick (ft. 50 Cent).wma|3638439
    Requiem for a Dream
            requim for a dream soundtrack - Requiem for a Dream (Main
Th.mp3|1426831
            Requiem For A Dream Soundtrack - Summer Overture.mp3|2506234
            Requiem for a Dream Soundtrack - Party.mp3|582261
            Requiem for a Dream Soundtrack - Lux Aeterna.mp3|3775469
            Requiem For A Dream - Theme.mp3|2286660
            Requiem for a Dream - Tense.MP3|608552
            requim for a dream - summer overture.mp3|2506234
            Requiem For A Dream - Soundtrack - 20 - Marion Barfs (1).mp3|2291463
            requiem for a dream - meltdown.mp3|3807543
            requiem for a dream - hope overture.mp3|2466202
            requiem for a dream - ghosts of a future lost.mp3|1795323
            requiem for a dream - dreams.mp3|725412
            OAKENFOL.5.mp3|5210112
            Clint Mansell - Requiem For A Dream - 01 - Summer
Overture.mp3|2500861
            29 Winter - The Beginning of The End.mp3|4328302
            27 Winter - Fear.mp3|2366122
            26 Winter - Southern Hospitality.mp3|1352089
            22 Fall - Dreams.mp3|540499
            21 Fall - Supermarket Sweep.mp3|2171003
            15 Summer - Bialy and Lox Conga Moonrast.mp3|737088
            14 Summer - Tense.mp3|696573
            11 Summer - Ghosts.mp3|1359749
            09 Summer - Dr. Pill.mp3|861834
            06 Summer - Ghosts of Things to Come.mp3|1514302
            04 Summer - Party.mp3|881520
    Darude
            Darude - Sandstorm (Radio Edit).mp3|3624586
            Darude - Sandstorm (Original Mix).mp3|7186816
    Doors
            The Doors - People Are Strange.mp3|3263135
            Doors - People Are Strange.mp3|2111783
    Eminem
            The Marshall Mathers LP
                    Read Me.doc|956
                    mmlp_front.jpg|64781
                    marshall_mathers_back.jpg|127810
                    18. Criminal.mp3|7542402
                    17. Under The Influence.mp3|7732706
                    16. Kim.mp3|9078606
                    15. Bitch Please II.mp3|6902290
                    14. Amityville.mp3|6070676
                    13. Drug Ballad.mp3|7222516
                    12. Ken Kaniff (Skit).mp3|1497234
                              Page 78
```

```
                          ShareListing.txt
              11. Marshall Mathers.mp3|7682626
              10. I'm Back.mp3|7428470
              09. Remember me.mp3|5254372
              08. The Real Slim Shady.mp3|6831266
              07. The Way I Am.mp3|6890736
              06. Steve Berman (Skit).mp3|1347506
              05. who Knew.mp3|5460326
              04. Paul Rosenberg (Skit).mp3|292440
              03. Stan.mp3|9651396
              02. Kill You.mp3|6342986
              01. Public Service Announcement 2000.mp3|607974
         jarulediss.mp3|7200149
         In da club (remix)eminem and dr dre.mp3|5316234
         Fights- hockey brawl3 (1).avi|3961121
         Eminem-8 Mile Road-.mp3|5767930
         Eminem- NEW SONG. introducing HOT KARL.mp3|4059927
         Eminem feat. D12 - Girls [Unreleased].mp3|5428163
         Eminem - Without Me (Full Version).mp3|4732052
         Eminem - Without Me (Dirty).mp3|4731635
         Eminem - Tonite.mp3|3603259
         Eminem - The Way I Am.mp3|6988838
         Eminem - The Sauce (Benzino Diss).mp3|3430191
         eminem - The real Nelly diss!!!!.mp3|610304
         eminem - The real Nelly diss!!!! (1).mp3|610688
         Eminem - Sing For The Moment.mp3|3438532
         Eminem - Nail In The Coffin (Benzino Diss).mp3|4603402
         Eminem - Lose Yourself - No Skips Guaranteed - Please
Distr.mpeg|5308416
         Eminem - Hailies Song.mp3|3247096
         Eminem - Eminem - Say Goodbye Hollywood.mp3|4403830
         Eminem - Cleaning Out My Closet.mp3|4516768
         Eminem - Cleanin Out My Closet.mp3|4805863
         Eminem - 8 Mile.mp3|8701326
         Eminem - 8 Mile Freestyle Battles.mp3|8192712
         Eminem & Xzibit - Jermaine Dupri Diss.mp3|3404278
         Eight Mile OST - 03 - Eminem - 8 Mile Road.mp3|1538469
         D12 Eminem - No Rubber.mp3|2010219
         D12 & Eminem - Purple Hills.mp3|4177504
         D-12 Quitter.mp3|6470968
         16-eminem-run_rabbit_run.mp3|3121280
         13-Eminem_-_8_Mile_Road - .mp3|3047719
         06-Hail Mary - Eminem 50 Cent Busta Rhymes.mp3|7628295
    Lars Frederiksen and the Bastards
         Lars Frederiksen And The Bastards - To Have And To Have
Not.mp3|2684304
    Lagwagon
         Lagwagon - May 16.mp3|4305823
    Dimmu Borgir
         Hammerfall - Metal Heart.mp3|4483200
         Dimmu Borgir - The Old Mans Child.mp3|3039360
         Dimmu Borgir - Succubus In Rapture.mp3|5793125
         Dimmu Borgir - Puritania.mp3|3004419
         Dimmu Borgir - Perfection Or Vanity.mp3|3488374
         Dimmu Borgir - Mourning Palace.mp3|5047570
         Dimmu Borgir - Enthrone Darkness Triumphant - 08 - Master
Of.mp3|4108218
    Nine Inch Nails
         Nine Inch Nails Remix - Korn - Freak On A Leash  (Rock Mix)
.mp3|4585856
    Mario
         Mario - Just A Friend (2000).mp3|3430230
         Mario - Braid My Hair.mp3|4973299
    Mighty Mighty Bosstones
                          Page 79
```

```
                          ShareListing.txt
        The Mighty Mighty Bosstones - Another Drinking Song.mp3|3691041
chingy
        Chingy - Right Thurr.mp3|1486288
        02 Holidae In ft. Ludacris & Snoo.wma|2563121
eagles
        Eagles-Hotel California (MTV Unplugged).mp3|6912973
        Eagles - Hotel California.mp3|6269676
        Eagles - Hotel California (Acoustic).mp3|6904813
MC Hammer
        MC Hammer & Vanilla Ice - Play That Funky Music.mp3|4823168
THPS
        Zebrahead - ZebraHead- Check.mp3|2356092
        Xzibit - Paparazzi.mp3|3797242
        X-Ecutioners - Beat Treats.mp3|3125209
        Viggie Tales - The New & Improved Bunny Song.mp3|2010219
        Veggie Tales - Veggie Tales Theme Song.mp3|1414710
        Veggie Tales - I Love My Duck.mp3|4679808
        Veggie Tales - His Cheeseburger.mp3|2313910
        Veggie Tales - Cebu.mp3.mp3|3798767
        Motor Head - Ace Of Spades.mp3|2031033
        Mary J. Blige - Family Affairs.mp3|3498760
        Mary J Blige Ft Jadakiss  Fabo - Family Affair(Rmx).mp3|4172745
        Mad Capsule Markets - Pulse.mp3|3198641
        Krs-One - Hush.mp3|3793024
        Fabulous & Nate Dogg - You Can't Deny It.mp3|5018731
        Bodyjar - Not The Same.mp3|3031168
        Alien Ant Farm - Wish.mp3|4205633
        Afi - The Boy Who Destroyed The World.mp3|3000782
R. Kelly
        r_kelly_-_thoia_thoing-[sample].mp3|3572936
        R.Kelly - Thoi-Thong.mp3|6260162
        R Kelly- Thoi Thong.mp3|5357574
        r Kelly - Thoia Thoing remix.wma|2844736
        01-r_kelly-thoia_thoing-(new_track)-sc (1) (1) (1).mp3|5393539
        01-r_kelly-ignition_(remix)-cms.mp3|4557816
EPMD (Alphanumeric)
        EPMD - Intro.mp3|2265576
P diddy
        P Diddy And Bad Boy - I Need A Girl (Part Two).mp3|4600814
The Spooks
        Spooks - Things Ive Seen.mp3|5773426
air
        Air French Band - Playground Love.mp3|3207734
        Air - Playground Love (Vibraphone Version).mp3|3686528
        Air - New Star In The Sky (Chanson Pour Solal).mp3|5488475
        Air - J'ai Dormi Sous L'eau.mp3|5512974
Outkast
        the rooster-speakerboxxx the love below_outkast.mp3|7468144
        speakerboxxx the love below-spread-outkast.mp3|7437867
        outkast-speakerboxxx the love below-my favorite things.mp3|6178700
        outkast-speakerboxxx the love below-bowtie.mp3|4930493
        outkast-love in war-speakerboxxx the love below.mp3|3203882
        outkast-last call-speakerboxxx the love below-05.mp3|7240861
        outkast- the way you move.mp3|7563773
        Outkast- Ms. Jackson.mp3|5567804
        Outkast- Caroline (1).wma|2997489
        Outkast- B.o.b. (Bombs Over Baghdad).mp3|4915244
        Outkast - The Whole World Ft. Killer Mi.mp3|4756712
        Outkast - Roses.mp3|5918430
        Outkast - Miss Jackson.mp3|2973856
        Outkast - Disc One - Speakerboxx - 07 - Bust.mp3|4615023
        hey_ya_ authentic.mp3|5017269
        10 - Roses.mp3|4444538
                          Page 80
```

```
                              ShareListing.txt
        Fonky Family
                Taxi - L'amour Du Risque (Fonky Family).mp3|5880061
                Shurik'n Feat. Fonky Family - Memoire.mp3|3678406
                Iam, Fonky Family, 3ème Oeil, Karim Le Roi - Le Retour Du
Sh.mp3|6133254
                Fonky Family - La Furie Et La Foi.mp3|3455354
        the cars
                The Cars-Good Times Roll.mp3|3560095
                The Cars - Touch And Go.mp3|4730880
                Cars - You Might Think.mp3|2977920
                Cars - You Might Think (1).mp3|2968764
                Cars - Shake It Up.mp3|3473536
                Cars - My Best Friend's Girl.mp3|3561856
                Cars - Moving In Stereo.mp3|4598144
                Cars - Magic.mp3|3792444
                Cars - Let's Go.mp3|3425475
                Cars - Let The Good Times Roll.mp3|3645368
                Cars - Just What I Needed.mp3|3573967
                Cars - Here in my car.mp3|3751567
                Cars - Drive.mp3|3767784
        Faith no more
                Faith No More - Zombie Eaters.mp3|5745326
                faith no more - you want it all.mp3|4665472
                Faith No More - Underwater Love.mp3|3711059
                Faith No More - Surprise! You're Dead!.mp3|2349762
                Faith No More - King for a Day Fool for a Lifetime - 10 -
Ta.mp3|4783960
                Faith No More - Evidence.mp3|4656365
                Faith No More - Epic.mp3|5884377
                Faith No More - Easy.mp3|3721200
                Faith No More - Bizarre Festival - 07 Easy.mp3|4435160
                Faith No More - A Small Victory.mp3|4741120
                Faith No More - 06 - We Care A Lot.mp3|5517312
                Faith no more  Epic .mp3|11758877
                EASY - Faith No More.mp3|2887680
        License Backup
        WEEZER
                weezer - Hash Pipe (from CD).mp3|2999403
                (Rock- Weezer)- Destroy My Sweater.mp3|4290688
        The Berlin Project
                Punk Covers - The Berlin Project - Gin And Juice.mp3|2833264
        De La Soul
                Tribe Called Quest (Q Tip)  - De La Soul - 3 Feet High and
R.mp3|3481728
                Thumbs.db|12800
                Joes-De La Soul-Keepin' the faith (1).mp3|4575360
                De La Soul- - Potholes In My Lawn.mp3|3713456
                De La Soul,Jungle Bros.& QTip - Buddy.mp3|7008384
                De La Soul - Me, Myself, and I.mp3|3587460
                De La Soul - Itzsoweezee .mp3|4644617
                De La Soul -  Fallen.mp3|4317046
                De La Soul & Chaka Khan - All good.mp3|4820869
                De La Soul  ft.Redman - Oooh.mp3|5162688
                17-its_american-supermp3s.mp3|1139527
                12. De La Soul - Am I Worth You feat. Glenn Lewis.mp3|3898141
                09-special-supermp3s.mp3|3493180
                09-de_la_soul_feat_chaka_khan_-_all_good_-atm.mp3|7203113
                04-simply-supermp3s.mp3|3964095
                02-bionix-supermp3s.mp3|2654634
        Wall Flowers
                Wallflowers - One Headlight.mp3|5035449
                Wallflowers - One Headlight (acoustic) .mp3|4514168
                Wallflowers - I Started A Joke.mp3|3042034
                              Page 81
```

```
                              ShareListing.txt
              Wallflowers - Breach - 01 - Letters from the Wasteland.mp3|4336158
         John Mayer
                   Room for Squares
                         Your Body Is A Wonderland.MP3|1738416
                         Mayer John - Your Body Is A Wonderland (Album
Version).mp3|3004711
                         John Mayer - Your Body Is A Wonderland.mp3|4122344
                         John Mayer - Why Georgia.mp3|4368888
                         John Mayer - Unknown (Bonus Track).mp3|3251604
                         John Mayer - St Patricks Day.mp3|5172778
                         John Mayer - Room for Squares - 11 - Not Myself.mp3|4693515
                         John Mayer - Not Myself.mp3|3549980
                         John Mayer - No Such Thing.mp3|3726986
                         JOHN MAYER - NO SUCH THING (ACOUSTIC).mp3|3770245
                         John Mayer - Neon.mp3|3809742
                         John Mayer - My Stupid Mouth.mp3|3108783
                         John Mayer - Inside The Lines.mp3|3759587
                         John Mayer - Great Indoors.mp3|3498447
                         John Mayer - City Love.mp3|5521222
                         John Mayer - Back To You.mp3|3823952
                         John Mayer - 83.mp3|4772302
                         John Mayer - 3x5.mp3|3421274
                         John Mayer - 05 - Neon.mp3|6540752
                         John Mayer - 01 - No Such Thing.mp3|5578361
                   John Mayer- Comfortable.mp3|4838841
                   John Mayer - Love Soon.mp3|2646708
                   John Mayer - Love Song For No One.mp3|3571589
                   John Mayer - Love Song For No One (2).mp3|3274013
                   John Mayer - Comfortable.mp3|4873657
                   john mayer - Comfortable (live and long intro).mp3|8759424
                   John Mayer - Always Her That Ends Up Getting Wet.mp3|5737955
                   john mayer - 3x5 (Live).mp3|2968194
         Bob Seger
                   Unknown - Give Me The Beach Boys.mp3|3754989
         the postal service
                   Give Up
                         The Postal Service - Give Up.m3u|577
                         The Postal Service - Give Up 10 - Natural Anthem.mp3|6799488
                         The Postal Service - Give Up 09 - Brand New
Colony.mp3|5599360
                         The Postal Service - Give Up 08 - This Place Is A
Prison.mp3|5689472
                         The Postal Service - Give Up 07 - We Will Become
Silhouettes.mp3|6377600
                         The Postal Service - Give Up 06 - Clark Gable.mp3|6707328
                         The Postal Service - Give Up 05 - Recycled Air.mp3|6920320
                         The Postal Service - Give Up 04 - Nothing Better.mp3|5193856
                         The Postal Service - Give Up 03 - Sleeping In.mp3|5927040
                         The Postal Service - Give Up 02 - Such Great
Heights.mp3|6793344
                         The Postal Service - Give Up 01 - The District Sleeps Alone
.mp3|6332544
                         Give Up.zip|62009432
         Turtles
                   Turtles - So Happy Together.mp3|2819722
         The Champs
                   The Fucking Champs- What's A Little Reign.mp3|2845217
                   the champs-C4AM95-Some Swords (2).mp3|3694386
                   The Champs - Some Swords (1).mp3|3711782
                   Fucking Champs - Lawless Victory.mp3|8051066
                   C4AM95 III - Dale Bozzio.mp3|2718660
         E-Town Concrete
                   One Life To Live.mp3|428891
                              Page 82
```

```
                            ShareListing.txt
        E-Town Concrete - Pacemaker.mp3|3676413
        E-Town - Justwatchastep.mp3|10386917
        02 - One Life 2 Live.mp3|1883040
yea yea yeas
        Yeah Yeah Yeahs - Forever To Tell
                tracks.txt|191
                11. Modern Romance.mp3|12472301
                10. Y Control.mp3|6746678
                09. Maps.mp3|6151296
                08. No No No.mp3|8710564
                07. Cold Night.mp3|3735387
                06. Pin.mp3|3344804
                05. Black Tongue.mp3|4959798
                04. Tick.mp3|3039067
                03. Man.mp3|3055158
                02. Date with the Night.mp3|4356370
                01. Rich.mp3|6044507
        yeah_yeah_yeahs-tick.mp3|2745033
        Yeah Yeah Yeahs-Unreleased Album-pin.mp3|7635421
        Yeah Yeah Yeahs-UNRELEASED ALBUM-date with the night.mp3|5456025
        Yeah Yeah Yeahs-i got a man.mp3|3935325
        yeah yeah yeahs - Our Time.mp3|3200280
        Yeah Yeah Yeahs - No No No.mp3|5033151
        yeah yeah yeahs - Mystery Girl.mp3|1237816
        Yeah Yeah Yeahs - Modern Romance.mp3|4339868
        yeah yeah yeahs - Miles Away.mp3|2188401
        Yeah Yeah Yeahs - Maps.mp3|3518885
        Yeah Yeah Yeahs - Machine.mp3|3154460
        Yeah Yeah Yeahs - Graveyard.mp3|1500392
        yeah yeah yeahs - cold light ( live wfmu).mp3|3721677
        yeah yeah yeahs - bang.mp3|3027782
        yeah yeah yeahs - art star.mp3|1932225
        06 - pin (1).mp3|2679861
        03 - Man.mp3|2416640
        01 - rich.mp3|4369726
Electric Light Orchestra
        ELO -- Electric Light Orchestra - Evil Woman.mp3|3644080
        ELO - ELO Blinded By The Light.mp3|6836408
        ELO (Electric Light Orchestra) - Love Is Like Oxygen.mp3|3664999
        Electric Light Orchestra - Turn To Stone.mp3|3642140
        Electric Light Orchestra - Telephone Line.mp3|4520701
        Electric Light Orchestra - Strange Magic.mp3|4014501
        Electric Light Orchestra - Showdown.mp3|4004804
        Electric Light Orchestra - Livin' Thing.mp3|3434038
        Electric Light Orchestra - Its Magic.mp3|3397820
        Electric Light Orchestra - Four Little Diamonds.mp3|3953896
        Electric Light Orchestra - Fire On High.mp3|5313330
        Electric Light Orchestra - Fire On High - ( Long Version
).mp3|5256756
        Electric Light Orchestra - Fifth Of Beethoven.mp3|2917170
        Electric Light Orchestra - Don't Bring Me Down.mp3|4866761
        Electric Light Orchestra - Do Ya.mp3|3601691
        Electric Light Orchestra - All Over The World.mp3|3891988
        Electric Light Orchestra - 13 - Mr. Blue Sky.mp3|4930664
        Electric Light Orchestra - 12 - Summer And Lightning.mp3|5099523
Swinging Utters
twista
        Slow Jam.mp3|5897237
        05-Overnight Celebrity.mp3|3740402
our lady peace
        Our Lady Peace - Superman's Dead.mp3|4135708
        Our Lady Peace - Not Enough.mp3|2856994
        Our Lady Peace - Is Anybody Home.mp3|3502050
                            Page 83
```

```
                              ShareListing.txt
         Chris Rock
                Chris Rock - HBO Special.mp3|53958909
                Chris Rock - Bigger & Blacker.mp3|31154304
         Bright eyes
                A Collection of Songs Written and Recorded 1995-1997
                      20-Bright Eyes-The 'feel good' revolution.mp3|5064694
                      19-Bright Eyes-Feb.15th.mp3|5902167
                      18-Bright Eyes-Solid Jackson.mp3|6501254
                      17-Bright Eyes-Supriya.mp3|3577202
                      16-Bright Eyes-A few minutes on friday.mp3|5949232
                      15-Bright Eyes-Lila.mp3|4104917
                      14-Bright Eyes-One straw (Please).mp3|4056729
                      13-Bright Eyes-All of the Truth.mp3|5374457
                      12-Bright Eyes-Emily, sing something sweet.mp3|4343542
                      11-Bright Eyes-a celebration upon completion.mp3|6117000
                      10-Bright Eyes-I watched you taking off.mp3|5685686
                      09-Bright Eyes-How many lights do you see.mp3|5086604
                      08-Bright Eyes-Driving fast through a big city at
night.mp3|3149150
                      07-Bright Eyes-Puella quam amo est pulchra.mp3|4583300
                      06-Bright Eyes-The awful sweetness of escaping
sweat.mp3|5873173
                      05-Bright Eyes-Exaltation on a cool, kitchen
floor.mp3|3519726
                      04-Bright Eyes-Falling out of Love at this
volume.mp3|3289358
                      03-Bright Eyes-Saturday as Usual.mp3|5231103
                      02-Bright Eyes-Patient Hope in New Snow.mp3|5921362
                      01-Bright Eyes-The Invisible Gardener.mp3|3457126
                Bright Eyes - Lua (single)
                      Tracked_by_Demonoid_com.txt|34
                      04 True Blue.mp3|8406592
                      03 I Woke Up With This Song In My Head This
Morning.mp3|9414052
                      02 Well Whiskey.mp3|10049848
                      01 Lua.mp3|10757936
         Murderers
                05-The_Murderers-Down_With_You - .mp3|4888088
         Aerosmith
                Aerosmith - Dream On.mp3|4319401
         Lead Zeppelin
                Led_Zepplin_-_Stairway_to_Heaven.mp3|2162174
                Led Zepplin - Stairway to Heaven.mp3|8525364
                Led Zepplin - Stairway To Heaven (1).mp3|7763423
                Led  Zepllin - Stairway to Heaven.mp3|2162174
         Bjork
                Björk - Hunter_Mu-Ziq_Remix.mp3.mp3|3406362
                Björk - Hyperballad.mp3|5172484
         Aphex Twin
                Aphex Twin - [Richard D. James] [www.elmejorwarez.org]
                      Aphex Twin - [Richard D. James] - Front.jpg|77350
                      Aphex Twin - [Richard D. James] - Back.jpg|192556
                      Aphex Twin - [Richard D. James] - 15 - Girlboy Song (Redruth
Mix).mp3|3902780
                      Aphex Twin - [Richard D. James] - 14 - Beetles.mp3|3652005
                      Aphex Twin - [Richard D. James] - 13 - Girlboy Song (18
Snare Rush Mix).mp3|4707352
                      Aphex Twin - [Richard D. James] - 12 - Inkeys.mp3|3378241
                      Aphex Twin - [Richard D. James] - 11 - Milk Man.mp3|9967368
                      Aphex Twin - [Richard D. James] - 10 - Logon Rock
Witch.mp3|8498241
                      Aphex Twin - [Richard D. James] - 09 - Girlboy
Song.mp3|11516952
                              Page 84
```

```
                              ShareListing.txt
                      Aphex Twin - [Richard D. James] - 08 - Yellow
Calx.mp3|7401098
                      Aphex Twin - [Richard D. James] - 07 - Goon
Gumpas.mp3|4903792
                      Aphex Twin - [Richard D. James] - 06 - To Cure A Weakling
Child.mp3|9757343
                      Aphex Twin - [Richard D. James] - 05 - Corn
Mouth.mp3|6139907
                      Aphex Twin - [Richard D. James] - 04 - Fingerbib.mp3|9159662
                      Aphex Twin - [Richard D. James] - 03 - Rook
824545201.mp3|7408413
                      Aphex Twin - [Richard D. James] - 02 - Cornish
Acid.mp3|5398029
                      Aphex Twin - [Richard D. James] - 01 - 4.mp3|8690503
               Aphex Twin - Caustic Window
                      02 - Aphex Twin - Afx 114.mp3|1955099
               Aphex Twin - 26 Mixes for Cash
                      16 - Aphex Twin - Track No16.mp3|5275367
                      15 - Aphex Twin - Track No15.mp3|8536702
                      14 - Aphex Twin - Matchsticks.mp3|8935435
                      13 - Aphex Twin - We Are The Music Makers (Hardcore
Remix).mp3|5771902
                      12 - Aphex Twin - The Garden Of Linmiri.mp3|8807540
                      11 - Aphex Twin - Clayhill Dub.mp3|4867856
                      10 - Aphex Twin - Humanoid Must Not Escape.mp3|8193767
                      09 - Aphex Twin - Fantasia.mp3|8705976
                      08 - Aphex Twin - Joyrex J5.mp3|9962988
                      07 - Aphex Twin - On The Romance Tip.mp3|7298498
                      06 - Aphex Twin - Astroblaster.mp3|7859608
                      05 - Aphex Twin - Pigeon Street.mp3|545114
                      04 - Aphex Twin - Italic Eyeball.mp3|6349940
                      03 - Aphex Twin - Cordialatron.mp3|6800709
                      02 - Aphex Twin - Afx 114.mp3|1955099
                      01 - Aphex Twin - Joyrex J4.mp3|6450250
               Aphex Twins - Star Wars Theme (Trance Techno Mix).mp3|5968000
               Aphex Twin - Come To Daddy.mp3.mp3|4186284
        Korn
               Korn - Here To Stay 128kbs Version.mp3|4422805
               KoRn - Freak On A Leash Go Remix.mp3|3843246
               Korn - Freak On A Leash (Nin Remix)(By Philipp
Philippou).mp3|4579456
        Bach
               Vanessa Mae - Tocatta And Fugue (Remix).mp3|7513571
               J.S. Bach - Tocatta And Fugue In D Minor.mp3|8657024
               J. S. Bach - Tocotta And Fugue In D Minor.mp3|8658940
               Bach - Tocatta And Fugue.mp3|8782829
               Bach - Fugue, Dracula Theme.mp3|6179745
        Frankie Goes to Hollywood
               franz ferdinand
                      Unknown Artist
                      License Backup
                             drmv2lic.bak|26112
                      My Playlists
                             poker2.wpl|6517
                             poker.wpl|4281
               Frankie Goes To Hollywood - Relax.mp3|3752481
        Alanis Morissette
               Alanis Morsette - Head Over Feet.mp3|4308702
               Alanis Morissette - Uninvited.mp3|4443919
        Jack Johnson
               SCREAMING HeADLEss TORSOS - SMILE IN A WAVE (TheMe From
JA.mp3|3753982
               Middle Man.ra|64
                              Page 85
```

ShareListing.txt
Jack.johnson - Swim Ashore.mp3|1917333
Jack Johnson- Poor taylor (acoustic)2.mp3|3472212
Jack Johnson - You're Missing Me.mp3|1711652
Jack Johnson - What's Man Without His Wealth.mp3|1844680
Jack Johnson - Walk Alone (1).mp3|2394622
Jack Johnson - Thug Style.mp3|7035280
Jack Johnson - Think Clearly.mp3|2868966
Jack Johnson - Thicker Than Water Acoustic Jam.mp3|1339896
Jack Johnson - Steel Guitar Rag.mp3|4058373
Jack Johnson - Stars.mp3|2381688
Jack Johnson - Stars (Acoustic).mp3|2389880
Jack Johnson - Sexy Plexi.mp3|2055688
Jack Johnson - Sexi Plexi.mp3|2055688
Jack Johnson - Rodeo Clowns(Acoustic).mp3|2232584
Jack Johnson - Rocky Raccoon.mp3|4509406
Jack Johnson - Rambling On My Mind.mp3|1707054
Jack Johnson - Posters.mp3|3095405
Jack Johnson - Poor Taylor (Acoustic).mp3|2237524
jack johnson - please please.mp3|3403632
Jack Johnson - Nothing's Sacred Anymore.mp3|1833272
Jack Johnson - Nice Car, Boy.mp3|1903472
jack johnson - mudfootball.mp3|5907233
Jack Johnson - Mud Football.mp3|2966721
Jack Johnson - Middle Man.mp3|3154048
jack johnson - lullaby(acoustic).mp3|1530548
jack johnson - Losing Hope.mp3|8663963
Jack Johnson - Loose Change.mp3|3154048
Jack Johnson - Just Can&amp_apos_t Go To Slee.mp3|1754052
Jack Johnson - Jack Johnson - You Might Just.mp3|1941946
Jack Johnson - Indago Dreams.mp3|3438636
Jack Johnson - Inaudible Melodies.mp3|4419405
Jack Johnson - I Know.mp3|2574528
jack johnson - fortunate fool.mp3|3685105
Jack Johnson - Flake.mp3|4521783
Jack Johnson - Flake 1.mp3|2561736
jack johnson - flake (acoustic).mp3|2561736
Jack Johnson - F-stop Blues.mp3|3138455
Jack Johnson - Drink The Water.mp3|9321046
Jack Johnson - Bubbletoes.mp3|3822949
Jack Johnson - Bubble Toes.mp3|4767496
Jack Johnson - Brushfire Fairytales - 12 - Losing Hope.mp3|3729830
Jack Johnson - Brushfire Fairytales - 09 - Drink The
Water.mp3|3239639
Jack Johnson - Brushfire Fairytales - 02 - Middle Man
(1).mp3|2512156
Jack Johnson - Brushfire Fairytales (Acoustic).mp3|2756108
Jack Johnson - Alone.mp3|3009383
Jack Johnson - Ain't Loved At All.mp3|2352235
jack johnson - ain't loved at all (acoustic).mp3|2352491
Jack Johnson - 13 - It's All Understood.mp3|5310296
Jack Johnson - 07 - Fortunate Fool.mp3|3333593
Jack Johnson - 05 - Flake.mp3|4521783
Jack Johnson - 03 - Posters.mp3|2840450
Jack Johnson - 02 - Middle Man.mp3|2867215
G Love And Special Sauce - Rodeo Clown.mp3|2626625
Frontier Psychiatrist.mp3|6494869
Bob Marley Sublime Medley.mp3|2548049
Dracula
Wojciech Kilar - Mina_Dracula.mp3|4641982
Wojciech Kilar - 11 Mina _ Dracula.mp3|4636766
CBS Radio Mystery Theater - Dracula.mp3|10856368
Afrika Bambaataa
Soul Sonic Force - Looking For The Perfect Beat.mp3|4476628

```
                          ShareListing.txt
            Breakdance-Afrika Bambaataa Fr Beat Street Sndtk - Breakers
.mp3|4606080
            AfrikaBambaataa&SoulSonicForce - Renegades Of Funk(12_
Versi.mp3|6529998
            Afrika Bambata - Planet Rock.mp3|5175721
            Afrika Bambaataa - Zulu War Chant.mp3|3955541
      Obie Trice
            Obie_Trice-Cheers-RETAIL-2003-RUF
                  17-obie_trice-outro_feat_d12_eminem-ruf.mp3|5833129
                  16-obie_trice-never_forget_ya-ruf.mp3|6435618
                  15-obie_trice-oh_feat_busta_rhymes-ruf.mp3|6501446
                  14-obie_trice-hoodrats-ruf.mp3|6058200
                  13-obie_trice-hands_on_you_feat_eminem-ruf.mp3|7502704
                  12-obie_trice-look_in_my_eyes_feat_nate_dogg-ruf.mp3|6969142

11-obie_trice-spread_yo_shit_feat_kon_artis_of_d12-ruf.mp3|5857324

10-obie_trice-we_all_die_one_day_feat_50_cent_gunit_eminem-ruf.mp3|7911802
                  09-obie_trice-follow_my_life-ruf.mp3|5663229
                  08-obie_trice-shit_hits_the_fan_feat_dr-dre-ruf.mp3|7009930
                  07-obie_trice-bad_bitch-ruf.mp3|5999895
                  06-obie_trice-the_set_up_feat_nate_dogg-ruf.mp3|4633205
                  05-obie_trice-dont_come_down-ruf.mp3|7471320
                  04-obie_trice-lady_feat_eminem-ruf.mp3|6861309
                  03-obie_trice-got_some_teeth-ruf.mp3|5454458
                  02-obie_trice-cheers-ruf.mp3|5152901
                  01-obie_trice-average_man-ruf.mp3|6169169
                  00-obie_trice-cheers-retail-2003-ruf.sfv|922
                  00-obie_trice-cheers-retail-2003-ruf.nfo|6528
                  00-obie_trice-cheers-retail-2003-ruf.m3u|1527
                  00-obie_trice-cheers-front-ruf.jpg|38545
                  00-obie_trice-cheers-back-ruf.jpg|37160
            The Clipse - When's The Last Time.mp3|4170817
            Sweetlies.mp3|5117059
            Sample_Music.lnk|638
            Maya-Elgar.mp3|6642168
            Ijustdont.mp3|6227136
            Get More with Jukebox Plus.mp3|264654
            Firstave.mp3|4692350
```

```
                              ShareListing.txt
music
      Looney Toons Back in Action
            looney.tunes.back.in.action.dvdrip.xvid-deity.avi|151105536
      Santana - Abraxas [Bonus Tracks] [1998]
            12 - Black Magic Woman Gypsy Queen (live).mp3|9450318
            11 - Toussaint L'Overture (live).mp3|9936142
            10 - Se A Cabo (live).mp3|7633729
            09 - El Nicoya.mp3|2879349
            08 - Hope You're Feeling Better.mp3|8226984
            07 - Samba Pa Ti.mp3|8302748
            06 - Mother's Daughter.mp3|8791307
            05 - Se A Cabo.mp3|5329091
            04 - Incident At Neshabur.mp3|9265853
            03 - Oye Como Va.mp3|8329472
            02 - Black Magic Woman Gypsy Queen.mp3|9839147
            01 - Singing Winds, Crying Beasts.mp3|8708338
      FL Studio
            FLStudio5_Install.exe|37488490
            FLRegkey.Reg|388
            FLEngine.dll|951296
            FL.EXE|86528
            FL Studio 5 Producer Edition (Crack)..rar|986576
            ButcherboysReadMe.txt|332
      [YoumaOtakus]_Hikaru_no_Go_Special_[745B9593].avi|735670272
      [R-F]_Hikaru_no_Go_74-XviD-[C078E718].avi|228155392
      [R-F]_Hikaru_no_Go_65.avi|180951040
      [R-F]_Hikaru_no_Go_64.avi|182552576
      [R-F]_Hikaru_no_Go_63.avi|182089728
      [R-F]_Hikaru_no_Go_62.avi|183111680
      [R-F]_Hikaru_no_Go_61.avi|183638016
      [R-F]_Hikaru_no_Go_50.avi|182415360
      [R-F]_Hikaru_no_Go_49.avi|183846912
      [R-F]_Hikaru_no_Go_48.avi|180318208
      [R-F]_Hikaru_no_Go_47.avi|183711744
      [R-F]_Hikaru_no_Go_46.avi|166905856
      [E-F]_Hikaru_no_Go_10.avi|154568704
      [E-F]_Hikaru_no_Go_09.avi|180557824
      [E-F]_Hikaru_no_Go_08.avi|186118144
      [E-F]_Hikaru_no_Go_07.avi|183353344
      [E-F]_Hikaru_no_Go_06.avi|181903360
      [E-F]_Hikaru_no_Go_05.avi|180144128
      [E-F]_Hikaru_no_Go_04.avi|193396736
      [E-F]_Hikaru_no_Go_03.avi|188522496
      [E-F]_Hikaru_no_Go_02.avi|187734016
      [E-F]_Hikaru_no_Go_01.avi|185190400
      [AonE]_Hikaru_no_Go_2004_New_Year_Special_[EEF4092A].avi|731244544
      The Abyss.avi|739607040
      Teach Yourself Borland C++ Builder in 21 Days.pdf|4903842
      Stevie Ray Vaughn - Little Wing.mpg|1939677
      Stevie Ray Vaughan And Double Trouble Live.avi|733202432
      Stevie Ray Vaughan - Voodoo Child (Live).mpg|71807884
      Stevie Ray Vaughan - Crossfire.mpg|53616640
      Stevie Ray Vaughan & Joe Satriani - Mtv Unplugged (Svcd).mpg|406859865
      Radiohead live at Glastonbury 2003.avi|879110144
      Orion2.zip|94068461
      Led Zeppelin - The Song Remains The Same.avi|787904512
      Led Zeppelin - Stairway to Heaven.mpg|116681068
      Led Zeppelin - Stairway to Heaven (Madison Square Garden '73).mpg|116681068
      Led Zeppelin - Over the Hills and Far Away.mpg|56201220
      homebase.asf|13678885
      Hikaru no Go - 68.avi|71548822
      Garth Brooks - Friends In Low Places.mp3|6249736
      Fruity Loops FL Studio 4.5.1 Crack and Keygen(1).rar|199596
                              Page 1
```

```
                                ShareListing.txt
          Fruity Loops - FL Studio 4.1 Producer Edition.zip|29112885
          FL Studio Producer Edition v5 (Including Crack).rar|38475549
          (fruity loops) Fl Studio 4.51 Full.zip|59965223
music2
          Weezer-Weezer-10 - Only in Dreams.mp3|7677412
          Weezer-Weezer-09 - Holiday.mp3|3285497
          Weezer-Weezer-08 - In the Garage.mp3|3780361
          Weezer-Weezer-07 - Say It Ain't So.mp3|4148165
          Weezer-Weezer-06 - Surf Wax America.mp3|2991269
          Weezer-Weezer-05 - Undone (The Sweater Song).mp3|4893804
          Weezer-Weezer-04 - Buddy Holly.mp3|2557830
          Weezer-Weezer-03 - The World Has Turned and Left Me Here.mp3|4157982
          Weezer-Weezer-02 - No One Else.mp3|2959907
          Weezer-Weezer-01 - My Name Is Jonas.mp3|3281759
          Weezer-Weezer 2001-0 - Smile.mp3|3860527
          Weezer-Weezer 2001-0 - Simple Pages.mp3|4266164
          Weezer-Weezer 2001-0 - Photograph.mp3|3365878
          Weezer-Weezer 2001-0 - O Girlfriend.mp3|5516906
          Weezer-Weezer 2001-0 - Knock-Down Drag-Out.mp3|3120753
          Weezer-Weezer 2001-0 - Island In the Sun.mp3|4836683
          Weezer-Weezer 2001-0 - Hash Pipe.mp3|4510667
          Weezer-Weezer 2001-0 - Glorious Day.mp3|3886866
          Weezer-Weezer 2001-0 - Don't Let Go.mp3|4333255
          Weezer-Weezer 2001-0 - Crab.mp3|3736392
          Weezer-Weezer (Green Album)-10 - O Girlfriend.mp3|3684982
          Weezer-Weezer (Green Album)-09 - Glorious Day.mp3|2582825
          Weezer-Weezer (Green Album)-08 - Simple Pages.mp3|2836944
          Weezer-Weezer (Green Album)-07 - Smile.mp3|2548141
          Weezer-Weezer (Green Album)-06 - Knock-Down Drag-Out.mp3|2062877
          Weezer-Weezer (Green Album)-05 - Crab.mp3|2482523
          Weezer-Weezer (Green Album)-04 - Island in the Sun.mp3|3214356
          Weezer-Weezer (Green Album)-03 - Hash Pipe.mp3|2993682
          Weezer-Weezer (Green Album)-02 - Photograph.mp3|2235085
          Weezer-Weezer (Green Album)-01 - Don't Let Go.mp3|2881666
          Weezer-Pinkerton-10 - Butterfly.mp3|2837109
          Weezer-Pinkerton-09 - Falling for You.mp3|3709385
          Weezer-Pinkerton-08 - Pink Triangle.mp3|3882004
          Weezer-Pinkerton-07 - El Scorcho.mp3|3962673
          Weezer-Pinkerton-06 - The Good Life.mp3|4178337
          Weezer-Pinkerton-05 - Across the Sea.mp3|4425768
          Weezer-Pinkerton-04 - Why Bother_.mp3|2118636
          Weezer-Pinkerton-03 - No Other One.mp3|2974615
          Weezer-Pinkerton-02 - Getchoo.mp3|2827499
          Weezer-Pinkerton-01 - Tired of Sex.mp3|2970018
          Weezer-Maladroit-13 - December.mp3|2952211
          Weezer-Maladroit-12 - Love Explosion.mp3|2522960
          Weezer-Maladroit-11 - Possibilities.mp3|1963314
          Weezer-Maladroit-10 - Fall Together.mp3|1975853
          Weezer-Maladroit-09 - Slave.mp3|2818468
          Weezer-Maladroit-08 - Space Rock.mp3|1855485
          Weezer-Maladroit-07 - Burndt Jamb.mp3|2583151
          Weezer-Maladroit-06 - Slob.mp3|3065900
          Weezer-Maladroit-05 - Death and Destruction.mp3|2582305
          Weezer-Maladroit-04 - Take Control.mp3|2998601
          Weezer-Maladroit-03 - Keep Fishin'.mp3|2801742
          Weezer-Maladroit-02 - Dope Nose.mp3|2243352
          Weezer-Maladroit-01 - American Gigolo.mp3|2637481
          Weezer-Dusty Gems and Raw Nuggets-14 - Say it Ain't so (Original Album
Mix).mp3|6169371
          Weezer-Dusty Gems and Raw Nuggets-13 - I Swear It's True.mp3|4255327
          Weezer-Dusty Gems and Raw Nuggets-12 - Lullabye For Wayne.mp3|5191347
          Weezer-Dusty Gems and Raw Nuggets-11 - Only In Dreams (Kitchen
Tapes).mp3|8348611
                                    Page 2
```

```
                                ShareListing.txt
        Weezer-Dusty Gems and Raw Nuggets-10 - Paperface (Kitchen Tapes).mp3|4368803
        Weezer-Dusty Gems and Raw Nuggets-09 - Undone-The Sweater Song (Kitchen
Tapes).mp3|8012571
        Weezer-Dusty Gems and Raw Nuggets-08 - No One Else (Live
Acoustic).mp3|4965022
        Weezer-Dusty Gems and Raw Nuggets-07 - Jamie (Live Acoustic).mp3|5857783
        Weezer-Dusty Gems and Raw Nuggets-06 - Surf Wax America (Live).mp3|5808255
        Weezer-Dusty Gems and Raw Nuggets-05 - My Name is Jonas (Live).mp3|5281626
        Weezer-Dusty Gems and Raw Nuggets-04 - Jamie.mp3|6236454
        Weezer-Dusty Gems and Raw Nuggets-03 - My Evaline.mp3|1065463
        Weezer-Dusty Gems and Raw Nuggets-02 - Susanne.mp3|4022106
        Weezer-Dusty Gems and Raw Nuggets-01 - Mykel and Carli.mp3|4168183
        Violent Femmes-Add It Up (1981-1993)-23 - Johnny.mp3|5408014
        Violent Femmes-Add It Up (1981-1993)-23 - Johnny.m4a|5282219
        Violent Femmes-Add It Up (1981-1993)-22 - Vancouver.m4a|2166623
        Violent Femmes-Add It Up (1981-1993)-21 - Add It Up.m4a|5931761
        Violent Femmes-Add It Up (1981-1993)-20 - Kiss Off.m4a|4678034
        Violent Femmes-Add It Up (1981-1993)-19 - Out of the Windows.m4a|2809156
        Violent Femmes-Add It Up (1981-1993)-18 - American Music.m4a|3710899
        Violent Femmes-Add It Up (1981-1993)-17 - Lies.m4a|5605704
        Violent Femmes-Add It Up (1981-1993)-16 - Dance, M_F_, Dance!.m4a|3197468
        Violent Femmes-Add It Up (1981-1993)-15 - Degradation.m4a|614223
        Violent Femmes-Add It Up (1981-1993)-14 - Old Mother Reagen.m4a|495494
        Violent Femmes-Add It Up (1981-1993)-13 - America Is.m4a|2145962
        Violent Femmes-Add It Up (1981-1993)-12 - I Hate the TV.mp3|2784843
        Violent Femmes-Add It Up (1981-1993)-12 - I Hate the TV.m4a|2140045
        Violent Femmes-Add It Up (1981-1993)-11 - I Held Her in My Arms.m4a|2943971
        Violent Femmes-Add It Up (1981-1993)-09 - Jesus Walking on the
Water.m4a|3038294
        Violent Femmes-Add It Up (1981-1993)-08 - Black Girls.m4a|5522173
        Violent Femmes-Add It Up (1981-1993)-07 - Country Death Song.m4a|4897210
        Violent Femmes-Add It Up (1981-1993)-05 - Gordon's Message.m4a|496479
        Violent Femmes-Add It Up (1981-1993)-04 - Gone Daddy Gone.m4a|3024210
        Violent Femmes-Add It Up (1981-1993)-03 - Blister in the Sun.m4a|2347481
        Violent Femmes-Add It Up (1981-1993)-02 - Waiting for the Bus.m4a|2099118
        Violent Femmes-Add It Up (1981-1993)-01 - Intro.m4a|294220
        U2-The Best Of 1980-1990-14 - All I Want Is You.mp3|4737516
        U2-The Best Of 1980-1990-13 - Angel Of Harlem.mp3|1843317
        U2-The Best Of 1980-1990-12 - When Love Comes To Town.mp3|2067802
        U2-The Best Of 1980-1990-11 - Desire.mp3|1441022
        U2-The Best Of 1980-1990-10 - Sweetest Thing.mp3|1468236
        U2-The Best Of 1980-1990-09 - The Unforgettable Fire.mp3|2367235
        U2-The Best Of 1980-1990-08 - I Will Follow.mp3|1744048
        U2-The Best Of 1980-1990-07 - Where The Streets Have No Name.mp3|2216359
        U2-The Best Of 1980-1990-06 - Bad.mp3|2812760
        U2-The Best Of 1980-1990-05 - Sunday Bloody Sunday.mp3|2258145
        U2-The Best Of 1980-1990-04 - I Still Haven't Found What I'm Looking
For.mp3|2250644
        U2-The Best Of 1980-1990-03 - With Or Without You.mp3|2391682
        U2-The Best Of 1980-1990-02 - New Year's Day.mp3|2073819
        U2-The Best Of 1980-1990-01 - Pride (In The Name Of Love).mp3|1840611
        U2-B-Sides 1980-1990-15 - Trash, Trampoline And The Party Girl.mp3|1233940
        U2-B-Sides 1980-1990-14 - A Room At The Heartbreak Hotel.mp3|2198584
        U2-B-Sides 1980-1990-13 - Endless Deep.mp3|1441224
        U2-B-Sides 1980-1990-12 - Silver And Gold.mp3|2241203
        U2-B-Sides 1980-1990-11 - Hallelujah Here She Comes.mp3|1941116
        U2-B-Sides 1980-1990-10 - Luminous Times (Hold On To Love).mp3|2224302
        U2-B-Sides 1980-1990-09 - Walk To The Water.mp3|2316226
        U2-B-Sides 1980-1990-08 - Unchained Melody.mp3|2355531
        U2-B-Sides 1980-1990-07 - Everlasting Love.mp3|1623268
        U2-B-Sides 1980-1990-06 - Dancing Barefoot.mp3|2305378
        U2-B-Sides 1980-1990-05 - Bass Trap.mp3|1708505
        U2-B-Sides 1980-1990-04 - Love Comes Tumbling.mp3|2263565
                                    Page 3
```

```
                               ShareListing.txt
          U2-B-Sides 1980-1990-03 - Sweetest Thing.mp3|1483021
          U2-B-Sides 1980-1990-02 - Spanish Eyes.mp3|1575806
          U2-B-Sides 1980-1990-01 - The Three Sunrises.mp3|1880504
          Third Eye Blind-Third Eye Blind-14 - God Of Wine.mp3|6609990
          Third Eye Blind-Third Eye Blind-13 - Motorcycle Drive By.mp3|5529270
          Third Eye Blind-Third Eye Blind-12 - The Background.mp3|6142669
          Third Eye Blind-Third Eye Blind-11 - I Want You.mp3|5751558
          Third Eye Blind-Third Eye Blind-10 - London.mp3|3877186
          Third Eye Blind-Third Eye Blind-09 - Good For You.mp3|4802880
          Third Eye Blind-Third Eye Blind-08 - Burning Man.mp3|3745402
          Third Eye Blind-Third Eye Blind-07 - Thanks A Lot.mp3|6180001
          Third Eye Blind-Third Eye Blind-06 - How's It Going To Be.mp3|5379786
          Third Eye Blind-Third Eye Blind-05 - Graduate.mp3|3958876
          Third Eye Blind-Third Eye Blind-04 - Jumper.mp3|5797867
          Third Eye Blind-Third Eye Blind-03 - Semi-Charmed Life.mp3|5703974
          Third Eye Blind-Third Eye Blind-02 - Narcolepsy.mp3|4746816
          Third Eye Blind-Third Eye Blind-01 - Losing A Whole Year.mp3|4206045
          The Who-Tommy-24 - We're Not Gonna Take It.mp3|6858752
          The Who-Tommy-24 - We're Not Gonna Take It.m4a|1230784
          The Who-Tommy-23 - Tommy's Holiday Camp.m4a|972429
          The Who-Tommy-22 - Welcome.m4a|4440281
          The Who-Tommy-21 - I'm Free.m4a|2614714
          The Who-Tommy-20 - Sally Simpson.m4a|4085706
          The Who-Tommy-19 - Miracle Cure.m4a|251282
          The Who-Tommy-18 - Sensation.m4a|2412012
          The Who-Tommy-17 - Smash The Mirror.m4a|1577951
          The Who-Tommy-16 - Tommy Can You Hear Me_.m4a|1587999
          The Who-Tommy-15 - Go To The Mirror Boy!.m4a|3725863
          The Who-Tommy-14 - There's A Doctor.m4a|432186
          The Who-Tommy-13 - Pinball Wizard.m4a|2958517
          The Who-Tommy-12 - Fiddle About.m4a|1488807
          The Who-Tommy-11 - Do You Think It's Alright_.m4a|444883
          The Who-Tommy-10 - Underture.m4a|9858453
          The Who-Tommy-09 - The Acid Queen.m4a|3488837
          The Who-Tommy-08 - Cousin Kevin.m4a|4008166
          The Who-Tommy-07 - Christmas.m4a|4437459
          The Who-Tommy-06 - Eyesight To The Blind (The Hawker).m4a|2190596
          The Who-Tommy-05 - Sparks.m4a|3677187
          The Who-Tommy-04 - Amazing Journey.m4a|3333142
          The Who-Tommy-03 - 1921.m4a|2768299
          The Who-Tommy-02 - It's A Boy.m4a|669587
          The Who-Tommy-01 - Overture.m4a|5200763
          The Who-Tommy-0 - Who - Pinball Wizard.mp3|2846720
          The Who-Tommy-0 - The Who - Tommy - See Me Feel Me.mp3|3360768
          The Who-Thirty Years Of Maximum R&B (Disc 4)-21 - Saturday Night's Alright
(For Fighting).m4a|4406336
          The Who-Thirty Years Of Maximum R&B (Disc 4)-20 - Pete Dialogue (Live At The
Fillmore West, San Francisco, 1969).m4a|634303
          The Who-Thirty Years Of Maximum R&B (Disc 4)-19 - I'm A Man (Live At Radio
City Music Hall, New York, 1989).m4a|6380106
          The Who-Thirty Years Of Maximum R&B (Disc 4)-18 - Twist And Shout (Live At
Shea Stadium, New York, 1982).m4a|3088840
          The Who-Thirty Years Of Maximum R&B (Disc 4)-17 - Eminence Front.m4a|5280989
          The Who-Thirty Years Of Maximum R&B (Disc 4)-16 - You Better You
Bet.m4a|5346735
          The Who-Thirty Years Of Maximum R&B (Disc 4)-15 - Guitar And Pen.m4a|5657535
          The Who-Thirty Years Of Maximum R&B (Disc 4)-14 - Sister Disco.m4a|4156878
          The Who-Thirty Years Of Maximum R&B (Disc 4)-13 - Music Must
Change.m4a|4442706
          The Who-Thirty Years Of Maximum R&B (Disc 4)-12 - Who Are You (Single
Version).m4a|4841712
          The Who-Thirty Years Of Maximum R&B (Disc 4)-11 - My Wife (Live At Swansea
Football Ground, 1976).m4a|4322893
```

ShareListing.txt
        The Who-Thirty Years Of Maximum R&B (Disc 4)-10 - Squeeze Box.m4a|2600854
        The Who-Thirty Years Of Maximum R&B (Disc 4)-09 - Life With The Moons
2.m4a|780577
        The Who-Thirty Years Of Maximum R&B (Disc 4)-08 - Blue Red And
Grey.m4a|2488972
        The Who-Thirty Years Of Maximum R&B (Disc 4)-07 - Dreaming From The Waist
(Live At Swansea Football Ground, 1976).m4a|4087846
        The Who-Thirty Years Of Maximum R&B (Disc 4)-06 - Poetry Cornered.m4a|564759
        The Who-Thirty Years Of Maximum R&B (Disc 4)-05 - Slip Kid.m4a|4041401
        The Who-Thirty Years Of Maximum R&B (Disc 4)-04 - University
Challenge.m4a|529931
        The Who-Thirty Years Of Maximum R&B (Disc 4)-03 - Naked Eye (Live At The
Young Vic, 1971).m4a|4920437
        The Who-Thirty Years Of Maximum R&B (Disc 4)-02 - Life With The
Moons.m4a|1689905
        The Who-Thirty Years Of Maximum R&B (Disc 4)-01 - Long Live Rock.m4a|3805595
        The Who-Thirty Years Of Maximum R&B (Disc 3)-17 - Love Reign O'er
Me.m4a|4722363
        The Who-Thirty Years Of Maximum R&B (Disc 3)-16 - Bell Boy.m4a|4770783
        The Who-Thirty Years Of Maximum R&B (Disc 3)-15 - 5_15 (Single
Version).m4a|4160816
        The Who-Thirty Years Of Maximum R&B (Disc 3)-14 - The Real Me (Previously
Unreleased Version).m4a|3424414
        The Who-Thirty Years Of Maximum R&B (Disc 3)-13 - Relay.m4a|3900115
        The Who-Thirty Years Of Maximum R&B (Disc 3)-12 - Join Together.m4a|4174024
        The Who-Thirty Years Of Maximum R&B (Disc 3)-11 - Let's See
Action.m4a|3839030
        The Who-Thirty Years Of Maximum R&B (Disc 3)-10 - Bony Moronie (Live At The
Young Vic, 1971).m4a|3319657
        The Who-Thirty Years Of Maximum R&B (Disc 3)-09 - The Seeker (Edited
Version).m4a|3279557
        The Who-Thirty Years Of Maximum R&B (Disc 3)-08 - Won't Get Fooled
Again.m4a|8285515
        The Who-Thirty Years Of Maximum R&B (Disc 3)-07 - Behind Blue
Eyes.m4a|3531839
        The Who-Thirty Years Of Maximum R&B (Disc 3)-06 - Studio Dialogue
(Previously Unreleased).m4a|760522
        The Who-Thirty Years Of Maximum R&B (Disc 3)-05 - Song Is Over.m4a|5966690
        The Who-Thirty Years Of Maximum R&B (Disc 3)-04 - Pure And Easy.m4a|5026927
        The Who-Thirty Years Of Maximum R&B (Disc 3)-03 - Bargain (Live At San
Francisco Civic Auditorium, 1971).m4a|4865786
        The Who-Thirty Years Of Maximum R&B (Disc 3)-02 - Baba O'Riley.m4a|4807615
        The Who-Thirty Years Of Maximum R&B (Disc 3)-01 - Shakin' All
Over.m4a|4044254
        The Who-Thirty Years Of Maximum R&B (Disc 2)-28 - Summertime
Blues.m4a|3474078
        The Who-Thirty Years Of Maximum R&B (Disc 2)-27 - Young Man
Blues.m4a|4514418
        The Who-Thirty Years Of Maximum R&B (Disc 2)-26 - Pete Dialogue 3.m4a|555414
        The Who-Thirty Years Of Maximum R&B (Disc 2)-25 - Heaven And
Hell.m4a|3144024
        The Who-Thirty Years Of Maximum R&B (Disc 2)-24 - See Me, Feel
Me.m4a|3220490
        The Who-Thirty Years Of Maximum R&B (Disc 2)-23 - I'm Free.m4a|2566319
        The Who-Thirty Years Of Maximum R&B (Disc 2)-22 - Pinball Wizard.m4a|2936220
        The Who-Thirty Years Of Maximum R&B (Disc 2)-21 - Underture.m4a|3937075
        The Who-Thirty Years Of Maximum R&B (Disc 2)-20 - Abbie Hoffman
Incident.m4a|265891
        The Who-Thirty Years Of Maximum R&B (Disc 2)-19 - Acid Queen.m4a|3460146
        The Who-Thirty Years Of Maximum R&B (Disc 2)-18 - Overture.m4a|3768313
        The Who-Thirty Years Of Maximum R&B (Disc 2)-17 - Dogs.m4a|2937179
        The Who-Thirty Years Of Maximum R&B (Disc 2)-16 - Little Billy.m4a|2251642
        The Who-Thirty Years Of Maximum R&B (Disc 2)-15 - Magic Bus.m4a|3001376
                                    Page 5

ShareListing.txt
        The Who-Thirty Years Of Maximum R&B (Disc 2)-14 - Fortune Teller.m4a|2158174
        The Who-Thirty Years Of Maximum R&B (Disc 2)-13 - Melancholia.m4a|3092102
        The Who-Thirty Years Of Maximum R&B (Disc 2)-12 - Jaguar.m4a|2031656
        The Who-Thirty Years Of Maximum R&B (Disc 2)-11 - Russell Harty
Dialogue.m4a|379639
        The Who-Thirty Years Of Maximum R&B (Disc 2)-10 - Sunrise.m4a|2971736
        The Who-Thirty Years Of Maximum R&B (Disc 2)-09 - Track Records Premier
Drums.m4a|548072
        The Who-Thirty Years Of Maximum R&B (Disc 2)-08 - Rael 2.m4a|884060
        The Who-Thirty Years Of Maximum R&B (Disc 2)-07 - Rael 1.m4a|5540657
        The Who-Thirty Years Of Maximum R&B (Disc 2)-06 - Our Love Was.m4a|3053048
        The Who-Thirty Years Of Maximum R&B (Disc 2)-05 - Tattoo.m4a|2640682
        The Who-Thirty Years Of Maximum R&B (Disc 2)-04 - Armenia City In The
Sky.m4a|3210135
        The Who-Thirty Years Of Maximum R&B (Disc 2)-03 - Mary-Anne With The Shaky
Hand.m4a|2093249
        The Who-Thirty Years Of Maximum R&B (Disc 2)-02 - I Can See For
Miles.m4a|4126128
        The Who-Thirty Years Of Maximum R&B (Disc 2)-01 - Rotosound
Strings.m4a|138113
        The Who-Thirty Years Of Maximum R&B (Disc 1)-29 - Call Me
Lightning.m4a|1978522
        The Who-Thirty Years Of Maximum R&B (Disc 1)-28 - Bag O'Nails.m4a|122590
        The Who-Thirty Years Of Maximum R&B (Disc 1)-27 - Girl's Eyes.m4a|3018824
        The Who-Thirty Years Of Maximum R&B (Disc 1)-26 - I Can't Reach
You.m4a|2992220
        The Who-Thirty Years Of Maximum R&B (Disc 1)-25 - (This Could Be) The Last
Time.m4a|2493241
        The Who-Thirty Years Of Maximum R&B (Disc 1)-24 - Coke 2.m4a|680380
        The Who-Thirty Years Of Maximum R&B (Disc 1)-23 - Early Morning Cold
Taxi.m4a|2764074
        The Who-Thirty Years Of Maximum R&B (Disc 1)-22 - Pictures Of
Lily.m4a|2461048
        The Who-Thirty Years Of Maximum R&B (Disc 1)-21 - A Quick One, While He's
Away.m4a|8530955
        The Who-Thirty Years Of Maximum R&B (Disc 1)-20 - So Sad About
Us.m4a|2454535
        The Who-Thirty Years Of Maximum R&B (Disc 1)-19 - Boris The
Spider.m4a|2227837
        The Who-Thirty Years Of Maximum R&B (Disc 1)-18 - Happy Jack.m4a|1946934
        The Who-Thirty Years Of Maximum R&B (Disc 1)-17 - Happy Jack
Jingle.m4a|486774
        The Who-Thirty Years Of Maximum R&B (Disc 1)-16 - Disguises.m4a|3254887
        The Who-Thirty Years Of Maximum R&B (Disc 1)-15 - I'm A Boy.m4a|2313396
        The Who-Thirty Years Of Maximum R&B (Disc 1)-14 - Substitute
(Live).m4a|1920525
        The Who-Thirty Years Of Maximum R&B (Disc 1)-13 - Pete Dialogue.m4a|848077
        The Who-Thirty Years Of Maximum R&B (Disc 1)-12 - A Legal Matter.m4a|2531553
        The Who-Thirty Years Of Maximum R&B (Disc 1)-11 - The Ox.m4a|3364211
        The Who-Thirty Years Of Maximum R&B (Disc 1)-10 - The Kids Are
Alright.m4a|2820161
        The Who-Thirty Years Of Maximum R&B (Disc 1)-09 - My Generation.m4a|2945376
        The Who-Thirty Years Of Maximum R&B (Disc 1)-08 - Daddy Rolling
Stone.m4a|2772574
        The Who-Thirty Years Of Maximum R&B (Disc 1)-07 - Anyway, Anyhow,
Anywhere.m4a|2740745
        The Who-Thirty Years Of Maximum R&B (Disc 1)-06 - I Can't
Explain.m4a|1862897
        The Who-Thirty Years Of Maximum R&B (Disc 1)-01 - Pete Dialogue (Live At
Long Beach Arena, 1971).m4a|321814
        The Who-My Generation - The Very Best Of The who-20 - You Better You Bet
(Full Length Version).mp3|7197942
        The Who-My Generation - The Very Best Of The who-19 - who Are You (Single
                                Page 6

ShareListing.txt
Edit Version).mp3|6333909
        The Who-My Generation - The Very Best Of The Who-18 - Squeeze
Box.mp3|3367003
        The Who-My Generation - The Very Best Of The Who-17 - Join
Together.mp3|5503613
        The Who-My Generation - The Very Best Of The Who-16 - 5_15.mp3|6032636
        The Who-My Generation - The Very Best Of The Who-15 - Let's See
Action.mp3|5126617
        The Who-My Generation - The Very Best Of The Who-14 - Won't Get Fooled Again
(Full Length Version).mp3|10781005
        The Who-My Generation - The Very Best Of The Who-13 - Baba
O'Riley.mp3|6478710
        The Who-My Generation - The Very Best Of The Who-12 - The Seeker.mp3|4362581
        The Who-My Generation - The Very Best Of The Who-11 - Pinball
Wizard.mp3|3845256
        The Who-My Generation - The Very Best Of The Who-10 - Magic Bus.mp3|4147958
        The Who-My Generation - The Very Best Of The Who-09 - I Can See For
Miles.mp3|5446984
        The Who-My Generation - The Very Best Of The Who-08 - Pictures Of
Lily.mp3|3392085
        The Who-My Generation - The Very Best Of The Who-07 - Happy Jack.mp3|2746854
        The Who-My Generation - The Very Best Of The Who-06 - Boris The
Spider.mp3|3086975
        The Who-My Generation - The Very Best Of The Who-05 - I'm A Boy.mp3|3235866
        The Who-My Generation - The Very Best Of The Who-04 - Substitute.mp3|4636239
        The Who-My Generation - The Very Best Of The Who-03 - My
Generation.mp3|4135422
        The Who-My Generation - The Very Best Of The Who-02 - Anyway, Anyhow,
Anywhere.mp3|3336826
        The Who-My Generation - The Very Best Of The Who-01 - I Can't
Explain.mp3|2619382
        The White Stripes-White Blood Cells-16 - This Protector.mp3|1060293
        The White Stripes-White Blood Cells-15 - I Can Learn.mp3|1697051
        The White Stripes-White Blood Cells-14 - Now Mary.mp3|860085
        The White Stripes-White Blood Cells-13 - I Cant Wait.mp3|1753476
        The White Stripes-White Blood Cells-12 - Aluminum.mp3|1116085
        The White Stripes-White Blood Cells-11 - I Think I Smell A Rat.mp3|999069
        The White Stripes-White Blood Cells-10 - Offend In Every Way.mp3|1492468
        The White Stripes-White Blood Cells-09 - We're Going To Be
Friends.mp3|1140551
        The White Stripes-White Blood Cells-08 - The Same Boy You've Always
Known.mp3|1520065
        The White Stripes-White Blood Cells-07 - The Union Forever.mp3|1653379
        The White Stripes-White Blood Cells-06 - Little Room.mp3|405765
        The White Stripes-White Blood Cells-05 - Expecting.mp3|988816
        The White Stripes-White Blood Cells-04 - Fell In Love With A Girl.mp3|883505
        The White Stripes-White Blood Cells-03 - I'm Finding It Harder To Be A
Gentleman.mp3|1397192
        The White Stripes-White Blood Cells-02 - Hotel Yorba.mp3|1045452
        The White Stripes-White Blood Cells-01 - Dead Leaves And The Dirty
Ground.mp3|1474090
        The White Stripes-Elephant-14 - It's True That We Love One
Another.m4a|2337023
        The White Stripes-Elephant-13 - Girl You Have No Faith In
Medicine.m4a|2807139
        The White Stripes-Elephant-12 - The Air Near My Fingers.m4a|3211229
        The White Stripes-Elephant-11 - Hypnotise.m4a|1592820
        The White Stripes-Elephant-10 - Little Acorns.m4a|4011120
        The White Stripes-Elephant-09 - The Hardest Button To Button.m4a|3286594
        The White Stripes-Elephant-08 - Ball And Biscuit.m4a|6654774
        The White Stripes-Elephant-07 - You've Got Her In Your Pocket.m4a|3567386
        The White Stripes-Elephant-06 - I Want To Be The Boy.m4a|3263899
        The White Stripes-Elephant-05 - In The Cold Cold Night.m4a|2840696
                                    Page 7

```
                            ShareListing.txt
          The White Stripes-Elephant-04 - I Just Don't Know What To Do With
Myself.m4a|2712358
          The White Stripes-Elephant-03 - There's No Home For You Here.m4a|3366464
          The White Stripes-Elephant-02 - Black Math.m4a|2598210
          The White Stripes-Elephant-01 - Seven Nation Army.m4a|3390963
          The Strokes-Room on Fire-0 - You talk way too much.mp3|3720971
          The Strokes-Room on Fire-0 - What ever happened.mp3|3546992
          The Strokes-Room on Fire-0 - Under control.mp3|3737681
          The Strokes-Room on Fire-0 - The way it is.mp3|2882432
          The Strokes-Room on Fire-0 - The end has no end.mp3|3765898
          The Strokes-Room on Fire-0 - Reptilia.mp3|4453431
          The Strokes-Room on Fire-0 - Meet me in the bathroom.mp3|3565805
          The Strokes-Room on Fire-0 - I can't win.mp3|3582512
          The Strokes-Room on Fire-0 - Between love and hate.mp3|3938309
          The Strokes-Room on Fire-0 - Automatic stop.mp3|4159298
          The Strokes-Room on Fire-0 - 12_51.mp3|2934682
          The Shins-Oh, Inverted World-11 - The Past and Pending.mp3|5154816
          The Shins-Oh, Inverted World-10 - Pressed in a Book.mp3|2807808
          The Shins-Oh, Inverted World-09 - Your Algebra.mp3|2291712
          The Shins-Oh, Inverted World-08 - Girl on a Wing.mp3|2725888
          The Shins-Oh, Inverted World-07 - The Celibate Life.mp3|1789667
          The Shins-Oh, Inverted World-05 - Girl Inform Me.mp3|2256896
          The Shins-Oh, Inverted World-04 - Know Your Onion!.mp3|2399220
          The Shins-Oh, Inverted World-03 - Weird divide.mp3|1876184
          The Shins-Oh, Inverted World-02 - One By One All Day.mp3|4207979
          The Shins-Oh, Inverted World-01 - Caring Is Creepy.mp3|3204474
          The Shins-Chutes Too Narrow-10 - Those To Come.mp3|6600704
          The Shins-Chutes Too Narrow-09 - A Call To Apathy [tentative
title].mp3|4608000
          The Shins-Chutes Too Narrow-08 - Turn A Square.mp3|4530176
          The Shins-Chutes Too Narrow-07 - Pink Bullets.mp3|5562368
          The Shins-Chutes Too Narrow-06 - Fighting in a Sack.mp3|3555328
          The Shins-Chutes Too Narrow-05 - Saint Simon.mp3|6371328
          The Shins-Chutes Too Narrow-04 - Young Pilgrims.mp3|4069376
          The Shins-Chutes Too Narrow-04 - Young Pilgrams.mp3|4069376
          The Shins-Chutes Too Narrow-03 - So Says I.mp3|4067328
          The Shins-Chutes Too Narrow-02 - Mine's Not A High Horse.mp3|5009409
          The Shins-Chutes Too Narrow-01 - Kissing The Lipless.mp3|4770019
          The Rapture-Echoes-11 - Infatuation.mp3|7233536
          The Rapture-Echoes-10 - Love is all.mp3|6391808
          The Rapture-Echoes-09 - Sister Savior.mp3|5547904
          The Rapture-Echoes-08 - Killing.mp3|5209926
          The Rapture-Echoes-07 - Echoes.mp3|4478915
          The Rapture-Echoes-06 - House Of Jealous Lovers.mp3|7317323
          The Rapture-Echoes-05 - The Coming Of Spring.mp3|3912163
          The Rapture-Echoes-04 - I Need Your Love.mp3|6713696
          The Rapture-Echoes-03 - Open Up Your Heart.mp3|7732101
          The Rapture-Echoes-02 - Heaven.mp3|5466971
          The Rapture-Echoes-01 - Olio.mp3|7690723
          The Ramones-Mania-30 - Rock 'n' Roll High School.m4a|2175490
          The Ramones-Mania-29 - Indian Giver.m4a|2683178
          The Ramones-Mania-28 - The KKK Took My Baby Away.m4a|2432012
          The Ramones-Mania-27 - I Just Wanna Have Something To Do.m4a|2631716
          The Ramones-Mania-26 - Chinese Rock.m4a|2413334
          The Ramones-Mania-25 - We Want The Airwaves.m4a|3255694
          The Ramones-Mania-24 - Somebody Put Something In My Drink.m4a|3228631
          The Ramones-Mania-23 - Howling At The Moon (Sha-La-La).m4a|3196107
          The Ramones-Mania-22 - Needles & Pins.m4a|2306409
          The Ramones-Mania-21 - Animal Boy.m4a|1788404
          The Ramones-Mania-20 - Wart Hog.m4a|1886396
          The Ramones-Mania-19 - Psycho Therapy.m4a|2538821
          The Ramones-Mania-18 - Outsider.m4a|2118368
          The Ramones-Mania-17 - Bonzo Goes To Bitburg.m4a|3677327
```

```
                              ShareListing.txt
        The Ramones-Mania-16 - We're A Happy Family.m4a|2590499
        The Ramones-Mania-15 - Bop 'Til You Drop.m4a|2149195
        The Ramones-Mania-14 - Mama's Boy.m4a|2139191
        The Ramones-Mania-13 - I Wanna Be Your Boyfriend.m4a|2367813
        The Ramones-Mania-12 - Commando.m4a|1853095
        The Ramones-Mania-11 - Rockaway Beach.m4a|1957134
        The Ramones-Mania-10 - Cretin Hop.m4a|1759772
        The Ramones-Mania-09 - Blitzkrieg Bop.m4a|2149327
        The Ramones-Mania-08 - Pinhead.m4a|2665164
        The Ramones-Mania-07 - I Wanna Live.m4a|2560014
        The Ramones-Mania-06 - Sheena Is A Punk Rocker.m4a|2145079
        The Ramones-Mania-05 - Beat On The Brat.m4a|2469946
        The Ramones-Mania-04 - Gimme Gimme Shock Treatment.m4a|1673865
        The Ramones-Mania-03 - Do You Remember Rock 'n' Roll Radio_.m4a|3733138
        The Ramones-Mania-02 - Teenage Lobotomy.m4a|1821141
        The Ramones-Mania-01 - I Wanna Be Sedated.m4a|2423416
        The Postal Service-Such Great Heights CDM-0 - Iron and Wine.mp3|6012564
        The Postal Service-Give Up-10 - Natural Anthem.mp3|7385088
        The Postal Service-Give Up-09 - Brand New Colony.mp3|6070272
        The Postal Service-Give Up-08 - This Place is a Prison.mp3|5627904
        The Postal Service-Give Up-07 - We Will Become Silhouettes.mp3|7217152
        The Postal Service-Give Up-06 - Clark Gable.mp3|7071744
        The Postal Service-Give Up-05 - Recycled Air.mp3|6469632
        The Postal Service-Give Up-04 - Nothing Better.mp3|5441536
        The Postal Service-Give Up-03 - Sleeping In.mp3|6273024
        The Postal Service-Give Up-02 - Such Great Heights.mp3|6395904
        The Postal Service-Give Up-01 - The District Sleeps Alone
Tonight.mp3|6838412
        The Postal Service--10 - In Due Time_.mp3|3447414
        The Postal Service--0 - The Dream Of Evan And Chan.mp3|6893712
        The Postal Service--0 - Suddenly Everything Has Changed.mp3|5593088
        The Postal Service--0 - Against All Odds.mp3|6066016
        The Pixies-Death To The Pixies (disc 1)-17 - Monkey Gone To
Heaven.mp3|4237018
        The Pixies-Death To The Pixies (disc 1)-16 - Gauge Away.mp3|3940476
        The Pixies-Death To The Pixies (disc 1)-15 - Velouria.mp3|5291529
        The Pixies-Death To The Pixies (disc 1)-14 - Where Is My Mind _.mp3|5564874
        The Pixies-Death To The Pixies (disc 1)-13 - Gigantic.mp3|4641394
        The Pixies-Death To The Pixies (disc 1)-12 - Bone Machine.mp3|4336701
        The Pixies-Death To The Pixies (disc 1)-11 - U-Mass.mp3|4344852
        The Pixies-Death To The Pixies (disc 1)-10 - Nimrod's Som.mp3|3296610
        The Pixies-Death To The Pixies (disc 1)-09 - Holiday Song.mp3|3231408
        The Pixies-Death To The Pixies (disc 1)-08 - Caribou.mp3|4666471
        The Pixies-Death To The Pixies (disc 1)-07 - Dig For Fire.mp3|4380587
        The Pixies-Death To The Pixies (disc 1)-06 - Wave Of Mutilation.mp3|2991291
        The Pixies-Death To The Pixies (disc 1)-05 - Debaser.mp3|4130438
        The Pixies-Death To The Pixies (disc 1)-04 - Here Comes Your Man.mp3|4828848
        The Pixies-Death To The Pixies (disc 1)-03 - Tame.mp3|2791924
        The Pixies-Death To The Pixies (disc 1)-02 - Planet Of Sound.mp3|3037057
        The Pixies-Death To The Pixies (disc 1)-01 - Cecilia Ann.mp3|3020130
        The Moldy Peaches-Moldy Peaches-19 - Goodbye Song.mp3|2641021
        The Moldy Peaches-Moldy Peaches-18 - NYC's Like a Graveyard.mp3|3950288
        The Moldy Peaches-Moldy Peaches-17 - Lazy Confessions.mp3|2206347
        The Moldy Peaches-Moldy Peaches-16 - I Forgot.mp3|2639972
        The Moldy Peaches-Moldy Peaches-15 - D_2_ Boyfriend.mp3|2030280
        The Moldy Peaches-Moldy Peaches-14 - Lucky Charms.mp3|3816008
        The Moldy Peaches-Moldy Peaches-13 - Who's Got the Crack.mp3|4150383
        The Moldy Peaches-Moldy Peaches-12 - Ballad of Helenkeller and Rip Van
winkle.mp3|2626947
        The Moldy Peaches-Moldy Peaches-11 - Little Bunny Foo Foo.mp3|1621731
        The Moldy Peaches-Moldy Peaches-10 - Anyone Else But You.mp3|3647264
        The Moldy Peaches-Moldy Peaches-09 - Greyhound Bus.mp3|1547013
        The Moldy Peaches-Moldy Peaches-08 - On Top.mp3|2513536
```

```
                                ShareListing.txt
        The Moldy Peaches-Moldy Peaches-07 - Steak for Chicken.mp3|3326478
        The Moldy Peaches-Moldy Peaches-06 - These Burgers.mp3|2462343
        The Moldy Peaches-Moldy Peaches-05 - Downloading Porn with Davo.mp3|2933083
        The Moldy Peaches-Moldy Peaches-04 - Nothing Came Out.mp3|6133073
        The Moldy Peaches-Moldy Peaches-03 - What Went Wrong.mp3|1962884
        The Moldy Peaches-Moldy Peaches-02 - Jorge Regula.mp3|3780481
        The Moldy Peaches-Moldy Peaches-01 - Lucky Number Nine.mp3|2595572
        The Jimi Hendrix Experience-Are You Experienced_-17 - Red House.m4a|3731749
        The Jimi Hendrix Experience-Are You Experienced_-16 - Remember.m4a|2743500
        The Jimi Hendrix Experience-Are You Experienced_-15 - Can You See
Me.m4a|2484406
        The Jimi Hendrix Experience-Are You Experienced_-14 - Highway
Chile.m4a|2959782
        The Jimi Hendrix Experience-Are You Experienced_-13 - 51st
Anniversary.m4a|2677585
        The Jimi Hendrix Experience-Are You Experienced_-12 - Stone Free.m4a|3503190
        The Jimi Hendrix Experience-Are You Experienced_-11 - Are You
Experienced_.m4a|4117134
        The Jimi Hendrix Experience-Are You Experienced_-10 - Foxy Lady.m4a|3221763
        The Jimi Hendrix Experience-Are You Experienced_-09 - Third Stone From The
Sun.m4a|5971038
        The Jimi Hendrix Experience-Are You Experienced_-08 - Fire.m4a|2463226
        The Jimi Hendrix Experience-Are You Experienced_-07 - The Wind Cries
Mary.m4a|3260311
        The Jimi Hendrix Experience-Are You Experienced_-06 - I Don't Live
Today.m4a|3396727
        The Jimi Hendrix Experience-Are You Experienced_-05 - May This Be
Love.m4a|3093052
        The Jimi Hendrix Experience-Are You Experienced_-04 - Love Or
Confusion.m4a|3027254
        The Jimi Hendrix Experience-Are You Experienced_-03 - Hey Joe.m4a|3111886
        The Jimi Hendrix Experience-Are You Experienced_-02 - Manic
Depression.m4a|3571303
        The Jimi Hendrix Experience-Are You Experienced_-01 - Purple
Haze.m4a|2781595
        The Flaming Lips-Yoshimi Battles the Pink Robots-04 - Yoshimi Battle the
Pink Robots, Pt_ 2.mp3|4266071
        The Darkness-Permission To Land-10 - Holding My Own.mp3|5935248
        The Darkness-Permission To Land-09 - Love On The Rocks With No
Ice.mp3|7133746
        The Darkness-Permission To Land-08 - Friday Night.mp3|3530415
        The Darkness-Permission To Land-07 - Stuck In A Rut.mp3|3967182
        The Darkness-Permission To Land-06 - Givin' Up.mp3|4308341
        The Darkness-Permission To Land-05 - Love Is Only A Feeling.mp3|5195460
        The Darkness-Permission To Land-04 - I Believe In A Thing Called
Love.mp3|4345435
        The Darkness-Permission To Land-03 - Growing On Me.mp3|4193403
        The Darkness-Permission To Land-02 - Get Your Hands Off My Woman.mp3|3330839
        The Darkness-Permission To Land-01 - Black Shuck.mp3|4012113
        The Darkness-Bridget Jones_ The Edge Of Reason-14 - I Believe in a Thing
Called Love.mp3|5292478
        The Cure-Galore (The Singles 1987-1997)-18 - Wrong Number.mp3|2898657
        The Cure-Galore (The Singles 1987-1997)-17 - Gone! [Radio Mix].mp3|2158665
        The Cure-Galore (The Singles 1987-1997)-16 - Strange Attraction [Album
Mix].mp3|2114165
        The Cure-Galore (The Singles 1987-1997)-15 - Mint Car [Radio
Mix].mp3|1709571
        The Cure-Galore (The Singles 1987-1997)-14 - 13th [Swing Radio
Mix].mp3|2077377
        The Cure-Galore (The Singles 1987-1997)-13 - Letter To Elise.mp3|2104328
        The Cure-Galore (The Singles 1987-1997)-12 - Friday I'm In Love.mp3|1750529
        The Cure-Galore (The Singles 1987-1997)-11 - High.mp3|1729617
        The Cure-Galore (The Singles 1987-1997)-10 - Close To Me [Closet
                                   Page 10
```

ShareListing.txt
Remix].mp3|2112280
        The Cure-Galore (The Singles 1987-1997)-09 - Never Enough.mp3|2168899
        The Cure-Galore (The Singles 1987-1997)-08 - Pictures Of You.mp3|2324174
        The Cure-Galore (The Singles 1987-1997)-07 - Lovesong.mp3|1690959
        The Cure-Galore (The Singles 1987-1997)-06 - Fascination Street.mp3|2100569
        The Cure-Galore (The Singles 1987-1997)-05 - Lullaby.mp3|2019683
        The Cure-Galore (The Singles 1987-1997)-04 - Hot Hot Hot!!!.mp3|1746344
        The Cure-Galore (The Singles 1987-1997)-03 - Just Like Heaven.mp3|1716044
        The Cure-Galore (The Singles 1987-1997)-02 - Catch.mp3|1340288
        The Cure-Galore (The Singles 1987-1997)-01 - Why Can't I Be You_.mp3|1572896
        The Cranberries-Wake Up And Smell The Coffee-14 - Untitled.mp3|3552848
        The Cranberries-Wake Up And Smell The Coffee-13 - Chocolate
Brown.mp3|4398302
        The Cranberries-Wake Up And Smell The Coffee-12 - Carry On.mp3|2934971
        The Cranberries-Wake Up And Smell The Coffee-11 - Do You Know.mp3|4093237
        The Cranberries-Wake Up And Smell The Coffee-10 - Every Morning.mp3|3084598
        The Cranberries-Wake Up And Smell The Coffee-09 - I Really Hope.mp3|4601137
        The Cranberries-Wake Up And Smell The Coffee-08 - Pretty Eyes.mp3|4693010
        The Cranberries-Wake Up And Smell The Coffee-07 - Wake Up And Smell The
Coffee.mp3|6581479
        The Cranberries-Wake Up And Smell The Coffee-06 - The Concept.mp3|3910301
        The Cranberries-Wake Up And Smell The Coffee-05 - This Is The
Day.mp3|5300862
        The Cranberries-Wake Up And Smell The Coffee-04 - Dying Inside.mp3|3998061
        The Cranberries-Wake Up And Smell The Coffee-03 - Time Is Ticking
Out.mp3|3764143
        The Cranberries-Wake Up And Smell The Coffee-02 - Analyse.mp3|5227989
        The Cranberries-Wake Up And Smell The Coffee-01 - Never Grow Old.mp3|3269450
        The Clash-London Calling-19 - Train in Vain.m4a|3219262
        The Clash-London Calling-18 - Revolution Rock.m4a|5535617
        The Clash-London Calling-17 - I'm not down.m4a|3167364
        The Clash-London Calling-16 - Four Horsemen.m4a|2989690
        The Clash-London Calling-15 - Lover's Rock.m4a|4067530
        The Clash-London Calling-14 - The Card Cheat.m4a|3854278
        The Clash-London Calling-13 - Koka Kola.m4a|1900527
        The Clash-London Calling-12 - Death or Glory.m4a|3932367
        The Clash-London Calling-11 - Wrong 'em Boyo.m4a|3238349
        The Clash-London Calling-10 - The Guns of Brixton.m4a|3215599
        The Clash-London Calling-09 - Clampdown.m4a|3831359
        The Clash-London Calling-08 - Lost in the Supermarket.m4a|3808965
        The Clash-London Calling-07 - The Right Profile.m4a|3917842
        The Clash-London Calling-06 - Spanish bombs.m4a|3368231
        The Clash-London Calling-05 - Rudie can't fail.m4a|3513844
        The Clash-London Calling-04 - Hateful.m4a|2812068
        The Clash-London Calling-03 - Jimmy Jazz.m4a|3936343
        The Clash-London Calling-02 - Brand New Cadillac.m4a|2204076
        The Clash-London Calling-01 - London Calling.m4a|3388210
        The Beatles-Past Masters, Vol_ 2-15 - You Know My Name (Look up the
Number).mp3|5420567
        The Beatles-Past Masters, Vol_ 2-14 - Let It Be.mp3|4800079
        The Beatles-Past Masters, Vol_ 2-13 - Across the Universe.mp3|4744082
        The Beatles-Past Masters, Vol_ 2-12 - Old Brown Shoe.mp3|4163114
        The Beatles-Past Masters, Vol_ 2-11 - The Ballad of John and
Yoko.mp3|3819147
        The Beatles-Past Masters, Vol_ 2-10 - Don´t Let Me Down.mp3|4464988
        The Beatles-Past Masters, Vol_ 2-09 - Get Back.mp3|4116818
        The Beatles-Past Masters, Vol_ 2-08 - Revolution.mp3|4296229
        The Beatles-Past Masters, Vol_ 2-07 - Hey Jude.mp3|8941530
        The Beatles-Past Masters, Vol_ 2-06 - The Inner Light.mp3|3223124
        The Beatles-Past Masters, Vol_ 2-05 - Lady Madonna.mp3|2889276
        The Beatles-Past Masters, Vol_ 2-04 - Rain.mp3|3855799
        The Beatles-Past Masters, Vol_ 2-03 - Paperback Writer.mp3|2922299
        The Beatles-Past Masters, Vol_ 2-02 - We Can Work It Out.mp3|2815303
                                    Page 11

ShareListing.txt

The Beatles-Past Masters, Vol_ 2-01 - Day Tripper.mp3|3521752
The Beatles-Let It Be-12 - Get Back.mp3|3994633
The Beatles-Let It Be-11 - For You Blue.mp3|3281936
The Beatles-Let It Be-10 - The Long And Winding Road.mp3|4460427
The Beatles-Let It Be-09 - One After 909.mp3|3750690
The Beatles-Let It Be-08 - I've Got A Feeling.mp3|4541430
The Beatles-Let It Be-07 - Maggie Mae.mp3|862035
The Beatles-Let It Be-06 - Let It Be.mp3|5060632
The Beatles-Let It Be-05 - Dig It.mp3|1065097
The Beatles-Let It Be-04 - I Me Mine.mp3|3057673
The Beatles-Let It Be-03 - Across The Universe.mp3|4662927
The Beatles-Let It Be-02 - Dig A Pony.mp3|4855970
The Beatles-Let It Be-01 - Two Of Us.mp3|4540676
The Beatles-1967-1970 (Disc 2)-14 - The Long And Winding Road.mp3|4453491
The Beatles-1967-1970 (Disc 2)-13 - Across The Universe.mp3|4624222
The Beatles-1967-1970 (Disc 2)-12 - Let It Be.mp3|4850432
The Beatles-1967-1970 (Disc 2)-11 - Octopus's Garden.mp3|3656739
The Beatles-1967-1970 (Disc 2)-10 - Something.mp3|3774702
The Beatles-1967-1970 (Disc 2)-09 - Come Together.mp3|5514154
The Beatles-1967-1970 (Disc 2)-08 - Here Comes The Sun.mp3|3973972
The Beatles-1967-1970 (Disc 2)-07 - Old Brown Shoe.mp3|4273122
The Beatles-1967-1970 (Disc 2)-06 - The Ballad Of John & Yoko.mp3|3857480
The Beatles-1967-1970 (Disc 2)-05 - Don't Let Me Down.mp3|4478664
The Beatles-1967-1970 (Disc 2)-04 - Get Back.mp3|4112001
The Beatles-1967-1970 (Disc 2)-03 - Ob-La-De, Ob-La-Da.mp3|4103129
The Beatles-1967-1970 (Disc 2)-02 - While My Guitar Gently Weeps.mp3|6021668
The Beatles-1967-1970 (Disc 2)-01 - Back In The USSR.mp3|3494369
The Beatles-1967-1970 (Disc 1)-14 - Revolution.mp3|4317744
The Beatles-1967-1970 (Disc 1)-13 - Hey Jude.mp3|8944864
The Beatles-1967-1970 (Disc 1)-12 - Lady Madonna.mp3|2919150
The Beatles-1967-1970 (Disc 1)-11 - Magical Mystery Tour.mp3|3508794
The Beatles-1967-1970 (Disc 1)-10 - The Fool On The Hill.mp3|3693741
The Beatles-1967-1970 (Disc 1)-09 - Hello, Goodbye.mp3|4394338
The Beatles-1967-1970 (Disc 1)-08 - I Am The Walrus.mp3|5743616
The Beatles-1967-1970 (Disc 1)-07 - All You Need Is Love.mp3|4748878
The Beatles-1967-1970 (Disc 1)-06 - A Day In The Life.mp3|6384976
The Beatles-1967-1970 (Disc 1)-05 - Lucy In The Sky With
Diamonds.mp3|4254128
The Beatles-1967-1970 (Disc 1)-04 - With A Little Help From My
Friends.mp3|3475788
The Beatles-1967-1970 (Disc 1)-03 - Sgt_ Pepper's Lonely Hearts Club
Band.mp3|2511873
The Beatles-1967-1970 (Disc 1)-02 - Penny Lane.mp3|3774187
The Beatles-1967-1970 (Disc 1)-01 - Strawberry Fields Forever.mp3|5152945
The Beastie Boys-Hello Nasty-22 - Instant Death.mp3|4204795
The Beastie Boys-Hello Nasty-21 - Dr_ Lee, PhD (feat_ Money
Mark).mp3|6191487
The Beastie Boys-Hello Nasty-20 - Dedication.mp3|3234812
The Beastie Boys-Hello Nasty-19 - Unite.mp3|4538736
The Beastie Boys-Hello Nasty-18 - Picture This.mp3|3037437
The Beastie Boys-Hello Nasty-17 - Electrify.mp3|3081948
The Beastie Boys-Hello Nasty-16 - The Negotiation Limerick File.mp3|3523333
The Beastie Boys-Hello Nasty-15 - I Don't Know.mp3|3957048
The Beastie Boys-Hello Nasty-14 - Song For Junior.mp3|4872509
The Beastie Boys-Hello Nasty-13 - The Grasshopper Unit (Keep
Movin').mp3|3866896
The Beastie Boys-Hello Nasty-12 - Three MCs And One DJ.mp3|3597625
The Beastie Boys-Hello Nasty-11 - And Me.mp3|3682339
The Beastie Boys-Hello Nasty-10 - Flowin' Prose.mp3|3511296
The Beastie Boys-Hello Nasty-09 - Putting Shame In Your Game.mp3|4753482
The Beastie Boys-Hello Nasty-08 - Sneakin' Out The Hospital.mp3|3565746
The Beastie Boys-Hello Nasty-07 - Intergalactic.mp3|5024521
The Beastie Boys-Hello Nasty-06 - Body Movin'.mp3|3933332

```
                              ShareListing.txt
        The Beastie Boys-Hello Nasty-05 - Just A Test.mp3|2843603
        The Beastie Boys-Hello Nasty-04 - Song ForThe Man.mp3|4056838
        The Beastie Boys-Hello Nasty-03 - Remote Control.mp3|3760399
        The Beastie Boys-Hello Nasty-02 - The Move.mp3|4620449
        The Beastie Boys-Hello Nasty-01 - Super Disco Breakin'.mp3|2664412
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-12 - In The
Backseat.mp3|7424128
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-11 - No Cars
Go.mp3|7927936
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-10 - Neighborhood
#1 (Tunnels) (live).mp3|6731904
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-09 - Crown of Love
(live).mp3|7286912
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-07 - Headlights
Look Like Diamonds.mp3|6367360
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-06 - Haïti
(live).mp3|6105216
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-05 - This Must Be
The Place (Talking Heads) (live).mp3|6627456
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-04 - Neighborhood
#3 (PowerOut) _ Rebellion (Lies) (live)_mp3.mp3|14332032
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-03 - Une Année
Sans Lumiére (live).mp3|5001344
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-02 - Neighborhood
#2 (Laika) (live).mp3|5165184
        The Arcade Fire-Live at TT the Bears, Cambridge, 11-12-04-01 - Wake Up
(live).mp3|7960739
        The Arcade Fire-Live at TT the Bears, Cambridg-08 - Burning Bridges,
Breaking Hearts (live).mp3|6699008
        The Arcade Fire-Funeral-10 - In the Back Seat.mp3|8509788
        The Arcade Fire-Funeral-09 - Rebellion (Lies).mp3|7269507
        The Arcade Fire-Funeral-08 - Haiti.mp3|6091723
        The Arcade Fire-Funeral-07 - Wake Up.mp3|7714190
        The Arcade Fire-Funeral-06 - Crown of Love.mp3|6403213
        The Arcade Fire-Funeral-05 - Neighborhood #4 (7 Kettles).mp3|6346324
        The Arcade Fire-Funeral-04 - Neighborhood #3 (Power Out).mp3|8940210
        The Arcade Fire-Funeral-03 - Une Année Sans Lumiere.mp3|5509348
        The Arcade Fire-Funeral-02 - Neighborhood #2 (Laika).mp3|5720150
        The Arcade Fire-Funeral-01 - Neighborhood #1 (Tunnels).mp3|7218955
        The Allman Brothers Band-A Decade Of Hits 1969-1979-0 - Jessica.mp3|7156800
        Ted Leo & The Pharmacists-Hearts Of Oak-13 - The Crane Takes
Flight.m4a|5307868
        Ted Leo & The Pharmacists-Hearts Of Oak-12 - First To Finish, Last To
Start.m4a|1709569
        Ted Leo & The Pharmacists-Hearts Of Oak-11 - 2nd Ave, 11 A_M_.m4a|3425654
        Ted Leo & The Pharmacists-Hearts Of Oak-10 - Tell Balgeary, Balgury Is
Dead.m4a|4039235
        Ted Leo & The Pharmacists-Hearts Of Oak-09 - Bridges, Squares.m4a|4501126
        Ted Leo & The Pharmacists-Hearts Of Oak-08 - The Anointed One.m4a|4012567
        Ted Leo & The Pharmacists-Hearts Of Oak-07 - Dead Voices.m4a|3626470
        Ted Leo & The Pharmacists-Hearts Of Oak-06 - Ballad Of The Sin
Eater.m4a|5121683
        Ted Leo & The Pharmacists-Hearts Of Oak-05 - Hearts Of Oak.m4a|5476385
        Ted Leo & The Pharmacists-Hearts Of Oak-04 - High Party.m4a|4731311
        Ted Leo & The Pharmacists-Hearts Of Oak-03 - I'm A Ghost.m4a|4315473
        Ted Leo & The Pharmacists-Hearts Of Oak-02 - Where Have All The Rude Boys
Gone_.m4a|4888773
        Ted Leo & The Pharmacists-Hearts Of Oak-01 - Building Skyscrapers In The
Basement.m4a|1607441
        Sublime-Sublime-17 - Doin' Time.mp3|2021349
        Sublime-Sublime-16 - What I Got (Reprise).mp3|1457114
        Sublime-Sublime-15 - Caress Me Down.mp3|1696808
        Sublime-Sublime-14 - Get Ready.mp3|2328966
                              Page 13
```

```
                                ShareListing.txt
          Sublime-Sublime-13 - Under My Voodoo.mp3|1649580
          Sublime-Sublime-12 - Burritos.mp3|1886138
          Sublime-Sublime-11 - The Ballad Of Johnny Butt.mp3|1054207
          Sublime-Sublime-10 - Paddle Out.mp3|605722
          Sublime-Sublime-09 - Pawn Shop.mp3|2932080
          Sublime-Sublime-08 - Jailhouse.mp3|2349027
          Sublime-Sublime-07 - Seed.mp3|1044781
          Sublime-Sublime-06 - Santeria.mp3|1468595
          Sublime-Sublime-05 - April 29, 1992 (Miami).mp3|1869850
          Sublime-Sublime-04 - Same In The End.mp3|1255234
          Sublime-Sublime-03 - Wrong Way.mp3|1094105
          Sublime-Sublime-02 - What I Got.mp3|1371422
          Sublime-Sublime-01 - Garden Grove.mp3|2094702
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-15 - It's Who You
Know.mp3|357286
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-14 - Pool
Shark.mp3|689765
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-13 - Freeway Time In L_A_
County Jail.mp3|2111267
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-12 - What Happened _ Eye
Of Fatima.mp3|946202
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-11 - Guava Jelly_This
Train.mp3|1445866
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-10 - KRS-One
(Live).mp3|1750341
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-09 - Little
District.mp3|942635
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-08 - Rivers Of
Babylon.mp3|1273242
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-07 - Garden Grove
(Live).mp3|945355
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-06 - Boss
D_J_.mp3|1480751
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-05 - Mary_Big Salty
Tears.mp3|2381673
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-04 - Don't
Push.mp3|1430388
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-03 - Foolish
Fool.mp3|1105636
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-02 - Saw Red.mp3|1341151
          Sublime-Sublime Acoustic_ Bradley Nowell & Friends-01 - Wrong Way.mp3|402625
          Stone Temple Pilots-Purple-11 - Kitchenware & Candybars.mp3|10105517
          Stone Temple Pilots-Purple-10 - Army Ants.mp3|4694597
          Stone Temple Pilots-Purple-09 - Unglued.mp3|3171322
          Stone Temple Pilots-Purple-08 - Big Empty.mp3|6127069
          Stone Temple Pilots-Purple-07 - Silvergun Superman.mp3|6623728
          Stone Temple Pilots-Purple-06 - Pretty Penny.mp3|4728819
          Stone Temple Pilots-Purple-05 - Still Remains.mp3|4403496
          Stone Temple Pilots-Purple-04 - Interstate Love Song.mp3|4068093
          Stone Temple Pilots-Purple-03 - Lounge Fly.mp3|6859202
          Stone Temple Pilots-Purple-02 - Vasoline.mp3|3720373
          Stone Temple Pilots-Purple-01 - Meatplow.mp3|4540836
          Stevie Ray Vaughan-Texas Flood-10 - Lenny.mp3|11964042
          Stevie Ray Vaughan-Texas Flood-09 - I'm Cryin'.mp3|8918164
          Stevie Ray Vaughan-Texas Flood-08 - Dirty Pool.mp3|12120777
          Stevie Ray Vaughan-Texas Flood-07 - Mary Had A Little Lamb.mp3|6711340
          Stevie Ray Vaughan-Texas Flood-06 - Rude Mood.mp3|11228434
          Stevie Ray Vaughan-Texas Flood-05 - Testify.mp3|8219128
          Stevie Ray Vaughan-Texas Flood-04 - Tell Me.mp3|6770899
          Stevie Ray Vaughan-Texas Flood-03 - Texas Flood.mp3|12878328
          Stevie Ray Vaughan-Texas Flood-02 - Pride And Joy.mp3|8820989
          Stevie Ray Vaughan-Texas Flood-01 - Love Struck Baby.mp3|5775111
          Stevie Ray Vaughan-In Step-02 - Crossfire.mp3|3961477
                                    Page 14
```

ShareListing.txt
        Stevie Ray Vaughan-Couldn' T Stand The Weather-08 - Stang's
Swang.mp3|3772416
        Stevie Ray Vaughan-Couldn' T Stand The Weather-07 - Honey Bee.mp3|4011008
        Stevie Ray Vaughan-Couldn' T Stand The Weather-06 - Tin Pan
Alley.mp3|11779072
        Stevie Ray Vaughan-Couldn' T Stand The Weather-05 - Cold Shot.mp3|5314560
        Stevie Ray Vaughan-Couldn' T Stand The Weather-04 - Voodoo Chile (Slight
Return).mp3|11657216
        Stevie Ray Vaughan-Couldn' T Stand The Weather-03 - Things (That) I Used To
Do.mp3|7405568
        Stevie Ray Vaughan-Couldn' T Stand The Weather-02 - Couldn't Stand The
Weather.mp3|6283264
        Stevie Ray Vaughan-Couldn' T Stand The Weather-01 - Scuttle
Buttin'.mp3|2473984
        Smashing Pumpkins-Siamese Dream-0 - Today.mp3|1603547
        Smashing Pumpkins-Siamese Dream-0 - Sweet Sweet.mp3|794384
        Smashing Pumpkins-Siamese Dream-0 - Spaceboy.mp3|2151704
        Smashing Pumpkins-Siamese Dream-0 - Soma.mp3|3202240
        Smashing Pumpkins-Siamese Dream-0 - Silverfuck.mp3|4190302
        Smashing Pumpkins-Siamese Dream-0 - Rocket.mp3|1978040
        Smashing Pumpkins-Siamese Dream-0 - Quiet.mp3|1778463
        Smashing Pumpkins-Siamese Dream-0 - Mayonaise.mp3|2796198
        Smashing Pumpkins-Siamese Dream-0 - Geek Usa.mp3|2513865
        Smashing Pumpkins-Siamese Dream-0 - Disarm.mp3|1580560
        Smashing Pumpkins-Mellon Collie, Disk 2-05 - What is this_.mp3|2400120
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-14 - Farewell And Goodnight.m4a|4258058
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-13 - By Starlight.m4a|4657125
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-12 - Lily (My One And Only).m4a|3426238
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-11 - Beautiful.m4a|4162531
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-10 - We Only Come Out At Night.m4a|3980774
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-09 - X_Y_U_.m4a|6863833
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-08 - Stumbleine.m4a|2804458
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-07 - Thru The Eyes Of Ruby.m4a|7425955
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-06 - Tales Of A Scorched Earth.m4a|3660331
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-05 - 1979.m4a|4309916
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-04 - In The Arms Of Sleep.m4a|4076419
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-03 - Thirty-Three.m4a|4065244
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-02 - Bodies.m4a|4067836
        Smashing Pumpkins-Mellon Collie And The Infinite Sadness - Twilight To
Starlight-01 - where Boys Fear To Tread.m4a|4259566
        Simon and Garfunkle-Greatest Hits-06 - I Am A Rock.mp3|2068480
        Simon And Garfunkel-Greatest Hits-14 - Cecilia.mp3|2769874
        Simon And Garfunkel-Greatest Hits-13 - Bookends.mp3|1291714
        Simon And Garfunkel-Greatest Hits-12 - El Condor Pasa (If I
Could).mp3|3024829
        Simon And Garfunkel-Greatest Hits-11 - Kathy's Song.mp3|3227539
        Simon And Garfunkel-Greatest Hits-10 - America.mp3|3427324
        Simon And Garfunkel-Greatest Hits-09 - Bridge Over Troubled
Water.mp3|4711713
        Simon And Garfunkel-Greatest Hits-08 - Homeward Bound.mp3|2604780
                                    Page 15

ShareListing.txt
        Simon And Garfunkel-Greatest Hits-07 - Scarborough Fair _
Canticle.mp3|3054504
        Simon And Garfunkel-Greatest Hits-06 - I Am A Rock.mp3|2748140
        Simon And Garfunkel-Greatest Hits-05 - The Sound Of Silence.mp3|3006021
        Simon And Garfunkel-Greatest Hits-04 - The 59th Street Bridge Song (Feelin'
Groovy).mp3|1771370
        Simon And Garfunkel-Greatest Hits-03 - The Boxer.mp3|5039810
        Simon And Garfunkel-Greatest Hits-02 - For Emily, Whenever I May Find
Her.mp3|2327673
        Simon And Garfunkel-Greatest Hits-01 - Mrs_ Robinson.mp3|3752914
        Sheryl Crow-The Globe Sessions-11 - Crash And Burn.mp3|14340509
        Sheryl Crow-The Globe Sessions-10 - Members Only.mp3|6324259
        Sheryl Crow-The Globe Sessions-09 - Mississippi.mp3|5915281
        Sheryl Crow-The Globe Sessions-08 - The Difficult Kind.mp3|7846784
        Sheryl Crow-The Globe Sessions-07 - Anything But Down.mp3|5411544
        Sheryl Crow-The Globe Sessions-06 - Am I Getting Through (Part I &
II).mp3|6886853
        Sheryl Crow-The Globe Sessions-05 - Maybe That's Something.mp3|5517305
        Sheryl Crow-The Globe Sessions-04 - It Don't Hurt.mp3|6037028
        Sheryl Crow-The Globe Sessions-03 - Riverwide.mp3|5219170
        Sheryl Crow-The Globe Sessions-02 - There Goes The Neighborhood.mp3|6442567
        Sheryl Crow-The Globe Sessions-01 - My Favorite Mistake.mp3|5236956
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-12 - Organic Anti-Beat Box
Band.mp3|5950814
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-11 - Love
Trilogy.mp3|3886290
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-10 - Walkin' On Down The
Road.mp3|5525747
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-09 - No Chump Love
Sucker.mp3|3903851
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-08 - Special Secret Song
Inside.mp3|4723893
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-07 - Subterranean Homesick
Blues.mp3|3702611
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-06 - Behind The
Sun.mp3|6766448
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-05 - Skinny Sweaty
Man.mp3|1860655
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-04 - Backwoods.mp3|4527018
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-03 - Me And My
Friends.mp3|4559626
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-02 - Funky
Crime.mp3|4351477
        Red Hot Chili Peppers-The Uplift Mofo Party Plan-01 - Fight Like A
Brave.mp3|5640470
        Red Hot Chili Peppers-The Red Hot Chili Peppers-11 - Grand Pappy Du
Plenty.mp3|5873867
        Red Hot Chili Peppers-The Red Hot Chili Peppers-10 - You Always
Sing.mp3|474037
        Red Hot Chili Peppers-The Red Hot Chili Peppers-09 - Police
Helicoptor.mp3|1847661
        Red Hot Chili Peppers-The Red Hot Chili Peppers-08 - Out In L_A_.mp3|2909063
        Red Hot Chili Peppers-The Red Hot Chili Peppers-07 - Mommy Where's
Daddy.mp3|5072636
        Red Hot Chili Peppers-The Red Hot Chili Peppers-06 - Green
Heaven.mp3|5745335
        Red Hot Chili Peppers-The Red Hot Chili Peppers-05 - Why Don't You Love
Me.mp3|4879541
        Red Hot Chili Peppers-The Red Hot Chili Peppers-04 - Get Up And
Jump.mp3|4172975
        Red Hot Chili Peppers-The Red Hot Chili Peppers-03 - Buckle Down.mp3|4903355
        Red Hot Chili Peppers-The Red Hot Chili Peppers-02 - Baby Appeal.mp3|5312119
        Red Hot Chili Peppers-The Red Hot Chili Peppers-01 - True Men Don't Kill
                                Page 16

```
                                    ShareListing.txt
Coyotes.mp3|5303985
        Red Hot Chili Peppers-Pretty Woman-11 - Show Me Your Soul.mp3|6307769
        Red Hot Chili Peppers-Mother's Milk-13 - Johnny, Kick A Hole In The
Sky.mp3|7446931
        Red Hot Chili Peppers-Mother's Milk-12 - Sexy Mexican Maid.mp3|4878350
        Red Hot Chili Peppers-Mother's Milk-11 - Punk Rock Classic.mp3|2571842
        Red Hot Chili Peppers-Mother's Milk-10 - Pretty Little Ditty.mp3|2325457
        Red Hot Chili Peppers-Mother's Milk-09 - Fire.mp3|2968044
        Red Hot Chili Peppers-Mother's Milk-08 - Stone Cold Bush.mp3|4477106
        Red Hot Chili Peppers-Mother's Milk-07 - Taste The Pain.mp3|6522806
        Red Hot Chili Peppers-Mother's Milk-06 - Knock Me Down.mp3|5396823
        Red Hot Chili Peppers-Mother's Milk-05 - Nobody Weird Like Me.mp3|5522845
        Red Hot Chili Peppers-Mother's Milk-04 - Magic Johnson.mp3|4251406
        Red Hot Chili Peppers-Mother's Milk-03 - Subway To Venus.mp3|6376730
        Red Hot Chili Peppers-Mother's Milk-02 - Higher Ground.mp3|4878964
        Red Hot Chili Peppers-Mother's Milk-01 - Good Time Boys.mp3|7246293
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-12 - Give it
away.mp3|17857035
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-11 - Flea's trumpet treated
by John.mp3|5159035
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-10 - Black
cross.mp3|5207917
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-09 - Under the
bridge.mp3|7199080
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-08 - Drum homage
medley.mp3|2279494
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-07 - Parallel
Universe.mp3|8303747
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-06 - Right on
time.mp3|5687527
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-05 -
Californication.mp3|7967706
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-04 - The zephyr
song.mp3|10225792
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-03 - Purple
stain.mp3|6311958
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-02 - Leverage of
space.mp3|5135198
        Red Hot Chili Peppers-Live In Hyde Park (Disc 2)-01 - Throw away your
television.mp3|10967618
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-14 - Rolling sly
stone.mp3|7511924
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-13 - Don't forget
me.mp3|7871784
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-12 - Brandy.mp3|5375305
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-11 - Get on top.mp3|6023564
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-10 - Universally
speaking.mp3|6287515
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-09 - Easily.mp3|7343892
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-08 - Otherside.mp3|6719465
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-07 - I feel
love.mp3|2255036
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-06 - Fortune
faded.mp3|5135194
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-05 - By the way.mp3|7823505
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-04 - Scar
tissue.mp3|5953664
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-03 - Around the
world.mp3|6191589
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-02 - Can't stop.mp3|7655486
        Red Hot Chili Peppers-Live In Hyde Park (Disc 1)-01 - Intro.mp3|5807263
        Red Hot Chili Peppers-Freaky Styley-14 - Yertle The Turtle.mp3|5245540
        Red Hot Chili Peppers-Freaky Styley-13 - Thirty Dirty Birds.mp3|359807
                                    Page 17
```

ShareListing.txt
        Red Hot Chili Peppers-Freaky Styley-12 - Sex Rap.mp3|2769749
        Red Hot Chili Peppers-Freaky Styley-11 - Catholic School Girls
Rule.mp3|2791711
        Red Hot Chili Peppers-Freaky Styley-10 - Lovin' And Touchin'.mp3|895841
        Red Hot Chili Peppers-Freaky Styley-09 - Battle Ship.mp3|2738405
        Red Hot Chili Peppers-Freaky Styley-08 - The Brothers Cup.mp3|4995390
        Red Hot Chili Peppers-Freaky Styley-07 - Blackeyed Blonde.mp3|3866273
        Red Hot Chili Peppers-Freaky Styley-06 - Freaky Styley.mp3|5281898
        Red Hot Chili Peppers-Freaky Styley-05 - Nevermind.mp3|4063752
        Red Hot Chili Peppers-Freaky Styley-04 - If You Want Me To Stay.mp3|5942700
        Red Hot Chili Peppers-Freaky Styley-03 - American Ghost Dance.mp3|5398515
        Red Hot Chili Peppers-Freaky Styley-02 - Hollywood.mp3|7289979
        Red Hot Chili Peppers-Freaky Styley-01 - Jungle Man.mp3|6009771
        Red Hot Chili Peppers-Blood Sugar Sex Magik-17 - They're Red Hot.mp3|1737788
        Red Hot Chili Peppers-Blood Sugar Sex Magik-16 - Sir Psycho
Sexy.mp3|11931844
        Red Hot Chili Peppers-Blood Sugar Sex Magik-15 - My Lovely Man.mp3|6710069
        Red Hot Chili Peppers-Blood Sugar Sex Magik-14 - The Greeting
Song.mp3|4657476
        Red Hot Chili Peppers-Blood Sugar Sex Magik-13 - Apache Rose
Peacock.mp3|6784681
        Red Hot Chili Peppers-Blood Sugar Sex Magik-12 - Naked In The
Rain.mp3|6388454
        Red Hot Chili Peppers-Blood Sugar Sex Magik-11 - Under The
Bridge.mp3|6355852
        Red Hot Chili Peppers-Blood Sugar Sex Magik-10 - Blood Sugar Sex
Magik.mp3|6520742
        Red Hot Chili Peppers-Blood Sugar Sex Magik-09 - Give It Away.mp3|6803481
        Red Hot Chili Peppers-Blood Sugar Sex Magik-08 - The Righteous & The
Wicked.mp3|5965278
        Red Hot Chili Peppers-Blood Sugar Sex Magik-07 - Mellowship Slinky In B
Major.mp3|5773437
        Red Hot Chili Peppers-Blood Sugar Sex Magik-06 - I Could Have
Lied.mp3|5879378
        Red Hot Chili Peppers-Blood Sugar Sex Magik-05 - Suck My Kiss.mp3|5224849
        Red Hot Chili Peppers-Blood Sugar Sex Magik-04 - Funky Monks.mp3|7772728
        Red Hot Chili Peppers-Blood Sugar Sex Magik-03 - Breaking The
Girl.mp3|7103163
        Red Hot Chili Peppers-Blood Sugar Sex Magik-02 - If You Have To
Ask.mp3|5214197
        Red Hot Chili Peppers-Blood Sugar Sex Magik-01 - The Power Of
Equality.mp3|5857440
        Rammstein-Sehnsucht [Aus]-12 - Stripped.mp3|5515897
        Rammstein-Sehnsucht [Aus]-11 - Kuss Mich (Fellfrosch).mp3|4417828
        Rammstein-Sehnsucht [Aus]-10 - Eifersucht.mp3|4634110
        Rammstein-Sehnsucht [Aus]-09 - Alter Mann.mp3|5563337
        Rammstein-Sehnsucht [Aus]-08 - Klavier.mp3|5462292
        Rammstein-Sehnsucht [Aus]-07 - Spiel Mit Mir.mp3|5969910
        Rammstein-Sehnsucht [Aus]-06 - Bück Dich.mp3|4255437
        Rammstein-Sehnsucht [Aus]-05 - Du Hast.mp3|4953009
        Rammstein-Sehnsucht [Aus]-04 - Bestrafe Mich.mp3|4635679
        Rammstein-Sehnsucht [Aus]-03 - Tier.mp3|4757819
        Rammstein-Sehnsucht [Aus]-02 - Engel.mp3|5574303
        Rammstein-Sehnsucht [Aus]-01 - Sehnsucht.mp3|5157602
        Radiohead-The Bends-12 - Street Spirit (Fade Out).m4a|4085251
        Radiohead-The Bends-11 - Sulk.m4a|3601564
        Radiohead-The Bends-10 - Black Star.m4a|3995572
        Radiohead-The Bends-09 - Bullet Proof___I Wish I Was.m4a|3380374
        Radiohead-The Bends-08 - My Iron Lung.m4a|4470478
        Radiohead-The Bends-07 - Just.m4a|3774204
        Radiohead-The Bends-06 - (Nice Dream).m4a|3768942
        Radiohead-The Bends-05 - Bones.m4a|3056037
        Radiohead-The Bends-04 - Fake Plastic Trees.m4a|4710135
                                Page 18

```
                              ShareListing.txt
        Radiohead-The Bends-03 - High And Dry.m4a|4163891
        Radiohead-The Bends-02 - The Bends.m4a|3935644
        Radiohead-The Bends-01 - Planet Telex.m4a|4191750
        Radiohead-The Bends-0 - The Bends.mp3|5961413
        Radiohead-The Bends-0 - Sulk.mp3|5402179
        Radiohead-The Bends-0 - Street Spirit [Fade Out].mp3|6065500
        Radiohead-The Bends-0 - Planet Telex.mp3|6253570
        Radiohead-The Bends-0 - Nice Dream.mp3|5645437
        Radiohead-The Bends-0 - My Iron Lung.mp3|6685530
        Radiohead-The Bends-0 - Just.mp3|5669882
        Radiohead-The Bends-0 - High and Dry.mp3|6234761
        Radiohead-The Bends-0 - Fake Plastic Trees.mp3|7024710
        Radiohead-The Bends-0 - Bullet Proof___I Wish I Was.mp3|5061147
        Radiohead-The Bends-0 - Black Star.mp3|5980222
        Radiohead-Romeo and Juliet Soundtrack-0 - Romeo and Juliet
Soundtrack.mp3|4064803
        Radiohead-Romeo + Juliet-11 - Talk Show Host.mp3|6172672
        Radiohead-Radiohead B-Sides-20 - Gagging Order.m4a|3474702
        Radiohead-Radiohead B-Sides-19 - I Am Citizen Insane.m4a|3391093
        Radiohead-Radiohead B-Sides-18 - I Am A Wicked Child.m4a|2997627
        Radiohead-Radiohead B-Sides-17 - True Love Waits (Live).m4a|4559322
        Radiohead-Radiohead B-Sides-16 - Fog.m4a|3654050
        Radiohead-Radiohead B-Sides-15 - Worrywort.m4a|4490680
        Radiohead-Radiohead B-Sides-14 - Life In A Glass House (Full
Length).m4a|4956243
        Radiohead-Radiohead B-Sides-13 - Cuttooth.m4a|5232133
        Radiohead-Radiohead B-Sides-12 - Kinetic.m4a|3969045
        Radiohead-Radiohead B-Sides-11 - Trans-Atlantic Drawl.m4a|2952927
        Radiohead-Radiohead B-Sides-10 - The Amazing Sounds Of Orgy.m4a|3530449
        Radiohead-Radiohead B-Sides-09 - Fast Track.m4a|3197217
        Radiohead-Radiohead B-Sides-08 - How I Made My Millions.m4a|3011360
        Radiohead-Radiohead B-Sides-07 - Palo Alto.m4a|3586074
        Radiohead-Radiohead B-Sides-06 - Lull.m4a|2352208
        Radiohead-Radiohead B-Sides-05 - Meeting In The Isle.m4a|3033119
        Radiohead-Radiohead B-Sides-04 - Melatonin.m4a|2069701
        Radiohead-Radiohead B-Sides-03 - A Reminder.m4a|3743124
        Radiohead-Radiohead B-Sides-02 - Pearly.m4a|3254639
        Radiohead-Radiohead B-Sides-01 - Polyethylene (Part I and II).m4a|4241297
        Radiohead-Pablo Honey-13 - Creep (Acoustic Version).m4a|4089632
        Radiohead-Pablo Honey-12 - Blow Out.m4a|4787283
        Radiohead-Pablo Honey-11 - Lurgee.m4a|3289380
        Radiohead-Pablo Honey-10 - I Can't.m4a|4339665
        Radiohead-Pablo Honey-09 - Prove Yourself.m4a|2613586
        Radiohead-Pablo Honey-08 - Vegetable.m4a|3367399
        Radiohead-Pablo Honey-07 - Ripcord.m4a|3317987
        Radiohead-Pablo Honey-06 - Anyone Can Play Guitar.m4a|3771612
        Radiohead-Pablo Honey-05 - Thinking About You.m4a|2873278
        Radiohead-Pablo Honey-04 - Stop Whispering.m4a|5507900
        Radiohead-Pablo Honey-03 - How Do You Do_.m4a|2397362
        Radiohead-Pablo Honey-02 - Creep.m4a|4059911
        Radiohead-Pablo Honey-01 - You.m4a|3612973
        Radiohead-OK Computer-12 - The Tourist.mp3|6836825
        Radiohead-OK Computer-11 - Lucky.mp3|5387963
        Radiohead-OK Computer-10 - No Surprises.mp3|4820904
        Radiohead-OK Computer-09 - Climbing Up The Walls.mp3|5912784
        Radiohead-OK Computer-08 - Electioneering.mp3|4818455
        Radiohead-OK Computer-07 - Fitter Happier.mp3|2437760
        Radiohead-OK Computer-06 - Karma Police.mp3|5509909
        Radiohead-OK Computer-05 - Let Down.mp3|6239719
        Radiohead-OK Computer-04 - Exit Music (For A Film).mp3|5479932
        Radiohead-OK Computer-03 - Subterranean Homesick Alien.mp3|5610234
        Radiohead-OK Computer-02 - Paranoid Android.mp3|8212913
        Radiohead-OK Computer-01 - Airbag.mp3|5976090
                                Page 19
```

```
                              ShareListing.txt
         Radiohead-L'Auberge Espagnole-08 - No Surprises.mp3|3673529
         Radiohead-Kid A-11 - last track.m4a|675399
         Radiohead-Kid A-10 - Motion Picture Soundtrack.m4a|3490358
         Radiohead-Kid A-09 - Morning Bell.m4a|3777942
         Radiohead-Kid A-08 - Idioteque.m4a|4916930
         Radiohead-Kid A-07 - In Limbo.m4a|3434217
         Radiohead-Kid A-06 - Optimistic.m4a|5089584
         Radiohead-Kid A-05 - Treefingers.m4a|3612428
         Radiohead-Kid A-04 - How To Disappear Completely.m4a|5766484
         Radiohead-Kid A-03 - The National Anthem.m4a|5659557
         Radiohead-Kid A-02 - Kid A.m4a|4638252
         Radiohead-Kid A-01 - Everything In Its Right Place.m4a|4072986
         Radiohead-Kid A-0 - Treefingers.mp3|5344503
         Radiohead-Kid A-0 - The National Anthem.mp3|8444097
         Radiohead-Kid A-0 - Optimistic.mp3|7587062
         Radiohead-Kid A-0 - Motion Picture Soundtrack.mp3|10118656
         Radiohead-Kid A-0 - Morning Bell.mp3|6622206
         Radiohead-Kid A-0 - Kid A.mp3|6830969
         Radiohead-Kid A-0 - In Limbo.mp3|5067393
         Radiohead-Kid A-0 - Idioteque.mp3|7421549
         Radiohead-Kid A-0 - How to Disappear Completely.mp3|8555073
         Radiohead-Kid A-0 - Everything In Its Right Place.mp3|6038543
         Radiohead-I Might Be Wrong Live Recordin-0 - The National Anthem.mp3|7143851
         Radiohead-I Might Be Wrong Live Recordin-0 - Place.mp3|7515611
         Radiohead-I Might Be Wrong Live Recordin-0 - Morning Bell.mp3|6100617
         Radiohead-I Might Be Wrong Live Recordin-0 - Like Spinning
Plates.mp3|5461775
         Radiohead-I Might Be Wrong Live Recordin-0 - Idioteque.mp3|6359540
         Radiohead-I Might Be Wrong Live Recordin-0 - I Might Be Wrong.mp3|7014698
         Radiohead-I Might Be Wrong Live Recordin-0 - Everything In Its
Right.mp3|11110496
         Radiohead-I Might Be Wrong Live Recordin-0 - Dollars and Cents.mp3|7271117
         Radiohead-Hail to the Thief-14 - A Wolf at the Door (it Girl_ Rag
Doll).mp3|4836072
         Radiohead-Hail to the Thief-13 - Scatterbrain (As Dead As
Leaves).mp3|4844844
         Radiohead-Hail to the Thief-12 - Myxomatosis (Judge, Jury &
Executioner).mp3|5584638
         Radiohead-Hail to the Thief-11 - A Punch Up at A Wedding (No No No No No No
No No).mp3|7140083
         Radiohead-Hail to the Thief-10 - I Will (No Man's Land).mp3|2871230
         Radiohead-Hail to the Thief-09 - There There (the Boney King of
Nowhere).mp3|7770146
         Radiohead-Hail to the Thief-08 - The Gloaming (Softly Open Our Mouths In the
Cold).mp3|5092500
         Radiohead-Hail to the Thief-07 - We Suck Young Blood (your Time is
Up).mp3|7125024
         Radiohead-Hail to the Thief-06 - Where I End and you Begin (the Sky is
Falling In).mp3|6466750
         Radiohead-Hail to the Thief-05 - Go to Sleep (Little Man Being
Erased).mp3|4839832
         Radiohead-Hail to the Thief-04 - Backdrifts (Honeymoon is Over).mp3|7746313
         Radiohead-Hail to the Thief-03 - Sail to the Moon (Brush the Cobwebs of the
Sky).mp3|6204688
         Radiohead-Hail to the Thief-02 - Sit Down, Stand Up (Snakes &
Ladders).mp3|6243548
         Radiohead-Hail to the Thief-01 - 2+2=5 (the Lukewarm).mp3|4788406
         Radiohead-Amnesiac-11 - Life In A Glass House.mp3|5734318
         Radiohead-Amnesiac-10 - Like Spinning Plates.mp3|4948554
         Radiohead-Amnesiac-09 - Hunting Bears.mp3|2454897
         Radiohead-Amnesiac-08 - Dollars & Cents.mp3|6159062
         Radiohead-Amnesiac-07 - Morning Bell_Amnesiac.mp3|3992577
         Radiohead-Amnesiac-06 - Knives Out.mp3|5467857
                                    Page 20
```

```
                               ShareListing.txt
        Radiohead-Amnesiac-05 - I Might Be Wrong.mp3|6221339
        Radiohead-Amnesiac-04 - You And Whose Army_.mp3|3945868
        Radiohead-Amnesiac-03 - Pulk_Pull Revolving Doors.mp3|5321169
        Radiohead-Amnesiac-02 - Pyramid Song.mp3|5965231
        Radiohead-Amnesiac-01 - Packt Like Sardines In A Crushd Tin Box.mp3|5130280
        Pixies-The Purple Tape-17 - Ed Is Dead.mp3|2402304
        Pixies-The Purple Tape-16 - Isla De Encanta.mp3|1622016
        Pixies-The Purple Tape-15 - Nimrod's Son.mp3|2197504
        Pixies-The Purple Tape-14 - Broken Face.mp3|1363968
        Pixies-The Purple Tape-13 - Vamos.mp3|2779136
        Pixies-The Purple Tape-12 - Subbacultcha.mp3|2965504
        Pixies-The Purple Tape-11 - Here Comes Your Man.mp3|2988032
        Pixies-The Purple Tape-10 - Caribou.mp3|3115008
        Pixies-The Purple Tape-09 - In Heaven.mp3|1679360
        Pixies-The Purple Tape-08 - Build High.mp3|1398784
        Pixies-The Purple Tape-07 - I'm Amazed.mp3|1529856
        Pixies-The Purple Tape-06 - Rock A My Soul.mp3|1691648
        Pixies-The Purple Tape-05 - Down To The Well.mp3|2119680
        Pixies-The Purple Tape-04 - Break My Body.mp3|1796096
        Pixies-The Purple Tape-03 - I've Been Tired.mp3|2893824
        Pixies-The Purple Tape-02 - The Holiday Song.mp3|2154496
        Pixies-The Purple Tape-01 - Levitate Me.mp3|2514944
        Pixies-The Best Of Pixies Wave Of Mut-0 - Wheres Is My Mind.mp3|4718726
        Pixies-The Best Of Pixies Wave Of Mut-0 - Wave Of Mutilation.mp3|2711316
        Pixies-The Best Of Pixies Wave Of Mut-0 - Vamos (Surfer Rosa
Version).mp3|4993191
        Pixies-The Best Of Pixies Wave Of Mut-0 - The Holiday Song.mp3|2389106
        Pixies-The Best Of Pixies Wave Of Mut-0 - Tame.mp3|2343438
        Pixies-The Best Of Pixies Wave Of Mut-0 - Nimrods Son.mp3|2568605
        Pixies-The Best Of Pixies Wave Of Mut-0 - Monkey Gone To Heaven.mp3|3379104
        Pixies-The Best Of Pixies Wave Of Mut-0 - Hey.mp3|4151692
        Pixies-The Best Of Pixies Wave Of Mut-0 - Here Comes Your Man.mp3|4348841
        Pixies-The Best Of Pixies Wave Of Mut-0 - Gouge Away.mp3|3844641
        Pixies-The Best Of Pixies Wave Of Mut-0 - Gigantic (Single
Version).mp3|3443179
        Pixies-The Best Of Pixies Wave Of Mut-0 - Debaser (Doolittle
Version).mp3|3326166
        Pixies-The Best Of Pixies Wave Of Mut-0 - Caribou.mp3|4442422
        Pixies-The Best Of Pixies Wave Of Mut-0 - Broken Face.mp3|2220750
        Pixies-The Best Of Pixies Wave Of Mut-0 - Bone Machine.mp3|3564828
        Pixies-Doolittle-15 - Gouge Away.m4a|2677002
        Pixies-Doolittle-14 - Silver.m4a|2354417
        Pixies-Doolittle-13 - Hey.m4a|3431634
        Pixies-Doolittle-12 - There Goes My Gun.m4a|1803106
        Pixies-Doolittle-11 - No_ 13 Baby.m4a|3751886
        Pixies-Doolittle-10 - La La Love You.m4a|2671506
        Pixies-Doolittle-09 - Crackity Jones.m4a|1394797
        Pixies-Doolittle-08 - Mr_ Grieves.m4a|2053707
        Pixies-Doolittle-07 - Monkey Gone To Heaven.m4a|2845188
        Pixies-Doolittle-06 - Dead.m4a|2311704
        Pixies-Doolittle-05 - Here Comes Your Man.m4a|3272569
        Pixies-Doolittle-04 - I Bleed.m4a|2525759
        Pixies-Doolittle-03 - Wave Of Mutilation.m4a|2038866
        Pixies-Doolittle-02 - Tame.m4a|1891640
        Pixies-Doolittle-01 - Debaser.m4a|2779405
        Pixies-Death to the Pixies (disc 2)-21 - Tonys Theme.mp3|3541743
        Pixies-Death to the Pixies (disc 2)-20 - Vamos.mp3|6593054
        Pixies-Death to the Pixies (disc 2)-19 - Ed is Dead.mp3|4134200
        Pixies-Death to the Pixies (disc 2)-18 - Where Is My Mind.mp3|5209400
        Pixies-Death to the Pixies (disc 2)-17 - Wave of Mutilation.mp3|4455193
        Pixies-Death to the Pixies (disc 2)-16 - Tame.mp3|3018249
        Pixies-Death to the Pixies (disc 2)-15 - Something Against You.mp3|2551807
        Pixies-Death to the Pixies (disc 2)-14 - Crackity Jones.mp3|2296643
```

```
                                ShareListing.txt
        Pixies-Death to the Pixies (disc 2)-13 - Gigantic.mp3|4947967
        Pixies-Death to the Pixies (disc 2)-12 - Hey.mp3|5621299
        Pixies-Death to the Pixies (disc 2)-11 - Allison.mp3|1826438
        Pixies-Death to the Pixies (disc 2)-10 - Here Comes Your Man.mp3|4612554
        Pixies-Death to the Pixies (disc 2)-09 - Gouge Away.mp3|4168682
        Pixies-Death to the Pixies (disc 2)-08 - Monkey Gone To Heaven.mp3|4287173
        Pixies-Death to the Pixies (disc 2)-07 - Into The White.mp3|5054546
        Pixies-Death to the Pixies (disc 2)-06 - Dead.mp3|3610079
        Pixies-Death to the Pixies (disc 2)-05 - Hangwire.mp3|2882203
        Pixies-Death to the Pixies (disc 2)-04 - Isla De Encanta.mp3|2466543
        Pixies-Death to the Pixies (disc 2)-03 - Broken Face.mp3|1962484
        Pixies-Death to the Pixies (disc 2)-02 - Rock Music.mp3|2668417
        Pixies-Death to the Pixies (disc 2)-01 - Debaser.mp3|4190625
        Pink Floyd-Wish You Were Here (Remaster)-05 - Shine On You Crazy Diamond
(Part 2).mp3|21850518
        Pink Floyd-Wish You Were Here (Remaster)-04 - Wish You Were Here.mp3|9541739
        Pink Floyd-Wish You Were Here (Remaster)-03 - Have A Cigar.mp3|8010415
        Pink Floyd-Wish You Were Here (Remaster)-02 - Welcome To The
Machine.mp3|13239090
        Pink Floyd-Wish You Were Here (Remaster)-01 - Shine On You Crazy Diamond
(Part 1).mp3|23021648
        Pink Floyd-The Wall Disc 2-13 - Outside the Wall.mp3|1688430
        Pink Floyd-The Wall Disc 2-12 - The Trial.mp3|5114305
        Pink Floyd-The Wall Disc 2-11 - Stop.mp3|489168
        Pink Floyd-The Wall Disc 2-10 - Waiting for the Worms.mp3|3893996
        Pink Floyd-The Wall Disc 2-09 - Run Like Hell.mp3|4185740
        Pink Floyd-The Wall Disc 2-08 - In the Flesh.mp3|4062443
        Pink Floyd-The Wall Disc 2-07 - The Show Must Go On.mp3|1578087
        Pink Floyd-The Wall Disc 2-06 - Comfortably Numb.mp3|6158505
        Pink Floyd-The Wall Disc 2-05 - Bring the Boys Back Home.mp3|1397942
        Pink Floyd-The Wall Disc 2-04 - Vera.mp3|1426651
        Pink Floyd-The Wall Disc 2-03 - Nobody Home.mp3|3079261
        Pink Floyd-The Wall Disc 2-02 - Is There Anybody Out There_.mp3|2850765
        Pink Floyd-The Wall Disc 2-01 - Hey You.mp3|4505756
        Pink Floyd-The Wall Disc 1-13 - Goodbye Cruel World.mp3|1245808
        Pink Floyd-The Wall Disc 1-12 - Another Brick in the Wall, Pt_ 3.mp3|1202328
        Pink Floyd-The Wall Disc 1-11 - Don't Leave Me Now.mp3|4111338
        Pink Floyd-The Wall Disc 1-10 - One of My Turns.mp3|3453891
        Pink Floyd-The Wall Disc 1-09 - Young Lust.mp3|3395657
        Pink Floyd-The Wall Disc 1-08 - Empty Spaces.mp3|2056239
        Pink Floyd-The Wall Disc 1-07 - Goodbye Blue Sky.mp3|2717029
        Pink Floyd-The Wall Disc 1-06 - Mother.mp3|5357557
        Pink Floyd-The Wall Disc 1-05 - Another Brick in the Wall, Pt_ 2.mp3|3876014
        Pink Floyd-The Wall Disc 1-04 - The Happiest Days of Our Lives.mp3|1766576
        Pink Floyd-The Wall Disc 1-03 - Another Brick in the Wall, Pt_ 1.mp3|3060157
        Pink Floyd-The Wall Disc 1-02 - The Thin Ice.mp3|2405653
        Pink Floyd-The Wall Disc 1-01 - In the Flesh_.mp3|3195177
        Pink Floyd-The Piper At The Gates Of Dawn-11 - Bike.mp3|4823217
        Pink Floyd-The Piper At The Gates Of Dawn-10 - Scarecrow.mp3|3423287
        Pink Floyd-The Piper At The Gates Of Dawn-09 - Chapter 24.mp3|5112227
        Pink Floyd-The Piper At The Gates Of Dawn-08 - The Gnome.mp3|3249734
        Pink Floyd-The Piper At The Gates Of Dawn-07 - Interstellar
Overdrive.mp3|14021589
        Pink Floyd-The Piper At The Gates Of Dawn-06 - Take Up Thy Stethoscope And
Wa.mp3|4506778
        Pink Floyd-The Piper At The Gates Of Dawn-05 - Pow R_ Toc H_.mp3|6415784
        Pink Floyd-The Piper At The Gates Of Dawn-04 - Flaming.mp3|4199216
        Pink Floyd-The Piper At The Gates Of Dawn-03 - Matilda Mother.mp3|4409123
        Pink Floyd-The Piper At The Gates Of Dawn-02 - Lucifer Sam.mp3|4345422
        Pink Floyd-The Piper At The Gates Of Dawn-01 - Astronomy Domine.mp3|5985144
        Pink Floyd-The Final Cut-12 - Two Suns In The Sunset.mp3|899705
        Pink Floyd-The Final Cut-11 - Not Now John.mp3|1762184
        Pink Floyd-The Final Cut-10 - The Final Cut.mp3|538062
                                   Page 22
```

ShareListing.txt
          Pink Floyd-The Final Cut-09 - Southampton Dock.mp3|1561994
          Pink Floyd-The Final Cut-08 - The Fletcher Memorial Home.mp3|2137309
          Pink Floyd-The Final Cut-07 - Get Your Filthy Hands Of My Desert.mp3|1243328
          Pink Floyd-The Final Cut-06 - Paranoid Eyes.mp3|579738
          Pink Floyd-The Final Cut-05 - The Gunners Dream.mp3|1836089
          Pink Floyd-The Final Cut-04 - The Hero's Return.mp3|2237765
          Pink Floyd-The Final Cut-03 - One Of The Few.mp3|2109634
          Pink Floyd-The Final Cut-02 - Your Possible Pasts.mp3|2015725
          Pink Floyd-The Final Cut-01 - The Post War Dream.mp3|1286449
          Pink Floyd-Pulse-09 - Brain Damage.mp3|4552226
          Pink Floyd-Pulse-07 - Us and Them.mp3|8391845
          Pink Floyd-Pulse-06 - Money.mp3|10716072
          Pink Floyd-Pulse-05 - The Great Gig in the Sky.mp3|7072661
          Pink Floyd-Pulse-04 - Time.mp3|8165102
          Pink Floyd-Pulse-03 - On the Run.mp3|4591551
          Pink Floyd-Pulse-02 - Breathe.mp3|3104661
          Pink Floyd-Pulse-01 - Speak To Me.mp3|3030329
          Pink Floyd-Pulse (Disc 1) (Live)-11 - Another Brick In The Wall (Part
II).mp3|8585684
          Pink Floyd-Pulse (Disc 1) (Live)-05 - Keep Talking.mp3|8292067
          Pink Floyd-Pulse (Disc 1) (Live)-04 - Learning To Fly.mp3|6349079
          Pink Floyd-Pulse (Disc 1) (Live)-03 - What Do You Want From Me.mp3|5019969
          Pink Floyd-Pulse (Disc 1) (Live)-02 - Astronomy Domine.mp3|5245145
          Pink Floyd-Pulse (Disc 1) (Live)-01 - Shine On You Crazy
Diamond.mp3|16327333
          Pink Floyd-Momentary Lapse of Reason-10 - Sorrow.mp3|8440855
          Pink Floyd-Momentary Lapse of Reason-09 - A New Machine (Part 2).mp3|628796
          Pink Floyd-Momentary Lapse of Reason-08 - Terminal Frost.mp3|6040787
          Pink Floyd-Momentary Lapse of Reason-07 - A New Machine (Part 1).mp3|1709513
          Pink Floyd-Momentary Lapse of Reason-06 -  Yet Another Movie, Round and
Round.mp3|7181440
          Pink Floyd-Momentary Lapse of Reason-05 - On the Turning Away.mp3|5478350
          Pink Floyd-Momentary Lapse of Reason-04 - One Slip.mp3|4915516
          Pink Floyd-Momentary Lapse of Reason-03 - The Dogs of War.mp3|5912467
          Pink Floyd-Momentary Lapse of Reason-02 - Learning to Fly.mp3|4700738
          Pink Floyd-Momentary Lapse of Reason-01 - Signs of Life.mp3|4224754
          Pink Floyd-Meddle-06 - Echoes.mp3|43518060
          Pink Floyd-Meddle-05 - Seamus.mp3|4050331
          Pink Floyd-Meddle-04 - San Tropez.mp3|6662352
          Pink Floyd-Meddle-03 - Fearless.mp3|11205901
          Pink Floyd-Meddle-02 - A Pillow Of Winds.mp3|9674180
          Pink Floyd-Meddle-01 - One Of These Days.mp3|10599146
          Pink Floyd-Division Bell-11 - High Hopes.mp3|8207245
          Pink Floyd-Division Bell-10 - Lost For Words.mp3|5049961
          Pink Floyd-Division Bell-09 - Keep Talking.mp3|5943198
          Pink Floyd-Division Bell-08 - Coming Back To Life.mp3|6081925
          Pink Floyd-Division Bell-07 - Take It Back.mp3|5967194
          Pink Floyd-Division Bell-06 - Wearing The Inside Out.mp3|6570848
          Pink Floyd-Division Bell-05 - A Great Day For Freedom.mp3|4140672
          Pink Floyd-Division Bell-04 - Marooned.mp3|5282437
          Pink Floyd-Division Bell-03 - Poles Apart.mp3|6794457
          Pink Floyd-Division Bell-02 - What Do You Want From Me.mp3|5242940
          Pink Floyd-Division Bell-01 - Cluster One.mp3|7176631
          Pink Floyd-Delicate Sound Of Thunder (Disc 2)-08 - Run Like Hell.mp3|3008407
          Pink Floyd-Delicate Sound Of Thunder (Disc 2)-07 - Comfortably
Numb.mp3|3742097
          Pink Floyd-Delicate Sound Of Thunder (Disc 2)-06 - Another Brick In The Wall
(Part II).mp3|2347813
          Pink Floyd-Delicate Sound Of Thunder (Disc 2)-05 - Money.mp3|4126109
          Pink Floyd-Delicate Sound Of Thunder (Disc 2)-04 - Us And Them.mp3|3085798
          Pink Floyd-Delicate Sound Of Thunder (Disc 2)-03 - Wish You Were
Here.mp3|1967238
          Pink Floyd-Delicate Sound Of Thunder (Disc 2)-02 - Time.mp3|2271892

ShareListing.txt
          Pink Floyd-Delicate Sound Of Thunder (Disc 2)-01 - One of These
Days.mp3|2628441
          Pink Floyd-Delicate Sound Of Thunder (Disc 1)-07 - On the turning
away.mp3|3352048
          Pink Floyd-Delicate Sound Of Thunder (Disc 1)-06 - The dogs of
war.mp3|3069627
          Pink Floyd-Delicate Sound Of Thunder (Disc 1)-05 - Sorrow.mp3|3968688
          Pink Floyd-Delicate Sound Of Thunder (Disc 1)-04 - Rounde and
arounde.mp3|243897
          Pink Floyd-Delicate Sound Of Thunder (Disc 1)-03 - Yet another
movie.mp3|2637013
          Pink Floyd-Delicate Sound Of Thunder (Disc 1)-02 - Learning to
fly.mp3|2255904
          Pink Floyd-Delicate Sound Of Thunder (Disc 1)-01 - Shine on you crazy
diamond.mp3|5039968
          Pink Floyd-Dark Side of the Moon-09 - Eclipse.mp3|1997196
          Pink Floyd-Dark Side of the Moon-08 - Brain Damage.mp3|3695782
          Pink Floyd-Dark Side of the Moon-07 - Any Colour You Like.mp3|3297659
          Pink Floyd-Dark Side of the Moon-06 - Us and Them.mp3|7380710
          Pink Floyd-Dark Side of the Moon-05 - Money.mp3|6280024
          Pink Floyd-Dark Side of the Moon-04 - The Great Gig in the Sky.mp3|4552786
          Pink Floyd-Dark Side of the Moon-03 - Time.mp3|6831519
          Pink Floyd-Dark Side of the Moon-02 - On the Run.mp3|3415951
          Pink Floyd-Dark Side of the Moon-01 - Speak to Me_Breathe in the
Air.mp3|3856042
          Pink Floyd-Atom Heart Mother-05 - Alan's Psychedelic Breakfast.mp3|13274429
          Pink Floyd-Atom Heart Mother-04 - Fat Old Sun.mp3|5284785
          Pink Floyd-Atom Heart Mother-03 - Summer '68.mp3|5364529
          Pink Floyd-Atom Heart Mother-02 - If.mp3|4450293
          Pink Floyd-Atom Heart Mother-01 - Atom Heart Mother Suite.mp3|22923849
          Pink Floyd-Animals-05 - Pigs On The Wing 2.mp3|2171735
          Pink Floyd-Animals-04 - Sheep.mp3|14493783
          Pink Floyd-Animals-03 - Pigs (Three Different Ones).mp3|16069970
          Pink Floyd-Animals-02 - Dogs.mp3|24796154
          Pink Floyd-Animals-01 - Pigs On The Wing 1.mp3|1743950
          Piebald - The Stalker.mp3|2692579
          Piebald - Rock Revolution.mp3|4129485
          Piebald - Makeout Party.mp3|1653288
          Piebald - Look, I Just Don't Like You.mp3|3426304
          Piebald - Long Nights.mp3|3815424
          Piebald - Just A Simple Plan.mp3|3420246
          Piebald - Human Taste Test.mp3|3997657
          Piebald - Havent Tried it.mp3|5605998
          Piebald - Fear and Loathing on Cape Cod.mp3|4946024
          Piebald - Fat and Skinny Asses.mp3|3747550
          Piebald - American Hearts.mp3|4997955
          Philip Glass-Naqoyqatsi-11 - Definition.mp3|4084173
          Philip Glass-Naqoyqatsi-10 - The Vivid Unknown.mp3|10289613
          Philip Glass-Naqoyqatsi-09 - Point Blank.mp3|16262459
          Philip Glass-Naqoyqatsi-08 - Intensive Time.mp3|11739722
          Philip Glass-Naqoyqatsi-07 - Old World.mp3|4532434
          Philip Glass-Naqoyqatsi-06 - Media Weather.mp3|11389264
          Philip Glass-Naqoyqatsi-05 - Religion.mp3|12997988
          Philip Glass-Naqoyqatsi-04 - New World.mp3|4429616
          Philip Glass-Naqoyqatsi-03 - Massman.mp3|14117701
          Philip Glass-Naqoyqatsi-02 - Primacy of Number.mp3|9897776
          Philip Glass-Naqoyqatsi-01 - Naqoyqatsi.mp3|11433776
          Philip Glass-Kundun-18 - Escape to India.mp3|12105752
          Philip Glass-Kundun-17 - Lhasa at Night.mp3|2410666
          Philip Glass-Kundun-16 - Projector.mp3|2514111
          Philip Glass-Kundun-15 - Move to Dungkar.mp3|6128413
          Philip Glass-Kundun-14 - Thirteenth Dalai Lama.mp3|4124298
          Philip Glass-Kundun-13 - Distraught.mp3|3610209
                                Page 24

```
                            ShareListing.txt
        Philip Glass-Kundun-12 - Fish.mp3|2640543
        Philip Glass-Kundun-11 - Chinese Invade.mp3|8538992
        Philip Glass-Kundun-10 - Norbulingka.mp3|2783172
        Philip Glass-Kundun-09 - Norbu Plays.mp3|2667188
        Philip Glass-Kundun-08 - Lord Chamberlain.mp3|3310845
        Philip Glass-Kundun-07 - Potala.mp3|1804625
        Philip Glass-Kundun-06 - Reting's Eyes.mp3|2762796
        Philip Glass-Kundun-05 - Caravan Moves Out.mp3|3549605
        Philip Glass-Kundun-04 - Choosing.mp3|2697490
        Philip Glass-Kundun-03 - Dark Kitchen.mp3|1877768
        Philip Glass-Kundun-02 - Northern Tibet.mp3|4053245
        Philip Glass-Kundun-01 - Sand Mandala.mp3|4926780
        Philip Glass-Koyaanisqatsi-08 - Prophecies.mp3|13061359
        Philip Glass-Koyaanisqatsi-07 - The Grid.mp3|20532378
        Philip Glass-Koyaanisqatsi-06 - Pruit Igoe.mp3|13246953
        Philip Glass-Koyaanisqatsi-05 - Vessels.mp3|13600768
        Philip Glass-Koyaanisqatsi-04 - Resource.mp3|11176277
        Philip Glass-Koyaanisqatsi-03 - Cloudscape.mp3|6944896
        Philip Glass-Koyaanisqatsi-02 - Organic.mp3|11200146
        Philip Glass-Koyaanisqatsi-01 - Koyaanisqatsi.mp3|5843369
        Philip Glass-Glassworks-06 - Closing.mp3|5724263
        Philip Glass-Glassworks-05 - Facades.mp3|7051491
        Philip Glass-Glassworks-04 - Rubric.mp3|5826034
        Philip Glass-Glassworks-03 - Island.mp3|7345141
        Philip Glass-Glassworks-02 - Floe.mp3|5738855
        Philip Glass-Glassworks-01 - Opening.mp3|6159274
        Philip Glass-Einstein On The Beach-14 - Knee Play.mp3|7993602
        Philip Glass-Einstein On The Beach-13 - Act IV, Scene 3_
Spaceship.mp3|19239709
        Philip Glass-Einstein On The Beach-12 - Act IV, Scene 2_ Bed.mp3|16986103
        Philip Glass-Einstein On The Beach-11 - Act IV, Scene 1_
Building_Train.mp3|10798730
        Philip Glass-Einstein On The Beach-10 - Knee Play 4.mp3|9722616
        Philip Glass-Einstein On The Beach-09 - Act II, Scene 2_ Dance (_Field
with___.mp3|22659308
        Philip Glass-Einstein On The Beach-08 - Act II, Scene 1_
Trial_Prison.mp3|26269065
        Philip Glass-Einstein On The Beach-07 - Knee Play 3.mp3|8122559
        Philip Glass-Einstein On The Beach-06 - Act II, Scene 2_ Night
Train.mp3|19951472
        Philip Glass-Einstein On The Beach-05 - Act II, Scene 1_ Dance
1.mp3|17830413
        Philip Glass-Einstein On The Beach-04 - Knee Play 2.mp3|9825582
        Philip Glass-Einstein On The Beach-03 - Act I, Scene 2_ Trial.mp3|33533787
        Philip Glass-Einstein On The Beach-02 - Act I, Scene I_ Train.mp3|24912192
        Philip Glass-Einstein On The Beach-01 - Knee Play 1.mp3|5580804
        Philip Glass-1000 Airplanes on the Roof-13 - A Normal Man
Running.mp3|3805184
        Philip Glass-1000 Airplanes on the Roof-12 - Where Have You Been asked the
Doctor.mp3|4698491
        Philip Glass-1000 Airplanes on the Roof-11 - Grey Cloud Over New
York.mp3|2217984
        Philip Glass-1000 Airplanes on the Roof-10 - The Encounter.mp3|10434560
        Philip Glass-1000 Airplanes on the Roof-09 - Three Truths.mp3|4637202
        Philip Glass-1000 Airplanes on the Roof-08 - Return to the Hive.mp3|5828608
        Philip Glass-1000 Airplanes on the Roof-07 - Labyrinth.mp3|7325696
        Philip Glass-1000 Airplanes on the Roof-06 - What Time is Grey.mp3|2740224
        Philip Glass-1000 Airplanes on the Roof-05 - Screens of Memory.mp3|4260522
        Philip Glass-1000 Airplanes on the Roof-04 - My Building
Disappeared.mp3|2133084
        Philip Glass-1000 Airplanes on the Roof-03 - Girlfriend.mp3|7150180
        Philip Glass-1000 Airplanes on the Roof-02 - City Walk.mp3|2621440
        Philip Glass-1000 Airplanes on the Roof-01 - 1000 Airplanes on the
                                Page 25
```

```
                              ShareListing.txt
Roof.mp3|7389184
        Pearl Jam-Vs_-12 - Indifference.mp3|6412286
        Pearl Jam-Vs_-11 - Leash.mp3|5229487
        Pearl Jam-Vs_-10 - Elderly Woman Behind The Count.mp3|5272760
        Pearl Jam-Vs_-09 - Rats.mp3|6944570
        Pearl Jam-Vs_-08 - Rearviewmirror.mp3|8187713
        Pearl Jam-Vs_-07 - Blood.mp3|4911800
        Pearl Jam-Vs_-06 - W_M_A_.mp3|9531081
        Pearl Jam-Vs_-05 - Dissident.mp3|5894999
        Pearl Jam-Vs_-04 - Glorified G.mp3|5731671
        Pearl Jam-Vs_-03 - Daughter.mp3|5922516
        Pearl Jam-Vs_-02 - Animal.mp3|5317924
        Pearl Jam-Vs_-01 - Go.mp3|5355432
        Pearl Jam-Vitalogy-14 - Hey Foxymophandlemama, That's Me.mp3|9754961
        Pearl Jam-Vitalogy-13 - Immortality.mp3|6975720
        Pearl Jam-Vitalogy-12 - Aye Davanita.mp3|3806964
        Pearl Jam-Vitalogy-11 - Better Man.mp3|5660506
        Pearl Jam-Vitalogy-10 - Satan's Bed.mp3|4527420
        Pearl Jam-Vitalogy-09 - Bugs.mp3|3506547
        Pearl Jam-Vitalogy-08 - Corduroy.mp3|5843465
        Pearl Jam-Vitalogy-07 - Pry, To.mp3|1337864
        Pearl Jam-Vitalogy-06 - Whipping.mp3|3215024
        Pearl Jam-Vitalogy-05 - Nothingman.mp3|5797805
        Pearl Jam-Vitalogy-04 - Tremor Christ.mp3|5345785
        Pearl Jam-Vitalogy-03 - Not For You.mp3|7472255
        Pearl Jam-Vitalogy-02 - Spin The Black Circle.mp3|3513983
        Pearl Jam-Vitalogy-01 - Last Exit.mp3|3702366
        Pearl Jam-Ten-11 - Release.mp3|13113409
        Pearl Jam-Ten-10 - Deep.mp3|6429037
        Pearl Jam-Ten-09 - Garden.mp3|7216881
        Pearl Jam-Ten-08 - Porch.mp3|5433801
        Pearl Jam-Ten-07 - Oceans.mp3|3779383
        Pearl Jam-Ten-06 - Jeremy.mp3|8216692
        Pearl Jam-Ten-05 - Black.mp3|8203145
        Pearl Jam-Ten-04 - Why Go.mp3|5504992
        Pearl Jam-Ten-03 - Alive.mp3|9396561
        Pearl Jam-Ten-02 - Even Flow.mp3|7707883
        Pearl Jam-Ten-01 - Once.mp3|5933709
        Pearl Jam-No Code-13 - Around the Bend.mp3|7491542
        Pearl Jam-No Code-12 - I'm Open.mp3|4060217
        Pearl Jam-No Code-11 - Mankind.mp3|6345305
        Pearl Jam-No Code-10 - Present Tense.mp3|9592693
        Pearl Jam-No Code-09 - Lukin.mp3|1851193
        Pearl Jam-No Code-08 - Red Mosquito.mp3|8018939
        Pearl Jam-No Code-07 - Habit.mp3|7175482
        Pearl Jam-No Code-06 - Off He Goes.mp3|10350778
        Pearl Jam-No Code-05 - Smile.mp3|6910829
        Pearl Jam-No Code-04 - In My Tree.mp3|6815594
        Pearl Jam-No Code-03 - Who You Are.mp3|6741674
        Pearl Jam-No Code-02 - Hail, Hail.mp3|7415949
        Pearl Jam-No Code-01 - Sometimes.mp3|4241045
        Pearl Jam-Live On Two Legs [Live]-16 - F_Ckin' Up.mp3|7961346
        Pearl Jam-Live On Two Legs [Live]-15 - Black.mp3|8721555
        Pearl Jam-Live On Two Legs [Live]-14 - Better Man.mp3|5106391
        Pearl Jam-Live On Two Legs [Live]-13 - Do The Evolution.mp3|4762789
        Pearl Jam-Live On Two Legs [Live]-12 - Nothingman.mp3|5875883
        Pearl Jam-Live On Two Legs [Live]-11 - Off He Goes.mp3|7214349
        Pearl Jam-Live On Two Legs [Live]-10 - Even Flow.mp3|6753875
        Pearl Jam-Live On Two Legs [Live]-09 - Red Mosquito.mp3|5157777
        Pearl Jam-Live On Two Legs [Live]-08 - Go.mp3|3463277
        Pearl Jam-Live On Two Legs [Live]-07 - MFC.mp3|3085822
        Pearl Jam-Live On Two Legs [Live]-06 - Untitled.mp3|2538082
        Pearl Jam-Live On Two Legs [Live]-05 - Elderly Woman Behind The Counter In A
```

ShareListing.txt
Small Town.mp3|4824946
        Pearl Jam-Live On Two Legs [Live]-04 - Daughter.mp3|8602414
        Pearl Jam-Live On Two Legs [Live]-03 - Hail, Hail.mp3|4731537
        Pearl Jam-Live On Two Legs [Live]-02 - Given To Fly.mp3|4970252
        Pearl Jam-Live On Two Legs [Live]-01 - Corduroy.mp3|6376374
        Parliament-Tear The Roof Off 1974-1980-13 - Funkin' For Fun.mp3|7132073
        Parliament-Tear The Roof Off 1974-1980-12 - Party People.mp3|5740255
        Parliament-Tear The Roof Off 1974-1980-12 - Agony Of Defeet.mp3|7736547
        Parliament-Tear The Roof Off 1974-1980-11 - Rumpofsteelskin.mp3|6742326
        Parliament-Tear The Roof Off 1974-1980-11 - Do That Stuff.mp3|5828027
        Parliament-Tear The Roof Off 1974-1980-10 - Fantasy Is Reality.mp3|8023897
        Parliament-Tear The Roof Off 1974-1980-10 - All Your Goodies Are
Gone.mp3|6119044
        Parliament-Tear The Roof Off 1974-1980-09 - Ride On.mp3|4343231
        Parliament-Tear The Roof Off 1974-1980-09 - Aqua Boogie.mp3|11309559
        Parliament-Tear The Roof Off 1974-1980-08 - Mr_ Wiggles.mp3|8074033
        Parliament-Tear The Roof Off 1974-1980-08 - Flash Light.mp3|12892590
        Parliament-Tear The Roof Off 1974-1980-07 - Testify.mp3|4744461
        Parliament-Tear The Roof Off 1974-1980-07 - Children Of Production
[Live].mp3|3470764
        Parliament-Tear The Roof Off 1974-1980-06 - The Big Bang Theory.mp3|8623668
        Parliament-Tear The Roof Off 1974-1980-05 - Theme From The Black
Hole.mp3|5541747
        Parliament-Tear The Roof Off 1974-1980-05 - Mothership Connection (Star
Child).mp3|7513468
        Parliament-Tear The Roof Off 1974-1980-04 - Funkentelechy.mp3|13123515
        Parliament-Tear The Roof Off 1974-1980-04 - Dr_ Funkenstein's
Supergroovalisticprosifunkstication Medley.mp3|6124302
        Parliament-Tear The Roof Off 1974-1980-03 - Chocolate City.mp3|6751728
        Parliament-Tear The Roof Off 1974-1980-03 - Bop Gun (Endangered
Species).mp3|10252662
        Parliament-Tear The Roof Off 1974-1980-02 - Up For The Down
Stroke.mp3|6204721
        Parliament-Tear The Roof Off 1974-1980-02 - Give Up The Funk (Tear The Roof
Off The Sucker).mp3|6964920
        Parliament-Tear The Roof Off 1974-1980-01 - P_ Funk (Wants to Get Funked
Up).mp3|9266983
        Parliament-Tear The Roof Off 1974-1980-01 - Prelude.mp3|2009974
        Ozzy Osbourne-The Ozzman Cometh-15 - Back On Earth.mp3|4804736
        Ozzy Osbourne-The Ozzman Cometh-14 - I Just Want You.mp3|4759680
        Ozzy Osbourne-The Ozzman Cometh-13 - I Don't Want To Change The World
(Live).mp3|3848320
        Ozzy Osbourne-The Ozzman Cometh-12 - Mama, I'm Coming Home.mp3|4026496
        Ozzy Osbourne-The Ozzman Cometh-11 - No More Tears (Edit).mp3|5673088
        Ozzy Osbourne-The Ozzman Cometh-10 - Crazy Babies.mp3|4079744
        Ozzy Osbourne-The Ozzman Cometh-09 - Shot In The Dark.mp3|4112512
        Ozzy Osbourne-The Ozzman Cometh-08 - Bark At The Moon.mp3|4110464
        Ozzy Osbourne-The Ozzman Cometh-07 - Paranoid (Live With Randy
Rhoads).mp3|2777216
        Ozzy Osbourne-The Ozzman Cometh-06 - Over The Mountain.mp3|4358272
        Ozzy Osbourne-The Ozzman Cometh-05 - Mr_ Crowley.mp3|4749440
        Ozzy Osbourne-The Ozzman Cometh-04 - Crazy Train.mp3|4669568
        Ozzy Osbourne-The Ozzman Cometh-03 - Goodbye To Romance.mp3|5372032
        Ozzy Osbourne-The Ozzman Cometh-02 - War Pigs.mp3|7932032
        Ozzy Osbourne-The Ozzman Cometh-01 - Black Sabbath.mp3|9056384
        Outkast-Stankonia-24 - Stankonia (Stanklove).m4a|6639964
        Outkast-Stankonia-23 - Pre-Nump (Interlude).m4a|479904
        Outkast-Stankonia-22 - Slum Beautiful.m4a|3976813
        Outkast-Stankonia-21 - Toilet Tisha.m4a|4277522
        Outkast-Stankonia-20 - Grangsta Sh't.m4a|4508365
        Outkast-Stankonia-19 - Cruisin' In The ATL (Interlude).m4a|360866
        Outkast-Stankonia-18 - Red Velvet.m4a|3777899
        Outkast-Stankonia-17 - _.m4a|1423928
                                Page 27

```
                              ShareListing.txt
         Outkast-Stankonia-16 - Drinkin' Again (Interlude).m4a|442585
         Outkast-Stankonia-15 - Humble Mumble.m4a|4549948
         Outkast-Stankonia-14 - We Luv Deez Hoez.m4a|3594427
         Outkast-Stankonia-13 - Good Hair (Interlude).m4a|276148
         Outkast-Stankonia-12 - Xplosion.m4a|3631152
         Outkast-Stankonia-11 - B_O_B_.m4a|4928769
         Outkast-Stankonia-10 - I'll Call Before I Come.m4a|3990061
         Outkast-Stankonia-09 - Kim & Cookie (Interlude).m4a|1201730
         Outkast-Stankonia-08 - Spaghetti Junction.m4a|3625290
         Outkast-Stankonia-07 - D_F_ (Interlude).m4a|466851
         Outkast-Stankonia-06 - Snappin' & Trappin.m4a|3997832
         Outkast-Stankonia-05 - Ms_ Jackson.m4a|4347074
         Outkast-Stankonia-04 - So Fresh, So Clean.m4a|3856074
         Outkast-Stankonia-03 - I'm Cool (Interude).m4a|687336
         Outkast-Stankonia-02 - Gasoline Dreams.m4a|3372082
         Outkast-Stankonia-01 - Intro.m4a|1152733
         Oasis-Snatch-21 - F.mp3|4748172
         Oasis-Definitely Maybe-11 - Married With Children.mp3|5678908
         Oasis-Definitely Maybe-10 - Slide Away.mp3|12189891
         Oasis-Definitely Maybe-09 - Digsy's Diner.mp3|5338397
         Oasis-Definitely Maybe-08 - Cigarettes & Alcohol.mp3|8469651
         Oasis-Definitely Maybe-07 - Bring It On Down.mp3|7459456
         Oasis-Definitely Maybe-06 - Supersonic.mp3|9561535
         Oasis-Definitely Maybe-05 - Columbia.mp3|12492606
         Oasis-Definitely Maybe-04 - Up In The Sky.mp3|8147552
         Oasis-Definitely Maybe-03 - Live Forever.mp3|8719557
         Oasis-Definitely Maybe-02 - Shakermaker.mp3|8907556
         Oasis-Definitely Maybe-01 - Rock `n' Roll Star.mp3|11020599
         Oasis-Be Here Now-12 - All Around The World (Reprise).mp3|2578173
         Oasis-Be Here Now-11 - It's Gettin' Better (Man!!).mp3|8413406
         Oasis-Be Here Now-10 - All Around The World.mp3|11213733
         Oasis-Be Here Now-09 - Be Here Now.mp3|6278157
         Oasis-Be Here Now-08 - Don't Go Away.mp3|5785488
         Oasis-Be Here Now-07 - Fade In-Out.mp3|8263986
         Oasis-Be Here Now-06 - The Girl In The Dirty Shirt.mp3|7009063
         Oasis-Be Here Now-05 - I Hope, I Think, I Know.mp3|5272965
         Oasis-Be Here Now-04 - Stand By Me.mp3|7135496
         Oasis-Be Here Now-03 - Magic Pie.mp3|8801063
         Oasis-Be Here Now-02 - My Big Mouth.mp3|6065520
         Oasis-Be Here Now-01 - D'You Know What I Mean.mp3|9270745
         Oasis-(What's the Story) Morning Glory_-12 - Champagne Supernova.mp3|7172065
         Oasis-(What's the Story) Morning Glory_-11 - [Untitled Track].mp3|644381
         Oasis-(What's the Story) Morning Glory_-10 - Morning Glory.mp3|4860339
         Oasis-(What's the Story) Morning Glory_-09 - She's Electric.mp3|3537080
         Oasis-(What's the Story) Morning Glory_-08 - Cast No Shadow.mp3|4675183
         Oasis-(What's the Story) Morning Glory_-07 - Some Might Say.mp3|5272028
         Oasis-(What's the Story) Morning Glory_-06 - [Untitled Track].mp3|723377
         Oasis-(What's the Story) Morning Glory_-05 - Hey Now!.mp3|5473491
         Oasis-(What's the Story) Morning Glory_-04 - Don't Look Back in
Anger.mp3|4615822
         Oasis-(What's the Story) Morning Glory_-03 - Wonderwall.mp3|4147722
         Oasis-(What's the Story) Morning Glory_-02 - Roll With It.mp3|3846790
         Oasis-(What's the Story) Morning Glory_-01 - Hello.mp3|3242010
         Nirvana-Unplugged in New York - MTV-14 - Where Did You Sleep Last
Night_.mp3|7848064
         Nirvana-Unplugged in New York - MTV-13 - All Apologies.mp3|6568120
         Nirvana-Unplugged in New York - MTV-12 - Lake Of Fire.mp3|4432000
         Nirvana-Unplugged in New York - MTV-11 - Oh, Me.mp3|4942571
         Nirvana-Unplugged in New York - MTV-10 - Plateau.mp3|5331072
         Nirvana-Unplugged in New York - MTV-09 - Something In The Way.mp3|6011008
         Nirvana-Unplugged in New York - MTV-08 - On A Plain.mp3|5798016
         Nirvana-Unplugged in New York - MTV-07 - Polly.mp3|4936388
         Nirvana-Unplugged in New York - MTV-06 - Dumb.mp3|4378752
                                    Page 28
```

```
                                ShareListing.txt
        Nirvana-Unplugged in New York - MTV-05 - Pennyroyal Tea.mp3|5435520
        Nirvana-Unplugged in New York - MTV-04 - The Man Who Sold The
World.mp3|6770816
        Nirvana-Unplugged in New York - MTV-03 - Jesus Doesn't Want Me For A
Sunbeam.mp3|7227520
        Nirvana-Unplugged in New York - MTV-02 - Come As You Are.mp3|6437291
        Nirvana-Unplugged in New York - MTV-01 - About A Girl.mp3|5578880
        Nirvana-Nevermind-12 - Something in the Way.mp3|19766006
        Nirvana-Nevermind-11 - On a Plain.mp3|3149213
        Nirvana-Nevermind-10 - Stay Away.mp3|3407094
        Nirvana-Nevermind-09 - Lounge Act.mp3|2518513
        Nirvana-Nevermind-08 - Drain You.mp3|3589744
        Nirvana-Nevermind-07 - Territorial Pissings.mp3|2294059
        Nirvana-Nevermind-06 - Polly.mp3|2839511
        Nirvana-Nevermind-05 - Lithium.mp3|4118882
        Nirvana-Nevermind-04 - Breed.mp3|2950270
        Nirvana-Nevermind-03 - Come as You Are.mp3|3510325
        Nirvana-Nevermind-02 - In Bloom.mp3|4085444
        Nirvana-Nevermind-01 - Smells Like Teen Spirit.mp3|4830232
        Nirvana-Incesticide-15 - Aneursym [Mark Goodier Session].mp3|7723269
        Nirvana-Incesticide-14 - Big Long Now.mp3|8499595
        Nirvana-Incesticide-13 - Aero Zeppelin.mp3|7870919
        Nirvana-Incesticide-12 - Hairspray Queen.mp3|7097541
        Nirvana-Incesticide-11 - Mexican Seafood.mp3|3229089
        Nirvana-Incesticide-10 - Downer.mp3|2906709
        Nirvana-Incesticide-09 - Beeswax.mp3|4760526
        Nirvana-Incesticide-08 - (New Wave) Poly [Mark Goodier Session].mp3|3020760
        Nirvana-Incesticide-07 - Son of a Gun [John Peel Session].mp3|4707889
        Nirvana-Incesticide-06 - Molly's Lips [John Peel Session].mp3|3194728
        Nirvana-Incesticide-05 - Turnaround [John Peel Session].mp3|3896482
        Nirvana-Incesticide-04 - Been a Son [Mark Goodier Session].mp3|3234922
        Nirvana-Incesticide-03 - Stain.mp3|4503216
        Nirvana-Incesticide-02 - Silver.mp3|3818988
        Nirvana-Incesticide-01 - Drive.mp3|6595336
        Nirvana-From The Muddy Banks Of The Wishkah-17 - Blew.mp3|6047110
        Nirvana-From The Muddy Banks Of The Wishkah-16 - Tourette's.mp3|3229122
        Nirvana-From The Muddy Banks Of The Wishkah-13 - Negative Creep.mp3|4578570
        Nirvana-From The Muddy Banks Of The Wishkah-12 - Milk It.mp3|6314673
        Nirvana-From The Muddy Banks Of The Wishkah-11 - Heart-shaped
Box.mp3|7880487
        Nirvana-From The Muddy Banks Of The Wishkah-07 - Lithium.mp3|6998170
        Nirvana-From The Muddy Banks Of The Wishkah-05 - Smells Like Teen
Spirit.mp3|8033272
        Nirvana-From The Muddy Banks Of The Wishkah-03 - Drain You.mp3|6013519
        Nirvana-From The Muddy Banks Of The Wishkah-02 - School.mp3|4484996
        Nirvana-From The Muddy Banks Of The Wishkah-01 - Intro.mp3|1457916
        Nirvana-Bleach-09 - Swap Meet.mp3|5118740
        Nirvana-Bleach-08 - Scoff.mp3|6998140
        Nirvana-Bleach-07 - Negative Creep.mp3|4911875
        Nirvana-Bleach-06 - Paper Cuts.mp3|6881191
        Nirvana-Bleach-05 - Love Buzz.mp3|6020063
        Nirvana-Bleach-04 - School.mp3|4539058
        Nirvana-Bleach-03 - About A Girl.mp3|4707191
        Nine Inch Nails-The Fragile - right-11 - Ripe (with Decay).mp3|6312064
        Nine Inch Nails-The Fragile - right-10 - Underneath It All.mp3|2662528
        Nine Inch Nails-The Fragile - right-09 - The Big Come Down.mp3|4049024
        Nine Inch Nails-The Fragile - right-08 - I'm Looking Forward To Joining You,
Finally.mp3|4057216
        Nine Inch Nails-The Fragile - right-07 - Complication.mp3|2416768
        Nine Inch Nails-The Fragile - right-06 - Starfuckers, Inc_.mp3|4806784
        Nine Inch Nails-The Fragile - right-05 - Please.mp3|3375232
        Nine Inch Nails-The Fragile - right-04 - The Mark Has Been Made.mp3|5046400
        Nine Inch Nails-The Fragile - right-03 - Where Is Everybody_.mp3|5445760
                                    Page 29
```

```
                             ShareListing.txt
        Nine Inch Nails-The Fragile - right-02 - Into The Void.mp3|4632704
        Nine Inch Nails-The Fragile - right-01 - The Way Out Is Through.mp3|4122752
        Nine Inch Nails-The Fragile - left-12 - The Great Below.mp3|5079168
        Nine Inch Nails-The Fragile - left-11 - La Mer.mp3|4448384
        Nine Inch Nails-The Fragile - left-10 - No, You Don't.mp3|3459190
        Nine Inch Nails-The Fragile - left-09 - Pilgrimage.mp3|3395656
        Nine Inch Nails-The Fragile - left-08 - Even Deeper.mp3|5570688
        Nine Inch Nails-The Fragile - left-07 - Just Like You Imagined.mp3|3682432
        Nine Inch Nails-The Fragile - left-06 - The Fragile.mp3|4409472
        Nine Inch Nails-The Fragile - left-05 - We're In This Together.mp3|6979712
        Nine Inch Nails-The Fragile - left-04 - The Wretched.mp3|5218432
        Nine Inch Nails-The Fragile - left-03 - The Frail.mp3|1828992
        Nine Inch Nails-The Fragile - left-02 - The Day The World Went
Away.mp3|4380800
        Nine Inch Nails-The Fragile - left-01 - Somewhat Damaged.mp3|4350080
        Nine Inch Nails-The Downward Spiral-14 - Hurt.mp3|2994390
        Nine Inch Nails-The Downward Spiral-13 - The Downward Spiral.mp3|1898098
        Nine Inch Nails-The Downward Spiral-12 - Reptile.mp3|3301593
        Nine Inch Nails-The Downward Spiral-11 - Eraser.mp3|2350944
        Nine Inch Nails-The Downward Spiral-10 - A Warm Place.mp3|1626000
        Nine Inch Nails-The Downward Spiral-09 - Big Man With A Gun.mp3|772323
        Nine Inch Nails-The Downward Spiral-08 - I Do Not Want This.mp3|2732552
        Nine Inch Nails-The Downward Spiral-07 - The Becoming.mp3|2655432
        Nine Inch Nails-The Downward Spiral-06 - Ruiner.mp3|2393575
        Nine Inch Nails-The Downward Spiral-05 - Closer.mp3|2986868
        Nine Inch Nails-The Downward Spiral-04 - March Of The Pigs.mp3|1431862
        Nine Inch Nails-The Downward Spiral-03 - Heresy.mp3|1878231
        Nine Inch Nails-The Downward Spiral-02 - Piggy.mp3|2119184
        Nine Inch Nails-The Downward Spiral-01 - Mr_ Self Destruct.mp3|2163499
        Moby-Play-18 - My Weakness.mp3|3489223
        Moby-Play-17 - The Sky Is Broken.mp3|4145413
        Moby-Play-16 - Guitar Flute and String.mp3|2076091
        Moby-Play-15 - Inside.mp3|4626077
        Moby-Play-14 - Everloving.mp3|3297381
        Moby-Play-13 - If Things Were Perfect.mp3|4146662
        Moby-Play-12 - Down Slow.mp3|1526071
        Moby-Play-11 - Run On.mp3|3610437
        Moby-Play-10 - 7.mp3|1000705
        Moby-Play-09 - Machete.mp3|3492154
        Moby-Play-08 - Natural Blues.mp3|4068932
        Moby-Play-07 - Bodyrock.mp3|3471255
        Moby-Play-06 - Rushing.mp3|2892383
        Moby-Play-05 - South Side.mp3|3683994
        Moby-Play-04 - Why Does My Heart Feel So Bad_.mp3|4245712
        Moby-Play-03 - Porcelain.mp3|3866644
        Moby-Play-02 - Find My Baby.mp3|3839055
        Moby-Play-01 - Honey.mp3|3347124
        Moby-18-18 - I'm Not Worried At All.mp3|6075508
        Moby-18-17 - Rafters.mp3|4884309
        Moby-18-16 - Look Back In.mp3|3405993
        Moby-18-14 - At Least We Tried.mp3|6000897
        Moby-18-13 - Sleep Alone.mp3|6878605
        Moby-18-12 - 18.mp3|6471713
        Moby-18-11 - Sunday (The Day Before My Birthday).mp3|7458548
        Moby-18-09 - Extreme Ways.mp3|5732561
        Moby-18-08 - Fireworks.mp3|3224803
        Moby-18-07 - Another Woman.mp3|5694319
        Moby-18-06 - One Of These Mornings.mp3|4660505
        Moby-18-05 - Signs Of Love.mp3|6413418
        Moby-18-04 - Great Escape.mp3|3125123
        Moby-18-03 - In My Heart.mp3|6667326
        Moby-18-02 - In This World.mp3|5850427
        Moby-18-01 - We Are All Made Of Stars.mp3|6575179
                               Page 30
```

```
                              ShareListing.txt
         Metallica-S & M-11 - Bleeding Me.mp3|8669312
         Metallica-S & M-10 - Devil's Dance.mp3|5220340
         Metallica-S & M-10 - Battery.mp3|7116928
         Metallica-S & M-09 - Hero Of The Day.mp3|4556928
         Metallica-S & M-09 - Enter Sandman.mp3|7350258
         Metallica-S & M-08 - One.mp3|7571584
         Metallica-S & M-08 - No Leaf Clover.mp3|5494912
         Metallica-S & M-07 - The Memory Remains.mp3|4522112
         Metallica-S & M-07 - Sad But True.mp3|5544064
         Metallica-S & M-06 - Outlaw Torn.mp3|9586743
         Metallica-S & M-06 - Fuel.mp3|4417664
         Metallica-S & M-05 - Wherever I May Roam.mp3|6746240
         Metallica-S & M-05 - The Thing That Should Not Be.mp3|7149696
         Metallica-S & M-04 - Of Wolf And Man.mp3|4145280
         Metallica-S & M-04 - Human.mp3|4159616
         Metallica-S & M-03 - Master Of Puppets.mp3|8560700
         Metallica-S & M-03 - For Whom The Bell Tolls.mp3|4677760
         Metallica-S & M-02 - Until It Sleeps.mp3|4323456
         Metallica-S & M-02 - The Call Of Ktulu.mp3|9191552
         Metallica-S & M-01 - The Ecstacy Of Gold.mp3|2412672
         Metallica-S & M-01 - Nothing Else Matters.mp3|6518912
         Metallica-Ride The Lightning-0 - metallica - ride the lightning -
08.mp3|8504796
         Metallica-Ride The Lightning-0 - metallica - ride the lightning -
07.mp3|6305077
         Metallica-Ride The Lightning-0 - metallica - ride the lightning -
06.mp3|4160946
         Metallica-Ride The Lightning-0 - metallica - ride the lightning -
05.mp3|3872554
         Metallica-Ride The Lightning-0 - metallica - ride the lightning -
04.mp3|6624816
         Metallica-Ride The Lightning-0 - metallica - ride the lightning -
03.mp3|4884016
         Metallica-Ride The Lightning-0 - metallica - ride the lightning -
02.mp3|6320541
         Metallica-Ride The Lightning-0 - metallica - ride the lightning -
01.mp3|4547140
         Metallica-Reload-13 - Fixxxer.mp3|7925888
         Metallica-Reload-12 - Attitude.mp3|5062784
         Metallica-Reload-11 - Low Man's Lyric.mp3|7319680
         Metallica-Reload-10 - Prince Charming.mp3|5847168
         Metallica-Reload-09 - Where The Wild Things Are.mp3|6629504
         Metallica-Reload-08 - Bad Seed.mp3|3928192
         Metallica-Reload-07 - Carpe Diem Baby.mp3|5957760
         Metallica-Reload-06 - Slither.mp3|5015666
         Metallica-Reload-05 - Better Than You.mp3|5148800
         Metallica-Reload-04 - The Unforgiven II.mp3|6346880
         Metallica-Reload-03 - Devil's Dance.mp3|5105792
         Metallica-Reload-02 - The Memory Remains.mp3|4470912
         Metallica-Reload-01 - Fuel.mp3|4319360
         Metallica-Metallica-12 - The Struggle Within.mp3|3745920
         Metallica-Metallica-11 - My Friend of Misery.mp3|6557824
         Metallica-Metallica-10 - The God that Failed.mp3|4939904
         Metallica-Metallica-09 - Of Wolf and Man.mp3|4108416
         Metallica-Metallica-08 - Nothing Else Matters.mp3|6223980
         Metallica-Metallica-07 - Through the Never.mp3|3913856
         Metallica-Metallica-06 - Don't Tread on Me.mp3|3848320
         Metallica-Metallica-05 - Wherever I May Roam.mp3|6471808
         Metallica-Metallica-04 - The Unforgiven.mp3|6197376
         Metallica-Metallica-03 - Holier Than Thou.mp3|3647616
         Metallica-Metallica-02 - Sad But True.mp3|5195904
         Metallica-Metallica-01 - Enter Sandman.mp3|5308544
         Metallica-Master of Puppets-08 - Damage, Inc_.mp3|5277824
                                  Page 31
```

```
                              ShareListing.txt
          Metallica-Master of Puppets-07 - Orion (Instrumental).mp3|8130688
          Metallica-Master of Puppets-06 - Leper Messiah.mp3|5456000
          Metallica-Master of Puppets-05 - Disposable Heroes.mp3|7954560
          Metallica-Master of Puppets-04 - Welcome Home (Sanitarium).mp3|6209664
          Metallica-Master of Puppets-03 - The Thing That Should Not Be.mp3|6357120
          Metallica-Master of Puppets-02 - Master of Puppets.mp3|8263808
          Metallica-Master of Puppets-01 - Battery.mp3|5007488
          Metallica-Load-14 - The Outlaw Torn.mp3|11767205
          Metallica-Load-13 - Ronnie.mp3|6346274
          Metallica-Load-12 - Thorn Within.mp3|7034862
          Metallica-Load-11 - Mama Said.mp3|6396952
          Metallica-Load-10 - Wasted My Hate.mp3|4750715
          Metallica-Load-09 - Poor Twisted Me.mp3|4804527
          Metallica-Load-08 - Cure.mp3|5884952
          Metallica-Load-07 - Bleeding Me.mp3|9964756
          Metallica-Load-06 - Hero of The Day.mp3|5237637
          Metallica-Load-05 - King Nothing.mp3|6563613
          Metallica-Load-04 - Until it Sleeps.mp3|5395417
          Metallica-Load-03 - The House Jack Built.mp3|7981539
          Metallica-Load-02 - 2 x 4.mp3|6566747
          Metallica-Load-01 - Ain't My Bitch.mp3|6087139
          Metallica-And Justice For All-09 - Dyers Eve.mp3|5015680
          Metallica-And Justice For All-08 - To Live Is To Die.mp3|9416832
          Metallica-And Justice For All-07 - The Frayed Ends Of Sanity.mp3|7428224
          Metallica-And Justice For All-06 - Harvester Of Sorrow.mp3|5529728
          Metallica-And Justice For All-05 - The Shortest Straw.mp3|6328448
          Metallica-And Justice For All-04 - One.mp3|7147628
          Metallica-And Justice For All-03 - Eye Of The Beholder.mp3|6174848
          Metallica-And Justice For All-02 - And Justice For All.mp3|9377887
          Metallica-And Justice For All-01 - Blackened.mp3|6441088
          Liz Phair-Exile in Guyville-18 - Strange Loop.m4a|3831416
          Liz Phair-Exile in Guyville-17 - Stratford-On-Guy.m4a|2909594
          Liz Phair-Exile in Guyville-16 - Gunshy.m4a|3128651
          Liz Phair-Exile in Guyville-15 - Johnny Sunshine.m4a|3373105
          Liz Phair-Exile in Guyville-14 - Flower.m4a|1970046
          Liz Phair-Exile in Guyville-13 - Shatter.m4a|5308990
          Liz Phair-Exile in Guyville-12 - Divorce Song.m4a|3205757
          Liz Phair-Exile in Guyville-11 - Girls! Girls! Girls!.m4a|2282001
          Liz Phair-Exile in Guyville-10 - Fuck And Run.m4a|3035799
          Liz Phair-Exile in Guyville-09 - Mesmerizing.m4a|3813462
          Liz Phair-Exile in Guyville-08 - Canary.m4a|3208357
          Liz Phair-Exile in Guyville-07 - Explain It To Me.m4a|3094469
          Liz Phair-Exile in Guyville-06 - Soap Star Joe.m4a|2663452
          Liz Phair-Exile in Guyville-05 - Never Said.m4a|3112782
          Liz Phair-Exile in Guyville-04 - Dance Of The Seven Veils.m4a|2398979
          Liz Phair-Exile in Guyville-03 - Glory.m4a|1453964
          Liz Phair-Exile in Guyville-02 - Help Me Mary.m4a|2197190
          Liz Phair-Exile in Guyville-01 - 6'1_.m4a|3013109
          Liz Phair-Exclusive-01 - Insanity.m4p|3625104
          Liquid Tension Experiment-Liquid Tension Experiment-13 - Three Minute
Warning 5.mp3|6297728
          Liquid Tension Experiment-Liquid Tension Experiment-12 - Three Minute
Warning 4.mp3|4173952
          Liquid Tension Experiment-Liquid Tension Experiment-11 - Three Minute
Warning 3.mp3|5105792
          Liquid Tension Experiment-Liquid Tension Experiment-10 - Three Minute
Warning 2.mp3|3891328
          Liquid Tension Experiment-Liquid Tension Experiment-09 - Three Minute
Warning 1.mp3|8007808
          Liquid Tension Experiment-Liquid Tension Experiment-08 - Universal
Mind.mp3|7573632
          Liquid Tension Experiment-Liquid Tension Experiment-07 - State of
Grace.mp3|4835456
```

ShareListing.txt

        Liquid Tension Experiment-Liquid Tension Experiment-06 - Chris and Kevin's
Excellent Adventure.mp3|2273408
        Liquid Tension Experiment-Liquid Tension Experiment-05 - Freedom of
Speech.mp3|8953984
        Liquid Tension Experiment-Liquid Tension Experiment-04 - The
Stretch.mp3|1935488
        Liquid Tension Experiment-Liquid Tension Experiment-03 - Kindred
Spirits.mp3|6236288
        Liquid Tension Experiment-Liquid Tension Experiment-02 - Osmosis.mp3|3303552
        Liquid Tension Experiment-Liquid Tension Experiment-01 - Paradigm
Shift.mp3|8568960
        Liquid Tension Experiment-Liquid Tension Experiment 2-08 -
Hourglass.mp3|4251776
        Liquid Tension Experiment-Liquid Tension Experiment 2-07 - Liquid
Dreams.mp3|10410112
        Liquid Tension Experiment-Liquid Tension Experiment 2-06 -
Chewbacca.mp3|13052032
        Liquid Tension Experiment-Liquid Tension Experiment 2-05 - When The Water
Breaks.mp3|16287872
        Liquid Tension Experiment-Liquid Tension Experiment 2-04 - Another
Dimension.mp3|9451648
        Liquid Tension Experiment-Liquid Tension Experiment 2-03 - 914.mp3|3860608
        Liquid Tension Experiment-Liquid Tension Experiment 2-02 -
Biaxident.mp3|7379072
        Liquid Tension Experiment-Liquid Tension Experiment 2-01 - Acid
Rain.mp3|6340736
        Led Zeppelin-Physical Graffiti - Disc 2-09 - Sick Again.mp3|8142196
        Led Zeppelin-Physical Graffiti - Disc 2-08 - Black Country Woman.mp3|7929703
        Led Zeppelin-Physical Graffiti - Disc 2-07 - Boogie With Stu.mp3|6142628
        Led Zeppelin-Physical Graffiti - Disc 2-06 - The Wanton Song.mp3|7398223
        Led Zeppelin-Physical Graffiti - Disc 2-05 - Night Flight.mp3|6171886
        Led Zeppelin-Physical Graffiti - Disc 2-04 - Ten Years Gone.mp3|10886459
        Led Zeppelin-Physical Graffiti - Disc 2-03 - Down By The Seaside.mp3|8478566
        Led Zeppelin-Physical Graffiti - Disc 2-02 - Bron-Yr-Aur.mp3|4029353
        Led Zeppelin-Physical Graffiti - Disc 2-01 - In the Light.mp3|15126224
        Led Zeppelin-Physical Graffiti - Disc 1-06 - Kashmir.mp3|14400652
        Led Zeppelin-Physical Graffiti - Disc 1-05 - Trampled Under
Foot.mp3|10331250
        Led Zeppelin-Physical Graffiti - Disc 1-04 - Houses Of The Holy.mp3|7103990
        Led Zeppelin-Physical Graffiti - Disc 1-03 - In My Time Of
Dying.mp3|19808432
        Led Zeppelin-Physical Graffiti - Disc 1-02 - The Rover.mp3|9266392
        Led Zeppelin-Physical Graffiti - Disc 1-01 - Custard Pie.mp3|7250040
        Led Zeppelin-Led Zeppelin IV-08 - When the Levee Breaks.mp3|6861482
        Led Zeppelin-Led Zeppelin IV-07 - Going to California.mp3|3394468
        Led Zeppelin-Led Zeppelin IV-06 - Four Sticks.mp3|4570613
        Led Zeppelin-Led Zeppelin IV-05 - Misty Mountain Hop.mp3|4470296
        Led Zeppelin-Led Zeppelin IV-04 - Stairway to Heaven.mp3|7736229
        Led Zeppelin-Led Zeppelin IV-03 - The Battle of Evermore.mp3|5645178
        Led Zeppelin-Led Zeppelin IV-02 - Rock and Roll.mp3|3539528
        Led Zeppelin-Led Zeppelin IV-01 - Black Dog.mp3|4760374
        Led Zeppelin-Led Zeppelin III-10 - Hats Off To (Roy) Harper.mp3|3571430
        Led Zeppelin-Led Zeppelin III-09 - Bron-Y-Aur Stomp.mp3|4115213
        Led Zeppelin-Led Zeppelin III-08 - That's the Way.mp3|5409625
        Led Zeppelin-Led Zeppelin III-07 - Tangerine.mp3|3056938
        Led Zeppelin-Led Zeppelin III-06 - Gallows Pole.mp3|4753431
        Led Zeppelin-Led Zeppelin III-05 - Out on the Tiles.mp3|3959310
        Led Zeppelin-Led Zeppelin III-04 - Since I've Been Loving You.mp3|7104457
        Led Zeppelin-Led Zeppelin III-03 - Celebration Day.mp3|3364558
        Led Zeppelin-Led Zeppelin III-02 - Friends.mp3|3762037
        Led Zeppelin-Led Zeppelin III-01 - Immigrant Song.mp3|2338461
        Led Zeppelin-Led Zeppelin II-09 - Bring It on Home.mp3|4185177
        Led Zeppelin-Led Zeppelin II-08 - Moby Dick.mp3|4188535

```
                                    ShareListing.txt
        Led Zeppelin-Led Zeppelin II-07 - Ramble On.mp3|4237840
        Led Zeppelin-Led Zeppelin II-06 - Living Loving Maid (She's Just a
Woman).mp3|2560151
        Led Zeppelin-Led Zeppelin II-05 - Heartbreaker.mp3|4075699
        Led Zeppelin-Led Zeppelin II-04 - Thank You.mp3|4644096
        Led Zeppelin-Led Zeppelin II-03 - The Lemon Song.mp3|6087948
        Led Zeppelin-Led Zeppelin II-02 - What Is and What Should Never
Be.mp3|4582656
        Led Zeppelin-Led Zeppelin II-01 - Whole Lotta Love.mp3|5361533
        Led Zeppelin-Led Zeppelin I-09 - How Many More Times.mp3|12641882
        Led Zeppelin-Led Zeppelin I-08 - I Can't Quit You Baby.mp3|6988498
        Led Zeppelin-Led Zeppelin I-07 - Communication Breakdown.mp3|3759887
        Led Zeppelin-Led Zeppelin I-06 - Black Mountain Side.mp3|3330047
        Led Zeppelin-Led Zeppelin I-05 - Your Time is Gonna Come.mp3|6745833
        Led Zeppelin-Led Zeppelin I-04 - Dazed and Confused.mp3|9800225
        Led Zeppelin-Led Zeppelin I-03 - You Shook Me.mp3|8958854
        Led Zeppelin-Led Zeppelin I-02 - Babe I'm Gonna Leave You.mp3|9708424
        Led Zeppelin-Led Zeppelin I-01 - Good Times Bad Times.mp3|4421188
        Led Zeppelin-Latter Days_ Best Of Led Zeppelin, Vol_2-10 - In The
Evening.mp3|9879476
        Led Zeppelin-Latter Days_ Best Of Led Zeppelin, Vol_2-09 - All Of My
Love.mp3|8477013
        Led Zeppelin-Latter Days_ Best Of Led Zeppelin, Vol_2-08 - Nobody's Fault
But Mine.mp3|9083899
        Led Zeppelin-Latter Days_ Best Of Led Zeppelin, Vol_2-07 - Achilles Last
Stand.mp3|14960192
        Led Zeppelin-Latter Days_ Best Of Led Zeppelin, Vol_2-06 - Ten Years
Gone.mp3|9436230
        Led Zeppelin-Latter Days_ Best Of Led Zeppelin, Vol_2-05 -
Kashmir.mp3|12226100
        Led Zeppelin-Latter Days_ Best Of Led Zeppelin, Vol_2-04 - Trampled
Underfoot.mp3|8075777
        Led Zeppelin-Latter Days_ Best Of Led Zeppelin, Vol_2-03 - Houses Of The
Holy.mp3|5847636
        Led Zeppelin-Latter Days_ Best Of Led Zeppelin, Vol_2-02 - No
Quarter.mp3|10102035
        Led Zeppelin-Latter Days_ Best Of Led Zeppelin, Vol_2-01 - The Song Remains
The Same.mp3|7967323
        Led Zeppelin-In through the out door-07 - I'm gonna crawl.mp3|7915925
        Led Zeppelin-In through the out door-06 - all my love.mp3|8545995
        Led Zeppelin-In through the out door-05 - Carouselambra.mp3|15231045
        Led Zeppelin-In through the out door-04 - Hot Dog.mp3|4762415
        Led Zeppelin-In through the out door-03 - Fool In the Rain.mp3|8902728
        Led Zeppelin-In through the out door-02 - South Bound Saurez.mp3|6099687
        Led Zeppelin-In through the out door-01 - in the evening.mp3|9887647
        Led Zeppelin-How The West Was Won (Disc 3)-04 - Bring It On
Home.mp3|13741246
        Led Zeppelin-How The West Was Won (Disc 3)-03 - Ocean.mp3|6306407
        Led Zeppelin-How The West Was Won (Disc 3)-02 - Rock 'n' Roll.mp3|5718973
        Led Zeppelin-How The West Was Won (Disc 3)-01 - Whole Lotta
Love.mp3|33359466
        Led Zeppelin-How The West Was Won (Disc 2)-04 - Moby Dick.mp3|27988405
        Led Zeppelin-How The West Was Won (Disc 2)-03 - Dancing Days.mp3|5385381
        Led Zeppelin-How The West Was Won (Disc 2)-02 - What Is And What Should
Never Be.mp3|6785335
        Led Zeppelin-How The West Was Won (Disc 2)-01 - Dazed And
Confused.mp3|36674014
        Led Zeppelin-How The West Was Won (Disc 1)-10 - Bron-Yr-Aur
Stomp.mp3|7076907
        Led Zeppelin-How The West Was Won (Disc 1)-09 - That's The Way.mp3|8555835
        Led Zeppelin-How The West Was Won (Disc 1)-08 - Going To
California.mp3|8155226
        Led Zeppelin-How The West Was Won (Disc 1)-07 - Stairway To
                                    Page 34
```

ShareListing.txt
Heaven.mp3|13915539
        Led Zeppelin-How The West Was Won (Disc 1)-06 - Since I've Been Loving
You.mp3|11626609
        Led Zeppelin-How The West Was Won (Disc 1)-05 - Over The Hills And Far
Away.mp3|7449928
        Led Zeppelin-How The West Was Won (Disc 1)-04 - Black Dog.mp3|8237988
        Led Zeppelin-How The West Was Won (Disc 1)-03 - Heartbreaker.mp3|10725696
        Led Zeppelin-How The West Was Won (Disc 1)-02 - Immigrant Song.mp3|5386660
        Led Zeppelin-How The West Was Won (Disc 1)-01 - LA Drone.mp3|417540
        Led Zeppelin-Houses of the Holy-08 - The Ocean.mp3|4349198
        Led Zeppelin-Houses of the Holy-07 - No Quarter.mp3|6739506
        Led Zeppelin-Houses of the Holy-06 - D'Yer Mak'er.mp3|4219210
        Led Zeppelin-Houses of the Holy-05 - Dancing Days.mp3|3583076
        Led Zeppelin-Houses of the Holy-04 - The Crunge.mp3|3170134
        Led Zeppelin-Houses of the Holy-03 - Over the Hills and Far Away.mp3|4653036
        Led Zeppelin-Houses of the Holy-02 - The Rain Song.mp3|7358500
        Led Zeppelin-Houses of the Holy-01 - The Song Remains the Same.mp3|5291262
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-13 - Stairway to
Heaven.mp3|7727176
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-12 - When the
Levee Breaks.mp3|6896270
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-11 - The Battle of
Evermore.mp3|5656184
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-10 - Rock &
Roll.mp3|3545919
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-09 - Black
Dog.mp3|4737106
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-08 - Since I've
Been Loving You.mp3|7120710
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-07 - Immigrant
Song.mp3|2364347
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-06 - What Is and
What Should Never Be.mp3|4565302
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-05 - Whole Lotta
Love.mp3|5356932
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-04 - Communication
Breakdown.mp3|2390669
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-03 - Dazed and
Confused.mp3|6213329
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-02 - Babe I'm
Gonna Leave You.mp3|6453649
        Led Zeppelin-Early Days_ The Best of Led Zeppelin, Vol_ 1-01 - Good Times
Bad Times.mp3|2672795
        Led Zeppelin-Box Set Disc 4-14 - All my Love.mp3|5625984
        Led Zeppelin-Box Set Disc 4-13 - Im Gonna Crawl.mp3|5310592
        Led Zeppelin-Box Set Disc 4-12 - Moby Dick _ Bonzo's Montreux.mp3|3688576
        Led Zeppelin-Box Set Disc 4-11 - The Wanton Song.mp3|3944576
        Led Zeppelin-Box Set Disc 4-10 - In the Light.mp3|8417408
        Led Zeppelin-Box Set Disc 4-09 - Fool in the Rain.mp3|5978106
        Led Zeppelin-Box Set Disc 4-08 - Nobodys Fault but Mine.mp3|6207616
        Led Zeppelin-Box Set Disc 4-07 - Poor Tom.mp3|2916480
        Led Zeppelin-Box Set Disc 4-06 - Wearing and Tearing.mp3|5271680
        Led Zeppelin-Box Set Disc 4-05 - Houses of the Holy.mp3|3895424
        Led Zeppelin-Box Set Disc 4-04 - Ozone Baby.mp3|3457152
        Led Zeppelin-Box Set Disc 4-03 - The Ocean.mp3|4333696
        Led Zeppelin-Box Set Disc 4-02 - Candy Store Rock.mp3|3965056
        Led Zeppelin-Box Set Disc 4-01 - In the Evening.mp3|6570112
        Led Zeppelin-Box Set Disc 3-10 - In My Time Of Dying.mp3|10641536
        Led Zeppelin-Box Set Disc 3-09 - Ten Years Gone.mp3|6281344
        Led Zeppelin-Box Set Disc 3-08 - The Song Remains The Same.mp3|5265536
        Led Zeppelin-Box Set Disc 3-07 - Achilles Last Stand.mp3|9971840
        Led Zeppelin-Box Set Disc 3-06 - When The Levee Breaks.mp3|6840448
        Led Zeppelin-Box Set Disc 3-05 - Dancing Days.mp3|3567744
                                Page 35

```
                              ShareListing.txt
       Led Zeppelin-Box Set Disc 3-04 - No Quarter.mp3|6740096
       Led Zeppelin-Box Set Disc 3-03 - For Your Life.mp3|6094976
       Led Zeppelin-Box Set Disc 3-02 - Trampled Under Foot.mp3|5369984
       Led Zeppelin-Box Set Disc 3-01 - Kashmir.mp3|8208512
       Led Zeppelin-Box Set Disc 2-15 - Stairway to Heaven.mp3|7704704
       Led Zeppelin-Box Set Disc 2-14 - The Rain Song.mp3|7354496
       Led Zeppelin-Box Set Disc 2-13 - Rock and Roll.mp3|3545216
       Led Zeppelin-Box Set Disc 2-12 - Misty Mountain Hop.mp3|4464768
       Led Zeppelin-Box Set Disc 2-11 - Custard Pie.mp3|4053120
       Led Zeppelin-Box Set Disc 2-10 - Gallows Pole.mp3|4778112
       Led Zeppelin-Box Set Disc 2-09 - D'yer Mak'er.mp3|4216960
       Led Zeppelin-Box Set Disc 2-08 - Since I've Been Loving You.mp3|7106688
       Led Zeppelin-Box Set Disc 2-07 - Going to California.mp3|3397760
       Led Zeppelin-Box Set Disc 2-06 - Tangerine.mp3|2848896
       Led Zeppelin-Box Set Disc 2-05 - Bron-y-aur Stomp.mp3|4116608
       Led Zeppelin-Box Set Disc 2-04 - The Battle of Evermore.mp3|5625984
       Led Zeppelin-Box Set Disc 2-03 - Immigrant Song.mp3|2295936
       Led Zeppelin-Box Set Disc 2-02 - Over the Hills and Far Away.mp3|4593792
       Led Zeppelin-Box Set Disc 2-01 - Black Dog.mp3|4722816
       Led Zeppelin-Box Set Disc 1-15 - White Summer _ Black Mountain
Side.mp3|7708800
       Led Zeppelin-Box Set Disc 1-14 - Hey Hey What Can I Do.mp3|3774592
       Led Zeppelin-Box Set Disc 1-13 - Celebration Day.mp3|3340416
       Led Zeppelin-Box Set Disc 1-12 - Friends.mp3|3754112
       Led Zeppelin-Box Set Disc 1-11 - Travelling Riverside Blues.mp3|4956288
       Led Zeppelin-Box Set Disc 1-10 - Ramble On.mp3|4221056
       Led Zeppelin-Box Set Disc 1-09 - Your Time Is Gonna Come.mp3|4073600
       Led Zeppelin-Box Set Disc 1-08 - Dazed and Confused.mp3|6180992
       Led Zeppelin-Box Set Disc 1-07 - I Can't Quit You Baby.mp3|4096128
       Led Zeppelin-Box Set Disc 1-06 - Thank You.mp3|4593792
       Led Zeppelin-Box Set Disc 1-05 - What Is and What Should Never
Be.mp3|4542592
       Led Zeppelin-Box Set Disc 1-04 - Babe I'm Gonna Leave You.mp3|6416512
       Led Zeppelin-Box Set Disc 1-03 - Communication Breakdown.mp3|2377856
       Led Zeppelin-Box Set Disc 1-02 - Heartbreaker.mp3|4069504
       Led Zeppelin-Box Set Disc 1-01 - Whole Lotta Love.mp3|5357696
       Led Zeppelin-BBC Sessions [Disc 2]-10 - Thank You.mp3|11043699
       Led Zeppelin-BBC Sessions [Disc 2]-09 - Whole Lotta Love
(Medley).mp3|19828604
       Led Zeppelin-BBC Sessions [Disc 2]-08 - That's the Way.mp3|9497738
       Led Zeppelin-BBC Sessions [Disc 2]-07 - Going to California.mp3|6821103
       Led Zeppelin-BBC Sessions [Disc 2]-06 - Stairway to Heaven.mp3|14292176
       Led Zeppelin-BBC Sessions [Disc 2]-05 - Dazed and Confused.mp3|29424341
       Led Zeppelin-BBC Sessions [Disc 2]-04 - Black Dog.mp3|8114293
       Led Zeppelin-BBC Sessions [Disc 2]-03 - Since I've Been Loving
You.mp3|10596935
       Led Zeppelin-BBC Sessions [Disc 2]-02 - Heartbreaker.mp3|8180244
       Led Zeppelin-BBC Sessions [Disc 2]-01 - Immigrant Song.mp3|5224514
       Led Zeppelin-BBC Sessions [Disc 1]-14 - How Many More Times.mp3|20908918
       Led Zeppelin-BBC Sessions [Disc 1]-13 - You Shook Me (2).mp3|18064168
       Led Zeppelin-BBC Sessions [Disc 1]-12 - I Can't Quit You Baby
(2).mp3|11451778
       Led Zeppelin-BBC Sessions [Disc 1]-11 - Communication Breakdown
(3).mp3|6097127
       Led Zeppelin-BBC Sessions [Disc 1]-10 - Somethin' Else.mp3|3563746
       Led Zeppelin-BBC Sessions [Disc 1]-09 - Whole Lotta Love.mp3|10875152
       Led Zeppelin-BBC Sessions [Disc 1]-08 - Travelling Riverside
Blues.mp3|9501598
       Led Zeppelin-BBC Sessions [Disc 1]-07 - Communication Breakdown
(2).mp3|4921587
       Led Zeppelin-BBC Sessions [Disc 1]-06 - What Is And What Should
Never.mp3|7935355
       Led Zeppelin-BBC Sessions [Disc 1]-05 - The Girl I Love She Got Long
                                    Page 36
```

ShareListing.txt
B.mp3|5448309
        Led Zeppelin-BBC Sessions [Disc 1]-04 - Dazed And Confused.mp3|12500128
        Led Zeppelin-BBC Sessions [Disc 1]-03 - Communication Breakdown.mp3|5804164
        Led Zeppelin-BBC Sessions [Disc 1]-02 - I Can't Quit You Baby.mp3|8102584
        Led Zeppelin-BBC Sessions [Disc 1]-01 - You Shook Me.mp3|9583042
        J_ S_ Bach--14 - Orchestral suites.mp3|1882926
        J_ S_ Bach--13 - Orchestral suites.mp3|1627449
        J_ S_ Bach--12 - Orchestral suites.mp3|4359334
        J_ S_ Bach--12 - Fuga.mp3|3266894
        J_ S_ Bach--11 - Orchestral suites.mp3|2490012
        J_ S_ Bach--10 - Orchestral suites.mp3|4135204
        J_ S_ Bach--09 - Violin konzert i E-dur, 3_ sats_ Allegro assai.mp3|3662386
        J_ S_ Bach--09 - Orchestral suites.mp3|2348950
        J_ S_ Bach--09 - Deuto II Bwv.mp3|3803448
        J_ S_ Bach--08 - Violin koncert i E-dur.mp3|10559235
        J_ S_ Bach--08 - Orchestral suites.mp3|8157537
        J_ S_ Bach--08 - Duetto I bwv 802.mp3|7453276
        J_ S_ Bach--07 - Wir setzen uns in Tränen nieder.mp3|7967366
        J_ S_ Bach--07 - Fuga super.mp3|4773635
        J_ S_ Bach--06 - Aus tiefer not schrei ich zu dir manualiter.mp3|8843513
        J_ S_ Bach--05 - Orchestral Suites.mp3|2640999
        J_ S_ Bach--05 - Gavotte, Musette.mp3|5418860
        J_ S_ Bach--04 - Præludium i F-dur .mp3|1702680
        J_ S_ Bach--04 - Orchestral Suites.mp3|1615431
        J_ S_ Bach--03 - Orchestral suites.mp3|3797178
        J_ S_ Bach--03 - Concerto in D minor for Two Violins and String Orchestra,
Allegro.mp3|6594369
        J_ S_ Bach--03 - Christ, unser herr, zum jordan kam.mp3|5383333
        J_ S_ Bach--02 - Vater unser im himmelreich.mp3|2743399
        J_ S_ Bach--01 - Concerto in D minor for Two Violins and String Orchestra,
I_ Vivace.mp3|4836851
        Journey-The Essential Journey-16 - The Party's Over (Hopelessly in
Love).mp3|1771018
        Journey-The Essential Journey-16 - After the Fall.mp3|2409427
        Journey-The Essential Journey-15 - I'll Be Alright Without You.mp3|2210910
        Journey-The Essential Journey-15 - Escape.mp3|2554660
        Journey-The Essential Journey-14 - When You Love a Woman.mp3|2006522
        Journey-The Essential Journey-14 - Just the Same Way.mp3|1597754
        Journey-The Essential Journey-13 - Send Her My Love.mp3|1884473
        Journey-The Essential Journey-13 - Mother, Father.mp3|2638887
        Journey-The Essential Journey-12 - Girl Can't Help It.mp3|1849575
        Journey-The Essential Journey-12 - Baby I'm a Leavin' You.mp3|1351372
        Journey-The Essential Journey-11 - Still They Ride.mp3|1853543
        Journey-The Essential Journey-11 - Open Arms.mp3|1598582
        Journey-The Essential Journey-10 - Lovin', Touchin', Squeezin'.mp3|1884484
        Journey-The Essential Journey-10 - Be Good to Yourself.mp3|1866503
        Journey-The Essential Journey-09 - The Eyes of a Woman.mp3|2198571
        Journey-The Essential Journey-09 - Lights.mp3|1541735
        Journey-The Essential Journey-08 - Separate Ways (Worlds Apart).mp3|2614867
        Journey-The Essential Journey-08 - Good Morning Girl.mp3|843963
        Journey-The Essential Journey-07 - Who's Crying Now.mp3|2419460
        Journey-The Essential Journey-07 - Patiently.mp3|1627002
        Journey-The Essential Journey-06 - Stone in Love.mp3|2137752
        Journey-The Essential Journey-06 - Ask the Lonely.mp3|1884888
        Journey-The Essential Journey-05 - Anytime.mp3|1677782
        Journey-The Essential Journey-05 - Any Way You Want It.mp3|1632654
        Journey-The Essential Journey-04 - Line of Fire.mp3|1603808
        Journey-The Essential Journey-04 - Faithfully.mp3|2142556
        Journey-The Essential Journey-03 - Wheel in the Sky.mp3|2024488
        Journey-The Essential Journey-03 - Somethin' to Hide.mp3|1681763
        Journey-The Essential Journey-02 - Message of Love.mp3|2680892
        Journey-The Essential Journey-02 - Don't Stop Believin'.mp3|2010908
        Journey-The Essential Journey-01 - Only the Young.mp3|1965763
                                    Page 37

```
                              ShareListing.txt
        Journey-The Essential Journey-01 - Chain Reaction.mp3|2088643
        Journey-Greatest Hits-15 - Be Good To Yourself.mp3|3721033
        Journey-Greatest Hits-14 - Send Her My Love.mp3|3932878
        Journey-Greatest Hits-13 - Girl Can't Help It.mp3|5550117
        Journey-Greatest Hits-12 - Open Arms.mp3|3194356
        Journey-Greatest Hits-11 - Lovin' Touchin' Squeezin'.mp3|3688877
        Journey-Greatest Hits-10 - Lights.mp3|3066348
        Journey-Greatest Hits-09 - Separate Ways (Worlds Apart).mp3|5197160
        Journey-Greatest Hits-08 - Who's Crying Now.mp3|4849876
        Journey-Greatest Hits-07 - Ask The Lonely.mp3|3764109
        Journey-Greatest Hits-06 - Any Way You Want It.mp3|3266965
        Journey-Greatest Hits-05 - I'll Be Alright Without You.mp3|4385045
        Journey-Greatest Hits-04 - Faithfully.mp3|4278050
        Journey-Greatest Hits-03 - Wheel In The Sky.mp3|4046975
        Journey-Greatest Hits-02 - Don't Stop Believin'.mp3|4014745
        Journey-Greatest Hits-01 - Only the Young.mp3|3934074
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-15
- Star Wars - Main Theme.m4a|5440183
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-14
- Mission Theme (Theme for NBC News).m4a|3395423
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-13
- Empire Strikes Back, The - Imperial March.m4a|3092253
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-12
- Jaws - Theme.m4a|2883470
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-11
- 1941 - March.m4a|4372019
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-10
- Empire Strikes Back, The - Yoda's Theme.m4a|3315547
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-09
- Raiders Of The Lost Ark - March.m4a|5391701
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-08
- Liberty Fanfare.m4a|4195676
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-07
- Superman - March.m4a|4355867
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-06
- Return Of The Jedi, The - Luke And Leia Theme.m4a|4372052
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-05
- E_T_ - Flying Theme.m4a|3715673
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-04
- Midway - March.m4a|4131403
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-03
- Close Encounters Of The Third Kind - Excerpts From ___.m4a|9889737
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-02
- Cowboys, The - Overture.m4a|8724628
        John Williams & The Boston Pops Orchestra-Williams, John - By Request ___-01
- Olympic Fanfare And Theme.m4a|4339721
        John Mayer-Room for Squares-10 - 10 - John Mayer - Back To You.mp3|9668736
        John Mayer-Room for Squares-08 - 3x5.mp3|6971520
        John Mayer-Room for Squares-05 - 05 - John Mayer - Neon.mp3|10485888
        John Mayer-Room for Squares-04 - Your Body Is A Wonderland.mp3|9927945
        John Mayer-Room for Squares-0 - Not Myself.mp3|4658699
        John Mayer-Room for Squares-0 - City Love.mp3|5484358
        John Mayer-Room for Squares-0 - 12 - St_ Patrick&apos;s Day.mp3|7678699
        John Mayer-Room for Squares-0 - 10 - Great Indoors.mp3|5132703
        John Mayer-Room for Squares-0 - 08 - Love Song For No One.mp3|4965236
        John Mayer-Room for Squares-0 - 03 - My Stupid Mouth.mp3|4997789
        John Mayer-Room for Squares-0 - 02 - Why Georgia.mp3|6038329
        John Mayer-Room For Squares  -01 - No Such Thing.mp3|9251750
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-20 - Give Peace A
Chance.mp3|5861597
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-19 - Happy Christmas
(War Is Over).mp3|4334511
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-18 - Working Class
                                   Page 38
```

ShareListing.txt
Hero.mp3|4654739
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-17 - Borrowed
Time.mp3|5460872
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-16 - Nobody Told
Me.mp3|4325592
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-15 - Watching The
Wheels.mp3|4278576
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-14 - Beautiful Boy
(Darling Boy).mp3|4858503
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-13 -
Woman.mp3|4199673
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-12 - (Just Like)
Starting Over.mp3|4764460
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-11 - Stand By
Me.mp3|4193940
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-10 - #9
Dream.mp3|5792100
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-09 - Whatever Gets
You Through The Night.mp3|4048714
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-08 - Mind
Games.mp3|5104036
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-07 -
Love.mp3|4098316
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-06 - Cold
Turkey.mp3|6051237
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-05 - Power To The
People.mp3|4018396
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-04 - Jealous
Guy.mp3|5145833
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-03 - Mother (Single
Edit).mp3|4736764
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-02 - Instant
Karma.mp3|4054439
        John Lennon-Lennon Legend_ The Very Best Of John Lennon-01 -
Imagine.mp3|3712229
        Jimi Hendrix-Blues-11 - Hear My Train Comin' (Electric).mp3|11690112
        Jimi Hendrix-Blues-10 - Electric Church Red House.mp3|5968000
        Jimi Hendrix-Blues-09 - Jam 292.mp3|6160512
        Jimi Hendrix-Blues-08 - Bleeding Heart.mp3|3315800
        Jimi Hendrix-Blues-07 - Once I Had A Woman.mp3|7516288
        Jimi Hendrix-Blues-06 - Mannish Boy.mp3|5152896
        Jimi Hendrix-Blues-05 - Voodoo Chile Blues.mp3|8450176
        Jimi Hendrix-Blues-04 - Catfish Blues.mp3|7487616
        Jimi Hendrix-Blues-03 - Red House.mp3|3584125
        Jimi Hendrix-Blues-02 - Born Under A Bad Sign.mp3|7323776
        Jimi Hendrix-Blues-01 - Hear My Train Comin' (Acoustic).mp3|2975872
        Jimi Hendrix-Are You Experienced-17 - Red house.mp3|3700864
        Jimi Hendrix-Are You Experienced-16 - Remember.mp3|2701440
        Jimi Hendrix-Are You Experienced-15 - Can You See Me.mp3|2447488
        Jimi Hendrix-Are You Experienced-14 - Highway Chile.mp3|3403904
        Jimi Hendrix-Are You Experienced-13 - 51st Anniversary.mp3|3135616
        Jimi Hendrix-Are You Experienced-12 - Stone Free.mp3|3455104
        Jimi Hendrix-Are You Experienced-10 - Foxy Lady.mp3|3180672
        Jimi Hendrix-Are You Experienced-09 - Third Stone From The Sun.mp3|6467712
        Jimi Hendrix-Are You Experienced-08 - Fire.mp3|2623616
        Jimi Hendrix-Are You Experienced-07 - The Wind Cries Mary.mp3|3215488
        Jimi Hendrix-Are You Experienced-06 - I Don't Live Today.mp3|3756160
        Jimi Hendrix-Are You Experienced-05 - May This Be Love.mp3|3047552
        Jimi Hendrix-Are You Experienced-04 - Love or Confusion.mp3|3084416
        Jimi Hendrix-Are You Experienced-03 - Hey Joe.mp3|3364992
        Jimi Hendrix-Are You Experienced-02 - Manic Depression.mp3|3559552
        Jimi Hendrix-Are You Experienced-01 - Purple Haze.mp3|2736256
        Janis Joplin-Greatest Hits-12 - Mercedes Benz.m4a|1654809
                                    Page 39

```
                              ShareListing.txt
        Janis Joplin-Greatest Hits-10 - Ball And Chain.m4a|7739964
        Janis Joplin-Greatest Hits-09 - More Over.m4a|3579270
        Janis Joplin-Greatest Hits-08 - Bye, Bye Baby.m4a|2568357
        Janis Joplin-Greatest Hits-07 - Get It While You Can.m4a|3139281
        Janis Joplin-Greatest Hits-06 - Down On Me.m4a|3037064
        Janis Joplin-Greatest Hits-05 - Me And Bobby McGhee.m4a|4163540
        Janis Joplin-Greatest Hits-04 - Cry Baby.m4a|3714285
        Janis Joplin-Greatest Hits-03 - Try (Just A Little Bit Harder).m4a|3816667
        Janis Joplin-Greatest Hits-02 - Summertime.m4a|3866940
        Janis Joplin-Greatest Hits-01 - Piece Of My Heart.m4a|3734682
        Jamiroquai-A Funk Odyssey-10 - Picture of my Life.mp3|9072015
        Jamiroquai-A Funk Odyssey-09 - Twenty Zero One.mp3|7577291
        Jamiroquai-A Funk Odyssey-08 - Main Vein.mp3|7278917
        Jamiroquai-A Funk Odyssey-07 - Black Crow.mp3|5818182
        Jamiroquai-A Funk Odyssey-06 - Stop Don't Panic.mp3|6535884
        Jamiroquai-A Funk Odyssey-05 - Love Foolosophy.mp3|5421899
        Jamiroquai-A Funk Odyssey-04 - Corner of the Earth.mp3|8167119
        Jamiroquai-A Funk Odyssey-03 - You Give Me Something.mp3|4794065
        Jamiroquai-A Funk Odyssey-02 - Little L.mp3|7094020
        Jamiroquai-A Funk Odyssey-01 - Feel so Good.mp3|7717832
        Interpol-Turn On The Bright Lights-10 - The New.mp3|10457136
        Interpol-Turn On The Bright Lights-09 - Roland.mp3|6867126
        Interpol-Turn On The Bright Lights-08 - Stella Was A Diver And She
W__.mp3|11058801
        Interpol-Turn On The Bright Lights-07 - Obstacle 2.mp3|6737739
        Interpol-Turn On The Bright Lights-06 - Hands Away.mp3|5627892
        Interpol-Turn On The Bright Lights-05 - Say Hello To The Angels.mp3|8080226
        Interpol-Turn On The Bright Lights-04 - PDA.mp3|9140281
        Interpol-Turn On The Bright Lights-03 - NYC.mp3|8152620
        Interpol-Turn On The Bright Lights-02 - Obstacle 1.mp3|7414625
        Interpol-Turn On The Bright Lights-01 - Untitled.mp3|6452745
        Interpol-Antics-10 - A Time To Be So Small.mp3|6967297
        Interpol-Antics-09 - Length Of Love.mp3|5922190
        Interpol-Antics-08 - C'mere.mp3|4589318
        Interpol-Antics-07 - Public Pervert.mp3|6224045
        Interpol-Antics-06 - Not Even Jail.mp3|8320858
        Interpol-Antics-05 - Slow Hands.mp3|4421299
        Interpol-Antics-04 - Take You On A Cruise.mp3|7067607
        Interpol-Antics-03 - Narc.mp3|5838848
        Interpol-Antics-02 - Evil.mp3|5181776
        Interpol-Antics-01 - Next Exit.mp3|4802734
        Infected Mushroom-Converting Vegetarians-13 - Elevation.mp3|7580611
        Infected Mushroom-Converting Vegetarians-12 - Jeenge.mp3|10148552
        Infected Mushroom-Converting Vegetarians-11 - Illuminaughty.mp3|6966837
        Infected Mushroom-Converting Vegetarians-10 - Yanko Pitch.mp3|11847556
        Infected Mushroom-Converting Vegetarians-10 - Selecta.mp3|7721045
        Infected Mushroom-Converting Vegetarians-09 - Semi Nice.mp3|8879628
        Infected Mushroom-Converting Vegetarians-09 - Ballerium.mp3|10513430
        Infected Mushroom-Converting Vegetarians-08 - I Wish.mp3|4345606
        Infected Mushroom-Converting Vegetarians-08 - Deeply Disturbed.mp3|12159144
        Infected Mushroom-Converting Vegetarians-07 - Scorpion Frog.mp3|11532206
        Infected Mushroom-Converting Vegetarians-07 - Pletzturra.mp3|9673028
        Infected Mushroom-Converting Vegetarians-06 - Shakawkaw.mp3|5976901
        Infected Mushroom-Converting Vegetarians-06 - Echonomix.mp3|11132219
        Infected Mushroom-Converting Vegetarians-05 - Chaplin.mp3|9952947
        Infected Mushroom-Converting Vegetarians-05 - Blink.mp3|7981224
        Infected Mushroom-Converting Vegetarians-04 - Song Pong.mp3|12406158
        Infected Mushroom-Converting Vegetarians-04 - Avratz.mp3|14976607
        Infected Mushroom-Converting Vegetarians-03 - Opagiffa Night.mp3|11725930
        Infected Mushroom-Converting Vegetarians-03 - Drop Out.mp3|7558668
        Infected Mushroom-Converting Vegetarians-02 - Hush Mail.mp3|10115951
        Infected Mushroom-Converting Vegetarians-02 - Elation Station.mp3|8057084
        Infected Mushroom-Converting Vegetarians-01 - Converting
```

```
                                    ShareListing.txt
Vegetarians.mp3|8162410
        Infected Mushroom-Converting Vegetarians-01 - Albibeno.mp3|10159210
        Infected Mushroom-Classical Mushroom-09 - The Missed Symphony.mp3|15006622
        Infected Mushroom-Classical Mushroom-08 - Mush Mushi.mp3|10949507
        Infected Mushroom-Classical Mushroom-07 - Nothing comes easy.mp3|10694712
        Infected Mushroom-Classical Mushroom-06 - Dracul.mp3|11511651
        Infected Mushroom-Classical Mushroom-05 - Disco Mushroom.mp3|12615297
        Infected Mushroom-Classical Mushroom-04 - The Shen.mp3|8214528
        Infected Mushroom-Classical Mushroom-03 - Sailing in the sea of
mushroom.mp3|11946712
        Infected Mushroom-Classical Mushroom-02 - None of This is Real.mp3|9160375
        Infected Mushroom-Classical Mushroom-01 - Bust A Move.mp3|12019965
        Infected Mushroom-B_P_ Empire-09 - Dancing with Kadafi.m4a|9884984
        Infected Mushroom-B_P_ Empire-08 - P_G_M_.m4a|7016806
        Infected Mushroom-B_P_ Empire-07 - Noise Maker.m4a|7307983
        Infected Mushroom-B_P_ Empire-06 - Tasty Mushroom.m4a|6617208
        Infected Mushroom-B_P_ Empire-05 - Funchameleon.m4a|6600304
        Infected Mushroom-B_P_ Empire-04 - B_P_ Empire (Rough Mix).m4a|7094507
        Infected Mushroom-B_P_ Empire-03 - Spaniard.m4a|7287593
        Infected Mushroom-B_P_ Empire-02 - Unbalanced.m4a|6925288
        Infected Mushroom-B_P_ Empire-01 - Never Never Land.m4a|7416296
        Incubus-S_C_I_E_N_C_E_-12 - Calgone.mp3|23115181
        Incubus-S_C_I_E_N_C_E_-11 - Deep Inside.mp3|5669360
        Incubus-S_C_I_E_N_C_E_-10 - Nebula.mp3|5533309
        Incubus-S_C_I_E_N_C_E_-09 - Summer Romance.mp3|6387712
        Incubus-S_C_I_E_N_C_E_-08 - Favorite Things.mp3|4597976
        Incubus-S_C_I_E_N_C_E_-07 - A Certain Shade of Green.mp3|4606135
        Incubus-S_C_I_E_N_C_E_-06 - Magic Medicine.mp3|4409893
        Incubus-S_C_I_E_N_C_E_-05 - Glass.mp3|5228666
        Incubus-S_C_I_E_N_C_E_-04 - Idiot Box.mp3|5947769
        Incubus-S_C_I_E_N_C_E_-03 - New Skin.mp3|5558439
        Incubus-S_C_I_E_N_C_E_-02 - Vitamin.mp3|4653765
        Incubus-S_C_I_E_N_C_E_-01 - Redefine.mp3|4811704
        Incubus-Morning View-13 - Aqueous Transmission.mp3|9383975
        Incubus-Morning View-12 - Under My Umbrella.mp3|4238375
        Incubus-Morning View-11 - Are You in_.mp3|5291110
        Incubus-Morning View-10 - Have You Ever.mp3|3899828
        Incubus-Morning View-09 - Echo.mp3|4294277
        Incubus-Morning View-08 - Warning.mp3|5623387
        Incubus-Morning View-07 - Mexico.mp3|5224236
        Incubus-Morning View-06 - Blood On The Ground.mp3|5500089
        Incubus-Morning View-05 - 11am.mp3|5089967
        Incubus-Morning View-04 - Just A Phase.mp3|6631191
        Incubus-Morning View-03 - Wish You Were Here.mp3|4302636
        Incubus-Morning View-02 - Circles.mp3|4994359
        Incubus-Morning View-01 - Nice To Know You.mp3|5680857
        Incubus-Make Yourself-13 - Out From Under.mp3|4182954
        Incubus-Make Yourself-12 - Pardon Me.mp3|4483884
        Incubus-Make Yourself-11 - I Miss You.mp3|3385174
        Incubus-Make Yourself-10 - Battlestar Scralatchtica.mp3|4604570
        Incubus-Make Yourself-09 - Clean.mp3|4721462
        Incubus-Make Yourself-08 - Drive.mp3|4658245
        Incubus-Make Yourself-07 - Make Yourself.mp3|3671999
        Incubus-Make Yourself-06 - Stellar.mp3|4016680
        Incubus-Make Yourself-05 - When It Comes.mp3|4817207
        Incubus-Make Yourself-04 - The Warmth.mp3|5304129
        Incubus-Make Yourself-03 - Consequence.mp3|3984946
        Incubus-Make Yourself-02 - Nowhere Fast.mp3|5413844
        Incubus-Make Yourself-01 - Privelege.mp3|4701223
        Incubus-Live At Lollapalooza 2003-13 - Wish You Were Here.mp3|5968208
        Incubus-Live At Lollapalooza 2003-12 - Nowhere Fast.mp3|9215745
        Incubus-Live At Lollapalooza 2003-11 - Are You In_.mp3|6273520
        Incubus-Live At Lollapalooza 2003-10 - Pistola.mp3|6328687
                                       Page 41
```

```
                                ShareListing.txt
          Incubus-Live At Lollapalooza 2003-09 - Nebula.mp3|4385175
          Incubus-Live At Lollapalooza 2003-08 - Battlestar.mp3|5406462
          Incubus-Live At Lollapalooza 2003-07 - Vitamin.mp3|10413819
          Incubus-Live At Lollapalooza 2003-06 - Circles.mp3|5948761
          Incubus-Live At Lollapalooza 2003-05 - Stellar.mp3|5781369
          Incubus-Live At Lollapalooza 2003-04 - The Warmth.mp3|7291040
          Incubus-Live At Lollapalooza 2003-03 - Make Yourself.mp3|4331892
          Incubus-Live At Lollapalooza 2003-02 - Nice To Know You.mp3|7136192
          Incubus-Live At Lollapalooza 2003-01 - Warning.mp3|6695445
          Incubus-A Crow Left To The Murder-14 - Leech.mp3|6245671
          Incubus-A Crow Left To The Murder-13 - Here In My Room.mp3|6314017
          Incubus-A Crow Left To The Murder-12 - Smile Lines.mp3|5808074
          Incubus-A Crow Left To The Murder-11 - Made For TV Movie.mp3|5307156
          Incubus-A Crow Left To The Murder-10 - Zee Deveel.mp3|5637545
          Incubus-A Crow Left To The Murder-09 - Priceless.mp3|6008064
          Incubus-A Crow Left To The Murder-08 - Southern Girl.mp3|5379875
          Incubus-A Crow Left To The Murder-07 - Pistola.mp3|6398018
          Incubus-A Crow Left To The Murder-06 - Sick Sad Little World.mp3|9260634
          Incubus-A Crow Left To The Murder-05 - Beware! Criminal.mp3|5554794
          Incubus-A Crow Left To The Murder-04 - Talk Shows On Mute.mp3|5564827
          Incubus-A Crow Left To The Murder-03 - Agoraphobia.mp3|5652592
          Incubus-A Crow Left To The Murder-02 - A Crow Left To The Murder.mp3|5125977
          Incubus-A Crow Left To The Murder-01 - Megalomaniac.mp3|7140945
          INCOMPLETE-Red Hot Chili Peppers-Californication-15 - Road
Trippin'.mp3|4948332
          INCOMPLETE-Red Hot Chili Peppers-Californication-14 - Right On
Time.mp3|2715803
          INCOMPLETE-Red Hot Chili Peppers-Californication-13 - Purple
Stain.mp3|6096256
          INCOMPLETE-Red Hot Chili Peppers-Californication-12 - Savior.mp3|7032903
          INCOMPLETE-Red Hot Chili Peppers-Californication-11 - This Velvet
Glove.mp3|5419790
          INCOMPLETE-Red Hot Chili Peppers-Californication-10 - I Like
Dirt.mp3|3798526
          INCOMPLETE-Red Hot Chili Peppers-Californication-09 - Emit
Remmus.mp3|5780279
          INCOMPLETE-Red Hot Chili Peppers-Californication-08 - Porcelain.mp3|3943976
          INCOMPLETE-Red Hot Chili Peppers-Californication-07 - Easily.mp3|5567120
          INCOMPLETE-Red Hot Chili Peppers-Californication-06 -
Californication.mp3|7732567
          INCOMPLETE-Red Hot Chili Peppers-Californication-05 - Get On Top.mp3|4769027
          INCOMPLETE-Red Hot Chili Peppers-Californication-04 - Otherside.mp3|6157070
          INCOMPLETE-Red Hot Chili Peppers-Californication-03 - Scartissue.mp3|5231708
          INCOMPLETE-Red Hot Chili Peppers-Californication-02 - Parallel
Universe.mp3|6508782
          INCOMPLETE-Red Hot Chili Peppers-Californication-01 - Around The
World.mp3|5745171
          INCOMPLETE-Red Hot Chili Peppers-By The Way-16 - Venice Queen.mp3|8824067
          INCOMPLETE-Red Hot Chili Peppers-By The Way-15 - Warm Tape.mp3|6172743
          INCOMPLETE-Red Hot Chili Peppers-By The Way-14 - Minor Thing.mp3|5241112
          INCOMPLETE-Red Hot Chili Peppers-By The Way-13 - On Mercury.mp3|5017295
          INCOMPLETE-Red Hot Chili Peppers-By The Way-12 - Tear.mp3|7631003
          INCOMPLETE-Red Hot Chili Peppers-By The Way-11 - Cabron.mp3|5256158
          INCOMPLETE-Red Hot Chili Peppers-By The Way-10 - Throw Away Your
Television.mp3|5409758
          INCOMPLETE-Red Hot Chili Peppers-By The Way-09 - Midnight.mp3|7108763
          INCOMPLETE-Red Hot Chili Peppers-By The Way-08 - I Could Die For
You.mp3|4666836
          INCOMPLETE-Red Hot Chili Peppers-By The Way-07 - Can't Stop.mp3|6478689
          INCOMPLETE-Red Hot Chili Peppers-By The Way-06 - The Zephyr Song.mp3|5604110
          INCOMPLETE-Red Hot Chili Peppers-By The Way-05 - Don't Forget Me.mp3|6684952
          INCOMPLETE-Red Hot Chili Peppers-By The Way-04 - Dosed.mp3|7505615
          INCOMPLETE-Red Hot Chili Peppers-By The Way-03 - This Is The
                                   Page 42
```

```
                                   ShareListing.txt
Place.mp3|6199701
        INCOMPLETE-Red Hot Chili Peppers-By The Way-02 - Universally
Speaking.mp3|6234183
        INCOMPLETE-Red Hot Chili Peppers-By The Way-01 - By The Way.mp3|5245501
        INCOMPLETE-Radiohead-The Bends-0 - Bones.mp3|4586532
        INCOMPLETE-Radiohead-My Iron Lung-08 - Creep (Acoustic).mp3|6222970
        INCOMPLETE-Radiohead-My Iron Lung-07 - You Never Wash Up After
Yourself.mp3|2512747
        INCOMPLETE-Radiohead-My Iron Lung-06 - Lozenge of Love.mp3|3273850
        INCOMPLETE-Radiohead-My Iron Lung-05 - Permanent Daylight.mp3|4042477
        INCOMPLETE-Radiohead-My Iron Lung-04 - Punchdrunk Lovesick
Singalong.mp3|6732672
        INCOMPLETE-Radiohead-My Iron Lung-03 - Lewis (Mistreated).mp3|4765722
        INCOMPLETE-Radiohead-My Iron Lung-02 - The Trickster.mp3|6728232
        INCOMPLETE-Radiohead-My Iron Lung-01 - My Iron Lung.mp3|6621812
        INCOMPLETE-Nirvana-From The Muddy Banks Of The Wishkah-15 -
Breed.mp3|5827095
        INCOMPLETE-Nirvana-From The Muddy Banks Of The Wishkah-14 -
Polly.mp3|4199156
        INCOMPLETE-Nirvana-From The Muddy Banks Of The Wishkah-10 - Scentless
Apprentice.mp3|5907514
        INCOMPLETE-Nirvana-From The Muddy Banks Of The Wishkah-09 - Spank
Thru.mp3|5330026
        INCOMPLETE-Nirvana-From The Muddy Banks Of The Wishkah-08 -
Sliver.mp3|3244476
        INCOMPLETE-Nirvana-Bleach-13 - Downer.mp3|2861406
        INCOMPLETE-Nirvana-Bleach-11 - Sifting.mp3|9023736
        INCOMPLETE-Nirvana-Bleach-10 - Mr_ Moustache.mp3|5707936
        INCOMPLETE-Nirvana-Bleach-02 - Floyd The Barber.mp3|3863618
        INCOMPLETE-Nirvana-Bleach-01 - Blew.mp3|4886997
        INCOMPLETE-Metallica-Metallica-11 - My Friend of Misery.mp3|6511726
        INCOMPLETE-Metallica-Metallica-10 - The God That Failed.mp3|4929958
        INCOMPLETE-Metallica-Metallica-09 - Of Wolf and Man.mp3|4098044
        INCOMPLETE-Metallica-Metallica-08 - Nothing Else Matters.mp3|6200232
        INCOMPLETE-Metallica-Metallica-07 - Through the Never.mp3|3881690
        INCOMPLETE-Metallica-Metallica-06 - Don't Tread on Me.mp3|3850472
        INCOMPLETE-Metallica-Metallica-05 - Wherever I May Roam.mp3|6447918
        INCOMPLETE-Metallica-Metallica-04 - The Unforgiven.mp3|6173452
        INCOMPLETE-Metallica-Metallica-01 - Enter Sandman.mp3|5310403
        INCOMPLETE-Bush-Sixteen Stone-13 - Comedown (Acoustic).mp3|4150817
        INCOMPLETE-Bush-Sixteen Stone-12 - X-Girlfriend.mp3|1179374
        INCOMPLETE-Bush-Sixteen Stone-11 - Alien.mp3|9148163
        INCOMPLETE-Bush-Sixteen Stone-10 - Glycerine.mp3|5918411
        INCOMPLETE-Bush-Sixteen Stone-09 - Monkey.mp3|6618823
        INCOMPLETE-Bush-Sixteen Stone-08 - Testosterone.mp3|7166218
        INCOMPLETE-Bush-Sixteen Stone-07 - Machinehead.mp3|7448118
        INCOMPLETE-Bush-Sixteen Stone-06 - Body.mp3|9383157
        INCOMPLETE-Bush-Sixteen Stone-05 - Comedown.mp3|8842163
        INCOMPLETE-Bush-Sixteen Stone-04 - Little Things.mp3|7906729
        INCOMPLETE-Bush-Sixteen Stone-03 - Bomb.mp3|5274032
        INCOMPLETE-Bush-Sixteen Stone-02 - Swim.mp3|8388203
        INCOMPLETE-Bush-Sixteen Stone-01 - Everything Zen.mp3|7805179
        Guns N' Roses-Use Your Illusion I-16 - Coma.mp3|12340645
        Guns N' Roses-Use Your Illusion I-15 - Dead Horse.mp3|5178914
        Guns N' Roses-Use Your Illusion I-14 - Bad Apples.mp3|5402000
        Guns N' Roses-Use Your Illusion I-13 - Don't Damn Me.mp3|6419208
        Guns N' Roses-Use Your Illusion I-12 - Garden Of Eden.mp3|3271975
        Guns N' Roses-Use Your Illusion I-11 - The Garden.mp3|6483991
        Guns N' Roses-Use Your Illusion I-10 - November Rain.mp3|10788449
        Guns N' Roses-Use Your Illusion I-09 - Double Talkin' Jive.mp3|4112073
        Guns N' Roses-Use Your Illusion I-08 - Back Off Bitch.mp3|6108873
        Guns N' Roses-Use Your Illusion I-07 - Bad Obsession.mp3|6604155
        Guns N' Roses-Use Your Illusion I-06 - You Ain't The First.mp3|3160693
                                      Page 43
```

```
                              ShareListing.txt
         Guns N' Roses-Use Your Illusion I-05 - Perfect Crime.mp3|2914620
         Guns N' Roses-Use Your Illusion I-04 - Don't Cry (Original).mp3|5735322
         Guns N' Roses-Use Your Illusion I-03 - Live And Let Die.mp3|3718147
         Guns N' Roses-Use Your Illusion I-02 - Dust N' Bones.mp3|6003338
         Guns N' Roses-Use Your Illusion I-01 - Right Next Door To Hell.mp3|3688889
         Guns N' Roses-Appetite For Destruction-12 - Rocket Queen.mp3|7512798
         Guns N' Roses-Appetite For Destruction-11 - Anything Goes.mp3|4136210
         Guns N' Roses-Appetite For Destruction-10 - You're Crazy.mp3|3952831
         Guns N' Roses-Appetite For Destruction-09 - Sweet Child O' Mine.mp3|7136635
         Guns N' Roses-Appetite For Destruction-08 - Think About You.mp3|4640896
         Guns N' Roses-Appetite For Destruction-07 - My Michelle.mp3|4407361
         Guns N' Roses-Appetite For Destruction-06 - Paradise City.mp3|8134512
         Guns N' Roses-Appetite For Destruction-05 - Mr_ Brownstone.mp3|4586561
         Guns N' Roses-Appetite For Destruction-04 - Out Ta Get Me.mp3|5286120
         Guns N' Roses-Appetite For Destruction-03 - Nightrain.mp3|5378594
         Guns N' Roses-Appetite For Destruction-02 - It's So Easy.mp3|4066725
         Guns N' Roses-Appetite For Destruction-01 - Welcome To The
Jungle.mp3|5480471
         Green Day-Warning-12 - Macy's Day Parade.m4a|3483245
         Green Day-Warning-11 - Minority.m4a|2758468
         Green Day-Warning-10 - Waiting.m4a|3141873
         Green Day-Warning-09 - Jackass.m4a|2661607
         Green Day-Warning-08 - Hold On.m4a|2883622
         Green Day-Warning-07 - Deadbeat Holiday.m4a|3492442
         Green Day-Warning-06 - Misery.m4a|4957575
         Green Day-Warning-05 - Castaway.m4a|3774122
         Green Day-Warning-04 - Fashion Victim.m4a|2749816
         Green Day-Warning-03 - Church On Sunday.m4a|3228881
         Green Day-Warning-02 - Blood, Sex And Booze.m4a|3465276
         Green Day-Warning-01 - Warning.m4a|3617398
         Green Day-Nimrod-18 - Prosthetic Head.mp3|4373431
         Green Day-Nimrod-17 - Good Riddance (Time Of Your Life).mp3|3101808
         Green Day-Nimrod-16 - King For A Day.mp3|3880761
         Green Day-Nimrod-15 - Take Back.mp3|1398078
         Green Day-Nimrod-14 - Reject.mp3|2527610
         Green Day-Nimrod-13 - Walking Alone.mp3|3316515
         Green Day-Nimrod-12 - Haushinka.mp3|4119515
         Green Day-Nimrod-11 - Jinx.mp3|2661877
         Green Day-Nimrod-10 - Last Ride In.mp3|4567257
         Green Day-Nimrod-09 - Uptight.mp3|3693716
         Green Day-Nimrod-08 - Platypus (I Hate You).mp3|2846318
         Green Day-Nimrod-07 - Worry Rock.mp3|2950797
         Green Day-Nimrod-06 - All The Time.mp3|2621656
         Green Day-Nimrod-05 - Scattered.mp3|3660804
         Green Day-Nimrod-04 - Redundant.mp3|3964347
         Green Day-Nimrod-03 - The Grouch.mp3|2655613
         Green Day-Nimrod-02 - Hitchin' A Ride.mp3|3448173
         Green Day-Nimrod-01 - Nice Guys Finish Last.mp3|3394889
         Green Day-International Superhits!-21 - Macy's Day Parade.mp3|3441512
         Green Day-International Superhits!-20 - Waiting.mp3|3114240
         Green Day-International Superhits!-19 - Warning.mp3|3573128
         Green Day-International Superhits!-18 - Minority.mp3|4067269
         Green Day-International Superhits!-17 - Nice Guys Finish Last.mp3|2705906
         Green Day-International Superhits!-16 - Redundant.mp3|3179861
         Green Day-International Superhits!-15 - Good Riddance (Time Of Your
Life).mp3|2477821
         Green Day-International Superhits!-14 - Hitchin' a Ride.mp3|2783372
         Green Day-International Superhits!-13 - Stuck With Me.mp3|2179997
         Green Day-International Superhits!-12 - Walking Contradiction.mp3|2441443
         Green Day-International Superhits!-11 - Jaded.mp3|1465045
         Green Day-International Superhits!-10 - Brain Stew.mp3|6174927
         Green Day-International Superhits!-09 - Geek Stink Breath.mp3|2165032
         Green Day-International Superhits!-08 - J_A_R_ (Jason Andrew
                                   Page 44
```

ShareListing.txt
Relva).mp3|2751021
        Green Day-International Superhits!-07 - She.mp3|2158749
        Green Day-International Superhits!-06 - When I Come Around.mp3|4286803
        Green Day-International Superhits!-05 - Basket Case.mp3|2942053
        Green Day-International Superhits!-04 - Welcome to Paradise.mp3|3604486
        Green Day-International Superhits!-03 - Longview.mp3|2078868
        Green Day-International Superhits!-02 - Poprocks & Coke.mp3|2472648
        Green Day-International Superhits!-01 - Maria.mp3|3482845
        Green Day-Dookie-14 - F_O_D_.mp3|8328134
        Green Day-Dookie-13 - In the End.mp3|2557167
        Green Day-Dookie-12 - Emenius Sleepus.mp3|2498866
        Green Day-Dookie-11 - Coming Clean.mp3|2280689
        Green Day-Dookie-10 - When I Come Around.mp3|4279375
        Green Day-Dookie-09 - Sassafras Roots.mp3|3786598
        Green Day-Dookie-08 - She.mp3|3225476
        Green Day-Dookie-07 - Basket Case.mp3|4399741
        Green Day-Dookie-06 - Pulling Teeth.mp3|3622965
        Green Day-Dookie-05 - Welcome to Paradise.mp3|5394700
        Green Day-Dookie-04 - Longview.mp3|5741387
        Green Day-Dookie-03 - Chump.mp3|4180306
        Green Day-Dookie-02 - Having A Blast.mp3|3955244
        Green Day-Dookie-01 - Burnout.mp3|3064357
        Green Day-American Idiot-0 - Whatsername.mp3|6056064
        Green Day-American Idiot-0 - Wake Me Up When September Ends.mp3|6858880
        Green Day-American Idiot-0 - St_ Jimmy.mp3|4208768
        Green Day-American Idiot-0 - She's A Rebel.mp3|2893952
        Green Day-American Idiot-0 - Letterbomb.mp3|5908608
        Green Day-American Idiot-0 - Jesus of Suburbia.m4a|8695561
        Green Day-American Idiot-0 - Homecoming.mp3|13406336
        Green Day-American Idiot-0 - Holiday.mp3|5585525
        Green Day-American Idiot-0 - Give Me Novocain.mp3|4941952
        Green Day-American Idiot-0 - Extraordinary_Girl.mp3|5136512
        Green Day-American Idiot-0 - Are We the Waiting.m4a|2601844
        Green Day-American Idiot-0 - American Idiot.mp3|4186112
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 4)-09 - We
Bid You Goodnight.mp3|6087568
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 4)-08 -
Johnny B_ Goode.mp3|10431599
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 4)-07 -
Casey Jones -_.mp3|7621668
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 4)-06 -
Good Lovin'.mp3|20109658
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 4)-05 -
St_ Stephen -_.mp3|11328763
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 4)-04 -
Wharf Rat -_.mp3|16044588
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 4)-03 -
Dark Star -_.mp3|1671430
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 4)-02 -
The Other One -_.mp3|7092536
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 4)-01 -
Dark Star -_.mp3|17129232
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 3)-03 -
Around and Around.mp3|13325662
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 3)-02 -
Not Fade Away_.mp3|1089695
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 3)-01 -
Rhythm Devils_.mp3|28081917
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 2)-05 -
Playing In The Band -_.mp3|19026462
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 2)-04 -
Terrapin Station -_.mp3|17942474
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 2)-03 - I

ShareListing.txt

Need A Miracle -_.mp3|16258517
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 2)-02 -
Ramble On Rose.mp3|13701228
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 2)-01 -
Samson And Delilah.mp3|13351385
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 1)-10 -
Sunshine Daydream.mp3|4612346
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 1)-09 -
From The Heart Of Me -_.mp3|5453076
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 1)-08 -
Stagger Lee.mp3|11504904
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 1)-07 -
It's All Over Now.mp3|12081066
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 1)-06 -
Friend Of The Devil.mp3|15480330
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 1)-05 -
Big River.mp3|10304314
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 1)-04 - Me
And My Uncle -_.mp3|4556548
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 1)-03 -
Fire On The Mountain.mp3|21736553
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 1)-02 -
Scarlet Begonias -_.mp3|17202531
        Grateful Dead-The Closing Of Winterland - December 31, 1978 (Disc 1)-01 -
Sugar Magnolia -_.mp3|10461057
        Grateful Dead-The Best Of Skeletons From The Closet-11 - Friend of The
Devil.mp3|4863044
        Grateful Dead-The Best Of Skeletons From The Closet-10 - One More Saturday
Night.mp3|6997148
        Grateful Dead-The Best Of Skeletons From The Closet-09 - Turn on Your Love
Light.mp3|9645963
        Grateful Dead-The Best Of Skeletons From The Closet-08 - Mexicali
Blues.mp3|5105036
        Grateful Dead-The Best Of Skeletons From The Closet-07 - Casey
Jones.mp3|6462356
        Grateful Dead-The Best Of Skeletons From The Closet-06 - Uncle John's
Band.mp3|6894950
        Grateful Dead-The Best Of Skeletons From The Closet-05 - St_
Stephen.mp3|6492449
        Grateful Dead-The Best Of Skeletons From The Closet-04 - Sugar
Magnolia.mp3|4841095
        Grateful Dead-The Best Of Skeletons From The Closet-03 -
Rosemary.mp3|2886921
        Grateful Dead-The Best Of Skeletons From The Closet-02 -
Truckin'.mp3|7380818
        Grateful Dead-The Best Of Skeletons From The Closet-01 - The Golden
Road.mp3|3193501
        Grateful Dead-In The Dark-07 - Black Muddy River.mp3|7169732
        Grateful Dead-In The Dark-06 - Throwing Stones.mp3|8836344
        Grateful Dead-In The Dark-05 - Tons Of Steel.mp3|6363071
        Grateful Dead-In The Dark-04 - West L_A_ Fadeaway.mp3|8004605
        Grateful Dead-In The Dark-03 - When Push Comes To Shove.mp3|4960818
        Grateful Dead-In The Dark-02 - Hell In A Bucket.mp3|6761699
        Grateful Dead-In The Dark-01 - Touch Of Grey.mp3|6996279
        Grateful Dead-American Beauty-10 - Truckin.mp3|7626131
        Grateful Dead-American Beauty-09 - Attics of My Life.mp3|7287500
        Grateful Dead-American Beauty-08 - Till the Morning Comes.mp3|4633753
        Grateful Dead-American Beauty-07 - Brokedown Palace.mp3|5956200
        Grateful Dead-American Beauty-06 - Ripple.mp3|6559522
        Grateful Dead-American Beauty-05 - Candyman.mp3|8679948
        Grateful Dead-American Beauty-04 - Operator.mp3|3790257
        Grateful Dead-American Beauty-03 - Sugar Magnolia.mp3|5134173
        Grateful Dead-American Beauty-02 - Friend of the Devil.mp3|5500303
                                Page 46

```
                              ShareListing.txt
         Grateful Dead-American Beauty-01 - Box of Rain.mp3|8262934
         Fleetwood Mac-Rumours-11 - Gold Dust Woman.mp3|4841600
         Fleetwood Mac-Rumours-10 - Oh Daddy.mp3|3803264
         Fleetwood Mac-Rumours-09 - I Don't Want To Know.mp3|3131520
         Fleetwood Mac-Rumours-08 - You Make Loving Fun.mp3|3412096
         Fleetwood Mac-Rumours-07 - The Chain.mp3|4339840
         Fleetwood Mac-Rumours-06 - Songbird.mp3|3254400
         Fleetwood Mac-Rumours-05 - Go Your Own Way.mp3|3526784
         Fleetwood Mac-Rumours-04 - Don't Stop.mp3|3106944
         Fleetwood Mac-Rumours-03 - Never Going Back Again.mp3|2164864
         Fleetwood Mac-Rumours-02 - Dreams.mp3|4124800
         Fleetwood Mac-Rumours-01 - Second Hand News.mp3|2781312
         Fischerspooner-#1-13 - Untitled.mp3|12718876
         Fischerspooner-#1-12 - Untitled.mp3|8189244
         Fischerspooner-#1-11 - Ersatz.mp3|2767872
         Fischerspooner-#1-10 - Natural Disaster.mp3|6883330
         Fischerspooner-#1-08 - Turn On.mp3|6352940
         Fischerspooner-#1-07 - Invisible.mp3|7538481
         Fischerspooner-#1-06 - Horizon.mp3|8011193
         Fischerspooner-#1-05 - Tone Poem.mp3|6112195
         Fischerspooner-#1-04 - L_A_ Song.mp3|6013766
         Fischerspooner-#1-03 - Emerge.mp3|6932231
         Fischerspooner-#1-02 - The 15th.mp3|5724120
         Fischerspooner-#1-01 - Sweetness.mp3|7752894
         Eric Clapton-Unplugged-14 - Rollin' and Tumblin'.m4a|4066143
         Eric Clapton-Unplugged-13 - Old Love.m4a|7639539
         Eric Clapton-Unplugged-12 - Malted Milk.m4a|3501672
         Eric Clapton-Unplugged-11 - San Francisco Bay Blues.m4a|3307583
         Eric Clapton-Unplugged-10 - Alberta.m4a|3612793
         Eric Clapton-Unplugged-09 - Walkin' Blues.m4a|3399689
         Eric Clapton-Unplugged-08 - Running On Faith.m4a|6315201
         Eric Clapton-Unplugged-07 - Layla.m4a|4636144
         Eric Clapton-Unplugged-06 - Nobody Knows You When You're Down &
Out.m4a|3722301
         Eric Clapton-Unplugged-05 - Lonely Stranger.m4a|5304754
         Eric Clapton-Unplugged-04 - Tears In Heaven.m4a|4476000
         Eric Clapton-Unplugged-03 - Hey Hey.m4a|3198407
         Eric Clapton-Unplugged-02 - Before You Accuse Me.m4a|3623035
         Eric Clapton-Unplugged-01 - Signe.m4a|3151039
         Eric Clapton-The Cream Of Clapton-19 - I Can't Stand It.mp3|3995495
         Eric Clapton-The Cream Of Clapton-18 - Promises.mp3|2906270
         Eric Clapton-The Cream Of Clapton-16 - Cocaine.mp3|3521505
         Eric Clapton-The Cream Of Clapton-15 - Hello Old Friend.mp3|3467180
         Eric Clapton-The Cream Of Clapton-14 - Knockin' On Heaven's Door.mp3|4217843
         Eric Clapton-The Cream Of Clapton-13 - Let It Grow.mp3|4811331
         Eric Clapton-The Cream Of Clapton-12 - I Shot The Sheriff.mp3|4231629
         Eric Clapton-The Cream Of Clapton-11 - Layla.mp3|6816693
         Eric Clapton-The Cream Of Clapton-10 - Bell Bottom Blues.mp3|4862768
         Eric Clapton-The Cream Of Clapton-09 - Let It Rain.mp3|4869010
         Eric Clapton-The Cream Of Clapton-08 - After Midnight.mp3|2787158
         Eric Clapton-The Cream Of Clapton-07 - Blues Power.mp3|3057992
         Eric Clapton-The Cream Of Clapton-06 - Presence Of The Lord.mp3|4651680
         Eric Clapton-The Cream Of Clapton-05 - Badge.mp3|2673464
         Eric Clapton-The Cream Of Clapton-04 - Crossroads.mp3|4112502
         Eric Clapton-The Cream Of Clapton-03 - White Room.mp3|4813838
         Eric Clapton-The Cream Of Clapton-02 - Sunshine Of Your Love.mp3|4035609
         Enya-Shepherd Moons-12 - Smaointe.mp3|7350547
         Enya-Shepherd Moons-11 - After Ventus.mp3|4924218
         Enya-Shepherd Moons-10 - Marble Halls.mp3|4688796
         Enya-Shepherd Moons-09 - Lothlórien.mp3|2551794
         Enya-Shepherd Moons-08 - Evacuee.mp3|4610496
         Enya-Shepherd Moons-07 - Book of Days.mp3|3531522
         Enya-Shepherd Moons-06 - No Holly for Miss Quinn.mp3|3265302
                                  Page 47
```

```
                              ShareListing.txt
        Enya-Shepherd Moons-05 - Angeles.mp3|4821384
        Enya-Shepherd Moons-04 - Ebudae.mp3|2320482
        Enya-Shepherd Moons-03 - How Can I Keep from Singing_.mp3|5300580
        Enya-Shepherd Moons-02 - Caribbean Blue.mp3|4788498
        Enya-Shepherd Moons-01 - Shepherd Moons.mp3|4495134
        Enya-A Day Without Rain-11 - Lazy Days.mp3|4451653
        Enya-A Day Without Rain-10 - One By One.mp3|4682900
        Enya-A Day Without Rain-09 - Pilgrim.mp3|3825250
        Enya-A Day Without Rain-08 - Silver Inches.mp3|1940313
        Enya-A Day Without Rain-07 - Fallen Embers.mp3|1046562
        Enya-A Day Without Rain-06 - Flora's Secret.mp3|1717233
        Enya-A Day Without Rain-05 - Deora Ar Mo Chroi.mp3|1175058
        Enya-A Day Without Rain-04 - Tempus Vernum.mp3|1019626
        Enya-A Day Without Rain-03 - Only Time.mp3|1523034
        Enya-A Day Without Rain-02 - Wild Child.mp3|1589829
        Enya-A Day Without Rain-01 - A Day Without Rain.mp3|150868
        Eminem-The Slim Shady LP-20 - Still Don't Give a Fuck.mp3|4051285
        Eminem-The Slim Shady LP-19 - Bad Meets Evil.mp3|4050944
        Eminem-The Slim Shady LP-18 - I'm Shady.mp3|3400918
        Eminem-The Slim Shady LP-17 - As The World Turns.mp3|4243835
        Eminem-The Slim Shady LP-16 - Soap.mp3|554219
        Eminem-The Slim Shady LP-15 - Just Don't Give a Fuck.mp3|3848484
        Eminem-The Slim Shady LP-14 - Rock Bottom.mp3|3426851
        Eminem-The Slim Shady LP-12 - Ken Kaniff (skit).mp3|1221310
        Eminem-The Slim Shady LP-12 - Cum On Everybody.mp3|3505298
        Eminem-The Slim Shady LP-11 - My Fault.mp3|3856392
        Eminem-The Slim Shady LP-10 - Lounge.mp3|745236
        Eminem-The Slim Shady LP-09 - Role Model.mp3|3289088
        Eminem-The Slim Shady LP-08 - Bitch.mp3|1126695
        Eminem-The Slim Shady LP-07 - '97 Bonnie And Clyde.mp3|5063630
        Eminem-The Slim Shady LP-06 - If I Had.mp3|3928857
        Eminem-The Slim Shady LP-05 - Paul (skit).mp3|4450599
        Eminem-The Slim Shady LP-04 - Brain Damage.mp3|3626439
        Eminem-The Slim Shady LP-03 - Guilty Consience.mp3|3221504
        Eminem-The Slim Shady LP-02 - My Name Is.mp3|3977359
        Eminem-The Slim Shady LP-01 - Public Service Announcement.mp3|525852
        Eminem-The Marshall Mathers LP-19 - The Kids.mp3|4853000
        Eminem-The Marshall Mathers LP-18 - Criminal.mp3|5101279
        Eminem-The Marshall Mathers LP-17 - Under the Influence.mp3|5158539
        Eminem-The Marshall Mathers LP-16 - Kim.mp3|6050046
        Eminem-The Marshall Mathers LP-15 - Bitch Please II.mp3|4613520
        Eminem-The Marshall Mathers LP-14 - Amityville.mp3|4077696
        Eminem-The Marshall Mathers LP-13 - Drug Ballad.mp3|4808289
        Eminem-The Marshall Mathers LP-12 - Ken Kaniff (skit).mp3|991068
        Eminem-The Marshall Mathers LP-11 - Marshall Mathers.mp3|5137641
        Eminem-The Marshall Mathers LP-10 - I'm Back.mp3|4962934
        Eminem-The Marshall Mathers LP-09 - Remember Me_.mp3|3500077
        Eminem-The Marshall Mathers LP-08 - The Real Slim Shady.mp3|4556260
        Eminem-The Marshall Mathers LP-07 - The Way I Am.mp3|4647793
        Eminem-The Marshall Mathers LP-06 - Steve Berman (skit).mp3|862754
        Eminem-The Marshall Mathers LP-05 - Who Knew.mp3|3646363
        Eminem-The Marshall Mathers LP-04 - Paul (skit).mp3|171868
        Eminem-The Marshall Mathers LP-03 - Stan.mp3|6468841
        Eminem-The Marshall Mathers LP-02 - Kill You.mp3|4232759
        Eminem-The Marshall Mathers LP-01 - Public Service Announcement
2000.mp3|416374
        Eminem-The Eminem Show-20 - Curtains Close (skit).mp3|993408
        Eminem-The Eminem Show-19 - My Dad's Gone Crazy.mp3|4276352
        Eminem-The Eminem Show-18 - 'Till I Collapse.mp3|4767872
        Eminem-The Eminem Show-17 - Say What You Say.mp3|4962432
        Eminem-The Eminem Show-16 - When The Music Stops.mp3|4307072
        Eminem-The Eminem Show-15 - Steve Berman (skit).mp3|532608
        Eminem-The Eminem Show-14 - Hailie's Song.mp3|5132509
                              Page 48
```

```
                                ShareListing.txt
        Eminem-The Eminem Show-13 - Superman.mp3|5609600
        Eminem-The Eminem Show-12 - Sing For The Moment.mp3|5435520
        Eminem-The Eminem Show-11 - Paul Rosenberg (skit).mp3|366720
        Eminem-The Eminem Show-10 - Without Me.mp3|4649088
        Eminem-The Eminem Show-09 - Drips.mp3|4573312
        Eminem-The Eminem Show-08 - Say Goodbye Hollywood.mp3|4368512
        Eminem-The Eminem Show-07 - Soldier.mp3|3623040
        Eminem-The Eminem Show-06 - The Kiss.mp3|1218688
        Eminem-The Eminem Show-05 - Square Dance.mp3|5183616
        Eminem-The Eminem Show-04 - Cleanin' Out My Closet.mp3|4769920
        Eminem-The Eminem Show-03 - Business.mp3|4030592
        Eminem-The Eminem Show-02 - white America.mp3|5195904
        Eminem-The Eminem Show-01 - Curtains Up (skit).mp3|481408
        Elliott Smith-The Royal Tenenbaums [Expanded]-15 - Needle in the
Hay.mp3|4156546
        Elliott Smith-from a basement on the hill-15 - A Distorted Reality is Now a
Necessity to be Free.mp3|6581742
        Elliott Smith-from a basement on the hill-14 - Little One.mp3|4752824
        Elliott Smith-from a basement on the hill-13 - Memory Lane.mp3|3696433
        Elliott Smith-from a basement on the hill-12 - Shooting Star.mp3|8754577
        Elliott Smith-from a basement on the hill-11 - Last Hour.mp3|5112685
        Elliott Smith-from a basement on the hill-10 - A Passing Feeling.mp3|5214885
        Elliott Smith-from a basement on the hill-09 - Twilight.mp3|6540224
        Elliott Smith-from a basement on the hill-08 - Ostriches &
Chirping.mp3|890890
        Elliott Smith-from a basement on the hill-07 - King's Crossing.mp3|7275003
        Elliott Smith-from a basement on the hill-06 - Fond Farewell.mp3|5787276
        Elliott Smith-from a basement on the hill-05 - Strung Out Again.mp3|4698913
        Elliott Smith-from a basement on the hill-04 - Don't Go Down.mp3|6652451
        Elliott Smith-from a basement on the hill-03 - Pretty (Ugly
Before).mp3|6932073
        Elliott Smith-from a basement on the hill-02 - Let's Get Lost.mp3|3609291
        Elliott Smith-from a basement on the hill-01 - Coast to Coast.mp3|8133282
        Elliott Smith-Either_Or-12 - Say Yes.mp3|3340031
        Elliott Smith-Either_Or-11 - 2_45 A_M_.mp3|4778857
        Elliott Smith-Either_Or-10 - Cupid's Trick.mp3|4442195
        Elliott Smith-Either_Or-09 - Angeles.mp3|4247837
        Elliott Smith-Either_Or-08 - Punch And Judy.mp3|3500533
        Elliott Smith-Either_Or-07 - Rose Parade.mp3|5007064
        Elliott Smith-Either_Or-06 - No Name No_ 5.mp3|5367556
        Elliott Smith-Either_Or-05 - Pictures Of Me.mp3|5450939
        Elliott Smith-Either_Or-04 - Between The Bars.mp3|3392701
        Elliott Smith-Either_Or-03 - Ballad Of Big Nothing.mp3|4044096
        Elliott Smith-Either_Or-02 - Alameda.mp3|5365669
        Elliott Smith-Either_Or-01 - Speed Trials.mp3|4355048
        Elliot Smith-Good Will Hunting-0 - Say Yes.mp3|2129280
        Elliot Smith-Good Will Hunting-0 - Between The Bars.mp3|2233536
        Elliot Smith-Good Will Hunting-0 - Angels.mp3|2800987
        Elliot Smith-Elliot Smith-12 - Biggest Lie.mp3|3196924
        Elliot Smith-Elliot Smith-11 - White Lady Loves You More.mp3|2895485
        Elliot Smith-Elliot Smith-10 - Good To Go.mp3|2916891
        Elliot Smith-Elliot Smith-09 - St_ Ides Heaven.mp3|3638919
        Elliot Smith-Elliot Smith-08 - Alphabet Town.mp3|5080354
        Elliot Smith-Elliot Smith-07 - Satellite.mp3|2961297
        Elliot Smith-Elliot Smith-06 - Coming Up Roses.mp3|3720944
        Elliot Smith-Elliot Smith-05 - Single File.mp3|2967568
        Elliot Smith-Elliot Smith-04 - Southern Belle.mp3|3749677
        Elliot Smith-Elliot Smith-02 - Christian Brother.mp3|5459133
        Elliot Smith-Elliot Smith-01 - Needle in hay.mp3|5178052
        Elliot Smith-Either _ Or-0 - Rose Parade.mp3|3302423
        Elliot Smith-Either Or-0 - 2-45 Am .mp3|3188736
        Elliot Smith-Either - Or-08 - Punch And Judy.mp3|2331504
        Elliot Smith-Either - Or-05 - Pictures Of Me.mp3|3631775
                                    Page 49
```

ShareListing.txt
        Elliot Smith-Either - Or-03 - Ballad Of Big Nothing.mp3|2693874
        Elliot Smith-Either - Or-02 - Alameda.mp3|3574932
        Dream Theater-Six Degrees of Inner Turbulence-07 - Six Degrees of Inner
Turbulence_ VII_ About to Crash (Reprise).mp3|5877051
        Dream Theater-Six Degrees of Inner Turbulence-06 - Six Degrees of Inner
Turbulence_ VI_ Solitary Shell.mp3|8350951
        Dream Theater-Six Degrees of Inner Turbulence-05 - Six Degrees of Inner
Turbulence_ V_ Goodnight Kiss.mp3|9060348
        Dream Theater-Six Degrees Of Inner Turbulence-05 - Disappear.mp3|6529152
        Dream Theater-Six Degrees Of Inner Turbulence-04 - The Great
Debate.mp3|13215872
        Dream Theater-Six Degrees of Inner Turbulence-04 - Six Degrees of Inner
Turbulence_ IV_ The Test That Stumped Them All.mp3|7278886
        Dream Theater-Six Degrees of Inner Turbulence-03 - Six Degrees of Inner
Turbulence_ III_ War Inside My Head.mp3|3074634
        Dream Theater-Six Degrees Of Inner Turbulence-03 - Misunderstood.mp3|9164928
        Dream Theater-Six Degrees of Inner Turbulence-02 - Six Degrees of Inner
Turbulence_ II_ About to Crash.mp3|8426263
        Dream Theater-Six Degrees Of Inner Turbulence-02 - Blind Faith.mp3|9943168
        Dream Theater-Six Degrees Of Inner Turbulence-01 - The Glass
Prison.mp3|13328319
        Dream Theater-Six Degrees of Inner Turbulence-01 - Six Degrees of Inner
Turbulence_ I_ Overture [Instrumental].mp3|9836796
        Dream Theater-Scenes From a Memory-12 - Track 12.mp3|11518080
        Dream Theater-Scenes From a Memory-11 - Track 11.mp3|6373504
        Dream Theater-Scenes From a Memory-10 - Track 10.mp3|3629184
        Dream Theater-Scenes From a Memory-09 - Track 09.mp3|5980288
        Dream Theater-Scenes From a Memory-08 - Track 08.mp3|12376192
        Dream Theater-Scenes From a Memory-07 - Track 07.mp3|5269632
        Dream Theater-Scenes From a Memory-06 - Track 06.mp3|10924160
        Dream Theater-Scenes From a Memory-05 - Track 05.mp3|6551680
        Dream Theater-Scenes From a Memory-04 - Track 04.mp3|997504
        Dream Theater-Scenes From a Memory-03 - Track 03.mp3|4999296
        Dream Theater-Scenes From a Memory-02 - Track 02.mp3|3487872
        Dream Theater-Scenes From a Memory-01 - Track 01.mp3|2029696
        Dream Theater-Images And Words-08 - Learning To Live.mp3|11047040
        Dream Theater-Images And Words-07 - Wait For Sleep.mp3|2433152
        Dream Theater-Images And Words-06 - Under A Glass Moon.mp3|6776960
        Dream Theater-Images And Words-05 - Metropolis - Part I _The Miracle And The
Sleeper_.mp3|9156736
        Dream Theater-Images And Words-04 - Surrounded.mp3|5283968
        Dream Theater-Images And Words-03 - Take The Time.mp3|8022144
        Dream Theater-Images And Words-02 - Another Day.mp3|4219008
        Dream Theater-Images And Words-01 - Pull Me Under.mp3|7905408
        Dream Theater-A Change Of Seasons-05 - The Big Medley.mp3|10143872
        Dream Theater-A Change Of Seasons-03 - Perfect Strangers.mp3|5335168
        Dream Theater-A Change Of Seasons-02 - Funeral For A Friend _ Love Lies
Bleeding.mp3|10391680
        Dream Theater-A Change Of Seasons-01 - A Change Of Seasons.mp3|22222976
        Dispatch-Who Are We Living For_-12 - Prince of Spades.mp3|3753016
        Dispatch-Who Are We Living For_-10 - Lightning.mp3|4608244
        Dispatch-Who Are We Living For_-09 - How Now.mp3|2556045
        Dispatch-Who Are We Living For_-08 - D_ Bits.mp3|1527849
        Dispatch-Who Are We Living For_-07 - Carry You.mp3|3073744
        Dispatch-Who Are We Living For_-06 - Passerby.mp3|3757004
        Dispatch-Who Are We Living For_-05 - Even.mp3|4493543
        Dispatch-Who Are We Living For_-04 - Time Served.mp3|3012364
        Dispatch-Who Are We Living For_-03 - Just Like Larry.mp3|2088378
        Dispatch-Who Are We Living For_-02 - Open Up.mp3|6825290
        Dispatch-Who Are We Living For_-01 - Everybody Clap.mp3|2647949
        Dispatch-Silent Steeples-12 - Elias.mp3|6427469
        Dispatch-Silent Steeples-11 - Walk With You.mp3|6471086
        Dispatch-Silent Steeples-10 - Bridges (Strength in Numbers).mp3|3011041
                              Page 50

```
                                  ShareListing.txt
        Dispatch-Silent Steeples-09 - Born Normal.mp3|4610610
        Dispatch-Silent Steeples-08 - Mayday.mp3|4358956
        Dispatch-Silent Steeples-07 - Seasons Movement III.mp3|3418478
        Dispatch-Silent Steeples-06 - Questioned Apocalypse.mp3|3530570
        Dispatch-Silent Steeples-05 - Flying Horses.mp3|5221215
        Dispatch-Silent Steeples-04 - Hey, Hey.mp3|4430052
        Dispatch-Silent Steeples-03 - Water Stop.mp3|3196017
        Dispatch-Silent Steeples-02 - Past the Falls.mp3|5183940
        Dispatch-Silent Steeples-01 - Steeples.mp3|4145755
        Dispatch-Gut the Van (Disc 1)-08 - Flying Horses.mp3|7139163
        Dispatch-Four-Day Trials-05 - Cover This.mp3|4944794
        Dispatch-Bang Bang-10 - Out Loud.mp3|3254582
        Dispatch-Bang Bang-09 - Whirlwind.mp3|4761174
        Dispatch-Bang Bang-08 - Railway.mp3|2982825
        Dispatch-Bang Bang-07 - Two Coins.mp3|2996380
        Dispatch-Bang Bang-06 - Drive.mp3|2911851
        Dispatch-Bang Bang-05 - Mission.mp3|3916400
        Dispatch-Bang Bang-04 - Bang Bang.mp3|4331750
        Dispatch-Bang Bang-03 - General.mp3|3994438
        Dispatch-Bang Bang-02 - Bats In the Belfry.mp3|4019097
        Dispatch-Bang Bang-01 - Here We Go.mp3|3379138
        Death Cab For Cutie-Transatlanticism-11 - A Lack Of Color.m4a|3480778
        Death Cab For Cutie-Transatlanticism-10 - We Looked Like Giants.m4a|5349506
        Death Cab For Cutie-Transatlanticism-09 - Death Of An Interior
Decorator.m4a|2845872
        Death Cab For Cutie-Transatlanticism-08 - Passenger Seat.m4a|3503855
        Death Cab For Cutie-Transatlanticism-07 - Transatlanticism.m4a|7698515
        Death Cab For Cutie-Transatlanticism-06 - Tiny Vessels.m4a|4208308
        Death Cab For Cutie-Transatlanticism-05 - The Sound Of Settling.m4a|2143233
        Death Cab For Cutie-Transatlanticism-04 - Expo '86.m4a|4014560
        Death Cab For Cutie-Transatlanticism-03 - Title And Registration.m4a|3522042
        Death Cab For Cutie-Transatlanticism-02 - Lightness.m4a|3231568
        Death Cab For Cutie-Transatlanticism-01 - The New Year.m4a|3998322
        Death Cab For Cutie-The Photo Album-10 - Debate Exposes Doubt.m4a|4481212
        Death Cab For Cutie-The Photo Album-09 - Coney Island.m4a|2621729
        Death Cab For Cutie-The Photo Album-08 - Styrofoam Plates.m4a|5254320
        Death Cab For Cutie-The Photo Album-07 - I Was A Kaleidoscope.m4a|2778972
        Death Cab For Cutie-The Photo Album-06 - Blacking Out The
Friction.m4a|3370415
        Death Cab For Cutie-The Photo Album-05 - Why You'd Want To Live
Here.m4a|4617072
        Death Cab For Cutie-The Photo Album-04 - Information Travels
Faster.m4a|3937582
        Death Cab For Cutie-The Photo Album-03 - We Laugh Indoors.m4a|4835075
        Death Cab For Cutie-The Photo Album-02 - A Movie Script Ending.m4a|4207094
        Death Cab For Cutie-The Photo Album-01 - Steadier Footing.m4a|1770753
        Dashboard Confessional-The Places You Have Come to Fear the Most-10 - This
Bitter Pill.mp3|3110854
        Dashboard Confessional-The Places You Have Come to Fear the Most-09 - The
Places You Have Come to Fear the Most.mp3|2827453
        Dashboard Confessional-The Places You Have Come to Fear the Most-08 - Again
I Go Unnoticed.mp3|2203461
        Dashboard Confessional-The Places You Have Come to Fear the Most-07 -
Standard Lines.mp3|2366889
        Dashboard Confessional-The Places You Have Come to Fear the Most-06 - The
Good Fight.mp3|2366889
        Dashboard Confessional-The Places You Have Come to Fear the Most-05 - Saints
and Sailors.mp3|2461344
        Dashboard Confessional-The Places You Have Come to Fear the Most-04 - This
Ruined Puzzle.mp3|2764364
        Dashboard Confessional-The Places You Have Come to Fear the Most-03 - The
Best Deceptions.mp3|4087204
        Dashboard Confessional-The Places You Have Come to Fear the Most-02 -
```

ShareListing.txt
Screaming Infidelities.mp3|3630790
        Dashboard Confessional-The Places You Have Come to Fear the Most-01 - The
Brilliant Dance.mp3|2932383
        Dashboard Confessional-Spider-Man 2-01 - Vindicated.m4a|3328005
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-13 - Several Ways
To Die Trying.mp3|7368905
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-12 - If You Can't
Leave It Be.mp3|4377360
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-11 - Hey
Girl.mp3|4292707
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-10 - So
Beautiful.mp3|4157397
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-09 - Carve Your
Heart.mp3|4498559
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-08 - Morning
Calls.mp3|5223193
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-07 - I Am
Missing.mp3|4881510
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-06 - Ghost Of A
Good Thing.mp3|4527299
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-05 - Bend And Not
Break.mp3|6142708
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-04 - Carry This
Picture.mp3|3485010
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-03 - As Lovers
Go.mp3|4224269
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-02 - Rapid Hope
Loss.mp3|4446313
        Dashboard Confessional-A Mark, A Mission, A Brand, A Scar-01 - Hands
Down.mp3|3747794
        Daft Punk-Homework-16 - Funk Ad.mp3|412885
        Daft Punk-Homework-15 - Alive.mp3|2525040
        Daft Punk-Homework-14 - Indo Silver Club.mp3|2200924
        Daft Punk-Homework-13 - Burnin'.mp3|3312268
        Daft Punk-Homework-12 - Oh Yeah.mp3|972533
        Daft Punk-Homework-11 - Rock 'n Roll.mp3|3633684
        Daft Punk-Homework-10 - High Fidelity.mp3|2903092
        Daft Punk-Homework-09 - Teachers.mp3|1390910
        Daft Punk-Homework-08 - Rollin' & Scratchin'.mp3|3583327
        Daft Punk-Homework-07 - Around The World.mp3|3439127
        Daft Punk-Homework-06 - Fresh.mp3|1958078
        Daft Punk-Homework-05 - Phoenix.mp3|2380009
        Daft Punk-Homework-04 - Da Funk.mp3|2639353
        Daft Punk-Homework-03 - Revolution 909.mp3|2615118
        Daft Punk-Homework-02 - WDPK 83_7 FM.mp3|229405
        Daft Punk-Homework-01 - Daftendirekt.mp3|1320070
        Coldplay-Sounds of The Season_ The NBC Holiday Collection-02 - Have Yourself
a Merry Little Xmas (Live).mp3|3575778
        Coldplay-Parachutes-10 - Everything's Not Lost.mp3|6966293
        Coldplay-Parachutes-09 - We Never Change.mp3|4005888
        Coldplay-Parachutes-08 - High Speed.mp3|4085718
        Coldplay-Parachutes-07 - Parachutes.mp3|754583
        Coldplay-Parachutes-06 - Trouble.mp3|4350300
        Coldplay-Parachutes-05 - Yellow.mp3|4322701
        Coldplay-Parachutes-04 - Sparks.mp3|3649369
        Coldplay-Parachutes-03 - Spies.mp3|5115987
        Coldplay-Parachutes-02 - Shiver.mp3|4810877
        Coldplay-Parachutes-01 - Don't Panic.mp3|2205738
        Coldplay-Garden State-01 - Don't Panic.mp3|3395217
        Coldplay-Blue Room-05 - Such A Rush.mp3|7153782
        Coldplay-Blue Room-04 - High Speed.mp3|6163217
        Coldplay-Blue Room-03 - See You Soon.mp3|4121280
        Coldplay-Blue Room-02 - Don't Panic.mp3|3810317
                        Page 52

```
                                    ShareListing.txt
        Coldplay-Blue Room-01 - Bigger Stronger.mp3|6947523
        Coldplay-A Rush of Blood to the Head-11 - Amsterdam.mp3|5178422
        Coldplay-A Rush of Blood to the Head-10 - A Rush of Blood to the
Head.mp3|5659075
        Coldplay-A Rush of Blood to the Head-09 - A Whisper.mp3|3850566
        Coldplay-A Rush of Blood to the Head-08 - Warning Sign.mp3|5335157
        Coldplay-A Rush of Blood to the Head-07 - Green Eyes.mp3|3605642
        Coldplay-A Rush of Blood to the Head-06 - Daylight.mp3|5281658
        Coldplay-A Rush of Blood to the Head-05 - Clocks.mp3|4956486
        Coldplay-A Rush of Blood to the Head-04 - The Scientist.mp3|4984489
        Coldplay-A Rush of Blood to the Head-03 - God Put a Smile Upon Your
Face.mp3|4793482
        Coldplay-A Rush of Blood to the Head-02 - In My Place.mp3|3696757
        Coldplay-A Rush of Blood to the Head-01 - Politik.mp3|5135373
        Cake-Prolonging The Magic-13 - Where Would I Be_.mp3|4889086
        Cake-Prolonging The Magic-12 - Cool Blue Reason.mp3|4386176
        Cake-Prolonging The Magic-11 - Let Me Go.mp3|5126166
        Cake-Prolonging The Magic-10 - Alpha Beta Parking Lot.mp3|4527243
        Cake-Prolonging The Magic-09 - Hem Of Your Garment.mp3|4786896
        Cake-Prolonging The Magic-08 - When You Sleep.mp3|5179982
        Cake-Prolonging The Magic-07 - Sheep Go To Heaven.mp3|6037847
        Cake-Prolonging The Magic-06 - Walk On By.mp3|4855015
        Cake-Prolonging The Magic-05 - You Turn The Screws.mp3|5442988
        Cake-Prolonging The Magic-04 - Guitar.mp3|4801616
        Cake-Prolonging The Magic-03 - Never There.mp3|3591002
        Cake-Prolonging The Magic-02 - Mexico.mp3|4389509
        Cake-Prolonging The Magic-01 - Satan Is My Motor.mp3|4154940
        Cake-Pressure Chief-11 - Tougher Than It Is.m4a|2925599
        Cake-Pressure Chief-10 - Palm Of Your Hand.m4a|2876936
        Cake-Pressure Chief-09 - End Of The Movie.m4a|1797985
        Cake-Pressure Chief-08 - She'll Hang The Baskets.m4a|2640161
        Cake-Pressure Chief-07 - Waiting.m4a|3809230
        Cake-Pressure Chief-06 - The Guitar Man.m4a|3784990
        Cake-Pressure Chief-05 - Carbon Monoxide.m4a|3086478
        Cake-Pressure Chief-04 - Dime.m4a|3533868
        Cake-Pressure Chief-03 - Take It All Away.m4a|3862287
        Cake-Pressure Chief-02 - No Phone.m4a|3758727
        Cake-Pressure Chief-01 - Wheels.m4a|3221888
        Cake-Comfort Eagle-11 - World Of Two.mp3|5299781
        Cake-Comfort Eagle-10 - Pretty Pink Ribbon.mp3|4526766
        Cake-Comfort Eagle-09 - Love You Madly.mp3|3807984
        Cake-Comfort Eagle-08 - Long Line Of Cars.mp3|4894779
        Cake-Comfort Eagle-07 - Comfort Eagle.mp3|5289750
        Cake-Comfort Eagle-06 - Arco Arena.mp3|2195807
        Cake-Comfort Eagle-05 - Commissioning A Symphony In C.mp3|4302322
        Cake-Comfort Eagle-04 - Short Skirt_Long Jacket.m4a|3318256
        Cake-Comfort Eagle-02 - Meanwhile, Rick James.mp3|5699768
        Cake-Comfort Eagle-01 - Opera Singer.mp3|5921704
        Bush-The Science of Things-12 - Mindcharger.mp3|4625617
        Bush-The Science of Things-11 - Letting the Cables Sleep.mp3|4434610
        Bush-The Science of Things-10 - Dead Meat.mp3|4109856
        Bush-The Science of Things-09 - Altered States.mp3|4025837
        Bush-The Science of Things-08 - The Diesease of the Dancing Cats.mp3|3872873
        Bush-The Science of Things-07 - Prizefighter.mp3|5466542
        Bush-The Science of Things-06 - 40 Miles from the Sun.mp3|3517608
        Bush-The Science of Things-05 - Spacetravel.mp3|4576289
        Bush-The Science of Things-04 - English Fire.mp3|3394310
        Bush-The Science of Things-03 - The Chemicals Between Us.mp3|3487097
        Bush-The Science of Things-02 - Jesus Online.mp3|3606215
        Bush-The Science of Things-01 - Warm Machine.mp3|4259067
        Bush-Razorblade Suitcase-13 - Distant Voices.aif|70463468
        Bush-Razorblade Suitcase-12 - Bone Driven.aif|48018328
        Bush-Razorblade Suitcase-11 - Communicator.aif|46364874
                                       Page 53
```

ShareListing.txt
```
Bush-Razorblade Suitcase-10 - Synapse.aif|51177060
Bush-Razorblade Suitcase-09 - History.aif|45094788
Bush-Razorblade Suitcase-08 - Straight No Chaser.aif|42350014
Bush-Razorblade Suitcase-07 - Mouth.aif|60784978
Bush-Razorblade Suitcase-06 - A Tendency To start Fires.aif|43184982
Bush-Razorblade Suitcase-05 - Cold Contagious.aif|63470972
Bush-Razorblade Suitcase-04 - Insect Skin.aif|46966984
Bush-Razorblade Suitcase-03 - Swallowed.aif|51320534
Bush-Razorblade Suitcase-02 - Greedy Fly.aif|47547926
Bush-Razorblade Suitcase-01 - Personal Halloway.aif|36058414
Built To Spill-Keep It Like A Secret-10 - Broken Chairs.mp3|10416186
Built To Spill-Keep It Like A Secret-09 - Temporarily Blind.mp3|5774753
Built To Spill-Keep It Like A Secret-08 - You Were Right.mp3|5716758
Built To Spill-Keep It Like A Secret-07 - Else.mp3|4990021
Built To Spill-Keep It Like A Secret-06 - Time Trap.mp3|6452361
Built To Spill-Keep It Like A Secret-05 - Bad Light.mp3|4046483
Built To Spill-Keep It Like A Secret-04 - Sidewalk.mp3|4638940
Built To Spill-Keep It Like A Secret-03 - Carry The Zero.mp3|6885999
Built To Spill-Keep It Like A Secret-02 - Center of the Universe.mp3|3274317
Built To Spill-Keep It Like A Secret-01 - The Plan.mp3|4191723
Built To Spill-Ancient Melodies Of The Future-10 - The Weather.mp3|6595096
Built To Spill-Ancient Melodies Of The Future-09 - Fly Around My Pretty
Little Miss.mp3|3956957
Built To Spill-Ancient Melodies Of The Future-08 - You Are.mp3|5538072
Built To Spill-Ancient Melodies Of The Future-07 - Don't Try.mp3|4725561
Built To Spill-Ancient Melodies Of The Future-06 - Happiness.mp3|5298583
Built To Spill-Ancient Melodies Of The Future-05 - Trimmed and
Burning.mp3|6227090
Built To Spill-Ancient Melodies Of The Future-04 - Alarmed.mp3|7363091
Built To Spill-Ancient Melodies Of The Future-03 - In Your Mind.mp3|5432751
Built To Spill-Ancient Melodies Of The Future-02 - The Host.mp3|5651549
Built To Spill-Ancient Melodies Of The Future-01 - Strange.mp3|5753739
BT-Single-01 - Dreaming (lucid mix edit).mp3|2706309
BT-Movement in Still Life-11 - Love On Haight Street.mp3|9076524
BT-Movement in Still Life-10 - Smartbomb.mp3|7492238
BT-Movement in Still Life-09 - Mercury And Solace.mp3|7420148
BT-Movement in Still Life-08 - Running Down The Way Up.mp3|8476545
BT-Movement in Still Life-07 - Godspeed.mp3|7500386
BT-Movement in Still Life-06 - Satellite.mp3|7532361
BT-Movement in Still Life-05 - Movement In Still Life.mp3|6532407
BT-Movement in Still Life-04 - Shame.mp3|4876644
BT-Movement in Still Life-03 - Dreaming.mp3|7726084
BT-Movement in Still Life-02 - Never Gonna Come Back Down.mp3|8386896
BT-Movement in Still Life-01 - Madskillz - Mic Chekka.mp3|7060289
BT--0 - Anomaly (Calling Your Name) (BT & Taylor Mix).mp3|10559744
Bob Marley-Natural Mystic_ The Legend Lives On-15 - Time Will
Tell.mp3|1464186
Bob Marley-Natural Mystic_ The Legend Lives On-14 - Pimpers
Paradise.mp3|1447229
Bob Marley-Natural Mystic_ The Legend Lives On-13 - Roots, Rock,
Reggae.mp3|1480661
Bob Marley-Natural Mystic_ The Legend Lives On-12 - One Drop.mp3|1622627
Bob Marley-Natural Mystic_ The Legend Lives On-11 - Who the Cap
Fit.mp3|1799363
Bob Marley-Natural Mystic_ The Legend Lives On-10 - The Sun Is
Shining.mp3|1928892
Bob Marley-Natural Mystic_ The Legend Lives On-09 - Keep on
Movin'.mp3|1827085
Bob Marley-Natural Mystic_ The Legend Lives On-08 - Trench Town Rock
[Live].mp3|1755014
Bob Marley-Natural Mystic_ The Legend Lives On-07 - Africa Unite.mp3|1215391
Bob Marley-Natural Mystic_ The Legend Lives On-06 - War.mp3|1480167
Bob Marley-Natural Mystic_ The Legend Lives On-05 - So Much Trouble in the
```

ShareListing.txt

World.mp3|1662101
     Bob Marley-Natural Mystic_ The Legend Lives On-04 - Crazy
Baldhead.mp3|1420355
     Bob Marley-Natural Mystic_ The Legend Lives On-03 - Iron Lion
Zion.mp3|1355340
     Bob Marley-Natural Mystic_ The Legend Lives On-02 - Easy
Skanking.mp3|1229337
     Bob Marley-Natural Mystic_ The Legend Lives On-01 - Natural
Mystic.mp3|1444723
     Bob Marley & The Wailers-Legend-12 - Satisfy My Soul.mp3|5434120
     Bob Marley & The Wailers-Legend-11 - Redemption Song.mp3|4589320
     Bob Marley & The Wailers-Legend-10 - Waiting In Vain.mp3|5118038
     Bob Marley & The Wailers-Legend-09 - I Shot The Sheriff.mp3|5627428
     Bob Marley & The Wailers-Legend-08 - One Love_People Get Ready.mp3|3435240
     Bob Marley & The Wailers-Legend-07 - Stir It Up.mp3|6665004
     Bob Marley & The Wailers-Legend-06 - Get Up Stand Up.mp3|3936258
     Bob Marley & The Wailers-Legend-05 - Buffalo Soldier.mp3|5153567
     Bob Marley & The Wailers-Legend-04 - Three Little Birds.mp3|3605551
     Bob Marley & The Wailers-Legend-03 - Could You Be Loved.mp3|4703738
     Bob Marley & The Wailers-Legend-02 - No Woman No Cry (Live).mp3|8555756
     Bob Marley & The Wailers-Legend-01 - Is This Love.mp3|4647308
     Bob Dylan-Blonde On Blonde-14 - Sad Eyed Lady Of The Lowlands.mp3|10875008
     Bob Dylan-Blonde On Blonde-13 - Obviously 5 Believers.mp3|3451008
     Bob Dylan-Blonde On Blonde-12 - 4Th Time Around.mp3|4403328
     Bob Dylan-Blonde On Blonde-11 - Absolutely Sweet Marie.mp3|4755584
     Bob Dylan-Blonde On Blonde-10 - Temporary Like Achilles.mp3|4843648
     Bob Dylan-Blonde On Blonde-09 - Most Likely You Go Your Way And I'll Go
Mine.mp3|3362944
     Bob Dylan-Blonde On Blonde-08 - Just Like A Woman.mp3|4696192
     Bob Dylan-Blonde On Blonde-07 - Leopard-Skin Pill-Box Hat.mp3|3817600
     Bob Dylan-Blonde On Blonde-06 - Stuck Inside Of Mobile With The Memphis
Blues Again.mp3|6817920
     Bob Dylan-Blonde On Blonde-05 - I Want You.mp3|3008626
     Bob Dylan-Blonde On Blonde-04 - One Of Us Must Know (Sooner Or
Later).mp3|4718720
     Bob Dylan-Blonde On Blonde-03 - Visions Of Johanna.mp3|7258240
     Bob Dylan-Blonde On Blonde-02 - Pledging My Time.mp3|3684480
     Bob Dylan-Blonde On Blonde-01 - Rainy Day Women #12 & 35.mp3|4434048
     Blondie-The Best of Blondie-12 - Rip Her To Shreds.mp3|4109168
     Blondie-The Best of Blondie-11 - Atomic.mp3|5648292
     Blondie-The Best of Blondie-09 - (I'm Always Touched By Your) Presence
Dear.mp3|3260735
     Blondie-The Best of Blondie-08 - One Way Or Another.mp3|4331732
     Blondie-The Best of Blondie-07 - Rapture.mp3|6742300
     Blondie-The Best of Blondie-06 - Hanging On The Telephone.mp3|3064799
     Blondie-The Best of Blondie-05 - Sunday Girl.mp3|3704786
     Blondie-The Best of Blondie-04 - In The Flesh.mp3|3045456
     Blondie-The Best of Blondie-03 - The Tide Is High.mp3|5646734
     Blondie-The Best of Blondie-02 - Dreaming.mp3|3765909
     Blondie-The Best of Blondie-01 - Heart Of Glass.mp3|5518209
     Blondie-Eat to the Beat-0 - The Hardest Part.mp3|4411316
     Blink-182-Take Off Your Pants And Jacket-13 - Please Take Me
Home.mp3|3740111
     Blink-182-Take Off Your Pants And Jacket-12 - Shut Up.mp3|4026401
     Blink-182-Take Off Your Pants And Jacket-11 - Give Me One Good
Reason.mp3|3998727
     Blink-182-Take Off Your Pants And Jacket-10 - Everytime I Look For
You.mp3|3731234
     Blink-182-Take Off Your Pants And Jacket-09 - Reckless Abandon.mp3|3744809
     Blink-182-Take Off Your Pants And Jacket-08 - Roller Coaster.mp3|3377525
     Blink-182-Take Off Your Pants And Jacket-07 - Stay Together For The
Kids.mp3|4809570
     Blink-182-Take Off Your Pants And Jacket-06 - The Rock Show.mp3|3456414

ShareListing.txt
Blink-182-Take Off Your Pants And Jacket-05 - Story Of A Lonely
Guy.mp3|4419296
Blink-182-Take Off Your Pants And Jacket-04 - Happy Holidays, You
Bastard.mp3|869261
Blink-182-Take Off Your Pants And Jacket-03 - First Date.mp3|3455366
Blink-182-Take Off Your Pants And Jacket-02 - Online Songs.mp3|2937621
Blink-182-Take Off Your Pants And Jacket-01 - Anthem, Pt_ 2.mp3|4585426
Björk-Vespertine-12 - Unison.m4a|6577039
Björk-Vespertine-11 - Harm Of Will.m4a|4465786
Björk-Vespertine-10 - Crabcraft.m4a|5021945
Björk-Vespertine-09 - Sun In My Mouth.m4a|2602188
Björk-Vespertine-08 - An Echo, A Stain.m4a|3941809
Björk-Vespertine-07 - Aurora.m4a|4531106
Björk-Vespertine-06 - Frosti.m4a|1640534
Björk-Vespertine-05 - Pagan Poetry.m4a|5072119
Björk-Vespertine-04 - Undo.m4a|5448229
Björk-Vespertine-03 - It's Not Up To You.m4a|4976134
Björk-Vespertine-02 - Cocoon.m4a|4340804
Björk-Vespertine-01 - Hidden Place.m4a|5304444
Björk-Post-09 - I Miss You.m4a|3568622
Björk-Post-07 - Isobel.m4a|5277739
Björk-Post-05 - Enjoy.m4a|3751996
Björk-Post-04 - It's Oh So Quiet.m4a|3386802
Björk-Post-03 - The Modern Things.m4a|3781486
Björk-Post-02 - Hyper-Ballad.m4a|5007025
Björk-Post-01 - Army Of Me.m4a|3541923
Björk-Medúlla-14 - Triumph Of A Heart.m4a|3920009
Björk-Medúlla-12 - Mouth's Cradle.m4a|3837534
Björk-Medúlla-09 - Oceania.m4a|3013565
Björk-Medúlla-08 - Desired Constellation.m4a|4720941
Björk-Medúlla-06 - Who Is It.m4a|3610356
Björk-Medúlla-03 - Where Is The Line.m4a|4336457
Björk-Medúlla-02 - Show Me Forgiveness.m4a|1208624
Björk-Homogenic-08 - Alarm Call.m4a|3732604
Björk-Homogenic-07 - Immature.m4a|3035264
Björk-Homogenic-04 - Bachelorette.m4a|5048314
Björk-Homogenic-02 - Jóga.m4a|4925006
Björk-Homogenic-01 - Hunter.m4a|4103200
Beck-Midnite Vultures-10 - Pressure Zone.mp3|2844312
Beck-Midnite Vultures-09 - Beautiful Way.mp3|8299127
Beck-Midnite Vultures-08 - Milk & Honey.mp3|7657783
Beck-Midnite Vultures-07 - Broken Train.mp3|6042774
Beck-Midnite Vultures-06 - Peaches & Cream.mp3|7062179
Beck-Midnite Vultures-05 - Hollywood Freaks.mp3|5751276
Beck-Midnite Vultures-04 - Get Real Paid.mp3|6262830
Beck-Midnite Vultures-03 - Mixed Bizness.mp3|6024593
Beck-Midnite Vultures-02 - Nicotine & Gravy.mp3|5718976
Beck-Midnite Vultures-01 - Sexx Laws.mp3|5276651
Beck-Mellow Gold-12 - Blackhole.mp3|10881480
Beck-Mellow Gold-11 - Mutherfuker.mp3|3005250
Beck-Mellow Gold-10 - Nitemare Hippy Girl.mp3|4212742
Beck-Mellow Gold-09 - Steal My Body Home.mp3|8017005
Beck-Mellow Gold-08 - Beercan.mp3|5773180
Beck-Mellow Gold-07 - Sweet Sunshine.mp3|6187593
Beck-Mellow Gold-06 - Truckdrivin' Neighbors Downstairs (Yellow
Sweat).mp3|4203993
Beck-Mellow Gold-05 - Soul Suckin' Jerk.mp3|5681657
Beck-Mellow Gold-04 - Whiskeyclone, Hotel City 1997.mp3|5004575
Beck-Mellow Gold-03 - Fuckin' With My Head (Mountain Dew Rock).mp3|5312413
Beck-Mellow Gold-02 - Pay No Mind (Snoozer).mp3|4681693
Beck-Mellow Gold-01 - Loser.mp3|5647163
Beck-Loser-05 - Fume.mp3|6509609
Beck-Loser-04 - Soul Suckin Jerk [Reject].mp3|8885728

```
                              ShareListing.txt
        Beck-Loser-03 - Alcohol.mp3|5561681
        Beck-Loser-02 - Corvette Bummer.mp3|7142829
        Beck-Loser-01 - Loser [LP Version].mp3|5662002
        Beck-Live On KCRW -01 - Debra.mp3|5912704
        Badly Drawn Boy-One Plus One Is One-07 - Year Of The Rat.mp3|6814631
        Badly Drawn Boy-Intensely Intense-06 - Spittin' In The Wind.m4a|4278952
        Avril Lavigne-Let Go-06 - Unwanted.mp3|5318449
        Avril Lavigne-Let Go-06 - Unwanted.m4a|3578634
        Avril Lavigne-Let Go-0 - Too Much to Ask.mp3|3616729
        Avril Lavigne-Let Go-0 - Skater Boy.mp3|3268151
        Avril Lavigne-Let Go-0 - Naked.mp3|4299257
        Avril Lavigne-Let Go-0 - Mobile.mp3|3388106
        Avril Lavigne-Let Go-0 - Losing Grip.mp3|3734176
        Avril Lavigne-Let Go-0 - I'm With You.mp3|3583711
        Augustus Pablo-Eastman Dub-09 - Coner Stone (Chapter 3).m4a|3653546
        Augustus Pablo-Eastman Dub-08 - Original Scientist.m4a|3362637
        Augustus Pablo-Eastman Dub-07 - African Step.m4a|2753482
        Augustus Pablo-Eastman Dub-06 - Big Yard Connection.m4a|2786060
        Augustus Pablo-Eastman Dub-05 - It Up To Jah Dub.m4a|2735617
        Augustus Pablo-Eastman Dub-04 - Isn't It Time Dub.m4a|3266972
        Augustus Pablo-Eastman Dub-03 - Look Within Dub.m4a|3016549
        Augustus Pablo-Eastman Dub-02 - Eastman Dub.m4a|3699683
        Augustus Pablo-Eastman Dub-01 - Only Jah Jah Dub.m4a|3200916
        Arlo Guthrie-The Best Of Arlo Guthrie-09 - Last To Leave.m4a|2532324
        Arlo Guthrie-The Best Of Arlo Guthrie-08 - Darkest Hour.m4a|3940120
        Arlo Guthrie-The Best Of Arlo Guthrie-07 - City Of New Orleans.m4a|4362229
        Arlo Guthrie-The Best Of Arlo Guthrie-06 - Last Train.m4a|2997964
        Arlo Guthrie-The Best Of Arlo Guthrie-05 - Coming Into Los
Angeles.m4a|2977128
        Arlo Guthrie-The Best Of Arlo Guthrie-04 - Motorcycle (Signficance Of The
Pickle) Song.m4a|6217610
        Arlo Guthrie-The Best Of Arlo Guthrie-03 - Cooper's Lament.m4a|2701747
        Arlo Guthrie-The Best Of Arlo Guthrie-02 - Gabriel's Mother's Hiway Ballad
#16 Blues.m4a|6191062
        Arlo Guthrie-The Best Of Arlo Guthrie-01 - Alice's Restaurant
Massacree.m4a|17677597
        Aretha Franklin-30 Greatest Hits (Disc 2)-13 - I'm In Love.mp3|1351184
        Aretha Franklin-30 Greatest Hits (Disc 2)-12 - Until You Come Back To
Me.mp3|1662190
        Aretha Franklin-30 Greatest Hits (Disc 2)-11 - Angel.mp3|2155350
        Aretha Franklin-30 Greatest Hits (Disc 2)-10 - Wholly Holy.mp3|2674052
        Aretha Franklin-30 Greatest Hits (Disc 2)-09 - Day Dreaming.mp3|1916268
        Aretha Franklin-30 Greatest Hits (Disc 2)-08 - Oh Me Oh My (I'm A Fool For
You).mp3|1775847
        Aretha Franklin-30 Greatest Hits (Disc 2)-07 - Rock Steady.mp3|1553896
        Aretha Franklin-30 Greatest Hits (Disc 2)-06 - Spanish Harlem.mp3|1685357
        Aretha Franklin-30 Greatest Hits (Disc 2)-05 - Bridge Over Troubled
Waters.mp3|2648542
        Aretha Franklin-30 Greatest Hits (Disc 2)-04 - You're All I Need To Get
By.mp3|1732816
        Aretha Franklin-30 Greatest Hits (Disc 2)-03 - Don't Play That
Song.mp3|1436038
        Aretha Franklin-30 Greatest Hits (Disc 2)-02 - Spirit In The
Dark.mp3|1944695
        Aretha Franklin-30 Greatest Hits (Disc 2)-01 - Call Me.mp3|1876557
        Aretha Franklin-30 Greatest Hits (Disc 1)-17 - Eleanor Rigby.mp3|1227484
        Aretha Franklin-30 Greatest Hits (Disc 1)-16 - Share Your Love With
Me.mp3|1599267
        Aretha Franklin-30 Greatest Hits (Disc 1)-15 - The Weight.mp3|1427463
        Aretha Franklin-30 Greatest Hits (Disc 1)-14 - See Saw.mp3|1307305
        Aretha Franklin-30 Greatest Hits (Disc 1)-13 - The House That Jack
Built.mp3|1128017
        Aretha Franklin-30 Greatest Hits (Disc 1)-12 - I Say A Little
                                  Page 57
```

ShareListing.txt
Prayer.mp3|1705635
        Aretha Franklin-30 Greatest Hits (Disc 1)-11 - Think.mp3|1108565
        Aretha Franklin-30 Greatest Hits (Disc 1)-10 - Ain't No Way.mp3|2021177
        Aretha Franklin-30 Greatest Hits (Disc 1)-09 - Since You've Been Gone (Sweet
Sweet Baby).mp3|1161681
        Aretha Franklin-30 Greatest Hits (Disc 1)-08 - Chain Of Fools.mp3|1338226
        Aretha Franklin-30 Greatest Hits (Disc 1)-07 - (You Make Me Feel Like) A
Natural Woman.mp3|1308186
        Aretha Franklin-30 Greatest Hits (Disc 1)-06 - Baby I Love You.mp3|1275747
        Aretha Franklin-30 Greatest Hits (Disc 1)-05 - Save Me.mp3|1115484
        Aretha Franklin-30 Greatest Hits (Disc 1)-04 - Dr_ Feelgood (Love Is a
Serious Business).mp3|1607853
        Aretha Franklin-30 Greatest Hits (Disc 1)-03 - Do Right Woman, Do Right
Man.mp3|1577115
        Aretha Franklin-30 Greatest Hits (Disc 1)-02 - Respect.mp3|1182114
        Aretha Franklin-30 Greatest Hits (Disc 1)-01 - I Never Loved A Man (The Way
I Love You).mp3|1315896
        Aphex Twin-Selected Ambient Works 85-92-13 - Actium.mp3|10927445
        Aphex Twin-Selected Ambient Works 85-92-12 - Delphium.mp3|7888199
        Aphex Twin-Selected Ambient Works 85-92-11 - Hedphelym.mp3|8734479
        Aphex Twin-Selected Ambient Works 85-92-10 - Ptolemy.mp3|10423422
        Aphex Twin-Selected Ambient Works 85-92-09 - Schottkey 7th Path.mp3|7398682
        Aphex Twin-Selected Ambient Works 85-92-08 - We are the Music
Makers.mp3|11107731
        Aphex Twin-Selected Ambient Works 85-92-07 - Heliosphan.mp3|7041225
        Aphex Twin-Selected Ambient Works 85-92-06 - Green Calx.mp3|5846055
        Aphex Twin-Selected Ambient Works 85-92-05 - I.mp3|1240981
        Aphex Twin-Selected Ambient Works 85-92-04 - Ageispolis.mp3|5172818
        Aphex Twin-Selected Ambient Works 85-92-03 - Pulsewidth.mp3|3650934
        Aphex Twin-Selected Ambient Works 85-92-02 - Tha.mp3|8755887
        Aphex Twin-Selected Ambient Works 85-92-01 - Xtal.mp3|4710400
        Aphex Twin-Richard D_ James Album-15 - Girl_Boy Song (Redruth
Mix).mp3|1557071
        Aphex Twin-Richard D_ James Album-14 - Beetles.mp3|1454886
        Aphex Twin-Richard D_ James Album-13 - Girl_Boy Song (£18 Snare
Rush.mp3|1874838
        Aphex Twin-Richard D_ James Album-12 - Inkeys.mp3|1343140
        Aphex Twin-Richard D_ James Album-11 - Milk Man.mp3|3976903
        Aphex Twin-Richard D_ James Album-10 - Logon Rock Witch.mp3|3387690
        Aphex Twin-Richard D_ James Album-09 - Girl_Boy Song.mp3|4590731
        Aphex Twin-Richard D_ James Album-08 - Yellow Calx.mp3|2916057
        Aphex Twin-Richard D_ James Album-07 - Goon Gumpas.mp3|1953204
        Aphex Twin-Richard D_ James Album-06 - To Cure A Weakling Child.mp3|3888097
        Aphex Twin-Richard D_ James Album-05 - Corn Mouth.mp3|2444429
        Aphex Twin-Richard D_ James Album-04 - Fingerbib.mp3|3652060
        Aphex Twin-Richard D_ James Album-03 - Peek 824545201.mp3|2951100
        Aphex Twin-Richard D_ James Album-02 - Cornish Acid.mp3|2150863
        Aphex Twin-Richard D_ James Album-01 - 4.mp3|3447050
        Aphex Twin-On [#1]-04 - Xepha.mp3|8315008
        Aphex Twin-On [#1]-03 - D-Scape.mp3|10055808
        Aphex Twin-On [#1]-02 - 73-Yips.mp3|6219904
        Aphex Twin-On [#1]-01 - On.mp3|10393728
        Aphex Twin-Drukqs-15 - nanou2.mp3|4264484
        Aphex Twin-Drukqs-15 - Kesson Dalef.mp3|1505799
        Aphex Twin-Drukqs-14 - Hya Scullyas Lyf Adhagrow.mp3|2711589
        Aphex Twin-Drukqs-14 - beskhu3epnm.mp3|2419884
        Aphex Twin-Drukqs-13 - ziggomatic 17.mp3|13784025
        Aphex Twin-Drukqs-13 - Aussois.mp3|172058
        Aphex Twin-Drukqs-12 - Orban Eq Trx 4.mp3|2194595
        Aphex Twin-Drukqs-12 - afx237 v_7.mp3|7785740
        Aphex Twin-Drukqs-11 - ruglen holon.mp3|2151662
        Aphex Twin-Drukqs-11 - Gwarek2.mp3|9775325
        Aphex Twin-Drukqs-10 - petiatil cx htdui.mp3|2546738
                        Page 58

ShareListing.txt
Aphex Twin-Drukqs-10 - Mt Saint Michel + Saint Michaels Mount.mp3|14276129
Aphex Twin-Drukqs-09 - taking control.mp3|11820531
Aphex Twin-Drukqs-09 - Avril 14th.mp3|2347876
Aphex Twin-Drukqs-08 - father.mp3|1142727
Aphex Twin-Drukqs-08 - Cock_Ver10.mp3|9512213
Aphex Twin-Drukqs-07 - prep gwarlek 3b.mp3|1761840
Aphex Twin-Drukqs-07 - Bbydhyonchord.mp3|3428034
Aphex Twin-Drukqs-06 - Gwely Mernans.mp3|5348446
Aphex Twin-Drukqs-06 - bit 4.mp3|391731
Aphex Twin-Drukqs-05 - Strotha Tynhe.mp3|2497466
Aphex Twin-Drukqs-05 - meltphace 6.mp3|10168650
Aphex Twin-Drukqs-04 - QKThr.mp3|1762251
Aphex Twin-Drukqs-04 - Omgyjya-Switch.mp3|9123364
Aphex Twin-Drukqs-03 - lornaderek.mp3|567706
Aphex Twin-Drukqs-03 - Kladfvgbung micshk.mp3|2686690
Aphex Twin-Drukqs-02 - Vordhosbn.mp3|8664068
Aphex Twin-Drukqs-02 - btoum-roumada.mp3|2628755
Aphex Twin-Drukqs-01 - Jynweythek.mp3|2961538
Aphex Twin-Drukqs-01 - 54 cymru beats.mp3|11610282
Aphex Twin-Analord 10-02 - Xmd5a.mp3|11311357
Aphex Twin-Analord 10-01 - Fenix Funk 5.mp3|7245032
Aphex Twin-Analord 02-04 - Bwoon Dub.mp3|8123318
Aphex Twin-Analord 02-03 - Pissed Up in SE1.mp3|7770160
Aphex Twin-Analord 02-02 - Laricheard.mp3|3136658
Aphex Twin-Analord 02-01 - Phonatacid.mp3|14046417
Aphex Twin-Analord 01-07 - Analord 158b.mp3|2727046
Aphex Twin-Analord 01-06 - Grumpy Acid.mp3|5241624
Aphex Twin-Analord 01-05 - Where's Your Girlfriend_.mp3|7674944
Aphex Twin-Analord 01-04 - Untitled.mp3|2520361
Aphex Twin-Analord 01-03 - MC-4 Acid.mp3|6099465
Aphex Twin-Analord 01-02 - Canticle Drawl.mp3|3343191
Aphex Twin-Analord 01-01 - SteppingFilter 101.mp3|6760188
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-27 -
Haydn Variations_ Finale_ Andante.m4a|3342201
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-26 -
Haydn Variations_ Variation 8_ Presto non troppo.m4a|1004717
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-25 -
Haydn Variations_ Variation 7_ Grazioso.m4a|3348315
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-24 -
Haydn Variations_ Variation 6_ Vivace.m4a|1027393
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-23 -
Haydn Variations_ Variation 5_ Vivace.m4a|957141
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-22 -
Haydn Variations_ Variation 4_ Andante con moto.m4a|2051840
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-21 -
Haydn Variations_ Variation 3_ Con moto.m4a|1386288
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-20 -
Haydn Variations_ Variation 2_ Più vivace.m4a|929434
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-19 -
Haydn Variations_ Variation 1_ Poco più animato.m4a|1279473
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-18 -
Haydn Variations_ Thema 'Chorale_ St_ Antoni'_ Andante.m4a|2129362
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-17 -
Hungarian Dance No_ 4 in f sharp minor.m4a|4472796
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-16 -
Hungarian Dance No_ 15 in B flat Major.m4a|2719277
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-15 -
Hungarian Dance No_ 12 in d minor.m4a|2092799
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-14 -
Hungarian Dance No_ 20 in e minor.m4a|2283363
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-13 -
Hungarian Dance No_ 19 in b minor.m4a|1983159
Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-12 -

ShareListing.txt
Hungarian Dance No_ 17 in F sharp Major.m4a|2503792
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-11 -
Hungarian Dance No_ 18 in D Major.m4a|1379749
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-10 -
Hungarian Dance No_ 3 in F Major.m4a|2144340
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-09 -
Hungarian Dance No_ 10 in F Major.m4a|1744260
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-08 -
Hungarian Dance No_ 1 in g minor.m4a|2604341
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-07 -
Hungarian Dance No_ 2 in d minor.m4a|2681075
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-06 -
Hungarian Dance No_ 11 in d minor.m4a|3327904
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-05 -
Hungarian Dance No_ 21 in e minor.m4a|1388335
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-04 -
Hungarian Dance No_ 7 in A Major.m4a|1900667
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-03 -
Hungarian Dance No_ 6 in D Major.m4a|2685159
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-02 -
Hungarian Dance No_ 5 in g minor.m4a|2085328
        Antal Dorati; London Symphony Orchestra-Dorati Conducts Brahms & Enescu-01 -
Romanian Rhapsody No_ 2 in D.m4a|12869907
        Ani DiFranco-Dilate-11 - Joyful Girl.mp3|7344130
        Ani DiFranco-Dilate-10 - Adam & Eve.mp3|9616155
        Ani DiFranco-Dilate-09 - Going Down.mp3|6995550
        Ani DiFranco-Dilate-08 - Done Wrong.mp3|9453777
        Ani DiFranco-Dilate-07 - Shameless.mp3|7043823
        Ani DiFranco-Dilate-06 - Napoleon.mp3|9265693
        Ani DiFranco-Dilate-05 - Amazing Grace.mp3|10338390
        Ani DiFranco-Dilate-04 - Dilate.mp3|6997426
        Ani DiFranco-Dilate-03 - Superhero.mp3|6876430
        Ani DiFranco-Dilate-02 - Outta Me, Onto You.mp3|6678327
        Ani DiFranco-Dilate-01 - Untouchable Face.mp3|6725972
        Andrew W_ K_-The Wolf-12 - I Love Music.m4a|4207326
        Andrew W_ K_-The Wolf-11 - The End Of Our Lives.m4a|4700886
        Andrew W_ K_-The Wolf-10 - Really In Love.m4a|4574646
        Andrew W_ K_-The Wolf-09 - Totally Stupid.m4a|4390486
        Andrew W_ K_-The Wolf-08 - Make Sex.m4a|766003
        Andrew W_ K_-The Wolf-07 - The Song.m4a|4178816
        Andrew W_ K_-The Wolf-06 - Your Rules.m4a|2420873
        Andrew W_ K_-The Wolf-05 - Never Let Down.m4a|3845858
        Andrew W_ K_-The Wolf-04 - Free Jumps.m4a|3476566
        Andrew W_ K_-The Wolf-03 - Tear It Up.m4a|3823756
        Andrew W_ K_-The Wolf-02 - Long Live The Party.m4a|3899622
        Andrew W_ K_-The Wolf-01 - Victory Strikes Again.m4a|2127552
        Andrew W_ K_-I Get Wet-12 - Don't Stop Living In The Red.m4a|1661933
        Andrew W_ K_-I Get Wet-11 - I Get Wet.m4a|3305089
        Andrew W_ K_-I Get Wet-10 - Got To Do It.m4a|3814471
        Andrew W_ K_-I Get Wet-09 - Fun Night.m4a|3302188
        Andrew W_ K_-I Get Wet-08 - Party Til You Puke.m4a|2524205
        Andrew W_ K_-I Get Wet-07 - She Is Beautiful.m4a|3477375
        Andrew W_ K_-I Get Wet-06 - I Love NYC.m4a|3113601
        Andrew W_ K_-I Get Wet-05 - Take It Off.m4a|3101005
        Andrew W_ K_-I Get Wet-04 - Ready To Die.m4a|2853183
        Andrew W_ K_-I Get Wet-03 - Girls Own Love.m4a|3150106
        Andrew W_ K_-I Get Wet-02 - Party Hard.m4a|3012590
        Andrew W_ K_-I Get Wet-01 - It's Time To Party.m4a|1498900
        American Analog Set-The Golden Band-12 - Will The Real Danny Radnor Please
Stand_.mp3|4276206
        American Analog Set-The Golden Band-11 - I Must Soon Quit The
Scene.mp3|9502263
        American Analog Set-The Golden Band-10 - The Golden Band.mp3|5058834
                                    Page 60

ShareListing.txt
American Analog Set-The Golden Band-09 - IV.mp3|1312457
American Analog Set-The Golden Band-08 - III.mp3|6204251
American Analog Set-The Golden Band-07 - II.mp3|5428937
American Analog Set-The Golden Band-06 - New Drifters.mp3|3376549
American Analog Set-The Golden Band-05 - The Wait.mp3|5317760
American Analog Set-The Golden Band-04 - A Schoolboy's Charm.mp3|7372343
American Analog Set-The Golden Band-03 - It's All About Us.mp3|10924891
American Analog Set-The Golden Band-02 - A Good Friend Is Always
Around.mp3|4281326
American Analog Set-The Golden Band-01 - Weather Report.mp3|4880366
American Analog Set          -From Our Living Room to Yours-08 - Don't wake
me.mp3|4988838
American Analog Set          -From Our Living Room to Yours-07 - Two-Way
Diamond II.mp3|5370861
American Analog Set          -From Our Living Room to Yours-06 - two way
diamond I.mp3|4975367
American Analog Set          -From Our Living Room to Yours-05 - white
house.mp3|6265816
American Analog Set          -From Our Living Room to Yours-04 - Where Have
All the Good Boys Gone.mp3|5415999
American Analog Set          -From Our Living Room to Yours-03 - blue
chaise.mp3|6376471
American Analog Set          -From Our Living Room to Yours-02 - Using The
Hope Diamond___    .mp3|2649033
American Analog Set          -From Our Living Room to Yours-0 - Magnificent
Seventies.mp3|8602941
Alanis Morissette-Supposed Former Infatuation Junkie-03 - Thank
U.mp3|3490988
Alanis Morissette-Supposed Former Infatuation Junkie-02 - Baba.mp3|5670825
Alanis Morissette-So Called Chaos-10 - Everything.mp3|6633652
Alanis Morissette-So Called Chaos-09 - Spineless.mp3|6139904
Alanis Morissette-So Called Chaos-08 - This Grudge.mp3|7391232
Alanis Morissette-So Called Chaos-07 - Not All Me.mp3|5718016
Alanis Morissette-So Called Chaos-06 - So Called Chaos.mp3|7294976
Alanis Morissette-So Called Chaos-05 - Knees Of My Bees.mp3|5306368
Alanis Morissette-So Called Chaos-04 - Doth I Protest Too Much.mp3|5747787
Alanis Morissette-So Called Chaos-03 - Excuses.mp3|5099520
Alanis Morissette-So Called Chaos-02 - Out Is Through.mp3|5498778
Alanis Morissette-So Called Chaos-01 - Eight Easy Steps.mp3|3713294
Alanis Morissette-MTV Unplugged-12 - Uninvited.mp3|5566464
Alanis Morissette-MTV Unplugged-11 - You Oughta Know.mp3|6031360
Alanis Morissette-MTV Unplugged-10 - King Of Pain.mp3|4911104
Alanis Morissette-MTV Unplugged-09 - These R The Thoughts.mp3|4112384
Alanis Morissette-MTV Unplugged-08 - Ironic.mp3|5076992
Alanis Morissette-MTV Unplugged-07 - I Was Hoping.mp3|5881856
Alanis Morissette-MTV Unplugged-06 - Princes Familiar.mp3|5539840
Alanis Morissette-MTV Unplugged-05 - Head Over Feet.mp3|5255168
Alanis Morissette-MTV Unplugged-04 - That I Would Be Good.mp3|5083136
Alanis Morissette-MTV Unplugged-03 - No Pressure Over Cappuccino.mp3|5629952
Alanis Morissette-MTV Unplugged-02 - Joining You.mp3|6191104
Alanis Morissette-MTV Unplugged-01 - You Learn.mp3|5240832
Alanis Morissette-Jagged Little Pill-12 - Alanis Morissette - Wake
Up.mp3|8589440
Alanis Morissette-Jagged Little Pill-11 - Alanis Morissette - Not The
Doctor.mp3|3627008
Alanis Morissette-Jagged Little Pill-10 - Alanis Morissette -
Ironic.mp3|3663872
Alanis Morissette-Jagged Little Pill-09 - Alanis Morissette - Mary
Jane.mp3|4481024
Alanis Morissette-Jagged Little Pill-08 - Alanis Morissette - Head Over
Feet.mp3|4255744
Alanis Morissette-Jagged Little Pill-07 - Alanis Morissette - You
Learn.mp3|3844096

ShareListing.txt
Alanis Morissette-Jagged Little Pill-06 - Alanis Morissette -
Forgiven.mp3|4786176
Alanis Morissette-Jagged Little Pill-05 - Alanis Morissette - Right Through
You.mp3|2805760
Alanis Morissette-Jagged Little Pill-04 - Alanis Morissette - Hand In My
Pocket.mp3|3520512
Alanis Morissette-Jagged Little Pill-03 - Alanis Morissette -
Perfect.mp3|2992128
Alanis Morissette-Jagged Little Pill-02 - Alanis Morissette - You Oughta
Know.mp3|3987456
Alanis Morissette-Jagged Little Pill-02 - Alanis Morissette - All I Really
Want.mp3|4548608
Alanis Morissette--0 - Hands Clean.mp3|6797398
Aimee Mann-Magnolia-09 - Save Me.m4a|4371204
Aimee Mann-Magnolia-08 - Wise Up.m4a|3298742
Aimee Mann-Magnolia-07 - Nothing Is Good Enough (Instrumental).m4a|3056825
Aimee Mann-Magnolia-06 - You Do.m4a|3596669
Aimee Mann-Magnolia-05 - Driving Sideways.m4a|3659087
Aimee Mann-Magnolia-04 - Deathly.m4a|5241484
Aimee Mann-Magnolia-03 - Build That Wall.m4a|4252421
Aimee Mann-Magnolia-02 - Momentum.m4a|3342988
Aimee Mann-Magnolia-01 - One.m4a|2817632
Aimee Mann-Bachelor No_ 2-13 - You Do.m4a|3643339
Aimee Mann-Bachelor No_ 2-12 - It Takes All Kinds.m4a|3992406
Aimee Mann-Bachelor No_ 2-11 - Susan.m4a|3617901
Aimee Mann-Bachelor No_ 2-10 - Just Like Anyone.m4a|1347237
Aimee Mann-Bachelor No_ 2-09 - Driving Sideways.m4a|1992540
Aimee Mann-Bachelor No_ 2-08 - Calling It Quits.m4a|4035346
Aimee Mann-Bachelor No_ 2-07 - Ghost World.m4a|3419803
Aimee Mann-Bachelor No_ 2-06 - Deathly.m4a|5359752
Aimee Mann-Bachelor No_ 2-05 - Satellite.m4a|3881076
Aimee Mann-Bachelor No_ 2-04 - The Fall of the World's Own
Optimist.m4a|2957580
Aimee Mann-Bachelor No_ 2-03 - Red Vines.m4a|3475097
Aimee Mann-Bachelor No_ 2-02 - Nothing is Good Enough.m4a|2639912
Aimee Mann-Bachelor No_ 2-01 - How Am I Different.m4a|4908711
Aesop Rock-Labor Days-14 - Shovel.m4a|4621376
Aesop Rock-Labor Days-13 - 9-5ers Anthem.m4a|4498067
Aesop Rock-Labor Days-12 - The Yes And Y'all.m4a|3946535
Aesop Rock-Labor Days-11 - Bent Life.m4a|4690852
Aesop Rock-Labor Days-10 - Boombox.m4a|4931311
Aesop Rock-Labor Days-09 - Battery.m4a|4963571
Aesop Rock-Labor Days-08 - Coma.m4a|3817045
Aesop Rock-Labor Days-06 - One Brick.m4a|4414356
Aesop Rock-Labor Days-05 - No Regrets.m4a|4395042
Aesop Rock-Labor Days-04 - Flashflood.m4a|3782053
Aesop Rock-Labor Days-03 - Save Yourself.m4a|4852763
Aesop Rock-Labor Days-02 - Daylight.m4a|4303251
Aesop Rock-Labor Days-01 - Labor.m4a|2495600
AC_DC-Back In Black-10 - Rock And Roll Ain't Noise Pollution.mp3|5094008
AC_DC-Back In Black-09 - Shake A Leg.mp3|4920007
AC_DC-Back In Black-08 - Have A Drink On Me.mp3|4784700
AC_DC-Back In Black-07 - You Shook Me All Night Long.mp3|4209493
AC_DC-Back In Black-06 - Back In Black.mp3|5115405
AC_DC-Back In Black-05 - Let Me Put My Love Into You.mp3|5087729
AC_DC-Back In Black-04 - Given The Dog A Bone.mp3|4248669
AC_DC-Back In Black-03 - What Do You Do For Money Honey.mp3|4313985
AC_DC-Back In Black-02 - Shoot To Thrill.mp3|6361448
ABBA-The Definitive Collection (Disc 2)-17 - Voulez-Vous [Extended
Remix].m4a|5951130
ABBA-The Definitive Collection (Disc 2)-16 - Ring Ring [Single
Version].m4a|3076618
ABBA-The Definitive Collection (Disc 2)-15 - Thank You For The
Page 62

ShareListing.txt

Music.m4a|3734483
        ABBA-The Definitive Collection (Disc 2)-14 - Under Attack.m4a|3676225
        ABBA-The Definitive Collection (Disc 2)-13 - The Day Before You
Came.m4a|5678488
        ABBA-The Definitive Collection (Disc 2)-12 - The Visitors (Crackin'
Up).m4a|5606560
        ABBA-The Definitive Collection (Disc 2)-11 - Head Over Heels.m4a|3686879
        ABBA-The Definitive Collection (Disc 2)-10 - When All Is Said And
Done.m4a|3205430
        ABBA-The Definitive Collection (Disc 2)-09 - One Of Us.m4a|3823933
        ABBA-The Definitive Collection (Disc 2)-08 - Lay All Your Love On
Me.m4a|4448513
        ABBA-The Definitive Collection (Disc 2)-07 - On And On And On.m4a|3575738
        ABBA-The Definitive Collection (Disc 2)-06 - Super Trouper.m4a|4092596
        ABBA-The Definitive Collection (Disc 2)-05 - The Winner Takes It
All.m4a|4708449
        ABBA-The Definitive Collection (Disc 2)-04 - I Have A Dream.m4a|4584115
        ABBA-The Definitive Collection (Disc 2)-03 - Gimme! Gimme! Gimme! (A Man
After Midnight).m4a|4696119
        ABBA-The Definitive Collection (Disc 2)-02 - Angeleyes.m4a|4143223
        ABBA-The Definitive Collection (Disc 2)-01 - Voulez-Vous.m4a|4930217
        ABBA-The Definitive Collection (Disc 1)-22 - Hasta Mañana.m4a|2900885
        ABBA-The Definitive Collection (Disc 1)-21 - Rock Me.m4a|2924213
        ABBA-The Definitive Collection (Disc 1)-20 - Does Your Mother
Know.m4a|3042284
        ABBA-The Definitive Collection (Disc 1)-19 - Chiquitita.m4a|5247026
        ABBA-The Definitive Collection (Disc 1)-18 - Summer Night City.m4a|3499453
        ABBA-The Definitive Collection (Disc 1)-17 - Eagle.m4a|4322364
        ABBA-The Definitive Collection (Disc 1)-16 - Take A Chance On Me.m4a|3796918
        ABBA-The Definitive Collection (Disc 1)-15 - The Name Of The
Game.m4a|4730483
        ABBA-The Definitive Collection (Disc 1)-14 - Knowing Me, Knowing
You.m4a|3903614
        ABBA-The Definitive Collection (Disc 1)-13 - Money, Money, Money.m4a|3018302
        ABBA-The Definitive Collection (Disc 1)-12 - Dancing Queen.m4a|3727065
        ABBA-The Definitive Collection (Disc 1)-11 - Fernando.m4a|4061149
        ABBA-The Definitive Collection (Disc 1)-10 - Mamma Mia.m4a|3451816
        ABBA-The Definitive Collection (Disc 1)-09 - SOS.m4a|3258692
        ABBA-The Definitive Collection (Disc 1)-08 - I Do, I Do, I Do, I Do, I
Do.m4a|3039197
        ABBA-The Definitive Collection (Disc 1)-07 - So Long.m4a|3014419
        ABBA-The Definitive Collection (Disc 1)-06 - Honey, Honey.m4a|2850599
        ABBA-The Definitive Collection (Disc 1)-05 - Waterloo.m4a|2376490
        Aaron Riches-Over The Lightpost-10 - Mike Harris Blues.m4a|1151507
        Aaron Riches-Over The Lightpost-09 - Typical Shades Of Grey.m4a|5708092
        Aaron Riches-Over The Lightpost-08 - A Great Big Sea Hove In Long
Beach.m4a|1177810
        Aaron Riches-Over The Lightpost-07 - So Blue.m4a|3755783
        Aaron Riches-Over The Lightpost-06 - A Miner's Life.m4a|3607407
        Aaron Riches-Over The Lightpost-05 - Pulling Truth.m4a|3754911
        Aaron Riches-Over The Lightpost-04 - Dance.m4a|2098351
        Aaron Riches-Over The Lightpost-03 - Unkind.m4a|4577066
        Aaron Riches-Over The Lightpost-02 - The Fisherman's Song.m4a|2178618
        Aaron Riches-Over The Lightpost-01 - Greenback Dollar.m4a|1757582
        A Tribe Called Quest-The Low End Theory-14 - Scenario.m4a|3526697
        A Tribe Called Quest-The Low End Theory-13 - What_.m4a|2154233
        A Tribe Called Quest-The Low End Theory-12 - Skypager.m4a|1830026
        A Tribe Called Quest-The Low End Theory-11 - Jazz.m4a|3288507
        A Tribe Called Quest-The Low End Theory-10 - Everything Is Fair.m4a|2545201
        A Tribe Called Quest-The Low End Theory-09 - Check The Rhime.m4a|3191691
        A Tribe Called Quest-The Low End Theory-08 - The Infamous Date
Rape.m4a|2392030
        A Tribe Called Quest-The Low End Theory-07 - Vibes And Stuff.m4a|3665194

```
                              ShareListing.txt
            A Tribe Called Quest-The Low End Theory-06 - Show Business.m4a|3362480
            A Tribe Called Quest-The Low End Theory-05 - Verses From The
Abstract.m4a|3467616
            A Tribe Called Quest-The Low End Theory-04 - Butter.m4a|3177455
            A Tribe Called Quest-The Low End Theory-03 - Rap Promoter.m4a|1923415
            A Tribe Called Quest-The Low End Theory-02 - Buggin' Out.m4a|3095153
            A Tribe Called Quest-The Low End Theory-01 - Excursions.m4a|3258436
```